IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY R. MODICA, KATARZYNA A. MODICA a.k.a. KATIE MODICA, | ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 14-03308 |
| v. | ) ) | Judge Zagel |
| GREEN TREE SERVICING, LLC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: Mohammed Badwan, Esq.
      Matthew Hector, Esq.
      Daniel J. McGarry
      Mara A. Baltabols
      Sulaiman Law Group, Ltd.
      900 Jorie Boulevard, Suite 150
      Oak Brook, IL 60523

PLEASE TAKE NOTICE that on March 19, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel in Room 2503 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present Defendant's Motion for Partial Summary Judgment, a copy of which is attached hereto.

                                    /s/ Marshall L. Blankenship
                                    One of the attorneys for defendant, Green Tree
                                    Servicing LLC

James D. Adducci
Marshall L. Blankenship
ADDUCCI, DORF, LEHNER,
  MITCHELL & BLANKENSHIP, P.C.
150 North Michigan Avenue, Suite 2130
Chicago, IL 60601
(312) 781-2800