**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| JEFFREY R. MODICA )<br>KATARZYNA A. MODICA )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>GREEN TREE SERIVICING, LLC, )<br> )<br>Defendant. )<br> ) | Case No. 1:14-cv-03308<br><br>Honorable Judge James Zagel |

## NOTICE OF MOTION

TO: Marshall L. Blankenship, Esq.
ADDUCCI, DORF, LEHNER,
MITCHELL & BLANKENSHIP, P.C.
150 North Michigan Avenue, Ste. 2130
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on **March 19, 2015 at 9:30 a.m.**, we shall appear before the **Honorable James B. Zagel** in **Room 2503** of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT,** which was served upon you as indicated on the attached Certificate of Service.

/s/ Mohammed O. Badwan
-------------------------------------
MOHAMMED O. BADWAN, No. 6299011
SULAIMAN LAW GROUP, LTD.
Attorney for Plaintiff


Sulaiman Law Group, Ltd.
Mohammed O. Badwan (ARDC# 6299011)
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Telephone: (630) 575-8181
Main Fax: (630) 575-8188

**CERTIFICATE OF SERVICE**

I, Mohammed O. Badwan, an attorney, certify that on March 9, 2015, I caused the foregoing **Notice of Motion** to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

/s/ Mohammed O. Badwan
---------------------------------------------
MOHAMMED O. BADWAN, No. 6299011
SULAIMAN LAW GROUP, LTD.
Attorney for Plaintiff
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, ILLINOIS 60523
(630) 575-8181