# EXHIBIT A

# In The Matter Of:

*In re*
*Jeffrey R. Modica, et al., Debtors*

---

*JEFFREY R. MODICA*
*December 18, 2013*

---

*Bistany Reporting Service*
*100 North LaSalle Street*
*Suite 1600*
*Chicago, Illinois  60602*
*e-mail:  info@bistanyreporting.com*

Original File J_Modica_121813_final.txt
**Min-U-Script® with Word Index**

## Page 1

```
 1            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3    In re:              ) Chapter 7
 4                        )
      JEFFREY R. MODICA,  )
 5    KATARZYNA A. MODICA ) Case No. 08-14633
      Katie Modica,       )
 6                        ) Honorable Judge Donald R.
          Debtors.        ) Cassling
 7

 8

 9

10

11        The deposition of JEFFREY R. MODICA, taken
12    in the above-entitled cause before Denielle P.
13    Mathys, CSR, and Notary Public within and for the
14    County of Kane and State of Illinois, taken pursuant
15    to the Federal Code of Civil Procedure for the
16    United States Bankruptcy Court, Northern District of
17    Illinois, Eastern Division, at 150 North Michigan
18    Avenue, Suite 2130, in the City of Chicago,
19    Illinois, on December 18, 2013, at the hour of
20    9:26 a.m.
21

22

23

24
```

## Page 2

```
 1         A P P E A R A N C E S:

 2
      ADDUCCI, DORF, LEHNER, MITCHELL &
 3      BLANKENSHIP, P.C.
      BY:  MR. MARSHALL L. BLANKENSHIP
 4         150 North Michigan Avenue, Suite 2130
           Chicago, Illinois  60601
 5         (312) 781-2800
           mblankenship@adlmb.com
 6
              On behalf of Green Tree
 7              Servicing LLC;

 8
      SULAIMAN LAW GROUP, LTD.
 9    BY:  MR. MOHAMMED O. BADWAN
           900 Jorie Boulevard, Suite 150
10         Oak Brook, Illinois  60523-3810
           (630) 575-8181
11         mbadwan@sulaimanlaw.com

12            On behalf of the Debtors.

13

14

15

16

17

18

19

20

21

22

23

24
```

## Page 3

```
 1                  I N D E X

 2    WITNESS EXAMINATION      DX    CX   RDX   RCX

 3    JEFFREY R. MODICA

 4    BY MR. BLANKENSHIP        4          85

 5    BY MR. BADWAN                  66

 6

 7

 8            E X H I B I T S

 9    DEPOSITION EXHIBITS                 MARKED

10    J. Modica Exhibit No. 1              8

11    J. Modica Exhibit No. 2             27

12

13

14

15

16

17

18

19

20

21

22

23

24
```

## Page 4

```
 1            JEFFREY R. MODICA,
 2    called as a witness, being first duly sworn, was
 3    examined and testified as follows:
 4            DIRECT EXAMINATION
 5    BY MR. BLANKENSHIP:
 6      Q   Will you state your name for the record,
 7    please.
 8      A   Jeff Modica.
 9        MR. BLANKENSHIP: Let the record reflect
10    that this is the deposition of Jeff Modica taken
11    pursuant to notice and agreement of the parties and
12    the applicable Federal and Bankruptcy rules.
13    BY MR. BLANKENSHIP:
14      Q   Mr. Modica, my name is Marshall
15    Blankenship.  I represent Green Tree who you filed a
16    motion against.
17      A   Sure.
18      Q   Have you ever been deposed before?
19      A   No.
20      Q   Okay.  I'm going to be asking you a series
21    of questions about your motion --
22      A   Okay.
23      Q   -- your complaints against Green Tree.
24      A   Sure.
```

In re
Jeffrey R. Modica, et al., Debtors

JEFFREY R. MODICA
December 18, 2013

Page 5

1  Q  If you don't understand a question, please
2  let me know, and I'll try to rephrase it for you.
3  A  Okay.
4  Q  We can't speak at the same time because
5  the court reporter has to type it down. So I ask
6  that you let me finish my question before you give
7  your answer, and I'll try to let you finish your
8  answer before --
9  A  Sure.
10  Q  -- I ask the next question.
11     And if you need to take a break at any
12  time, just let me know, okay?
13  A  Sure.
14  Q  Where do you live?
15  A  In Addison.
16  Q  What's your address?
17  A  240 South Villa Avenue in Addison,
18  Illinois.
19  Q  How long have you lived there?
20  A  Approximately 12 years.
21  Q  And what is your birth date?
22  A  June 6, 1976.
23  Q  Are you married?
24  A  Yes.

Page 6

1  Q  How long have you been married?
2  A  Approximately seven years.
3  Q  Do you have any children?
4  A  Yes.
5  Q  How many?
6  A  Three.
7  Q  And boys, girls?
8  A  Boys.
9  Q  Three sons?
10  A  Sons, yes.
11  Q  And what are their ages?
12  A  Ages 16, 6, and 4.
13  Q  And do all three sons still live with you
14  and your wife?
15  A  Yes.
16  Q  And your wife lives with you in Addison?
17  A  Correct.
18  Q  What is your highest level of education?
19  A  High school with vocational school in the
20  IBEW, Local 701, three years.
21  Q  And what is the IBEW?
22  A  International Brotherhood of Electrical
23  Workers.
24  Q  Are you presently employed?

Page 7

1  A  Yes.
2  Q  By whom?
3  A  IM Electric Incorporated.
4  Q  And what is your position?
5  A  Foreman electrician.
6  Q  How long have you been employed by
7  IM Electric?
8  A  Approximately seven years.
9  Q  When did you graduate from high school?
10  A  1994.
11  Q  Did you do anything to prepare for today's
12  deposition?
13  A  No, except for look over our paperwork
14  that you probably have a copy of.
15  Q  Okay. What paperwork did you look over,
16  the motion that was filed on your behalf?
17  A  Yeah, whatever the packet is that --
18     MR. BLANKENSHIP: Let me mark this --
19     MR. BADWAN: I object to the question.
20  It's kind of attorney-client privilege, what he did
21  to prepare for it.
22     MR. BLANKENSHIP: I don't want you to
23  disclose any communications you've had with your
24  counsel.

Page 8

1     MR. BADWAN: Sure.
2     MR. BLANKENSHIP: But I think I am
3  entitled to know what documents you might have
4  reviewed.
5     MR. BADWAN: Sure. I just want to keep
6  the scope very limited to not anything that we
7  talked about.
8     MR. BLANKENSHIP: Right. I don't want
9  that.
10     Let's mark this as Modica Exhibit 1.
11        (J. Modica Exhibit No. 1
12        marked for identification.)
13  BY MR. BLANKENSHIP:
14  Q  Let me show you what we've marked as
15  Modica Exhibit 1. Do you recognize this as your
16  motion for sanctions against Green Tree?
17  A  Yes.
18  Q  Is this the document that you looked at to
19  prepare for today's deposition?
20  A  Yes, pretty much the phone conversations
21  and things like that.
22  Q  Okay. Did you look at any records
23  reflecting the dates of any phone calls with Green
24  Tree?

Page 9

1    A    The dates? I was trying to remember when
2  the things happened, so I browsed this right here.
3    Q    Did you look at anything other than
4  Exhibit 1?
5    A    No.
6    Q    Okay. And you met with your counsel,
7  correct?
8    A    Previous to today?
9    Q    To prepare for today's deposition?
10   A    Correct.
11   Q    Okay. And when was that?
12   A    Yesterday.
13   Q    And how long did you meet with counsel?
14   A    Ten minutes.
15   Q    Okay. And was anyone else present?
16   A    Just me and my wife.
17   Q    Now, you own the property located at
18  240 South Villa Avenue in Addison?
19   A    Correct.
20   Q    In whose name is that property titled?
21   A    Mine.
22   Q    And you bought that property in
23  approximately 2001?
24   A    Correct.

Page 10

1    Q    And did you obtain a mortgage when you
2  purchased the property?
3    A    Yes.
4    Q    From whom?
5    A    At the time I believe it was Countrywide.
6    Q    Okay. How much was that initial loan for?
7    A    I want to say 198,000, approximately.
8    Q    Okay. And then in May of 2008, you
9  obtained a second mortgage on the property?
10   A    Yes.
11   Q    And that was also from Countrywide?
12   A    I'm not sure on the exact date of the
13  second mortgage, but yes, we did obtain a second
14  mortgage from Countrywide.
15   Q    Okay. Some years after --
16   A    Yes.
17   Q    -- your initial purchase?
18   A    Exactly.
19   Q    And the second mortgage was also from
20  Countrywide?
21   A    I believe so, yes.
22   Q    And the amount of that second mortgage was
23  approximately 51,000?
24   A    Correct.

Page 11

1    Q    And that second loan was secured by a
2  junior mortgage on your Addison property?
3    A    Correct.
4    Q    You filed for bankruptcy on June 6, 2008?
5    A    Yep.
6    Q    And that was just shortly after you had
7  obtained that second mortgage from Countrywide,
8  correct?
9    A    Correct. It must have been, yeah.
10   Q    Okay. About a month after?
11   A    I think so, yeah. It was both -- it was
12  pretty close.
13   Q    Okay. Who was your lawyer at the time
14  that you filed for bankruptcy?
15   A    Martucci, I believe, in Roselle.
16   Q    And when did you retain the Sulaiman Law
17  Group to represent you?
18   A    Not until we needed guidance with the
19  whole foreclosure thing. And we didn't know what we
20  were doing at the time, and I needed somebody who
21  knows what they're doing to talk to.
22   Q    And do you recall when that was?
23   A    You know what, the initial meeting I
24  don't, the exact date.

Page 12

1    Q    Your motion was filed on July 2, 2013.
2  Does that help you put a time to when you first
3  retained Sulaiman?
4    A    July 2nd? It had to be within the months
5  approximately before that obviously. I'm not
6  sure --
7    Q    Okay. So sometime --
8    A    -- exactly the date.
9    Q    Okay. So sometime between, say, May and
10  July of 2013?
11   A    Approximately. I mean, I'm not sure, to
12  be honest with you.
13   Q    I understand.
14        MR. BADWAN: If you're not sure, just say
15  you're not sure.
16   A    I'm just not sure on the date, to be
17  honest with you.
18  BY MR. BLANKENSHIP:
19   Q    That's fine. Now, at the time you filed
20  for bankruptcy on June 6, 2008, you were current on
21  both of your Countrywide loans; is that correct?
22   A    Correct. Yes.
23   Q    And when you filed for bankruptcy, was it
24  your intent to stay in your home?

Page 13

1    A    At the time, yes.
2    Q    But you did not reaffirm your Countrywide
3  debts in the bankruptcy proceeding, correct?
4    A    Correct --
5        MR. BADWAN: Could you please explain what
6  reaffirming a debt really means?
7        MR. BLANKENSHIP: Sure.
8        MR. BADWAN: Because as you know, we
9  weren't the counsel for the bankruptcy.
10        MR. BLANKENSHIP: Yes, that's fine.
11  BY MR. BLANKENSHIP:
12    Q    When you file for bankruptcy, you can
13  reaffirm a debt. You acknowledge that the debt
14  exists and will continue, and you have the option to
15  do that with certain debts I think by checking a box
16  on a form.
17        Do you recall -- and I think the records
18  reflect that you did not reaffirm your loans.
19    A    Let me answer like this. I don't believe
20  so, but I don't -- I'm under oath, and I don't --
21  I'm not a hundred percent sure that -- I don't want
22  a box being -- I'm not sure.
23    Q    That's fine. You're not sure. I
24  understand.

Page 14

1    A    Yeah, I'm not --
2        MR. BADWAN: Can I rephrase the question,
3  or I'll help get to the bottom of the question?
4        MR. BLANKENSHIP: Sure.
5        MR. BADWAN: Do you recall your bankruptcy
6  attorney ever telling you, "Jeff and Kate, if you
7  guys sign this, that means you're still on the hook
8  for this debt"?
9        THE WITNESS: No, I don't.
10        MR. BADWAN: It must have been a packet
11  about eight to ten pages.
12        THE WITNESS: No, I don't. I don't
13  remember that.
14  BY MR. BLANKENSHIP:
15    Q    Did you want -- did you want to stay in
16  your home at the time you filed for bankruptcy?
17    A    At the time we were paying the mortgage,
18  we were current with the mortgage, and we were
19  taking it from there.
20    Q    Did you want to stay in your home?
21    A    Yes, I mean . . .
22    Q    And then you received your discharge on
23  September 9, 2008, correct?
24    A    Correct. Approximately, yes, in September

Page 15

1  of 2008.
2    Q    Who holds your -- the first mortgage on
3  your property now, the first Countrywide loan?
4    A    It was Bank of America, but not right now
5  because we had a modification on the first loan just
6  recently, and it's Bayview now.
7    Q    When did you obtain the modification on
8  the first loan?
9    A    Let's see, it's been almost -- they
10  contacted us when they took over for Bank of
11  America, and that was, I want to say, almost about a
12  year ago, give or take a month or so.
13    Q    And why did you enter into a loan
14  modification of your first loan?
15    A    Why?
16    Q    Yeah.
17    A    Because they contacted me and told me
18  that, you know, you can do this, this, your payment
19  could drop to this. And it'll -- you know, it'll
20  work out because Bank of America wasn't doing
21  anything.
22    Q    Did you have any issue with Bayview
23  contacting you about bringing you this option of
24  modifying your loan?

Page 16

1    A    Did I have an issue with it?
2    Q    Yeah.
3    A    No, not at all.
4    Q    You didn't think that was a violation of
5  your discharge order in your bankruptcy?
6    A    No. They were just trying to help.
7    Q    Okay. And I'm going to talk about the
8  second mortgage, which is the Countrywide mortgage
9  that Green Tree now owns.
10    A    Sure.
11    Q    You understood when you got your -- filed
12  for your bankruptcy and got your discharge that the
13  mortgage lien on the property was not affected by
14  your bankruptcy, right?
15    A    Could you rephrase? I'm not sure I --
16    Q    Sure. Sure. You understood that
17  Countrywide could foreclose on the mortgage on your
18  property in the event payments were not made on the
19  loan notwithstanding the fact that you had gone
20  through bankruptcy, correct?
21    A    Yes.
22    Q    And you understood that if Countrywide
23  pursued foreclosure, it could force you from your
24  home, correct?

Page 17

1    A    On the second?

2    Q    Yes.

3    A    Yes.

4    Q    And you understood at the time you got

5  your discharge that if you did not make regular

6  payments to Countrywide, Countrywide would foreclose

7  on its mortgage lien, correct?

8    A    Correct.

9    Q    And then after you received your

10  discharge, you continued to make regular payments on

11  your Countrywide loan, correct?

12    A    Correct.

13    Q    And do those payments run the amount of

14  $374.59 a month?

15    A    I believe that was the amount, yes.

16    Q    And you made those payments on your

17  Countrywide loan so Countrywide would not foreclose

18  on its mortgage lien?

19    A    I made them on both, yes.

20    Q    Okay.  Both the --

21    A    First and second.

22    Q    Second.

23    A    So the total payment was $2,064 or

24  something like that.

Page 18

1    Q    Okay.  And then the servicing of the

2  second Countrywide loan was transferred to Green

3  Tree.  Do you recall that happening?

4    A    Yes, I remember it got transferred, and we

5  started getting Green Tree statements instead of the

6  Countrywide.

7    Q    Okay.  And you then continued to make

8  those regular payments of $374.59 to Green Tree?

9    A    Correct.

10    Q    And the loan was transferred to Green Tree

11  in March of 2011.  Does that sound right?

12    A    You know what, I couldn't tell you when it

13  was transferred.

14    Q    Fair enough, okay.  Now, in September 2011

15  you made your last payment to Green Tree on the

16  second loan, correct?

17    A    September, October, somewhere around

18  there, yes, 2011.

19    Q    So you had made regular monthly payments

20  on your second Countrywide loan for approximately

21  three years after the discharge, right?

22    A    Correct.

23    Q    Okay.  And you made those payments so you

24  could stay in your home, right?

Page 19

1    A    Correct.

2    Q    And you made those payments so Green Tree

3  would not foreclose on its mortgage, correct?

4    A    Well, yeah, we made them to stay -- I

5  mean, because we were -- to keep up on our mortgage,

6  yes.

7    Q    Yeah.  Because you didn't want Green Tree

8  to foreclose, right?

9    A    Right.

10    Q    Did you stop making payments on your first

11  mortgage at any point?

12    A    Same exact time.

13    Q    And at that point, had the Countrywide

14  loan been transferred -- the first mortgage been

15  transferred to Bank of America at the time you

16  stopped making payments?

17    A    I'm not sure when that mortgage got

18  transferred or anything like that.  I couldn't tell

19  you the date.

20    Q    Why did you stop making payments on your

21  mortgages after your approximate September 2011

22  payment?

23    A    Unfortunately, we had a reduction in

24  income, and I exhausted my savings account.  And I

Page 20

1  had to pull my annuity because the $2,000 a month, I

2  was robbing Peter to pay Paul just to keep afloat.

3    Q    What caused the reduction in income?

4    A    My wife, she stopped working, you know, a

5  few years back.  And we had a savings account that

6  allowed me to keep afloat.  You know, when I was

7  short this month, I'd take it, transfer it and was

8  able to keep afloat, you know.

9    Q    Okay.  And when you stopped making

10  payments on your mortgages, you understood that

11  Green Tree could foreclose on its lien, right?

12    A    Yes.  I had no choice.

13    Q    Okay.  Did that bother you?

14    A    Did it bother me?

15    Q    Yeah.

16    A    Well, of course.  I have a family.

17    Q    But you stayed in the house, correct?

18    A    When?

19    Q    At the time you stopped making payments to

20  today, you've continued to live in the house, right?

21    A    Correct.

22    Q    So you've essentially lived in your home

23  for free for the last two years?

24    A    It wasn't exactly two years, but I know

Page 21

1    what you're getting at, yes.
2        Q    Since you stopped making payments?
3        A    While things were being -- yes.
4        Q    Do you want to keep your home today?
5        A    Do I want to?
6        Q    Yeah.
7        A    Now, yes.
8        Q    Have you made any efforts to find a new
9    place to live?
10       A    Yes.  We were already actually packed up
11   and ready to go before Bayview, like I told you,
12   approximately a year ago had contacted us saying
13   that they took over for Bank of America, and let's
14   try to get something done.
15           I sold my -- well, I'm not going to
16   elaborate, but yeah, we made arrangements.
17       Q    So when was that?  When did you make the
18   arrangements to move out?
19       A    Let's see, they contacted us about
20   approximately a year ago, so, you know, a few months
21   before that.
22       Q    So in the late summer of 2012?
23       A    Approximately.
24       Q    And then --

Page 22

1        A    Going back I can't tell you the exact date
2    but . . .
3        Q    That's fine.  And then once you made
4    arrangements with Bayview to decrease the amount of
5    your payments on the first mortgage, you decided to
6    stay?
7        A    Correct.
8        Q    After you filed for bankruptcy, did you
9    ever tell anyone at Green Tree that you wanted to
10   stay in your home?
11       A    No.
12       Q    Did you ever tell anyone at Green Tree
13   that you didn't want Green Tree to foreclose?
14       A    No.
15       Q    Did you ever attempt to arrange a payment
16   schedule with Green Tree?
17       A    No.  The only time that anything like that
18   was discussed was during one of the times that they
19   called, and I did happen to answer.  And I talked to
20   the lady, Katie Ferguson I believe her name was, and
21   her supervisor was on the phone at the same time.
22   And they were trying to get me to pay something,
23   anything at that time, pressuring me that while they
24   had me on the phone that they would accept a

Page 23

1    payment.  And Katie mentioned that there are options
2    that you can do, but I wasn't interested at that
3    point.
4        Q    Was this before or after you had begun
5    discussions with Bayview about the loan modification
6    for your first mortgage?
7        A    This was before.
8        Q    Did you ever discuss a loan modification
9    with anyone at Green Tree?
10       A    No.  Except what I just explained to you,
11   that was the only -- and they were the party that
12   was suggesting any type of thing like that at that
13   point.
14       Q    Have you considered a loan modification
15   with Green Tree?
16       A    Like, when?
17       Q    At any time.  Have you considered asking
18   Green Tree for a loan modification?
19       A    No, because at that point in time when all
20   this was happening, I already wrote -- once I
21   stopped paying, and we went through this, I already
22   wrote -- I was ready to move out.
23       Q    Right.  But then you did reach a loan
24   modification on your first mortgage, and --

Page 24

1        A    This was just -- you know, it just got
2    approved.  You have to go through a trial thing, and
3    then you get your final approval, which that was
4    extended by three months, after my three-month
5    trial.  So this just finished up probably four
6    months ago approximately.
7        Q    But at the time a year ago when you began
8    the modification process with Bayview, did you
9    consider entering into the same process with Green
10   Tree?
11       A    To be totally honest with you, I wasn't
12   sure how anything works with my situation at the
13   time, and that didn't even cross my mind at any
14   time, really.
15       Q    Okay.  I've shown you what we've marked as
16   Exhibit 1, which is your motion.  Did you review
17   Exhibit 1 before it was filed?
18       A    I believe so.
19       Q    And are the statements in Exhibit 1
20   truthful and accurate?
21       A    As far as I know, to the best of my
22   knowledge, yes.
23       Q    Okay.  Let's look at paragraph 22, please,
24   on page 4.

Page 25

1    A    Yes.
2    Q    And in that paragraph you say,
3 "Immediately after Debtors stopped paying the
4 subject debt, Green Tree began calling them
5 requesting payment.  Green Tree continued to call
6 even after the Debtors advised them of the
7 bankruptcy."
8        And then in the next paragraph,
9 paragraph 23, you state, "After their bankruptcy
10 discharge, in total, Debtors received over one
11 hundred (100) calls from a representative of Green
12 Tree by the name of 'Katie Ferguson' . . . calling
13 from (800)234-7101, to collect upon the subject
14 debt."
15       Do you have any records of any of the
16 calls that you received from Green Tree after your
17 bankruptcy discharge?
18   A    Yes.
19   Q    What kind of records do you have?
20   A    Phone records.
21   Q    What specific phone records?  Your phone
22 bills you mean or what kind of phone records are
23 you referring to?
24   A    Yes.  Our cell phone -- the phones that

Page 26

1 were being called.
2    Q    And you have those phone bills in your
3 possession?
4    A    Yes.  I mean, not today.
5    Q    Right, I know.
6    A    Oh, okay, sorry.
7    Q    And aside from your cell phone bills, do
8 you have any other records of phone calls between
9 you or your wife and Green Tree?
10   A    As far as -- I'm not understanding.  What?
11   Q    Do you have any notes of any calls?  Did
12 you make any notations about any calls?
13   A    Not -- no, not really.
14   Q    Well, at all?
15   A    I mean, we wrote down that they kept
16 calling daily.
17   Q    Okay.  And where --
18   A    Between what -- you know, figure -- what
19 months and things like that.
20   Q    Where did you write that down?
21   A    At -- just at home.
22   Q    And do you still have those notes?
23   A    I'm not sure, to be honest with you.  My
24 wife takes care of the paper, I don't.

Page 27

1    Q    Okay.  Aside from the notes you've just
2 referred to and the cell phones, any other --
3    A    No, that's pretty much -- that's all.
4    Q    Do you have any recordings of any of your
5 telephone calls or voicemails?
6    A    No, no.
7        MR. BLANKENSHIP: I know the notes have
8 not been produced, and I don't think the cell phone
9 records have been produced either for this
10 particular party so if you can order that.
11       MR. BADWAN: Yeah.  I think those were
12 part of the 137, so I'll look into that.
13       MR. BLANKENSHIP: Now, let's mark this as
14 Modica Exhibit 2, please.
15           (J. Modica Exhibit No. 2
16            marked for identification.)
17 BY MR. BLANKENSHIP:
18   Q    Let me show you what we've marked as
19 Modica Exhibit 2.  Do you recognize that as your
20 response to Green Tree's interrogatories?
21   A    Yes.
22   Q    And did you review Exhibit 2 before it was
23 served to Green Tree?
24   A    Yes.

Page 28

1    Q    And are the answers in Exhibit 2 truthful
2 and accurate?
3    A    Yes.
4    Q    Okay.  On the second page -- I'm sorry,
5 No. 6, yeah, on the second page, do you see we ask
6 you for each telephone call, we ask for certain
7 information.
8        And then in your response you say,
9 "Without waiving those objections, Debtors state
10 that from late October 2011 to late May 2012, they
11 received up to 5 calls per day from Katie Ferguson.
12 These calls were placed to Debtor Jeff Modica's cell
13 phone.  Debtor Katarzyna Modica also received up to
14 5 calls per day from Ms. Ferguson during the same
15 period."
16       Did you personally receive between one and
17 five calls on each day between late October 2011 and
18 late May 2012 on your cell phone?
19   A    I can't say that it's every day, but
20 believe me, it was almost every day, and it was at
21 least once a day, sometimes multiple times a day.
22 That's for sure.
23   Q    And those calls would be reflected on the
24 phone bills that you have?

In re
Jeffrey R. Modica, et al., Debtors

JEFFREY R. MODICA
December 18, 2013

Page 29

1    A    No, because we bounced calls.  She would
2  call every single day.  I was at work.  I was
3  running a million-dollar job at the time.  I would
4  get calls, and I'd see the number, and I'd bounce
5  the call.  And, unfortunately, because I tried to,
6  our -- Verizon, it doesn't register when you don't
7  answer the phone call and physically speak to the
8  person.  It won't register as -- even if she leaves
9  me a voicemail because she's left multiple
10  voicemails.
11    Q    I don't know what you mean by bounced the
12  call.
13    A    Hit the button, so it rejects the call?
14    Q    Rejects the call?
15    A    Goes straight to voicemail.
16    Q    And this is on your cell phone?
17    A    Yes.
18    Q    So you would see a call come in from Green
19  Tree, and did it identify Green Tree as the caller?
20    A    No.
21    Q    How did you know it was from Green Tree?
22    A    I know the number she called so much.
23    Q    Okay.  And you would not take the call?
24    A    Correct.

Page 30

1    Q    And --
2    A    I was at work.  Very busy.
3    Q    Okay.  So what -- you said that your phone
4  records did show calls.  What calls are actually
5  shown on the records?
6    A    It did register the 50 -- I believe
7  54-minute phone call that I expressed to you
8  earlier.  And there was another couple, I believe,
9  that did register because my wife had called them
10  when they had called our neighbor looking for me.
11    Q    So the only calls that are reflected on
12  your phone bills --
13    A    Are when --
14    Q    -- are where you actually had a
15  conversation, correct?
16    A    Correct.  I believe so, yes.
17    Q    Okay.  And what numbers did you receive
18  calls from Green Tree on?
19    A    800 numbers.  There's one number --
20    Q    I'm sorry, your numbers.  What number did
21  you --
22    A    Oh, I'm sorry.
23    Q    That was my fault.  What phone number of
24  yours were you getting the calls from Green Tree on?

Page 31

1    A    (630)625-2000.
2    Q    Okay.  And what number was your wife
3  getting calls on?
4    A    (630)625-2342.
5    Q    And do you have a land line?
6    A    No.
7    Q    And it looks like from the motion,
8  paragraph 23, you allege that the calls came from
9  (800)234-7101.  Is that --
10    A    I believe that's the number.  Off the top
11  of my head --
12         MR. BADWAN:  23.  I'm sorry.  That's
13  Exhibit 1 and that's Exhibit 2.
14    A    If that's written down correctly, yes,
15  then that's the correct number.
16  BY MR. BLANKENSHIP:
17    Q    Okay.  Now, how many times after your
18  discharge did you personally speak with someone from
19  Green Tree?
20    A    It was only a couple times.
21    Q    Two times?
22    A    I'm under oath, so approximately two
23  times.
24    Q    Okay.  Do two conversations stand out in

Page 32

1  your head or --
2    A    Well, this is between -- me personally?
3    Q    Yes, you personally?
4    A    I remember the one 54-minute phone call.
5    Q    I know your wife had separate calls --
6    A    Correct.
7    Q    -- but I'm just asking about your calls
8  now.
9    A    Yes.
10    Q    So you recall one distinct conversation
11  with Green Tree after your bankruptcy?
12    A    Correct.
13    Q    Okay.  Do you recall when that was?
14    A    Approximately in December, I believe.
15    Q    Okay.
16    A    Of 2011.
17    Q    And did you take any notes of that
18  conversation?
19    A    No, I didn't take any notes.
20    Q    Let's look at your motion again,
21  Exhibit 1, and paragraph 27.
22         MR. BADWAN:  So next page.
23    A    Okay.
24

Page 33

1  BY MR. BLANKENSHIP:
2    Q   And you allege, "On November 12, 2011,
3  after Green Tree contacted the Debtors' neighbor,
4  the Debtors called Katie Ferguson and spoke to her
5  twice that day . . . ."
6        Did you personally speak with Ferguson on
7  November 12, 2011?
8    A   I believe that that was the day that my
9  wife had called them.
10   Q   Okay.  Was that the first time that either
11 you or your wife had spoken with someone at Green
12 Tree?
13   A   I believe -- going back, I think -- I want
14 to say one of us spoke with them previously because
15 we -- they were calling before that, you know what I
16 mean.
17   Q   Do you have a recollection of that, you
18 personally?
19   A   I don't remember a phone conversation, no.
20 I don't remember that far back.
21   Q   Okay.  Now, I'm going to ask a slightly
22 different question.  I asked if you had any
23 conversations with Green Tree, and you've given your
24 answer to that.  Now my question is between your

Page 34

1  discharge on September 8, 2008, and November 12,
2  2011, did you personally receive calls from Green
3  Tree that may not have ended in a conversation?
4    A   Were they calling me?
5    Q   Yes.
6    A   Yes.
7    Q   Okay.  And do you know how many calls you
8  received between your discharge and November 12th?
9    A   Multiple -- I mean, I can't count
10 obviously.  A lot of calls.
11   Q   And none of those you answered?
12   A   Right.  Correct.
13   Q   Okay.  And --
14   A   But she did leave voicemails.
15   Q   Well -- and you don't have any notes of
16 where you've transcribed or made a notation of the
17 content of any of those voicemails, correct?
18   A   No, but I remember exactly what she says
19 every time.
20   Q   Okay.  What did she say every time?
21   A   Jeff, this is Katie Ferguson from Green
22 Tree.  You need to give me a call back at this
23 number.  I think she left her extension.  It is very
24 important.

Page 35

1    Q   Okay.  And that was the content of each
2  call?
3    A   Most of the time, yes.
4    Q   Do you recall any voicemails that had a
5  content other than what you've just told me?
6    A   Not necessarily, no.
7    Q   Okay.  And did you ever do anything in
8  response to those voicemails?
9    A   As far as?
10   Q   Call her back?
11   A   The time that I spoke with them.
12   Q   Okay.  In December?
13   A   Right.
14   Q   Why didn't you call her back before
15 December if you were getting these calls?
16   A   I might have, that's what I said.  Going
17 back, I don't recall a specific phone conversation,
18 but I believe that either me and my wife did speak
19 with them at the beginning because that's how we
20 knew they kept calling, they kept calling, kept
21 calling, kept calling.
22   Q   Did you think she was calling about the
23 status of your home?
24   A   About the status?

Page 36

1    Q   Yeah.
2    A   What do you mean?
3    Q   What did you think she was calling about?
4    A   To get a payment.
5    Q   And you just kind of assumed that from the
6  message?
7    A   Well -- or, like I said, either one of us
8  spoke with them previously, and obviously they --
9  during the 54-minute phone conversation, they
10 expressed what they were trying to get.
11   Q   We'll get to that one.
12   A   Okay.
13   Q   I'm just now focused on the voicemails
14 between your discharge and when your wife had that
15 first conversation on November 12th.
16   A   Sure, okay.
17   Q   So one of you may have called Green Tree,
18 but you don't have any specific -- prior to November
19 12th --
20   A   Or answered the phone call.
21   Q   Okay.  But you don't have any specific
22 recollection of you doing that?
23   A   To be honest with you, no.  I don't
24 remember a specific conversation with her.

Page 37

1    Q    Okay.  Do you know who initiated, whether
2  your wife initiated the call on November 12th with
3  Green Tree?
4    A    What's the question?
5    Q    Sure.  You've alleged that Green Tree
6  contacted the neighbor.  Then the debtors called
7  Katie Ferguson.
8    A    Correct.
9    Q    And I guess is it your testimony it's your
10  wife who called Katie Ferguson at that time?
11    A    Yes.
12    Q    Okay.  Did you have any discussion with
13  your wife prior to her calling Green Tree?
14    A    Oh, yes.
15    Q    What was that discussion?
16    A    We were flabbergasted that the call was
17  made to our neighbor, and we were upset about it.
18    Q    We'll get to that call in a bit.
19        As of November 12, 2011, did you want to
20  avoid foreclosure on your home?
21    A    As of November 12th?
22    Q    Yes, the day of this call.
23    A    Well, when we stopped paying, we didn't
24  know what was going to -- I was planning on losing

Page 38

1  the house.
2    Q    Did you ever respond to any of the
3  voicemails to tell Green Tree, you know, "Stop
4  calling.  We don't want the house.  I've planned to
5  lose the house," anything to that effect?
6    A    No.
7    Q    Were you present when your wife called
8  Green Tree?
9    A    I don't believe so.
10    Q    Okay.  And did your wife tell you about
11  her call with Green Tree?
12    A    Not specifics.  She --
13    Q    What did she tell you generally?
14    A    That she called them and let them know
15  that they shouldn't be calling our neighbors.
16    Q    Okay.  And there was -- you allege there
17  was a second call on November 12th.  Was that also
18  your wife?  It says and spoke to her twice --
19  ". . . Debtors called Katie Ferguson and spoke to
20  her twice that day . . . ."
21    A    Yes.  You would probably -- to get the
22  details on this phone conversation, because it was
23  my wife, she would know a lot more than I would.
24    Q    That's fine.  I just want to make sure you

Page 39

1  weren't the person that made the second call on
2  November 12th.
3    A    I don't believe so, no.
4    Q    Then move down to paragraph 30
5  where you allege, "After the calls continued, and
6  more than a month after the Debtors personally
7  advised Green Tree of their bankruptcy, on
8  December 20, 2011, the Debtors once again returned
9  Katie Ferguson's voicemail to notify her of their
10  bankruptcy."
11        Is that the call that you had with Green
12  Tree on November 20, 2011?
13    A    I believe so.  That's probably the
14  54-minute phone conversation.
15    Q    Okay.  So that -- so the call on
16  December 20th was the first conversation that you've
17  had with Green Tree after your bankruptcy discharge?
18    A    I believe so.
19    Q    And am I correct to assume you had
20  received voicemails from Katie Ferguson between
21  November 12, 2011, and when you had the conversation
22  on December 20, 2011?
23    A    Correct.
24    Q    What prompted you to call -- did you call

Page 40

1  on --
2    A    I don't know if I happened to answer the
3  phone when they called or I called them back.  I
4  can't recall that.  I can -- the phone records will
5  show it, though.
6    Q    Okay.
7    A    Like, I don't know if they called me three
8  times that day and I called them back, or I just,
9  like I said, happened to answer the phone when they
10  made another call.
11    Q    So you personally spoke with Ms. Ferguson
12  on December 20, 2011, right?
13    A    Correct.
14    Q    Was anyone else on the line besides you
15  and her?
16    A    No.  I'm on a cell phone.
17    Q    So it was just the two of you on the call?
18    A    I believe so, unless someone was on her
19  end.
20    Q    Where were you at when you had the call?
21    A    I believe I was home.
22    Q    Do you know what time the call was?
23    A    It was in the evening probably because I
24  work, so it was probably in the evening after, say,

In re
Jeffrey R. Modica, et al., Debtors

JEFFREY R. MODICA
December 18, 2013

---

Page 41

1 5:00.
2   Q   Okay. 5:45?
3   A   I'm guessing. I mean --
4   Q   How about 5:45, does that sound about
5 right?
6   A   Right. It could be, yes.
7   Q   And that call lasted about an hour?
8   A   I believe 54 minutes.
9   Q   And you don't know if you called or they
10 called you, but why did you choose to speak with
11 Green Tree on December 20, 2011?
12   A   Well, after every phone call every day
13 bothering me at work, bothering my wife, I don't
14 know at that point, like I said, if I happened --
15 like, "Hello," or if I called them to, you know,
16 talk with them and see what's the chaos about.
17   Q   And when you refer to the --
18     MR. BLANKENSHIP: I'm sorry, can you read
19 back the answer?
20     (Answer read as requested.)
21 BY MR. BLANKENSHIP:
22   Q   When you testified about them bothering
23 you and making phone calls, you're referring to the
24 voicemails asking you to call them back, correct?

---

Page 42

1   A   Correct.
2   Q   Okay. During this call on December 20,
3 2011, what did you say to Ferguson and what did she
4 say to you?
5   A   During the phone conversation?
6   Q   Yes.
7   A   All is I remember is her trying to get a
8 payment, and I believe she said if I made a couple
9 payments, that would -- that would help out.
10     And then when she was pressuring me to
11 make a payment and I couldn't, she -- I don't -- it
12 was her supervisor, I'm assuming, but a man got on
13 the phone, and he started asking me questions and to
14 the effect -- the thing that stands out, because I
15 was agitated at the time, was when he was asking me
16 what am I doing with all of my money because of not
17 paying.
18     At that point I told him the phone
19 conversation's over, and I hung up.
20   Q   Okay. So at some point during the call
21 you were transferred to a manager?
22   A   Yes.
23   Q   And Ferguson was off the line?
24   A   Correct.

---

Page 43

1   Q   How long did the portion of the call with
2 Ferguson last?
3   A   I couldn't honestly tell you that amount
4 of -- duration of time.
5   Q   And, likewise, you can't tell me how long
6 the portion with the manager lasted?
7   A   Exact minutes, I have -- it was a
8 54-minute phone conversation. I couldn't tell you
9 if I was on the -- I couldn't tell you honestly.
10   Q   Do you remember anything else that was
11 said during this 54-minute phone conversation other
12 than what you've already told me?
13   A   As far as?
14   Q   Anything that anyone said. I mean, this
15 was a pretty long call, and you've told me in about
16 20 seconds what was said.
17   A   Well, it was her explaining to me.
18   Q   What did she explain to you?
19   A   Any kind of payment I could make. She
20 probably did it ten different ways.
21   Q   Did she explain why she wanted you to make
22 a payment?
23   A   I don't recall. Obviously because I
24 haven't been paying, I would assume.

---

Page 44

1   Q   Did she ask you if you wanted to stay in
2 the house, if it was your intent to keep the house?
3   A   Yeah. I said no. Our bankruptcy
4 discharged the loan.
5   Q   Well, I understand bankruptcy discharging
6 the loan, but did she ask you if you wanted to stay
7 in the house?
8   A   I believe so.
9   Q   Okay. And what did you tell her?
10   A   No.
11   Q   At what point in the conversation did you
12 tell her that you didn't want to stay in the house?
13   A   I can't -- like I said, I can't recall. I
14 mean, that was a long time ago. I can't recall the
15 duration or when something was said. I mean, the
16 phone conversation was probably recorded on their
17 end. You can probably get the details. I know, you
18 know, like what I told you we talked about, that I
19 do know.
20   Q   What prompted you to -- the transfer to
21 the manager?
22   A   I didn't prompt it.
23   Q   Yeah, but what --
24   A   She did.

---

In re
Jeffrey R. Modica, et al., Debtors

JEFFREY R. MODICA
December 18, 2013

Page 45

1    Q    But what was said immediately before you
2  were transferred to the manager?
3    A    I -- like I said, I don't -- I couldn't
4  tell you exactly what was said.  I didn't take any
5  notes on the exact phone call at the time.  I do
6  remember that once she was trying to get me to make
7  the payments and explaining to me what type of
8  payments, at that point after she was done doing
9  that is when she had him, I guess, get on the phone.
10    Q    Did you tell Ferguson or the manager that
11  you were interested in a loan modification?
12    A    No.
13    Q    Did anyone raise the issue of a loan
14  modification during this call?
15    A    That's when I talked -- as I told you
16  earlier, that's when they talked about you have
17  options.  So I listened.  I listened to their
18  options because I'm a courteous person.
19         And at that point when he started asking
20  me the questions and offending me, I told him the
21  phone conversation was over, and I hung up the
22  phone.
23    Q    Did either Ferguson or the manager tell
24  you that you needed to make a payment to avoid

Page 46

1  foreclosure?
2    A    I believe so, but I don't -- I believe
3  they did.  I can't be a hundred percent sure.
4    Q    Did you tell them that you would make a
5  payment when you could?
6    A    I don't recall.
7    Q    And did you tell them that you wanted to
8  avoid foreclosure or words to that effect?
9    A    I don't believe so.
10    Q    You were transferred to the manager, and
11  tell me again specifically as best you can recall
12  his exact words what he said that you found
13  offensive.
14    A    Well, I found offensive when he was
15  questioning where all my money was going when you
16  haven't been paying on our loan, and what are you
17  doing with your money?
18    Q    Okay.
19    A    Which, like I said in that point in time,
20  I told him that's none of your business what I'm
21  going through right now.  And I told him this phone
22  conversation is over, and I hung up the phone.
23    Q    Did you understand from the phone call
24  that Green Tree was trying to help you to stay in

Page 47

1  your home?
2    A    No.  I understood it as trying to collect
3  payment at the time because they were so adamant
4  that I can make a payment by credit card.  I can
5  make -- they wanted a payment, that was for sure.
6    Q    And that was so you could stay in your
7  home, right?
8    A    I don't know if it was to try to -- I
9  don't know what their intention at that point was.
10    Q    Do you recall anything else other than
11  what you've told me so far about your call with
12  Green Tree on December 20, 2011?
13    A    I mean, as far as?
14    Q    Whether either you said or what Ferguson
15  said or what her manager said.
16    A    I believe that's -- that was the gist of
17  everything that was talked about.
18    Q    Okay.  And you don't have any notes or
19  recordings or other records of the call on
20  December 20th?
21    A    We didn't record anything.  We were --
22    Q    And you didn't make any notes?
23    A    No, not that I recall making any notes.
24  As far as what was said, no.

Page 48

1    Q    Other than December 20, 2011, were there
2  any other times that you personally spoke with a
3  representative of Green Tree?
4    A    Other than December?  After December?
5    Q    Well, let's start with after December,
6  yeah.
7    A    I don't believe so.
8    Q    Okay.  And then prior to December 20th --
9  between the discharge and December 20th, do you
10  recall any other conversations that you had
11  personally with someone at Green Tree?
12    A    Like I said, I don't remember a specific
13  conversation, but we may have had contact -- I may
14  have spoke with them before that.
15    Q    But the only conversation you actually --
16    A    That sticks --
17    Q    Let me finish.  The only conversation you
18  actually remember between the discharge and today
19  that you had with Green Tree was on December 20,
20  2011?
21    A    Yes.  That's the specific conversation
22  that stands out.
23    Q    Okay.  Let's look at paragraph 25 of
24  your -- of Exhibit 1 where you allege, "Katie

Page 49

1 Ferguson also called both of the Debtors' parents
2 inquiring about the Debtors in order to collect upon
3 the subject debt."
4     What are the names of the parents whom
5 Green Tree called?
6     A   Margaret and Joe Pangallo are my parents.
7     Q   And did they call Katie's parents as well?
8     A   Correct.  I believe.
9     Q   What's the name?
10     A   I believe it's her mom, which would be
11 Halina Kuzianik.
12     Q   So was it Pangallo?
13     A   Yeah, Pangallo.
14     Q   Do you know how many times someone at
15 Green Tree called Margaret Pangallo?
16     A   I don't recall an exact amount.  I know
17 that they did leave a message on their voice
18 recording machine.
19     Q   Do you know what that message said?
20     A   I believe it was looking for Jeff, and it
21 was Katie Ferguson from Green Tree.
22     Q   Do you recall anything else from that
23 voicemail?
24     A   I don't.  It wasn't my voicemail, so I

Page 50

1 don't.
2     Q   Did you actually hear that voicemail?
3     A   No, I didn't.
4     Q   So did your mother tell you the contents
5 of the voicemail?
6     A   She had told me that they called, left a
7 message, and I believe she wrote down maybe her name
8 and number or something.
9     Q   Okay.  Did your mother tell you anything
10 else about that call?
11     A   No.  That was pretty much it, I believe.
12     Q   And do you recall any other calls to your
13 parents, being told about any other calls to your
14 parents other than the one you've just referred to?
15     A   There might have been another one.  I'm
16 not sure how many times they called, but I know it
17 was at least once with a voice machine recording.
18     Q   And the gist of each of the messages was
19 we're looking for Jeff.  Please have him call us,
20 something like that?
21     A   Correct.
22     Q   Okay.  And do you know how many times
23 Green Tree called Halina?
24     A   That I don't.

Page 51

1     Q   Have you ever spoken to Halina about the
2 calls from Green Tree?
3     A   Personally?
4     Q   Yes.
5     A   No.
6     Q   I'd have to ask your wife about that?
7     A   Sure.  Exactly.
8     Q   All right.  And you're not aware of any
9 notes that your mother may have taken from that
10 phone call that currently exist?
11     A   To be honest with you, no.
12     Q   Okay.
13     A   I don't even think she took a note.  I
14 mean, she might have written something down for me
15 on a piece of paper, but as far as her taking notes
16 on the phone call, I don't believe so.
17     Q   Your parents knew about your bankruptcy?
18     A   No.
19     Q   They never knew?
20     A   No.
21     Q   Did your parents ask why Green Tree was
22 calling you?
23     A   Did they ask why?
24     Q   Yes.

Page 52

1     A   Yeah.
2     Q   What did you tell them?
3     A   I told them we were going through a rough
4 time, and we'd talk to them about it later.
5     Q   Did you talk to them about it later?
6     A   Eventually, yes, we had to because that's
7 where we were moving if -- obviously, you know --
8     Q   If the -- if you had hadn't been able --
9     A   If we had to move, when we were getting
10 ready.
11     Q   -- to modify your --
12     A   Right.
13     Q   If you hadn't been able to modify your
14 original loan --
15     A   Correct.
16     Q   -- you were going to move in with your
17 parents?
18     A   Correct.
19     Q   Okay.  Paragraph 26 you allege, "In
20 November 2011, Katie Ferguson called the Debtors'
21 neighbor inquiring about the Debtors in order to
22 collect upon the subject debt."
23     What's the name of the neighbor that was
24 called?

In re
Jeffrey R. Modica, et al., Debtors

JEFFREY R. MODICA
December 18, 2013

---

Page 53

1    A    Donna and Scott Birmingham.
2    Q    Do you know what their phone number was?
3    A    What their phone number, home phone
4  number?
5    Q    Yeah.
6    A    No, offhand I don't.
7    Q    The number that Green Tree called?
8    A    Yeah, I have no idea.
9    Q    Okay. How do you know that Green Tree
10 called the Birminghams?
11   A    Because Donna came over and spoke with my
12 wife about it.
13   Q    Did you speak with Donna about the call?
14   A    No.
15   Q    Or Scott did you say?
16   A    No.
17   Q    So the only thing you know about this call
18 is what your wife then told you, correct?
19   A    Correct.
20   Q    And what did your wife tell you about
21 Green Tree's calls to Birmingham? Was there more
22 than one call?
23   A    I don't -- I'm not sure. I can't answer
24 that question.

---

Page 54

1    Q    What did your wife tell you about the call
2  that Green Tree made to the Birminghams?
3    A    Well, that they were calling our neighbors
4  looking for us.
5    Q    Anything else?
6    A    No. That's pretty much it.
7    Q    Okay. Are you aware of any notes or any
8  other documentation of the call from Green Tree to
9  Birmingham?
10   A    I'm not aware.
11   Q    Are you aware of any other calls that
12 Green Tree made to any of your other neighbors?
13   A    I am not aware.
14   Q    Are you aware of Green Tree calling anyone
15 other than you, Birmingham, your parents or Katie's
16 parents, you and Katie regarding your house?
17   A    No.
18   Q    Okay. Paragraph 35 you allege,
19 "Thereafter, a representative of Green Tree sent a
20 large intimidating man to visit the Debtors at the
21 subject property, who rang their doorbell, spoke to
22 them about their ability to pay the subject debt,
23 and stood in the doorway until the Debtors advised
24 him that they understood he was seeking to collect

---

Page 55

1  upon the subject debt and would take that into
2  consideration, as well as call Green Tree to discuss
3  payment of the subject debt."
4         Did you personally speak with this man who
5  visited?
6    A    No. I was at work.
7    Q    And are you aware of any notes that exist
8  or other documentation regarding this conversation
9  that your wife had with this representative of Green
10 Tree?
11   A    Yes.
12   Q    What?
13   A    A document that he actually handed over to
14 my wife.
15   Q    What was that document?
16        THE WITNESS: Do you have the document
17 here?
18        MR. BADWAN: We'll produce that.
19        THE WITNESS: We do have a document that
20 he handed over to my wife.
21 BY MR. BLANKENSHIP:
22   Q    That still exists?
23   A    I'm not sure exactly off the top of my
24 head what it states, but it does exist. We have a

---

Page 56

1  copy, and they have a copy.
2        MR. BADWAN: I'll produce it.
3  BY MR. BLANKENSHIP:
4    Q    Okay. And what did your wife tell you
5  about this conversation with the person from Green
6  Tree?
7    A    That they came over to the house while she
8  was at home with the kids, and my father-in-law was
9  there with them, happened to be there at the time.
10   Q    Okay. Did she tell you anything else
11 about the visitor from Green Tree?
12   A    Basically she told me about the visit.
13 The guy came over, handed the papers, said that I
14 needed to call them on this issue right away, and
15 that's what I recall from that.
16   Q    And you didn't call Green Tree after that?
17   A    Let's see. That was around -- I don't
18 believe so.
19   Q    Was this visit after your December 20,
20 2011, phone call with Green Tree?
21   A    Yes.
22   Q    Do you know --
23   A    Yes, it was.
24   Q    Do you know when it was?

---

Page 57

1    A   It was in approximately in, I want to say,
2  March of 2011.  That's me putting my best -- I mean,
3  I'm not sure of the exact day, date.  You know, it
4  was approximately March 2011, though.
5    Q   When did you last receive a phone call
6  from Green Tree?
7    A   I want to say April, around April.
8    Q   Of?
9    A   2011 when all the calls stopped.  They
10  totally stopped calling if I remember correctly.
11      Can I back up for a second?
12    Q   Yes.  Sure.
13    A   That is -- they just contacted me a month
14  ago regarding -- sorry.  The lady told me that
15  because we modified the second one, they hold the
16  lien on the first one.  She was sending me paperwork
17  or something like that.  And that was the last time
18  Green Tree contacted me.
19    Q   Okay.  I --
20    A   Nothing to do with, I don't think, you
21  know, as far as the phone calls that Katie Ferguson,
22  I don't know -- to this day, I still have the packet
23  at home.  I'm not sure what I'm going to -- what to
24  do with it.

Page 58

1    Q   And I'm a little confused, because I think
2  you used first and second in a way I don't
3  understand.  The first mortgage is the one that you
4  have modified, correct?
5    A   Correct.
6    Q   Green Tree was the second?
7    A   Correct.
8    Q   So Green Tree contacted you and said what?
9    A   Well, you asked me when was the last time
10  I had contact with them.
11    Q   Yeah.
12    A   Regarding the Katie Ferguson phone calls
13  was, like I said, I believe April the phone calls
14  stopped.
15    Q   Of 2011?
16    A   But I actually just got contacted, I told
17  you about --
18      MR. BADWAN:  Don't discuss anything we
19  talked about.
20      THE WITNESS:  Okay.
21  BY MR. BLANKENSHIP:
22    Q   Let me just back up because I want to make
23  sure I understand.  Your last phone call with --
24  from Katie Ferguson was in April 2011 or so,

Page 59

1  correct?
2    A   Correct.
3    Q   And very --
4    A   No, no, no.  The last time they were
5  calling --
6    Q   Right.
7    A   -- was in April, yes.
8    Q   The last time Green Tree was calling was
9  in April 2011?
10    A   Correct.
11    Q   But about a month ago you were contacted
12  by Green Tree, correct?
13    A   Correct.
14    Q   And tell me again what that was about.
15    A   Okay.
16    Q   Was it a phone call?
17    A   Yes.  It was a phone call, a message, and
18  she left a message.  I returned her phone call.
19    Q   And what was the message?
20    A   The message was -- there was a different
21  lady obviously, and she said to give her a call
22  back.  She left a phone number and extension.
23    Q   And you called her back?
24    A   I called her back, and she explained that

Page 60

1  you modified your first mortgage, and we are sending
2  you a packet.  I believe it was a 2MP.  Does that
3  sound --
4    Q   It's whatever.  Go ahead.
5    A   And I'm not -- she sent out the packet,
6  and I still have it.
7    Q   And did that packet relate to a proposed
8  modification for your second mortgage?
9    A   What she said it was an extinguishment.
10    Q   Extinguishment.  Of your second mortgage?
11    A   I'm guessing, yeah, because that's who
12  Green Tree . . .
13    Q   Okay.
14    A   It was -- it must be through the HAMP
15  program that we modified because I see it had the
16  HAMP on top of the paper.
17    Q   In paragraph 36 you allege that,
18  ". . . Debtors suffered damages from Green Tree's
19  actions. . . ."
20      What damages have you suffered as a result
21  of Green Tree's phone calls which you contend
22  violate the discharge order?
23    A   Well, having to explain not on our own
24  terms to our neighbors, our family, and just going

In re                                                                                                    JEFFREY R. MODICA
Jeffrey R. Modica, et al., Debtors                                                                December 18, 2013

Page 61

1 through the aggravation of getting bothered day in
2 and day out at work, at home, in the evening,
3 whatever we were doing at the time when we were
4 going through enough.
5    Q   Okay.  When you mean aggravation, that
6 means getting a phone call and pressing the button
7 to reject the call?
8    A   No, aggravation of being harassed by
9 numerous phone calls and just --
10    Q   But --
11    A   The phone conversation that I had with the
12 supervisor I'm assuming.
13    Q   But the phone calls, you rejected all of
14 them.  You didn't actually accept any of the phone
15 calls, correct?  That's what we're talking --
16    A   What about the 54-minute phone
17 conversation?
18    Q   All right.  Which you may have called or
19 they may have called you.  You're not sure, right?
20    A   Right.
21    Q   Okay.  Put that one aside.  Let's talk
22 about all the other phone calls that you contend
23 were happening daily, sometimes multiple times a
24 day.

Page 62

1    A   Yes.
2    Q   The aggravation of that consisted of you
3 getting a call and seeing it was from Green Tree and
4 pressing a button to reject the call, correct?
5    A   No.  It was listening to messages during
6 meetings at work because she would leave the
7 voicemails, that I told you, things of that nature
8 constantly.
9    Q   And the voicemails all lasted just a few
10 seconds, correct?
11    A   Correct.
12    Q   Have you seen any counselor or
13 psychological, medical professional regarding the
14 effects of Green Tree's calls on you?
15    A   No, I haven't.
16    Q   When you say you had to explain it to your
17 neighbors, what neighbor did you have to explain to?
18    A   The ones that they called.
19    Q   And that's just Donna Birmingham?
20    A   Correct.
21    Q   Did you actually explain anything to Donna
22 Birmingham?
23    A   No.  My wife actually talked to her.
24    Q   So you haven't actually had to explain

Page 63

1 anything to any neighbors, correct?
2    A   No.  At a later time we discussed it
3 another time, and they were aware because obviously
4 they knew at that point.
5    Q   What did you discuss with them, the
6 Birminghams?
7    A   What was going on with the house.  Just
8 what was going on with the house and the situation.
9    Q   Okay.  Tell me exactly what you -- when
10 was this conversation you're referring to now?
11    A   It was after that it happened.  I couldn't
12 tell you, like I said.
13    Q   And what did you talk about with regard to
14 the house and what was happening?  What did you tell
15 them?
16    A   Well, we told them regarding the phone
17 call the reason being is because of we were going
18 through a tough time, and we were possibly losing
19 the house, in long story short.
20    Q   Are you out of pocket any money as a
21 result of Green Tree's phone calls?
22    A   As far as -- could you rephrase?  Like --
23    Q   Yeah.  Have you lost -- did you suffer any
24 monetary damages as a result of Green Tree's phone

Page 64

1 calls?
2    A   No.  I mean . . .
3    Q   And how did your parents react when you
4 explained to them what was going on with Green Tree?
5    A   As far as the phone call or . . .
6    Q   Well, yeah.  You've said that part of your
7 damages was having to explain to your parents what
8 was going on.  And I'm trying to understand -- you
9 explained your situation that you might lose your
10 house, right?
11    A   Correct.
12    Q   And that wasn't Green Tree's fault that
13 you might lose your house, correct?
14    A   Correct.
15    Q   So any stress related to possibly losing
16 your house wasn't as a result of Green Tree's
17 actions, correct?
18    A   Correct.
19    Q   And you explained to your parents that you
20 might lose your house, correct?
21    A   Yep.
22    Q   And did that upset them?
23    A   Obviously I'm sure they were a little
24 upset, I mean . . .

In re
Jeffrey R. Modica, et al., Debtors

JEFFREY R. MODICA
December 18, 2013

Page 65

1    Q   Well, compared to your losing your house
2  and the emotional impact of losing your house, how
3  did the emotional impact of Green Tree's phone calls
4  compare?
5    A   Well, because it made you feel -- after
6  the -- when someone was telling you what are you
7  doing with your money when you're struggling, it's
8  pretty rough.  I mean, you're not at a good point as
9  it is, and I mean, I don't know if you -- it was a
10 bad time, and that made it worse.  That's all I
11 could say about that.  I don't know how to explain
12 it.
13   Q   And I guess I'm trying to understand how
14 much it made it worse.  It's pretty bad that you're
15 going to lose your house, right?  I mean, that's
16 very difficult for you to go through, losing your
17 house?
18   A   Correct.
19   Q   And how much worse was it made by the
20 virtue of your one phone conversation with Green
21 Tree?
22   A   Are you asking me a scale?
23   Q   Yeah.
24   A   I couldn't tell you.  I mean, what do you

Page 66

1  want?  How do I answer that?
2    Q   I don't know.  I'm trying to understand
3  the relative emotional suffering that you went
4  through.
5    A   I mean, that's like saying you're down
6  then someone kicks you, how -- I couldn't answer
7  that.  I'm sorry, I don't know how to . . .
8       MR. BLANKENSHIP: Okay.  I don't think I
9  have any other questions for you.
10      MR. BADWAN: Okay.  Do you mind if I ask
11 questions?
12      MR. BLANKENSHIP: Sure.
13           CROSS-EXAMINATION
14 BY MR. BADWAN:
15   Q   Mr. Modica, you testified earlier that
16 Bayview reached out to you for a loan modification.
17 Could you please explain how they reached out to
18 you?
19   A   A phone call.
20   Q   Okay.  Now, did -- were they calling three
21 to five times a day?
22   A   No.
23   Q   How many times did they call,
24 approximately?

Page 67

1    A   They called one time, which I answered.
2  They explained everything to me.  They told me about
3  the documents I would need to submit, and that was
4  it.  They told -- once we submitted them, they said
5  three months we will get back to you.
6    Q   Did they ask you for payment on this phone
7  call?
8    A   No.
9    Q   They just told you you may be eligible for
10 loan modification?
11   A   Correct.
12   Q   Okay.  When Green Tree called and you
13 talked to them, would they always ask for payment?
14      MR. BLANKENSHIP: Well, objection, lack of
15 foundation.  There's only been one actual
16 conversation he had with Green Tree.  So if you're
17 going to ask questions about phone calls, please be
18 specific.
19 BY MR. BADWAN:
20   Q   Well, I'm trying to get the relative tone
21 of the two conversations that you've had with
22 Bayview and the one you had with Green Tree.  I
23 believe it was Katie Ferguson you testified?
24   A   Correct.

Page 68

1    Q   Describe the difference of the nature of
2  the call and the tone of the call.  So start with
3  Bayview, the tone and nature of the call.  Was it
4  unfriendly, friendly?  So do you understand the
5  question or should I rephrase?
6    A   I do.  It was obviously totally different
7  as I told you what the content of the voicemails
8  were when she was telling me I need to call her
9  back.
10      Bayview was trying to -- they reached out
11 to me, which was surprising, and just told me my
12 options of a modification and what I need to do to
13 accomplish that.
14   Q   Did they -- did Bayview ask you why you
15 haven't been paying your loan?
16   A   No, not at all.
17   Q   And Bayview only called you once, correct?
18   A   Correct.
19   Q   You indicated that you defaulted on both
20 loans when your wife stopped working.  Why did she
21 stop working?
22   A   We have two small children.
23   Q   So she stayed at home with them?
24   A   Correct.

Page 69

1  Q   To the best of your knowledge, did Green
2  Tree ever foreclose on you?  Did they ever file a
3  lawsuit to foreclose on the property?
4  A   I don't believe so.
5  Q   Do you remember the closing on the house
6  where you signed the papers to purchase the home?
7  A   Originally?
8  Q   Yes.
9  A   Vaguely, not very well.
10  Q   Well, let's focus on Green Tree's second
11  mortgage.  Was your wife with you when you took out
12  that loan?
13  A   I believe so.
14  Q   Okay.  Now, were those loans both obtained
15  at the same time, which is the loans of 80/20, so
16  that they both funded the initial purchase, or was
17  that a home equity line with Green Tree?
18  A   No.  I know what you're trying to get at.
19  They were separate.  There was a first and a second.
20  Q   Now, was your wife liable on the note, and
21  I want to explain what that means.  Was she there
22  with you when you took that loan out?
23  A   The second?
24  Q   Yes, the Green Tree.

Page 70

1  A   I believe so.
2  Q   She was there; she signed papers?
3  A   I -- I don't recall if she actually signed
4  the papers, but she was there.
5  Q   Did she provide her number to Green Tree?
6  A   I don't believe so.  I'm not a hundred
7  percent sure.  I don't see why she would.
8  Q   Now, in the conversation you had with
9  Katie Ferguson in December of 2011, did you ever
10  tell Katie or her supervisor, or who you assumed to
11  be a supervisor, that you want to stay in the home?
12  A   No.
13  Q   You never gave them intent, I'll do what
14  it takes or anything like that?
15  A   I do not believe so.
16  Q   How did it make you feel when they were
17  calling third parties, by third parties I mean your
18  neighbor and your parents?  Let's start with your
19  neighbor.  She called your wife you testified
20  earlier.  Presumably when your wife told you, how
21  did that make you feel?
22  A   As I told him, not good.  I mean, you
23  feel -- like I said, the whole situation was already
24  hard.

Page 71

1  Q   Did you kind of feel it was an invasion of
2  privacy in any way?
3      MR. BLANKENSHIP: Objection, form of the
4  question.
5  BY MR. BADWAN:
6  Q   Were you scared people were going to find
7  out about your financial situation?
8      MR. BLANKENSHIP: Same objection.
9  BY MR. BADWAN:
10  Q   Did you find the calls to be harassing?
11  A   Yes.
12  Q   Why did you find them to be harassing?  If
13  you didn't answer the phones, why did you find them
14  to be harassing?
15  A   As I told him, I was called almost every
16  day.  I was at work.  You know, I was running a job,
17  which is stressful enough.  My phone is ringing
18  already a lot, and that adds to it.
19  Q   When you talked to Katie Ferguson on
20  December 20, 2011, did Katie ever acknowledge the
21  bankruptcy filing?
22  A   When I talked to Green Tree, December?
23  Q   December 20th, that was the long call I
24  believe, the 54-minute call?

Page 72

1  A   Right.
2  Q   Did they say, "Mr. Modica, you filed for
3  bankruptcy.  You're not liable for this debt.
4  However, we still have a lien.  We may have
5  something to work out with you"?
6  A   I don't believe so.
7  Q   Did you ever tell them you filed for
8  bankruptcy?
9  A   I believe so, yes.
10  Q   And how did they respond to that?
11  A   As I said, I'm not sure the exact -- I
12  don't know what they said after that as far as the
13  exact phone conversation.
14  Q   But they would request payment after you
15  told them?
16  A   Correct.
17  Q   When you took out the loan with Green
18  Tree, did you give them your neighbor's number?
19  A   No.
20  Q   Did you give them your parents' number?
21  A   No, I don't believe so.
22  Q   So you never gave them Margaret Pangallo's
23  number?
24  A   I don't believe so, no.

Page 73

1    Q   Or Halina Kuzianik?
2    A   Kuzianik. I don't believe so, no.
3    Q   Did you ever give them Donna or Scott
4 Birmingham's number?
5    A   No.
6    Q   Do you have any idea how they would have
7 gotten those numbers?
8    A   I don't have a clue. I mean . . .
9    Q   Now, you testified earlier that you were
10 already struggling through a financial hardship, and
11 this added more stress. How did the supervisor by
12 him telling you, "What are you doing with your
13 money?" make you feel?
14    A   Not good.
15    Q   Almost made you feel like a dead beat?
16        MR. BLANKENSHIP: Objection, form of the
17 question.
18    A   Like a loser, like you're not doing what
19 you're supposed to be doing when that's not the type
20 of person I am, I mean, just to begin with.
21 BY MR. BADWAN:
22    Q   Why do you think they called your
23 neighbor?
24        MR. BLANKENSHIP: Object to the form of

Page 74

1 the question.
2        MR. BADWAN: What's wrong with the form?
3        MR. BLANKENSHIP: Speculation. There's no
4 foundation he knows why -- no reason to think he
5 would know why they called his neighbor. He's
6 guessing.
7 BY MR. BADWAN:
8    Q   Why would you guess they called your
9 neighbor?
10        MR. BLANKENSHIP: Object to the form of
11 the question. Now you're asking him to guess.
12 BY MR. BADWAN:
13    Q   Now, you were on the -- you were talking
14 to Katie Ferguson for a while. At what point did
15 she transfer you to her what you thought would be a
16 supervisor? Tell us more about that. I mean,
17 something must have happened that she would need
18 someone else to come on the line. Do you recall why
19 it was transferred?
20    A   I believe -- like I said, I don't remember
21 the length of the phone conversation between the
22 supervisor split time with Katie Ferguson. But I do
23 remember that she was trying to get me to make a
24 payment. And once she probably realized that I

Page 75

1 wasn't making a payment no matter what is when he
2 came on the line.
3    Q   Do you recall if you had to approximate
4 how long you were on the phone with Katie as opposed
5 to the supervisor? Just an approximation. If you
6 can recall. If you don't recall --
7    A   I have to be honest with you, I cannot
8 approximate because I don't remember.
9    Q   Was he more aggressive than Katie, the
10 supervisor?
11    A   Yes. I would say yes.
12    Q   And what would you base that on?
13    A   I base that on the questions he asked me.
14    Q   Okay. Could you, if you can remember what
15 questions he asked, could you please repeat those?
16    A   Well, as I told him, he was asking me what
17 I did with my money the whole time; that I should
18 have the money to make a payment because I haven't
19 been paying.
20    Q   Did you tell the supervisor that you filed
21 bankruptcy?
22    A   Yes.
23    Q   What was his response?
24    A   I don't remember his exact response as far

Page 76

1 as his exact words.
2    Q   All right. You testified earlier that the
3 last call was in April 2011?
4    A   Approximately.
5    Q   However, you also testified that you
6 reviewed these pleadings, and it said that the long
7 conversation with Katie Ferguson was on December 20,
8 2011. Were you perhaps mistaken when you said April
9 of 2011? Should it have been 2012?
10    A   Oh, I'm sorry. Possibly, yes.
11    Q   Okay. So that conversation with Katie
12 Ferguson definitely happened after April 2011?
13    A   Wait. I'm confused.
14    Q   So at one point you were asked if you
15 reviewed these pleadings, and you said, yes, you
16 did. And you were asked if they seemed accurate?
17    A   Correct.
18    Q   You said, yes, they were accurate. But at
19 one point you said that the last call you received
20 from Green Tree was April 2011. However, the call
21 with Katie Ferguson is December 2011. So --
22    A   April 2012.
23    Q   So you meant April 2012?
24    A   Yeah, sorry.

Page 77

1   Q   Are you sure about that?
2   A   Yes.
3   Q   So that was just a mistake?
4   A   Yes.
5   Q   It was just a calculation, okay.
6       MR. BLANKENSHIP: That's what I understood
7   you to mean.
8       MR. BADWAN: Oh, okay.
9       MR. BLANKENSHIP: I mean, they continued
10  after December 2011.
11      MR. BADWAN: I just wanted to clarify
12  that.
13      MR. BLANKENSHIP: No, no, I'm glad you
14  did. I didn't catch it myself.
15      THE WITNESS: All these dates. I'm trying
16  to do my best to --
17      MR. BADWAN: Yeah. No, absolutely. It
18  was a couple years ago, so we understand. We just
19  wanted to clarify that.
20  BY MR. BADWAN:
21  Q   And then they called you again you said a
22  couple months ago?
23  A   On the other, as I explained to him, yes.
24  It was not the same lady that was calling, though.

Page 78

1   Q   Was your wife frustrated by the calls?
2   Did she express frustration or anger?
3   A   Of course.
4   Q   Did it ever cause any strain between you
5   and her?
6   A   Of course.
7   Q   Please elaborate on that.
8   A   Well, just having to discuss it on top of
9   everything else at the time is stressful. Spending
10  time when we have children and other things that
11  needs our time, spending any amount of time on
12  things of that nature to me is stressful.
13  Q   Was it almost a reminder that you were
14  getting kicked out of your house?
15  A   Well, for sure. Every time I saw the
16  phone number, call my phone it was a reminder.
17  Q   And it was the same number every time?
18  A   Yes.
19  Q   And Ms. Ferguson would always -- she would
20  always state her name in the voicemails that she
21  would leave?
22  A   Yes.
23  Q   And would she leave a voicemail on every
24  single call?

Page 79

1   A   I can't say every single call. I would
2   say 90 percent of them, yes.
3   Q   Now, that -- back to the December
4   conversation with Katie Ferguson, from what you
5   recall, that was probably one of the only times you
6   actually spoke to someone with Green Tree, correct?
7   A   That I recall that sticks out, yes.
8   Q   Did she tell you the call was being
9   recorded?
10  A   I believe -- I believe so. I'm not a
11  hundred percent, but I believe so.
12  Q   Now, let's talk about the man that came to
13  your house. You were not -- you testified you were
14  not home, correct?
15  A   Correct. I was at work.
16  Q   When did your wife tell you this man came
17  to your house, was it when you got home, was it --
18  did she call you?
19  A   It was either I would imagine when I got
20  home, or she called after it happened.
21  Q   What was her reaction to a man coming to
22  your house?
23  A   Well, at first I was obviously upset and
24  mad.

Page 80

1   Q   What was her reaction from what you can --
2   you know, you know your wife. You guys have been
3   married for a while.
4   A   I think she was startled. I mean, she's
5   there with the kids. She was a little startled, and
6   then obviously intimidated I would say. She didn't
7   know obviously when he was coming up to the door --
8   you know, she didn't know what was going on or what
9   his intention was or -- you know.
10  Q   Did the large intimidating man ever ask
11  your wife, "Are you guys staying here for a while?
12  What's your intent?"
13      MR. BLANKENSHIP: Objection, calls for
14  speculation. He wasn't there.
15  BY MR. BADWAN:
16  Q   Did your wife tell you? Did your wife
17  tell you that the intimidating man, as she described
18  it, did he ask what your intent was with the house?
19  A   I can't be for sure what she told -- or
20  what he told her as far --
21  Q   Well, do you remember what she told you he
22  told her?
23      MR. BLANKENSHIP: I just object to
24  hearsay.

In re
Jeffrey R. Modica, et al., Debtors

JEFFREY R. MODICA
December 18, 2013

---

Page 81

1      MR. BADWAN: Lacks a little evidence,
2  okay.
3  BY MR. BADWAN:
4      Q    Outside of Katie Ferguson, anyone else --
5  and the supervisor, anyone else ever leave
6  voicemails -- or outside of Katie Ferguson, the
7  intimidating -- or the supervisor never left
8  voicemails.  It was always Katie Ferguson?
9      A    Yes.
10     Q    So it's almost like you always had this
11  Katie Ferguson lady, nobody else, correct?
12     A    Correct.
13     Q    What did you tell -- or do you know what
14  your wife told your neighbor why Green Tree is
15  calling for them?
16     MR. BLANKENSHIP: Objection, calls for
17  speculation.
18  BY MR. BADWAN:
19     Q    Did your wife tell you what she told your
20  neighbor as to why Green Tree was calling?
21     A    Not --
22     MR. BLANKENSHIP: Objection, hearsay.
23     MR. BADWAN: What is -- what's wrong with
24  that?  Hearsay?

---

Page 82

1      MR. BLANKENSHIP: If his wife was telling
2  him what she --
3  BY MR. BADWAN:
4      Q    Obviously a neighbor comes to your wife
5  and says, hey -- or what your wife told you, someone
6  from Green Tree called.  Would that be accurate?
7      A    Yes.
8      Q    Did your wife ever tell you how she
9  responded to why?
10     A    Specifics?  I don't recall specifics the
11  conversation of what she told me she talked to her
12  about.
13     Q    Do you know what your wife told her mom
14  when they called her why they were calling?  Did you
15  guys ever have a conversation about that?
16     A    Specifically, no.  I mean, I don't know
17  exactly what my wife said to -- I couldn't answer
18  that honestly because I don't know a hundred
19  percent.
20     Q    Now, I want to make something clear.  You
21  never told Green Tree you want to stay in the house.
22  Would that be accurate?
23     A    That would be accurate.
24     Q    Did Green Tree send you a loan

---

Page 83

1  modification package like Bayview did?
2      A    I don't believe so.
3      Q    Where it said if you make these three
4  payments, we're going to make your loan current?
5      A    I don't believe so.
6      Q    And you stated that Bayview called one
7  time, correct?
8      A    Correct.
9      Q    Why did you pick up that call?
10     A    Because I answered the phone call.  I
11  didn't -- it was -- I didn't know the number, and I
12  answer my phone.
13     Q    Okay.  And do you remember how long that
14  Bayview call lasted for?
15     A    The initial call?
16     Q    Yeah.
17     A    I would -- to the minute, obviously not,
18  but I would assume -- I remember when I was talking
19  to them what job I was at, and approximately I would
20  say 15 minutes.
21     Q    And the tone was different between the
22  Bayview calls and the Green Tree calls?
23     A    Obviously, yes.
24     Q    In what ways were they different?

---

Page 84

1      MR. BLANKENSHIP: Asked and answered.
2  BY MR. BADWAN:
3      Q    Have you done any research on -- did you
4  ever go on Google and put "Green Tree, continuous
5  calls" or anything?  Did you ever look into this
6  matter why they were calling, why Green Tree was
7  calling you so many times?  Did you ever kind of
8  investigate what's going on here, and why are they
9  calling so much?
10     A    Actually, yes.
11     Q    Tell me more about that.
12     A    I went on the computer and just did a
13  search of this type of situation and found that -- I
14  found other people who was going through the same
15  thing.
16     Q    So kind of same exact thing?
17     A    Right.
18     Q    Kind of same person calling them
19  continuously?
20     A    Correct.
21     MR. BLANKENSHIP: I object to the form of
22  the question.  I object to him testifying as to what
23  his Internet searches may have shown as hearsay, and
24  I'm not quite sure why you're wasting time in a

---

Page 85

1 deposition with this. But he can answer your
2 questions.
3 BY MR. BADWAN:
4   Q   Did your kids ever ask you who that man
5 was that came to the house or your wife if she told
6 you?
7   A   I don't recall because I wasn't at that --
8 I wasn't home at that time.
9   Q   And how old were your kids at the time if
10 you had to approximate when this large intimidating
11 man showed up to your house?
12   A   Approximately two and three.
13   Q   And do you remember --
14       MR. BADWAN: I have no further questions.
15       MR. BLANKENSHIP: I just have a couple
16 follow-ups.
17           REDIRECT EXAMINATION
18 BY MR. BLANKENSHIP:
19   Q   Did it ever occur to you that Green Tree
20 kept calling because you weren't returning the
21 calls?
22   A   No, not necessarily.
23   Q   No? If these calls, these voicemails that
24 Katie was leaving you asking her to call her back

Page 86

1 were so aggravating to you, why didn't you just call
2 her back and tell her, "Stop calling me"?
3   A   Well, that's probably why I answered the
4 phone call on December 20th.
5   Q   Okay. Why did it take you from September,
6 October, November, December to finally answer the
7 call and say, "Stop calling me"?
8   A   I couldn't answer. I don't know.
9   Q   They weren't that aggravating, right?
10   A   No, they were pretty aggravating.
11   Q   But not aggravating enough for you to pick
12 up the phone, call and say stop calling me until
13 they had been going on for three months, right?
14   A   They were aggravating enough.
15       MR. BLANKENSHIP: That's all I have.
16       You have the right to reserve your
17 signature, read the transcript if you want.
18       MR. BADWAN: We'll waive signature.
19           (WITNESS EXCUSED.)
20
21
22
23
24

Page 87

1 STATE OF ILLINOIS      )
                         ) SS.
2 COUNTY OF COOK         )

4       I, DENIELLE P. MATHYS, Certified Shorthand
5 Reporter No. 084-003933, and Notary Public within
6 and for the County of Kane and State of Illinois, do
7 hereby certify that on December 18, 2013, at
8 9:26 a.m., at 150 North Michigan Avenue, Suite 2130,
9 in the City of Chicago, Illinois, the deponent,
10 JEFFREY R. MODICA, personally appeared before me.
11       I further certify that JEFFREY R. MODICA,
12 was by me duly sworn to testify the truth and that
13 the foregoing is a true record of the testimony
14 given by JEFFREY R. MODICA.
15       I further certify that the deposition
16 terminated at 10:51 p.m.
17       I further certify that there were present
18 at the taking of the said deposition the persons and
19 parties as indicated on the appearance page made a
20 part of this deposition transcript.
21       I further certify that the signature of
22 the witness to the foregoing deposition was waived
23 by agreement of counsel; and that I am not counsel
24 for nor in any way related to any of the parties to

Page 88

1 this suit, nor am I in any way interested in the
2 outcome thereof.
3       IN TESTIMONY WHEREOF, I have hereunto set
4 my hand and affixed my notarial seal on this 30th
5 day of December, 2013.
6
7
8
9
10
11
12       DENIELLE P. MATHYS, CSR
         Notary Public
13       CSR License No. 084-003933
14
15
16
17
18
19
20
21
22
23
24

## $

**$2,000 (1)**
20:1
**$2,064 (1)**
17:23
**$374.59 (2)**
17:14;18:8

## A

**ability (1)**
54:22
**able (3)**
20:8;52:8,13
**absolutely (1)**
77:17
**accept (2)**
22:24;61:14
**accomplish (1)**
68:13
**account (2)**
19:24;20:5
**accurate (7)**
24:20;28:2;76:16,18;
82:6,22,23
**acknowledge (2)**
13:13;71:20
**actions (2)**
60:19;64:17
**actual (1)**
67:15
**actually (15)**
21:10;30:4,14;48:15,
18;50:2;55:13;58:16;
61:14;62:21,23,24;
70:3;79:6;84:10
**adamant (1)**
47:3
**added (1)**
73:11
**Addison (5)**
5:15,17;6:16;9:18;
11:2
**address (1)**
5:16
**adds (1)**
71:18
**advised (3)**
25:6;39:7;54:23
**affected (1)**
16:13
**afloat (3)**
20:2,6,8
**again (5)**
32:20;39:8;46:11;
59:14;77:21
**against (3)**
4:16,23;8:16
**ages (2)**
6:11,12
**aggravating (5)**

86:1,9,10,11,14
**aggravation (4)**
61:1,5,8;62:2
**aggressive (1)**
75:9
**agitated (1)**
42:15
**ago (10)**
15:12;21:12,20;24:6,
7;44:14;57:14;59:11;
77:18,22
**agreement (1)**
4:11
**ahead (1)**
60:4
**allege (8)**
31:8;33:2;38:16;
39:5;48:24;52:19;
54:18;60:17
**alleged (1)**
37:5
**allowed (1)**
20:6
**almost (7)**
15:9,11;28:20;71:15;
73:15;78:13;81:10
**always (5)**
67:13;78:19,20;81:8,
10
**America (5)**
15:4,11,20;19:15;
21:13
**amount (7)**
10:22;17:13,15;22:4;
43:3;49:16;78:11
**anger (1)**
78:2
**annuity (1)**
20:1
**answered (6)**
34:11;36:20;67:1;
83:10;84:1;86:3
**applicable (1)**
4:12
**approval (1)**
24:3
**approved (1)**
24:2
**approximate (4)**
19:21;75:3,8;85:10
**Approximately (22)**
5:20;6:2;7:8;9:23;
10:7,23;12:5,11;14:24;
18:20;21:12,20,23;
24:6;31:22;32:14;57:1,
4;66:24;76:4;83:19;
85:12
**approximation (1)**
75:5
**April (12)**
57:7,7;58:13,24;
59:7,9;76:3,8,12,20,22,
23

**around (3)**
18:17;56:17;57:7
**arrange (1)**
22:15
**arrangements (3)**
21:16,18;22:4
**aside (3)**
26:7;27:1;61:21
**assume (3)**
39:19;43:24;83:18
**assumed (2)**
36:5;70:10
**assuming (2)**
42:12;61:12
**attempt (1)**
22:15
**attorney (1)**
14:6
**attorney-client (1)**
7:20
**Avenue (2)**
5:17;9:18
**avoid (3)**
37:20;45:24;46:8
**aware (8)**
51:8;54:7,10,11,13,
14;55:7;63:3
**away (1)**
56:14

## B

**back (22)**
20:5;22:1;33:13,20;
34:22;35:10,14,17;
40:3,8;41:19,24;57:11;
58:22;59:22,23,24;
67:5;68:9;79:3;85:24;
86:2
**bad (2)**
65:10,14
**BADWAN (38)**
7:19;8:1,5;12:14;
13:5,8;14:2,5,10;
27:11;31:12;32:22;
55:18;56:2;58:18;
66:10,14;67:19;71:5,9;
73:21;74:2,7,12;77:8,
11,17,20;80:15;81:1,3,
18,23;82:3;84:2;85:3,
14;86:18
**Bank (5)**
15:4,10,20;19:15;
21:13
**Bankruptcy (29)**
4:12;11:4,14;12:20,
23;13:3,9,12;14:5,16;
16:5,12,14,20;22:8;
25:7,9,17;32:11;39:7,
10,17;44:3,5;51:17;
71:21;72:3,8;75:21
**base (2)**
75:12,13

**Basically (1)**
56:12
**Bayview (16)**
15:6,22;21:11;22:4;
23:5;24:8;66:16;67:22;
68:3,10,14,17;83:1,6,
14,22
**beat (1)**
73:15
**began (2)**
24:7;25:4
**begin (1)**
73:20
**beginning (1)**
35:19
**begun (1)**
23:4
**behalf (1)**
7:16
**besides (1)**
40:14
**best (5)**
24:21;46:11;57:2;
69:1;77:16
**bills (5)**
25:22;26:2,7;28:24;
30:12
**Birmingham (6)**
53:1,21;54:9,15;
62:19,22
**Birminghams (3)**
53:10;54:2;63:6
**Birmingham's (1)**
73:4
**birth (1)**
5:21
**bit (1)**
37:18
**BLANKENSHIP (47)**
4:5,9,13,15;7:18,22;
8:2,8,13;12:18;13:7,10,
11;14:4,14;27:7,13,17;
31:16;33:1;41:18,21;
55:21;56:3;58:21;66:8,
12;67:14;71:3,8;73:16,
24;74:3,10;77:6,9,13;
80:13,23;81:16,22;
82:1;84:1,21;85:15,18;
86:15
**both (8)**
11:11;12:21;17:19,
20;49:1;68:19;69:14,
16
**bother (2)**
20:13,14
**bothered (1)**
61:1
**bothering (3)**
41:13,13,22
**bottom (1)**
14:3
**bought (1)**
9:22

**bounce (1)**
29:4
**bounced (2)**
29:1,11
**box (2)**
13:15,22
**boys (2)**
6:7,8
**break (1)**
5:11
**bringing (1)**
15:23
**Brotherhood (1)**
6:22
**browsed (1)**
9:2
**business (1)**
46:20
**busy (1)**
30:2
**button (3)**
29:13;61:6;62:4

## C

**calculation (1)**
77:5
**call (96)**
25:5;28:6;29:2,5,7,
12,13,14,18,23;30:7;
32:4;34:22;35:2,10,14;
36:20;37:2,16,18,22;
38:11,17;39:1,11,15,
24,24;40:10,17,20,22;
41:7,12,24;42:2,20;
43:1,15;45:5,14;46:23;
47:11,19;49:7;50:10,
19;51:10,16;53:13,17,
22;54:1,8;55:2;56:14,
16,20;57:5;58:23;
59:16,17,18,21;61:6,7;
62:3,4;63:17;64:5;
66:19,23;67:7;68:2,2,3,
8;71:23,24;76:3,19,20;
78:16,24;79:1,8,18;
83:9,10,14,15;85:24;
86:1,4,7,12
**called (49)**
4:2;22:19;26:1;
29:22;30:9,10;33:4,9;
36:17;37:6,10;38:7,14,
19;40:3,3,7,8;41:9,10,
15;49:1,5,15;50:6,16,
23;52:20,24;53:7,10;
59:23,24;61:18,19;
62:18;67:1,12;68:17;
70:19;71:15;73:22;
74:5,8;77:21;79:20;
82:6,14;83:6
**caller (1)**
29:19
**calling (34)**
25:4,12;26:16;33:15;

Case: 1:14-cv-03308 Document #: 37-1 Filed: 03/09/15 Page 26 of 33 PageID #:443
In re
Jeffrey R. Modica, et al., Debtors

JEFFREY R. MODICA
December 18, 2013

34:4;35:20,20,21,21,
22;36:3;37:13;38:4,15;
51:22;54:3,14;57:10;
59:5,8;66:20;70:17;
77:24;81:15,20;82:14;
84:6,7,9,18;85:20;86:2,
7,12
**calls (57)**
8:23;25:11,16;26:8,
11,12;27:5;28:11,12,
14,17,23;29:1,4;30:4,4,
11,18,24;31:3,8;32:5,7;
34:2,7,10;35:15;39:5;
41:23;50:12,13;51:2;
53:21;54:11;57:9,21;
58:12,13;60:21;61:9,
13,15,22;62:14;63:21;
64:1;65:3;67:17;71:10;
78:1;80:13;81:16;
83:22,22;84:5;85:21,
23
**came (8)**
31:8;53:11;56:7,13;
75:2;79:12,16;85:5
**can (16)**
13:12;14:2;15:18;
23:2;27:10;40:4;41:18;
44:17;46:11;47:4,4;
57:11;75:6,14;80:1;
85:1
**card (1)**
47:4
**care (1)**
26:24
**catch (1)**
77:14
**cause (1)**
78:4
**caused (1)**
20:3
**cell (8)**
25:24;26:7;27:2,8;
28:12,18;29:16;40:16
**certain (2)**
13:15;28:6
**chaos (1)**
41:16
**checking (1)**
13:15
**children (3)**
6:3;68:22;78:10
**choice (1)**
20:12
**choose (1)**
41:10
**clarify (2)**
77:11,19
**clear (1)**
82:20
**close (1)**
11:12
**closing (1)**
69:5

**clue (1)**
73:8
**collect (5)**
25:13;47:2;49:2;
52:22;54:24
**coming (2)**
79:21;80:7
**communications (1)**
7:23
**compare (1)**
65:4
**compared (1)**
65:1
**complaints (1)**
4:23
**computer (1)**
84:12
**confused (2)**
58:1;76:13
**consider (1)**
24:9
**consideration (1)**
55:2
**considered (2)**
23:14,17
**consisted (1)**
62:2
**constantly (1)**
62:8
**contact (2)**
48:13;58:10
**contacted (11)**
15:10,17;21:12,19;
33:3;37:6;57:13,18;
58:8,16;59:11
**contacting (1)**
15:23
**contend (2)**
60:21;61:22
**content (4)**
34:17;35:1,5;68:7
**contents (1)**
50:4
**continue (1)**
13:14
**continued (6)**
17:10;18:7;20:20;
25:5;39:5;77:9
**continuous (1)**
84:4
**continuously (1)**
84:19
**conversation (39)**
30:15;32:10,18;
33:19;34:3;35:17;36:9,
15,24;38:22;39:14,16,
21;42:5;43:8,11;44:11,
16;45:21;46:22;48:13,
15,17,21;55:8;56:5;
61:11,17;63:10;65:20;
67:16;70:8;72:13;
74:21;76:7,11;79:4;
82:11,15

**conversations (5)**
8:20;31:24;33:23;
48:10;67:21
**conversation's (1)**
42:19
**copy (3)**
7:14;56:1,1
**correctly (2)**
31:14;57:10
**counsel (4)**
7:24;9:6,13;13:9
**counselor (1)**
62:12
**count (1)**
34:9
**Countrywide (20)**
10:5,11,14,20;11:7;
12:21;13:2;15:3;16:8,
17,22;17:6,6,11,17,17;
18:2,6,20;19:13
**couple (6)**
30:8;31:20;42:8;
77:18,22;85:15
**course (3)**
20:16;78:3,6
**court (1)**
5:5
**courteous (1)**
45:18
**credit (1)**
47:4
**cross (1)**
24:13
**CROSS-EXAMINATION (1)**
66:13
**current (1)**
12:20;14:18;83:4
**currently (1)**
51:10

**D**

**daily (2)**
26:16;61:23
**damages (4)**
60:18,20;63:24;64:7
**date (8)**
5:21;10:12;11:24;
12:8,16;19:19;22:1;
57:3
**dates (3)**
8:23;9:1;77:15
**day (21)**
28:11,14,17,19,20,
21,21;29:2;33:5,8;
37:22;38:20;40:8;
41:12;57:3,22;61:1,2,
24;66:21;71:16
**dead (1)**
73:15
**debt (12)**
13:6,13,13;14:8;
25:4,14;49:3;52:22;

54:22;55:1,3;72:3
**Debtor (2)**
28:12,13
**Debtors (14)**
25:3,6,10;28:9;33:4;
37:6;38:19;39:6,8;
49:2;52:21;54:20,23;
60:18
**Debtors' (3)**
33:3;49:1;52:20
**debts (2)**
13:3,15
**December (29)**
32:14;35:12,15;39:8,
16,22;40:12;41:11;
42:2;47:12,20;48:1,4,4,
5,8,9,19;56:19;70:9;
71:20,22,23;76:7,21;
77:10;79:3;86:4,6
**decided (1)**
22:5
**decrease (1)**
22:4
**defaulted (1)**
68:19
**definitely (1)**
76:12
**deposed (1)**
4:18
**deposition (5)**
4:10;7:12;8:19;9:9;
85:1
**Describe (1)**
68:1
**described (1)**
80:17
**details (2)**
38:22;44:17
**difference (1)**
68:1
**different (6)**
33:22;43:20;59:20;
68:6;83:21,24
**difficult (1)**
65:16
**DIRECT (1)**
4:4
**discharge (16)**
14:22;16:5,12;17:5,
10;18:21;25:10,17;
31:18;34:1,8;36:14;
39:17;48:9,18;60:22
**discharged (1)**
44:4
**discharging (1)**
44:5
**disclose (1)**
7:23
**discuss (5)**
23:8;55:2;58:18;
63:5;78:8
**discussed (2)**
22:18;63:2

**discussion (2)**
37:12,15
**discussions (1)**
23:5
**distinct (1)**
32:10
**document (5)**
8:18;55:13,15,16,19
**documentation (2)**
54:8;55:8
**documents (2)**
8:3;67:3
**done (3)**
21:14;45:8;84:3
**Donna (6)**
53:1,11,13;62:19,21;
73:3
**door (1)**
80:7
**doorbell (1)**
54:21
**doorway (1)**
54:23
**down (8)**
5:5;26:15,20;31:14;
39:4;50:7;51:14;66:5
**drop (1)**
15:19
**duly (1)**
4:2
**duration (2)**
43:4;44:15
**during (9)**
22:18;28:14;36:9;
42:2,5,20;43:11;45:14;
62:5

**E**

**earlier (6)**
30:8;45:16;66:15;
70:20;73:9;76:2
**education (1)**
6:18
**effect (3)**
38:5;42:14;46:8
**effects (1)**
62:14
**efforts (1)**
21:8
**eight (1)**
14:11
**either (7)**
27:9;33:10;35:18;
36:7;45:23;47:14;
79:19
**elaborate (2)**
21:16;78:7
**Electric (2)**
7:3,7
**Electrical (1)**
6:22
**electrician (1)**

7:5
**eligible (1)**
67:9
**else (13)**
9:15;40:14;43:10;
47:10;49:22;50:10;
54:5;56:10;74:18;78:9;
81:4,5,11
**emotional (3)**
65:2,3;66:3
**employed (2)**
6:24;7:6
**end (2)**
40:19;44:17
**ended (1)**
34:3
**enough (5)**
18:14;61:4;71:17;
86:11,14
**enter (1)**
15:13
**entering (1)**
24:9
**entitled (1)**
8:3
**equity (1)**
69:17
**essentially (1)**
20:22
**even (4)**
24:13;25:6;29:8;
51:13
**evening (3)**
40:23,24;61:2
**event (1)**
16:18
**Eventually (1)**
52:6
**evidence (1)**
81:1
**exact (14)**
10:12;11:24;19:12;
22:1;43:7;45:5;46:12;
49:16;57:3;72:11,13;
75:24;76:1;84:16
**Exactly (9)**
10:18;12:8;20:24;
34:18;48:5;4;51:7;55:23;
63:9;82:17
**EXAMINATION (2)**
4:4;85:17
**examined (1)**
4:3
**except (2)**
7:13;23:10
**EXCUSED (1)**
86:19
**exhausted (1)**
19:24
**Exhibit (16)**
8:10,11,15;9:4;
24:16,17,19;27:14,15,
19,22;28:1;31:13,13;

32:21;48:24
**exist (3)**
51:10;55:7,24
**exists (2)**
13:14;55:22
**explain (12)**
13:5;43:18,21;60:23;
62:16,17,21,24;64:7;
65:11;66:17;69:21
**explained (7)**
23:10;59:24;64:4,9,
19;67:2;77:23
**explaining (2)**
43:17;45:7
**express (1)**
78:2
**expressed (2)**
30:7;36:10
**extended (1)**
24:4
**extension (1)**
34:23;59:22
**extinguishment (2)**
60:9,10

**F**

**fact (1)**
16:19
**Fair (1)**
18:14
**family (2)**
20:16;60:24
**far (15)**
24:21;26:10;33:20;
35:9;43:13;47:11,13,
24;51:15;57:21;63:22;
64:5;72:12;75:24;
80:20
**father-in-law (1)**
56:8
**fault (2)**
30:23;64:12
**Federal (1)**
4:12
**feel (7)**
65:5;70:16,21,23;
71:1;73:13,15
**Ferguson (37)**
22:20;28:11,14;33:4,
6;34:21;37:7,10;38:19;
39:20;40:11;42:3,23;
43:2;45:10,23;47:14;
49:1,21;52:20;57:21;
58:12,24;67:23;70:9;
71:19;74:14,22;76:7,
12,21;78:19;79:4;81:4,
6,8,11
**Ferguson' (1)**
25:12
**Ferguson's (1)**
39:9
**few (3)**

20:5;21:20;62:9
**figure (1)**
26:18
**file (2)**
13:12;69:2
**filed (14)**
4:15;7:16;11:4,14;
12:1,19,23;14:16;
16:11;22:8;24:17;72:2,
7;75:20
**filing (1)**
71:21
**final (1)**
24:3
**finally (1)**
86:6
**financial (2)**
71:7;73:10
**find (5)**
21:8;71:6,10,12,13
**fine (5)**
12:19;13:10,23;22:3;
38:24
**finish (3)**
5:6,7;48:17
**finished (1)**
24:5
**first (22)**
4:2;12:2;15:2,3,5,8,
14;17:21;19:10,14;
22:5;23:6,24;33:10;
36:15;39:16;57:16;
58:2,3;60:1;69:19;
79:23
**five (2)**
28:17;66:21
**flabbergasted (1)**
37:16
**focus (1)**
69:10
**focused (1)**
36:13
**follows (1)**
4:3
**follow-ups (1)**
85:16
**force (1)**
16:23
**foreclose (9)**
16:17;17:6,17;19:3,
8;20:11;22:13;69:2,3
**foreclosure (5)**
11:19;16:23;37:20;
46:1,8
**Foreman (1)**
7:5
**form (7)**
13:16;71:3;73:16,24;
74:2,10;84:21
**found (4)**
46:12,14;84:13,14
**foundation (2)**
67:15;74:4

**four (1)**
24:5
**free (1)**
20:23
**friendly (1)**
68:4
**frustrated (1)**
78:1
**frustration (1)**
78:2
**funded (1)**
69:16
**further (1)**
85:14

**G**

**gave (2)**
70:13;72:22
**generally (1)**
38:13
**girls (1)**
6:7
**gist (2)**
47:16;50:18
**given (1)**
33:23
**glad (1)**
77:13
**Goes (1)**
29:15
**good (3)**
65:8;70:22;73:14
**Google (1)**
84:4
**graduate (1)**
7:9
**Green (115)**
4:15,23;8:16,23;
16:9;18:2,5,8,10,15;
19:2,7;20:11;22:9,12,
13,16;23:9,15,18;24:9;
25:4,5,11,16;26:9;
27:20,23;29:18,19,21;
30:18,24;31:19;32:11;
33:3,11,23;34:2,21;
36:17;37:3,5,13;38:3,8,
11;39:7,11,17;41:11;
46:24;47:12;48:3,11,
19;49:5,15,21;50:23;
51:2,21;53:7,9,21;54:2,
8,12,14,19;55:2,9;56:5,
11,16,20;57:6,18;58:6,
8;59:8,12;60:12,18,21;
62:3,14;63:21,24;64:4,
12,16;65:3,20;67:12,
16,22;69:1,10,17,24;
70:5;71:22;72:17;
76:20;79:6;81:14,20;
82:6,21,24;83:22;84:4,
6;85:19
**Group (1)**
11:17

**guess (5)**
37:9;45:9;65:13;
74:8,11
**guessing (3)**
41:3;60:11;74:6
**guidance (1)**
11:18
**guy (1)**
56:13
**guys (4)**
14:7;80:2,11;82:15

**H**

**Halina (4)**
49:11;50:23;51:1;
73:1
**HAMP (2)**
60:14,16
**handed (3)**
55:13,20;56:13
**happen (1)**
22:19
**happened (9)**
9:2;40:2;9;41:14;
56:9;63:11;74:17;
76:12;79:20
**happening (4)**
18:3;23:20;61:23;
63:14
**harassed (1)**
61:8
**harassing (3)**
71:10,12,14
**hard (1)**
70:24
**hardship (1)**
73:10
**head (3)**
31:11;32:1;55:24
**hear (1)**
50:2
**hearsay (4)**
30:4;81:22,24;
84:23
**Hello (1)**
41:15
**help (5)**
12:2;14:3;16:6;42:9;
46:24
**hey (1)**
82:5
**High (2)**
6:19;7:9
**highest (1)**
6:18
**Hit (1)**
29:13
**hold (1)**
57:15
**holds (1)**
15:2
**home (26)**

12:24;14:16,20;
16:24;18:24;20:22;
21:4;22:10;26:21;
35:23;37:20;40:21;
47:1,7;53:3;56:8;
57:23;61:2;68:23;69:6,
17;70:11;79:14,17,20;
85:8
**honest (7)**
12:12,17;24:11;
26:23;36:23;51:11;
75:7
**honestly (3)**
43:3,9;82:18
**hook (1)**
14:7
**hour (1)**
41:7
**house (32)**
20:17,20;38:1,4,5;
44:2,2,7,12;54:16;
56:7;63:7,8,14,19;
64:10,13,16,20;65:1,2,
15,17;69:5;78:14;
79:13,17,22;80:18;
82:21;85:5,11
**hundred (6)**
13:21;25:11;46:3;
70:6;79:11;82:18
**hung (3)**
42:19;45:21;46:22

**I**

**IBEW (2)**
6:20,21
**idea (2)**
53:8;73:6
**identification (2)**
8:12;27:16
**identify (1)**
29:19
**Illinois (1)**
5:18
**IM (2)**
7:3,7
**imagine (1)**
79:19
**Immediately (2)**
25:3;45:1
**impact (2)**
65:2,3
**important (1)**
34:24
**income (2)**
19:24;20:3
**Incorporated (1)**
7:3
**indicated (1)**
68:19
**information (1)**
28:7
**initial (5)**

10:6,17;11:23;69:16;
83:15
**initiated (2)**
37:1,2
**inquiring (2)**
49:2;52:21
**instead (1)**
18:5
**intent (5)**
12:24;44:2;70:13;
80:12,18
**intention (2)**
47:9;80:9
**interested (2)**
23:2;45:11
**International (1)**
6:22
**Internet (1)**
84:23
**interrogatories (1)**
27:20
**intimidated (1)**
80:6
**intimidating (5)**
54:20;80:10,17;81:7;
85:10
**into (5)**
15:13;24:9;27:12;
55:1;84:5
**invasion (1)**
71:1
**investigate (1)**
84:8
**issue (4)**
15:22;16:1;45:13;
56:14

**J**

**Jeff (7)**
4:8,10;14:6;28:12;
34:21;49:20;50:19
**JEFFREY (1)**
4:1
**job (3)**
29:3;71:16;83:19
**Joe (1)**
49:6
**July (3)**
12:1,4,10
**June (3)**
5:22;11:4;12:20
**junior (1)**
11:2

**K**

**Katarzyna (1)**
28:13
**Kate (1)**
14:6
**Katie (36)**
22:20;23:1;25:12;

28:11;33:4;34:21;37:7,
10;38:19;39:9,20;
48:24;49:21;52:20;
54:16;57:21;58:12,24;
67:23;70:9,10;71:19,
20;74:14,22;75:4,9;
76:7,11,21;79:4;81:4,6,
8,11;85:24
**Katie's (2)**
49:7;54:15
**keep (7)**
8:5;19:5;20:2,6,8;
21:4;44:2
**kept (6)**
26:15;35:20,20,20,
21;85:20
**kicked (1)**
78:14
**kicks (1)**
66:6
**kids (4)**
56:8;80:5;85:4,9
**kind (9)**
7:20;25:19,22;36:5;
43:19;71:1;84:7,16,18
**knew (4)**
35:20;51:17,19;63:4
**knowledge (2)**
24:22;69:1
**knows (2)**
11:21;74:4
**Kuzianik (3)**
49:11;73:1,2

**L**

**lack (1)**
67:14
**Lacks (1)**
81:1
**lady (3)**
22:20;57:14;59:21;
77:24;81:11
**land (1)**
31:5
**large (3)**
54:20;80:10;85:10
**last (11)**
18:15;20:23;43:2;
57:5,17;58:9,23;59:4,
8;76:3,19
**lasted (4)**
41:7;43:6;62:9;
83:14
**late (5)**
21:22;28:10,10,17,
18
**later (3)**
52:4,5;63:2
**Law (1)**
11:16
**lawsuit (1)**
69:3

**lawyer (1)**
11:13
**least (2)**
28:21;50:17
**leave (6)**
34:14;49:17;62:6;
78:21,23;81:5
**leaves (1)**
29:8
**leaving (1)**
85:24
**left (6)**
29:9;34:23;50:6;
59:18,22;81:7
**length (1)**
74:21
**level (1)**
6:18
**liable (2)**
69:20;72:3
**lien (6)**
16:13;17:7,18;20:11;
57:16;72:4
**likewise (1)**
43:5
**limited (1)**
8:6
**line (6)**
31:5;40:14;42:23;
69:17;74:18;75:2
**listened (2)**
45:17,17
**listening (1)**
62:5
**little (4)**
58:1;64:23;80:5;
81:1
**live (4)**
5:14;6:13;20:20;
21:9
**lived (2)**
5:19;20:22
**lives (1)**
6:16
**loan (35)**
10:6;11:1;15:3,5,8,
13,14,24;16:19;17:11,
17;18:2,10,16,20;
19:14;23:5,8,14,18,23;
44:4,6;45:11,13;46:16;
52:14;66:16;67:10;
68:15;69:12,22;72:17;
82:24;83:4
**loans (5)**
12:21;13:18;68:20;
69:14,15
**Local (1)**
6:20
**located (1)**
9:17
**long (13)**
5:19;6:1;7:6;9:13;
43:1,5,15;44:14;63:19;

71:23;75:4;76:6;83:13
**look (9)**
7:13,15;8:22;9:3;
24:23;27:12;32:20;
48:23;84:5
**looked (1)**
8:18
**looking (4)**
30:10;49:20;50:19;
54:4
**looks (1)**
31:7
**lose (5)**
38:5;64:9,13,20;
65:15
**loser (1)**
73:18
**losing (6)**
37:24;63:18;64:15;
65:1,2,16
**lost (1)**
63:23
**lot (3)**
34:10;38:23;71:18

**M**

**machine (2)**
49:18;50:17
**mad (1)**
79:24
**making (9)**
19:10,16,20;20:9,19;
21:2;41:23;47:23;75:1
**man (10)**
42:12;54:20;55:4;
79:12,16,21;80:10,17;
85:4,11
**manager (8)**
42:21;43:6;44:21;
45:2,10,23;46:10;
47:15
**many (8)**
6:5;31:17;34:7;
49:14;50:16,22;66:23;
84:7
**March (3)**
18:11;57:2,4
**Margaret (3)**
49:6,15;72:22
**mark (3)**
7:18;8:10;27:13
**marked (5)**
8:12,14;24:15;27:16,
18
**married (3)**
5:23;6:1;80:3
**Marshall (1)**
4:14
**Martucci (1)**
11:15
**matter (2)**
75:1;84:6

**May (14)**
10:8;12:9;28:10,18;
34:3;36:17;48:13,13;
51:9;61:18,19;67:9;
72:4;84:23
**maybe (1)**
50:7
**mean (34)**
12:11;14:21;19:5;
25:22;26:4,15;29:11;
33:16;34:9;36:2;41:3;
43:14;44:14,15;47:13;
51:14;57:2;61:5;64:2,
24;65:8,9,15,24;66:5;
70:17,22;73:8,20;
74:16;77:7,9;80:4;
82:16
**means (4)**
13:6;14:7;61:6;
69:21
**meant (1)**
76:23
**medical (1)**
62:13
**meet (1)**
9:13
**meeting (1)**
11:23
**meetings (1)**
62:6
**mentioned (1)**
23:1
**message (8)**
36:6;49:17,19;50:7;
59:17,18,19,20
**messages (2)**
50:18;62:5
**met (1)**
9:6
**might (7)**
8:3;35:16;50:15;
51:14;64:9,13,20
**million-dollar (1)**
29:3
**mind (2)**
24:13;66:10
**Mine (1)**
9:21
**minute (1)**
83:17
**minutes (4)**
9:14;41:8;43:7;
83:20
**mistake (1)**
77:3
**mistaken (1)**
76:8
**MODICA (13)**
4:1,8,10,14;8:10,11,
15;27:14,15,19;28:13;
66:15;72:2
**Modica's (1)**
28:12

**modification (16)**
15:5,7,14;23:5,8,14,
18,24;24:8;45:11,14;
60:8;66:16;67:10;
68:12;83:1
**modified (4)**
57:15;58:4;60:1,15
**modify (2)**
52:11,13
**modifying (1)**
15:24
**mom (2)**
49:10;82:13
**monetary (1)**
63:24
**money (8)**
42:16;46:15,17;
63:20;65:7;73:13;
75:17,18
**month (8)**
11:10;15:12;17:14;
20:1,7;39:6;57:13;
59:11
**monthly (1)**
18:19
**months (8)**
12:4;21:20;24:4,6;
26:19;67:5;77:22;
86:13
**more (7)**
38:23;39:6;53:21;
73:11;74:16;75:9;
84:11
**mortgage (30)**
10:1,9,13,14,19,22;
11:2,7;14:17,18;15:2;
16:8,8,13,17;17:7,18;
19:3,5,11,14,17;22:5;
23:6,24;58:3;60:1,8,
10;69:11
**mortgages (2)**
19:21;20:10
**Most (1)**
35:3
**mother (3)**
50:4,9;51:9
**motion (8)**
4:16,21;7:16;8:16;
12:1;24:16;31:7;32:20
**move (5)**
21:18;23:22;39:4;
52:9,16
**moving (1)**
52:7
**much (9)**
8:20;10:6;27:3;
29:22;50:11;54:6;
65:14,19;84:9
**multiple (4)**
28:21;29:9;34:9;
61:23
**must (4)**
11:9;14:10;60:14;

74:17
**myself (1)**
77:14

## N

**name (9)**
4:6,14;9:20;22:20;
25:12;49:9;50:7;52:23;
78:20
**names (1)**
49:4
**nature (1)**
62:7;68:1,3;78:12
**necessarily (2)**
35:6;85:22
**need (6)**
5:11;34:22;67:3;
68:8,12;74:17
**needed (4)**
11:18;20:45:24;
56:14
**needs (1)**
78:11
**neighbor (15)**
30:10;33:3;37:6,17;
52:21,23;62:17;70:18,
19;73:23;74:5,9;81:14,
20;82:4
**neighbors (6)**
38:15;54:3,12;60:24;
62:17;63:1
**neighbor's (1)**
72:18
**new (1)**
21:8
**next (3)**
5:10;25:8;32:22
**nobody (1)**
81:11
**none (2)**
34:11;46:20
**notation (1)**
34:16
**notations (1)**
26:12
**note (2)**
51:13;69:20
**notes (15)**
26:11,22;27:1,7;
32:17,19;34:15;45:5;
47:18,22,23;51:9,15;
54:7;55:7
**notice (1)**
4:11
**notify (1)**
39:9
**notwithstanding (1)**
16:19
**November (15)**
33:2,7;34:1,8;36:15,
18;37:2,19,21;38:17;
39:2,12,21;52:20;86:6

**number (23)**
29:4,22;30:19,20,23;
31:2,10,15;34:23;50:8;
53:2,3,4,7;59:22;70:5;
72:18,20,23;73:4;
78:16,17;83:11
**numbers (4)**
30:17,19,20;73:7
**numerous (1)**
61:9

## O

**oath (2)**
13:20;31:22
**object (6)**
7:19;73:24;74:10;
80:23;84:21,22
**objection (7)**
67:14;71:3,8;73:16;
80:13;81:16,22
**objections (1)**
28:9
**obtain (3)**
10:1,13;15:7
**obtained (3)**
10:9;11:7;69:14
**obviously (15)**
12:5;34:10;36:8;
43:23;52:7;59:21;63:3;
64:23;68:6;79:23;80:6,
7;82:4;83:17,23
**occur (1)**
85:19
**October (4)**
18:17;28:10,17;86:6
**Off (3)**
31:10;42:23;55:23
**offending (1)**
45:20
**offensive (2)**
46:13,14
**offhand (1)**
53:6
**old (1)**
85:9
**once (9)**
22:3;23:20;28:21;
39:8;45:6;50:17;67:4;
68:17;74:24
**one (25)**
22:18;25:10;28:16;
30:19;32:4,10;33:14;
36:7,11,17;50:14,15;
53:22;57:15,16;58:3;
61:21;65:20;67:1,15,
22;76:14,19;79:5;83:6
**ones (1)**
62:18
**only (10)**
22:17;23:11;30:11;
31:20;48:15,17;53:17;
67:15;68:17;79:5

**opposed (1)**
75:4
**option (2)**
13:14;15:23
**options (4)**
23:1;45:17,18;68:12
**order (5)**
16:5;27:10;49:2;
52:21;60:22
**original (1)**
52:14
**Originally (1)**
69:7
**out (20)**
15:20;21:18;23:22;
31:24;42:9,14;48:22;
60:5;61:2;63:20;66:16,
17;68:10;69:11,22;
71:7;72:5,17;78:14;
79:7
**Outside (1)**
81:4,6
**over (13)**
7:13,15;15:10;21:13;
25:10;42:19;45:21;
46:22;53:11;55:13,20;
56:7,13
**own (2)**
9:17;60:23
**owns (1)**
16:9

## P

**package (1)**
83:1
**packed (1)**
21:10
**packet (6)**
7:17;14:10;57:22;
60:2,5,7
**page (4)**
24:24;28:4,5;32:22
**pages (1)**
14:11
**Pangallo (4)**
49:6,12,13,15
**Pangallo's (1)**
72:22
**paper (3)**
26:24;51:15;60:16
**papers (4)**
56:13;69:6;70:2,4
**paperwork (3)**
7:13,15;57:16
**paragraph (15)**
24:23;25:2,8,9;31:8;
32:21;39:4;48:23;
52:19;54:18;60:17
**parents (15)**
49:1,4,6,7;50:13,14;
51:17,21;52:17;54:15,
16;64:3,7,19;70:18

**parents' (1)**
72:20
**part (2)**
27:12;64:6
**particular (1)**
27:10
**parties (3)**
4:11;70:17,17
**party (2)**
23:11;27:10
**Paul (1)**
20:2
**pay (3)**
20:2;22:22;54:22
**paying (9)**
14:17;23:21;25:3;
37:23;42:17;43:24;
46:16;68:15;75:19
**payment (24)**
15:18;17:23;18:15;
19:22;22:15;23:1;25:5;
36:4;42:8,11;43:19,22;
45:24;46:5;47:3,4,5;
55:3;67:6,13;72:14;
74:24;75:1,18
**payments (20)**
16:18;17:6,10,13,16;
18:8,19,23;19:2,10,16,
20;20:10,19;21:2;22:5;
42:9;45:7,8;83:4
**people (2)**
71:6;84:14
**per (2)**
28:11,14
**percent (6)**
13:21;46:3;70:7;
79:2,11;82:19
**perhaps (1)**
76:8
**period (1)**
28:15
**person (6)**
29:8;39:1;45:18;
56:5;73:20;84:18
**personally (13)**
28:16;31:18;32:2,3;
33:6,18;34:2;39:6;
40:11;48:2,11;51:3;
55:4
**Peter (1)**
20:2
**phone (90)**
8:20,23;22:21,24;
25:20,21,21,22,24;
26:2,7,8;27:8;28:13,18,
24;29:7,16;30:3,7,12,
23;32:4;33:19;35:17;
36:9,20;38:22;39:14;
40:3,4,9,16;41:12,23;
42:5,13,18;43:8,11;
44:16;45:5,9,21,22;
46:21,22,23;51:10,16;
53:2,3,3;56:20;57:5,

21;58:12,13,23;59:16,
17,18,22;60:21;61:6,9,
11,13,14,16,22;63:16,
21,24;64:5;65:3,20;
66:19;67:6,17;71:17;
72:13;74:21;75:4;
78:16,16;83:10,12;
86:4,12
**phones (3)**
25:24;27:2;71:13
**physically (1)**
29:7
**pick (2)**
83:9;86:11
**piece (1)**
51:15
**place (1)**
21:9
**placed (1)**
28:12
**planned (1)**
38:4
**planning (1)**
37:24
**pleadings (2)**
76:6,15
**please (10)**
4:7;5:1;13:5;24:23;
27:14;50:19;66:17;
67:17;75:15;78:7
**pocket (1)**
63:20
**point (18)**
19:11,13;23:3,13,19;
41:14;42:18,20;44:11;
45:8,19;46:19;47:9;
63:4;65:8;74:14;76:14,
19
**portion (1)**
43:1,6
**position (1)**
7:4
**possession (1)**
26:3
**possibly (3)**
63:18;64:15;76:10
**prepare (4)**
7:11,21;8:19;9:9
**present (2)**
9:15;38:7
**presently (1)**
6:24
**pressing (2)**
61:6;62:4
**pressuring (2)**
22:23;42:10
**Presumably (1)**
70:20
**pretty (9)**
8:20;11:12;27:3;
43:15;50:11;54:6;65:8,
14;86:10
**Previous (1)**

9:8
**previously (2)**
33:14;36:8
**prior (3)**
36:18;37:13;48:8
**privacy (1)**
71:2
**privilege (1)**
7:20
**probably (12)**
7:14;24:5;38:21;
39:13;40:23,24;43:20;
44:16,17;74:24;79:5;
86:3
**proceeding (1)**
13:3
**process (2)**
24:8,9
**produce (2)**
55:18;56:2
**produced (2)**
27:8,9
**professional (1)**
62:13
**program (1)**
60:15
**prompt (1)**
44:22
**prompted (2)**
39:24;44:20
**property (11)**
9:17,20,22;10:2,9;
11:2;15:3;16:13,18;
54:21;69:3
**proposed (1)**
60:7
**provide (1)**
70:5
**psychological (1)**
62:13
**pull (1)**
20:1
**purchase (3)**
10:17;69:6,16
**purchased (1)**
10:2
**pursuant (1)**
4:11
**pursued (1)**
16:23
**put (3)**
12:2;61:21;84:4
**putting (1)**
57:2

**Q**

**quite (1)**
84:24

**R**

**raise (1)**

45:13
**rang (1)**
54:21
**reach (1)**
23:23
**reached (3)**
66:16,17;68:10
**react (1)**
64:3
**reaction (2)**
79:21;80:1
**read (3)**
41:18,20;86:17
**ready (3)**
21:11;23:22;52:10
**reaffirm (3)**
13:2,13,18
**reaffirming (1)**
13:6
**realized (1)**
74:24
**really (3)**
13:6;24:14;26:13
**reason (2)**
63:17;74:4
**recall (30)**
11:22;13:17;14:5;
18:3;32:10,13;35:4,17;
40:4;43:23;44:13,14;
46:6,11;47:10,23;
48:10;49:16,22;50:12;
56:15;70:3;74:18;75:3,
6,6;79:5,7;82:10;85:7
**receive (4)**
28:16;30:17;34:2;
57:5
**received (9)**
14:22;17:9;25:10,16;
28:11,13;34:8;39:20;
76:19
**recently (1)**
15:6
**recognize (2)**
8:15;27:19
**recollection (2)**
33:17;36:22
**record (3)**
4:6,9;47:21
**recorded (2)**
44:16;79:9
**recording (2)**
49:18;50:17
**recordings (2)**
27:4;47:19
**records (13)**
8:22;13:17;25:15,19,
20,21,22;26:8;27:9;
30:4,5;40:4;47:19
**REDIRECT (1)**
85:17
**reduction (2)**
19:23;20:3
**refer (1)**

41:17
**referred (2)**
27:2;50:14
**referring (2)**
25:23;41:23;63:10
**reflect (2)**
4:9;13:18
**reflected (2)**
28:23;30:11
**reflecting (1)**
8:23
**regard (1)**
63:13
**regarding (6)**
54:16;55:8;57:14;
58:12;62:13;63:16
**register (4)**
29:6,8;30:6,9
**regular (4)**
17:5,10;18:8,19
**reject (2)**
61:7;62:4
**rejected (1)**
61:13
**rejects (2)**
29:13,14
**relate (1)**
60:7
**related (1)**
64:15
**relative (2)**
66:3;67:20
**remember (24)**
9:1;14:13;18:4;32:4;
33:19,20;34:18;36:24;
42:7;43:10;45:6;48:12,
18;57:10;69:5;74:20,
23;75:8,14,24;80:21;
83:13,18;85:13
**reminder (2)**
78:13,16
**repeat (1)**
75:15
**rephrase (5)**
5:2;14:2;16:15;
63:22;68:5
**reporter (1)**
5:5
**represent (2)**
4:15;11:17
**representative (4)**
25:11;48:3;54:19;
55:9
**request (1)**
72:14
**requested (1)**
41:20
**requesting (1)**
25:5
**research (1)**
84:3
**reserve (1)**
86:16

**respond (2)**
38:2;72:10
**responded (1)**
82:9
**response (5)**
27:20;28:8;35:8;
75:23,24
**result (4)**
60:20;63:21,24;
64:16
**retain (1)**
11:16
**retained (1)**
12:3
**returned (2)**
39:8;59:18
**returning (1)**
85:20
**review (2)**
24:16;27:22
**reviewed (5)**
8:4;76:6,15
**Right (35)**
8:8;9:2;15:4;16:14;
18:11,21,24;19:8,9;
20:11,20;23:23;26:5;
34:12;35:13;40:12;
41:5,6;46:21;47:7;
51:8;52:12;56:14;59:6;
61:18,19,20;64:10;
65:15;72:1;76:2;84:17;
86:9,13,16
**ringing (1)**
71:17
**robbing (1)**
20:2
**Roselle (1)**
11:15
**rough (2)**
52:3;65:8
**rules (1)**
4:12
**run (1)**
17:13
**running (2)**
29:3;71:16

### S

**same (12)**
5:4;19:12;22:21;
24:9;28:14;69:15;71:8;
77:24;78:17;84:14,16,
18
**sanctions (1)**
8:16
**savings (2)**
19:24;20:5
**saw (1)**
78:15
**saying (2)**
21:12;66:5
**scale (1)**

65:22
**scared (1)**
71:6
**schedule (1)**
22:16
**school (3)**
6:19,19;7:9
**scope (1)**
8:6
**Scott (3)**
53:1,15;73:3
**search (1)**
84:13
**searches (1)**
84:23
**second (27)**
10:9,13,13,19,22;
11:1,7;16:8;17:1,21,
22;18:2,16,20;28:4,5;
38:17;39:1;57:11,15;
58:2,6;60:8,10;69:10,
19,23
**seconds (2)**
43:16;62:10
**secured (1)**
11:1
**seeing (1)**
62:3
**seeking (1)**
54:24
**seemed (1)**
76:16
**send (1)**
82:24
**sending (2)**
57:16;60:1
**sent (2)**
54:19;60:5
**separate (2)**
32:5;69:19
**September (7)**
14:23,24;18:14,17;
19:21;34:1;86:5
**series (1)**
4:20
**served (1)**
27:23
**servicing (1)**
18:1
**seven (2)**
6:2;7:8
**short (2)**
20:7;63:19
**shortly (1)**
11:6
**show (4)**
8:14;27:18;30:4;
40:5
**showed (1)**
85:11
**shown (3)**
24:15;30:5;84:23
**sign (1)**

14:7
**signature (2)**
86:17,18
**signed (3)**
69:6;70:2,3
**single (3)**
29:2;78:24;79:1
**situation (6)**
24:12;63:8;64:9;
70:23;71:7;84:13
**slightly (1)**
33:21
**small (1)**
68:22
**sold (1)**
21:15
**somebody (1)**
11:20
**someone (10)**
31:18;33:11;40:18;
48:11;49:14;65:6;66:6;
74:18;79:6;82:5
**sometime (2)**
12:7,9
**sometimes (2)**
28:21;61:23
**somewhere (1)**
18:17
**sons (3)**
6:9,10,13
**sorry (10)**
26:6;28:4;30:20,22;
31:12;41:18;57:14;
66:7;76:10,24
**sound (3)**
18:11;41:4;60:3
**South (2)**
5:17;9:18
**speak (8)**
5:4;29:7;31:18;33:6;
35:18;41:10;53:13;
55:4
**specific (8)**
25:21;35:17;36:18,
21,24;48:12,21;67:18
**specifically (2)**
46:11;82:16
**specifics (3)**
38:12;82:10,10
**Speculation (3)**
74:3;80:14;81:17
**Spending (2)**
78:9,11
**split (1)**
74:22
**spoke (12)**
33:4,14;35:11;36:8;
38:18,19;40:11;48:2,
14;53:11;54:21;79:6
**spoken (2)**
33:11;51:1
**stand (1)**
31:24

**stands (2)**
42:14;48:22
**start (3)**
48:5;68:2;70:18
**started (3)**
18:5;42:13;45:19
**startled (2)**
80:4,5
**state (4)**
4:6;25:9;28:9;78:20
**stated (1)**
83:6
**statements (2)**
18:5;24:19
**states (1)**
55:24
**status (2)**
35:23,24
**stay (14)**
12:24;14:15,20;
18:24;19:4;22:6,10;
44:1,6,12;46:24;47:6;
70:11;82:21
**stayed (2)**
20:17;68:23
**staying (1)**
80:11
**sticks (2)**
48:16;79:7
**still (7)**
6:13;14:7;26:22;
55:22;57:22;60:6;72:4
**stood (1)**
54:23
**stop (7)**
19:10,20;38:3;68:21;
86:2,7,12
**stopped (12)**
19:16;20:4,9,19;
21:2;23:21;25:3;37:23;
57:9,10;58:14;68:20
**story (1)**
63:19
**straight (1)**
29:15
**strain (1)**
78:4
**stress (2)**
64:15;73:11
**stressful (3)**
71:17;78:9,12
**struggling (2)**
65:7;73:10
**subject (8)**
25:4,13;49:3;52:22;
54:21,22;55:1,3
**submit (1)**
67:3
**submitted (1)**
67:4
**suffer (1)**
63:23
**suffered (2)**

60:18,20
**suffering (1)**
66:3
**suggesting (1)**
23:12
**Sulaiman (2)**
11:16;12:3
**summer (1)**
21:22
**supervisor (13)**
22:21;42:12;61:12;
70:10,11;73:11;74:16,
22;75:5,10,20;81:5,7
**supposed (1)**
73:19
**Sure (47)**
4:17;24:5;9:13;8:1,5;
10:12;12:6,11,14,15,
16;13:7,21,22,23;14:4;
16:10,15,16,16;19:17;
24:12;26:23;28:22;
36:16;37:5;38:24;46:3;
47:5;50:16;51:7;53:23;
55:23;57:3,12,23;
58:23;61:19;64:23;
66:12;70:7;72:11;77:1;
78:15;80:19;84:24
**surprising (1)**
68:11
**sworn (1)**
4:2

### T

**talk (8)**
11:21;16:7;41:16;
52:4,5;61:21;63:13;
79:12
**talked (12)**
8:7;22:19;44:18;
45:15,16;47:17;58:19;
62:23;67:13;71:19,22;
82:11
**talking (3)**
61:15;74:13;83:18
**telephone (2)**
27:5;28:6
**telling (5)**
14:6;65:6;68:8;
73:12;82:1
**Ten (2)**
9:14;14:11;43:20
**terms (1)**
60:24
**testified (9)**
4:3;41:22;66:15;
67:23;70:19;73:9;76:2,
5;79:13
**testifying (1)**
84:22
**testimony (1)**
37:9
**Thereafter (1)**

54:19
**third (2)**
　70:17,17
**though (3)**
　40:5;57:4;77:24
**thought (1)**
　74:15
**Three (12)**
　6:6,9,13,20;18:21;
　24:4;40:7;66:20;67:5;
　83:3;85:12;86:13
**three-month (1)**
　24:4
**times (16)**
　22:18;28:21;31:17,
　20,21,23;40:8;48:2;
　49:14;50:16,22;61:23;
　66:21,23;79:5;84:7
**titled (1)**
　9:20
**today (5)**
　9:8;20:20;21:4;26:4;
　48:18
**today's (3)**
　7:11;8:19;9:9
**told (42)**
　15:17;21:11;35:5;
　42:18;43:12,15;44:18;
　45:15,20;46:20,21;
　47:11;50:6,13;52:3;
　53:18;56:12;57:14;
　58:16;62:7;63:16;67:2,
　4,9;68:7,11;70:20,22;
　71:15;72:15;75:16;
　80:19,20,21,22;81:14,
　19;82:5,11,13,21;85:5
**tone (4)**
　67:20;68:2,3;83:21
**took (5)**
　15:10;21:13;51:13;
　69:11,22;72:17
**top (4)**
　31:10;55:23;60:16;
　78:8
**total (2)**
　17:23;25:10
**totally (3)**
　24:11;57:10;68:6
**tough (1)**
　63:18
**transcribed (1)**
　34:16
**transcript (1)**
　86:17
**transfer (3)**
　20:7;44:20;74:15
**transferred (11)**
　18:2,4,10,13;19:14,
　15,18;42:21;45:2;
　46:10;74:19
**Tree (104)**
　4:15,23;8:16,24;
　16:9;18:3,5,8,10,15;

19:2,7;20:11;22:9,12,
13,16;23:9,15,18;
24:10;25:4,5,12,16;
26:9;27:23;29:19,19,
21;30:18,24;31:19;
32:11;33:3,12,23;34:3,
22;36:17;37:3,5,13;
38:3,8,11;39:7,12,17;
41:11;46:24;47:12;
48:3,11,19;49:5,15,21;
50:23;51:2,21;53:7,9;
54:2,8,12,14,19;55:2,
10;56:6,11,16,20;57:6,
18;58:6,8;59:8,12;
60:12;62:3;64:4;65:21;
67:12,16,22;69:2,17,
24;70:5;71:22;72:18;
76:20;79:6;81:14,20;
82:6,21,24;83:22;84:4,
6;85:19
**Tree's (11)**
　27:20;53:21;60:18,
　21;62:14;63:21,24;
　64:12,16;65:3;69:10
**trial (2)**
　24:2,5
**tried (1)**
　29:5
**truthful (2)**
　24:20;28:1
**try (4)**
　5:2,7;21:14;47:8
**trying (16)**
　9:1;16:6;22:22;
　36:10;42:7;45:6;46:24;
　47:2;64:8;65:13;66:2;
　67:20;68:10;69:18;
　74:23;77:15
**twice (3)**
　33:5;38:18,20
**two (9)**
　20:23,24;31:21,22,
　24;40:17;67:21;68:22;
　85:12
**type (5)**
　5:5;23:12;45:7;
　73:19;84:13

**U**

**under (2)**
　13:20;31:22
**understood (8)**
　16:11,16,22;17:4;
　20:10;47:2;54:24;77:6
**Unfortunately (2)**
　19:23;29:5
**unfriendly (1)**
　58:4
**unless (1)**
　40:18
**up (14)**
　19:5;21:10;24:5;

28:11,13;42:19;45:21;
46:22;57:11;58:22;
80:7;83:9;85:11;86:12
**upon (4)**
　25:13;49:2;52:22;
　55:1
**upset (4)**
　37:17;64:22,24;
　79:23
**used (1)**
　58:2

**V**

**Vaguely (1)**
　69:9
**Verizon (1)**
　29:6
**Villa (2)**
　5:17;9:18
**violate (1)**
　60:22
**violation (1)**
　16:4
**virtue (1)**
　65:20
**visit (3)**
　54:20;56:12,19
**visited (1)**
　55:5
**visitor (1)**
　56:11
**vocational (1)**
　6:19
**voice (2)**
　49:17;50:17
**voicemail (8)**
　29:9,15;39:9;49:23,
　24;50:2,5;78:23
**voicemails (17)**
　27:5;29:10;34:14,17;
　35:4,8;36:13;38:3;
　39:20;41:24;62:7,9;
　68:7;78:20;81:6,8;
　85:23

**W**

**Wait (1)**
　76:13
**waive (1)**
　86:18
**waiving (1)**
　28:9
**wasting (1)**
　84:24
**way (2)**
　58:2;71:2
**ways (2)**
　43:20;83:24
**weren't (4)**
　13:9;39:1;85:20;
　86:9

**What's (9)**
　5:16;37:4;41:16;
　49:9;52:23;74:2;80:12;
　81:23;84:8
**whole (3)**
　11:19;70:23;75:17
**whose (1)**
　9:20
**wife (51)**
　6:14,16;9:16;20:4;
　26:9,24;30:9;31:2;
　32:5;33:9,11;35:18;
　36:14;37:2,10,13;38:7,
　10,18,23;41:13;51:6;
　53:12,18,20;54:1;55:9,
　14,20;56:4;62:23;
　68:20;69:11,20;70:19,
　20;78:1;79:16;80:2,11,
　16,16;81:14,19;82:1,4,
　5,8,13,17;85:5
**within (1)**
　12:4
**Without (1)**
　28:9
**witness (8)**
　4:2;14:9,12;55:16,
　19;58:20;77:15;86:19
**words (3)**
　46:8,12;76:1
**work (11)**
　15:20;29:2;30:2;
　40:24;41:13;55:6;61:2;
　62:6;71:16;72:5;79:15
**Workers (1)**
　6:23
**working (3)**
　20:4;68:20,21
**works (1)**
　24:12
**worse (3)**
　65:10,14,19
**write (1)**
　26:20
**written (2)**
　31:14;51:14
**wrong (2)**
　74:2;81:23
**wrote (4)**
　23:20,22;26:15;50:7

**Y**

**year (4)**
　15:12;21:12,20;24:7
**years (10)**
　5:20;6:2,20;7:8;
　10:15;18:21;20:5,23,
　24;77:18
**Yep (2)**
　11:5;64:21
**Yesterday (1)**
　9:12

**1**

**1 (10)**
　8:10,11,15;9:4;
　24:16,17,19;31:13;
　32:21;48:24
**100 (1)**
　25:11
**12 (6)**
　5:20;33:2,7;34:1;
　37:19;39:21
**12th (7)**
　34:8;36:15,19;37:2,
　21;38:17;39:2
**137 (1)**
　27:12
**15 (1)**
　83:20
**16 (1)**
　6:12
**1976 (1)**
　5:22
**198,000 (1)**
　10:7
**1994 (1)**
　7:10

**2**

**2 (7)**
　12:1;27:14,15,19,22;
　28:1;31:13
**20 (13)**
　39:8,12,22;40:12;
　41:11;42:2;43:16;
　47:12;48:1,19;56:19;
　71:20;76:7
**2001 (1)**
　9:23
**2008 (6)**
　10:8;11:4;12:20;
　14:23;15:1;34:1
**2011 (38)**
　18:11,14,18;19:21;
　28:10,17;32:16;33:2,7;
　34:2;37:19;39:8,12,21,
　22;40:12;41:11;42:3;
　47:12;48:1,20;52:20;
　56:20;57:2,4,9;58:15,
　24;59:9;70:9;71:20;
　76:3,8,9,12,20,21;
　77:10
**2012 (6)**
　21:22;28:10,18;76:9,
　22,23
**2013 (2)**
　12:1,10
**20th (6)**
　39:16;47:20;48:8,9;
　71:23;86:4
**22 (1)**
　24:23

**23 (3)**
  25:9;31:8,12
**240 (2)**
  5:17;9:18
**25 (1)**
  48:23
**26 (1)**
  52:19
**27 (1)**
  32:21
**2MP (1)**
  60:2
**2nd (1)**
  12:4

---

**3**

**30 (1)**
  39:4
**35 (1)**
  54:18
**36 (1)**
  60:17

---

**4**

**4 (2)**
  6:12;24:24

---

**5**

**5 (2)**
  28:11,14
**5:00 (1)**
  41:1
**5:45 (2)**
  41:2,4
**50 (1)**
  30:6
**51,000 (1)**
  10:23
**54 (1)**
  41:8
**54-minute (8)**
  30:7;32:4;36:9;
  39:14;43:8,11;61:16;
  71:24

---

**6**

**6 (5)**
  5:22;6:12;11:4;
  12:20;28:5
**630625-2000 (1)**
  31:1
**630625-2342 (1)**
  31:4

---

**7**

**701 (1)**
  6:20

---

**8**

**8 (1)**
  34:1
**80/20 (1)**
  69:15
**800 (1)**
  30:19
**800234-7101 (2)**
  25:13;31:9

---

**9**

**9 (1)**
  14:23
**90 (1)**
  79:2