**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEFFREY R.MODICA, | ) | |
| KATARZYNA A. MODICA a.k.a. | ) | |
| KATIE MODICA, | ) | Case No. 1:14-cv-03308 |
| Plaintiffs, | ) | |
| | ) | Honorable Judge James B. Zagel |
| v. | ) | |
| | ) | |
| | ) | |
| GREEN TREE SERVICING, LLC | ) | |
| Defendant. | ) | |

<u>**PLAINTIFFS' RESPONSE TO GREEN TREE'S STATEMENT OF MATERIAL FACTS**</u>

Plaintiffs, JEFFREY R. MODICA ("Jeff") and KATARZYNA A. MODICA ("Katie", collectively "Plaintiffs"), by and through their attorney, Mohammed O. Badwan of Sulaiman Law Group, Ltd., respond to Green Tree's Statement of Material Facts, pursuant to Local Rule 56-1, as follows:

**STATEMENT OF MATERIAL FACTS**

**The Parties**

1. Plaintiffs, Jeffrey ("Jeff") and Katarzyna ("Katie") Modica (collectively, "Plaintiffs") are natural persons residing at 240 South Villa Avenue, Addison, Illinois ("the Property"). (Complaint, ¶ 4.)

**RESPONSE:** Admit.

2. Defendant, Green Tree, is a limited liability company with its principal office located in St. Paul, Minnesota. (Complaint, ¶ 5.)

**RESPONSE:** Admit.

**Jurisdiction and Venue**

3.      Jurisdiction of this Court arises under 28 U.S.C. §§ 1331 and 1337 because Plaintiffs assert claims pursuant to 47 U.S.C. § 227. This Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367. Venue is proper in this judicial district under 28 U.S.C. § 1391 because Plaintiffs reside and Green Tree transacts business in the Northern District of Illinois. (Complaint, ¶¶ 1-4.)

**RESPONSE:** Admit.

**The Loan**

4.      Jeff purchased the Property in 2000 and Plaintiffs and their family have lived there since then. To make that purchase, Jeff entered into a promissory note and first mortgage with Countrywide in the amount of approximately $198,000. That first loan was subsequently taken over by Bank of America and then Bayview, and is not at issue here. (Deposition of Jeffrey Modica, attached hereto as Exhibit A, 9:17-10:7; Deposition of Katarzyna Modica, attached hereto as Exhibit B, 8:6-16.)

**RESPONSE:** Admit.

5.      In May 2007, Jeff obtained a second mortgage loan from Countrywide in the amount of approximately $51,000 ("the Loan"). (Ex. A, Jeff Dep., 10:8-11:3; Ex. B, Katie Dep., 8:21-9:4.) Jeff's payments on the Loan were due on the first of each month. (Declaration of Karen Ferguson, attached hereto as Ex. C, ¶ 3.)

**RESPONSE:** Admit.

**The Bankruptcy**

6.      On June 6, 2008, shortly after obtaining the Loan, Plaintiffs filed for Chapter 7 bankruptcy. At that time, Jeff was current on the Loan and it was Plaintiffs' intent to stay in their home at the Property. (Ex. A, Jeff Dep., 11:4-12,12:19-13:1; Ex. B, Katie Dep., 10:16-11.)

**RESPONSE:** Admit.

7.      On September 9, 2008, Plaintiffs were granted a discharge of all dischargeable debts by the bankruptcy court. (Complaint, ¶ 11.)

**RESPONSE:** Admit.

8.      After their bankruptcy, Bayview contacted Plaintiffs about modifying their Bayview loan. Plaintiffs had no issue with Bayview contacting them and did not view that contact as a violation of the discharge order entered in their bankruptcy. Plaintiffs entered into a loan modification with Bayview when Bayview approached them. (Ex. A, Jeff Dep., 15:2-16:6.)

**RESPONSE:** Admit.

9.      Although they had gone through bankruptcy, Plaintiffs understood that the Loan could be foreclosed upon in the event payments were not made on the Loan. After the discharge, Jeff made monthly payments on the Loan throughout 2009, 2010, and into 2011 (first to Countrywide and then to Green Tree, which took over servicing of the Loan effective March 11, 2011). (Ex. A, Jeff Dep., 16:16-19:9; Ex. B, Katie Dep., 11:5-24; Ex. C, Ferguson Dec., ¶ 4.)

**RESPONSE:** Admit.

10.     Jeff's March payment was short by $27. On March 21, 2011, a Green Tree representative spoke with Jeff. During that call, Jeff confirmed to Green Tree that he intended to keep ownership of the Property, explained that his payment had been short due to "excessive

obligations," and promised a payment. (Ex. C, Ferguson Dec., ¶¶ 4 and 6 and Ex. 1 thereto, entry for 3/21/11.)

**RESPONSE:** Deny. Jeff never told a Green Tree representative that he intended to keep ownership of the Property. *See* attached Plaintiffs' Exhibit A, 22:8-11; 44:1-10; 70:8-12; 82:20-23, a true and accurate copy of the full transcript of Jeff's deposition.

11.     On September 10, 2011, Jeff made what would be his last payment on the Loan. (Ex. C, Ferguson Dec., ¶ 7.) Plaintiffs understood that Green Tree could foreclose on their mortgage, but they continued to live at the Property and wanted to keep the Property. (Ex. A, Jeff Dep., 20:9-12, 20:17-21, 21:4-7; Ex. B, Katie Dep., 13:8-12; 13:15-17.)

**RESPONSE:** Deny. Jeff did understand that Green Tree could foreclose but never told Green Tree that he wanted to keep the Property. *See* Plaintiffs' Exhibit A, 18:19-20:8, 44:1-10, 70:8-12, 82:20-23. It was at this point that the Plaintiffs could no longer afford to make their mortgage payments as Katie ceased employment to care for Plaintiffs' children. *See* Plaintiffs' Exhibit A, 18:19-20:12, 44:1-10, 70:8-12, 82:20-23; *see* also attached Plaintiffs' Exhibit B, 12:17-13:4, a true and accurate copy of the full transcript of Katie's deposition.

12.     After Jeff missed his October payment, Green Tree attempted to contact him by telephone to determine his intent with respect to the Property, leaving voicemails asking Jeff to call. On October 24, 2011, at approximately 1:18 p.m., a Green Tree representative spoke with Jeff. Jeff confirmed his intent to retain the Property and told the representative that he thought his spouse had mailed a double payment of $793, but he was not sure "sure on specifics." (Ex. C, Ferguson Dec., ¶¶ 4 and 7 and Ex. 1 thereto, entry for 10/24/11.)

**RESPONSE:** Deny. Green Tree was calling Jeff to collect payments on a discharged debt. *See* Plaintiffs' Exhibit A, 46:23-47:5; Plaintiffs' Exhibit B 29:8-15. Furthermore, Jeff never

confirmed his intent to retain the Property. *See* Plaintiffs' Exhibit A, 22:8-11, 44:1-10, 70:8-12, 82:20-23.

13.    Five minutes later, Jeff called Green Tree and spoke with a different representative, Karen Ferguson, who was the Green Tree representative assigned to Jeff's account. Again, Jeff confirmed his intent to retain the Property, told Ferguson that his wife sent in a double payment and that he would check with her and call back that afternoon. Jeff told Green Tree that Green Tree could call him on his cell phone number, 630-625-2000. (Ex. C, Ferguson Dec., ¶¶ 4 and 7 and Ex. 1 thereto, entry for 10/24/11.)

**RESPONSE:** Deny. Jeff never told Karen Ferguson his intent was to keep the property. *See* Plaintiffs' Exhibit A, 22:8-11, 44:1-10, 70:8-12, 82:20-23. Furthermore, Jeff never told Green Tree that it can call him on his cell phone and never provided Green Tree with his cell phone number. *See* attached Plaintiffs' Exhibit C, ¶11, a true and accurate copy of Jeff's Declaration. Green Tree maintains that Jeff provided his cell phone number to it on March 21, 2011. *See* Green Tree SOF, Exhibit C, ¶6. However, the servicing notes attached to Green Tree's Exhibit C as Exhibit 1 for the 3/21/11 entry does not reflect Katie Ferguson's statement that Jeff provided his cell phone number on this date. In fact, the notes reflect that Green Tree verified Jeff's "SSN, Mail Address, Work Phone, Home Phone, Property Address." *See* attached Plaintiffs' Exhibit D, pg. 16, entry for March 21, 2011 at 17.01.08, a true and accurate copy of Green Tree's Collection Comment List authenticated by Karen Ferguson in Green Tree's Statement of Material Facts, Exhibit C. Lastly, nearly 8 months after Green Tree maintains Jeff provided his cell phone number to it, the entry for November 12, 2011 in Green Tree's servicing notes indicates that Katie Ferguson asked Katie if Jeff has a cell phone number, thus refuting Katie Ferguson's statement in Paragraph 6 of her declaration that Jeff provided his cell phone

number to Green Tree on March 21, 2011. *See* Plaintiffs' Exhibit D, pg. 16, entry for November 12, 2011 at 10.00.28.

14.     In fact, Katie had not sent in a double payment and Jeff did not call Green Tree back that afternoon. In the days that followed, having not heard further from Jeff, Green Tree's Ferguson attempted to contact him at the number he had given her. Jeff did not answer those calls. Sometimes Ferguson left messages, asking Jeff to call; sometime she did not. (Ex. C, Ferguson Dec., ¶¶ 4 and 8 and Ex. 1 thereto.)

**RESPONSE:** Deny to the extent that Jeff provided Green Tree his cell phone number. *See* Plaintiffs' Exhibit C, ¶11.

15.     Every time Ferguson left a voicemail, she said (as Jeff described it) only: "Jeff, this is Katie Ferguson from Green Tree. You need to give me call back at this number. I think she left her extension. It is very important." (Ex. A, Jeff Dep., 34:7-35:6; Ex. B, Katie Dep., 19:3-12.)

**RESPONSE:** Admit.

16.     After unsuccessful attempts to contact Jeff, Ferguson located one of Plaintiffs' neighbors and left a voicemail for her, asking her to ask Jeff to call Green Tree. (Ex. C, Ferguson Dec., ¶¶ 4 and 9 and Ex. 1 thereto, entry for 11/12/11.) This prompted Katie to call Ferguson on November 12. At that time, Plaintiffs wanted to stay in their home. Katie asked why Green Tree had called Plaintiffs' neighbor; Ferguson explained that she was trying to get hold of Jeff. There was no substantive conversation about the Loan or Plaintiffs' bankruptcy. Katie then called Ferguson again on November 12. The contents of the second call were essentially the same as the first. (Ex. B, Katie Dep., 18:17-19, 20:2-4, 20:14-18, 21:3-15, 22:1-6, 22:24-23:2, 25:2-9.)

The two calls on November 12, 2011 were the only times Katie actually spoke with a Green Tree representative. (Ex. B, Katie Dep., 18:13-16, 26:9-17.)

**RESPONSE:** Deny to the extent that Plaintiffs indicated to Green Tree they wanted to stay in their home. *See* Plaintiffs' Exhibit A, 22:8-11, 44:1-10, 70:8-12, 82:20-23; Plaintiffs' Exhibit B, 45:14-17.

17.     As no payments were forthcoming, Ferguson continued to attempt to contact Jeff and sometimes Katie to determine Plaintiffs' intent with respect to the Property. (Ex. C, Ferguson Dec., ¶¶ 4 and 10 and Ex. 1 thereto.) Jeff finally called Green Tree in response to Ferguson's voicemails on December 20, 2011; that call lasted approximately 54 minutes and was the only conversation that Jeff recalls having with Green Tree. Jeff stated that he was calling to explain why he had not been paying the Loan. He confirmed his intent to keep the Property and discussed with Ferguson and then with her manager a possible loan modification and ways Green Tree could work with him to bring the loan current. (Ex. A, Jeff Dep., 31:24-32:16, 35:7-13; Ex. C, Ferguson Dec., ¶¶ 4, 10-11 and Ex. 1 thereto, entries for 12/20/11.)

**RESPONSE:** Deny. Jeff never solicited Green Tree for a loan modification and never indicated to Green Tree that he wanted to stay in home. On December 20, 2011, Green Tree called Jeff on numerous occasions and Jeff returned the calls to inquire why Green Tree kept calling his family members and his neighbors and to advise Green Tree that he could not afford to pay them, will not pay them as the loan was discharged in bankruptcy, and he did not want to stay in the home. *See* Plaintiffs' Exhibit A, 22:8-23:22, 40:11-47:17, 70:8-12, 82:20-23, Plaintiffs' Exhibit B, 57:1-12, Plaintiffs' Exhibit C, ¶¶9-10. Jeff demanded that Green Tree stop calling him, his wife, his family members, and his neighbors during this phone call. *See* Plaintiffs' Exhibit C, ¶¶9-10.

18. In follow-up to those discussions, Green Tree sent Jeff a loan modification package on December 22, 2011. (Ex. C, Ferguson Dec., ¶¶ 4 and 11 and Ex. 1 thereto, entry for 12/22/11.) In the months that followed, Plaintiffs continued to live at the Property but made no payments to Green Tree. Ferguson continued her attempts to contact Jeff (directly or through Katie) to determine his intent with respect to the Property, again sometimes leaving voicemails asking him to call. Jeff did not return any of those voicemails. (Ex. C, Ferguson Dec., ¶ 4 and 12 and Ex. 1 thereto.)

**RESPONSE:** Deny to the extent that Green Tree's motive in placing the phone calls was to ascertain intent. *See* Plaintiffs' Exhibit A, 45:1-47:5, Plaintiffs' Exhibit B 29:8-30:11, 45:2-7. Furthermore, Jeff does not recall receiving a loan modification package from Green Tree. Green Tree did in fact send a correspondence to Plaintiffs advising them that Green Tree is releasing the lien on the Property in November 2013, after this lawsuit was filed. *See* Plaintiffs' Exhibit A, 59:11-60:16. The correspondence was sent after Green Tree placed a phone call to Jeff *after* this lawsuit was filed. *See* Plaintiffs' Exhibit A, 59:11-60:16.

19. Jeff never told Green Tree words to the effect, "Stop calling. We don't want the house." He did not speak with Green Tree again after December 20, 2011. (Ex. A, Jeff Dep., 38:2-6, 48:17-22.)

**RESPONSE:** Deny. Jeff did tell Green Tree to stop calling and that he did not want the home. *See* Plaintiffs' Exhibit A, 22:8-23:22; 85:23-86:4. Furthermore, Jeff did speak to Green Tree after December 20, 2011 when a Green Tree agent called Jeff in November of 2013. *See* Plaintiffs' Exhibit A, 59:11-60:16.

20. Katie did not answer any of the calls that Green Tree made to her, nor did she return any of the voicemails left for her or ask Jeff to do so. (Ex. B, Katie Dep., 19:13-15, 28:16-21,

43:14-21.) The two calls on November 12, 2011 were the only times Katie actually spoke with a Green Tree representative. (Ex. B, Katie Dep., 18:13-16, 26:15-17.)

**RESPONSE:** Admit.

21. Katie alleges that in early March 2012, Green Tree sent a representative to the Property to determine whether the Property was still occupied and what Jeff intended to do. Katie answered the door; Jeff was not home. The Green Tree representative handed Katie a paper which had Green Tree's logo on it. He said, "When Jeff gets home, have him call me – it's very important." Then the man left. He did not yell or threaten Katie. (Ex. B, Katie Dep., 37:17-40:2, 41:6-7, 41:20-22.)

**RESPONSE:** Admit.

22. Plaintiffs have no notes of conversations with Green Tree, nor recordings of any telephone calls or voicemails. (Ex. A, Jeff Dep., 26:11-24, 27:4-6; Ex. B, Katie Dep., 15:19-23.)

**RESPONSE:** Admit.

23. During the period at issue in this case (2011-2013), Green Tree used two separate methods to contact customers by telephone: (1) calls made manually by calling agents at Green Tree's call centers; and (2) calls made by Green Tree's predictive dialing system. (Declaration of Roger Sparks, attached hereto as Exhibit D, ¶ 3.)

**RESPONSE:** Admit.

24. With respect to manual calls, the calling agents operated computers with a custom-built account user interface known as "UCSe." Those computers did not store customer information or have software that would enable the computer to produce telephone numbers to be called using a random or sequential numerator generator, and to then call those numbers.

Moreover, the call center computers did not have the capability to perform predictive dialing, and the call center agent had no ability to initiate predictive dialing. (Ex. D, Sparks Dec., ¶ 4.)

**RESPONSE:** Deny. The call center computers have the capability to perform predictive dialing. The call center computer's UCSE interface (which retrieves numbers stored on the server) and the Aspect Unified IP Version 6.6 Service Pack 2 [Green Tree's predictive dialing system] are capable of working together to achieve a contact. *See* Green Tree's SOF, Exhibit D, ¶¶5-13; *see* also attached Plaintiffs' Exhibit E, 63:12-66:4, a true and accurate copy of the transcript of the deposition of Roger Sparks, Green Tree's Systems Manager.

Specifically, a Green Tree agent can sign in to the predictive dialing system through UCSE and "exchange an account number, a phone number so that the UCSE knows who it is that the dialer is trying to call. So you can have an agent sitting at a desk logged into UCSE, logged into their extension. They log into the [predictive dialing system] to take part in a predictive dialer campaign. The dialer cues off automated dials until they achieve a contact. They pass that to the available agent who is sitting at their desk logged into these applications. When it sends that audio to the agent's extension it also sends an account number via API to UCSE so it knows. UCSE pings the [server] so it can pass a screen pop" to that agent that displays the borrower's account details. *See* Plaintiffs' Exhibit E, 63:12-66:4.

25. Rather, for any given loan, the calling agent, using the UCSe interface, accessed information regarding the loan (including phone numbers when applicable) that resided on an IBM 9117, Model MMD server ("the Server") which was located in St. Paul, Minnesota. (Ex. D, Sparks Dec., ¶ 5.).

**RESPONSE:** Admit.

26. If the agent determined that a call to a customer was warranted by the circumstances then existing, the agent manually placed a call to the customer by either dialing the customer's phone number on the agent's telephone, using the keypad on the agent's computer to dial the customer's number, or using the computer mouse to click on a telephone number that was displayed on the computer screen (which number was retrieved from the Server, where that information was stored). In the latter two cases, after action by the agent, the agent's computer would cause the agent's telephone to dial the customer's number and the call would proceed as if the agent had personally dialed the number on the telephone. (Ex. D, Sparks Dec., ¶ 6.)

**RESPONSE:** Admit.

27. After the call with the customer was completed and the agent moved on to another loan, all information relating to the prior loan would disappear from the agent's computer; customer information was not stored on the agent's computer. (Ex. D, Sparks Dec., ¶ 7.)

**RESPONSE:** Admit.

28. In sum, the process for manually dialing required four components (i.e., a live calling agent, the agent's computer, the server, and a telephone), and the process of dialing had to be initiated by the calling agent making a decision to call the customer and then taking action to cause the number to be dialed. (Ex. D, Sparks Dec., ¶ 8.)

**RESPONSE:** Admit.

29. During the relevant period, Green Tree also contacted customers using a predictive dialer known as the Aspect Unified IP Version 6.6 Service Pack 2 ("Dialer") to conduct "Dialer campaigns." Green Tree's Dialer was a combination of hardware and software located in Tempe, Arizona and St. Paul, Minnesota, separate and apart from the server and the computers located in the calling centers. (Ex. D, Sparks Dec., ¶ 9.)

**RESPONSE:** Admit.

30. For the Dialer to make calls, a Green Tree employee first determined what criteria would be used to select the phone numbers that would be dialed as part of a Dialer campaign. The selected numbers were transferred in a data file from the Server to the Dialer, which then dialed those numbers. (Ex. D, Sparks Dec., ¶ 10.)

**RESPONSE:** Admit.

31. For a Green Tree agent to participate in phone calls initiated by the Dialer (i.e., a Dialer campaign), it was necessary for the agent to log on to the Dialer from the agent's computer. Once the agent logged on to the Dialer, the Dialer would connect via telephone line to the agent's telephone. (Ex. D, Sparks Dec., ¶ 11.)

**RESPONSE:** Admit.

32. If the Dialer detected that a live person had answered the call, the Dialer would transfer the call to an available agent (i.e., an agent who had taken affirmative action to log onto the Dialer and who was not otherwise engaged in speaking with another customer), typically in Green Tree's Front End Collection Group or in another group that had logged into the Dialer. Occasionally, recorded messages were left by the Dialer instead of transfer of the call to an agent. (Ex. D, Sparks Dec., ¶ 12.)

**RESPONSE:** Admit.

33. Individual calling agents did not have the ability to set up a Dialer campaign from their computers or to otherwise initiate action by the Dialer. On occasion, a regional manager set up a Dialer campaign for calling agents in his region. If a regional manager decided that a Dialer campaign was needed, he set up the campaign by providing the account criteria for the accounts to be called. Calling agents within the region then logged onto the Dialer and the Dialer

connected via phone line to the agents' phones. The Dialer then began its work and connected answered calls to available representatives. The use of the Dialer at the regional level was left to the decision of the regional managers. (Ex. D, Sparks Dec., ¶ 13.)

**RESPONSE:** Admit.

34. During the relevant period, Katie's cell phone number was (630) 625-2342 and Jeff's cell phone number was (630) 625-2000. (Debtors' Response to Green Tree Services LLC's Interrogatories, attached hereto as Ex. E, No. 2.)

**RESPONSE:** Admit.

35. No calls were made by the Dialer to Katie's cell phone. Six calls were made to Jeff's cell phone by the Dialer, at the dates and times set forth below:

| DATE | TIME |
|------|------|
| 10/18/11 | 9.36.24 |
| 10/19/11 | 7.20.00 |
| 10/21/11 | 6.16.30 |
| 10/21/11 | 13.27.32 |
| 10/24/11 | 6.56.06 |
| 10/24/11 | 13.18.03 |

All other calls made to Jeff's cell phone and all calls made to Katie's cell phone were thus made manually by a Green Tree representative. (Ex. D, Sparks Dec., ¶¶ 14-18 and Ex. 1 thereto.)

**RESPONSE:** Admit.

Respectfully submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan
ARDC#6299011
*Counsel for Plaintiffs*
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
(630) 575-8181
mbadwan@sulaimanlaw.com

# EXHIBIT A

**In The Matter Of:**

*In re*
*Jeffrey R. Modica, et al., Debtors*

---

*JEFFREY R. MODICA*
*December 18, 2013*

---

*Bistany Reporting Service*
*100 North LaSalle Street*
*Suite 1600*
*Chicago, Illinois 60602*
*e-mail: info@bistanyreporting.com*

Original File J_Modica_121813_final.txt
Min-U-Script® with Word Index

---

**Page 1**

```
 1              IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3
    In re:                ) Chapter 7
 4                        )
    JEFFREY R. MODICA,    )
 5  KATARZYNA A. MODICA   ) Case No. 08-14633
    Katie Modica,         )
 6                        ) Honorable Judge Donald R.
            Debtors.      ) Cassling
 7

 8

 9

10

11          The deposition of JEFFREY R. MODICA, taken

12  in the above-entitled cause before Denielle P.

13  Mathys, CSR, and Notary Public within and for the

14  County of Kane and State of Illinois, taken pursuant

15  to the Federal Code of Civil Procedure for the

16  United States Bankruptcy Court, Northern District of

17  Illinois, Eastern Division, at 150 North Michigan

18  Avenue, Suite 2130, in the City of Chicago,

19  Illinois, on December 18, 2013, at the hour of

20  9:26 a.m.

21

22

23

24
```

---

**Page 2**

```
 1         A P P E A R A N C E S :

 2
    ADDUCCI, DORF, LEHNER, MITCHELL &
 3     BLANKENSHIP, P.C.
    BY:  MR. MARSHALL L. BLANKENSHIP
 4       150 North Michigan Avenue, Suite 2130
         Chicago, Illinois  60601
 5       (312) 781-2800
         mblankenship@adlmb.com
 6
            On behalf of Green Tree
 7           Servicing LLC;

 8
    SULAIMAN LAW GROUP, LTD.
 9  BY:  MR. MOHAMMED O. BADWAN
         900 Jorie Boulevard, Suite 150
10       Oak Brook, Illinois  60523-3810
         (630) 575-8181
11       mbadwan@sulaimanlaw.com

12            On behalf of the Debtors.

13

14

15

16

17

18

19

20

21

22

23

24
```

---

**Page 3**

```
 1               I N D E X

 2  WITNESS EXAMINATION      DX    CX   RDX   RCX

 3  JEFFREY R. MODICA

 4  BY MR. BLANKENSHIP        4          85

 5  BY MR. BADWAN                  66

 6

 7

 8          E X H I B I T S

 9  DEPOSITION EXHIBITS                     MARKED

10  J. Modica Exhibit No. 1                    8

11  J. Modica Exhibit No. 2                   27

12

13

14

15

16

17

18

19

20

21

22

23

24
```

---

**Page 4**

```
 1          JEFFREY R. MODICA,
 2  called as a witness, being first duly sworn, was
 3  examined and testified as follows:
 4          DIRECT EXAMINATION
 5  BY MR. BLANKENSHIP:
 6    Q   Will you state your name for the record,
 7  please.
 8    A   Jeff Modica.
 9      MR. BLANKENSHIP: Let the record reflect
10  that this is the deposition of Jeff Modica taken
11  pursuant to notice and agreement of the parties and
12  the applicable Federal and Bankruptcy rules.
13  BY MR. BLANKENSHIP:
14    Q   Mr. Modica, my name is Marshall
15  Blankenship.  I represent Green Tree who you filed a
16  motion against.
17    A   Sure.
18    Q   Have you ever been deposed before?
19    A   No.
20    Q   Okay.  I'm going to be asking you a series
21  of questions about your motion --
22    A   Okay.
23    Q   -- your complaints against Green Tree.
24    A   Sure.
```

Page 5

1    Q   If you don't understand a question, please
2 let me know, and I'll try to rephrase it for you.
3    A   Okay.
4    Q   We can't speak at the same time because
5 the court reporter has to type it down.  So I ask
6 that you let me finish my question before you give
7 your answer, and I'll try to let you finish your
8 answer before --
9    A   Sure.
10   Q   -- I ask the next question.
11       And if you need to take a break at any
12 time, just let me know, okay?
13   A   Sure.
14   Q   Where do you live?
15   A   In Addison.
16   Q   What's your address?
17   A   240 South Villa Avenue in Addison,
18 Illinois.
19   Q   How long have you lived there?
20   A   Approximately 12 years.
21   Q   And what is your birth date?
22   A   June 6, 1976.
23   Q   Are you married?
24   A   Yes.

Page 6

1    Q   How long have you been married?
2    A   Approximately seven years.
3    Q   Do you have any children?
4    A   Yes.
5    Q   How many?
6    A   Three.
7    Q   And boys, girls?
8    A   Boys.
9    Q   Three sons?
10   A   Sons, yes.
11   Q   And what are their ages?
12   A   Ages 16, 6, and 4.
13   Q   And do all three sons still live with you
14 and your wife?
15   A   Yes.
16   Q   And your wife lives with you in Addison?
17   A   Correct.
18   Q   What is your highest level of education?
19   A   High school with vocational school in the
20 IBEW, Local 701, three years.
21   Q   And what is the IBEW?
22   A   International Brotherhood of Electrical
23 Workers.
24   Q   Are you presently employed?

Page 7

1    A   Yes.
2    Q   By whom?
3    A   IM Electric Incorporated.
4    Q   And what is your position?
5    A   Foreman electrician.
6    Q   How long have you been employed by
7 IM Electric?
8    A   Approximately seven years.
9    Q   When did you graduate from high school?
10   A   1994.
11   Q   Did you do anything to prepare for today's
12 deposition?
13   A   No, except for look over our paperwork
14 that you probably have a copy of.
15   Q   Okay.  What paperwork did you look over,
16 the motion that was filed on your behalf?
17   A   Yeah, whatever the packet is that --
18       MR. BLANKENSHIP: Let me mark this --
19       MR. BADWAN: I object to the question.
20 It's kind of attorney-client privilege, what he did
21 to prepare for it.
22       MR. BLANKENSHIP: I don't want you to
23 disclose any communications you've had with your
24 counsel.

Page 8

1        MR. BADWAN: Sure.
2        MR. BLANKENSHIP: But I think I am
3 entitled to know what documents you might have
4 reviewed.
5        MR. BADWAN: Sure.  I just want to keep
6 the scope very limited to not anything that we
7 talked about.
8        MR. BLANKENSHIP: Right.  I don't want
9 that.
10       Let's mark this as Modica Exhibit 1.
11            (J. Modica Exhibit No. 1
12            marked for identification.)
13 BY MR. BLANKENSHIP:
14   Q   Let me show you what we've marked as
15 Modica Exhibit 1.  Do you recognize this as your
16 motion for sanctions against Green Tree?
17   A   Yes.
18   Q   Is this the document that you looked at to
19 prepare for today's deposition?
20   A   Yes, pretty much the phone conversations
21 and things like that.
22   Q   Okay.  Did you look at any records
23 reflecting the dates of any phone calls with Green
24 Tree?

Page 9

1    A    The dates?  I was trying to remember when
2  the things happened, so I browsed this right here.
3    Q    Did you look at anything other than
4  Exhibit 1?
5    A    No.
6    Q    Okay.  And you met with your counsel,
7  correct?
8    A    Previous to today?
9    Q    To prepare for today's deposition?
10   A    Correct.
11   Q    Okay.  And when was that?
12   A    Yesterday.
13   Q    And how long did you meet with counsel?
14   A    Ten minutes.
15   Q    Okay.  And was anyone else present?
16   A    Just me and my wife.
17   Q    Now, you own the property located at
18  240 South Villa Avenue in Addison?
19   A    Correct.
20   Q    In whose name is that property titled?
21   A    Mine.
22   Q    And you bought that property in
23  approximately 2001?
24   A    Correct.

Page 10

1    Q    And did you obtain a mortgage when you
2  purchased the property?
3    A    Yes.
4    Q    From whom?
5    A    At the time I believe it was Countrywide.
6    Q    Okay.  How much was that initial loan for?
7    A    I want to say 198,000, approximately.
8    Q    Okay.  And then in May of 2008, you
9  obtained a second mortgage on the property?
10   A    Yes.
11   Q    And that was also from Countrywide?
12   A    I'm not sure on the exact date of the
13  second mortgage, but yes, we did obtain a second
14  mortgage from Countrywide.
15   Q    Okay.  Some years after --
16   A    Yes.
17   Q    -- your initial purchase?
18   A    Exactly.
19   Q    And the second mortgage was also from
20  Countrywide?
21   A    I believe so, yes.
22   Q    And the amount of that second mortgage was
23  approximately 51,000?
24   A    Correct.

Page 11

1    Q    And that second loan was secured by a
2  junior mortgage on your Addison property?
3    A    Correct.
4    Q    You filed for bankruptcy on June 6, 2008?
5    A    Yep.
6    Q    And that was just shortly after you had
7  obtained that second mortgage from Countrywide,
8  correct?
9    A    Correct.  It must have been, yeah.
10   Q    Okay.  About a month after?
11   A    I think so, yeah.  It was both -- it was
12  pretty close.
13   Q    Okay.  Who was your lawyer at the time
14  that you filed for bankruptcy?
15   A    Martucci, I believe, in Roselle.
16   Q    And when did you retain the Sulaiman Law
17  Group to represent you?
18   A    Not until we needed guidance with the
19  whole foreclosure thing.  And we didn't know what we
20  were doing at the time, and I needed somebody who
21  knows what they're doing to talk to.
22   Q    And do you recall when that was?
23   A    You know what, the initial meeting I
24  don't, the exact date.

Page 12

1    Q    Your motion was filed on July 2, 2013.
2  Does that help you put a time to when you first
3  retained Sulaiman?
4    A    July 2nd?  It had to be within the months
5  approximately before that obviously.  I'm not
6  sure --
7    Q    Okay.  So sometime --
8    A    -- exactly the date.
9    Q    Okay.  So sometime between, say, May and
10  July of 2013?
11   A    Approximately.  I mean, I'm not sure, to
12  be honest with you.
13   Q    I understand.
14        MR. BADWAN:  If you're not sure, just say
15  you're not sure.
16   A    I'm just not sure on the date, to be
17  honest with you.
18  BY MR. BLANKENSHIP:
19   Q    That's fine.  Now, at the time you filed
20  for bankruptcy on June 6, 2008, you were current on
21  both of your Countrywide loans; is that correct?
22   A    Correct.  Yes.
23   Q    And when you filed for bankruptcy, was it
24  your intent to stay in your home?

Page 13

1   A   At the time, yes.
2   Q   But you did not reaffirm your Countrywide
3   debts in the bankruptcy proceeding, correct?
4   A   Correct --
5       MR. BADWAN: Could you please explain what
6   reaffirming a debt really means?
7       MR. BLANKENSHIP: Sure.
8       MR. BADWAN: Because as you know, we
9   weren't the counsel for the bankruptcy.
10      MR. BLANKENSHIP: Yes, that's fine.
11  BY MR. BLANKENSHIP:
12  Q   When you file for bankruptcy, you can
13  reaffirm a debt. You acknowledge that the debt
14  exists and will continue, and you have the option to
15  do that with certain debts I think by checking a box
16  on a form.
17      Do you recall -- and I think the records
18  reflect that you did not reaffirm your loans.
19  A   Let me answer like this. I don't believe
20  so, but I don't -- I'm under oath, and I don't --
21  I'm not a hundred percent sure that -- I don't want
22  a box being -- I'm not sure.
23  Q   That's fine. You're not sure. I
24  understand.

Page 14

1   A   Yeah, I'm not --
2       MR. BADWAN: Can I rephrase the question,
3   or I'll help get to the bottom of the question?
4       MR. BLANKENSHIP: Sure.
5       MR. BADWAN: Do you recall your bankruptcy
6   attorney ever telling you, "Jeff and Kate, if you
7   guys sign this, that means you're still on the hook
8   for this debt"?
9       THE WITNESS: No, I don't.
10      MR. BADWAN: It must have been a packet
11  about eight to ten pages.
12      THE WITNESS: No, I don't. I don't
13  remember that.
14  BY MR. BLANKENSHIP:
15  Q   Did you want -- did you want to stay in
16  your home at the time you filed for bankruptcy?
17  A   At the time we were paying the mortgage,
18  we were current with the mortgage, and we were
19  taking it from there.
20  Q   Did you want to stay in your home?
21  A   Yes, I mean . . .
22  Q   And then you received your discharge on
23  September 9, 2008, correct?
24  A   Correct. Approximately, yes, in September

Page 15

1   of 2008.
2   Q   Who holds your -- the first mortgage on
3   your property now, the first Countrywide loan?
4   A   It was Bank of America, but not right now
5   because we had a modification on the first loan just
6   recently, and it's Bayview now.
7   Q   When did you obtain the modification on
8   the first loan?
9   A   Let's see, it's been almost -- they
10  contacted us when they took over for Bank of
11  America, and that was, I want to say, almost about a
12  year ago, give or take a month or so.
13  Q   And why did you enter into a loan
14  modification of your first loan?
15  A   Why?
16  Q   Yeah.
17  A   Because they contacted me and told me
18  that, you know, you can do this, this, your payment
19  could drop to this. And it'll -- you know, it'll
20  work out because Bank of America wasn't doing
21  anything.
22  Q   Did you have any issue with Bayview
23  contacting you about bringing you this option of
24  modifying your loan?

Page 16

1   A   Did I have an issue with it?
2   Q   Yeah.
3   A   No, not at all.
4   Q   You didn't think that was a violation of
5   your discharge order in your bankruptcy?
6   A   No. They were just trying to help.
7   Q   Okay. And I'm going to talk about the
8   second mortgage, which is the Countrywide mortgage
9   that Green Tree now owns.
10  A   Sure.
11  Q   You understood when you got your -- filed
12  for your bankruptcy and got your discharge that the
13  mortgage lien on the property was not affected by
14  your bankruptcy, right?
15  A   Could you rephrase? I'm not sure I --
16  Q   Sure. Sure. You understood that
17  Countrywide could foreclose on the mortgage on your
18  property in the event payments were not made on the
19  loan notwithstanding the fact that you had gone
20  through bankruptcy, correct?
21  A   Yes.
22  Q   And you understood that if Countrywide
23  pursued foreclosure, it could force you from your
24  home, correct?

Page 17

1   A   On the second?
2   Q   Yes.
3   A   Yes.
4   Q   And you understood at the time you got
5   your discharge that if you did not make regular
6   payments to Countrywide, Countrywide would foreclose
7   on its mortgage lien, correct?
8   A   Correct.
9   Q   And then after you received your
10  discharge, you continued to make regular payments on
11  your Countrywide loan, correct?
12  A   Correct.
13  Q   And do those payments run the amount of
14  $374.59 a month?
15  A   I believe that was the amount, yes.
16  Q   And you made those payments on your
17  Countrywide loan so Countrywide would not foreclose
18  on its mortgage lien?
19  A   I made them on both, yes.
20  Q   Okay.  Both the --
21  A   First and second.
22  Q   Second.
23  A   So the total payment was $2,064 or
24  something like that.

Page 18

1   Q   Okay.  And then the servicing of the
2   second Countrywide loan was transferred to Green
3   Tree.  Do you recall that happening?
4   A   Yes, I remember it got transferred, and we
5   started getting Green Tree statements instead of the
6   Countrywide.
7   Q   Okay.  And you then continued to make
8   those regular payments of $374.59 to Green Tree?
9   A   Correct.
10  Q   And the loan was transferred to Green Tree
11  in March of 2011.  Does that sound right?
12  A   You know what, I couldn't tell you when it
13  was transferred.
14  Q   Fair enough, okay.  Now, in September 2011
15  you made your last payment to Green Tree on the
16  second loan, correct?
17  A   September, October, somewhere around
18  there, yes, 2011.
19  Q   So you had made regular monthly payments
20  on your second Countrywide loan for approximately
21  three years after the discharge, right?
22  A   Correct.
23  Q   Okay.  And you made those payments so you
24  could stay in your home, right?

Page 19

1   A   Correct.
2   Q   And you made those payments so Green Tree
3   would not foreclose on its mortgage, correct?
4   A   Well, yeah, we made them to stay -- I
5   mean, because we were -- to keep up on our mortgage,
6   yes.
7   Q   Yeah.  Because you didn't want Green Tree
8   to foreclose, right?
9   A   Right.
10  Q   Did you stop making payments on your first
11  mortgage at any point?
12  A   Same exact time.
13  Q   And at that point, had the Countrywide
14  loan been transferred -- the first mortgage been
15  transferred to Bank of America at the time you
16  stopped making payments?
17  A   I'm not sure when that mortgage got
18  transferred or anything like that.  I couldn't tell
19  you the date.
20  Q   Why did you stop making payments on your
21  mortgages after your approximate September 2011
22  payment?
23  A   Unfortunately, we had a reduction in
24  income, and I exhausted my savings account.  And I

Page 20

1   had to pull my annuity because the $2,000 a month, I
2   was robbing Peter to pay Paul just to keep afloat.
3   Q   What caused the reduction in income?
4   A   My wife, she stopped working, you know, a
5   few years back.  And we had a savings account that
6   allowed me to keep afloat.  You know, when I was
7   short this month, I'd take it, transfer it and was
8   able to keep afloat, you know.
9   Q   Okay.  And when you stopped making
10  payments on your mortgages, you understood that
11  Green Tree could foreclose on its lien, right?
12  A   Yes.  I had no choice.
13  Q   Okay.  Did that bother you?
14  A   Did it bother me?
15  Q   Yeah.
16  A   Well, of course.  I have a family.
17  Q   But you stayed in the house, correct?
18  A   When?
19  Q   At the time you stopped making payments to
20  today, you've continued to live in the house, right?
21  A   Correct.
22  Q   So you've essentially lived in your home
23  for free for the last two years?
24  A   It wasn't exactly two years, but I know

1  what you're getting at, yes.
2    Q   Since you stopped making payments?
3    A   While things were being -- yes.
4    Q   Do you want to keep your home today?
5    A   Do I want to?
6    Q   Yeah.
7    A   Now, yes.
8    Q   Have you made any efforts to find a new
9  place to live?
10    A   Yes.  We were already actually packed up
11  and ready to go before Bayview, like I told you,
12  approximately a year ago had contacted us saying
13  that they took over for Bank of America, and let's
14  try to get something done.
15       I sold my -- well, I'm not going to
16  elaborate, but yeah, we made arrangements.
17    Q   So when was that?  When did you make the
18  arrangements to move out?
19    A   Let's see, they contacted us about
20  approximately a year ago, so, you know, a few months
21  before that.
22    Q   So in the late summer of 2012?
23    A   Approximately.
24    Q   And then --

1    A   Going back I can't tell you the exact date
2  but . . .
3    Q   That's fine.  And then once you made
4  arrangements with Bayview to decrease the amount of
5  your payments on the first mortgage, you decided to
6  stay?
7    A   Correct.
8    Q   After you filed for bankruptcy, did you
9  ever tell anyone at Green Tree that you wanted to
10  stay in your home?
11    A   No.
12    Q   Did you ever tell anyone at Green Tree
13  that you didn't want Green Tree to foreclose?
14    A   No.
15    Q   Did you ever attempt to arrange a payment
16  schedule with Green Tree?
17    A   No.  The only time that anything like that
18  was discussed was during one of the times that they
19  called, and I did happen to answer.  And I talked to
20  the lady, Katie Ferguson I believe her name was, and
21  her supervisor was on the phone at the same time.
22  And they were trying to get me to pay something,
23  anything at that time, pressuring me that while they
24  had me on the phone that they would accept a

1  payment.  And Katie mentioned that there are options
2  that you can do, but I wasn't interested at that
3  point.
4    Q   Was this before or after you had begun
5  discussions with Bayview about the loan modification
6  for your first mortgage?
7    A   This was before.
8    Q   Did you ever discuss a loan modification
9  with anyone at Green Tree?
10    A   No.  Except what I just explained to you,
11  that was the only -- and they were the party that
12  was suggesting any type of thing like that at that
13  point.
14    Q   Have you considered a loan modification
15  with Green Tree?
16    A   Like, when?
17    Q   At any time.  Have you considered asking
18  Green Tree for a loan modification?
19    A   No, because at that point in time when all
20  this was happening, I already wrote -- once I
21  stopped paying, and we went through this, I already
22  wrote -- I was ready to move out.
23    Q   Right.  But then you did reach a loan
24  modification on your first mortgage, and --

1    A   This was just -- you know, it just got
2  approved.  You have to go through a trial thing, and
3  then you get your final approval, which that was
4  extended by three months, after my three-month
5  trial.  So this just finished up probably four
6  months ago approximately.
7    Q   But at the time a year ago when you began
8  the modification process with Bayview, did you
9  consider entering into the same process with Green
10  Tree?
11    A   To be totally honest with you, I wasn't
12  sure how anything works with my situation at the
13  time, and that didn't even cross my mind at any
14  time, really.
15    Q   Okay.  I've shown you what we've marked as
16  Exhibit 1, which is your motion.  Did you review
17  Exhibit 1 before it was filed?
18    A   I believe so.
19    Q   And are the statements in Exhibit 1
20  truthful and accurate?
21    A   As far as I know, to the best of my
22  knowledge, yes.
23    Q   Okay.  Let's look at paragraph 22, please,
24  on page 4.

Page 25

1    A   Yes.
2    Q   And in that paragraph you say,
3  "Immediately after Debtors stopped paying the
4  subject debt, Green Tree began calling them
5  requesting payment.  Green Tree continued to call
6  even after the Debtors advised them of the
7  bankruptcy."
8        And then in the next paragraph,
9  paragraph 23, you state, "After their bankruptcy
10 discharge, in total, Debtors received over one
11 hundred (100) calls from a representative of Green
12 Tree by the name of 'Katie Ferguson' . . . calling
13 from (800)234-7101, to collect upon the subject
14 debt."
15       Do you have any records of any of the
16 calls that you received from Green Tree after your
17 bankruptcy discharge?
18   A   Yes.
19   Q   What kind of records do you have?
20   A   Phone records.
21   Q   What specific phone records?  Your phone
22 bills do you mean or what kind of phone records are
23 you referring to?
24   A   Yes.  Our cell phone -- the phones that

Page 26

1  were being called.
2    Q   And you have those phone bills in your
3  possession?
4    A   Yes.  I mean, not today.
5    Q   Right, I know.
6    A   Oh, okay, sorry.
7    Q   And aside from your cell phone bills, do
8  you have any other records of phone calls between
9  you or your wife and Green Tree?
10   A   As far as -- I'm not understanding.  What?
11   Q   Do you have any notes of any calls?  Did
12 you make any notations about any calls?
13   A   Not -- no, not really.
14   Q   Well, at all?
15   A   I mean, we wrote down that they kept
16 calling daily.
17   Q   Okay.  And where --
18   A   Between what -- you know, figure -- what
19 months and things like that.
20   Q   Where did you write that down?
21   A   At -- just at home.
22   Q   And do you still have those notes?
23   A   I'm not sure, to be honest with you.  My
24 wife takes care of the paper, I don't.

Page 27

1    Q   Okay.  Aside from the notes you've just
2  referred to and the cell phones, any other --
3    A   No, that's pretty much -- that's all.
4    Q   Do you have any recordings of any of your
5  telephone calls or voicemails?
6    A   No, no.
7        MR. BLANKENSHIP: I know the notes have
8  not been produced, and I don't think the cell phone
9  records have been produced either for this
10 particular party so if you can order that.
11       MR. BADWAN: Yeah.  I think those were
12 part of the 137, so I'll look into that.
13       MR. BLANKENSHIP: Now, let's mark this as
14 Modica Exhibit 2, please.
15          (J. Modica Exhibit No. 2
16           marked for identification.)
17 BY MR. BLANKENSHIP:
18   Q   Let me show you what we've marked as
19 Modica Exhibit 2.  Do you recognize that as your
20 response to Green Tree's interrogatories?
21   A   Yes.
22   Q   And did you review Exhibit 2 before it was
23 served to Green Tree?
24   A   Yes.

Page 28

1    Q   And are the answers in Exhibit 2 truthful
2  and accurate?
3    A   Yes.
4    Q   Okay.  On the second page -- I'm sorry,
5  No. 6, yeah, on the second page, do you see we ask
6  you for each telephone call, we ask for certain
7  information.
8        And then in your response you say,
9  "Without waiving those objections, Debtors state
10 that from late October 2011 to late May 2012, they
11 received up to 5 calls per day from Katie Ferguson.
12 These calls were placed to Debtor Jeff Modica's cell
13 phone.  Debtor Katarzyna Modica also received up to
14 5 calls per day from Ms. Ferguson during the same
15 period."
16       Did you personally receive between one and
17 five calls on each day between late October 2011 and
18 late May 2012 on your cell phone?
19   A   I can't say that it's every day, but
20 believe me, it was almost every day, and it was at
21 least once a day, sometimes multiple times a day.
22 That's for sure.
23   Q   And those calls would be reflected on the
24 phone bills that you have?

Page 29

1    A   No, because we bounced calls.  She would
2  call every single day.  I was at work.  I was
3  running a million-dollar job at the time.  I would
4  get calls, and I'd see the number, and I'd bounce
5  the call.  And, unfortunately, because I tried to,
6  our -- Verizon, it doesn't register when you don't
7  answer the phone call and physically speak to the
8  person.  It won't register as -- even if she leaves
9  me a voicemail because she's left multiple
10 voicemails.
11   Q   I don't know what you mean by bounced the
12 call.
13   A   Hit the button, so it rejects the call.
14   Q   Rejects the call?
15   A   Goes straight to voicemail.
16   Q   And this is on your cell phone?
17   A   Yes.
18   Q   So you would see a call come in from Green
19 Tree, and did it identify Green Tree as the caller?
20   A   No.
21   Q   How did you know it was from Green Tree?
22   A   I know the number she called so much.
23   Q   Okay.  And you would not take the call?
24   A   Correct.

Page 30

1    Q   And --
2    A   I was at work.  Very busy.
3    Q   Okay.  So what -- you said that your phone
4  records did show calls.  What calls are actually
5  shown on the records?
6    A   It did register the 50 -- I believe
7  54-minute phone call that I expressed to you
8  earlier.  And there was another couple, I believe,
9  that did register because my wife had called them
10 when they had called our neighbor looking for me.
11   Q   So the only calls that are reflected on
12 your phone bills --
13   A   Are when --
14   Q   -- are where you actually had a
15 conversation, correct?
16   A   Correct.  I believe so, yes.
17   Q   Okay.  And what numbers did you receive
18 calls from Green Tree on?
19   A   800 numbers.  There's one number --
20   Q   I'm sorry, your numbers.  What number did
21 you --
22   A   Oh, I'm sorry.
23   Q   That was my fault.  What phone number of
24 yours were you getting the calls from Green Tree on?

Page 31

1    A   (630)625-2000.
2    Q   Okay.  And what number was your wife
3  getting calls on?
4    A   (630)625-2342.
5    Q   And do you have a land line?
6    A   No.
7    Q   And it looks like from the motion,
8  paragraph 23, you allege that the calls came from
9  (800)234-7101.  Is that --
10   A   I believe that's the number.  Off the top
11 of my head --
12       MR. BADWAN: 23.  I'm sorry.  That's
13 Exhibit 1 and that's Exhibit 2.
14   A   If that's written down correctly, yes,
15 then that's the correct number.
16 BY MR. BLANKENSHIP:
17   Q   Okay.  Now, how many times after your
18 discharge did you personally speak with someone from
19 Green Tree?
20   A   It was only a couple times.
21   Q   Two times?
22   A   I'm under oath, so approximately two
23 times.
24   Q   Okay.  Do two conversations stand out in

Page 32

1  your head or --
2    A   Well, this is between -- me personally?
3    Q   Yes, you personally?
4    A   I remember the one 54-minute phone call.
5    Q   I know your wife had separate calls --
6    A   Correct.
7    Q   -- but I'm just asking about your calls
8  now.
9    A   Yes.
10   Q   So you recall one distinct conversation
11 with Green Tree after your bankruptcy?
12   A   Correct.
13   Q   Okay.  Do you recall when that was?
14   A   Approximately in December, I believe.
15   Q   Okay.
16   A   Of 2011.
17   Q   And did you take any notes of that
18 conversation?
19   A   No, I didn't take any notes.
20   Q   Let's look at your motion again,
21 Exhibit 1, and paragraph 27.
22       MR. BADWAN: So next page.
23   A   Okay.
24

Page 33

BY MR. BLANKENSHIP:

Q   And you allege, "On November 12, 2011, after Green Tree contacted the Debtors' neighbor, the Debtors called Katie Ferguson and spoke to her twice that day . . . ."

        Did you personally speak with Ferguson on November 12, 2011?

A   I believe that that was the day that my wife had called them.

Q   Okay.  Was that the first time that either you or your wife had spoken with someone at Green Tree?

A   I believe -- going back, I think -- I want to say one of us spoke with them previously because we -- they were calling before that, you know what I mean.

Q   Do you have a recollection of that, you personally?

A   I don't remember a phone conversation, no. I don't remember that far back.

Q   Okay.  Now, I'm going to ask a slightly different question.  I asked if you had any conversations with Green Tree, and you've given your answer to that.  Now my question is between your

Page 34

discharge on September 8, 2008, and November 12, 2011, did you personally receive calls from Green Tree that may not have ended in a conversation?

A   Were they calling me?

Q   Yes.

A   Yes.

Q   Okay.  And do you know how many calls you received between your discharge and November 12th?

A   Multiple -- I mean, I can't count obviously.  A lot of calls.

Q   And none of those you answered?

A   Right.  Correct.

Q   Okay.  And --

A   But she did leave voicemails.

Q   Well -- and you don't have any notes of where you've transcribed or made a notation of the content of any of those voicemails, correct?

A   No, but I remember exactly what she says every time.

Q   Okay.  What did she say every time?

A   Jeff, this is Katie Ferguson from Green Tree.  You need to give me a call back at this number.  I think she left her extension.  It is very important.

Page 35

Q   Okay.  And that was the content of each call?

A   Most of the time, yes.

Q   Do you recall any voicemails that had a content other than what you've just told me?

A   Not necessarily, no.

Q   Okay.  And did you ever do anything in response to those voicemails?

A   As far as?

Q   Call her back?

A   The time that I spoke with them.

Q   Okay.  In December?

A   Right.

Q   Why didn't you call her back before December if you were getting these calls?

A   I might have, that's what I said.  Going back, I don't recall a specific phone conversation, but I believe that either me and my wife did speak with them at the beginning because that's how we knew they kept calling, they kept calling, kept calling, kept calling.

Q   Did you think she was calling about the status of your home?

A   About the status?

Page 36

Q   Yeah.

A   What do you mean?

Q   What did you think she was calling about?

A   To get a payment.

Q   And you just kind of assumed that from the message?

A   Well -- or, like I said, either one of us spoke with them previously, and obviously they -- during the 54-minute phone conversation, they expressed what they were trying to get.

Q   We'll get to that one.

A   Okay.

Q   I'm just now focused on the voicemails between your discharge and when your wife had that first conversation on November 12th.

A   Sure, okay.

Q   So one of you may have called Green Tree, but you don't have any specific -- prior to November 12th --

A   Or answered the phone call.

Q   Okay.  But you don't have any specific recollection of you doing that?

A   To be honest with you, no.  I don't remember a specific conversation with her.

1   Q   Okay.  Do you know who initiated, whether
2   your wife initiated the call on November 12th with
3   Green Tree?
4   A   What's the question?
5   Q   Sure.  You've alleged that Green Tree
6   contacted the neighbor.  Then the debtors called
7   Katie Ferguson.
8   A   Correct.
9   Q   And I guess is it your testimony it's your
10  wife who called Katie Ferguson at that time?
11  A   Yes.
12  Q   Okay.  Did you have any discussion with
13  your wife prior to her calling Green Tree?
14  A   Oh, yes.
15  Q   What was that discussion?
16  A   We were flabbergasted that the call was
17  made to our neighbor, and we were upset about it.
18  Q   Okay.  We'll get to that call in a bit.
19      As of November 12, 2011, did you want to
20  avoid foreclosure on your home?
21  A   As of November 12th?
22  Q   Yes, the day of this call.
23  A   Well, when we stopped paying, we didn't
24  know what was going to -- I was planning on losing

1   the house.
2   Q   Did you ever respond to any of the
3   voicemails to tell Green Tree, you know, "Stop
4   calling.  We don't want the house.  I've planned to
5   lose the house," anything to that effect?
6   A   No.
7   Q   Were you present when your wife called
8   Green Tree?
9   A   I don't believe so.
10  Q   Okay.  And did your wife tell you about
11  her call with Green Tree?
12  A   Not specifics.  She --
13  Q   What did she tell you generally?
14  A   That she called them and let them know
15  that they shouldn't be calling our neighbors.
16  Q   Okay.  And there was -- you allege there
17  was a second call on November 12th.  Was that also
18  your wife?  It says and spoke to her twice --
19  ". . . Debtors called Katie Ferguson and spoke to
20  her twice that day . . . ."
21  A   Yes.  You would probably -- to get the
22  details on this phone conversation, because it was
23  my wife, she would know a lot more than I would.
24  Q   That's fine.  I just want to make sure you

1   weren't the person that made the second call on
2   November 12th.
3   A   I don't believe so, no.
4   Q   Okay.  Then move down to paragraph 30
5   where you allege, "After the calls continued, and
6   more than a month after the Debtors personally
7   advised Green Tree of their bankruptcy, on
8   December 20, 2011, the Debtors once again returned
9   Katie Ferguson's voicemail to notify her of their
10  bankruptcy."
11      Is that the call that you had with Green
12  Tree on November 20, 2011?
13  A   I believe so.  That's probably the
14  54-minute phone conversation.
15  Q   Okay.  So that -- so the call on
16  December 20th was the first conversation that you've
17  had with Green Tree after your bankruptcy discharge?
18  A   I believe so.
19  Q   And am I correct to assume you had
20  received voicemails from Katie Ferguson between
21  November 12, 2011, and when you had the conversation
22  on December 20, 2011?
23  A   Correct.
24  Q   What prompted you to call -- did you call

1   on --
2   A   I don't know if I happened to answer the
3   phone when they called or I called them back.  I
4   can't recall that.  I can -- the phone records will
5   show it, though.
6   Q   Okay.
7   A   Like, I don't know if they called me three
8   times that day and I called them back, or I just,
9   like I said, happened to answer the phone when they
10  made another call.
11  Q   So you personally spoke with Ms. Ferguson
12  on December 20, 2011, right?
13  A   Correct.
14  Q   Was anyone else on the line besides you
15  and her?
16  A   No.  I'm on a cell phone.
17  Q   So it was just the two of you on the call?
18  A   I believe so, unless someone was on her
19  end.
20  Q   Where were you at when you had the call?
21  A   I believe I was home.
22  Q   Do you know what time the call was?
23  A   It was in the evening probably because I
24  work, so it was probably in the evening after, say,

Page 41

1  5:00.
2      Q   Okay.  5:45?
3      A   I'm guessing.  I mean --
4      Q   How about 5:45, does that sound about
5  right?
6      A   Right.  It could be, yes.
7      Q   And that call lasted about an hour?
8      A   I believe 54 minutes.
9      Q   And you don't know if you called or they
10  called you, but why did you choose to speak with
11  Green Tree on December 20, 2011?
12      A   Well, after every phone call every day
13  bothering me at work, bothering my wife, I don't
14  know at that point, like I said, if I happened --
15  like, "Hello," or if I called them to, you know,
16  talk with them and see what's the chaos about.
17      Q   And when you refer to the --
18          MR. BLANKENSHIP: I'm sorry, can you read
19  back the answer?
20          (Answer read as requested.)
21  BY MR. BLANKENSHIP:
22      Q   When you testified about them bothering
23  you and making phone calls, you're referring to the
24  voicemails asking you to call them back, correct?

Page 42

1      A   Correct.
2      Q   Okay.  During this call on December 20,
3  2011, what did you say to Ferguson and what did she
4  say to you?
5      A   During the phone conversation?
6      Q   Yes.
7      A   All is I remember is her trying to get a
8  payment, and I believe she said if I made a couple
9  payments, that would -- that would help out.
10          And then when she was pressuring me to
11  make a payment and I couldn't, she -- I don't -- it
12  was her supervisor, I'm assuming, but a man got on
13  the phone, and he started asking me questions and to
14  the effect -- the thing that stands out, because I
15  was agitated at the time, was when he was asking me
16  what am I doing with all of my money because of not
17  paying.
18          At that point I told him the phone
19  conversation's over, and I hung up.
20      Q   Okay.  So at some point during the call
21  you were transferred to a manager?
22      A   Yes.
23      Q   And Ferguson was off the line?
24      A   Correct.

Page 43

1      Q   How long did the portion of the call with
2  Ferguson last?
3      A   I couldn't honestly tell you that amount
4  of -- duration of time.
5      Q   And, likewise, you can't tell me how long
6  the portion with the manager lasted?
7      A   Exact minutes, I have -- it was a
8  54-minute phone conversation.  I couldn't tell you
9  if I was on the -- I couldn't tell you honestly.
10      Q   Do you remember anything else that was
11  said during this 54-minute phone conversation other
12  than what you've already told me?
13      A   As far as?
14      Q   Anything that anyone said.  I mean, this
15  was a pretty long call, and you've told me in about
16  20 seconds what was said.
17      A   Well, it was her explaining to me.
18      Q   What did she explain to you?
19      A   Any kind of payment I could make.  She
20  probably did it ten different ways.
21      Q   Did she explain why she wanted you to make
22  a payment?
23      A   I don't recall.  Obviously because I
24  haven't been paying, I would assume.

Page 44

1      Q   Did she ask you if you wanted to stay in
2  the house, if it was your intent to keep the house?
3      A   Yeah.  I said no.  Our bankruptcy
4  discharged the loan.
5      Q   Well, I understand bankruptcy discharging
6  the loan, but did she ask you if you wanted to stay
7  in the house?
8      A   I believe so.
9      Q   Okay.  And what did you tell her?
10      A   No.
11      Q   At what point in the conversation did you
12  tell her that you didn't want to stay in the house?
13      A   I can't -- like I said, I can't recall.  I
14  mean, that was a long time ago.  I can't recall the
15  duration or when something was said.  I mean, the
16  phone conversation was probably recorded on their
17  end.  You can probably get the details.  I know, you
18  know, like what I told you we talked about, that I
19  do know.
20      Q   What prompted you to -- the transfer to
21  the manager?
22      A   I didn't prompt it.
23      Q   Yeah, but what --
24      A   She did.

Page 45

1    Q    But what was said immediately before you
2 were transferred to the manager?
3    A    I -- like I said, I don't -- I couldn't
4 tell you exactly what was said.  I didn't take any
5 notes on the exact phone call at the time.  I do
6 remember that once she was trying to get me to make
7 the payments and explaining to her what type of
8 payments, at that point after she was done doing
9 that is when she had him, I guess, get on the phone.
10   Q    Did you tell Ferguson or the manager that
11 you were interested in a loan modification?
12   A    No.
13   Q    Did anyone raise the issue of a loan
14 modification during this call?
15   A    That's when I talked -- as I told you
16 earlier, that's when they talked about you have
17 options.  So I listened.  I listened to their
18 options because I'm a courteous person.
19        And at that point when he started asking
20 me the questions and offending me, I told him the
21 phone conversation was over, and I hung up the
22 phone.
23   Q    Did either Ferguson or the manager tell
24 you that you needed to make a payment to avoid

Page 46

1 foreclosure?
2    A    I believe so, but I don't -- I believe
3 they did.  I can't be a hundred percent sure.
4    Q    Did you tell them that you would make a
5 payment when you could?
6    A    I don't recall.
7    Q    And did you tell them that you wanted to
8 avoid foreclosure or words to that effect?
9    A    I don't believe so.
10   Q    You were transferred to the manager, and
11 tell me again specifically as best you can recall
12 his exact words what he said that you found
13 offensive.
14   A    Well, I found offensive when he was
15 questioning where all my money was going when you
16 haven't been paying on our loan, and what are you
17 doing with your money?
18   Q    Okay.
19   A    Which, like I said in that point in time,
20 I told him that's none of your business what I'm
21 going through right now.  And I told him this phone
22 conversation is over, and I hung up the phone.
23   Q    Did you understand from the phone call
24 that Green Tree was trying to help you to stay in

Page 47

1 your home?
2    A    No.  I understood it as trying to collect
3 payment at the time because they were so adamant
4 that I can make a payment by credit card.  I can
5 make -- they wanted a payment, that was for sure.
6    Q    And that was so you could stay in your
7 home, right?
8    A    I don't know if it was to try to -- I
9 don't know what their intention at that point was.
10   Q    Do you recall anything else other than
11 what you've told me so far about your call with
12 Green Tree on December 20, 2011?
13   A    I mean, as far as?
14   Q    Whether either you said or what Ferguson
15 said or what her manager said.
16   A    I believe that's -- that was the gist of
17 everything that was talked about.
18   Q    Okay.  And you don't have any notes or
19 recordings or other records of the call on
20 December 20th?
21   A    We didn't record anything.  We were --
22   Q    And you didn't make any notes?
23   A    No, not that I recall making any notes.
24 As far as what was said, no.

Page 48

1    Q    Other than December 20, 2011, were there
2 any other times that you personally spoke with a
3 representative of Green Tree?
4    A    Other than December?  After December?
5    Q    Well, let's start with after December,
6 yeah.
7    A    I don't believe so.
8    Q    Okay.  And then prior to December 20th --
9 between the discharge and December 20th, do you
10 recall any other conversations that you had
11 personally with someone at Green Tree?
12   A    Like I said, I don't remember a specific
13 conversation, but we may have had contact -- I may
14 have spoke with them before that.
15   Q    But the only conversation you actually --
16   A    That sticks --
17   Q    Let me finish.  The only conversation you
18 actually remember between the discharge and today
19 that you had with Green Tree was on December 20,
20 2011?
21   A    Yes.  That's the specific conversation
22 that stands out.
23   Q    Okay.  Let's look at paragraph 25 of
24 your -- of Exhibit 1 where you allege, "Katie

1 Ferguson also called both of the Debtors' parents
2 inquiring about the Debtors in order to collect upon
3 the subject debt."
4          What are the names of the parents whom
5 Green Tree called?
6     A    Margaret and Joe Pangallo are my parents.
7     Q    And did they call Katie's parents as well?
8     A    Correct.  I believe.
9     Q    What's the name?
10    A    I believe it's her mom, which would be
11 Halina Kuzianik.
12    Q    So was it Pangallo?
13    A    Yeah, Pangallo.
14    Q    Do you know how many times someone at
15 Green Tree called Margaret Pangallo?
16    A    I don't recall an exact amount.  I know
17 that they did leave a message on their voice
18 recording machine.
19    Q    Do you know what that message said?
20    A    I believe it was looking for Jeff, and it
21 was Katie Ferguson from Green Tree.
22    Q    Do you recall anything else from that
23 voicemail?
24    A    I don't.  It wasn't my voicemail, so I

1 don't.
2     Q    Did you actually hear that voicemail?
3     A    No, I didn't.
4     Q    So did your mother tell you the contents
5 of the voicemail?
6     A    She had told me that they called, left a
7 message, and I believe she wrote down maybe her name
8 and number or something.
9     Q    Okay.  Did your mother tell you anything
10 else about that call?
11    A    No.  That was pretty much it, I believe.
12    Q    And do you recall any other calls to your
13 parents, being told about any other calls to your
14 parents other than the one you've just referred to?
15    A    There might have been another one.  I'm
16 not sure how many times they called, but I know it
17 was at least once with a voice machine recording.
18    Q    And the gist of each of the messages was
19 we're looking for Jeff.  Please have him call us,
20 something like that?
21    A    Correct.
22    Q    Okay.  And do you know how many times
23 Green Tree called Halina?
24    A    That I don't.

1     Q    Have you ever spoken to Halina about the
2 calls from Green Tree?
3     A    Personally?
4     Q    Yes.
5     A    No.
6     Q    I'd have to ask your wife about that?
7     A    Sure.  Exactly.
8     Q    All right.  And you're not aware of any
9 notes that your mother may have taken from that
10 phone call that currently exist?
11    A    To be honest with you, no.
12    Q    Okay.
13    A    I don't even think she took a note.  I
14 mean, she might have written something down for me
15 on a piece of paper, but as far as her taking notes
16 on the phone call, I don't believe so.
17    Q    Your parents knew about your bankruptcy?
18    A    No.
19    Q    They never knew?
20    A    No.
21    Q    Did your parents ask why Green Tree was
22 calling you?
23    A    Did they ask why?
24    Q    Yes.

1     A    Yeah.
2     Q    What did you tell them?
3     A    I told them we were going through a rough
4 time, and we'd talk to them about it later.
5     Q    Did you talk to them about it later?
6     A    Eventually, yes, we had to because that's
7 where we were moving if -- obviously, you know --
8     Q    If the -- if you had hadn't been able --
9     A    If we had to move, when we were getting
10 ready.
11    Q    -- to modify your --
12    A    Right.
13    Q    If you hadn't been able to modify your
14 original loan --
15    A    Correct.
16    Q    -- you were going to move in with your
17 parents?
18    A    Correct.
19    Q    Okay.  Paragraph 26 you allege, "In
20 November 2011, Katie Ferguson called the Debtors'
21 neighbor inquiring about the Debtors in order to
22 collect upon the subject debt."
23          What's the name of the neighbor that was
24 called?

Page 53

1    A    Donna and Scott Birmingham.
2    Q    Do you know what their phone number was?
3    A    What their phone number, home phone
4    number?
5    Q    Yeah.
6    A    No, offhand I don't.
7    Q    The number that Green Tree called?
8    A    Yeah, I have no idea.
9    Q    Okay.  How do you know that Green Tree
10   called the Birminghams?
11   A    Because Donna came over and spoke with my
12   wife about it.
13   Q    Did you speak with Donna about the call?
14   A    No.
15   Q    Or Scott did you say?
16   A    No.
17   Q    So the only thing you know about this call
18   is what your wife then told you, correct?
19   A    Correct.
20   Q    And what did your wife tell you about
21   Green Tree's calls to Birmingham?  Was there more
22   than one call?
23   A    I don't -- I'm not sure.  I can't answer
24   that question.

Page 54

1    Q    What did your wife tell you about the call
2    that Green Tree made to the Birminghams?
3    A    Well, that they were calling our neighbors
4    looking for us.
5    Q    Anything else?
6    A    No.  That's pretty much it.
7    Q    Okay.  Are you aware of any notes or any
8    other documentation of the call from Green Tree to
9    Birmingham?
10   A    I'm not aware.
11   Q    Are you aware of any other calls that
12   Green Tree made to any of your other neighbors?
13   A    I am not aware.
14   Q    Are you aware of Green Tree calling anyone
15   other than you, Birmingham, your parents or Katie's
16   parents, you and Katie regarding your house?
17   A    No.
18   Q    Okay.  Paragraph 35 you allege,
19   "Thereafter, a representative of Green Tree sent a
20   large intimidating man to visit the Debtors at the
21   subject property, who rang their doorbell, spoke to
22   them about their ability to pay the subject debt,
23   and stood in the doorway until the Debtors advised
24   him that they understood he was seeking to collect

Page 55

1    upon the subject debt and would take that into
2    consideration, as well as call Green Tree to discuss
3    payment of the subject debt."
4         Did you personally speak with this man who
5    visited?
6    A    No.  I was at work.
7    Q    And are you aware of any notes that exist
8    or other documentation regarding this conversation
9    that your wife had with this representative of Green
10   Tree?
11   A    Yes.
12   Q    What?
13   A    A document that he actually handed over to
14   my wife.
15   Q    What was that document?
16        THE WITNESS:  Do you have the document
17   here?
18        MR. BADWAN:  We'll produce that.
19        THE WITNESS:  We do have a document that
20   he handed over to my wife.
21   BY MR. BLANKENSHIP:
22   Q    That still exists?
23   A    I'm not sure exactly off the top of my
24   head what it states, but it does exist.  We have a

Page 56

1    copy, and they have a copy.
2         MR. BADWAN:  I'll produce it.
3    BY MR. BLANKENSHIP:
4    Q    Okay.  And what did your wife tell you
5    about this conversation with the person from Green
6    Tree?
7    A    That they came over to the house while she
8    was at home with the kids, and my father-in-law was
9    there with them, happened to be there at the time.
10   Q    Okay.  Did she tell you anything else
11   about the visitor from Green Tree?
12   A    Basically she told me about the visit.
13   The guy came over, handed the papers, said that I
14   needed to call them on this issue right away, and
15   that's what I recall from that.
16   Q    And you didn't call Green Tree after that?
17   A    Let's see.  That was around -- I don't
18   believe so.
19   Q    Was this visit after your December 20,
20   2011, phone call with Green Tree?
21   A    Yes.
22   Q    Do you know --
23   A    Yes, it was.
24   Q    Do you know when it was?

Page 57

1    A    It was in approximately in, I want to say,
2  March of 2011.  That's me putting my best -- I mean,
3  I'm not sure of the exact day, date.  You know, it
4  was approximately March 2011, though.
5    Q    When did you last receive a phone call
6  from Green Tree?
7    A    I want to say April, around April.
8    Q    Of?
9    A    2011 when all the calls stopped.  They
10 totally stopped calling if I remember correctly.
11 Can I back up for a second?
12   Q    Yes.  Sure.
13   A    That is -- they just contacted me a month
14 ago regarding -- sorry.  The lady told me that
15 because we modified the second one, they hold the
16 lien on the first one.  She was sending me paperwork
17 or something like that.  And that was the last time
18 Green Tree contacted me.
19   Q    Okay.  I --
20   A    Nothing to do with, I don't think, you
21 know, as far as the phone calls that Katie Ferguson,
22 I don't know -- to this day, I still have the packet
23 at home.  I'm not sure what I'm going to -- what to
24 do with it.

Page 58

1    Q    And I'm a little confused, because I think
2  you used first and second in a way I don't
3  understand.  The first mortgage is the one that you
4  have modified, correct?
5    A    Correct.
6    Q    Green Tree was the second?
7    A    Correct.
8    Q    So Green Tree contacted you and said what?
9    A    Well, you asked me when was the last time
10 I had contact with them.
11   Q    Yeah.
12   A    Regarding the Katie Ferguson phone calls
13 was, like I said, I believe April the phone calls
14 stopped.
15   Q    Of 2011?
16   A    But I actually just got contacted, I told
17 you about --
18        MR. BADWAN: Don't discuss anything we
19 talked about.
20        THE WITNESS: Okay.
21 BY MR. BLANKENSHIP:
22   Q    Let me just back up because I want to make
23 sure I understand.  Your last phone call with --
24 from Katie Ferguson was in April 2011 or so,

Page 59

1  correct?
2    A    Correct.
3    Q    And very --
4    A    No, no, no.  The last time they were
5  calling --
6    Q    Right.
7    A    -- was in April, yes.
8    Q    The last time Green Tree was calling was
9  in April 2011?
10   A    Correct.
11   Q    But about a month ago you were contacted
12 by Green Tree, correct?
13   A    Correct.
14   Q    And tell me again what that was about.
15   A    Okay.
16   Q    Was it a phone call?
17   A    Yes.  It was a phone call, a message, and
18 she left a message.  I returned her phone call.
19   Q    And what was the message?
20   A    The message was -- there was a different
21 lady obviously, and she said to give her a call
22 back.  She left a phone number and extension.
23   Q    And you called her back?
24   A    I called her back, and she explained that

Page 60

1  you modified your first mortgage, and we are sending
2  you a packet.  I believe it was a 2MP.  Does that
3  sound --
4    Q    It's whatever.  Go ahead.
5    A    And I'm not -- she sent out the packet,
6  and I still have it.
7    Q    And did that packet relate to a proposed
8  modification for your second mortgage?
9    A    What she said it was an extinguishment.
10   Q    Extinguishment.  Of your second mortgage?
11   A    I'm guessing, yeah, because that's who
12 Green Tree . . .
13   Q    Okay.
14   A    It was -- it must be through the HAMP
15 program that we modified because I see it had the
16 HAMP on top of the paper.
17   Q    In paragraph 36 you allege that,
18 ". . . Debtors suffered damages from Green Tree's
19 actions. . . ."
20        What damages have you suffered as a result
21 of Green Tree's phone calls which you contend
22 violate the discharge order?
23   A    Well, having to explain not on our own
24 terms to our neighbors, our family, and just going

Page 61

1 through the aggravation of getting bothered day in
2 and day out at work, at home, in the evening,
3 whatever we were doing at the time when we were
4 going through enough.
5    Q    Okay. When you mean aggravation, that
6 means getting a phone call and pressing the button
7 to reject the call?
8    A    No, aggravation of being harassed by
9 numerous phone calls and just --
10    Q    But --
11    A    The phone conversation that I had with the
12 supervisor I'm assuming.
13    Q    But the phone calls, you rejected all of
14 them. You didn't actually accept any of the phone
15 calls, correct? That's what we're talking --
16    A    What about the 54-minute phone
17 conversation?
18    Q    All right. Which you may have called or
19 they may have called you. You're not sure, right?
20    A    Right.
21    Q    Okay. Put that one aside. Let's talk
22 about all the other phone calls that you contend
23 were happening daily, sometimes multiple times a
24 day.

Page 62

1    A    Yes.
2    Q    The aggravation of that consisted of you
3 getting a call and seeing it was from Green Tree and
4 pressing a button to reject the call, correct?
5    A    No. It was listening to messages during
6 meetings at work because she would leave the
7 voicemails, that I told you, things of that nature
8 constantly.
9    Q    And the voicemails all lasted just a few
10 seconds, correct?
11    A    Correct.
12    Q    Have you seen any counselor or
13 psychological, medical professional regarding the
14 effects of Green Tree's calls on you?
15    A    No, I haven't.
16    Q    When you say you had to explain it to your
17 neighbors, what neighbor did you have to explain to?
18    A    The ones that they called.
19    Q    And that's just Donna Birmingham?
20    A    Correct.
21    Q    Did you actually explain anything to Donna
22 Birmingham?
23    A    No. My wife actually talked to her.
24    Q    So you haven't actually had to explain

Page 63

1 anything to any neighbors, correct?
2    A    No. At a later time we discussed it
3 another time, and they were aware because obviously
4 they knew at that point.
5    Q    What did you discuss with them, the
6 Birminghams?
7    A    What was going on with the house. Just
8 what was going on with the house and the situation.
9    Q    Okay. Tell me exactly what you -- when
10 was this conversation you're referring to now?
11    A    It was after that it happened. I couldn't
12 tell you, like I said.
13    Q    And what did you talk about with regard to
14 the house and what was happening? What did you tell
15 them?
16    A    Well, we told them regarding the phone
17 call the reason being is because of we were going
18 through a tough time, and we were possibly losing
19 the house, in long story short.
20    Q    Are you out of pocket any money as a
21 result of Green Tree's phone calls?
22    A    As far as -- could you rephrase? Like --
23    Q    Yeah. Have you lost -- did you suffer any
24 monetary damages as a result of Green Tree's phone

Page 64

1 calls?
2    A    No. I mean . . .
3    Q    And how did your parents react when you
4 explained to them what was going on with Green Tree?
5    A    As far as the phone call or . . .
6    Q    Well, yeah. You've said that part of your
7 damages was having to explain to your parents what
8 was going on. And I'm trying to understand -- you
9 explained your situation that you might lose your
10 house, right?
11    A    Correct.
12    Q    And that wasn't Green Tree's fault that
13 you might lose your house, correct?
14    A    Correct.
15    Q    So any stress related to possibly losing
16 your house wasn't as a result of Green Tree's
17 actions, correct?
18    A    Correct.
19    Q    And you explained to your parents that you
20 might lose your house, correct?
21    A    Yep.
22    Q    And did that upset them?
23    A    Obviously I'm sure they were a little
24 upset, I mean . . .

Page 65

1    Q   Well, compared to your losing your house
2  and the emotional impact of losing your house, how
3  did the emotional impact of Green Tree's phone calls
4  compare?
5    A   Well, because it made you feel -- after
6  the -- when someone was telling you what are you
7  doing with your money when you're struggling, it's
8  pretty rough.  I mean, you're not at a good point as
9  it is, and I mean, I don't know if you -- it was a
10  bad time, and that made it worse.  That's all I
11  could say about that.  I don't know how to explain
12  it.
13    Q   And I guess I'm trying to understand how
14  much it made it worse.  It's pretty bad that you're
15  going to lose your house, right?  I mean, that's
16  very difficult for you to go through, losing your
17  house?
18    A   Correct.
19    Q   And how much worse was it made by the
20  virtue of your one phone conversation with Green
21  Tree?
22    A   Are you asking me a scale?
23    Q   Yeah.
24    A   I couldn't tell you.  I mean, what do you

Page 66

1  want?  How do I answer that?
2    Q   I don't know.  I'm trying to understand
3  the relative emotional suffering that you went
4  through.
5    A   I mean, that's like saying you're down
6  then someone kicks you, how -- I couldn't answer
7  that.  I'm sorry, I don't know how to . . .
8        MR. BLANKENSHIP: Okay.  I don't think I
9  have any other questions for you.
10        MR. BADWAN: Okay.  Do you mind if I ask
11  questions?
12        MR. BLANKENSHIP: Sure.
13           CROSS-EXAMINATION
14  BY MR. BADWAN:
15    Q   Mr. Modica, you testified earlier that
16  Bayview reached out to you for a loan modification.
17  Could you please explain how they reached out to
18  you?
19    A   A phone call.
20    Q   Okay.  Now, did -- were they calling three
21  to five times a day?
22    A   No.
23    Q   How many times did they call,
24  approximately?

Page 67

1    A   They called one time, which I answered.
2  They explained everything to me.  They told me about
3  the documents I would need to submit, and that was
4  it.  They told -- once we submitted them, they said
5  three months we will get back to you.
6    Q   Did they ask you for payment on this phone
7  call?
8    A   No.
9    Q   They just told you you may be eligible for
10  loan modification?
11    A   Correct.
12    Q   Okay.  When Green Tree called and you
13  talked to them, would they always ask for payment?
14        MR. BLANKENSHIP: Well, objection, lack of
15  foundation.  There's only been one actual
16  conversation he had with Green Tree.  So if you're
17  going to ask questions about phone calls, please be
18  specific.
19  BY MR. BADWAN:
20    Q   Well, I'm trying to get the relative tone
21  of the two conversations that you've had with
22  Bayview and the one you had with Green Tree.  I
23  believe it was Katie Ferguson you testified?
24    A   Correct.

Page 68

1    Q   Describe the difference of the nature of
2  the call and the tone of the call.  So start with
3  Bayview, the tone and nature of the call.  Was it
4  unfriendly, friendly?  So do you understand the
5  question or should I rephrase?
6    A   I do.  It was obviously totally different
7  as I told you what the content of the voicemails
8  were when she was telling me I need to call her
9  back.
10        Bayview was trying to -- they reached out
11  to me, which was surprising, and just told me my
12  options of a modification and what I need to do to
13  accomplish that.
14    Q   Did they -- did Bayview ask you why you
15  haven't been paying your loan?
16    A   No, not at all.
17    Q   And Bayview only called you once, correct?
18    A   Correct.
19    Q   You indicated that you defaulted on both
20  loans when your wife stopped working.  Why did she
21  stop working?
22    A   We have two small children.
23    Q   So she stayed at home with them?
24    A   Correct.

Page 69

1   Q  To the best of your knowledge, did Green
2 Tree ever foreclose on you? Did they ever file a
3 lawsuit to foreclose on the property?
4   A  I don't believe so.
5   Q  Do you remember the closing on the house
6 where you signed the papers to purchase the home?
7   A  Originally?
8   Q  Yes.
9   A  Vaguely, not very well.
10   Q  Well, let's focus on Green Tree's second
11 mortgage. Was your wife with you when you took out
12 that loan?
13   A  I believe so.
14   Q  Okay. Now, were those loans both obtained
15 at the same time, which is the loans of 80/20, so
16 that they both funded the initial purchase, or was
17 that a home equity line with Green Tree?
18   A  No. I know what you're trying to get at.
19 They were separate. There was a first and a second.
20   Q  Now, was your wife liable on the note, and
21 I want to explain what that means. Was she there
22 with you when you took that loan out?
23   A  The second?
24   Q  Yes, the Green Tree.

Page 70

1   A  I believe so.
2   Q  She was there; she signed papers?
3   A  I -- I don't recall if she actually signed
4 the papers, but she was there.
5   Q  Did she provide her number to Green Tree?
6   A  I don't believe so. I'm not a hundred
7 percent sure. I don't see why she would.
8   Q  Now, in the conversation you had with
9 Katie Ferguson in December of 2011, did you ever
10 tell Katie or her supervisor, or who you assumed to
11 be a supervisor, that you want to stay in the home?
12   A  No.
13   Q  You never gave them intent, I'll do what
14 it takes or anything like that?
15   A  I do not believe so.
16   Q  How did it make you feel when they were
17 calling third parties, by third parties I mean your
18 neighbor and your parents? Let's start with your
19 neighbor. She called your wife you testified
20 earlier. Presumably when your wife told you, how
21 did that make you feel?
22   A  As I told him, not good. I mean, you
23 feel -- like I said, the whole situation was already
24 hard.

Page 71

1   Q  Did you kind of feel it was an invasion of
2 privacy in any way?
3      MR. BLANKENSHIP: Objection, form of the
4 question.
5 BY MR. BADWAN:
6   Q  Were you scared people were going to find
7 out about your financial situation?
8      MR. BLANKENSHIP: Same objection.
9 BY MR. BADWAN:
10   Q  Did you find the calls to be harassing?
11   A  Yes.
12   Q  Why did you find them to be harassing? If
13 you didn't answer the phones, why did you find them
14 to be harassing?
15   A  As I told him, I was called almost every
16 day. I was at work. You know, I was running a job,
17 which is stressful enough. My phone is ringing
18 already a lot, and that adds to it.
19   Q  When you talked to Katie Ferguson on
20 December 20, 2011, did Katie ever acknowledge the
21 bankruptcy filing?
22   A  When I talked to Green Tree, December?
23   Q  December 20th, that was the long call I
24 believe, the 54-minute call?

Page 72

1   A  Right.
2   Q  Did they say, "Mr. Modica, you filed for
3 bankruptcy. You're not liable for this debt.
4 However, we still have a lien. We may have
5 something to work out with you"?
6   A  I don't believe so.
7   Q  Did you ever tell them you filed for
8 bankruptcy?
9   A  I believe so, yes.
10   Q  And how did they respond to that?
11   A  As I said, I'm not sure the exact -- I
12 don't know what they said after that as far as the
13 exact phone conversation.
14   Q  But they would request payment after you
15 told them?
16   A  Correct.
17   Q  When you took out the loan with Green
18 Tree, did you give them your neighbor's number?
19   A  No.
20   Q  Did you give them your parents' number?
21   A  No, I don't believe so.
22   Q  So you never gave them Margaret Pangallo's
23 number?
24   A  I don't believe so, no.

Page 73

1    Q   Or Halina Kuzianik?
2    A   Kuzianik.  I don't believe so, no.
3    Q   Did you ever give them Donna or Scott
4  Birmingham's number?
5    A   No.
6    Q   Do you have any idea how they would have
7  gotten those numbers?
8    A   I don't have a clue.  I mean . . .
9    Q   Now, you testified earlier that you were
10  already struggling through a financial hardship, and
11  this added more stress.  How did the supervisor by
12  him telling you, "What are you doing with your
13  money?" make you feel?
14    A   Not good.
15    Q   Almost made you feel like a dead beat?
16        MR. BLANKENSHIP: Objection, form of the
17  question.
18    A   Like a loser, like you're not doing what
19  you're supposed to be doing when that's not the type
20  of person I am, I mean, just to begin with.
21  BY MR. BADWAN:
22    Q   Why do you think they called your
23  neighbor?
24        MR. BLANKENSHIP: Object to the form of

Page 74

1  the question.
2        MR. BADWAN: What's wrong with the form?
3        MR. BLANKENSHIP: Speculation.  There's no
4  foundation he knows why -- no reason to think he
5  would know why they called his neighbor.  He's
6  guessing.
7  BY MR. BADWAN:
8    Q   Why would you guess they called your
9  neighbor?
10        MR. BLANKENSHIP: Object to the form of
11  the question.  Now you're asking him to guess.
12  BY MR. BADWAN:
13    Q   Now, you were on the -- you were talking
14  to Katie Ferguson for a while.  At what point did
15  she transfer you to her what you thought would be a
16  supervisor?  Tell us more about that.  I mean,
17  something must have happened that she would need
18  someone else to come on the line.  Do you recall why
19  it was transferred?
20    A   I believe -- like I said, I don't remember
21  the length of the phone conversation between the
22  supervisor split time with Katie Ferguson.  But I do
23  remember that she was trying to get me to make a
24  payment.  And once she probably realized that I

Page 75

1  wasn't making a payment no matter what is when he
2  came on the line.
3    Q   Do you recall if you had to approximate
4  how long you were on the phone with Katie as opposed
5  to the supervisor?  Just an approximation.  If you
6  can recall.  If you don't recall --
7    A   I have to be honest with you, I cannot
8  approximate because I don't remember.
9    Q   Was he more aggressive than Katie, the
10  supervisor?
11    A   Yes.  I would say yes.
12    Q   And what would you base that on?
13    A   I base that on the questions he asked me.
14    Q   Okay.  Could you, if you can remember what
15  questions he asked, could you please repeat those?
16    A   Well, as I told him, he was asking me what
17  I did with my money the whole time; that I should
18  have the money to make a payment because I haven't
19  been paying.
20    Q   Did you tell the supervisor that you filed
21  bankruptcy?
22    A   Yes.
23    Q   What was his response?
24    A   I don't remember his exact response as far

Page 76

1  as his exact words.
2    Q   All right.  You testified earlier that the
3  last call was in April 2011?
4    A   Approximately.
5    Q   However, you also testified that you
6  reviewed these pleadings, and it said that the long
7  conversation with Katie Ferguson was on December 20,
8  2011.  Were you perhaps mistaken when you said April
9  of 2011?  Should it have been 2012?
10    A   Oh, I'm sorry.  Possibly, yes.
11    Q   Okay.  So that conversation with Katie
12  Ferguson definitely happened after April 2011?
13    A   Wait.  I'm confused.
14    Q   So at one point you were asked if you
15  reviewed these pleadings, and you said, yes, you
16  did.  And you were asked if they seemed accurate?
17    A   Correct.
18    Q   You said, yes, they were accurate.  But at
19  one point you said that the last call you received
20  from Green Tree was April 2011.  However, the call
21  with Katie Ferguson is December 2011.  So --
22    A   April 2012.
23    Q   So you meant April 2012?
24    A   Yeah, sorry.

Page 77

1  Q   Are you sure about that?
2  A   Yes.
3  Q   So that was just a mistake?
4  A   Yes.
5  Q   It was just a calculation, okay.
6      MR. BLANKENSHIP: That's what I understood
7  you to mean.
8      MR. BADWAN: Oh, okay.
9      MR. BLANKENSHIP: I mean, they continued
10 after December 2011.
11     MR. BADWAN: I just wanted to clarify
12 that.
13     MR. BLANKENSHIP: No, no, I'm glad you
14 did. I didn't catch it myself.
15     THE WITNESS: All these dates. I'm trying
16 to do my best to --
17     MR. BADWAN: Yeah. No, absolutely. It
18 was a couple years ago, so we understand. We just
19 wanted to clarify that.
20 BY MR. BADWAN:
21     Q   And then they called you again you said a
22 couple months ago?
23     A   On the other, as I explained to him, yes.
24 It was not the same lady that was calling, though.

Page 78

1  Q   Was your wife frustrated by the calls?
2  Did she express frustration or anger?
3  A   Of course.
4  Q   Did it ever cause any strain between you
5  and her?
6  A   Of course.
7  Q   Please elaborate on that.
8  A   Well, just having to discuss it on top of
9  everything else at the time is stressful. Spending
10 time when we have children and other things that
11 needs our time, spending any amount of time on
12 things of that nature to me is stressful.
13     Q   Was it almost a reminder that you were
14 getting kicked out of your house?
15     A   Well, for sure. Every time I saw the
16 phone number, call my phone it was a reminder.
17     Q   And it was the same number every time?
18     A   Yes.
19     Q   And Ms. Ferguson would always -- she would
20 always state her name in the voicemails that she
21 would leave?
22     A   Yes.
23     Q   And would she leave a voicemail on every
24 single call?

Page 79

1  A   I can't say every single call. I would
2  say 90 percent of them, yes.
3  Q   Now, that -- back to the December
4  conversation with Katie Ferguson, from what you
5  recall, that was probably one of the only times you
6  actually spoke to someone with Green Tree, correct?
7  A   That I recall that sticks out, yes.
8  Q   Did she tell you the call was being
9  recorded?
10 A   I believe -- I believe so. I'm not a
11 hundred percent, but I believe so.
12 Q   Now, let's talk about the man that came to
13 your house. You were not -- you testified you were
14 not home, correct?
15 A   Correct. I was at work.
16 Q   When did your wife tell you this man came
17 to your house, was it when you got home, was it --
18 did she call you?
19 A   It was either I would imagine when I got
20 home, or she called after it happened.
21 Q   What was her reaction to a man coming to
22 your house?
23 A   Well, at first I was obviously upset and
24 mad.

Page 80

1  Q   What was her reaction from what you can --
2  you know, you know your wife. You guys have been
3  married for a while.
4  A   I think she was startled. I mean, she's
5  there with the kids. She was a little startled, and
6  then obviously intimidated I would say. She didn't
7  know obviously when he was coming up to the door --
8  you know, she didn't know what was going on or what
9  his intention was or -- you know.
10 Q   Did the large intimidating man ever ask
11 your wife, "Are you guys staying here for a while?
12 What's your intent?"
13     MR. BLANKENSHIP: Objection, calls for
14 speculation. He wasn't there.
15 BY MR. BADWAN:
16 Q   Did your wife tell you? Did your wife
17 tell you that the intimidating man, as she described
18 it, did he ask what your intent was with the house?
19 A   I can't be for sure what she told -- or
20 what he told her as far --
21 Q   Well, do you remember what she told you he
22 told her?
23     MR. BLANKENSHIP: I just object to
24 hearsay.

Page 81

1     MR. BADWAN: Lacks a little evidence,
2  okay.
3  BY MR. BADWAN:
4     Q   Outside of Katie Ferguson, anyone else --
5  and the supervisor, anyone else ever leave
6  voicemails -- or outside of Katie Ferguson, the
7  intimidating -- or the supervisor never left
8  voicemails.  It was always Katie Ferguson?
9     A   Yes.
10     Q   So it's almost like you always had this
11  Katie Ferguson lady, nobody else, correct?
12     A   Correct.
13     Q   What did you tell -- or do you know what
14  your wife told your neighbor why Green Tree is
15  calling for them?
16     MR. BLANKENSHIP: Objection, calls for
17  speculation.
18  BY MR. BADWAN:
19     Q   Did your wife tell you what she told your
20  neighbor as to why Green Tree was calling?
21     A   Not --
22     MR. BLANKENSHIP: Objection, hearsay.
23     MR. BADWAN: What is -- what's wrong with
24  that?  Hearsay?

Page 82

1     MR. BLANKENSHIP: If his wife was telling
2  him what she --
3  BY MR. BADWAN:
4     Q   Obviously a neighbor comes to your wife
5  and says, hey -- or what your wife told you, someone
6  from Green Tree called.  Would that be accurate?
7     A   Yes.
8     Q   Did your wife ever tell you how she
9  responded to why?
10     A   Specifics?  I don't recall specifics the
11  conversation of what she told me she talked to her
12  about.
13     Q   Do you know what your wife told her mom
14  when they called her why they were calling?  Did you
15  guys ever have a conversation about that?
16     A   Specifically, no.  I mean, I don't know
17  exactly what my wife said to -- I couldn't answer
18  that honestly because I don't know a hundred
19  percent.
20     Q   Now, I want to make something clear.  You
21  never told Green Tree you want to stay in the house.
22  Would that be accurate?
23     A   That would be accurate.
24     Q   Did Green Tree send you a loan

Page 83

1  modification package like Bayview did?
2     A   I don't believe so.
3     Q   Where it said if you make these three
4  payments, we're going to make your loan current?
5     A   I don't believe so.
6     Q   And you stated that Bayview called one
7  time, correct?
8     A   Correct.
9     Q   Why did you pick up that call?
10     A   Because I answered the phone call.  I
11  didn't -- it was -- I didn't know the number, and I
12  answer my phone.
13     Q   Okay.  And do you remember how long that
14  Bayview call lasted for?
15     A   The initial call?
16     Q   Yeah.
17     A   I would -- to the minute, obviously not,
18  but I would assume -- I remember when I was talking
19  to them what job I was at, and approximately I would
20  say 15 minutes.
21     Q   And the tone was different between the
22  Bayview calls and the Green Tree calls?
23     A   Obviously, yes.
24     Q   In what ways were they different?

Page 84

1     MR. BLANKENSHIP: Asked and answered.
2  BY MR. BADWAN:
3     Q   Have you done any research on -- did you
4  ever go on Google and put "Green Tree, continuous
5  calls" or anything?  Did you ever look into this
6  matter why they were calling, why Green Tree was
7  calling you so many times?  Did you ever kind of
8  investigate what's going on here, and why are they
9  calling so much?
10     A   Actually, yes.
11     Q   Tell me more about that.
12     A   I went on the computer and just did a
13  search of this type of situation and found that -- I
14  found other people who was going through the same
15  thing.
16     Q   So kind of same exact thing?
17     A   Right.
18     Q   Kind of same person calling them
19  continuously?
20     A   Correct.
21     MR. BLANKENSHIP: I object to the form of
22  the question.  I object to him testifying as to what
23  his Internet searches may have shown as hearsay, and
24  I'm not quite sure why you're wasting time in a

Page 85

1 deposition with this. But he can answer your
2 questions.
3 BY MR. BADWAN:
4    Q  Did your kids ever ask you who that man
5 was that came to the house or your wife if she told
6 you?
7    A  I don't recall because I wasn't at that --
8 I wasn't home at that time.
9    Q  And how old were your kids at the time if
10 you had to approximate when this large intimidating
11 man showed up to your house?
12    A  Approximately two and three.
13    Q  And do you remember --
14    MR. BADWAN: I have no further questions.
15    MR. BLANKENSHIP: I just have a couple
16 follow-ups.
17         REDIRECT EXAMINATION
18 BY MR. BLANKENSHIP:
19    Q  Did it ever occur to you that Green Tree
20 kept calling because you weren't returning the
21 calls?
22    A  No, not necessarily.
23    Q  No? If these calls, these voicemails that
24 Katie was leaving you asking her to call her back

Page 86

1 were so aggravating to you, why didn't you just call
2 her back and tell her, "Stop calling me"?
3    A  Well, that's probably why I answered the
4 phone call on December 20th.
5    Q  Okay. Why did it take you from September,
6 October, November, December to finally answer the
7 call and say, "Stop calling me"?
8    A  I couldn't answer. I don't know.
9    Q  They weren't that aggravating, right?
10    A  No, they were pretty aggravating.
11    Q  But not aggravating enough for you to pick
12 up the phone, call and say stop calling me until
13 they had been going on for three months, right?
14    A  They were aggravating enough.
15    MR. BLANKENSHIP: That's all I have.
16    You have the right to reserve your
17 signature, read the transcript if you want.
18    MR. BADWAN: We'll waive signature.
19       (WITNESS EXCUSED.)
20
21
22
23
24

Page 87

1 STATE OF ILLINOIS     )
2 COUNTY OF COOK       ) SS.
              )
3
4      I, DENIELLE P. MATHYS, Certified Shorthand
5 Reporter No. 084-003933, and Notary Public within
6 and for the County of Kane and State of Illinois, do
7 hereby certify that on December 18, 2013, at
8 9:26 a.m., at 150 North Michigan Avenue, Suite 2130,
9 in the City of Chicago, Illinois, the deponent,
10 JEFFREY R. MODICA, personally appeared before me.
11      I further certify that JEFFREY R. MODICA,
12 was by me duly sworn to testify the truth and that
13 the foregoing is a true record of the testimony
14 given by JEFFREY R. MODICA.
15      I further certify that the deposition
16 terminated at 10:51 p.m.
17      I further certify that there were present
18 at the taking of the said deposition the persons and
19 parties as indicated on the appearance page made a
20 part of this deposition transcript.
21      I further certify that the signature of
22 the witness to the foregoing deposition was waived
23 by agreement of counsel; and that I am not counsel
24 for nor in any way related to any of the parties to

Page 88

1 this suit, nor am I in any way interested in the
2 outcome thereof.
3      IN TESTIMONY WHEREOF, I have hereunto set
4 my hand and affixed my notarial seal on this 30th
5 day of December, 2013.
6
7
8
9
10
11
12                DENIELLE P. MATHYS, CSR
                 Notary Public
                 CSR License No. 084-003933
13
14
15
16
17
18
19
20
21
22
23
24

## $

**$2,000 (1)**
20:1
**$2,064 (1)**
17:23
**$374.59 (2)**
17:14;18:8

## A

**ability (1)**
54:22
**able (3)**
20:8;52:8,13
**absolutely (1)**
77:17
**accept (2)**
22:24;61:14
**accomplish (1)**
68:13
**account (2)**
19:24;20:5
**accurate (7)**
24:20;28:2;76:16,18;
82:6,22,23
**acknowledge (2)**
13:13;71:20
**actions (2)**
60:19;64:17
**actual (1)**
67:15
**actually (15)**
21:10;30:4,14;48:15,
18;50:2;55:13;58:16;
61:14;62:21,23,24;
70:3;79:6;84:10
**adamant (1)**
47:3
**added (1)**
73:11
**Addison (5)**
5:15,17;6:16;9:18;
11:2
**address (1)**
5:16
**adds (1)**
71:18
**advised (3)**
25:6;39:7;54:23
**affected (1)**
16:13
**afloat (3)**
20:2,6,8
**again (5)**
32:20;39:8;46:11;
59:14;77:21
**against (3)**
4:16,23;8:16
**ages (2)**
6:11,12
**aggravating (5)**

86:1,9,10,11,14
**aggravation (4)**
61:1,5,8;62:2
**aggressive (1)**
75:9
**agitated (1)**
42:15
**ago (10)**
15:12;21:12,20;24:6,
7;44:14;57:14;59:11;
77:18,22
**agreement (1)**
4:11
**ahead (1)**
60:4
**allege (8)**
31:8;33:2;38:16;
39:5;48:24;52:19;
54:18;60:17
**alleged (1)**
37:5
**allowed (1)**
20:6
**almost (7)**
15:9,11;28:20;71:15;
73:15;78:13;81:10
**always (5)**
67:13;78:19,20;81:8,
10
**America (5)**
15:4,11,20;19:15;
21:13
**amount (7)**
10:22;17:13,15;22:4;
43:3;49:16;78:11
**anger (1)**
78:2
**annuity (1)**
20:1
**answered (6)**
34:11;36:20;67:1;
83:10;84:1;86:3
**applicable (1)**
4:12
**approval (1)**
24:3
**approved (1)**
24:2
**approximate (4)**
19:21;75:3,8;85:10
**Approximately (22)**
5:20;6:2;7:8;9:23;
10:7,23;12:5,11;14:24;
18:20;21:12,20,23;
24:6;31:22;32:14;57:1,
4;66:24;76:4;83:19;
85:12
**approximation (1)**
75:5
**April (12)**
57:7,7;58:13,24;
59:7,9;76:3,8,12,20,22,
23

**around (3)**
18:17;56:17;57:7
**arrange (1)**
22:15
**arrangements (3)**
21:16,18;22:4
**aside (3)**
26:7;27:1;61:21
**assume (3)**
39:19;43:24;83:18
**assumed (2)**
36:5;70:10
**assuming (2)**
42:12;61:12
**attempt (1)**
22:15
**attorney (1)**
14:6
**attorney-client (1)**
7:20
**Avenue (2)**
5:17;9:18
**avoid (3)**
37:20;45:24;46:8
**aware (8)**
51:8;54:7,10,11,13,
14;55:7;63:3
**away (1)**
56:14

## B

**back (22)**
20:5;22:1;33:13,20;
34:22;35:10,14,17;
40:3,8;41:19,24;57:11;
58:22;59:22,23,24;
67:5;68:9;79:3;85:24;
86:2
**bad (2)**
65:10,14
**BADWAN (38)**
7:19;8:1,5;12:14;
13:5,8;14:2,5,10;
27:11;31:12;32:22;
55:18;56:2;58:18;
66:10,14;67:19;71:5,9;
73:21;74:2,7,12;77:8,
11,17,20;80:15;81:1,3,
18,23;82:3;84:2;85:3,
14;86:18
**Bank (5)**
15:4,10,20;19:15;
21:13
**Bankruptcy (29)**
4:12;11:4,14;12:20,
23;13:3,9,12;14:5,16;
16:5,12,14,20;22:8;
25:7,9,17;32:11;39:7,
10,17;44:3,5;51:17;
71:21;72:3,8;75:21
**base (2)**
75:12,13

**Basically (1)**
56:12
**Bayview (16)**
15:6,22;21:11;22:4;
23:5;24:8;66:16;67:22;
68:3,10,14,17;83:1,6,
14,22
**beat (1)**
73:15
**began (2)**
24:7;25:4
**begin (1)**
73:20
**beginning (1)**
35:19
**begun (1)**
23:4
**behalf (1)**
7:16
**besides (1)**
40:14
**best (5)**
24:21;46:11;57:2;
69:1;77:16
**bills (5)**
25:22;26:2,7;28:24;
30:12
**Birmingham (6)**
53:1,21;54:9,15;
62:19,22
**Birminghams (3)**
53:10;54:2;63:6
**Birmingham's (1)**
73:4
**birth (1)**
5:21
**bit (1)**
37:18
**BLANKENSHIP (47)**
4:5,9,13,15;7:18,22;
8:2,8,13;12:18;13:7,10,
11;14:4,14;27:7,13,17;
31:16;33:1;41:18,21;
55:21;56:3;58:21;66:8,
12;67:14;71:3,8;73:16,
24;74:3,10;77:6,9,13;
80:13,23;81:16,22;
82:1;84:1,21;85:15,18;
86:15
**both (8)**
11:11;12:21;17:19,
20;49:1;68:19;69:14,
16
**bother (2)**
20:13,14
**bothered (1)**
61:1
**bothering (3)**
41:13,13,22
**bottom (1)**
14:3
**bought (1)**
9:22

**bounce (1)**
29:4
**bounced (2)**
29:1,11
**box (2)**
13:15,22
**boys (2)**
6:7,8
**break (1)**
5:11
**bringing (1)**
15:23
**Brotherhood (1)**
6:22
**browsed (1)**
9:2
**business (1)**
46:20
**busy (1)**
30:2
**button (3)**
29:13;61:6;62:4

## C

**calculation (1)**
77:5
**call (96)**
25:5;28:6;29:2,5,7,
12,13,14,18,23;30:7;
32:4;34:22;35:2,10,14;
36:20;37:2,16,18,22;
38:11,17;39:1,11,15,
24,24;40:10,17,20,22;
41:7,12,24;42:2,20;
43:1,15;45:5,14;46:23;
47:11,19;49:7;50:10,
19;51:10,16;53:13,17,
22;54:1,8;55:2;56:14,
16,20;57:5;58:23;
59:16,17,18,21;61:6,7;
62:3,4;63:17;64:5;
66:19,23;67:7;68:2,2,3,
8;71:23,24;76:3,19,20;
78:16,24;79:1,8,18;
83:9,10,14,15;85:24;
86:1,4,7,12
**called (49)**
4:2;22:19;26:1;
29:22;30:9,10;33:4,9;
36:17;37:6,10;38:7,14,
19;40:3,3,7,8;41:9,10,
15;49:1,5,15;50:6,16,
23;52:20,24;53:7,10;
59:23,24;61:18,19;
62:18;67:1,12;68:17;
70:19;71:15;73:22;
74:5,8;77:21;79:20;
82:6,14;83:6
**caller (1)**
29:19
**calling (34)**
25:4,12;26:16;33:15;

34:4;35:20,20,21,21,
22;36:3;37:13;38:4,15;
51:22;54:3,14;57:10;
59:5,8;66:20;70:17;
77:24;81:15,20;82:14;
84:6,7,9,18;85:20;86:2,
7,12
**calls (57)**
8:23;25:11,16;26:8,
11,12;27:5;28:11,12,
14,17,23;29:1,4;30:4,4,
11,18,24;31:3,8;32:5,7;
34:2,7,10;35:15;39:5;
41:23;50:12,13;51:2;
53:21;54:11;57:9,21;
58:12,13;60:21;61:9,
13,15,22;62:14;63:21;
64:1;65:3;67:17;71:10;
78:1;80:13;81:16;
83:22,22;84:5;85:21,
23
**came (8)**
31:8;53:11;56:7,13;
75:2;79:12,16;85:5
**can (16)**
13:12;14:2;15:18;
23:2;27:10;40:4;41:18;
44:17;46:11;47:4,4;
57:11;75:6,14;80:1;
85:1
**card (1)**
47:4
**care (1)**
26:24
**catch (1)**
77:14
**cause (1)**
78:4
**caused (1)**
20:3
**cell (8)**
25:24;26:7;27:2,8;
28:12,18;29:16;40:16
**certain (2)**
13:15;28:6
**chaos (1)**
41:16
**checking (1)**
13:15
**children (3)**
6:3;68:22;78:10
**choice (1)**
20:12
**choose (1)**
41:10
**clarify (2)**
77:11,19
**clear (1)**
82:20
**close (1)**
11:12
**closing (1)**
69:5

**clue (1)**
73:8
**collect (5)**
25:13;47:2;49:2;
52:22;54:24
**coming (2)**
79:21;80:7
**communications (1)**
7:23
**compare (1)**
65:4
**compared (1)**
65:1
**complaints (1)**
4:23
**computer (1)**
84:12
**confused (2)**
58:1;76:13
**consider (1)**
24:9
**consideration (1)**
55:2
**considered (2)**
23:14,17
**consisted (1)**
62:2
**constantly (1)**
62:8
**contact (2)**
48:13;58:10
**contacted (11)**
15:10,17;21:12,19;
33:3;37:6;57:13,18;
58:8,16;59:11
**contacting (1)**
15:23
**contend (2)**
60:21;61:22
**content (4)**
34:17;35:1,5;68:7
**contents (1)**
50:4
**continue (1)**
13:14
**continued (6)**
17:10;18:7;20:20;
25:5;39:5;77:9
**continuous (1)**
84:4
**continuously (1)**
84:19
**conversation (39)**
30:15;32:10,18;
33:19;34:3;35:17;36:9,
15,24;38:22;39:14,16,
21;42:5;43:8,11;44:11,
16;45:21;46:22;48:13,
15,17,21;55:8;56:5;
61:11,17;63:10;65:20;
67:16;70:8;72:13;
74:21;76:7,11;79:4;
82:11,15

**conversations (5)**
8:20;31:24;33:23;
48:10;67:21
**conversation's (1)**
42:19
**copy (3)**
7:14;56:1,1
**correctly (2)**
31:14;57:10
**counsel (4)**
7:24;9:6,13;13:9
**counselor (1)**
62:12
**count (1)**
34:9
**Countrywide (20)**
10:5,11,14,20;11:7;
12:21;13:2;15:3;16:8,
17,22;17:6,6,11,17,17;
18:2,6,20;19:13
**couple (6)**
30:8;31:20;42:8;
77:18,22;85:15
**course (3)**
20:16;78:3,6
**court (1)**
5:5
**courteous (1)**
45:18
**credit (1)**
47:4
**cross (1)**
24:13
**CROSS-EXAMINATION (1)**
66:13
**current (1)**
12:20;14:18;83:4
**currently (1)**
51:10

**D**

**daily (2)**
26:16;61:23
**damages (4)**
60:18,20;63:24;64:7
**date (8)**
5:21;10:12;11:24;
12:8,16;19:19;22:1;
57:3
**dates (3)**
8:23;9:1;77:15
**day (21)**
28:11,14,17,19,20,
21,21;29:2;33:5,8;
37:22;38:20;40:8;
41:12;57:3,22;61:1,2,
24;66:21;71:16
**dead (1)**
73:15
**debt (12)**
13:6,13,13;14:8;
25:4,14;49:3;52:22;

54:22;55:1,3;72:3
**Debtor (2)**
28:12,13
**Debtors (14)**
25:3,6,10;28:9;33:4;
37:6;38:19;39:6,8;
49:2;52:21;54:20,23;
60:18
**Debtors' (3)**
33:3;49:1;52:20
**debts (2)**
13:3,15
**December (29)**
32:14;35:12,15;39:8,
16,22;40:12;41:11;
42:2;47:12,20;48:1,4,4,
5,8,9,19;56:19;70:9;
71:20,22,23;76:7,21;
77:10;79:3;86:4,6
**decided (1)**
22:5
**decrease (1)**
22:4
**defaulted (1)**
68:19
**definitely (1)**
76:12
**deposed (1)**
4:18
**deposition (5)**
4:10;7:12;8:19;9:9;
85:1
**Describe (1)**
68:1
**described (1)**
80:17
**details (2)**
38:22;44:17
**difference (1)**
68:1
**different (6)**
33:22;43:20;59:20;
68:6;83:21,24
**difficult (1)**
65:16
**DIRECT (1)**
4:4
**discharge (16)**
14:22;16:5,12;17:5,
10;18:21;25:10,17;
31:18;34:1,8;36:14;
39:17;48:9,18;60:22
**discharged (1)**
44:4
**discharging (1)**
44:5
**disclose (1)**
7:23
**discuss (5)**
23:8;55:2;58:18;
63:5;78:8
**discussed (2)**
22:18;63:2

**discussion (2)**
37:12,15
**discussions (1)**
23:5
**distinct (1)**
32:10
**document (5)**
8:18;55:13,15,16,19
**documentation (2)**
54:8;55:8
**documents (2)**
8:3;67:3
**done (3)**
21:14;45:8;84:3
**Donna (6)**
53:1,11,13;62:19,21;
73:3
**door (1)**
80:7
**doorbell (1)**
54:21
**doorway (1)**
54:23
**down (8)**
5:5;26:15,20;31:14;
39:4;50:7;51:14;66:5
**drop (1)**
15:19
**duly (1)**
4:2
**duration (2)**
43:4;44:15
**during (9)**
22:18;28:14;36:9;
42:2,5,20;43:11;45:14;
62:5

**E**

**earlier (6)**
30:8;45:16;66:15;
70:20;73:9;76:2
**education (1)**
6:18
**effect (3)**
38:5;42:14;46:8
**effects (1)**
62:14
**efforts (1)**
21:8
**eight (1)**
14:11
**either (7)**
27:9;33:10;35:18;
36:7;45:23;47:14;
79:19
**elaborate (2)**
21:16;78:7
**Electric (2)**
7:3,7
**Electrical (1)**
6:22
**electrician (1)**

7:5
**eligible (1)**
67:9
**else (13)**
9:15;40:14;43:10;
47:10;49:22;50:10;
54:5;56:10;74:18;78:9;
81:4,5,11
**emotional (3)**
65:2,3;66:3
**employed (2)**
6:24;7:6
**end (2)**
40:19;44:17
**ended (1)**
34:3
**enough (5)**
18:14;61:4;71:17;
86:11,14
**enter (1)**
15:13
**entering (1)**
24:9
**entitled (1)**
8:3
**equity (1)**
69:17
**essentially (1)**
20:22
**even (4)**
24:13;25:6;29:8;
51:13
**evening (3)**
40:23,24;61:2
**event (1)**
16:18
**Eventually (1)**
52:6
**evidence (1)**
81:1
**exact (14)**
10:12;11:24;19:12;
22:1;43:7;45:5;46:12;
49:16;57:3;72:11,13;
75:24;76:1;84:16
**Exactly (9)**
10:18;12:8;20:24;
34:18;45:4;51:7;55:23;
63:9;82:17
**EXAMINATION (2)**
4:4;85:17
**examined (1)**
4:3
**except (2)**
7:13;23:10
**EXCUSED (1)**
86:19
**exhausted (1)**
19:24
**Exhibit (16)**
8:10,11,15;9:4;
24:16,17,19;27:14,15,
19,22;28:1;31:13,13;

32:21;48:24
**exist (3)**
51:10;55:7,24
**exists (2)**
13:14;55:22
**explain (12)**
13:5;43:18,21;60:23;
62:16,17,21,24;64:7;
65:11;66:17;69:21
**explained (7)**
23:10;59:24;64:4,9,
19;67:2;77:23
**explaining (2)**
43:17;45:7
**express (1)**
78:2
**expressed (2)**
30:7;36:10
**extended (1)**
24:4
**extension (2)**
34:23;59:22
**extinguishment (2)**
60:9,10

## F

**fact (1)**
16:19
**Fair (1)**
18:14
**family (2)**
20:16;60:24
**far (15)**
24:21;26:10;33:20;
35:9;43:13;47:11,13,
24;51:15;57:21;63:22;
64:5;72:12;75:24;
80:20
**father-in-law (1)**
56:8
**fault (2)**
30:23;64:12
**Federal (1)**
4:12
**feel (7)**
65:5;70:16,21,23;
71:1;73:13,15
**Ferguson (37)**
22:20;28:11,14;33:4,
6;34:21;37:7,10;38:19;
39:20;40:11;42:3,23;
43:2;45:10,23;47:14;
49:1,21;52:20;57:21;
58:12,24;67:23;70:9;
71:19;74:14,22;76:7,
12,21;78:19;79:4;81:4,
6,8,11
**Ferguson' (1)**
25:12
**Ferguson's (1)**
39:9
**few (3)**

20:5;21:20;62:9
**figure (1)**
26:18
**file (2)**
13:12;69:2
**filed (14)**
4:15;7:16;11:4,14;
12:1,19,23;14:16;
16:11;22:8;24:17;72:2,
7;75:20
**filing (1)**
71:21
**final (1)**
24:3
**finally (1)**
86:6
**financial (2)**
71:7;73:10
**find (5)**
21:8;71:6,10,12,13
**fine (3)**
12:19;13:10,23;22:3;
38:24
**finish (3)**
5:6,7;48:17
**finished (1)**
24:5
**first (22)**
4:2;12:2;15:2,3,5,8,
14;17:21;19:10,14;
22:5;23:6,24;33:10;
36:15;39:16;57:16;
58:2,3;60:1;69:19;
79:23
**five (2)**
28:17;66:21
**flabbergasted (1)**
37:16
**focus (1)**
69:10
**focused (1)**
36:13
**follows (1)**
4:3
**follow-ups (1)**
85:16
**force (1)**
16:23
**foreclose (9)**
16:17;17:6,17;19:3,
8;20:11;22:13;69:2,3
**foreclosure (5)**
11:19;16:23;37:20;
46:1,8
**Foreman (1)**
7:5
**form (7)**
13:16;71:3;73:16,24;
74:2,10;84:21
**found (4)**
46:12,14;84:13,14
**foundation (2)**
67:15;74:4

**four (1)**
24:5
**free (1)**
20:23
**friendly (1)**
68:4
**frustrated (1)**
78:1
**frustration (1)**
78:2
**funded (1)**
69:16
**further (1)**
85:14

## G

**gave (2)**
70:13;72:22
**generally (1)**
38:13
**girls (1)**
6:7
**gist (2)**
47:16;50:18
**given (1)**
33:23
**glad (1)**
77:13
**Goes (1)**
29:15
**good (3)**
65:8;70:22;73:14
**Google (1)**
84:4
**graduate (1)**
7:9
**Green (115)**
4:15,23;8:16,23;
16:9;18:2,5,8,10,15;
19:2,7;20:11;22:9,12,
13,16;23:9,15,18;24:9;
25:4,5,11,16;26:9;
27:20,23;29:18,19,21;
30:18,24;31:19;32:11;
33:3,11,23;34:2,21;
36:17;37:3,5,13;38:3,8,
11;39:7,11,17;41:11;
46:24;47:12;48:3,11,
19;49:5,15,21;50:23;
51:2,21;53:7,9,21;54:2,
8,12,14,19;55:2,9;56:5,
11,16,20;57:6,18;58:6,
8;59:8,12;60:12,18,21;
62:3,14;63:21,24;64:4,
12,16;65:3,20;67:12,
16,22;69:1,10,17,24;
70:5;71:22;72:17;
76:20;79:6;81:14,20;
82:6,21,24;83:22;84:4,
6;85:19
**Group (1)**
11:17

**guess (5)**
37:9;45:9;65:13;
74:8,11
**guessing (3)**
41:3;60:11;74:6
**guidance (1)**
11:18
**guy (1)**
56:13
**guys (4)**
14:7;80:2,11;82:15

## H

**Halina (4)**
49:11;50:23;51:1;
73:1
**HAMP (2)**
60:14,16
**handed (3)**
55:13,20;56:13
**happen (1)**
22:19
**happened (9)**
9:2;40:2,9;41:14;
56:9;63:11;74:17;
76:12;79:20
**happening (4)**
18:3;23:20;61:23;
63:14
**harassed (1)**
61:8
**harassing (3)**
71:10,12,14
**hard (1)**
70:24
**hardship (1)**
73:10
**head (3)**
31:11;32:1;55:24
**hear (1)**
50:2
**hearsay (4)**
30:24;81:22,24;
84:23
**Hello (1)**
41:15
**help (5)**
12:2;14:3;16:6;42:9;
46:24
**hey (1)**
82:5
**High (2)**
6:19;7:9
**highest (1)**
6:18
**Hit (1)**
29:13
**hold (1)**
57:15
**holds (1)**
15:2
**home (26)**

12:24;14:16,20;
16:24;18:24;20:22;
21:4;22:10;26:21;
35:23;37:20;40:21;
47:1;7;53:3;56:8;
57:23;61:2;68:23;69:6,
17;70:11;79:14,17,20;
85:8
**honest (7)**
12:12,17;24:11;
26:23;36:23;51:11;
75:7
**honestly (3)**
43:3,9;82:18
**hook (1)**
14:7
**hour (1)**
41:7
**house (32)**
20:17,20;38:1,4,5;
44:2,2,7,12;54:16;
56:7;63:7,8,14,19;
64:10,13,16,20;65:1,2,
15,17;69:5;78:14;
79:13,17,22;80:18;
82:21;85:5,11
**hundred (6)**
13:21;25:11;46:3;
70:6;79:11;82:18
**hung (3)**
42:19;45:21;46:22

## I

**IBEW (2)**
6:20,21
**idea (2)**
53:8;73:6
**identification (2)**
8:12;27:16
**identify (1)**
29:19
**Illinois (1)**
5:18
**IM (2)**
7:3,7
**imagine (1)**
79:19
**Immediately (2)**
25:3;45:1
**impact (2)**
65:2,3
**important (1)**
34:24
**income (2)**
19:24;20:3
**Incorporated (1)**
7:3
**indicated (1)**
68:19
**information (1)**
28:7
**initial (5)**

10:6,17;11:23;69:16;
83:15
**initiated (2)**
37:1,2
**inquiring (2)**
49:2;52:21
**instead (1)**
18:5
**intent (5)**
12:24;44:2;70:13;
80:12,18
**intention (2)**
47:9;80:9
**interested (2)**
23:2;45:11
**International (1)**
6:22
**Internet (1)**
84:23
**interrogatories (1)**
27:20
**intimidated (1)**
80:6
**intimidating (5)**
54:20;80:10,17;81:7;
85:10
**into (5)**
15:13;24:9;27:12;
55:1;84:5
**invasion (1)**
71:1
**investigate (1)**
84:8
**issue (4)**
15:22;16:1;45:13;
56:14

## J

**Jeff (7)**
4:8,10;14:6;28:12;
34:21;49:20;50:19
**JEFFREY (1)**
4:1
**job (3)**
29:3;71:16;83:19
**Joe (1)**
49:6
**July (3)**
12:1,4,10
**June (3)**
5:22;11:4;12:20
**junior (1)**
11:2

## K

**Katarzyna (1)**
28:13
**Kate (1)**
14:6
**Katie (36)**
22:20;23:1;25:12;

28:11;33:4;34:21;37:7,
10;38:19;39:9,20;
48:24;49:21;52:20;
54:16;57:21;58:12,24;
67:23;70:9,10;71:19,
20;74:14,22;75:4,9;
76:7,11,21;79:4;81:4,6,
8,11;85:24
**Katie's (2)**
49:7;54:15
**keep (7)**
8:5;19:5;20:2,6,8;
21:4;44:2
**kept (6)**
26:15;35:20,20,20,
21;85:20
**kicked (1)**
78:14
**kicks (1)**
66:6
**kids (4)**
56:8;80:5;85:4,9
**kind (9)**
7:20;25:19,22;36:5;
43:19;71:1;84:7,16,18
**knew (4)**
35:20;51:17,19;63:4
**knowledge (2)**
24:22;69:1
**knows (2)**
11:21;74:4
**Kuzianik (3)**
49:11;73:1,2

## L

**lack (1)**
67:14
**Lacks (1)**
81:1
**lady (5)**
22:20;57:14;59:21;
77:24;81:11
**land (1)**
31:5
**large (1)**
54:20;80:10;85:10
**last (11)**
18:15;20:23;43:2;
57:5,17;58:9,23;59:4,
8;76:3,19
**lasted (4)**
41:7;43:6;62:9;
83:14
**late (5)**
21:22;28:10,10,17,
18
**later (3)**
52:4,5;63:2
**Law (1)**
11:16
**lawsuit (1)**
69:3

**lawyer (1)**
11:13
**least (2)**
28:21;50:17
**leave (6)**
34:14;49:17;62:6;
78:21,23;81:5
**leaves (1)**
29:8
**leaving (1)**
85:24
**left (6)**
29:9;34:23;50:6;
59:18,22;81:7
**length (1)**
74:21
**level (1)**
6:18
**liable (2)**
69:20;72:3
**lien (6)**
16:13;17:7,18;20:11;
57:16;72:4
**likewise (1)**
43:5
**limited (1)**
8:6
**line (6)**
31:5;40:14;42:23;
69:17;74:18;75:2
**listened (2)**
45:17,17
**listening (1)**
62:5
**little (4)**
58:1;64:23;80:5;
81:1
**live (4)**
5:14;6:13;20:20;
21:9
**lived (2)**
5:19;20:22
**lives (1)**
6:16
**loan (35)**
10:6;11:1;15:3,5,8,
13,14,24;16:19;17:11,
17;18:2,10,16,20;
19:14;23:5,8,14,18,23;
44:4,6;45:11,13;46:16;
52:14;66:16;67:10;
68:15;69:12,22;72:17;
82:24;83:4
**loans (5)**
12:21;13:18;68:20;
69:14,15
**Local (1)**
6:20
**located (1)**
9:17
**long (13)**
5:19;6:1;7:6;9:13;
43:1,5,15;44:14;63:19;

71:23;75:4;76:6;83:13
**look (9)**
7:13,15;8:22;9:3;
24:23;27:12;32:20;
48:23;84:5
**looked (1)**
8:18
**looking (4)**
30:10;49:20;50:19;
54:4
**looks (1)**
31:7
**lose (5)**
38:5;64:9,13,20;
65:15
**loser (1)**
73:18
**losing (6)**
37:24;63:18;64:15;
65:1,2,16
**lost (1)**
63:23
**lot (3)**
34:10;38:23;71:18

## M

**machine (2)**
49:18;50:17
**mad (1)**
79:24
**making (9)**
19:10,16,20;20:9,19;
21:2;41:23;47:23;75:1
**man (10)**
42:12;54:20;55:4;
79:12,16,21;80:10,17;
85:4,11
**manager (8)**
42:21;43:6;44:21;
45:2,10,23;46:10;
47:15
**many (8)**
6:5;31:17;34:7;
49:14;50:16,22;66:23;
84:7
**March (3)**
18:11;57:2,4
**Margaret (3)**
49:6,15;72:22
**mark (3)**
7:18;8:10;27:13
**marked (5)**
8:12,14;24:15;27:16,
18
**married (3)**
5:23;6:1;80:3
**Marshall (1)**
4:14
**Martucci (1)**
11:15
**matter (2)**
75:1;84:6

**May (14)**
10:8;12:9;28:10,18;
34:3;36:17;48:13,13;
51:9;61:18,19;67:9;
72:4;84:23
**maybe (1)**
50:7
**mean (34)**
12:11;14:21;19:5;
25:22;26:4,15;29:11;
33:16;34:9;36:2;41:3;
43:14;44:14,15;47:13;
51:14;57:2;61:5;64:2,
24;65:8,9,15,24;66:5;
70:17,22;73:8,20;
74:16;77:7,9;80:4;
82:16
**means (4)**
13:6;14:7;61:6;
69:21
**meant (1)**
76:23
**medical (1)**
62:13
**meet (1)**
9:13
**meeting (1)**
11:23
**meetings (1)**
62:6
**mentioned (1)**
23:1
**message (8)**
36:6;49:17,19;50:7;
59:17,18,19,20
**messages (2)**
50:18;62:5
**met (1)**
9:6
**might (7)**
8:3;35:16;50:15;
51:14;64:9,13,20
**million-dollar (1)**
29:3
**mind (2)**
24:13;66:10
**Mine (1)**
9:21
**minute (1)**
83:17
**minutes (4)**
9:14;41:8;43:7;
83:20
**mistake (1)**
77:3
**mistaken (1)**
76:8
**MODICA (13)**
4:1,8,10,14;8:10,11,
15;27:14,15,19;28:13;
66:15;72:2
**Modica's (1)**
28:12

**modification (16)**
15:5,7,14;23:5,8,14,
18,24;24:8;45:11,14;
60:8;66:16;67:10;
68:12;83:1
**modified (4)**
57:15;58:4;60:1,15
**modify (2)**
52:11,13
**modifying (1)**
15:24
**mom (2)**
49:10;82:13
**monetary (1)**
63:24
**money (8)**
42:16;46:15,17;
63:20;65:7;73:13;
75:17,18
**month (8)**
11:10;15:12;17:14;
20:1,7;39:6;57:13;
59:11
**monthly (1)**
18:19
**months (8)**
12:4;21:20;24:4,6;
26:19;67:5;77:22;
86:13
**more (7)**
38:23;39:6;53:21;
73:11;74:16;75:9;
84:11
**mortgage (30)**
10:1,9,13,14,19,22;
11:2,7;14:17,18;15:2;
16:8,8,13,17;17:7,18;
19:3,5,11,14,17;22:5;
23:6,24;58:3;60:1,8,
10;69:11
**mortgages (2)**
19:21;20:10
**Most (1)**
35:3
**mother (3)**
50:4,9;51:9
**motion (8)**
4:16,21;7:16;8:16;
12:1;24:16;31:7;32:20
**move (5)**
21:18;23:22;39:4;
52:9,16
**moving (1)**
52:7
**much (9)**
8:20;10:6;27:3;
29:22;50:11;54:6;
65:14,19;84:9
**multiple (4)**
28:21;29:9;34:9;
61:23
**must (4)**
11:9;14:10;60:14;

74:17
**myself (1)**
77:14

## N

**name (9)**
4:6,14;9:20;22:20;
25:12;49:9;50:7;52:23;
78:20
**names (1)**
49:4
**nature (1)**
62:7;68:1,3;78:12
**necessarily (2)**
35:6;85:22
**need (6)**
5:11;34:22;67:3;
68:8,12;74:17
**needed (4)**
11:18;20:45:24;
56:14
**needs (1)**
78:11
**neighbor (15)**
30:10;33:3;37:6,17;
52:21,23;62:17;70:18,
19;73:23;74:5,9;81:14,
20;82:4
**neighbors (6)**
38:15;54:3,12;60:24;
62:17;63:1
**neighbor's (1)**
72:18
**new (1)**
21:8
**next (3)**
5:10;25:8;32:22
**nobody (1)**
81:11
**none (2)**
34:11;46:20
**notation (1)**
34:16
**notations (1)**
26:12
**note (2)**
51:13;69:20
**notes (15)**
26:11,22;27:1,7;
32:17,19;34:15;45:5;
47:18,22,23;51:9,15;
54:7;55:7
**notice (1)**
4:11
**notify (1)**
39:9
**notwithstanding (1)**
16:19
**November (15)**
33:2,7;34:1,8;36:15,
18;37:2,19,21;38:17;
39:2,12,21;52:20;86:6

**number (23)**
29:4,22;30:19,20,23;
31:2,10,15;34:23;50:8;
53:2,3,4,7;59:22;70:5;
72:18,20,23;73:4;
78:16,17;83:11
**numbers (4)**
30:17,19,20;73:7
**numerous (1)**
61:9

## O

**oath (2)**
13:20;31:22
**object (6)**
7:19;73:24;74:10;
80:23;84:21,22
**objection (7)**
67:14;71:3,8;73:16;
80:13;81:16,22
**objections (1)**
28:9
**obtain (3)**
10:1,13;15:7
**obtained (3)**
10:9;11:7;69:14
**obviously (15)**
12:5;34:10;36:8;
43:23;52:7;59:21;63:3;
64:23;68:6;79:23;80:6,
7;82:4;83:17,23
**occur (1)**
85:19
**October (4)**
18:17;28:10,17;86:6
**Off (3)**
31:10;42:23;55:23
**offending (1)**
45:20
**offensive (2)**
46:13,14
**offhand (1)**
53:6
**old (1)**
85:9
**once (9)**
22:3;23:20;28:21;
39:8;45:6;50:17;67:4;
68:17;74:24
**one (25)**
22:18;25:10;28:16;
30:19;32:4,10;33:14;
36:7,11,17;50:14,15;
53:22;57:15,16;58:3;
61:21;65:20;67:1,15,
22;76:14,19;79:5;83:6
**ones (1)**
62:18
**only (10)**
22:17;23:11;30:11;
31:20;48:15,17;53:17;
67:15;68:17;79:5

**opposed (1)**
75:4
**option (2)**
13:14;15:23
**options (4)**
23:1;45:17,18;68:12
**order (5)**
16:5;27:10;49:2;
52:21;60:22
**original (1)**
52:14
**Originally (1)**
69:7
**out (20)**
15:20;21:18;23:22;
31:24;42:9,14;48:22;
60:5;61:2;63:20;66:16,
17;68:10;69:11,22;
71:7;72:5,17;78:14;
79:7
**Outside (2)**
81:4,6
**over (13)**
7:13,15;15:10;21:13;
25:10;42:19;45:21;
46:22;53:11;55:13,20;
56:7,13
**own (2)**
9:17;60:23
**owns (1)**
16:9

## P

**package (1)**
83:1
**packed (1)**
21:10
**packet (6)**
7:17;14:10;57:22;
60:2,5,7
**page (4)**
24:24;28:4,5;32:22
**pages (1)**
14:11
**Pangallo (4)**
49:6,12,13,15
**Pangallo's (1)**
72:22
**paper (3)**
26:24;51:15;60:16
**papers (4)**
56:13;69:6;70:2,4
**paperwork (3)**
7:13,15;57:16
**paragraph (11)**
24:23;25:2,8,9;31:8;
32:21;39:4;48:23;
52:19;54:18;60:17
**parents (15)**
49:1,4,6,7;50:13,14;
51:17,21;52:17;54:15,
16;64:3,7,19;70:18

parents' (1)
72:20
part (2)
27:12;64:6
particular (1)
27:10
parties (3)
4:11;70:17,17
party (2)
23:11;27:10
Paul (1)
20:2
pay (3)
20:2;22:22;54:22
paying (9)
14:17;23:21;25:3;
37:23;42:17;43:24;
46:16;68:15;75:19
payment (24)
15:18;17:23;18:15;
19:22;22:15;23:1;25:5;
36:4;42:8,11;43:19,22;
45:24;46:5;47:3,4,5;
55:3;67:6,13;72:14;
74:24;75:1,18
payments (20)
16:18;17:6,10,13,16;
18:8,19,23;19:2,10,16,
20;20:10,19;21:2;22:5;
42:9;45:7,8;83:4
people (2)
71:6;84:14
per (2)
28:11,14
percent (6)
13:21;46:3;70:7;
79:2,11;82:19
perhaps (1)
76:8
period (1)
28:15
person (6)
29:8;39:1;45:18;
56:5;73:20;84:18
personally (13)
28:16;31:18;32:2,3;
33:6,18;34:2;39:6;
40:11;48:2,11;51:3;
55:4
Peter (1)
20:2
phone (90)
8:20,23;22:21,24;
25:20,21,21,22,24;
26:2,7,8;27:8;28:13,18,
24;29:7,16;30:3,7,12,
23;32:4;33:19;35:17;
36:9,20;38:22;39:14;
40:3,4,9,16;41:12,23;
42:5,13,18;43:8,11;
44:16;45:5,9,21,22;
46:21,22,23;51:10,16;
53:2,3,3;56:20;57:5,

21;58:12,13,23;59:16,
17,18,22;60:21;61:6,9,
11,13,14,16,22;63:16,
21,24;64:5;65:3,20;
66:19;67:6,17;71:17;
72:13;74:21;75:4;
78:16,16;83:10,12;
86:4,12
phones (3)
25:24;27:2;71:13
physically (1)
29:7
pick (2)
83:9;86:11
piece (1)
51:15
place (1)
21:9
placed (1)
28:12
planned (1)
38:4
planning (1)
37:24
pleadings (2)
76:6,15
please (10)
4:7;5:1;13:5;24:23;
27:14;50:19;66:17;
67:17;75:15;78:7
pocket (1)
63:20
point (18)
19:11,13;23:3,13,19;
41:14;42:18,20;44:11;
45:8,19;46:19;47:9;
63:4;65:8;74:14;76:14,
19
portion (2)
43:1,6
position (1)
7:4
possession (1)
26:3
possibly (3)
63:18;64:15;76:10
prepare (4)
7:11,21;8:19;9:9
present (2)
9:15;38:7
presently (1)
6:24
pressing (2)
61:6;62:4
pressuring (2)
22:23;42:10
Presumably (1)
70:20
pretty (9)
8:20;11:12;27:3;
43:15;50:11;54:6;65:8,
14;86:10
Previous (1)

9:8
previously (2)
33:14;36:8
prior (3)
36:18;37:13;48:8
privacy (1)
71:2
privilege (1)
7:20
probably (12)
7:14;24:5;38:21;
39:13;40:23,24;43:20;
44:16,17;74:24;79:5;
86:3
proceeding (1)
13:3
process (2)
24:8,9
produce (2)
55:18;56:2
produced (2)
27:8,9
professional (1)
62:13
program (1)
60:15
prompt (1)
44:22
prompted (2)
39:24;44:20
property (11)
9:17,20,22;10:2,9;
11:2;15:3;16:13,18;
54:21;69:3
proposed (1)
60:7
provide (1)
70:5
psychological (1)
62:13
pull (1)
20:1
purchase (3)
10:17;69:6,16
purchased (1)
10:2
pursuant (1)
4:11
pursued (1)
16:23
put (3)
12:2;61:21;84:4
putting (1)
57:2

**Q**

quite (1)
84:24

**R**

raise (1)

45:13
rang (1)
54:21
reach (1)
23:23
reached (3)
66:16,17;68:10
react (1)
64:3
reaction (2)
79:21;80:1
read (3)
41:18,20;86:17
ready (3)
21:11;23:22;52:10
reaffirm (3)
13:2,13,18
reaffirming (1)
13:6
realized (1)
74:24
really (3)
13:6;24:14;26:13
reason (2)
63:17;74:4
recall (30)
11:22;13:17;14:5;
18:3;32:10,13;35:4,17;
40:4;43:23;44:13,14;
46:6,11;47:10,23;
48:10;49:16,22;50:12;
56:15;70:3;74:18;75:3,
6,6;79:5,7;82:10;85:7
receive (4)
28:16;30:17;34:2;
57:5
received (9)
14:22;17:9;25:10,16;
28:11,13;34:8;39:20;
76:19
recently (1)
15:6
recognize (2)
8:15;27:19
recollection (2)
33:17;36:22
record (3)
4:6,9;47:21
recorded (2)
44:16;79:9
recording (2)
49:18;50:17
recordings (2)
27:4;47:19
records (13)
8:22;13:17;25:15,19,
20,21,22;26:8;27:9;
30:4,5;40:4;47:19
REDIRECT (1)
85:17
reduction (2)
19:23;20:3
refer (1)

41:17
referred (2)
27:2;50:14
referring (1)
25:23;41:23;63:10
reflect (2)
4:9;13:18
reflected (2)
28:23;30:11
reflecting (1)
8:23
regard (1)
63:13
regarding (6)
54:16;55:8;57:14;
58:12;62:13;63:16
register (4)
29:6,8;30:6,9
regular (4)
17:5,10;18:8,19
reject (2)
61:7;62:4
rejected (1)
61:13
rejects (2)
29:13,14
relate (1)
60:7
related (1)
64:15
relative (2)
66:3;67:20
remember (24)
9:1;14:13;18:4;32:4;
33:19,20;34:18;36:24;
42:7;43:10;45:6;48:12,
18;57:10;69:5;74:20,
23;75:8,14,24;80:21;
83:13,18;85:13
reminder (2)
78:13,16
repeat (1)
75:15
rephrase (5)
5:2;14:2;16:15;
63:22;68:5
reporter (1)
5:5
represent (2)
4:15;11:17
representative (4)
25:11;48:3;54:19;
55:9
request (1)
72:14
requested (1)
41:20
requesting (1)
55:5
research (1)
84:3
reserve (1)
86:16

**respond (2)**
38:2;72:10
**responded (1)**
82:9
**response (5)**
27:20;28:8;35:8;
75:23,24
**result (4)**
60:20;63:21,24;
64:16
**retain (1)**
11:16
**retained (1)**
12:3
**returned (2)**
39:8;59:18
**returning (1)**
85:20
**review (2)**
24:16;27:22
**reviewed (3)**
8:4;76:6,15
**Right (35)**
8:8;9:2;15:4;16:14;
18:11,21,24;19:8,9;
20:11,20;23:23;26:5;
34:12;35:13;40:12;
41:5,6;46:21;47:7;
51:8;52:12;56:14;59:6;
61:18,19,20;64:10;
65:15;72:1;76:2;84:17;
86:9,13,16
**ringing (1)**
71:17
**robbing (1)**
20:2
**Roselle (1)**
11:15
**rough (2)**
52:3;65:8
**rules (1)**
4:12
**run (1)**
17:13
**running (2)**
29:3;71:16

## S

**same (12)**
5:4;19:12;22:21;
24:9;28:14;69:15;71:8;
77:24;78:17;84:14,16,
18
**sanctions (1)**
8:16
**savings (2)**
19:24;20:5
**saw (1)**
78:15
**saying (2)**
21:12;66:5
**scale (1)**
65:22
**scared (1)**
71:6
**schedule (1)**
22:16
**school (3)**
6:19,19;7:9
**scope (1)**
8:6
**Scott (3)**
53:1,15;73:3
**search (1)**
84:13
**searches (1)**
84:23
**second (27)**
10:9,13,13,19,22;
11:1,7;16:8;17:1,21,
22;18:2,16,20;28:4,5;
38:17;39:1;57:11,15;
58:2,6;60:8,10;69:10,
19,23
**seconds (2)**
43:16;62:10
**secured (1)**
11:1
**seeing (1)**
62:3
**seeking (1)**
54:24
**seemed (1)**
76:16
**send (1)**
82:24
**sending (2)**
57:16;60:1
**sent (2)**
54:19;60:5
**separate (2)**
32:5;69:19
**September (7)**
14:23,24;18:14,17;
19:21;34:1;86:5
**series (1)**
4:20
**served (1)**
27:23
**servicing (1)**
18:1
**seven (2)**
6:2;7:8
**short (2)**
20:7;63:19
**shortly (1)**
11:6
**show (4)**
8:14;27:18;30:4;
40:5
**showed (1)**
85:11
**shown (3)**
24:15;30:5;84:23
**sign (1)**
14:7
**signature (2)**
86:17,18
**signed (3)**
69:6;70:2,3
**single (3)**
29:2;78:24;79:1
**situation (6)**
24:12;63:8;64:9;
70:23;71:7;84:13
**slightly (1)**
33:21
**small (1)**
68:22
**sold (1)**
21:15
**somebody (1)**
11:20
**someone (10)**
31:18;33:11;40:18;
48:11;49:14;65:6;66:6;
74:18;79:6;82:5
**sometime (2)**
12:7,9
**sometimes (2)**
28:21;61:23
**somewhere (1)**
18:17
**sons (3)**
6:9,10,13
**sorry (10)**
26:6;28:4;30:20,22;
31:12;41:18;57:14;
66:7;76:10,24
**sound (3)**
18:11;41:4;60:3
**South (2)**
5:17;9:18
**speak (8)**
5:4;29:7;31:18;33:6;
35:18;41:10;53:13;
55:4
**specific (8)**
25:21;35:17;36:18,
21,24;48:12,21;67:18
**specifically (2)**
46:11;82:16
**specifics (3)**
38:12;82:10,10
**Speculation (3)**
74:3;80:14;81:17
**Spending (2)**
78:9,11
**split (1)**
74:22
**spoke (12)**
33:4,14;35:11;36:8;
38:18,19;40:11;48:2,
14;53:11;54:21;79:6
**spoken (2)**
33:11;51:1
**stand (1)**
31:24
**stands (2)**
42:14;48:22
**start (3)**
48:5;68:2;70:18
**started (3)**
18:5;42:13;45:19
**startled (2)**
80:4,5
**state (4)**
4:6;25:9;28:9;78:20
**stated (1)**
83:6
**statements (2)**
18:5;24:19
**states (1)**
55:24
**status (2)**
35:23,24
**stay (14)**
12:24;14:15,20;
18:24;19:4;22:6,10;
44:1,6,12;46:24;47:6;
70:11;82:21
**stayed (2)**
20:17;68:23
**staying (1)**
80:11
**sticks (2)**
48:16;79:7
**still (7)**
6:13;14:7;26:22;
55:22;57:22;60:6;72:4
**stood (1)**
54:23
**stop (7)**
19:10,20;38:3;68:21;
86:2,7,12
**stopped (12)**
19:16;20:4,9,19;
21:2;23:21;25:3;37:23;
57:9,10;58:14;68:20
**story (1)**
63:19
**straight (1)**
29:15
**strain (1)**
78:4
**stress (2)**
64:15;73:11
**stressful (3)**
71:17;78:9,12
**struggling (2)**
65:7;73:10
**subject (8)**
25:4,13;49:3;52:22;
54:21,22;55:1,3
**submit (1)**
67:3
**submitted (1)**
67:4
**suffer (1)**
63:23
**suffered (2)**
60:18,20
**suffering (1)**
66:3
**suggesting (1)**
23:12
**Sulaiman (2)**
11:16;12:3
**summer (1)**
21:22
**supervisor (13)**
22:21;42:12;61:12;
70:10,11;73:11;74:16,
22;75:5,10,20;81:5,7
**supposed (1)**
73:19
**Sure (47)**
4:17,24;5:9,13;8:1,5;
10:12;12:6,11,14,15,
16;13:7,21,22,23;14:4;
16:10,15,16,16;19:17;
24:12;26:23;28:22;
36:16;37:5;38:24;46:3;
47:5;50:16;51:7;53:23;
55:23;57:3,12,23;
58:23;61:19;64:23;
66:12;70:7;72:11;77:1;
78:15;80:19;84:24
**surprising (1)**
68:11
**sworn (1)**
4:2

## T

**talk (8)**
11:21;16:7;41:16;
52:4,5;61:21;63:13;
79:12
**talked (12)**
8:7;22:19;44:18;
45:15,16;47:17;58:19;
62:23;67:13;71:19,22;
82:11
**talking (3)**
61:15;74:13;83:18
**telephone (2)**
27:5;28:6
**telling (5)**
14:6;65:6;68:8;
73:12;82:1
**Ten (3)**
9:14;14:11;43:20
**terms (1)**
60:24
**testified (9)**
4:3;41:22;66:15;
67:23;70:19;73:9;76:2,
5;79:13
**testifying (1)**
84:22
**testimony (1)**
37:9
**Thereafter (1)**

54:19
**third (2)**
70:17,17
**though (3)**
40:5;57:4;77:24
**thought (1)**
74:15
**Three (12)**
6:6,9,13,20;18:21;
24:4;40:7;66:20;67:5;
83:3;85:12;86:13
**three-month (1)**
24:4
**times (16)**
22:18;28:21;31:17,
20,21,23;40:8;48:2;
49:14;50:16,22;61:23;
66:21,23;79:5;84:7
**titled (1)**
9:20
**today (5)**
9:8;20:20;21:4;26:4;
48:18
**today's (3)**
7:11;8:19;9:9
**told (42)**
15:17;21:11;35:5;
42:18;43:12,15;44:18;
45:15,20;46:20,21;
47:11;50:6,13;52:3;
53:18;56:12;57:14;
58:16;62:7;63:16;67:2,
4,9;68:7,11;70:20,22;
71:15;72:15;75:16;
80:19,20,21;81:14,
19;82:5,11,13,21;85:5
**tone (4)**
67:20;68:2,3;83:21
**took (6)**
15:10;21:13;51:13;
69:11,22;72:17
**top (4)**
31:10;55:23;60:16;
78:8
**total (2)**
17:23;25:10
**totally (3)**
24:11;57:10;68:6
**tough (1)**
63:18
**transcribed (1)**
34:16
**transcript (1)**
86:17
**transfer (3)**
20:7;44:20;74:15
**transferred (11)**
18:2,4,10,13;19:14,
15,18;42:21;45:2;
46:10;74:19
**Tree (104)**
4:15,23;8:16,24;
16:9;18:3,5,8,10,15;

19:2,7;20:11;22:9,12,
13,16;23:9,15,18;
24:10;25:4,5,12,16;
26:9;27:23;29:19,19,
21;30:18,24;31:19;
32:11;33:3,12,23;34:3,
22;36:17;37:3,5,13;
38:3,8,11;39:7,12,17;
41:11;46:24;47:12;
48:3,11,19;49:5,15,21;
50:23;51:2,21;53:7,9;
54:2,8,12,14,19;55:2,
10;56:6,11,16,20;57:6,
18;58:6,8;59:8,12;
60:12;62:3;64:4;65:21;
67:12,16,22;69:2,17,
24;70:5;71:22;72:18;
76:20;79:6;81:14,20;
82:6,21,24;83:22;84:4,
6;85:19
**Tree's (11)**
27:20;53:21;60:18,
21;62:14;63:21,24;
64:12,16;65:3;69:10
**trial (2)**
24:2,5
**tried (1)**
29:5
**truthful (2)**
24:20;28:1
**try (4)**
5:2,7;21:14;47:8
**trying (16)**
9:1;16:6;22:22;
36:10;42:7;45:6;46:24;
47:2;64:8;65:13;66:2;
67:20;68:10;69:18;
74:23;77:15
**twice (3)**
33:5;38:18,20
**two (9)**
20:23,24;31:21,22,
24;40:17;67:21;68:22;
85:12
**type (5)**
5:5;23:12;45:7;
73:19;84:13

**U**

**under (2)**
13:20;31:22
**understood (8)**
16:11,16,22;17:4;
20:10;47:2;54:24;77:6
**Unfortunately (2)**
19:23;29:5
**unfriendly (1)**
68:4
**unless (1)**
40:18
**up (14)**
19:5;21:10;24:5;

28:11,13;42:19;45:21;
46:22;57:11;58:22;
80:7;83:9;85:11;86:12
**upon (4)**
25:13;49:2;52:22;
55:1
**upset (4)**
37:17;64:22,24;
79:23
**used (1)**
58:2

**V**

**Vaguely (1)**
69:9
**Verizon (1)**
29:6
**Villa (2)**
5:17;9:18
**violate (1)**
60:22
**violation (1)**
16:4
**virtue (1)**
65:20
**visit (3)**
54:20;56:12,19
**visited (1)**
55:5
**visitor (1)**
56:11
**vocational (1)**
6:19
**voice (2)**
49:17;50:17
**voicemail (8)**
29:9,15;39:9;49:23,
24;50:2,5;78:23
**voicemails (17)**
27:5;29:10;34:14,17;
35:4,8;36:13;38:3;
39:20;41:24;62:7,9;
68:7;78:20;81:6,8;
85:23

**W**

**Wait (1)**
76:13
**waive (1)**
86:18
**waiving (1)**
28:9
**wasting (1)**
84:24
**way (2)**
58:2;71:2
**ways (2)**
43:20;83:24
**weren't (4)**
13:9;39:1;85:20;
86:9

**What's (9)**
5:16;37:4;41:16;
49:9;52:23;74:2;80:12;
81:23;84:8
**whole (3)**
11:19;70:23;75:17
**whose (1)**
9:20
**wife (51)**
6:14,16;9:16;20:4;
26:9,24;30:9;31:2;
32:5;33:9,11;35:18;
36:14;37:2,10,13;38:7,
10,18,23;41:13;51:6;
53:12,18,20;54:1;55:9,
14,20;56:4;62:23;
68:20;69:11,20;70:19,
20;78:1;79:16;80:2,11,
16,16;81:14,19;82:1,4,
5,8,13,17;85:5
**within (1)**
12:4
**Without (1)**
28:9
**witness (8)**
4:2;14:9,12;55:16,
19;58:20;77:15;86:19
**words (3)**
46:8,12;76:1
**work (11)**
15:20;29:2;30:2;
40:24;41:13;55:6;61:2;
62:6;71:16;72:5;79:15
**Workers (1)**
6:23
**working (3)**
20:4;68:20,21
**works (1)**
24:12
**worse (3)**
65:10,14,19
**write (1)**
26:20
**written (2)**
31:14;51:14
**wrong (2)**
74:2;81:23
**wrote (4)**
23:20,22;26:15;50:7

**Y**

**year (4)**
15:12;21:12,20;24:7
**years (10)**
5:20;6:2,20;7:8;
10:15;18:21;20:5,23,
24;77:18
**Yep (2)**
11:5;64:21
**Yesterday (1)**
9:12

**1**

**1 (10)**
8:10,11,15;9:4;
24:16,17,19;31:13;
32:21;48:24
**100 (1)**
25:11
**12 (6)**
5:20;33:2,7;34:1;
37:19;39:21
**12th (7)**
34:8;36:15,19;37:2,
21;38:17;39:2
**137 (1)**
27:12
**15 (1)**
83:20
**16 (1)**
6:12
**1976 (1)**
5:22
**198,000 (1)**
10:7
**1994 (1)**
7:10

**2**

**2 (7)**
12:1;27:14,15,19,22;
28:1;31:13
**20 (13)**
39:8,12,22;40:12;
41:11;42:2;43:16;
47:12;48:1,19;56:19;
71:20;76:7
**2001 (1)**
9:23
**2008 (6)**
10:8;11:4;12:20;
14:23;15:1;34:1
**2011 (38)**
18:11,14,18;19:21;
28:10,17;32:16;33:2,7;
34:2;37:19;39:8,12,21,
22;40:12;41:11;42:3;
47:12;48:1,20;52:20;
56:20;57:2,4,9;58:15,
24;59:9;70:9;71:20;
76:3,8,9,12,20,21;
77:10
**2012 (6)**
21:22;28:10,18;76:9,
22,23
**2013 (2)**
12:1,10
**20th (6)**
39:16;47:20;48:8,9;
71:23;86:4
**22 (1)**
24:23

**23 (3)**
  25:9;31:8,12
**240 (2)**
  5:17;9:18
**25 (1)**
  48:23
**26 (1)**
  52:19
**27 (1)**
  32:21
**2MP (1)**
  60:2
**2nd (1)**
  12:4

### 3

**30 (1)**
  39:4
**35 (1)**
  54:18
**36 (1)**
  60:17

### 4

**4 (2)**
  6:12;24:24

### 5

**5 (2)**
  28:11,14
**5:00 (1)**
  41:1
**5:45 (2)**
  41:2,4
**50 (1)**
  30:6
**51,000 (1)**
  10:23
**54 (1)**
  41:8
**54-minute (8)**
  30:7;32:4;36:9;
  39:14;43:8,11;61:16;
  71:24

### 6

**6 (5)**
  5:22;6:12;11:4;
  12:20;28:5
**630625-2000 (1)**
  31:1
**630625-2342 (1)**
  31:4

### 7

**701 (1)**
  6:20

### 8

**8 (1)**
  34:1
**80/20 (1)**
  69:15
**800 (1)**
  30:19
**800234-7101 (2)**
  25:13;31:9

### 9

**9 (1)**
  14:23
**90 (1)**
  79:2

# EXHIBIT B

**In The Matter Of:**

*In re*
*Jeffrey R. Modica, et al., Debtors*

---

*KATARZYNA A. MODICA*
*December 18, 2013*

---

*Bistany Reporting Service*
*100 North LaSalle Street*
*Suite 1600*
*Chicago, Illinois 60602*
*e-mail: info@bistanyreporting.com*

## Page 1

```
 1          IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                     EASTERN DIVISION

 3
    In re:                 ) Chapter 7
 4                         )
    JEFFREY R. MODICA,     )
 5  KATARZYNA A. MODICA    ) Case No. 08-14633
    Katie Modica,          )
 6                         ) Honorable Judge Donald R.
            Debtors.       ) Cassling
 7

 8

 9

10          The deposition of KATARZYNA A. MODICA,

11  taken in the above-entitled cause before Denielle P.

12  Mathys, CSR, and Notary Public within and for the

13  County of Kane and State of Illinois, taken pursuant

14  to the Federal Code of Civil Procedure the

15  United States Bankruptcy Court, Northern District of

16  Illinois, Eastern Division, at 150 North Michigan

17  Avenue, Suite 2130, in the City of Chicago,

18  Illinois, on December 18, 2013, at the hour of

19  11:07 a.m.

20

21

22

23

24
```

## Page 2

```
 1         A P P E A R A N C E S:

 2
    ADDUCCI, DORF, LEHNER, MITCHELL &
 3      BLANKENSHIP, P.C.
    BY:  MR. MARSHALL L. BLANKENSHIP
 4       150 North Michigan Avenue, Suite 2130
         Chicago, Illinois  60601
 5       (312) 781-2800
         mblankenship@adlmb.com
 6
              On behalf of Green Tree
 7             Servicing LLC;

 8
    SULAIMAN LAW GROUP, LTD.
 9  BY:  MR. MOHAMMED O. BADWAN
         900 Jorie Boulevard, Suite 150
10       Oak Brook, Illinois  60523-3810
         (630) 575-8181
11       mbadwan@sulaimanlaw.com

12             On behalf of the Debtors.

13

14

15

16

17

18

19

20

21

22

23

24
```

## Page 3

```
 1              I N D E X

 2  WITNESS EXAMINATION      DX    CX    RDX    RCX

 3  KATARZYNA A. MODICA

 4  BY MR. BLANKENSHIP        4          59

 5  BY MR. BADWAN                  44

 6

 7

 8          E X H I B I T S

 9  DEPOSITION EXHIBITS             FIRST REFERENCE

10  J. Modica Exhibit No. 1               7

11  J. Modica Exhibit No. 2              16

12

13

14

15

16

17

18

19

20

21

22

23

24
```

## Page 4

```
 1          KATARZYNA A. MODICA,
 2  called as a witness, being first duly sworn, was
 3  examined and testified as follows:
 4          DIRECT EXAMINATION
 5  BY MR. BLANKENSHIP:
 6      Q   Will you state your name.
 7      A   Sure, Katarzyna Modica.
 8          MR. BLANKENSHIP: Let the record reflect
 9  that this is the deposition of Katarzyna Modica
10  taken pursuant to notice, agreement of the parties,
11  and the applicable Federal and Bankruptcy rules.
12  BY MR. BLANKENSHIP:
13      Q   Ms. Modica, my name is Marshall
14  Blankenship.  I represent Green Tree.  I'm going to
15  be asking you a series of questions about your
16  motion here against Green Tree.  Have you ever been
17  deposed before?
18      A   No.
19      Q   If you don't understand a question, please
20  let me know, and I'll try to rephrase it so you can
21  understand it, okay?
22      A   Okay.
23      Q   We can't speak at the same time since the
24  court reporter is typing it all down, so I ask that
```

Page 5

1 you let me finish my question before you give your
2 answer, okay?
3    A   Okay.
4    Q   Okay.  If you need to take a break, just
5 let me know, okay?
6    A   Okay.
7    Q   Do you live with your husband at 240 South
8 Villa Avenue in Addison, Illinois?
9    A   Yes.
10    Q   What is your birthday?
11    A   7-3-83.
12    Q   That makes me feel old.
13        And you're married to Jeff Modica?
14    A   Yes.
15    Q   How long have you been married?
16    A   Eight years.
17    Q   You have three sons?
18    A   Yes.
19    Q   What's your highest level of education?
20    A   Some college.
21    Q   Where did you go to college?
22    A   Sanford-Brown.
23    Q   How long did you go?
24    A   Two years.

Page 6

1    Q   And when did you finish there?
2    A   2011.
3    Q   Okay.  Are you presently employed?
4    A   No.
5    Q   Have you been employed since your
6 Sanford-Brown days?
7    A   Yes.
8    Q   What was your last job?
9    A   Medical assisting at Northwest
10 Rheumatology.
11    Q   What period of time did you hold that
12 position?
13    A   About a year and a half.
14    Q   When was that?
15    A   It was from March of 2012 to October of
16 this year.
17    Q   What did you do before that?
18    A   Stayed at home with the kids.
19    Q   Okay.  Did you do anything to prepare for
20 this deposition?
21    A   Not really, just looked over some
22 paperwork.
23    Q   What paperwork did you look over?
24    A   The --

Page 7

1    Q   The motion?
2    A   Uh-huh.
3        (J. Modica Exhibit No. 1
4        previously marked for identification.)
5 BY MR. BLANKENSHIP:
6    Q   I'm going to show you what we've marked as
7 Exhibit 1.  Do you recognize that as the motion that
8 you filed here?
9    A   Yes.
10    Q   And you looked over that in preparation
11 for today?
12    A   Yes.
13    Q   Did you look at any other documents in
14 preparation for today?
15    A   No.
16    Q   Did you speak with anyone in preparation
17 for today?
18    A   My husband.
19    Q   Anyone else?
20    A   No.
21    Q   Did you speak with your counsel?
22    A   Oh, yes, I spoke with them.
23    Q   I don't want to know the contents of your
24 conversation.

Page 8

1    A   Yes, yes, yes.
2    Q   And when was that?
3    A   Yesterday.
4    Q   For how long?
5    A   About an hour.
6    Q   Now, you moved into the property in
7 Addison in around 2000; is that right?
8    A   Yes.
9    Q   And are you on the title to the property?
10    A   No.
11    Q   And I'm trying to short-cut here since I
12 got a lot of this from your husband.
13    A   Yes.
14    Q   You obtained an initial mortgage for the
15 property from Countrywide?
16    A   Yes.
17    Q   And were you a signatory on that loan?
18    A   No.  We weren't married yet so . . .
19    Q   Okay.  And then when did you get married?
20    A   We got married in 2006.
21    Q   And then in May of 2008 you obtained a
22 second mortgage from Countrywide?
23    A   Yes.
24    Q   And that was in the amount of about

1  $51,000?
2  A   Yes.
3  Q   Were you a signatory on that loan?
4  A   No.
5  Q   And then you filed for bankruptcy on
6  June 6, 2008?
7  A   Uh-huh.
8  Q   Okay.  And that was about a month after
9  you obtained that second mortgage from Countrywide?
10  A   I believe so.
11  Q   Do you recall when you retained the
12  Sulaiman Law Group to represent you?
13  A   Not exactly, maybe a year ago or so, a
14  little over a year.
15  Q   Okay.  In the approximately fall of 2012?
16  A   Yes.
17  Q   What prompted you to retain them at that
18  time?
19  A   Just searching for options regarding
20  foreclosure on the house.
21  Q   Was someone threatening foreclosure at
22  that time?
23  A   Bank of America was.
24  Q   And that resulted ultimately in you

1  getting a loan modification of the first mortgage?
2  A   Yes.
3  Q   And I understand that just kind of was
4  finalized within the last few months?
5  A   Yes.
6  Q   At the time you filed for bankruptcy, you
7  were current on both of your loans?
8  A   Yes.
9  Q   And when you filed for bankruptcy, it was
10  your intent to stay in your home?
11  A   Yes.
12  Q   And you received your discharge from the
13  bankruptcy court on September 9, 2008?
14  A   Yes.
15  Q   And you understood that Countrywide's
16  mortgage lien on the Addison property was not
17  affected by your bankruptcy?
18  A   I'm not sure.
19       MR. BADWAN: Objection.  You're asking her
20  for a legal conclusion.
21  BY MR. BLANKENSHIP:
22  Q   No, I'm asking for your understanding.
23       MR. BLANKENSHIP: Yes, sir.  Go ahead.
24       MR. BADWAN: Can I rephrase into something

1  I think she can --
2       MR. BLANKENSHIP: No, I'll do it.
3       MR. BADWAN: Okay.
4  BY MR. BLANKENSHIP:
5  Q   You understood that Countrywide could
6  still pursue foreclosure of the mortgage in the
7  event payments were not made on the mortgage, right?
8  A   Yes.
9  Q   And you understood that if Countrywide
10  pursued foreclosure, it could force you from your
11  home, right?
12  A   Yes.
13  Q   And you understood if you continued to
14  make regular monthly payments to Countrywide,
15  Countrywide would not foreclose?
16  A   Right.
17  Q   And then after your discharge, in fact you
18  continued to make regular monthly payments of
19  approximately $375 a month on your loan?
20  A   Yes.
21  Q   And you made those payments so Green Tree
22  would not -- or Countrywide would not foreclose, and
23  you could stay in your home?
24  A   Right.

1  Q   And you did the same with Bank of
2  America --
3  A   Yes.
4  Q   -- you made payments on the first mortgage
5  every month?
6  A   Yes.
7  Q   Do you recall the servicing of the
8  Countrywide loan being transferred to Green Tree at
9  some point?
10  A   Yes.
11  Q   And was that approximately in March of
12  2011?
13  A   Yes.
14  Q   And you continued to make the regularly
15  monthly payments to Green Tree as well, correct?
16  A   Yes.
17  Q   And then you made your last monthly
18  payment to Green Tree in September of 2011?
19  A   Yes.
20  Q   And you also made your last payment to
21  Bank of America on the first mortgage?
22  A   Yes.
23  Q   Why did you stop making payments on your
24  mortgages in September 2011?

Page 13

1  A  Drastic income reduction.
2  Q  What was the cause of that?
3  A  I stopped working full time to stay home
4  with the kids.
5  Q  How much had you been making prior to
6  stopping work?
7  A  About 700 a week.
8  Q  And when you stopped making the payments,
9  did you have an understanding that Green Tree or
10  Bank of America could foreclose on their mortgages
11  and toss you out of your house?
12  A  Yes.
13  Q  Did that trouble you?
14  A  Yes.
15  Q  Were you willing to leave your house at
16  that point?
17  A  No.
18  Q  After you filed for bankruptcy, did you
19  ever tell Green Tree that you wanted to stay in your
20  home?
21  A  No, I don't think so.
22  Q  Did you ever tell Green Tree that you
23  didn't want Green Tree to foreclose?
24  A  I don't think so.  I don't believe so.

Page 14

1  Q  Did you ever attempt to arrange a payment
2  schedule with Green Tree?
3  A  No.
4  Q  Did you ever discuss loan modification
5  with Green Tree?
6  A  No.
7  Q  Okay.  I showed you your motion.  Did you
8  review Exhibit 1 before it was filed?
9  A  I don't recall.
10  Q  You looked at it yesterday?
11  A  Well, I looked at it yesterday, yes.
12  Q  And are the statements in Exhibit 1
13  truthful and correct?
14  A  Yes.
15  Q  If you look at paragraph 22, please.  You
16  state, "Immediately after debtors stopped paying the
17  subject debt, Green Tree began calling them
18  requesting payment.  Green Tree continued to call
19  even after the Debtors advised them of the
20  bankruptcy.
21  After their bankruptcy discharge, in
22  total, Debtors received over one hundred (100) calls
23  from a representative of Green Tree by the name of
24  'Katie Ferguson'."

Page 15

1  My first question is, do you have any
2  records, any documentation, notes, recordings of any
3  of the calls that you received from Green Tree?
4  A  Just the phone -- phone records.
5  Q  Okay.  Your phone -- your cell phone
6  bills?
7  A  Yes.
8  Q  And those bills would show dates when you
9  actually had conversations with someone at Green
10  Tree?
11  A  Yes.
12  Q  And am I correct in understanding that
13  those phone records do not show calls from Green
14  Tree that did not result in a conversation?
15  A  Right.
16  Q  And if Green Tree left a voicemail, that
17  also would not be shown in those phone records?
18  A  Right.
19  Q  You don't have any notes of any
20  conversations with anyone at Green Tree?
21  A  No.
22  Q  And you didn't save any of the voicemails?
23  A  No.
24

Page 16

1  (J. Modica Exhibit No. 2
2  previously marked for identification.)
3  BY MR. BLANKENSHIP:
4  Q  Look at what we've previously marked as
5  Modica Exhibit 2.  Do you recognize that as your
6  responses to Green Tree's interrogatories?
7  A  Yes.
8  Q  And did you review Exhibit 2 before it was
9  finalized and served to Green Tree?
10  A  Yes.
11  Q  And are the answers in Exhibit 2 truthful
12  and accurate?
13  A  Yes.
14  Q  If you look at No. 6 where we ask you for
15  various information about telephone calls that you
16  contend violate the discharge order, you state about
17  halfway down in your response that, ". . . Debtors
18  state that from late October 2011 to late May 2012,
19  they received up to 5 calls per day from Katie
20  Ferguson."
21  Did you -- I'm trying to distinguish
22  between what happened to you and what happened to
23  your husband.  So did you personally receive between
24  one and five calls each day between late

1    October 2011 and late May 2012?
2        A    Yes.
3        Q    And that was on your cell phone?
4        A    Yes.
5        Q    And your number for that cell phone was
6    (630)625-2342?
7        A    Yes.
8        Q    Okay.  You don't have any records of those
9    calls, correct?
10       A    There's -- there is a record of a couple
11   of phone calls, yes.
12       Q    Couple, okay.  Do you have any records
13   that show five calls in a single day?
14       A    No.
15       Q    How many actual phone calls with Green
16   Tree resulted in a conversation between you and
17   Green Tree?
18       A    I would -- a handful approximately.
19       Q    Six do you think?
20       A    Between five and six.
21       Q    Five and six.  And you don't have a land
22   line at your house?
23       A    No.
24       Q    Okay.  And back to your motion, Exhibit 1,

1    paragraph 27 you allege that, "On November 12, 2011,
2    after Green Tree contacted the Debtors' neighbor,
3    the Debtors called Katie Ferguson and spoke to her
4    twice that day."
5            Was it you that called Katie Ferguson
6    twice on November 12, 2011?
7        A    Yes.
8        Q    Do you recall any conversations between
9    you and Green Tree between your discharge and
10   November 12, 2011?
11       A    When the initial calls started, it was my
12   husband who spoke with them.
13       Q    Okay.  So you didn't have any
14   conversations with Green Tree prior to November 12,
15   2011?
16       A    No.
17       Q    And you personally spoke with Ferguson on
18   November 12, 2011?
19       A    Yes.
20       Q    Did you receive any calls from Green Tree
21   between the discharge on September 8th and
22   November 12, 2011, on your cell phone that did not
23   result in a conversation?
24       A    Yes.

1        Q    How many?
2        A    Approximately three a day.
3        Q    Okay.  And did those calls result in
4    voicemails?
5        A    A couple, yeah.
6        Q    And what was the content of the
7    voicemails, the best you can recall?
8        A    She stated her name, where she was calling
9    from, and that it was very important that we give
10   her a call back.
11       Q    Anything else?
12       A    Uh-uh.
13       Q    And did you call back in response to any
14   of those voicemails?
15       A    No.
16       Q    Why not?
17       A    Because my -- we knew -- my husband spoke
18   with her previously, and when three times a day
19   calling each of our phones, we just decided not
20   to -- just to stop answering the phone calls.
21       Q    You didn't call back and say -- to any of
22   these voicemails and say, "Please stop calling me"?
23       A    My husband did, yes, he did.  He spoke
24   with her on a number of occasions.  On

1    November 12th, I personally called her back.
2        Q    So you initiated the first call with
3    Ferguson on November 12, 2011, right?
4        A    Yes.
5        Q    And was anyone else on the line besides
6    you and Ferguson?
7        A    No.
8        Q    And was anyone else present with you when
9    you were calling?
10       A    No.
11       Q    Okay.  Do you know what time that first
12   call happened on November 12th?
13       A    It was in the morning.
14       Q    As of November 12, 2011, did you want to
15   avoid foreclosure on your house?
16       A    Did I want to . . .
17       Q    Did you want to stay in your house?
18       A    Yes.
19       Q    How long did that first call on
20   November 12th last?
21       A    Two minutes.
22       Q    Okay.  And why did you call Ferguson?
23       A    My neighbor advised me the night before
24   that she had called and left a message on her

Page 21

1 answering machine, and I just wanted to clarify why
2 they were calling my neighbor.
3     Q    Okay.  Tell me as best you can during that
4 first call on November 12th, the two-minute call,
5 what you said to Ferguson and what she said to you.
6     A    Well, I asked her originally why she
7 called my neighbor, and she said, well, we're trying
8 to get ahold of you.  And I didn't understand.  You
9 know, I tried to explain to her the best I could
10 that I didn't understand how she was calling a
11 neighbor that they didn't know whether I had contact
12 with or not.
13     Q    Okay.  Do you recall anything else from
14 that first conversation?
15     A    Uh-uh.
16     Q    Did Ms. Ferguson reply to you when you
17 explained that?
18     A    Yeah.  She said that they were just trying
19 to get ahold of us, and it was very important.
20     Q    And how did that call end?
21     A    We just hung up.  She said that they're
22 allowed to call whoever they need to call in order
23 to get ahold of the person they're trying to reach,
24 which would be my husband.

Page 22

1     Q    Okay.  So you had no substantive
2 conversation about the loan itself --
3     A    No.
4     Q    -- during this call?  And did you talk
5 about your bankruptcy at all during this call?
6     A    No.
7     Q    Was it purely to ask why they were calling
8 your neighbor?
9     A    Yes.
10     Q    Did the call end hostilely?
11     A    I wouldn't say hostilely.  I just wanted
12 an explanation of why they were calling people in my
13 neighborhood trying to get ahold of me.
14     Q    Did you hang up on Ferguson?
15     A    No, I did not hang up on her.
16     Q    Did she hang up on you?
17     A    No.
18     Q    It just ended peacefully?
19     A    (Indicating.)
20     Q    Okay.  And you don't have any notes or
21 recordings or records of the contents of that first
22 call with Ferguson?
23     A    I don't have -- no, no, I don't.
24     Q    Okay.  And did you initiate the second

Page 23

1 call on November 12, 2011, to Ferguson?
2     A    Yes.
3     Q    And was anyone else on the line for that
4 call?
5     A    No.
6     Q    And was anyone else present for that call?
7     A    No.
8     Q    And what time was that call?
9     A    In the morning also.
10     Q    How long after the first call?
11     A    About 20 minutes or so.
12     Q    And how long did the second call last?
13     A    Nine minutes.
14     Q    How do you know that?  Is that from your
15 phone records?
16     A    It's from my phone records, yes.
17     Q    But your phone records show an outgoing
18 call from you to Green Tree?
19     A    Yes, yes.
20     Q    What was the purpose of the second call?
21 Why did you call the second time?
22     A    Because I was advised again that she had
23 called my neighbor again on November 12th.
24     Q    Okay.  So after the first call you were

Page 24

1 advised again?
2     A    Again that she had called again and left a
3 message on my neighbor's answering machine.
4     Q    And was this -- okay.  Who called to tell
5 you that?  Who told you that?
6     A    My neighbor.  My neighbor.
7     Q    And when was that second -- this was a
8 second voicemail that was left for the neighbor?
9     A    On the land line -- on the answering
10 machine of her home, yes.
11     Q    Okay.  And when was that message left with
12 your neighbor, the second one?
13     A    On the 12th.
14     Q    Did you have an understanding that that
15 voicemail on your neighbor's machine was left after
16 you had called Ferguson the first time?
17     A    Yes, it was -- I think it was made after I
18 called her the first time.
19     Q    So sometime in that 20 minutes after --
20     A    Yes.
21     Q    -- you think Ferguson called your neighbor
22 again and left a voicemail?
23     A    Uh-huh.  Because my neighbor called me and
24 said there is another message on my answering

1 machine.
2    Q    Okay.  Again, tell me as best you can
3 everything you said to Ferguson and she said to you
4 during this second call on November 12th.
5    A    Pretty much the same thing, just wondering
6 why she was calling my neighbor asking for
7 information in regards to any of my personal things
8 that I didn't, you know, talk about with anybody
9 else so . . .
10    Q    What did you understand to be was the
11 voicemail that was left for your neighbor, simply
12 please have Jeff Modica call me?
13    A    Yeah.  It's very important that you have
14 Jeff call me.  But I just wanted -- I didn't
15 understand how they would call that one neighbor to
16 try to get ahold of us not knowing whether we even
17 had contact with them or not.
18    Q    Okay.  Did you understand that Green Tree
19 was calling your neighbor to try to contact Jeff
20 because Jeff and you weren't returning the
21 voicemails to Green Tree?
22    A    Possibly.
23    Q    During either of the calls on
24 November 12th, did you tell Green Tree that you

1 wanted to stay in your house --
2    A    No.
3    Q    -- or words to that effect?
4    A    No.
5    Q    During either of the phone calls on
6 November 12th, did you tell Green Tree that a
7 payment would be made on your loan?
8    A    No.
9    Q    Do you recall anything else from the
10 second conversation on November 12, 2011?
11    A    No.
12    Q    And you don't have any notes, recordings,
13 or records of that second call?
14    A    No.
15    Q    Did you have occasion to speak again with
16 a representative of Green Tree?
17    A    I did not, no.
18    Q    Did you continue to receive voicemails
19 from Green Tree?
20    A    Yes.
21    Q    And you just -- when you would get a call
22 from Green Tree, would you just -- I forgot the word
23 your husband used.
24        MR. BADWAN:  Bounce.

1 BY MR. BLANKENSHIP:
2    Q    Bounce the call?
3    A    Bounce, yes.
4    Q    You just wouldn't accept the call?
5    A    Yes.
6    Q    So you've only had one -- or two
7 conversations with Green Tree both that occurred on
8 November 12, 2011?
9    A    Yes.
10    Q    And both of those were with regard to
11 Green Tree leaving a voicemail with your
12 neighborhood --
13    A    Yes.
14    Q    -- neighbor?  I'm sorry.
15    A    Yes.
16    Q    When did you last receive a call from
17 Green Tree?
18    A    On my phone or --
19    Q    Yes.  Your phone, yes.
20    A    November 12th -- or the last call that I
21 received that I did not answer?
22    Q    Right.  Not a conversation, but just the
23 last time Green Tree called you.
24    A    I would say April of 2011 -- 12th, I'm

1 sorry.  2012.
2    Q    He made the same mistake.
3    A    I'm sorry.  I'm sorry.  2012.
4    Q    No, that's okay.  We made the same mistake
5 earlier today.
6    A    Okay.  Okay.  Yeah, 2012.
7    Q    So between November 12, 2011, and
8 April 2012 you continued to receive --
9    A    Yes.
10    Q    -- voicemails from Ms. Ferguson?
11    A    Yes.
12    Q    And were those again on a daily basis?
13    A    Yes.
14    Q    Sometimes multiple times a day?
15    A    Yes.
16    Q    And you didn't return any of those
17 voicemails?
18    A    No.
19    Q    And did you ask your husband to return any
20 of those voicemails?
21    A    No.
22    Q    If you look at paragraph 30, this
23 paragraph refers to a conversation with Ferguson on
24 December 20, 2011.  That was your husband that had

Page 29

1 that conversation, correct?
2     A    Yes.
3     Q    And you didn't overhear that conversation?
4     A    No.
5     Q    Do you know anything that was said during
6 that conversation?
7     A    Just from what he explained to me.
8     Q    What did your husband explain to you about
9 the call that he had with Green Tree on December 20,
10 2011?
11     A    That Katie Ferguson asked for a payment,
12 any type of payment.  And my husband, while he was
13 talking to her, she had put her supervisor on the
14 line, and then my husband spoke with her supervisor.
15     Q    Okay.  Do you recall anything else your
16 husband told you about that conversation?
17     A    Regarding -- the supervisor, he had said
18 if you have filed for bankruptcy, how come you are
19 unable to pay the loan?
20     Q    Do you recall anything else?
21     A    No.
22     Q    What was your husband's demeanor after he
23 got off the --
24     A    Upset.

Page 30

1     Q    Describe to me how you concluded that he
2 was upset.
3     A    A lot of things going on and then having
4 somebody insult you pretty much.
5     Q    I'm trying to get -- how did his -- how he
6 manifest the fact that he was upset?
7     A    He told me he was very upset.
8     Q    Okay.  That's what I was looking for.
9     A    Okay.
10     Q    How long did he remain upset?
11     A    Until the next morning.
12     Q    Did you have any discussions at that time
13 about what you should do in response to Green Tree's
14 calls?
15     A    Yes, we did.
16     Q    What?
17     A    Just -- you know, we didn't know what to
18 do.  It was just a lot going on at one time, and
19 then having, you know, that hang over your head that
20 somebody would call you three times a day to
21 collect, you know, it just was very upsetting to us.
22     Q    Well, you didn't really know why they were
23 calling since you didn't return the calls, right?
24     A    Well, my husband had conversations with

Page 31

1 them prior, but just having somebody call you three
2 times a day is overwhelming.
3     Q    But not enough for you to call back and
4 say why are you calling me three times a day?
5     A    After a while, you just -- you know, it's
6 very -- it's just overwhelming.  At a certain point,
7 it just becomes overwhelming to have to answer three
8 phone calls every single day from the same person.
9     Q    But you didn't answer any of the calls.
10 You would always bounce them, right?
11     A    Well, yes, I would.
12     Q    And just so I'm clear, this was on your
13 cell phone, so you always knew when it was ringing.
14 It's not like you were not home and then got home to
15 a voicemail.  You knew the call was coming --
16     A    Yes.
17     Q    -- and you chose to ignore it?
18     A    Yes.
19     Q    Okay.  In paragraph 25 you allege that
20 Ms. Ferguson called both of the debtors' parents
21 inquiring about the debtors?  And who are your
22 parents?
23     A    Halina Kuzianik.
24     Q    And who are your husband's parents?

Page 32

1     A    Margaret Pangallo.
2     Q    How do you know that Green Tree called
3 Margaret Pangallo?
4     A    She wrote down every time that they called
5 and let us know with the name, the institution, and
6 the phone number.
7     Q    And did she tell you or do you only know
8 because she told Jeff?
9     A    She told Jeff.
10     Q    Okay.
11     A    Yes.
12     Q    So you haven't had any conversations with
13 Margaret Pangallo about the calls from Green Tree to
14 her?
15     A    No.
16     Q    You only know about those calls from what
17 Jeff told you?
18     A    Uh-huh.
19     Q    And what he told you is that she would
20 write -- she wrote down that Green Tree had called
21 and wanted him to call her back?
22     A    Yes.
23     Q    How many times did you understand Green
24 Tree to have called Margaret Pangallo?

Page 33

1    A    At least twice.
2    Q    Do you know if Jeff called Green Tree back
3 in response to the messages left with Margaret
4 Pangallo?
5    A    I don't know.
6    Q    And how do you know Green Tree called
7 Halina?
8    A    My mom told me, yes.
9    Q    How many times did Green Tree call your
10 mom?
11    A    At least twice.
12    Q    Do you know when those calls were?
13    A    I'm not exactly sure.
14    Q    Were they before your call with Green Tree
15 on November 12, 2011?
16    A    I think it might have been after.
17    Q    Okay.  And what did Halina tell you
18 that -- did she actually speak with someone from
19 Green Tree --
20    A    Yes.
21    Q    -- or did she just receive voicemails?
22    A    Yes.
23    Q    She spoke with them?
24    A    Uh-huh.

Page 34

1    Q    And what did Halina tell you Green Tree
2 had said during her conversations with Green Tree?
3    A    That again stated the name; that they were
4 calling from Green Tree; and that it was very
5 important they get ahold of one of us.
6    Q    And you didn't call Green Tree in response
7 to any of the conversations your mother had with
8 Green Tree, correct?
9    A    No.
10    Q    And your husband didn't either, correct?
11    A    No.
12    Q    Did you have any discussion with your
13 mother about the calls from Green Tree?
14    A    Yes.
15    Q    What?
16    A    She just wanted to know who they were and
17 why they were calling her.
18    Q    And what did you tell her?
19    A    I just said it's our mortgage, and they're
20 just calling to get ahold of us.
21    Q    Okay.  Did you tell her you weren't
22 current on your mortgage?
23    A    No.
24    Q    Did your parents know about the

Page 35

1 bankruptcy?
2    A    No.
3    Q    Did Jeff's parents know about the
4 bankruptcy?
5    A    No.
6    Q    Did Jeff's parents know that you weren't
7 current on your mortgage?
8    A    No.
9    Q    Have you seen any documents -- you
10 indicated that Margaret Pangallo would write down
11 who called.  Have you actually seen any documents
12 that she -- where she wrote down the calls?
13    A    At the time of the calls, yes.
14    Q    Okay.  Do those documents still exist?
15    A    I don't have them.
16    Q    Do you know if they still exist?
17    A    I don't.
18    Q    Okay.  And did your mother make any
19 recordings of --
20    A    Just the name and the phone number, yes.
21    Q    And did she give that to you, those notes
22 to you?
23    A    I'm not sure.
24    Q    Okay.  So you don't know if those notes

Page 36

1 still exist either, then?
2    A    No, I don't.
3    Q    Okay.  Now, going back to November 12 --
4 is it November 12th?
5    A    Yeah.
6    Q    Yeah.  -- when Green Tree called your
7 neighbor, that was Donna Birmingham?
8    A    Yes.
9    Q    And do you know when the first call Green
10 Tree made to Donna Birmingham was?
11    A    I believe it was the day before -- it was
12 November 11th.
13    Q    November 11th.  And the second call to
14 Birmingham was on November --
15    A    -- 12th.
16    Q    Okay.  Did Birmingham actually speak with
17 a representative of Green Tree or were those
18 voicemails?
19    A    They were just on her answering machine.
20    Q    And she told you again that someone
21 identified themselves as calling from Green Tree.
22 They were trying to get ahold of Jeff and wanted
23 Jeff to call them back?
24    A    Yes.

Page 37

```
 1    Q    And left a phone number?
 2    A    Yes.
 3    Q    Anything else?
 4    A    No.
 5    Q    Do you know if Birmingham took any notes
 6  or made any records?
 7    A    I don't.  I don't.
 8    Q    You're not aware of any notes?
 9    A    No.
10    Q    Did you have any discussions with
11  Birmingham about the calls from Green Tree?
12    A    No.
13    Q    Are you aware of any other calls that
14  Green Tree made to anyone other than you, Jeff,
15  Birmingham, your mom, or Jeff's mom?
16    A    No.
17    Q    Okay.  In paragraph 35 of Exhibit 1, you
18  allege that a representative of Green Tree sent a
19  large intimidating man to visit debtors at the
20  property.  Were you there for that visit?
21    A    Yes.
22    Q    When did that happen?
23    A    March of 2012.
24    Q    Do you remember the day?
```

Page 38

```
 1    A    I don't.  I know --
 2    Q    Do you remember early or late March?
 3    A    Early March.
 4    Q    First half of March?
 5    A    Yeah.
 6    Q    And what time of day?
 7    A    Mid-morning.
 8    Q    Like 10 o'clock?
 9    A    Like 11 o'clock-ish, yeah.
10    Q    And I want you to walk me through what
11  happened.
12    A    Okay.  I was in the living room, sitting
13  watching TV with my kids, and I saw a pickup truck
14  pull into my driveway.  So I kept doing what I was
15  doing, and then there was -- my doorbell rang, so I
16  opened the door, and there was a man standing at the
17  door.  And he said, "Is Jeffrey home?"  I said, "No,
18  he's not."  He said -- he handed me something and
19  said, "This is" -- he gave me a piece of paper and
20  said, "When Jeff gets home, you make sure that he
21  calls me right away.  It's very important."  And I
22  said, "Okay."  And that was it.  He left.
23    Q    Okay.  Can you describe the man?
24    A    Tall, heavier set.  He had like a goatee,
```

Page 39

```
 1  brown hair.
 2    Q    How tall?
 3    A    Six-one.  He was pretty tall.
 4    Q    How heavy?
 5    A    Oh, I'm so bad with weight.  220 pounds.
 6    Q    Okay.  And what was his race?
 7    A    White.
 8    Q    White.
 9    A    He was white.
10    Q    And he asked if Jeff was home?
11    A    Yes.
12    Q    And you said no?
13    A    Right.
14    Q    And handed you something?
15    A    Uh-huh.
16    Q    And said when Jeff gets home, have him
17  call me.  It's very important?
18    A    Uh-huh.
19    Q    And then he left?
20    A    Uh-huh.
21    Q    What did he hand you?
22    A    A piece of paper.
23    Q    Do you know what that paper was?
24    A    I can't recall what it said on it, but
```

Page 40

```
 1  there was a Green Tree logo on it.  It did have my
 2  husband's name on it and a phone number.
 3    Q    What did you do in response to that?
 4    A    Well, closed the door, and then I called
 5  my husband and let him know that somebody was here
 6  looking for him.
 7    Q    And what did he say?
 8    A    Well, he said we'd talk about it when he
 9  got home from work.  He was at work.
10    Q    And did you talk about it when he got home
11  from work?
12    A    Yes.
13    Q    What did you talk about it?
14    A    I just let him know that a man came to the
15  house, and I showed him the letter, and that was it.
16    Q    Do you know if your husband did anything
17  in response to getting that letter?
18    A    I don't.
19    Q    And you didn't do anything --
20    A    No.
21    Q    -- in response to this visit from Green
22  Tree?
23    A    Uh-uh.
24    Q    You allege that he was intimidating.  How
```

1 was he intimidating?
2     A    I guess tone of his voice.
3     Q    What was there about the tone of his voice
4 that you found intimidating?
5     A    I would say harsh.
6     Q    Was he yelling?
7     A    No.
8     Q    And you didn't make any notes or records
9 of that visit by this man?
10     A    Not -- no.
11     Q    Did your children see this man?
12     A    Yes.
13     Q    How did that happen?
14     A    They were in the living room with me, and
15 then when I opened the door, they both -- I was
16 holding my younger one.  He was still a baby, and
17 then my other one was by my side.
18     Q    How old was he?
19     A    Three.
20     Q    The man didn't threaten you in any way,
21 though?
22     A    No.
23     Q    What damages have you personally incurred
24 as a result of Green Tree's phone calls which you

1 contend violate the discharge order?
2     A    It's very upsetting and having to explain
3 your situation to my parents and my neighbor.  Just
4 a lot was going on at the time and just very
5 upsetting.  Very upsetting.
6     Q    I thought you said you didn't actually
7 explain anything to your parents?
8     A    Well, they were asking why they were
9 receiving phone calls from somebody that we were
10 dealing with.
11     Q    And what did you tell them?
12     A    Just that we had some -- you know, some
13 stuff to straighten out.  We never revealed what was
14 going on in our personal life.
15     Q    And I thought the neighbor you didn't tell
16 anything?
17     A    No.  We didn't tell her anything.  We
18 didn't tell her anything regarding our financial
19 situation or anything like that.  Just she was
20 curious as to why people were calling her looking
21 for us.
22     Q    You haven't sought any counseling or
23 medical assistance to deal with the emotional
24 ramifications of these calls from Green Tree?

1     A    No.
2     Q    Did you experience stress as a result of
3 the fear of losing your house?
4     A    Yes.
5     Q    How significant was that stress to you?
6     A    Significant.
7     Q    You never called Green Tree to talk about
8 ways to avoid losing your house, correct?
9     A    No.
10     Q    Why not?
11     A    I don't know.  There was, like I said, a
12 lot going on besides receiving multiple phone calls
13 on a daily basis.
14     Q    Just so I'm clear, you didn't answer any
15 of those multiple phone calls you received on a
16 daily basis, right?
17     A    No.
18     Q    And you didn't return any calls in
19 response to any of the voicemails left to you
20 multiple times on a daily basis?
21     A    No.
22     Q    Even though those calls were very
23 upsetting to you?
24     A    Right.

1     Q    You made no effort to contact Green Tree
2 to tell them to stop calling you, right?
3     A    Right.
4          MR. BLANKENSHIP: I don't have any other
5 questions.
6          MR. BADWAN: Very briefly.
7              CROSS-EXAMINATION
8 BY MR. BADWAN:
9     Q    When you got married to Jeff, he
10 already -- was he already living in the home?
11     A    Yes.
12     Q    And he obtained the loan for the home, was
13 it before you guys got together so --
14     A    We weren't married when he obtained the
15 loan for the house.
16     Q    So he signed for the loan alone --
17     A    Yes.
18     Q    -- for the first and the second mortgage?
19     A    Yes.
20     Q    Now, did you ever give Green Tree your
21 number?
22     A    No.
23     Q    Did you ever tell Green Tree that you
24 filed bankruptcy?

1   A   Yes.
2   Q   Did they -- did they ever tell you you
3   need to make a payment?
4   A   Yes.
5   Q   And who told you that?
6   A   Katie Ferguson when she spoke with my
7   husband on that December date.
8   Q   Okay.  But did they ever tell you?
9   A   No.
10  Q   Okay.  When they -- so you never gave them
11  your number.  Did you ever ask them how they got
12  your number?
13  A   No, I never asked.
14  Q   And you testified that you never told them
15  you have an intent to stay in the home when you
16  talked to Katie Ferguson on November 12th?
17  A   Right.
18  Q   You simply just told her -- asked her why
19  she was calling your neighbor?
20  A   Yes.
21  Q   And she responded -- what was her response
22  again?
23  A   That they were just trying to get ahold of
24  us because it was very important.

1   Q   Did she tell you she was from Green Tree?
2   A   Yes.
3   Q   Did she tell you the status of the loan,
4   whether it was late or anything like that?
5   A   No.
6   Q   And she called -- you testified earlier
7   she called your neighbor twice, correct?
8   A   Twice.
9   Q   And both times she left voicemails?
10  A   Yes.
11  Q   So the first time -- how did you find out
12  that they called your neighbor the first time?
13  A   My neighbor called me and said that she
14  stated the name, the institution, and the phone
15  number.
16  Q   Okay.  How about the second time?
17  A   Same.
18  Q   How did that make you feel?
19  A   Embarrassed.
20  Q   Did your neighbor ever ask you, "Do you
21  owe people money?"
22  A   Yes.
23  Q   How did you respond?
24  A   I tried to just change the subject.

1   Q   Were you embarrassed?
2   A   Yeah, very.
3   Q   Did you feel like your privacy was
4   invaded?
5   A   Yes, definitely.
6   Q   Did your call with Katie Ferguson, was
7   there a sense of urgency in the sense that did she
8   say this is very important.  Your husband needs to
9   call us immediately?
10  A   Yes.
11  Q   Were you receiving mail from Green Tree at
12  the time this was all happening?
13  A   Yes, I was.
14  Q   And could you please describe the contents
15  if you opened -- I don't know if -- they were
16  probably addressed to your husband, but did you ever
17  read any of those mailings?
18  A   Yes.  They were statements.
19  Q   Are you still in possession of those?
20  A   Yes.
21       MR. BADWAN: Okay.  We'll produce those.
22  BY MR. BADWAN:
23  Q   Now, they were calling you and your
24  husband three to five times a day every single day?

1   A   Every single day.
2   Q   Including weekends?
3   A   Yes.
4   Q   Did that affect your marriage in any way?
5   A   Yes, it did.
6   Q   Please elaborate on that.
7   A   Well, very stressful, a lot of sleepless
8   nights.  We fought a lot because we were pretty much
9   at wit's end.  We didn't know what to do.  So both
10  of our hostilities -- we were arguing a lot.
11  Q   Was it a constant reminder almost --
12  A   Pretty much every day.
13  Q   -- of what's going on?
14  A   Yeah.
15  Q   Now, you testified earlier that you didn't
16  call them back and say stop calling.  Is it because
17  you knew why they were calling?
18       MR. BLANKENSHIP: Object to the form of
19  the question.
20  BY MR. BADWAN:
21  Q   Why did you not call them back?
22  A   Because -- you know, well, my husband
23  spoke with them.  It was the same repetitive thing
24  every day, so I didn't want to call back and hear it

Page 49

1  over and over and over again.
2      Q    Now, when they called your mother --
3      A    Uh-huh.
4      Q    -- how did your mother contact you and let
5  you know they called?
6      A    She called me and said, again, this -- she
7  stated the name, where they were calling from, and
8  the phone number they left.
9      Q    When did Green Tree start calling you?
10     A    Right after we stopped paying.
11     Q    And you only had -- was it one
12 conversation you testified to with Katie Ferguson,
13 and that was on November 12th after they called your
14 neighbor twice?
15     A    Yeah, the two-minute phone call and the
16 nine-minute phone call.
17     Q    Did you ever at one point realize they
18 shouldn't be calling you?
19     A    Yes, I did.
20     Q    And when was that?
21     A    When they were -- we -- my husband advised
22 them that we had filed for bankruptcy so . . .
23     Q    Did you have to tell your parents about
24 your bankruptcy filing?

Page 50

1      A    I did.
2      Q    And was it the same day that your mom
3  called you and advised you that they called?
4      A    It was the second time.
5      Q    How did that make you feel?
6      A    Embarrassed.
7      Q    Invasion of privacy?
8      A    Yes.
9      Q    Did you ever give Green Tree your mother's
10 number?
11     A    No.
12     Q    Did your husband ever give them her
13 number?
14     A    No.
15     Q    Did your husband ever give Green Tree, to
16 the best of your knowledge, your neighbor's number?
17     A    No.
18     Q    Did your husband ever give them his
19 mother's number?
20     A    No.
21     Q    All right.  You testified that a man,
22 about six-one, Caucasian male, about 220 pounds came
23 to your house.  What kind of vehicle did he approach
24 in?

Page 51

1      A    It was a tan pickup.
2      Q    And where did he park it?
3      A    Right in my driveway.
4      Q    And did he ring the doorbell?
5      A    Yeah, he rang my doorbell.  He rang my
6  doorbell.
7      Q    How many times?
8      A    Twice.
9      Q    And you stated that you were there with
10 your children --
11     A    Yes.
12     Q    -- at that point?
13     A    Uh-huh.
14     Q    The two younger ones or was it all three?
15     A    It was just the two younger ones.
16     Q    Okay.  And when you went to the door, who
17 went with you to the door?
18     A    My kids.
19     Q    Both of them?
20     A    Yeah.
21     Q    Were you carrying one?
22     A    Yes.
23     Q    Did it startle your kids?
24     A    A little bit, yeah.

Page 52

1      Q    Did they ask who this man was?
2      A    My older one did.
3      Q    How old was he at the time approximately?
4      A    Three.
5      Q    And how did you respond?
6      A    I just said, "Oh, it's somebody for
7  Daddy," because I didn't want to elaborate to my
8  three-year old son who was at our door.
9      Q    Did he say he was from Green Tree?  I know
10 you testified that he gave you a document that had a
11 Green Tree logo.  Did he say --
12     A    He didn't state his name or say he was
13 from Green Tree, but when he handed me the paper, I
14 saw the Green Tree logo on the top of it so . . .
15     Q    Did you see him inspecting the house in
16 any way to see if you guys were still living there?
17     A    Well, when I had my door opened, he was in
18 view of the inside of my house.
19     Q    Okay.  How long would you say your
20 interaction with this man lasted for?
21     A    Three minutes.
22     Q    What was going through your head at this
23 point?
24     A    Just wondering why there was somebody at

Page 53

1  my door to drop off a paper. Kind of shocked that
2  somebody would come to my house to drop off a paper.
3      Q   Did it make you feel like you were losing
4  your house?
5          MR. BLANKENSHIP: Object to the form of
6  the question.
7  BY MR. BADWAN:
8      Q   Was the foreclosure filed at this point;
9  can you recall?
10     A   No. I don't recall. I don't think so.
11     Q   Okay. That's fine. If you don't know --
12     A   I'm not sure.
13     Q   That's fine. You're not sure?
14     A   No, I'm not sure.
15     Q   Okay. By this man -- what message did you
16  take in by this man coming? I mean, what was going
17  through your head? Tell us.
18     A   I guess aggressive because to send
19  somebody to my house and then to drop off a paper
20  and tell me you better have your husband call when
21  he gets home is kind of -- to me it felt very
22  aggressive.
23     Q   Did it make you feel that you need to move
24  soon?

Page 54

1          MR. BLANKENSHIP: Object to the form of
2  the question.
3  BY MR. BADWAN:
4      Q   Answer the question.
5      A   Yes.
6      Q   Did you and your husband start -- did you
7  guys start talking about moving out after this man
8  came?
9      A   Yeah.
10     Q   To the best of your knowledge, did Jeff
11  have to tell his mother why they were receiving the
12  calls?
13     A   Yes.
14     Q   Why you guys were -- why his mother was
15  receiving calls?
16     A   Yes.
17     Q   Did he, to the best of your knowledge,
18  have to tell his mom about the bankruptcy?
19         MR. BLANKENSHIP: Well, objection,
20  speculation.
21  BY MR. BADWAN:
22     Q   Did he ever tell you that he had told his
23  mom he had filed bankruptcy?
24     A   Yes.

Page 55

1      Q   Did he tell you it was a direct cause of
2  the calls?
3      A   Yes.
4      Q   Outside the call on November 12th, you
5  never had a call with Katie Ferguson, an actual
6  conversation, correct?
7      A   No.
8      Q   But she would leave voicemails?
9      A   Yes.
10     Q   And would it be Katie Ferguson every
11  single time?
12     A   Yes.
13     Q   Now, let's talk about the long
14  conversation that your husband had with Katie
15  Ferguson on approximately December 20, 2011. Were
16  you home that day?
17     A   Yes.
18     Q   And can you approximate what time that
19  was?
20     A   Late afternoon.
21     Q   Okay. What were you doing when this --
22  were you -- did you see him have this conversation
23  or did he just tell you about it?
24     A   No, I saw him have the conversation.

Page 56

1      Q   Where were you guys located in your house?
2      A   He was in the bedroom, and I was in the
3  laundry room doing laundry.
4      Q   Could you hear the conversation?
5      A   Yes.
6      Q   Tell us about his tone or his demeanor
7  while he was having this conversation.
8      A   I guess upset for sure and irritated.
9      Q   How long did this conversation last for,
10  if you can approximate? I know it was two years
11  ago.
12     A   About an hour.
13     Q   What happened when he got off the phone?
14     A   He was very upset.
15     Q   What did he tell you?
16     A   Just that he couldn't believe that, you
17  know, this was happening, and that he was on the
18  phone with them for an hour just explaining
19  everything and them asking for a payment, any kind
20  of payment, when he tried -- you know, he explained
21  to them.
22         And then when the supervisor bluntly told
23  him if you filed bankruptcy, how come you don't have
24  money to pay back the debt?

1   Q   Did he tell you or did you -- I'll
2   start -- did you hear any of the conversation?  Was
3   the word "loan modification" ever --
4       MR. BLANKENSHIP: Object to the form.
5   BY MR. BADWAN:
6   Q   Did you hear your husband say the word
7   "loan modification"?
8   A   No.
9   Q   After he got off the phone, did he say
10  that -- did you guys discuss loan modification and
11  start making payments to Green Tree?
12  A   No.
13  Q   Did you hear your husband say, "We filed
14  bankruptcy"?
15  A   Yes.
16  Q   You heard it personally; it's not like he
17  told you?
18  A   Yes.
19  Q   Did they -- okay.  Just describe one last
20  time the overall effect of these phone calls, the
21  large intimidating man.  If you had to summarize how
22  it made you feel and how it affected you and your
23  life, in a nutshell, how would you describe it using
24  adjectives?

1   A   Scared, intimidated, stressed,
2   overwhelmed.
3   Q   And you testified that you received a loan
4   modification on the first mortgage, correct?
5   A   Yes.
6   Q   And were they calling you?
7   A   No.
8   Q   And were you in default?
9   A   Yes.
10  Q   So you weren't making payments on either
11  mortgage, but the first mortgage wasn't calling you
12  but Green Tree was?
13  A   Right.
14  Q   Did you ever speak to a representative
15  with Bayview, which I believe is the servicer that
16  gave the loan modification?
17  A   My husband did.
18  Q   But they never called you?
19  A   No.
20  Q   They never called your mother?
21  A   No.
22  Q   They never called your neighbor?
23  A   Uh-uh.
24  Q   They never called Jeff's mother?

1   A   No.
2       MR. BADWAN: I have no further questions.
3       REDIRECT EXAMINATION
4   BY MR. BLANKENSHIP:
5   Q   What was scary about a voicemail that
6   asked you to call them?
7   A   Because it was every single day and just
8   the sense of urgency.  It was scary to me.  We had a
9   lot of stuff going on at the time, not only worrying
10  about my kids, worrying about everyday life.  And
11  then I had, on top of all that, to deal with three
12  phone calls a day and a voicemail left every single,
13  you know, time.
14  Q   But you weren't scared enough to return
15  any of the voicemails?
16  A   No.
17  Q   And you weren't scared enough to consult
18  an attorney, consult your bankruptcy attorney,
19  correct?
20  A   No.
21  Q   And you weren't scared enough to tell your
22  husband to call Green Tree to get them to stop
23  making calls, right?
24  A   Not that I recall, no.

1   Q   Did the stress of possibly losing your
2   house affect your marriage?
3   A   Yes.
4   Q   Did the stress of losing your house affect
5   your marriage more than the voicemails left by Green
6   Tree?
7   A   No.
8   Q   You equate -- was the stress caused by the
9   calls from Green Tree greater than the stress of
10  possibly losing your house?
11  A   Yes.
12  Q   But still you didn't call Green Tree --
13  A   No.
14  Q   -- to tell them to stop?
15      You never personally told Green Tree that
16  you had filed for bankruptcy, right?
17  A   Personally, no.
18  Q   And Green Tree never personally asked you
19  to make a payment, right?
20  A   No.
21  Q   When your husband was on the phone call
22  with Green Tree on December 20th for approximately
23  an hour, what did you understand them to be talking
24  about for that long a period of time?

Page 61

1    A   Well, I understood that they were asking
2  for a payment from my --
3    Q   Okay.  That takes a couple seconds.  That
4  doesn't take an hour.  What was going on during that
5  hour?
6    A   I don't know the content of the call.
7      MR. BADWAN: Calls for speculation.  I
8  object.
9    A   I don't know.
10  BY MR. BLANKENSHIP:
11   Q   What did you hear?  What did you hear your
12  husband say during that hour on the phone call?
13   A   He just was explaining that -- about that
14  we didn't -- just having to explain to somebody
15  about, you know, if you filed for bankruptcy, how do
16  you not have the money?  That's embarrassing.  And
17  my husband wanted to clarify that that was out of
18  line on their part to ask something like that.
19   Q   Okay.  Again, I don't see how that can
20  take an hour.  What else did you hear him say during
21  that hour?
22      MR. BADWAN: Objection.  She was not a
23  party to the conversation.  All she could hear is
24  what her husband was saying.

Page 62

1  BY MR. BLANKENSHIP:
2    Q   Yeah.  That's what I want to know.  What
3  did he say for an hour besides, "I filed for
4  bankruptcy"?  What else did he say during that hour
5  you heard the call?
6    A   I don't -- I wasn't on the phone with him
7  when he was talking to them.
8    Q   No.  But you were present.  You said in
9  response to your attorneys --
10   A   I was present but --
11   Q   Did you actually hear anything your
12  husband said on that phone call?
13   A   I did.  I did hear.
14   Q   What?  What?
15   A   He -- about the payment that they were
16  asking for.
17   Q   You didn't hear Green Tree say anything,
18  right?
19   A   No.
20   Q   So what did your husband -- you hear your
21  husband say during that one-hour phone call?
22   A   Just about the payment; that we weren't --
23  we didn't -- we weren't paying because we didn't
24  have it, and then he was talking to the supervisor,

Page 63

1  whatever they were talking about.  And I heard him
2  explain -- asking him why he would ask if we filed
3  for the bankruptcy, why did we not have the money.
4    Q   And you don't know what the supervisor
5  was --
6    A   No.
7    Q   -- actually talking to your husband about?
8    A   Uh-huh.
9    Q   Were you embarrassed to file bankruptcy?
10   A   No.
11   Q   And you understand your bankruptcy is a
12  matter of public record, right?
13   A   Right.
14   Q   But you were embarrassed, then, to tell
15  your parents about the bankruptcy?
16   A   Yes, absolutely.
17   Q   But the bankruptcy itself didn't embarrass
18  you?
19   A   Not really.  I mean, explaining to your
20  parents why you had to do something that they have
21  no concern with is embarrassing in itself to have to
22  explain to somebody what your financial situation
23  is.
24   Q   And if you had simply returned Green

Page 64

1  Tree's phone calls, you never would have had to
2  explain it to your parents, correct?
3      MR. BADWAN: It calls for speculation,
4  objection.
5  BY MR. BLANKENSHIP:
6    Q   You can answer.  You can answer the
7  question.
8    A   Oh, I'm sorry.  What was the question
9  again?
10   Q   If you had simply returned Green Tree's
11  phone calls beginning in September 2011, you never
12  would have had to explain to your parents anything,
13  right?
14      MR. BADWAN: I reinstate the objection,
15  but you can answer.
16   A   Possibly not.
17      MR. BLANKENSHIP: Okay.  That's all.
18  Thanks.
19      MR. BADWAN: We are done.
20      THE REPORTER: Signature?
21      MR. BADWAN: We can waive, yeah.
22         (WITNESS EXCUSED.)
23
24

Page 65

1  STATE OF ILLINOIS        )
                            ) SS.
2  COUNTY OF COOK           )

3

4          I, DENIELLE P. MATHYS, Certified Shorthand

5  Reporter No. 084-003933, and Notary Public within

6  and for the County of Kane and State of Illinois, do

7  hereby certify that on December 18, 2013, at

8  11:07 a.m., at 150 North Michigan Avenue,

9  Suite 2130, in the City of Chicago, Illinois, the

10 deponent, KATARZYNA A. MODICA, personally appeared

11 before me.

12         I further certify that KATARZYNA A. MODICA

13 was by me duly sworn to testify the truth and that

14 the foregoing is a true record of the testimony

15 given by KATARZYNA A. MODICA.

16         I further certify that the deposition

17 terminated at 12:04 p.m.

18         I further certify that there were present

19 at the taking of the said deposition the persons and

20 parties as indicated on the appearance page made a

21 part of this deposition transcript.

22         I further certify that the signature of

23 the witness to the foregoing deposition was waived

24 by agreement of counsel; and that I am not counsel

Page 66

1  for nor in any way related to any of the parties to

2  this suit, nor am I in any way interested in the

3  outcome thereof.

4          IN TESTIMONY WHEREOF, I have hereunto set

5  my hand and affixed my notarial seal on this 30th

6  day of December, 2013.

7

8

9

10

11

12

13         _____
           DENIELLE P. MATHYS, CSR
           Notary Public
14         CSR License No. 084-003933

15

16

17

18

19

20

21

22

23

24

**$**

**$375 (1)**
11:19
**$51,000 (1)**
9:1

**A**

**absolutely (1)**
63:16
**accept (1)**
27:4
**accurate (1)**
16:12
**actual (2)**
17:15;55:5
**actually (7)**
15:9;33:18;35:11;
36:16;42:6;62:11;63:7
**Addison (3)**
5:8;8:7;10:16
**addressed (1)**
47:16
**adjectives (1)**
57:24
**advised (6)**
14:19;20:23;23:22;
24:1;49:21;50:3
**affect (3)**
48:4;60:2,4
**affected (2)**
10:17;57:22
**afternoon (1)**
55:20
**again (16)**
23:22,23;24:1,2,2,
22;25:2;26:15;28:12;
34:3;36:20;45:22;49:1,
6;61:19;64:9
**against (1)**
4:16
**aggressive (2)**
53:18,22
**ago (2)**
9:13;56:11
**agreement (1)**
4:10
**ahead (1)**
10:23
**ahold (9)**
21:8,19,23;22:13;
25:16;34:5,20;36:22;
45:23
**allege (4)**
18:1;31:19;37:18;
40:24
**allowed (1)**
21:22
**almost (1)**
48:11
**alone (1)**

44:16
**always (2)**
31:10,13
**America (4)**
9:23;12:2,21;13:10
**amount (1)**
8:24
**applicable (1)**
4:11
**approach (1)**
50:23
**approximate (2)**
55:18;56:10
**approximately (8)**
9:15;11:19;12:11;
17:18;19:2;52:3;55:15;
60:22
**April (2)**
27:24;28:8
**arguing (1)**
48:10
**around (1)**
8:7
**arrange (1)**
14:1
**assistance (1)**
42:23
**assisting (1)**
6:9
**attempt (1)**
14:1
**attorney (2)**
59:18,18
**attorneys (1)**
62:9
**Avenue (1)**
5:8
**avoid (2)**
20:15;43:8
**aware (2)**
37:8,13
**away (1)**
38:21

**B**

**baby (1)**
41:16
**back (14)**
17:24;19:10,13,21;
20:1;31:3;32:21;33:2;
36:3,23;48:16,21,24;
56:24
**bad (1)**
39:5
**BADWAN (20)**
10:19,24;11:3;26:24;
44:6,8;47:21,22;48:20;
53:7;54:3,21;57:5;
59:2;61:7,22;64:3,14,
19,21
**Bank (4)**
9:23;12:1,21;13:10

**Bankruptcy (29)**
4:11;9:5;10:6,9,13,
17;13:18;14:20,21;
22:5;29:18;35:1,4;
44:24;49:22,24;54:18,
23;56:23;57:14;59:18;
60:16;61:15;62:4;63:3,
9,11,15,17
**basis (4)**
28:12;43:13,16,20
**Bayview (1)**
58:15
**becomes (1)**
31:7
**bedroom (1)**
56:2
**began (1)**
14:17
**beginning (1)**
64:11
**besides (3)**
20:5;43:12;62:3
**best (7)**
19:7;21:3,9;25:2;
50:16;54:10,17
**better (1)**
53:20
**bills (2)**
15:6,8
**Birmingham (7)**
36:7,10,14,16;37:5,
11,15
**birthday (1)**
5:10
**bit (1)**
51:24
**BLANKENSHIP (22)**
4:5,8,12,14;7:5;
10:21,23;11:2,4;16:3;
27:1;44:4;48:18;53:5;
54:1,19;57:4;59:4;
61:10;62:1;64:5,17
**bluntly (1)**
56:22
**both (8)**
10:7;27:7,10;31:20;
41:15;46:9;48:9;51:19
**Bounce (4)**
26:24;27:2,3;31:10
**break (1)**
5:4
**briefly (1)**
44:6
**brown (1)**
39:1

**C**

**call (69)**
14:18;19:10,13,21;
20:2,12,19,22;21:4,4,
20,22,22;22:4,5,10,22;
23:1,4,6,8,10,12,18,20,

21,24;25:4,12,14,15;
26:13,21;27:2,4,16,20;
29:9;30:20;31:1,3,15;
32:21;33:9,14;34:6;
36:9,13,23;39:17;47:6,
9;48:16,21,24;49:15,
16;53:20;55:4,5;59:6,
22;60:12,21;61:6,12;
62:5,12,21
**called (39)**
4:2;18:3,5;20:1,24;
21:7;23:23;24:2,4,16,
18,21,23;27:23;31:20;
32:2,4,20,24;33:2,6;
35:11;36:6;40:4;43:7;
46:6,7,12,13;49:2,5,6,
13;50:3,3;58:18,20,22,
24
**calling (28)**
14:17;19:8,19,22;
20:9;21:2,10;22:7,12;
25:6,19;30:23;31:4;
34:4,17,20;36:21;
42:20;44:2;45:19;
47:23;48:16,17;49:7,9,
18;58:6,11
**calls (47)**
14:22;15:3,13;16:15,
19,24;17:9,11,13,15;
18:11,20;19:3,20;
25:23;26:5;30:14,23;
31:8,9;32:13,16;33:12;
34:13;35:12,13;37:11,
13;38:21;41:24;42:9,
24;43:12,15,18,22;
54:12,15;55:2;57:20;
59:12,23;60:9;61:7;
64:1,3,11
**came (3)**
40:14;50:22;54:8
**can (15)**
4:20;10:24;11:1;
19:7;21:3;25:2;38:23;
53:9;55:18;56:10;
61:19;64:6,6,15,21
**carrying (1)**
51:21
**Caucasian (1)**
50:22
**cause (2)**
13:2;55:1
**caused (1)**
60:8
**cell (5)**
15:5;17:3,5;18:22;
31:13
**certain (1)**
31:6
**change (1)**
46:24
**children (2)**
41:11;51:10
**chose (1)**

31:17
**clarify (2)**
21:1;61:17
**clear (2)**
31:12;43:14
**closed (1)**
40:4
**collect (1)**
30:21
**college (2)**
5:20,21
**coming (2)**
31:15;53:16
**concern (1)**
63:21
**concluded (1)**
30:1
**conclusion (1)**
10:20
**constant (1)**
48:11
**consult (2)**
59:17,18
**contact (5)**
21:11;25:17,19;44:1;
49:4
**contacted (1)**
18:2
**contend (2)**
16:16;42:1
**content (2)**
19:6;61:6
**contents (1)**
7:23;22:21;47:14
**continue (1)**
26:18
**continued (5)**
11:13,18;12:14;
14:18;28:8
**conversation (23)**
7:24;15:14;17:16;
18:23;21:14;22:2,2;
26:10;27:22;28:23;
29:1,3,6,16;49:12;55:6,
14,22,24;56:4,7,9;57:2;
61:23
**conversations (9)**
15:9,20;18:8,14;
27:7;30:24;32:12;34:2,
7
**counsel (1)**
7:21
**counseling (1)**
42:22
**Countrywide (9)**
8:15,22;9:9;11:5,9,
14,15,22;12:8
**Countrywide's (1)**
10:15
**couple (2)**
17:10,12;19:5;61:3
**court (1)**
4:24;10:13

**CROSS-EXAMINATION (1)**
44:7
**curious (1)**
42:20
**current (3)**
10:7;34:22;35:7

## D

**Daddy (1)**
52:7
**daily (4)**
28:12;43:13,16,20
**damages (1)**
41:23
**date (1)**
45:7
**dates (1)**
15:8
**day (23)**
16:19,24;17:13;18:4;
19:2,18;28:14;30:20;
31:2,4,8;36:11;37:24;
38:6;47:24,24;48:1,12,
24;50:2;55:16;59:7,12
**days (1)**
6:6
**deal (2)**
42:23;59:11
**dealing (1)**
42:10
**debt (2)**
14:17;56:24
**debtors (7)**
14:16,19,22;16:17;
18:3;31:21;37:19
**Debtors' (2)**
18:2;31:20
**December (5)**
28:24;29:9;45:7;
55:15;60:22
**decided (1)**
19:19
**default (1)**
58:8
**definitely (1)**
47:5
**demeanor (2)**
29:22;56:6
**deposed (1)**
4:17
**deposition (2)**
4:9;6:20
**Describe (5)**
30:1;38:23;47:14;
57:19,23
**DIRECT (2)**
4:4;55:1
**discharge (7)**
10:12;11:17;14:21;
16:16;18:9,21;42:1
**discuss (2)**
14:4;57:10

**discussion (1)**
34:12
**discussions (2)**
30:12;37:10
**distinguish (1)**
16:21
**document (1)**
52:10
**documentation (1)**
15:2
**documents (4)**
7:13;35:9,11,14
**done (1)**
64:19
**Donna (2)**
36:7,10
**door (9)**
38:16,17;40:4;41:15;
51:16,17;52:8;17;53:1
**doorbell (4)**
38:15;51:4,5,6
**down (6)**
4:24;16:17;32:4,20;
35:10,12
**Drastic (1)**
13:1
**driveway (2)**
38:14;51:3
**drop (3)**
53:1,2,19
**duly (1)**
4:2
**during (13)**
21:3;22:4,5;25:4,23;
26:5;29:5;34:2;61:4,
12,20;62:4,21

## E

**earlier (3)**
28:5;46:6;48:15
**early (2)**
38:2,3
**education (1)**
5:19
**effect (2)**
26:3;57:20
**effort (1)**
44:1
**Eight (1)**
5:16
**either (5)**
25:23;26:5;34:10;
36:1;58:10
**elaborate (2)**
48:6;52:7
**else (14)**
7:19;19:11;20:5,8;
21:13;23:3,6;25:9;
26:9;29:15,20;37:3;
61:20;62:4
**embarrass (1)**
63:17

**Embarrassed (5)**
46:19;47:1;50:6;
63:9,14
**embarrassing (2)**
61:16;63:21
**emotional (1)**
42:23
**employed (2)**
6:3,5
**end (3)**
21:20;22:10;48:9
**ended (1)**
22:18
**enough (4)**
31:3;59:14,17,21
**equate (1)**
60:8
**even (3)**
14:19;25:16;43:22
**event (1)**
11:7
**everyday (1)**
59:10
**exactly (2)**
9:13;33:13
**EXAMINATION (2)**
4:4;59:3
**examined (1)**
4:3
**EXCUSED (1)**
64:22
**Exhibit (10)**
7:3,7;14:8,12;16:1,5,
8,11;17:24;37:17
**exist (3)**
35:14,16;36:1
**experience (1)**
43:2
**explain (9)**
21:9;29:8;42:2,7;
61:14;63:2,22;64:2,12
**explained (3)**
21:17;29:7;56:20
**explaining (3)**
56:18;61:13;63:19
**explanation (1)**
22:12

## F

**fact (2)**
11:17;30:6
**fall (1)**
9:15
**fear (1)**
43:3
**Federal (1)**
4:11
**feel (7)**
5:12;46:18;47:3;
50:5;53:3,23;57:22
**felt (1)**
53:21

**Ferguson (26)**
16:20;18:3,5,17;
20:3,6,22;21:5,16;
22:14,22;23:1;24:16,
21;25:3;28:10,23;
29:11;31:20;45:6,16;
47:6;49:12;55:5,10,15
**Ferguson' (1)**
14:24
**few (1)**
10:4
**file (1)**
63:9
**filed (17)**
7:8;9:5;10:6,9;
13:18;14:8;29:18;
44:24;49:22;53:8;
54:23;56:23;57:13;
60:16;61:15;62:3;63:2
**filing (1)**
49:24
**finalized (2)**
10:4;16:9
**financial (2)**
42:18;63:22
**find (1)**
46:11
**fine (2)**
53:11,13
**finish (2)**
5:1;6:1
**first (22)**
4:2;10:1;12:4,21;
15:1;20:2,11,19;21:4,
14;22:21;23:10,24;
24:16,18;36:9;38:4;
44:18;46:11,12;58:4,
11
**five (5)**
16:24;17:13,20,21;
47:24
**follows (1)**
4:3
**force (1)**
11:10
**foreclose (4)**
11:15,22;13:10,23
**foreclosure (6)**
9:20,21;11:6,10;
20:15;53:8
**forgot (1)**
26:22
**form (4)**
48:18;53:5;54:1;
57:4
**fought (1)**
48:8
**found (1)**
41:4
**full (1)**
13:3
**further (1)**
59:2

## G

**gave (4)**
38:19;45:10;52:10;
58:16
**gets (3)**
38:20;39:16;53:21
**goatee (1)**
38:24
**greater (1)**
60:9
**Green (93)**
4:14,16;11:21;12:8,
15,18;13:9,19,22,23;
14:2,5,17,18,23;15:3,9,
13,16,20;16:6,9;17:15,
17;18:2,9,14,20;23:18;
25:18,21,24;26:4,6,16,
19,22;27:7,11,17,23;
29:9;30:13;32:2,13,20,
23;33:2,6,9,14,19;34:1,
2,4,6,8,13;36:6,9,17,
21;37:11,14,18;40:1,
21;41:24;42:24;43:7;
44:1,20,23;46:1;47:11;
49:9;50:9,15;52:9,11,
13,14;57:11;58:12;
59:22;60:5,9,12,15,18,
22;62:17;63:24;64:10
**Group (1)**
9:12
**guess (3)**
41:2;53:18;56:8
**guys (6)**
44:13;52:16;54:7,14;
56:1;57:10

## H

**hair (1)**
39:1
**half (2)**
6:13;38:4
**halfway (1)**
16:17
**Halina (4)**
31:23;33:7,17;34:1
**hand (1)**
39:21
**handed (3)**
38:18;39:14;52:13
**handful (1)**
17:18
**hang (4)**
22:14,15,16;30:19
**happen (2)**
37:22;41:13
**happened (5)**
16:22,22;20:12;
38:11;56:13
**happening (2)**
47:12;56:17

**harsh (1)**
41:5
**head (3)**
30:19;52:22;53:17
**hear (13)**
48:24;56:4;57:2,6,
13;61:11,11,20,23;
62:11,13,17,20
**heard (3)**
57:16;62:5;63:1
**heavier (1)**
38:24
**heavy (1)**
39:4
**highest (1)**
5:19
**hold (1)**
6:11
**holding (1)**
41:16
**home (20)**
6:18;10:10;11:11,23;
13:3,20;24:10;31:14,
14;38:17,20;39:10,16;
40:9,10;44:10,12;
45:15;53:21;55:16
**hostilely (2)**
22:10,11
**hostilities (1)**
48:10
**hour (11)**
8:5;56:12,18;60:23;
61:4,5,12,20,21;62:3,4
**house (21)**
9:20;13:11,15;17:22;
20:15,17;26:1;40:15;
43:3,8;44:15;50:23;
52:15,18;53:2,4,19;
56:1;60:2,4,10
**hundred (1)**
14:22
**hung (1)**
21:21
**husband (43)**
5:7;7:18;8:12;16:23;
18:12;19:17,23;21:24;
26:23;28:19,24;29:8,
12,14,16;30:24;34:10;
40:5,16;45:7;47:8,16,
24;48:22;49:21;50:12,
15,18;53:20;54:6;
55:14;57:6,13;58:17;
59:22;60:21;61:12,17,
24;62:12,20,21;63:7
**husband's (3)**
29:22;31:24;40:2

## I

**identification (2)**
7:4;16:2
**identified (1)**
36:21

**ignore (1)**
31:17
**Illinois (1)**
5:8
**Immediately (2)**
14:16;47:9
**important (8)**
19:9;21:19;25:13;
34:5;38:21;39:17;
45:24;47:8
**Including (1)**
48:2
**income (1)**
13:1
**incurred (1)**
41:23
**indicated (1)**
35:10
**Indicating (1)**
22:19
**information (2)**
16:15;25:7
**initial (2)**
8:14;18:11
**initiate (1)**
22:24
**initiated (1)**
20:2
**inquiring (1)**
31:21
**inside (1)**
52:18
**inspecting (1)**
52:15
**institution (2)**
32:5;46:14
**insult (1)**
30:4
**intent (2)**
10:10;45:15
**interaction (1)**
52:20
**interrogatories (1)**
16:6
**intimidated (1)**
58:1
**intimidating (5)**
37:19;40:24;41:1,4;
57:21
**into (3)**
8:6;10:24;38:14
**invaded (1)**
47:4
**Invasion (1)**
50:7
**irritated (1)**
56:8

## J

**Jeff (17)**
5:13;25:12,14,19,20;
32:8,9,17;33:2;36:22,

23;37:14;38:20;39:10,
16;44:9;54:10
**Jeffrey (1)**
38:17
**Jeff's (4)**
35:3,6;37:15;58:24
**job (1)**
6:8
**June (1)**
9:6

## K

**KATARZYNA (3)**
4:1,7,9
**Katie (12)**
14:24;16:19;18:3,5;
29:11;45:6,16;47:6;
49:12;55:5,10,14
**kept (1)**
38:14
**kids (6)**
6:18;13:4;38:13;
51:18,23;59:10
**kind (5)**
10:3;50:23;53:1,21;
56:19
**knew (4)**
19:17;31:13,15;
48:17
**knowing (1)**
25:16
**knowledge (3)**
50:16;54:10,17
**Kuzianik (1)**
31:23

## L

**land (2)**
17:21;24:9
**large (2)**
37:19;57:21
**last (11)**
6:8;10:4;12:17,20;
20:20;23:12;27:16,20,
23;56:9;57:19
**lasted (1)**
52:20
**late (7)**
16:18,18,24;17:1;
38:2;46:4;55:20
**laundry (2)**
56:3,3
**Law (1)**
9:12
**least (2)**
33:1,11
**leave (2)**
13:15;55:8
**leaving (1)**
27:11
**left (17)**

15:16;20:24;24:2,8,
11,15,22;25:11;33:3;
37:1;38:22;39:19;
43:19;46:9;49:8;59:12;
60:5
**legal (1)**
10:20
**letter (2)**
40:15,17
**level (1)**
5:19
**lien (1)**
10:16
**life (3)**
42:14;57:23;59:10
**line (5)**
17:22;20:5;23:3;
24:9;29:14;61:18
**little (2)**
9:14;51:24
**live (1)**
5:7
**living (4)**
38:12;41:14;44:10;
52:16
**loan (18)**
8:17;9:3;10:1;11:19;
12:8;14:4;22:2;26:7;
29:19;44:12,15,16;
46:3;57:3,7,10;58:3,16
**loans (1)**
10:7
**located (1)**
56:1
**logo (3)**
40:1;52:11,14
**long (11)**
5:15,23;8:4;20:19;
23:10,12;30:10;52:19;
55:13;56:9;60:24
**look (6)**
6:23;7:13;14:15;
16:4,14;28:22
**looked (4)**
6:21;7:10;14:10,11
**looking (3)**
30:8;40:6;42:20
**losing (6)**
43:3,8;53:3;60:1,4,
10
**lot (9)**
8:12;30:3,18;42:4;
43:12;48:7,8,10;59:9

## M

**machine (6)**
21:1;24:3,10,15;
25:1;36:19
**mail (1)**
47:11
**mailings (1)**
47:17

**makes (1)**
5:12
**making (6)**
12:23;13:5,8;57:11;
58:10;59:23
**male (1)**
50:22
**man (14)**
37:19;38:16,23;
40:14;41:9,11,20;
50:21;52:1,20;53:15,
16;54:7;57:21
**manifest (1)**
30:6
**many (5)**
17:15;19:1;32:23;
33:9;51:7
**March (6)**
6:15;12:11;37:23;
38:2,3,4
**Margaret (6)**
32:1,3,13,24;33:3;
35:10
**marked (4)**
7:4,6;16:2,4
**marriage (3)**
48:4;60:2,5
**married (7)**
5:13,15;8:18,19,20;
44:9,14
**Marshall (1)**
4:13
**matter (1)**
63:12
**May (3)**
8:21;16:18;17:1
**maybe (1)**
9:13
**mean (2)**
53:16;63:19
**Medical (2)**
6:9;42:23
**message (5)**
20:24;24:3,11,24;
53:15
**messages (1)**
33:3
**Mid-morning (1)**
38:7
**might (1)**
33:16
**minutes (5)**
20:21;23:11,13;
24:19;52:21
**mistake (2)**
28:2,4
**MODICA (9)**
4:1,7,9,13;5:13;7:3;
16:1,5;25:12
**modification (7)**
10:1;14:4;57:3,7,10;
58:4,16
**mom (7)**

33:8,10;37:15,15;
50:2;54:18,23
**money (4)**
46:21;56:24;61:16;
63:3
**month (3)**
9:8;11:19;12:5
**monthly (4)**
11:14,18;12:15,17
**months (1)**
10:4
**more (1)**
60:5
**morning (3)**
20:13;23:9;30:11
**mortgage (16)**
8:14,22;9:9;10:1,16;
11:6,7;12:4,21;34:19,
22;35:7;44:18;58:4,11,
11
**mortgages (2)**
12:24;13:10
**mother (9)**
34:7,13;35:18;49:2,
4;54:11,14;58:20,24
**mother's (2)**
50:9,19
**motion (5)**
4:16;7:1,7;14:7;
17:24
**move (1)**
53:23
**moved (1)**
8:6
**moving (1)**
54:7
**much (5)**
13:5;25:5;30:4;48:8,
12
**multiple (4)**
28:14;43:12,15,20

**N**

**name (11)**
4:6,13;14:23;19:8;
32:5;34:3;35:20;40:2;
46:14;49:7;52:12
**need (4)**
5:4;21:22;45:3;
53:23
**needs (1)**
47:8
**neighbor (28)**
18:2;20:23;21:2,7,
11;22:8;23:23;24:6,6,
8,12,21,23;25:6,11,15,
19;27:14;36:7;42:3,15;
45:19;46:7,12,13,20;
49:14;58:22
**neighborhood (2)**
22:13;27:12
**neighbor's (3)**

24:3,15;50:16
**next (1)**
30:11
**night (1)**
20:23
**nights (1)**
48:8
**Nine (1)**
23:13
**nine-minute (1)**
49:16
**Northwest (1)**
6:9
**notes (9)**
15:2,19;22:20;26:12;
35:21,24;37:5,8;41:8
**notice (1)**
4:10
**November (30)**
18:1,6,10,14,18,22;
20:1,3,12,14,20;21:4;
23:1,23;25:4,24;26:6,
10;27:8,20;28:7;33:15;
36:3,4,12,13,14;45:16;
49:13;55:4
**number (15)**
17:5;19:24;32:6;
35:20;37:1;40:2;44:21;
45:11,12;46:15;49:8;
50:10,13,16,19
**nutshell (1)**
57:23

**O**

**Object (5)**
48:18;53:5;54:1;
57:4;61:8
**Objection (5)**
10:19;54:19;61:22;
64:4,14
**obtained (5)**
8:14,21;9:9;44:12,14
**occasion (1)**
26:15
**occasions (1)**
19:24
**occurred (1)**
27:7
**o'clock (1)**
38:8
**o'clock-ish (1)**
38:9
**October (3)**
6:15;16:18;17:1
**off (6)**
29:23;53:1,2,19;
56:13;57:9
**old (4)**
5:12;41:18;52:3,8
**older (1)**
52:2
**one (14)**

14:22;16:24;24:12;
25:15;27:6;30:18;34:5;
41:16,17;49:11,17;
51:21;52:2;57:19
**one-hour (1)**
62:21
**ones (2)**
51:14,15
**only (5)**
27:6;32:7,16;49:11;
59:9
**opened (4)**
38:16;41:15;47:15;
52:17
**options (1)**
9:19
**order (3)**
16:16;21:22;42:1
**originally (1)**
21:6
**out (5)**
13:11;42:13;46:11;
54:7;61:17
**outgoing (1)**
23:17
**Outside (1)**
55:4
**over (9)**
6:21,23;7:10;9:14;
14:22;30:19;49:1,1,1
**overall (1)**
57:20
**overhear (1)**
29:3
**overwhelmed (1)**
58:2
**overwhelming (3)**
31:2,6,7
**owe (1)**
46:21

**P**

**Pangallo (6)**
32:1,3,13,24;33:4;
35:10
**paper (7)**
38:19;39:22,23;
52:13;53:1,2,19
**paperwork (2)**
6:22,23
**paragraph (6)**
14:15;18:1;28:22,23;
31:19;37:17
**parents (13)**
31:20,22,24;34:24;
35:3,6;42:3,7;49:23;
63:15,20;64:2,12
**park (1)**
51:2
**part (1)**
61:18
**parties (1)**

4:10
**party (1)**
61:23
**pay (2)**
29:19;56:24
**paying (3)**
14:16;49:10;62:23
**payment (14)**
12:18,20;14:1,18;
26:7;29:11,12;45:3;
56:19,20;60:19;61:2;
62:15,22
**payments (10)**
11:7,14,18,21;12:4,
15,23;13:8;57:11;
58:10
**peacefully (1)**
22:18
**people (3)**
22:12;42:20;46:21
**per (1)**
16:19
**period (2)**
6:11;60:24
**person (2)**
21:23;31:8
**personal (2)**
25:7;42:14
**personally (8)**
16:23;18:17;20:1;
41:23;57:16;60:15,17,
18
**phone (44)**
15:4,4,5,5,13,17;
17:3,5,11,15;18:22;
19:20;23:15,16,17;
26:5;27:18,19;31:8,13;
32:6;35:20;37:1;40:2;
41:24;42:9;43:12,15;
46:14;49:8,15,16;
56:13,18;57:9,20;
59:12;60:21;61:12;
62:6,12,21;64:1,11
**phones (1)**
19:19
**pickup (2)**
38:13;51:1
**piece (2)**
38:19;39:22
**please (6)**
4:19;14:15;19:22;
25:12;47:14;48:6
**point (7)**
12:9;13:16;31:6;
49:17;51:12;52:23;
53:8
**position (1)**
6:12
**possession (1)**
47:19
**Possibly (4)**
25:22;60:1,10;64:16
**pounds (2)**

39:5;50:22
**preparation (3)**
7:10,14,16
**prepare (1)**
6:19
**present (4)**
20:8;23:6;62:8,10
**presently (1)**
6:3
**Pretty (5)**
25:5;30:4;39:3;48:8,
12
**previously (2)**
7:4;16:2,4;19:18
**prior (3)**
13:5;18:14;31:1
**privacy (2)**
47:3;50:7
**probably (1)**
47:16
**produce (1)**
47:21
**prompted (1)**
9:17
**property (5)**
8:6,9,15;10:16;37:20
**public (1)**
63:12
**pull (1)**
38:14
**purely (1)**
22:7
**purpose (1)**
23:20
**pursuant (1)**
4:10
**pursue (1)**
11:6
**pursued (1)**
11:10
**put (1)**
29:13

**R**

**race (1)**
39:6
**ramifications (1)**
42:24
**rang (3)**
38:15;51:5,5
**reach (1)**
21:23
**read (1)**
47:17
**realize (1)**
49:17
**really (3)**
6:21;30:22;63:19
**recall (13)**
9:11;12:7;14:9;18:8;
19:7;21:13;26:9;29:15,
20;39:24;53:9,10;

59:24
**receive (6)**
16:23;18:20;26:18;
27:16;28:8;33:21
**received (7)**
10:12;14:22;15:3;
16:19;27:21;43:15;
58:3
**receiving (5)**
42:9;43:12;47:11;
54:11,15
**recognize (2)**
7:7;16:5
**record (3)**
4:8;17:10;63:12
**recordings (4)**
15:2;22:21;26:12;
35:19
**records (13)**
15:2,4,13,17;17:8,
12;22:21;23:15,16,17;
26:13;37:6;41:8
**REDIRECT (1)**
59:3
**reduction (1)**
13:1
**refers (1)**
28:23
**reflect (1)**
4:8
**regard (1)**
27:10
**regarding (3)**
9:19;29:17;42:18
**regards (1)**
25:7
**regular (2)**
11:14,18
**regularly (1)**
12:14
**reinstate (1)**
64:14
**remain (1)**
30:10
**remember (2)**
37:24;38:2
**reminder (1)**
48:11
**repetitive (1)**
48:23
**rephrase (2)**
4:20;10:24
**reply (1)**
21:16
**reporter (2)**
4:24;64:20
**represent (2)**
4:14;9:12
**representative (5)**
14:23;26:16;36:17;
37:18;58:14
**requesting (1)**
14:18

**respond (2)**
46:23;52:5
**responded (1)**
45:21
**response (11)**
16:17;19:13;30:13;
33:3;34:6;40:3,17,21;
43:19;45:21;62:9
**responses (1)**
16:6
**result (5)**
15:14;18:23;19:3;
41:24;43:2
**resulted (2)**
9:24;17:16
**retain (1)**
9:17
**retained (1)**
9:11
**return (5)**
28:16,19;30:23;
43:18;59:14
**returned (2)**
63:24;64:10
**returning (1)**
25:20
**revealed (1)**
42:13
**review (2)**
14:8;16:8
**Rheumatology (1)**
6:10
**right (29)**
8:7;11:7,11,16,24;
15:15,18;20:3;27:22;
30:23;31:10;38:21;
39:13;43:16,24;44:2,3;
45:17;49:10;50:21;
51:3;58:13;59:23;
60:16,19;62:18;63:12,
13;64:13
**ring (1)**
51:4
**ringing (1)**
31:13
**room (3)**
38:12;41:14;56:3
**rules (1)**
4:11

### S

**same (9)**
4:23;12:1;25:5;28:2,
4;31:8;46:17;48:23;
50:2
**Sanford-Brown (2)**
5:22;6:6
**save (1)**
15:22
**saw (3)**
38:13;52:14;55:24
**saying (1)**

61:24
**Scared (4)**
58:1;59:14,17,21
**scary (2)**
59:5,8
**schedule (1)**
14:2
**searching (1)**
9:19
**second (16)**
8:22;9:9;22:24;
23:12,20,21;24:7,8,12;
25:4;26:10,13;36:13;
44:18;46:16;50:4
**seconds (1)**
61:3
**send (1)**
53:18
**sense (3)**
47:7,7;59:8
**sent (1)**
37:18
**September (5)**
10:13;12:18,24;
18:21;64:11
**series (1)**
4:15
**served (1)**
16:9
**servicer (1)**
58:15
**servicing (1)**
12:7
**set (1)**
38:24
**shocked (1)**
53:1
**short-cut (1)**
8:11
**show (5)**
7:6;15:8,13;17:13;
23:17
**showed (2)**
14:7;40:15
**shown (1)**
15:17
**side (1)**
41:17
**signatory (2)**
8:17;9:3
**Signature (1)**
64:20
**signed (1)**
44:16
**significant (2)**
43:5,6
**simply (4)**
25:11;45:18;63:24;
64:10
**single (7)**
17:13;31:8;47:24;
48:1;55:11;59:7,12
**sitting (1)**

38:12
**situation (3)**
42:3;19;63:22
**Six (3)**
17:19,20,21
**Six-one (2)**
39:3;50:22
**sleepless (1)**
48:7
**somebody (11)**
30:4,20;31:1;40:5;
42:9;52:6,24;53:2,19;
61:14;63:22
**someone (4)**
9:21;15:9;33:18;
36:20
**sometime (1)**
24:19
**Sometimes (1)**
28:14
**son (1)**
52:8
**sons (1)**
5:17
**soon (1)**
53:24
**sorry (5)**
27:14;28:1,3,3;64:8
**sought (1)**
42:22
**South (1)**
5:7
**speak (7)**
4:23;7:16,21;26:15;
33:18;36:16;58:14
**speculation (3)**
54:20;61:7;64:3
**spoke (10)**
7:22;18:3,12,17;
19:17,23;29:14;33:23;
45:6;48:23
**standing (1)**
38:16
**start (5)**
49:9;54:6,7;57:2,11
**started (1)**
18:11
**startle (1)**
51:23
**state (5)**
4:6;14:16;16:16,18;
52:12
**stated (5)**
19:8;34:3;46:14;
49:7;51:9
**statements (2)**
14:12;47:18
**status (1)**
46:3
**stay (7)**
10:10;11:23;13:3,19;
20:17;26:1;45:15
**Stayed (1)**

6:18
**still (8)**
11:6;35:14,16;36:1;
41:16;47:19;52:16;
60:12
**stop (7)**
12:23;19:20,22;44:2;
48:16;59:22;60:14
**stopped (4)**
13:3,8;14:16;49:10
**stopping (1)**
13:6
**straighten (1)**
42:13
**stress (6)**
43:2,5;60:1,4,8,9
**stressed (1)**
58:1
**stressful (1)**
48:7
**stuff (2)**
42:13;59:9
**subject (2)**
14:17;46:24
**substantive (1)**
22:1
**Sulaiman (1)**
9:12
**summarize (1)**
57:21
**supervisor (6)**
29:13,14,17;56:22;
62:24;63:4
**Sure (9)**
4:7;10:18;33:13;
35:23;38:20;53:12,13,
14;56:8
**sworn (1)**
4:2

### T

**talk (7)**
22:4;25:8;40:8,10,
13;43:7;55:13
**talked (1)**
45:16
**talking (7)**
29:13;54:7;60:23;
62:7,24;63:1,7
**Tall (3)**
38:24;39:2,3
**tan (1)**
51:1
**telephone (1)**
16:15
**testified (8)**
4:3;45:14;46:6;
48:15;49:12;50:21;
52:10;58:3
**Thanks (1)**
64:18
**though (2)**

41:21;43:22
**thought (2)**
42:6,15
**threaten (1)**
41:20
**threatening (1)**
9:21
**three (13)**
5:17;19:2,18;30:20;
31:1,4,7;41:19;47:24;
51:14;52:4,21;59:11
**three-year (1)**
52:8
**times (11)**
19:18;28:14;30:20;
31:2,4;32:23;33:9;
43:20;46:9;47:24;51:7
**title (1)**
8:9
**today (4)**
7:11,14,17;28:5
**together (1)**
44:13
**told (16)**
24:5;29:16;30:7;
32:8,9,17,19;33:8;
36:20;45:5,14,18;
54:22;56:22;57:17;
60:15
**tone (3)**
41:2,3;56:6
**took (1)**
37:5
**top (2)**
52:14;59:11
**toss (1)**
13:11
**total (1)**
14:22
**transferred (1)**
12:8
**Tree (88)**
4:14,16;11:21;12:8,
15,18;13:9,19,22,23;
14:2,5,17,18,23;15:3,
10,14,16,20;16:9;
17:16,17;18:2,9,14,20;
23:18;25:18,21,24;
26:6,16,19,22;27:7,11,
17,23;29:9;32:2,13,20,
24;33:2,6,9,14,19;34:1,
2,4,6,8,13;36:6,10,17,
21;37:11,14,18;40:1,
22;42:24;43:7;44:1,20,
23;46:1;47:11;49:9;
50:9,15;52:9,11,13,14;
57:11;58:12;59:22;
60:6,9,12,15,18,22;
62:17
**Tree's (5)**
16:6;30:13;41:24;
64:1,10
**tried (3)**

21:9;46:24;56:20
**trouble (1)**
13:13
**truck (1)**
38:13
**truthful (2)**
14:13;16:11
**try (3)**
4:20;25:16,19
**trying (9)**
8:11;16:21;21:7,18,
23;22:13;30:5;36:22;
45:23
**TV (1)**
38:13
**twice (8)**
18:4,6;33:1,11;46:7,
8;49:14;51:8
**Two (6)**
5:24;20:21;27:6;
51:14,15;56:10
**two-minute (2)**
21:4;49:15
**type (1)**
29:12
**typing (1)**
4:24

### U

**Uh-uh (4)**
19:12;21:15;40:23;
58:23
**ultimately (1)**
9:24
**unable (1)**
29:19
**understood (5)**
10:15;11:5,9,13;61:1
**up (5)**
16:19;21:21;22:14,
15,16
**Upset (7)**
29:24;30:2,6,7,10;
56:8,14
**upsetting (5)**
30:21;42:2,5,5;43:23
**urgency (2)**
47:7;59:8
**used (1)**
26:23
**using (1)**
57:23

### V

**various (1)**
16:15
**vehicle (1)**
50:23
**view (1)**
52:18
**Villa (1)**

5:8
**violate (2)**
16:16;42:1
**visit (4)**
37:19,20;40:21;41:9
**voice (2)**
41:2,3
**voicemail (9)**
15:16;24:8,15,22;
25:11;27:11;31:15;
59:5,12
**voicemails (17)**
15:22;19:4,7,14,22;
25:21;26:18;28:10,17,
20;33:21;36:18;43:19;
46:9;55:8;59:15;60:5

### W

**waive (1)**
64:21
**walk (1)**
38:10
**watching (1)**
38:13
**way (3)**
41:20;48:4;52:16
**ways (1)**
43:8
**week (1)**
13:7
**weekends (1)**
48:2
**weight (1)**
39:5
**weren't (11)**
8:18;25:20;34:21;
35:6;44:14;58:10;
59:14,17,21;62:22,23
**What's (2)**
5:19;48:13
**White (3)**
39:7,8,9
**willing (1)**
13:15
**within (1)**
10:4
**witness (2)**
4:2;64:22
**wit's (1)**
48:9
**wondering (2)**
25:5;52:24
**word (3)**
26:22;57:3,6
**words (1)**
26:3
**work (4)**
13:6;40:9,9,11
**working (1)**
13:3
**worrying (2)**
59:9,10

**write (2)**
32:20;35:10
**wrote (3)**
32:4,20;35:12

### Y

**year (4)**
6:13,16;9:13,14
**years (3)**
5:16,24;56:10
**yelling (1)**
41:6
**Yesterday (3)**
8:3;14:10,11
**younger (2)**
41:16;51:14,15

### 1

**1 (6)**
7:3,7;14:8,12;17:24;
37:17
**10 (1)**
38:8
**100 (1)**
14:22
**11 (1)**
38:9
**11th (2)**
36:12,13
**12 (14)**
18:1,6,10,14,18,22;
20:3,14;23:1;26:10;
27:8;28:7;33:15;36:3
**12th (16)**
20:1,12,20;21:4;
23:23;24:13;25:4,24;
26:6;27:20,24;36:4,15;
45:16;49:13;55:4

### 2

**2 (4)**
16:1,5,8,11
**20 (5)**
23:11;24:19;28:24;
29:9;55:15
**2000 (1)**
8:7
**2006 (1)**
8:20
**2008 (3)**
8:21;9:6;10:13
**2011 (24)**
6:2;12:12,18,24;
16:18;17:1;18:1,6,10,
15,18,22;20:3,14;23:1;
26:10;27:8,24;28:7,24;
29:10;33:15;55:15;
64:11
**2012 (9)**
6:15;9:15;16:18;

17:1;28:1;3,6,8;37:23
**20th (1)**
60:22
**22 (1)**
14:15
**220 (2)**
39:5;50:22
**240 (1)**
5:7
**25 (1)**
31:19
**27 (1)**
18:1

### 3

**30 (1)**
28:22
**35 (1)**
37:17

### 5

**5 (1)**
16:19

### 6

**6 (2)**
9:6;16:14
**630625-2342 (1)**
17:6

### 7

**700 (1)**
13:7
**7-3-83 (1)**
5:11

### 8

**8th (1)**
18:21

### 9

**9 (1)**
10:13

# EXHIBIT C

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JEFFREY R.MODICA, )
KATARZYNA A. MODICA a.k.a. )
KATIE MODICA, ) Case No. 1:14-cv-03308
           Plaintiffs, )
            ) Honorable Judge James B. Zagel
            )
            )
GREEN TREE SERVICING, LLC )
            )
           Defendant. )

## DECLARATION OF JEFFREY R. MODICA

I, Jeffrey R. Modica, depose and state as follows:

1. I am over twenty-one (21) years of age and I am competent to make this declaration. If called as a witness at a trial or hearing in this case, I can testify to the matters as set forth herein from personal knowledge.

2. In May 2008, I obtained a loan from Countrywide Home Loans ("Countrywide") in the approximate amount of $51,000.00 ("subject debt") secured by a second mortgage on my home located at 240 South Villa Avenue, Addison, Illinois.

3. I provided Countrywide with the following numbers in my application for the subject debt: (a) (630) 359-3507 as my "Home Phone" and (b) (630) 393-1701 as my "Business Phone." Neither of the above telephone numbers are my cellular phone number, which is (630) 625-2000.

4. On June 6, 2008, I filed a Chapter 7 bankruptcy along with my wife, Katie Modica.

5. I received a discharge of all my debts, including the subject debt on September 9, 2008.

6. At the time I received a discharge I was still current on the subject debt.

7. At some point after my discharge, the subject debt was transferred from Countrywide to Green Tree.

8. In September or October of 2011, I stopped making payments to Green Tree because I could no longer afford it, as my wife cease employment to care for our children.

9. After I stopped making payments on the subject debt, Green Tree started placing phone calls to my cellular phone, my wife's cellular phone, my parents' phones, my wife's parents' phones, and my neighbors' phones.

10. Frustrated with Green Tree's calls to my family members and neighbors, on December 20, 2011, I made a call to Green Tree to demand they stop calling our family members and neighbors. In that phone call I told Green Tree that I will not pay them as the debt was included in my bankruptcy and that I do not want the home.

11. I have never provided my cellular phone number to Green Tree or any of its representatives and do not know how Green Tree obtained my cellular phone number.

I affirm under the penalties for perjury, that the following foregoing representations are true.

/s/ _____
Jeffrey R. Modica

# EXHIBIT D

GREEN TREE SERVICING

COLLECTION COMMENT LIST

PROGRAM - COM120

ACCOUNT NUMBER: #9859344 JEFF MODICA                    REGION: #8

| DATE | TIME | INITIALS | COMMENTS |
|------|------|----------|----------|
| 7/18/13 | 13:16.17 | DMM | Legal Mail flag has been applied |
| 3/18/13 | 13:34.43 | DMM | Account Review |
| 1/23/13 | 9:42.13 | AAA | OUTCOME: LM, FOLLOW-UP DATE: 3/18/2013 |
| 1/23/13 | 9:46.48 | AAA | Management Review |
| 8/15/12 | 16:31.17 | STS | AVM Value Added per CIS-1552 |
| 7/31/12 | 14:55.05 | STS | AVM Value Added per CIS-1446 |
| 5/30/12 | 14:35.07 | STS | AVM Value Added per CIS-1245 |
| 4/24/12 | 11:17.29 | KEF | Left a message |
| 4/24/12 | 11:17.38 | KEF | Attempted Contact MODICA JEFF,Connected |
| 4/24/12 | 11:17.38 | KEF | To: 6306253342,Origin Of Contact: Outbou |
| 4/24/12 | 11:17.38 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 4/27/201 |
| 4/24/12 | 11:17.38 | KEF | 2 C # 2000 LMOR...C # 2342 NML |
| 4/23/12 | 16:53.05 | KEF | Left a message |
| 4/23/12 | 16:59.05 | KEF | Attempted Contact MODICA JEFF,Connected |
| 4/23/12 | 16:59.05 | KEF | To: 6306253200,Origin Of Contact: Outbou |
| 4/23/12 | 16:59.05 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 4/25/201 |
| 4/23/12 | 16:59.05 | KEF | 2 C # 2000 LMOR |
| 4/20/12 | 15:26.56 | KEF | Left a message |
| 4/20/12 | 15:26.56 | KEF | Attempted Contact MODICA JEFF,Connected |
| 4/20/12 | 15:26.56 | KEF | To: 6306253200,Origin Of Contact: Outbou |
| 4/20/12 | 15:26.56 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 4/23/201 |
| 4/20/12 | 15:26.56 | KEF | 2 C # 2000 LMOR |
| 4/19/12 | 18:43.20 | KEF | No Message Left |
| 4/19/12 | 18:43.20 | KEF | Attempted Contact MODICA JEFF,Connected |
| 4/19/12 | 18:43.20 | KEF | To: 6306253342,Origin Of Contact: Outbou |
| 4/19/12 | 18:43.20 | KEF | nd,OUTCOME: NML, FOLLOW-UP DATE: 4/20/201 |
| 4/19/12 | 18:43.20 | KEF | 2 C # 2000 NML...C # 2342 NML |
| 4/19/12 | 17:13.09 | KEF | Left a message |
| 4/19/12 | 17:13.09 | KEF | Attempted Contact MODICA JEFF,Connected |
| 4/19/12 | 17:13.09 | KEF | To: 6306253342,Origin Of Contact: Outbou |
| 4/19/12 | 17:13.09 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 4/22/201 |
| 4/19/12 | 17:13.09 | KEF | 2 C # 2000 LMOR...C # 2342 NML |
| 4/18/12 | 10:03.09 | TVL | Management Review |
| 4/16/12 | 10:12.09 | TVL | OUTCOME: NM, FOLLOW-UP DATE: 4/19/2012 |
| 4/16/12 | 11:27.18 | KEF | Left a message |
| 4/16/12 | 11:27.18 | KEF | Attempted Contact MODICA JEFF,Connected |
| 4/16/12 | 11:27.18 | KEF | To: 6306253200,Origin Of Contact: Outbou |
| 4/16/12 | 11:27.18 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 4/19/201 |
| 4/16/12 | 11:27.18 | KEF | 2 C # 2000 LMOR |
| 4/13/12 | 15:20.41 | KEF | Left a message |
| 4/13/12 | 15:20.41 | KEF | Attempted Contact MODICA JEFF,Connected |
| 4/13/12 | 15:20.41 | KEF | To: 6306253200,Origin Of Contact: Outbou |
| 4/13/12 | 15:20.41 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 4/16/201 |
| 4/13/12 | 15:20.41 | KEF | 2 C # 2342 NML...C # 2000 LMOR |
| 4/13/12 | 11:02.05 | KEF | Left a message |
| 4/13/12 | 11:02.05 | KEF | Attempted Contact MODICA JEFF,Connected |
| 4/13/12 | 11:02.05 | KEF | To: 6306253200,Origin Of Contact: Outbou |
| 4/13/12 | 11:02.05 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 4/16/201 |
| 4/13/12 | 11:02.05 | KEF | 2 C # 2342 LMOR...C # 2000 NML |
| 4/12/12 | 18:00.19 | XEF | Left a message |
| 4/12/12 | 18:00.19 | XEF | Attempted Contact MODICA JEFF,Connected |
| 4/12/12 | 18:00.19 | XEF | To: 6306253342,Origin Of Contact: Outbou |

GT-MOD 000001

GREEN TREE SERVICING

COLLECTION COMMENT LIST

PROGRAM - COLL20

ACCOUNT NUMBER: 83953344 JEFF MODICA          REGION: 88

| DATE | TIME | INITIALS | COMMENTS |
|---|---|---|---|
| 4/12/12 | 18.00.15 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 4/15/201 |
| 4/12/12 | 18.00.15 | KEF | 2 C # 2000 LMOR...C # 2342 RNG. |
| 4/13/12 | 11.20.53 | KEF | Left a message |
| 4/13/12 | 11.20.53 | KEF | Attempted Contact MODICA JEFF,Connected |
| 4/13/12 | 11.20.53 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 4/13/12 | 11.20.53 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 4/15/201 |
| 4/13/12 | 11.20.53 | KEF | 2 C # 2342 LMOR..C # 2000 RNG. |
| 4/13/12 | 9.51.00 | KEF | Left a message |
| 4/10/12 | 9.51.00 | KEF | Attempted Contact MODICA JEFF,Connected |
| 4/10/12 | 9.51.00 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 4/10/12 | 9.51.00 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 4/13/201 |
| 4/10/12 | 9.51.00 | KEF | 2 C # 2000 LMOR..C # 2342 RNG |
| 4/10/12 | 9.51.00 | WRA | Management Review |
| 4/10/12 | 9.11.48 | WRA | Management Review |
| 4/09/12 | 17.17.31 | TGI | OUTCOME: RM, FOLLOW-UP DATE: 4/12/2012 - |
| 4/09/12 | 17.17.31 | TGI | NEG RAM EQUITY : AVM $142,171  1ST LIEN |
| 4/09/12 | 17.17.31 | TGI | $177,197.44 BANK OF AMERICA  CML SHOWS |
| 4/09/12 | 17.17.31 | TGI | NR ; CALLED BANK OF AMERICA 800-669-983 |
| 4/09/12 | 17.17.31 | TGI | 3  GT VERBAL PAY OFF AMOUNT |
| 4/09/12 | 17.16.37 | KEF | Left a message |
| 4/09/12 | 17.16.37 | KEF | Attempted Contact MODICA JEFF,Connected |
| 4/09/12 | 17.16.37 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 4/09/12 | 17.16.37 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 4/12/201 |
| 4/09/12 | 17.16.37 | KEF | 2 C # 2000 LMOR |
| 4/09/12 | 14.12.48 | KEF | No Message Left |
| 4/09/12 | 14.22.48 | KEF | Attempted Contact MODICA JEFF,Connected |
| 4/09/12 | 14.22.48 | KEF | To: 6306252342,Origin of Contact: Outbou |
| 4/09/12 | 14.22.48 | KEF | nd,OUTCOME: NM, FOLLOW-UP DATE: 4/10/201 |
| 4/09/12 | 14.22.48 | KEF | 2 C # 2342 RNG |
| 4/05/12 | 10.46.47 | KEF | No Message Left |
| 4/05/12 | 10.46.47 | KEF | Attempted Contact MODICA JEFF,Connected |
| 4/05/12 | 10.46.47 | KEF | To: 6306252342,Origin of Contact: Outbou |
| 4/05/12 | 10.46.47 | KEF | nd,OUTCOME: NM, FOLLOW-UP DATE: 4/13/201 |
| 4/05/12 | 10.46.47 | KEF | 2 C # 2342 RNG |
| 4/06/12 | 8.52.43 | KEF | No Message Left |
| 4/06/12 | 8.52.43 | KEF | Attempted Contact MODICA JEFF,Connected |
| 4/06/12 | 8.52.43 | KEF | To: 6306252342,Origin of Contact: Outbou |
| 4/06/12 | 8.52.43 | KEF | nd,OUTCOME: NM, FOLLOW-UP DATE: 4/7/2012 |
| 4/06/12 | 8.52.43 | KEF | C # 2342 RNG |
| 4/05/12 | 13.59.23 | KEF | No Message Left |
| 4/05/12 | 13.59.23 | KEF | Attempted Contact MODICA JEFF,Connected |
| 4/05/12 | 13.59.23 | KEF | To: 6306252342,Origin of Contact: Outbou |
| 4/05/12 | 13.59.23 | KEF | nd,OUTCOME: NM, FOLLOW-UP DATE: 4/6/2012 |
| 4/05/12 | 13.59.23 | KEF | C # 2000 RNG...C # 2342 RNG |
| 4/04/12 | 14.50.01 | KEF | Left a message |
| 4/04/12 | 14.50.01 | KEF | Attempted Contact MODICA JEFF,Connected |
| 4/04/12 | 14.50.01 | KEF | To: 6306252342,Origin of Contact: Outbou |
| 4/04/12 | 14.50.01 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 4/7/2012 |
| 4/04/12 | 14.50.01 | KEF | C # 2342 LMOR |
| 4/04/12 | 10.58.31 | KSF | No Message Left |
| 4/04/12 | 10.56.31 | KEF | Attempted Contact MODICA JEFF,Connected |
| 4/04/12 | 10.56.31 | KEF | To: 6306252000,Origin of Contact: Outbou |

GT-MOD 000002

GREEN TREE SERVICING

PROGRAM - COR120          COLLECTION COMMENT LIST

ACCOUNT NUMBER: #9N59344 JEFF MODICA        REGION: 58

| DATE | TIME | INITIALS | COMMENTS |
|---|---|---|---|
| 4/04/12 | 10.58.31 | KEF | nd.OUTCOME: NM, FOLLOW-UP DATE: 4/5/2012 |
| 4/04/12 | 10.58.31 | KEF | C # 2000 NRL |
| 4/03/12 | 9.28.46 | KEF | Left a message |
| 4/03/12 | 9.28.46 | KEF | Attempted Contact: MODICA JEFF,Connected |
| 4/03/12 | 9.28.46 | KEF | To: 6316252300,Origin Of Contact: Outbou |
| 4/03/12 | 9.28.46 | KEF | nd.OUTCOME: LM, FOLLOW-UP DATE: 4/4/2012 |
| 4/03/12 | 9.28.46 | KEF | C # 2000 LMOR |
| 4/02/12 | 15.29.50 | KEF | No Message left |
| 4/02/12 | 15.29.50 | KEF | Attempted Contact: MODICA JEFF,Connected |
| 4/02/12 | 15.29.50 | KEF | To: 6316252300,Origin Of Contact: Outbou |
| 4/02/12 | 15.29.50 | KEF | nd.OUTCOME: NM, FOLLOW-UP DATE: 4/3/2012 |
| 4/02/12 | 18.29.50 | KEF | C # 2000 NRL...C # 2342 NRL |
| 4/02/12 | 14.21.48 | NRL | Management Review |
| 4/02/12 | 18.21.45 | NRL | OUTCOME: MR, FOLLOW-UP DATE: 4/2/2012 KT |
| 4/02/12 | 18.21.45 | NRL | LL ME UP FOR C/O THIS WO CHASE EXPIRED |
| 4/02/12 | 15.40.24 | NRL | Sent to Daybreak |
| 4/02/12 | 15.40.24 | KEF | OUTCOME: SZ, FOLLOW-UP DATE: 4/2/2012 |
| 4/02/12 | 15.39.53 | KEF | Left a message |
| 4/02/12 | 15.39.53 | KEF | Attempted Contact: MODICA JEFF,Connected |
| 4/02/12 | 15.39.53 | KEF | To: 4316252300,Origin Of Contact: Outbou |
| 4/02/12 | 15.39.53 | KEF | nd.OUTCOME: LM, FOLLOW-UP DATE: 4/3/2012 |
| 4/02/12 | 15.39.53 | KEF | C # 2000 LMOR...C # 2342 LMOR |
| 3/31/12 | 9.38.18 | KEF | Left a message |
| 3/31/12 | 9.38.18 | KEF | Attempted Contact: MODICA JEFF,Connected |
| 3/31/12 | 9.38.18 | KEF | To: 6316252300,Origin Of Contact: Outbou |
| 3/31/12 | 9.38.18 | KEF | nd.OUTCOME: LM, FOLLOW-UP DATE: 4/3/2012 |
| 3/31/12 | 9.38.18 | KEF | C # 2000 LMOR |
| 3/30/12 | 18.13.08 | KEF | Left a message |
| 3/30/12 | 18.13.08 | KEF | Attempted Contact: MODICA JEFF,Connected |
| 3/30/12 | 18.13.08 | KEF | To: 6316252300,Origin Of Contact: Outbou |
| 3/30/12 | 18.13.08 | KEF | nd.OUTCOME: LM, FOLLOW-UP DATE: 4/2/2012 |
| 3/30/12 | 18.13.08 | KEF | C # 2000 LMOR |
| 3/29/12 | 15.47.40 | KEF | Left a message |
| 3/29/12 | 15.47.40 | KEF | Attempted Contact: MODICA JEFF,Connected |
| 3/29/12 | 15.47.40 | KEF | To: 6316252300,Origin Of Contact: Outbou |
| 3/29/12 | 15.47.40 | KEF | nd.OUTCOME: LM, FOLLOW-UP DATE: 4/1/2012 |
| 3/29/12 | 15.47.40 | KEF | C # 2000 LMOR...C # 2342 LMOR |
| 3/28/12 | 16.04.47 | KEF | Left a message |
| 3/28/12 | 16.04.47 | KEF | Attempted Contact: MODICA JEFF,Connected |
| 3/28/12 | 16.04.47 | KEF | To: 6316252300,Origin Of Contact: Outbou |
| 3/28/12 | 16.04.47 | KEF | nd.OUTCOME: LM ,FOLLOW-UP DATE: 3/31/201 |
| 3/28/12 | 16.04.47 | KEF | 2 C # 2000 LMOR...C # 2342 LMOR |
| 3/28/12 | 14.01.44 | KEF | Account Review |
| 3/28/12 | 13.26.47 | NRL | OUTCOME: AA, FOLLOW-UP DATE: 3/31/2012 |
| 3/20/12 | 13.26.47 | NRL | Management Review |
| 3/20/12 | 11.26.36 | NRL | Management Review |
| 3/29/12 | 11.26.36 | NRL | OUTCOME: MR, FOLLOW-UP DATE: 3/29/2012 C |
| 3/29/12 | 11.26.36 | NRL | ANCELLED BUPA STIP MOD THRU LOSS MIT KTZ |
| 3/29/12 | 11.36.57 | NRL | NT MANAGER |
| 3/28/12 | 11.36.57 | NRL | Management Review |
| 3/28/12 | 11.36.57 | NRL | Connected To: 6316252300,OUTCOME: MR, FO |
| 3/28/12 | 11.36.57 | NRL | LLOW-UP DATE: 3/29/2012 BNLD LOSS MIT TO |

GT-MOD 000003

GREEN TREE SERVICING

PROGRAM - COR120

COLLECTION COMMENT LIST

ACCOUNT NUMBER: 89851344 JEFF MODICA                    REGION: 88

| DATE | TIME | INITIALS | COMMENTS |
|---|---|---|---|
| 3/28/12 | 11.16.57 | MRI | SEE IF CAN REMOVE ACTIVE BGFR SKIP MOD |
| 3/28/12 | 9.25.57 | KEF | No Message Left |
| 3/28/12 | 9.25.57 | KEF | Attempted Contact: MODICA JEFF,Connected |
| 3/28/12 | 9.25.57 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 3/28/12 | 9.25.57 | KEF | nd,OUTCOME: IM, FOLLOW-UP DATE: 3/29/201 |
| 3/28/12 | 9.25.57 | KEF | 2 C # 2000 NML...C # 2342 NML |
| 3/27/12 | 9.43.08 | KEF | No Message Left |
| 3/27/12 | 9.43.08 | KEF | Attempted Contact: MODICA JEFF,Connected |
| 3/27/12 | 9.43.08 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 3/27/12 | 9.43.08 | KEF | nd,OUTCOME: NM, FOLLOW-UP DATE: 3/28/201 |
| 3/27/12 | 9.43.08 | KEF | 2 C # 2000 NML...C # 2342 NML |
| 3/26/12 | 14.06.47 | KEF | Left a message |
| 3/26/12 | 14.06.47 | KEF | Attempted Contact MODICA JEFF,Connected |
| 3/26/12 | 14.06.47 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 3/26/12 | 14.06.47 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 3/28/201 |
| 3/26/12 | 14.06.47 | KEF | 2 C # 2000 LMOR...C # 2342 NML |
| 3/23/12 | 11.55.51 | KEF | Left a message |
| 3/23/12 | 11.55.51 | KEF | Attempted Contact, MODICA JEFF,connected |
| 3/23/12 | 11.55.51 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 3/23/12 | 11.55.51 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 3/26/201 |
| 3/23/12 | 11.55.51 | KEF | 2 C # 2000 LMOR...C # 2342 LMOR |
| 3/21/12 | 16.50.55 | KEF | Left a message |
| 3/21/12 | 16.50.55 | KEF | Attempted Contact, MODICA JEFF,connected |
| 3/21/12 | 16.50.55 | KEF | To: 6306252000,Origin Of Contact: Outbou |
| 3/21/12 | 16.50.55 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 3/24/201 |
| 3/21/12 | 16.50.55 | KEF | 2 C # 2000 LMOR |
| 3/19/12 | 17.26.55 | KEF | Left a message |
| 3/19/12 | 17.26.55 | KEF | Attempted Contact: MODICA JEFF, Connected |
| 3/19/12 | 17.26.55 | KEF | To: 6306252000,Origin Of Contact: Outbou |
| 3/19/12 | 17.26.55 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 3/22/201 |
| 3/19/12 | 17.26.55 | KEF | 2. C # 2000 LMOR |
| 3/16/12 | 15.59.51 | TVI | No Message Left |
| 3/16/12 | 15.59.51 | TVI | Attempted Contact: MODICA JEFF, Connected |
| 3/16/12 | 15.59.51 | TVI | To: 6306252000,Origin Of Contact: Outbou |
| 3/16/12 | 15.59.51 | TVI | nd,OUTCOME: NM, FOLLOW-UP DATE: 3/17/201 |
| 3/16/12 | 15.59.51 | TVI | 2 C # 2000 RANG TWICE SOUNDED LIKE SOMEO |
| 3/16/12 | 15.59.51 | TVI | NE PICKED UP AND DIDNT SPEAK |
| 3/13/12 | 13.16.31 | TVI | Management Review |
| 3/13/12 | 13.16.10 | TVI | DUE DATE NO. FOLLOW-UP DATE: 3/16/2012 M |
| 3/13/12 | 13.16.10 | TVI | ID YEAR EQUITY : AVM $142,171   1ST LIEN $ |
| 3/13/12 | 13.16.10 | TVI | 177,137.46 BANK OF AMERICA   CBR SHOWS |
| 3/13/12 | 13.16.10 | TVI | BK, CALLED BANK OF AMERICA 800-669-5833 |
| 3/13/12 | 13.16.10 | TVI | BY VERBAL PAY OFF AMOUNT |
| 3/13/12 | 10.16.33 | KEF | Left a message |
| 3/13/12 | 10.16.33 | KEF | Attempted Contact: MODICA JEFF, Connected |
| 3/13/12 | 10.16.33 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 3/13/12 | 10.16.33 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 3/16/201 |
| 3/13/12 | 10.16.33 | KEF | 2 C # 2000 LMOR...C # 2342 LMOR |
| 3/12/12 | 11.09.19 | KEF | Left a message |
| 3/12/12 | 11.09.19 | KEF | Attempted Contact MODICA JEFF, Connected |
| 3/12/12 | 11.09.19 | KEF | To: 6306252000,Origin Of Contact: Outbou |
| 3/12/12 | 11.09.19 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 3/15/201 |

GT-MOD 000004

GREEN TREE SERVICING

PROGRAM - CORI20

COLLECTION COMMENT LIST

ACCOUNT NUMBER: 89858344 JEFF MODICA     REGION: 88

| DATE | TIME | INITIALS | COMMENTS |
|---|---|---|---|
| 3/12/12 | 11.09.15 | KEF | 2 C # 2000 LMGR... |
| 3/07/12 | 9.04.40 | KEF | Left a message |
| 3/07/12 | 3.04.40 | KEF | Attempted Contact MODICA JEFF,Connected |
| 3/07/12 | 3.04.40 | KEF | To: 6306252000,Origin Of Contact: Outbou |
| 3/07/12 | 3.04.40 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 3/12/201 |
| 3/07/12 | 14.54.53 | KEF | 2 C # 2000 LMGR |
| 3/06/12 | 16.54.53 | KEF | No Message Left |
| 3/06/12 | 15.54.53 | KEF | Attempted Contact MODICA JEFF,Connected |
| 3/06/12 | 16.54.53 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 3/06/12 | 16.54.53 | KEF | nd,OUTCOME: NM, FOLLOW-UP DATE: 3/7/2012 |
| 3/06/12 | 16.54.53 | KEF | C # 2300 DID NOT RING...C # 2342 NMU |
| 3/06/12 | 14.49.27 | KEF | Left a message |
| 3/06/12 | 14.49.27 | KEF | Attempted Contact MODICA JEFF,Connected |
| 3/06/12 | 14.43.27 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 3/06/12 | 14.43.27 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 3/7/2012 |
| 3/06/12 | 14.43.27 | KEF | C # 2000 NMU...C # 2342 LMOX |
| 3/06/12 | 9.05.47 | KEF | Left a message |
| 3/06/12 | 9.05.47 | KEF | Attempted Contact MODICA JEFF,Connected |
| 3/06/12 | 9.05.47 | KEF | To: 6306252000,Origin Of Contact: Outbou |
| 3/06/12 | 9.05.47 | KEF | nd,OUTCOME: NM, FOLLOW-UP DATE: 3/7/2012 |
| 3/06/12 | 9.05.47 | KEF | C # 2900 LMGR |
| 3/02/13 | 9.04.08 | KEF | Left a message |
| 3/02/13 | 9.04.08 | KEF | Attempted Contact MODICA JEFF,Connected |
| 3/02/13 | 9.04.08 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 3/02/12 | 9.04.08 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 3/5/2012 |
| 3/02/12 | 9.04.08 | KEF | C # 2002 LMGR...C # 2342 NMU |
| 3/01/13 | 14.39.27 | KEF | No Message Left |
| 3/01/12 | 14.39.27 | KEF | Attempted Contact MODICA JEFF,Connected |
| 3/01/12 | 14.39.27 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 3/01/12 | 14.39.27 | KEF | nd,OUTCOME: NM, FOLLOW-UP DATE: 3/2/2012 |
| 3/01/12 | 14.39.27 | KEF | C # 2002 NMU...C # 2342 NMU |
| 3/01/12 | 13.15.35 | KEF | Left a message |
| 3/01/12 | 13.15.35 | KEF | Attempted Contact MODICA JEFF,Connected |
| 3/01/12 | 13.15.35 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 3/01/12 | 13.15.35 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 3/2/2012 |
| 3/01/12 | 13.15.35 | KEF | C # 2000 LMGR...C # 2342 NMU |
| 2/28/12 | 11.54.06 | MMU | Left a message |
| 2/28/12 | 11.54.06 | MMU | Attempted Contact MODICA JEFF,Connected |
| 2/28/12 | 11.54.06 | MMU | To: 6306252000,Origin Of Contact: Outbou |
| 2/28/12 | 10.56.20 | MMU | nd,OUTCOME: LM, FOLLOW-UP DATE: 3/2/2012 |
| 2/28/12 | 10.56.20 | MMU | C # 2900 LMGR |
| 2/28/12 | 10.56.20 | KEF | $2000 VM LD. BOX, LMOR |
| 2/25/12 | 11.09.54 | KEF | Left a message |
| 2/25/12 | 11.09.54 | KEF | Attempted Contact MODICA JEFF,Connected |
| 2/25/12 | 11.09.54 | KEF | To: 6306252000,Origin Of Contact: Outbou |
| 2/25/12 | 11.09.54 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 2/28/201 |
| 2/25/12 | 10.47.53 | KEF | 2 C # 2000 LMGR |
| 2/24/12 | 10.47.53 | KEF | No Message Left |

GREEN TREE SERVICING

PROGRAM - COLL120

COLLECTION COMMENT LIST

ACCOUNT NUMBER: 89888344 JEFF MODICA                    REGION: 88

| DATE | TIME | INITIALS | COMMENTS |
|------|------|----------|----------|
| 2/24/12 | 10.47.53 | KEF | Attempted Contact MODICA JEFF,Connected To: 6306252000,Origin Of Contact: Outbou nd,OUTCOME: NA,FOLLOW-UP DATE: 2/25/201 |
| 2/24/12 | 10.47.53 | KEF | 2 C # 2000 NWL |
| 2/24/12 | 10.47.53 | KEF | Left a message |
| 2/23/12 | 14.23.14 | KEF | Attempted Contact MODICA JEFF,Connected To: 6306252000,Origin Of Contact: Outbou nd,OUTCOME: LM,FOLLOW-UP DATE: 2/25/201 |
| 2/23/12 | 14.23.14 | KEF | 2 C # 2000 LMOR |
| 2/23/12 | 14.23.14 | KEF | Left a message |
| 2/20/12 | 11.44.27 | KEF | Attempted Contact MODICA JEFF,Connected To: 6306252342,Origin Of Contact: Outbou nd,OUTCOME: LM, FOLLOW-UP DATE: 2/23/201 |
| 2/20/12 | 11.44.27 | KEF | 2 C # 2000 LMOR...C # 2342 LMOR..(( PER NOTES)) FAST DATA HOME: C # 630-350-2 |
| 2/20/12 | 11.44.27 | KEF | 086 A WOMAN ANSWERED THE PHONE AND SAID JEFF DOES NOT LIVE THERE. |
| 2/20/12 | 11.44.27 | KEF | Left a message |
| 2/17/12 | 8.59.26 | KEF | Attempted Contact MODICA JEFF,Connected To: 6306252342,Origin Of Contact: Outbou nd,OUTCOME: LM, FOLLOW-UP DATE: 2/20/201 |
| 2/17/12 | 8.59.26 | KEF | 2 C # 2000 LMOR...C # 2342 NWL |
| 2/17/12 | 8.59.26 | KEF | No Message Left |
| 2/16/12 | 10.53.53 | KEF | Attempted Contact MODICA JEFF,Connected To: 6306252342,Origin Of Contact: Outbou nd,OUTCOME: PM, FOLLOW-UP DATE: 2/17/201 |
| 2/16/12 | 10.53.53 | KEF | 2 C # 2000 LMOR...C # 2342 NWL |
| 2/16/12 | 10.53.53 | KEF | Left a message |
| 2/15/12 | 9.51.40 | TV1 | Management Review |
| 2/15/12 | 9.51.40 | TV1 | OUTCOME: NR, FOLLOW-UP DATE: 2/18/2012 H |
| 2/15/12 | 9.51.40 | TV1 | EQ RAW EQUITY : AVM $142,171  1ST LIEN $ |
| 2/15/12 | 9.51.40 | TV1 | 177,137.46 BANK OF AMERICA  CSR SIGNS |
| 2/15/12 | 9.51.40 | TV1 | MK , CALLED BANK OF AMERICA, 800-669-6333 |
| 2/15/12 | 9.51.40 | TV1 | GV VERBAL PAY OFF AMOUNT |
| 2/15/12 | 9.13.21 | KEF | Left message |
| 2/15/12 | 9.13.21 | KEF | Attempted Contact MODICA JEFF,Connected To: 6306252000,Origin Of Contact: Outbou nd,OUTCOME: LM, FOLLOW-UP DATE: 2/18/201 |
| 2/15/12 | 9.13.21 | KEF | 2 C # 2000 LMOR |
| 2/15/12 | 9.13.21 | KEF | No Message Left |
| 2/14/12 | 14.19.13 | KEF | Attempted Contact MODICA JEFF,Connected To: 6306252342,Origin Of Contact: Outbou nd,OUTCOME: NW, FOLLOW-UP DATE: 2/15/201 |
| 2/14/12 | 14.19.13 | KEF | 2 C # 2000 NWL...C # 2342 NWL |
| 2/14/12 | 14.19.13 | KEF | Left a message |
| 2/14/12 | 8.38.03 | KEF | Attempted Contact MODICA JEFF,Connected To: 6306252342,Origin Of Contact: Outbou nd,OUTCOME: LM, FOLLOW-UP DATE: 2/15/201 |
| 2/14/12 | 8.38.03 | KEF | 2 C # 2000 LMOR...C # 2342 LMOR..(( PER NOTES )) FAST DATA: WORK: C # 630-350-2 |
| 2/14/12 | 8.38.03 | KEF | 086 LMOR....WHITE PAGE SEARCH: NO PHONE N |
| 2/14/12 | 8.39.07 | KEF | UNDER AVAILABLE |
| 2/14/12 | 8.39.07 | KEF | Left a message |

COLLECTION COMMENT LIST

ACCOUNT NUMBER: 53953344 JEFF MODICA                     REGION: 98

| DATE | TIME | INITIALS | COMMENTS |
|------|------|----------|----------|
| 2/11/12 | 8.39.07 | KEF | Attempted Contact MODICA JEFF,Connected |
| 2/11/12 | 8.39.07 | KEF | To: 6306252300,Origin Of Contact: Outbou |
| 2/11/12 | 8.39.07 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 2/14/201 |
| 2/11/12 | 8.39.07 | KEF | 2 C # 2000 LMOR |
| 2/10/12 | 16.59.54 | KEF | No Message Left |
| 2/10/12 | 16.59.54 | KEF | Attempted Contact MODICA JEFF,Connected |
| 2/10/12 | 16.59.54 | KEF | To: 6306252300,Origin Of Contact: Outbou |
| 2/10/12 | 16.59.54 | KEF | nd,OUTCOME: NM, FOLLOW-UP DATE: 2/11/201 |
| 2/10/12 | 16.59.54 | KEF | 2 C # 2000 NOL |
| 2/10/12 | 14.11.47 | KEF | Left a message |
| 2/10/12 | 14.11.47 | KEF | Attempted Contact MODICA JEFF,Connected |
| 2/10/12 | 14.11.47 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 2/10/12 | 14.11.47 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 2/13/201 |
| 2/10/12 | 14.11.47 | KEF | 2 C # 2000 LMOR |
| 2/10/12 | 14.11.47 | KEF | 2 C # 2000 PT/PRC...C # 2342 LMOR |
| 2/10/12 | 8.45.56 | KEF | Left a message |
| 2/10/12 | 8.45.56 | KEF | Attempted Contact MODICA JEFF,Connected |
| 2/10/12 | 8.45.56 | KEF | To: 6306252300,Origin Of Contact: Outbou |
| 2/10/12 | 8.45.56 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 2/13/201 |
| 2/10/12 | 8.45.56 | KEF | 2 C # 2000 LMOR |
| 2/09/12 | 14.52.10 | KEF | 2 C # 2000 LMOR... |
| 2/09/12 | 14.52.10 | KEF | Left a message |
| 2/09/12 | 14.52.10 | KEF | Attempted Contact MODICA JEFF,Connected |
| 2/09/12 | 14.52.10 | KEF | To: 6306252300,Origin Of Contact: Outbou |
| 2/09/12 | 14.52.10 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 2/10/201 |
| 2/09/12 | 14.52.10 | KEF | 2 C # 2000 LMOR |
| 2/08/12 | 11.40.27 | AM2 | Left a message |
| 2/08/12 | 11.40.27 | AM2 | Attempted Contact MODICA JEFF,Connected |
| 2/08/12 | 11.40.27 | AM2 | To: 6306252342,Origin Of Contact: Outbou |
| 2/08/12 | 11.40.27 | AM2 | nd,OUTCOME: LM, FOLLOW-UP DATE: 2/11/201 |
| 2/08/12 | 11.40.27 | AM2 | 2 C# 2000 LMOR, C # 2342 LMOR |
| 2/07/12 | 10.39.20 | KEF | Left a message |
| 2/07/12 | 10.39.20 | KEF | Attempted Contact MODICA JEFF,Connected |
| 2/07/12 | 10.39.20 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 2/07/12 | 10.39.20 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 2/8/2012 |
| 2/07/12 | 10.39.20 | KEF | C # 2000 LMOR.....C # 2342 LMOR |
| 2/06/12 | 14.25.06 | KEF | Left a message |
| 2/06/12 | 14.25.06 | KEF | Attempted Contact MODICA JEFF,Connected |
| 2/06/12 | 14.29.06 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 2/06/12 | 14.29.06 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 2/6/2012 |
| 2/06/12 | 14.29.06 | KEF | C # 2000 LMOR...C # 2342 LMOR...( PER M |
| 2/06/12 | 14.29.06 | KEF | GROSS: FAST PAY): NOME ( # 630-391-20 |
| 2/06/12 | 14.29.06 | KEF | 86 LMOR...( ( PER NOTES )) SEARCH: POSSIB |
| 2/06/12 | 14.29.06 | KEF | LE NEIGHBOR, DOUGLAS DMELEM: C # 630-903 |
| 2/06/12 | 14.29.06 | KEF | -6413 LMOR |
| 2/03/12 | 9.01.23 | KEF | Left a message |
| 2/03/12 | 9.01.23 | KEF | Attempted Contact MODICA JEFF,Connected |
| 2/03/12 | 9.01.23 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 2/03/12 | 9.01.23 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 2/6/2012 |
| 2/03/12 | 9.01.23 | KEF | C # 2000 LMOR...C # 2342 LMOR |
| 2/02/12 | 15.15.22 | KEF | No Message Left |
| 2/02/12 | 15.15.22 | KEF | Attempted Contact MODICA JEFF,Connected |
| 2/02/12 | 15.15.22 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 2/02/12 | 15.15.22 | KEF | nd,OUTCOME: NM, FOLLOW-UP DATE: 2/3/2012 |

GT-MOD 000007

GREEN TREE SERVICING

PROGRAM - COR120

COLLECTION COMMENT LIST

ACCOUNT NUMBER: 89685344 JEFF MODICA                    REGION: 88

| DATE | TIME | INITIALS | COMMENTS |
|------|------|----------|----------|
| 2/02/13 | 15.19.23 | KEF | C @ 2000 HML...C @ 2342 HML |
| 2/02/13 | 11.33.21 | KEF | Left a message |
| 2/02/13 | 11.33.21 | KEF | Attempted Contact MODICA JEFF,Connected |
| 2/02/13 | 11.33.21 | KEF | To: 6306252241,Origin of Contact: Outbou |
| 2/02/13 | 11.33.21 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 2/5/2012 |
| 2/02/13 | 11.33.21 | KEF | C @ 2000 LMOR...C @ 2342 LMOR |
| 2/02/13 | 11.47.54 | KEF | No Message Left |
| 2/01/13 | 16.47.54 | KEF | Attempted Contact MODICA JEFF,Connected |
| 2/01/13 | 16.47.54 | KEF | To: 6306252200,Origin of Contact: Outbou |
| 2/01/13 | 16.47.54 | KEF | nd,OUTCOME: NM, FOLLOW-UP DATE: 2/1/2012 |
| 2/01/13 | 16.47.54 | KEF | C @ 2000 HML |
| 2/01/13 | 13.15.17 | KEF | Left a message |
| 2/01/13 | 13.18.17 | KEF | Attempted Contact MODICA JEFF,Connected |
| 2/01/13 | 13.15.17 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 2/01/13 | 13.15.17 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 2/4/2012 |
| 2/01/13 | 13.15.17 | KEF | C @ 2000 LMOR |
| 1/31/13 | 16.05.31 | AYR | AVR Value Added per CIS-992 |
| 1/31/13 | 16.01.03 | KEF | left a message |
| 1/31/13 | 16.01.03 | KEF | Attempted Contact MODICA JEFF,Connected |
| 1/31/13 | 16.01.03 | KEF | To: 6306252010,Origin of Contact: Outbou |
| 1/31/13 | 16.01.03 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 2/1/2012 |
| 1/31/13 | 16.01.03 | KEF | C @ 2000 LMOR...| RER NOTES ].. FAST PAY |
| 1/31/13 | 16.01.03 | KEF | A: HOME, C @ 630-350-216 A MAN ANSWERED |
| 1/31/13 | 16.01.03 | KEF | THE PHONE SAID AFF DOESN'T LIVE THERE. |
| 1/31/13 | 16.01.03 | KEF | I SAID CAN YOU GET A MESSAGE TO HIM HE S |
| 1/31/13 | 16.01.03 | KEF | AID NO..REF..HUNG UP. |
| 1/31/13 | 16.30.50 | VOD | Left a message |
| 1/30/13 | 16.30.50 | VOD | Attempted Contact MODICA JEFF,Connected |
| 1/30/13 | 16.30.50 | VOD | To: 6306252000,Origin of Contact: Outbou |
| 1/30/13 | 16.30.50 | VOD | nd,OUTCOME: LM, FOLLOW-UP DATE: 2/1/2012 |
| 1/30/13 | 16.30.50 | VOD | C @ 2000 LMOR |
| 1/30/13 | 16.30.50 | VOD | T/(630) 625-2000 LMOR |
| 1/30/13 | 16.46.09 | KEF | No Message Left |
| 1/28/13 | 16.46.09 | KEF | Attempted Contact MODICA JEFF,Connected |
| 1/28/13 | 16.46.09 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 1/28/13 | 16.46.09 | KEF | nd,OUTCOME: NM, FOLLOW-UP DATE: 1/29/201 |
| 1/28/13 | 16.46.09 | KEF | 2 C @ 2000 HML... |
| 1/28/13 | 16.46.09 | KEF | -20BE LMOR |
| 1/28/13 | 11.54.10 | AMR | left a message |
| 1/28/13 | 11.25.54 | AMR | Attempted Contact MODICA JEFF,Connected |
| 1/28/13 | 11.25.54 | AMR | To: 6306252342,Origin of Contact: Outbou |
| 1/28/13 | 11.54.10 | AMR | nd,OUTCOME: LM, FOLLOW-UP DATE: 1/30/201 |
| 1/28/13 | 11.54.10 | AMR | 2 C @ 2000 LMOR...C @ 2342 LMOR...( PR |
| 1/28/13 | 11.54.10 | AMR | R NOTES ) ..FAST DAYS: HOME: C @ 630-350 |
| 1/28/13 | 11.25.54 | AMR | OUTC: 1/29/2012 TRIED LMOR   T2342 LMOR |
| 1/26/13 | 11.25.54 | AMR | Account Review |
| 1/26/13 | 10.49.20 | KEF | OUTCOME: AR, FOLLOW-UP DATE: 1/29/2012 |
| 1/23/13 | 11.57.33 | KEF | left a message |

GT-MOD 000008

GREEN TREE SERVICING

PROGRAM - COR120

RUN TIME
7/29/13 13:03
PAGE 162

COLLECTION COMMENT LIST

ACCOUNT NUMBER: 83858344 JEFF MODICA                REGION: 98

| DATE | TIME | INITIALS | COMMENTS |
|------|------|----------|----------|
| 1/23/12 | 11.57.33 | KEF | Attempted Contact MODICA JEFF,Connected |
| 1/23/12 | 11.57.33 | KEF | To: 6306232342,Origin of Contact: Outbou |
| 1/23/12 | 11.57.33 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 1/26/201 |
| 1/23/12 | 11.57.33 | KEF | 2 C # 2000 LMGR...C # 2342 LMGR..,FAST D |
| 1/23/12 | 11.57.33 | KEF | AYAL XOMG, C # 630-350-2086 A WOMAN ANSW |
| 1/23/12 | 5.03.34 | SVS | ERED THE PHONE AND TOOK MESSAGE. |
| 1/23/12 | 5.03.34 | SVS | MOD MODICA RECEPTION-MOD sent in the les |
| 1/23/12 | 5.03.34 | SVS | t 12 months and still valid |
| 1/23/12 | 9.37.04 | KEF | Left a message |
| 1/20/12 | 9.17.04 | KEF | Attempted Contact MODICA JEFF,Connected |
| 1/20/12 | 9.17.04 | KEF | To: 6306232342,Origin of Contact: Outbou |
| 1/20/12 | 9.17.04 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 1/23/201 |
| 1/20/12 | 9.17.04 | KEF | 2 C # 2000 LMGR., C # 2342 LMGR |
| 1/19/12 | 13.37.30 | NRL | Management Review |
| 1/19/12 | 13.52.33 | NRL | Account Review |
| 1/17/12 | 14.52.33 | EDV | OUTCOME: AR FOLLOW-UP DATE: 1/20/2013 |
| 1/17/12 | 14.51.43 | FTX | Jennifer Verdugo: NEG EAR EQUITY - AVM |
| 1/17/12 | 14.51.43 | FTX | $142,171 1ST LIEN $177,137.44 BANK OF |
| 1/17/12 | 14.51.43 | FTX | AMERICA, CSR SHOWS NE , CALLED BANK |
| 1/17/12 | 14.51.43 | FTX | OF AMERICA 800-669-5353 GT VERBAL PAY |
| 1/17/12 | 14.51.43 | FTX | OFF AMOUNT |
| 1/17/12 | 14.50.07 | FTX | Jennifer Verdugo: Transferred Out of |
| 1/17/12 | 14.50.07 | FTX | Risk Analysis Completed: 01/17/2012 |
| 1/17/12 | 14.50.03 | FTX | Jennifer Verdugo: Risk Analysis |
| 1/17/12 | 14.50.03 | FTX | Completed completed: 01/17/2012 |
| 1/17/12 | 14.43.39 | FTX | Jennifer Verdugo: RA initiated |
| 1/17/12 | 14.43.39 | FTX | completed: 01/17/2012 |
| 1/17/12 | 14.49.16 | FTX | Jennifer Verdugo: The Loss Mitigation |
| 1/17/12 | 14.49.16 | FTX | business area status date was set to |
| 1/17/12 | 14.49.16 | FTX | 01/17/2012. The Loss Mitigation |
| 1/17/12 | 14.49.16 | FTX | business area status was changed |
| 1/17/12 | 14.49.16 | FTX | from Unit Loss Mit detail to Jennifer |
| 1/17/12 | 14.49.16 | FTX | R. Verdugo. |
| 1/17/12 | 14.49.16 | FTX | Left a message |
| 1/16/12 | 15.09.21 | KEF | Attempted Contact MODICA JEFF,Connected |
| 1/16/12 | 15.09.21 | KEF | To: 6306232342,Origin of Contact: Outbou |
| 1/16/12 | 15.09.21 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 1/19/201 |
| 1/16/12 | 15.09.21 | KEF | 2 C # 2000 LMGR |
| 1/16/12 | 14.24.12 | TJL | Management Review |
| 1/16/12 | 16.12.57 | NRL | OUTCOME: SR, FOLLOW-UP DATE: 1/16/2012 |
| 1/13/12 | 16.13.57 | KEF | Management Review |
| 1/13/12 | 16.13.57 | KEF | Attempted Contact MODICA JEFF,Connected |
| 1/13/12 | 16.13.57 | KEF | To: 6306232342,Origin of Contact: Outbou |
| 1/13/12 | 16.13.57 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 1/16/201 |
| 1/13/12 | 16.13.57 | KEF | 2 C # 2000 LMGR |
| 1/12/12 | 13.52.28 | NRL | Management Review |
| 1/12/12 | 13.52.28 | NRL | Management Review |
| 1/12/12 | 13.33.16 | KEF | Third Party Contacts |
| 1/12/12 | 13.33.16 | KEF | Attempted Contact MODICA JEFF,Connected |
| 1/12/12 | 13.33.16 | KEF | To: 6306232342,Origin of Contact: Outbou |
| 1/12/12 | 13.33.16 | KEF | nd,OUTCOME: TC, FOLLOW-UP DATE: 1/14/201 |
| 1/12/12 | 13.33.16 | KEF | 2 C # 2000 LMGR...C # 2342 XAITS ANSWERS |

GT-MOD 000009

GREEN TREE SERVICING

PROGRAM - CCRL20

COLLECTION COMMENT LIST

ACCOUNT NUMBER: 89058344 JEFF MODICA                    REGION: 88

| DATE | TIME | INITIALS | COMMENTS |
|------|------|----------|----------|
| 1/12/12 | 13.13.16 | KEF | D THE PHONE AND THEN RUNG UP ON ME. |
| 1/13/12 | 10.59.16 | NRL | Management Review |
| 1/11/12 | 15.36.01 | KEF | Left a message |
| 1/11/12 | 15.36.01 | KEF | Attempted Contact MODICA JEFF,Connected |
| 1/11/12 | 15.36.01 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 1/11/12 | 15.36.01 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 1/12/201 |
| 1/11/12 | 15.36.01 | KEF | 2 C # 2000 LMOR |
| 1/09/12 | 16.00.56 | KEF | Left a message |
| 1/09/12 | 16.00.56 | KEF | Attempted Contact MODICA JEFF,Connected |
| 1/09/12 | 16.00.56 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 1/09/12 | 16.00.56 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 1/12/201 |
| 1/05/12 | 16.00.56 | KEF | 2 C # 2000 LMOR |
| 1/05/12 | 16.00.56 | KEF | Left a message |
| 1/06/12 | 10.23.20 | KEF | Attempted Contact MODICA JEFF,Connected |
| 1/06/12 | 10.23.20 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 1/06/12 | 10.23.20 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 1/9/2012 |
| 1/04/12 | 10.23.20 | KEF | C # 2000 LMOR |
| 1/04/12 | 16.57.20 | KEF | Left a message |
| 1/04/12 | 16.57.20 | KEF | Attempted Contact MODICA JEFF,Connected |
| 1/04/12 | 16.57.20 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 1/04/12 | 16.57.20 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 1/6/2012 |
| 1/03/12 | 16.57.20 | KEF | C # 2000 LMOR |
| 1/03/12 | 11.28.21 | KEF | Left a message |
| 1/03/12 | 11.48.21 | KEF | Attempted Contact MODICA JEFF,Connected |
| 1/03/12 | 11.58.21 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 1/03/12 | 11.58.21 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 1/4/2012 |
| 1/03/12 | 11.58.21 | KEF | C # 2000 LMOR |
| 12/31/11 | 9.27.21 | KEF | Left a message |
| 12/31/11 | 9.27.21 | KEF | Attempted Contact MODICA JEFF,Connected |
| 12/31/11 | 9.27.21 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 12/31/11 | 9.27.21 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 1/3/2012 |
| 12/30/11 | 9.33.53 | KEF | C # 2010 LMOR |
| 12/30/11 | 9.33.53 | KEF | Left a message |
| 12/30/11 | 9.33.53 | KEF | Attempted Contact MODICA JEFF,Connected |
| 12/30/11 | 9.34.53 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 12/30/11 | 9.34.53 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 12/31/20 |
| 12/29/11 | 9.34.53 | KEF | 11 C # 2000 LMOR |
| 12/29/11 | 10.37.19 | KEF | Left a message |
| 12/29/11 | 10.37.19 | KEF | Attempted Contact MODICA JEFF,Connected |
| 12/29/11 | 10.37.19 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 12/29/11 | 10.37.19 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 12/30/20 |
| 12/29/11 | 10.37.19 | KEF | 11 C # 2342 LMOR |
| 12/28/11 | 8.40.52 | KEF | Left a message |
| 12/28/11 | 8.40.52 | KEF | Attempted Contact MODICA JEFF,Connected |
| 12/28/11 | 8.40.52 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 12/28/11 | 8.40.52 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 12/29/20 |
| 12/28/11 | 8.40.52 | KEF | 11 C # 2000 LMOR |
| 12/27/11 | 11.13.43 | NRL | Left a message |
| 12/27/11 | 11.13.43 | NRL | Attempted Contact MODICA JEFF,Connected |
| 12/27/11 | 11.13.43 | NRL | To: 6306252000,Origin of Contact: Outbou |
| 12/27/11 | 11.13.43 | NRL | nd,OUTCOME: LM, FOLLOW-UP DATE: 12/28/20 |
| 12/27/11 | 11.13.43 | NRL | 11 (630) 625-2010 LMOR |

GT-MOD 000010

COLLECTION COMMENT LIST

ACCOUNT NUMBER: 89358544 JEFF MODICA          REGION: 86

| DATE | TIME | INITIALS | COMMENTS |
|------|------|----------|----------|
| 12/23/11 | 9.48.55 | KEF | Left a message |
| 12/23/11 | 9.48.55 | KEF | Attempted Contact MODICA JEFF,Connected |
| 12/23/11 | 9.48.55 | KEF | To: 6308292000,Origin Of Contact: Outbou |
| 12/23/11 | 9.48.55 | KEF | nd,OUTCOME: IM, FOLLOW-UP DATE: 12/24/20 |
| 12/22/11 | 9.48.55 | KEF | 11 C 8 2000 IMOR |
| 12/22/11 | 11.57.57 | KEF | Left a message |
| 12/22/11 | 11.57.57 | KEF | Attempted Contact MODICA JEFF,Connected |
| 12/22/11 | 11.57.57 | KEF | To: 6308292000,Origin Of Contact: Outbou |
| 12/22/11 | 11.57.57 | KEF | nd,OUTCOME: IM, FOLLOW-UP DATE: 12/22/20 |
| 12/22/11 | 11.57.57 | KEF | 11 C 8 2000 IMOR |
| 12/21/11 | 20.17.14 | PWC | Field Case - Contact Spouse Field Rep 1 |
| 12/21/11 | 20.17.14 | PWC | eft letter to contact RO |
| 12/21/11 | 17.06.00 | MCP | LETTER SENT MCP-Mod Verification Package |
| 12/21/11 | 18.04.50 | NRL | Attempted Contact MODICA JEFF,Connected |
| 12/20/11 | 18.04.50 | NRL | To: 6308292000,Origin Of Contact: Inboun |
| 12/20/11 | 18.04.50 | NRL | d,Intent to Retain Collateral: Y,OUTCOME |
| 12/20/11 | 18.04.50 | NRL | : CC, FOLLOW-UP DATE: 12/21/2011 IN XEFR |
| 12/20/11 | 18.04.50 | NRL | D FR T/O ADV HIM SCA ADV KIM UNDERSTAND |
| 12/20/11 | 18.04.50 | NRL | TAXING FX MOD BUT NOD OUT AND ABOUT TO S |
| 12/20/11 | 18.04.50 | NRL | XPIRE SD THE IF NT HAS FUNDS LEFT OVER A |
| 12/20/11 | 18.04.50 | NRL | FTER BUYING FOOD OR PHI HE WILL CL AND |
| 12/20/11 | 18.04.49 | NRL | DAY IF HAS BEEN ASKD HIM WHO TURNS ARE G |
| 12/20/11 | 18.04.49 | NRL | OING IF NOT PAYING SD HE HAS A FOLDER OF |
| 12/20/11 | 18.04.49 | NRL | BILLS PAID AND OWED SD NT PAYING LST MO |
| 12/20/11 | 18.04.49 | NRL | ST EITHR ADV HIM IF NT PAYING 1ST PMNT O |
| 12/20/11 | 18.04.49 | NRL | R US EVEN IF GETS MOD CAN HE AFFORD SD H |
| 12/20/11 | 18.04.49 | NRL | E WLD LIKE TO THINK SO SD ALL TAXED QUES |
| 12/20/11 | 18.04.49 | NRL | TIONS ARE UPCOMING HIM ADV HIM ND TO KNW |
| 12/20/11 | 18.04.49 | NRL | WHR HE STANDS SD HE WILL PAY WHN HE CAN |
| 12/20/11 | 18.04.49 | NRL | ADV HIM NT IF SENT GT 1 PMNT IN THIS M |
| 12/20/11 | 18.04.48 | NRL | O WILL ND TO PAY TDD TO AVOID F/A SD OK |
| 12/20/11 | 18.04.48 | NRL | Customer Contact |
| 12/20/11 | 18.04.48 | NRL | DO NOT WE ND TO |
| 12/20/11 | 17.45.57 | KEF | Attempted Contact MODICA JEFF,Connected |
| 12/20/11 | 17.45.57 | KEF | To: 6308292000,Origin Of Contact: Inboun |
| 12/20/11 | 17.45.57 | KEF | d,Intent to Retain Collateral: Y,OUTCOME |
| 12/20/11 | 17.45.57 | KEF | : CC, FOLLOW-UP DATE: 12/21/2011 AT2: R |
| 12/20/11 | 17.45.57 | KEF | efused to give RTD JEFF CALLED IN TO STA |
| 12/20/11 | 17.45.57 | KEF | TE WHY HE HASN'T BEEN PAYING HIS LOAN M |
| 12/20/11 | 17.45.57 | KEF | H EXPLAINED ALL INFO FOR A R UPDATED M |
| 12/20/11 | 17.45.57 | KEF | ONEY STATS, EXPENSES, INCOME ETC. HE SAI |
| 12/20/11 | 17.45.57 | KEF | D HE IS 3 MONTHS BEHIND ON FIRST LOAN, H |
| 12/20/11 | 17.45.56 | KEF | E OWES $1,484/MO ON 1ST. I ADV HE NEED T |
| 12/20/11 | 17.45.56 | KEF | O BRING ACC CURRENT. HE SAID HE WILL HAV |
| 12/20/11 | 17.45.56 | KEF | E TO SEE IF HE CAN FIND THE MONEY. I ADV |
| 12/20/11 | 17.45.56 | KEF | I WOULD WORK WITH HIM THROUGH THE DEFAUL |
| 12/20/11 | 17.45.56 | KEF | T AND HE COULD MAKE ONE PAYMENT THIS MON |
| 12/20/11 | 17.45.56 | KEF | TH AND ONE NEXT MONTH AND ANOTHER IN FEB |
| 12/20/11 | 17.45.56 | KEF | WHICH WE ARE WORKING ON THE MOD. HE SAI |
| 12/20/11 | 17.45.56 | KEF | D HE GETS PAID FRIDAY AND WI PAS TO BUY |
| 12/20/11 | 17.45.56 | KEF | GROCERIES AND THEN HE LL SEE IF HE'S GOT |
| 12/20/11 | 17.45.55 | KEF | Customer Contact |

GT-MOD 000011

GREEN TREE SERVICING                    COLLECTION COMMENT LIST

PROGRAM - COH120                                        REGION: 02

ACCOUNT NUMBER: 89858344 JEFF MODICA

| DATE | TIME | INITIALS | COMMENTS |
|---|---|---|---|
| 12/20/11 | 17.45.55 | KEF | ANY MONEY LEFT OVER TO PAY MORTGAGE. I |
| 12/20/11 | 17.45.55 | KEF | ADV WE COULD SET A CHECK UP FOR END OF M |
| 12/20/11 | 17.44.55 | KEF | ONTH, HSBP TO MLIK/SUB FOR T/OFF. |
| 12/20/11 | 17.31.56 | KEF | Letter Requested-Mtd Verification Packag |
| 12/20/11 | 17.31.56 | | e |
| 12/20/11 | 17.34.43 | KEF | SERVICE REQUEST COMPLETED - QUALIFY BORR |
| 12/20/11 | 17.34.43 | KEF | OWER |
| 12/20/11 | 17.15.04 | KEF | SERVICE REQUEST ORDERED - QUALIFY BORROW |
| 12/20/11 | 17.15.04 | KEF | ER |
| 12/20/11 | 17.00.30 | DMJ | Attempted Contact MODICA JEFF.Connected |
| 12/20/11 | 17.00.30 | DMJ | To: 6306252000.Origin of Contact: Inboun |
| 12/20/11 | 17.00.30 | DMJ | d.Intent to Retain Collateral: Y.OUTCOME |
| 12/20/11 | 17.00.30 | DMJ | : UC. FOLLOW-UP DATE: 12/21/2011 CIF $300 |
| 12/20/11 | 17.00.30 | | 0 VERIFIED INFO & SENT TO RSB |
| 12/20/11 | 8.55.04 | KEF | Left a message |
| 12/20/11 | 8.55.04 | KEF | Attempted Contact MODICA JEFF.Connected |
| 12/20/11 | 8.55.04 | KEF | To: 6306252000.Origin Of Contact: Outbou |
| 12/20/11 | 8.55.04 | KEF | nd.OUTCOME: LM. FOLLOW-UP DATE: 12/21/20 |
| 12/20/11 | 8.55.04 | KEF | 11 C # 2000 LMOR |
| 12/19/11 | 11.22.17 | KEF | 11 C # 2000 LMOR, C # 2342 LMOR. |
| 12/19/11 | 11.22.17 | KEF | Left a message |
| 12/19/11 | 11.22.17 | KEF | Left a message |
| 12/19/11 | 11.22.17 | KEF | Attempted Contact MODICA JEFF.Connected |
| 12/19/11 | 11.22.17 | KEF | To: 6306252342.Origin Of Contact: Outbou |
| 12/19/11 | 11.22.17 | KEF | nd.OUTCOME: LM. FOLLOW-UP DATE: 12/20/20 |
| 12/19/11 | 11.22.17 | KEF | 11 C # 2000 LMOR, C # 2342 LMOR. |
| 12/17/11 | 8.58.46 | KEF | Left a message |
| 12/17/11 | 8.58.46 | KEF | Attempted Contact MODICA JEFF.Connected |
| 12/17/11 | 8.58.46 | KEF | To: 6306252010.Origin Of Contact: Outbou |
| 12/17/11 | 8.58.46 | KEF | nd.OUTCOME: LM. FOLLOW-UP DATE: 12/18/20 |
| 12/17/11 | 8.58.46 | KEF | 11 C # 2000 LMOR |
| 12/14/11 | 15.44.22 | KEF | Left a message |
| 12/14/11 | 15.44.22 | KEF | Attempted Contact MODICA JEFF.Connected |
| 12/14/11 | 15.44.22 | KEF | To: 6306252000.Origin of Contact: Outbou |
| 12/14/11 | 15.44.22 | KEF | nd.OUTCOME: LM. FOLLOW-UP DATE: 12/17/20 |
| 12/14/11 | 15.44.22 | KEF | 11 C # 2000 LMOR. ---ACCOUNT SEARCH: PH |
| 12/14/11 | 15.44.22 | KEF | ONE PLUS: 630-628-1520 LMOR. C # 630-263 |
| 12/14/11 | 15.44.22 | KEF | -975 HXES, C # 630-833-4556 FAX CONE |
| 12/14/11 | 15.44.22 | KEF | Left a message |
| 12/13/11 | 16.59.56 | KEF | Attempted Contact MODICA JEFF.Connected |
| 12/13/11 | 16.59.56 | KEF | To: 6306252000.Origin of Contact: Outbou |
| 12/13/11 | 16.59.56 | KEF | nd.OUTCOME: LM. FOLLOW-UP DATE: 12/15/20 |
| 12/13/11 | 16.59.56 | KEF | 11 C # 2000 LMOR |
| 12/13/11 | 18.53.17 | KEF | No Message Left. |
| 12/13/11 | 18.53.17 | KEF | Attempted Contact MODICA JEFF.Connected |
| 12/13/11 | 18.53.17 | KEF | To: 6306252010.Origin of Contact: Outbou |
| 12/13/11 | 18.53.17 | KEF | nd.OUTCOME: NM. FOLLOW-UP DATE: 12/14/20 |
| 12/13/11 | 18.53.17 | KEF | 11 C # 2000 NM |
| 12/13/11 | 11.00.52 | KEF | Left a message |
| 12/13/11 | 11.00.52 | KEF | Attempted Contact MODICA JEFF.Connected |
| 12/13/11 | 11.00.52 | KEF | To: 6306252342.Origin of Contact: Outbou |
| 12/13/11 | 11.00.52 | KEF | nd.OUTCOME: LM. FOLLOW-UP DATE: 12/13/20 |
| 12/13/11 | 11.00.52 | KEF | 11 C # 2000 LMOR, C # 2342 LMOR |

GREEN TREE SERVICING

COLLECTION COMMENT LIST

PROGRAM - COR110

ACCOUNT NUMBER: 99858344 JEFF MODICA          REGION: 88

| DATE | TIME | INITIALS | COMMENTS |
|---|---|---|---|
| 12/10/11 | 8.36.29 | KEF | Left a message |
| 12/10/11 | 8.36.29 | KEF | Attempted Contact MODICA JEFF.Connected |
| 12/10/11 | 8.36.29 | KEF | To: 6306252000,Origin Of Contact: Outbou |
| 12/10/11 | 8.36.29 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 12/11/20 |
| 12/10/11 | 8.36.29 | KEF | 11 L C # 2001 LMOA |
| 12/10/11 | 16.46.15 | KEF | No Message Left |
| 12/09/11 | 16.46.15 | KEF | Attempted Contact MODICA JEFF.Connected |
| 12/09/11 | 16.46.15 | KEF | To: 6306252000,Origin Of Contact: Outbou |
| 12/09/11 | 16.46.15 | KEF | nd,OUTCOME: NM, FOLLOW-UP DATE: 12/10/20 |
| 12/09/11 | 16.46.15 | KEF | 11 L C # 2000 NM |
| 12/09/11 | 10.46.21 | KEF | Left a message |
| 12/09/11 | 10.46.21 | KEF | Attempted Contact MODICA JEFF.Connected |
| 12/09/11 | 10.46.21 | KEF | To: 6306252000,Origin Of Contact: Outbou |
| 12/09/11 | 10.46.21 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 12/10/20 |
| 12/09/11 | 10.46.21 | KEF | 11 L C # 2001 LMOA, C # 2342 LMOR |
| 12/08/11 | 14.21.52 | KEF | Left a message |
| 12/08/11 | 14.21.52 | KEF | Attempted Contact MODICA JEFF.Connected |
| 12/08/11 | 14.21.52 | KEF | To: 6306253342,Origin Of Contact: Outbou |
| 12/08/11 | 14.21.52 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 12/9/201 |
| 12/08/11 | 14.21.52 | KEF | 1 L C # 2100 NM, C # 2342 LMOR |
| 12/08/11 | 13.10.09 | KEF | Left a message |
| 12/08/11 | 13.10.09 | KRF | Attempted Contact MODICA JEFF.Connected |
| 12/08/11 | 13.10.09 | KEF | To: 6306252000,Origin Of Contact: Outbou |
| 12/08/11 | 13.10.09 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 12/9/201 |
| 12/08/11 | 13.10.09 | KEF | 1 L C # 2000 LMOR |
| 12/08/11 | 5.02.49 | SYS | MOD NOTICE EXCEPTION-NCD sent in last 45 |
| 12/07/11 | 5.02.49 | SYS | days |
| 12/06/11 | 17.00.01 | NCP | NOTICE SENT NCP-DEFAULT AND RIGHT TO CUR |
| 12/06/11 | 17.00.01 | NCP | E(Secured) Certified Mail No. 710671121169 |
| 12/06/11 | 17.00.01 | NCP | 017772975 |
| 12/06/11 | 17.00.00 | NCP | LETTER SENT NCP-ECWS ONNRESET? COUNSELIN |
| 12/06/11 | 17.00.00 | NCP | G(EcolBK) |
| 12/06/11 | 10.09.41 | KEF | Left a message |
| 12/06/11 | 10.09.41 | KEF | Attempted Contact MODICA JEFF.Connected |
| 12/06/11 | 10.09.41 | KEF | To: 6306252000,Origin Of Contact: Outbou |
| 12/06/11 | 10.09.41 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 12/7/201 |
| 12/06/11 | 10.09.41 | KEF | 1 L C # 2100 LMOA |
| 12/05/11 | 5.25.48 | NCP | HOME Post Bankrupt Sent NCP -12/06/2011 |
| 12/05/11 | 16.26.05 | BPF | SERVICE REQUEST COMPLETED - NOD PAYOFF Q |
| 12/05/11 | 16.26.05 | BPF | UOTE |
| 12/05/11 | 13.50.54 | KEF | Left a message |
| 12/05/11 | 13.50.54 | KEF | Attempted Contact MODICA JEFF.Connected |
| 12/05/11 | 13.50.54 | KEF | To: 6306253342,Origin Of Contact: Outbou |
| 12/05/11 | 13.50.54 | KEE | nd,OUTCOME: LM, FOLLOW-UP DATE: 12/6/201 |
| 12/05/11 | 13.50.54 | KEF | 1 L C # 2100 LMOR, C # 2342 LMOR |
| 12/05/11 | 5.04.40 | SYS | MOD NOTICE EXCEPTION-NCD has been Reques |
| 12/05/11 | 5.04.40 | SYS | ted |
| 12/03/11 | 9.32.27 | FMC | Field Chase Assigned to CASEKOP |
| 12/03/11 | 15.00.56 | KEF | Account Review |
| 12/02/11 | 14.53.30 | KEF | OUTCOME: AR, FOLLOW-UP DATE: 12/5/2011 |
| 12/02/11 | 14.53.10 | KEF | No Message Left |
| 12/02/11 | 14.53.10 | KEF | Attempted Contact MODICA JEFF.Connected |

GREEN TREE SERVICING

PROGRAM - CORL120

COLLECTION COMMENT LIST

ACCOUNT NUMBER: 59568344 JEFF MODICA

REGION: 88

| DATE | TIME | INITIALS | COMMENTS |
|------|------|----------|----------|
| 12/02/11 | 14:59:30 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 12/02/11 | 14:59:30 | KEF | nd,OUTCOME: NM ,FOLLOW-UP DATE: 12/4/201 |
| 12/02/11 | 14:59:30 | KEF | 1 C # 2000 NM, C # 2342 NM |
| 12/02/11 | 9:40:58 | NRL | Management Review |
| 12/02/11 | 9:40:58 | NRL | |
| 12/02/11 | 9:40:58 | NRL | |
| 12/02/11 | 9:07:24 | KEF | Account Review |
| 12/02/11 | 9:07:24 | KEF | OUTCOME: AR. FOLLOW-UP DATE: 12/5/2011 T |
| 12/02/11 | 9:07:24 | KEF | ILD CLASS REQUESTED |
| 12/02/11 | 9:07:18 | KEF | OUTCOME: MR. FOLLOW-UP DATE: 12/5/2011 |
| 12/02/11 | 9:06:39 | KEF | Sent 12 Dayrreak |
| 12/02/11 | 9:06:39 | KEF | Left a message |
| 12/02/11 | 9:06:39 | KEF | Attempted Contact MODICA JEFF,Connected |
| 12/02/11 | 9:06:39 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 12/02/11 | 9:06:39 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 12/3/201 |
| 12/02/11 | 9:06:39 | KEF | 1 C # 2000 LMOR, C # 2342 LMOR |
| 12/02/11 | 9:06:39 | KEF | BALLY REQUIRED REQUEST INFORMATION UNTIL |
| 12/02/11 | 9:06:39 | KEF | LICKED FOR IT TO GO OUT AGAIN. C # 2342 |
| 12/02/11 | 9:06:39 | KEF | LMOR |
| 12/02/11 | 9:04:09 | KEF | Notice Requested-Default and Right to Cu |
| 12/02/11 | 9:04:09 | KEF | re Amount Delinquent- 1161.21 Letter R |
| 12/02/11 | 9:04:09 | KEF | equested-Home Ownership Counseling Amoun |
| 12/02/11 | 9:04:09 | KEF | t Delinquent- 1161.21 |
| 12/02/11 | 9:04:00 | KEF | Letter Deleted - Home Ownership Counseli |
| 12/02/11 | 9:04:00 | KEF | ng Request Date: 12/03/11 |
| 12/02/11 | 9:03:58 | KEF | Notice Deleted - Default and Right to Cu |
| 12/02/11 | 9:03:58 | KEF | re Request Date: 12/01/11 |
| 12/01/11 | 13:17:34 | KEF | Left a message |
| 12/01/11 | 13:17:34 | KEF | Attempted Contact MODICA JEFF,Connected |
| 12/01/11 | 13:17:34 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 12/01/11 | 13:17:34 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 12/2/201 |
| 12/01/11 | 13:17:34 | KEF | 1 C # 2000 LMOR, C # 2342 LMOR, ---SEARC |
| 12/01/11 | 13:11:20 | KEF | NED WESTERN UNION XFER - NO PHONE NUMBER |
| 12/01/11 | 13:12:20 | KEF | Notice Requested-Default and Right to Cu |
| 12/01/11 | 13:12:20 | KEF | re Amount Delinquent- 1161.21 Letter R |
| 12/01/11 | 13:12:20 | KEF | equested-Home Ownership Counseling Amoun |
| 12/01/11 | 13:12:13 | KEF | t Delinquent- 1161.21 |
| 12/01/11 | 13:12:13 | SYS | SERVICE REQUEST ORDERED - NWD PAYOFF QUO |
| 12/01/11 | 13:12:13 | SYS | TE |
| 12/01/11 | 8:09:21 | KEF | Left a message |
| 11/30/11 | 8:09:21 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/30/11 | 8:09:21 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 11/30/11 | 8:09:21 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 12/1/201 |
| 11/30/11 | 8:09:21 | KEF | 1, RFD: Unable to Contact BORROWER C # 2 |
| 11/30/11 | 8:09:21 | KEF | 000 LMOR |
| 11/29/11 | 10:19:13 | KEF | Left a message |
| 11/29/11 | 10:19:13 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/29/11 | 10:19:13 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 11/29/11 | 10:18:13 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/30/20 |
| 11/29/11 | 10:18:13 | KEF | 11 C # 2000 LMOR, C # 2342 LMOR |
| 11/26/11 | 8:09:09 | KEF | Left a message |
| 11/26/11 | 8:09:09 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/26/11 | 8:09:09 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 11/26/11 | 8:09:09 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/29/20 |

GREEN TREE SERVICING

PROGRAM - CHM120

COLLECTION COMMENT LIST

REGION: 88

ACCOUNT NUMBER: 83858344 JEFF MODICA

| DATE | TIME | INITIALS | COMMENTS |
|---|---|---|---|
| 11/26/11 | 8.09.09 | KEF | 11 C @ 2000 LMGR, C # 2342 |
| 11/23/11 | 8.13.55 | KEF | Account Review |
| 11/23/11 | 8.13.55 | KEF | OUTCOME: RR, FOLLOW-UP DATE: 11/26/2011 |
| 11/23/11 | 8.11.59 | KEF | Left a message |
| 11/23/11 | 8.11.59 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/23/11 | 8.11.59 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 11/23/11 | 8.11.59 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/24/20 |
| 11/23/11 | 8.11.59 | KEF | 11 C @ 2000 LMGR, C # 2342 RM |
| 11/22/11 | 8.11.59 | KEF | Left a message |
| 11/22/11 | 10.09.13 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/22/11 | 10.09.13 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 11/22/11 | 10.09.13 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/23/20 |
| 11/22/11 | 10.09.13 | KEF | 11 C @ 2000 LMGR, C # 2342 LMGR |
| 11/21/11 | 10.09.18 | KEF | Left a message |
| 11/21/11 | 9.54.16 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/21/11 | 9.54.16 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 11/21/11 | 9.54.16 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/22/20 |
| 11/21/11 | 9.54.16 | KEF | 11 C @ 2000 LMGR, C # 2342 LMGR |
| 11/19/11 | 8.43.38 | KEF | Left a message |
| 11/19/11 | 8.43.38 | VGD | Attempted Contact MODICA JEFF,Connected |
| 11/18/11 | 8.45.38 | VGD | To: 6306252342,Origin Of Contact: Outbou |
| 11/18/11 | 8.45.38 | VGD | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/19/20 |
| 11/18/11 | 8.45.38 | VGD | 11 C @ 2000 LMGR, C # 2342 LMGR |
| 11/17/11 | 12.47.11 | VGD | Left a message |
| 11/17/11 | 12.47.11 | VGD | Attempted Contact Kahatryna "Katie",Conn |
| 11/17/11 | 12.47.11 | VGD | ected To: 6306252342,Origin Of Contact: |
| 11/17/11 | 12.47.11 | VGD | Outbound,OUTCOME: LM, FOLLOW-UP DATE: 11 |
| 11/17/11 | 12.47.11 | VGD | /18/2011 7(6493) 625-2000 LMVM ... 27/(63 |
| 11/17/11 | 12.47.11 | VGD | 0) /23-2342 LMVM |
| 11/16/11 | 9.10.29 | KEF | Left a message |
| 11/16/11 | 8.10.29 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/16/11 | 8.10.29 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 11/16/11 | 8.10.29 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/17/20 |
| 11/16/11 | 8.10.29 | KEF | 11 C @ 2000 LMGR,C # 2342 LMGR |
| 11/15/11 | 14.10.34 | KEF | No Message Left |
| 11/15/11 | 14.10.34 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/15/11 | 14.10.34 | KEF | To: 6306252000,Origin Of Contact: Outboun |
| 11/15/11 | 14.10.14 | KEF | nd,OUTCOME: NM, FOLLOW-UP DATE: 11/15/20 |
| 11/15/11 | 14.10.14 | KEF | 11 C @ 2000 RM |
| 11/15/11 | 8.47.53 | KEF | Left a message |
| 11/15/11 | 8.47.53 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/15/11 | 9.47.53 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 11/15/11 | 8.47.53 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/16/20 |
| 11/15/11 | 8.47.53 | KEF | 11 C @ 2000 LMGR, C # 2342 LMGR |
| 11/14/11 | 13.36.07 | KEF | Left a message |
| 11/14/11 | 13.36.07 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/14/11 | 13.36.07 | KEF | To: 6306252342,Origin Of Contact: Outbou |
| 11/14/11 | 13.36.07 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/15/20 |
| 11/14/11 | 13.36.07 | KEF | 11 C @ 2000 LMGR, C # 2342 LMGR |
| 11/13/11 | 10.00.29 | KEF | Attempted Contact Kahatryna "Katie",Conn |
| 11/13/11 | 10.00.29 | KEF | ected to: 6306252342,Origin Of Contact: |
| 11/13/11 | 10.00.29 | KEF | nbound, Verified:Mail Address,Work Phon |

GREEN TREE SERVICING
PROGRAM - COR120

COLLECTION COMMENT LIST

ACCOUNT NUMBER: 89853344 JEFF MODICA

REGION: #8

| DATE | TIME | INITIALS | COMMENTS |
|---|---|---|---|
| 11/13/11 | 10.00.25 | KEF | e,Home Phone,Property Address) OUTCOME: |
| 11/13/11 | 10.00.29 | KEF | ALL,FOLLOW-UP DATE: 11/14/2011 ,==INBOUND C |
| 11/13/11 | 10.00.29 | KEF | ALL FROM KATIE STATED SHE WAS UPSET WE C |
| 11/13/11 | 10.00.29 | KEF | ALLED HER NEIGHBOR AND NOT HER, I ADV HE |
| 11/13/11 | 10.00.29 | KEF | N I DIDN'T HAVE HER PHONE NUMBER AND I A |
| 11/13/11 | 10.00.28 | KEF | DV IT IT THEY HAVE AN AUTHORIZED THIRD CONTAC |
| 11/13/11 | 10.00.28 | KEF | T US, I ASKED WHY YOU ARE BEHIND SHE SAI |
| 11/13/11 | 10.00.28 | KEF | D THEY HAD BEEN OUT OF TOWN FOR 3 WEEKS, |
| 11/13/11 | 10.00.28 | KEF | I ASKED DOESN'T WE HAVE A CELL PHONE, A |
| 11/13/11 | 10.00.28 | KEF | ND I ADV WHY I SPOKE WITH HER 3 WEEKS AG |
| 11/13/11 | 10.00.28 | KEF | O AND SHE SAID THEY WERE HAD MAILED A CHEC |
| 11/13/11 | 10.00.28 | KEF | K, I ADV WE HAVE NOT RECEIVED A CHECK, S |
| 11/13/11 | 10.00.28 | KEF | HE SAID WE TAKES CARE OF THE MTG., I ASK |
| 11/13/11 | 10.00.28 | KEF | ED HOW ARE YOU GOING TO TAKE CARE OF THI |
| 11/13/11 | 10.00.28 | KEF | S TODAY, SHE SAID SHE IS NOT, SHE WAS HO |
| 11/13/11 | 10.00.27 | KEF | lld,Party Contacts |
| 11/13/11 | 10.00.27 | KEF | STILE AND THREATNING ME RANTING OVER AN |
| 11/13/11 | 10.00.27 | KEF | D OVER IT IS ILLEGAL TO CALL HER NEIGHBO |
| 11/13/11 | 10.00.27 | KEF | R, I ADV HER SKIP TRACING IS LEGAL, TRIE |
| 11/13/11 | 10.00.27 | KEF | D TO XFER TO NICK/SUP BUT SHE HUNG UP |
| 11/13/11 | 9.53.10 | NR1 | Management Review |
| 11/13/11 | 8.27.38 | KEF | Left a message |
| 11/13/11 | 8.25.58 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/13/11 | 8.25.58 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 11/13/11 | 8.25.58 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/15/20 |
| 11/13/11 | 8.25.58 | KEF | 11 C # 2020 LMOR, C # 626-625-2342 LMOR |
| 11/11/11 | 17.00.00 | NCP | LETTER SENT MCP-HOME OWNERSHIP COUNSELIN |
| 11/11/11 | 17.00.00 | NCP | G[Pos-ABS] |
| 11/11/11 | 8.53.11 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/11/11 | 8.53.11 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 11/11/11 | 8.53.11 | KEF | nd,OUTCOME: DM, FOLLOW-UP DATE: 11/11/20 |
| 11/11/11 | 8.53.11 | KEF | 11 C # 2020 LMOR, ==SEARCHED ADDSEDDOM, |
| 11/11/11 | 8.53.11 | KEF | FOUND A KIMH # 630-338-3507 NEIG, ==WHIT |
| 11/11/11 | 8.53.11 | KEF | E MAIN SEARCH: JAMES RETHROUR, DOUGLA |
| 11/11/11 | 8.53.11 | KEF | S DANLEY, C # 630-903-6419 LMOA, POSSIBL |
| 11/11/11 | 8.53.11 | KEF | E NEIGHBOR, JOHN RINMOUGAN, C # 630-452 |
| 11/11/11 | 8.53.11 | KEF | -4814, POSSIBLE NEIGHBOR, KATHLEEN FOZI |
| 11/11/11 | 8.53.10 | KEF | Left a message |
| 11/11/11 | 8.53.10 | KEF | MSEA # 630-210-4234 LMOR |
| 11/11/11 | 5.35.37 | NCP | MOVE Post Sndr/rpt Sent MCP -11/11/2011 |
| 11/11/11 | 5.15.45 | STS | LETTER REQUESTED-HOME OWNERSHIP COUNSELI |
| 11/11/11 | 5.15.45 | STS | NG Delinquent Amount 767.50 |
| 11/10/11 | 18.55.46 | KEF | No Message Left |
| 11/10/11 | 18.52.20 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/10/11 | 18.52.20 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 11/10/11 | 18.50.20 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/11/20 |
| 11/10/11 | 18.50.20 | KEF | 11 C # 2000 PM |
| 11/10/11 | 10.45.47 | KEF | Left a message |
| 11/10/11 | 10.45.47 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/10/11 | 10.45.47 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 11/10/11 | 10.45.47 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/11/20 |
| 11/10/11 | 10.45.47 | KEF | 11 C # 2000 LMOR, ==FAST DATA SEARCH, P |

GT-MOD 000016

GREEN TREE SERVICING

PROGRAM - COL120

COLLECTION COMMENT LIST

ACCOUNT NUMBER: 89858344 JEFF MODICA                    REGION: 88

| DATE | TIME | INITIALS | COMMENTS |
|------|------|----------|----------|
| 11/10/11 | 10.45.47 | KEF | OBTAINE HOME NUMBER: 630-350-2086 LMOR. |
| 11/10/11 | 10.45.47 | KEF | POSSIBLE RELATIVE SAME NUMBER JEFF MODICA |
| 11/10/11 | 10.45.47 | KEF | : C # 630-351-9795 NIS, POSSIBLE NEIGHBO |
| 11/10/11 | 10.45.47 | KEF | R: GERALD BIDLINGMAYER: C # 630-941-7590 |
| 11/10/11 | 10.45.47 | KEF | LMOR |
| 11/10/11 | 10.45.47 | KEF | No Message left. |
| 11/09/11 | 14.20.54 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/09/11 | 14.20.54 | KEF | To: 630632000,Origin Of Contact: Outbou |
| 11/09/11 | 14.20.54 | KEF | nd,OUTCOME: NM, FOLLOW-UP DATE: 11/10/20 |
| 11/09/11 | 14.20.54 | KEF | 11 C # 2000 NM, FROM NOTES.--MICROHIT & |
| 11/09/11 | 14.20.54 | KEF | SEARCH: C # 630-359-3577 NIS |
| 11/09/11 | 14.20.54 | SYS | AVM Value Added per CIS-754 |
| 11/09/11 | 8.16.57 | KEF | Left a message |
| 11/09/11 | 8.15.57 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/09/11 | 8.15.57 | KEF | To: 630632000,Origin Of Contact: Outbou |
| 11/09/11 | 8.15.57 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/10/20 |
| 11/09/11 | 8.15.57 | KEF | 11 C # 2000 LMOR, FROM NOTES.--MICROHIT |
| 11/09/11 | 8.15.57 | KEF | SEARCH: C # 630-359-3507 NIS |
| 11/09/11 | 16.55.05 | KEF | Left a message |
| 11/08/11 | 16.55.05 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/08/11 | 16.55.05 | KEF | To: 630632000,Origin Of Contact: Outbou |
| 11/08/11 | 16.55.05 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/9/201 |
| 11/08/11 | 16.55.05 | KEF | 1 C # 2000 NM.---MICROHIT SEARCH: C # |
| 11/08/11 | 16.55.05 | KEF | 630-359-3507 LMOR, C # 630-833-4555 FAX |
| 11/08/11 | 16.55.05 | KEF | TONE |
| 11/08/11 | 8.54.59 | KEF | Left a message |
| 11/08/11 | 8.54.59 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/08/11 | 8.54.59 | KEF | To: 630632000,Origin Of Contact: Outbou |
| 11/08/11 | 8.54.59 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/9/201 |
| 11/08/11 | 8.54.59 | KEF | 1 C # 2000 LMOR |
| 11/08/11 | 11.06.30 | KEF | Left a message |
| 11/07/11 | 11.06.30 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/07/11 | 11.06.30 | KEF | To: 630632000,Origin Of Contact: Outbou |
| 11/07/11 | 11.06.30 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/8/201 |
| 11/07/11 | 11.06.30 | KEF | 1 C # 2000 LMOR |
| 11/04/11 | 11.57.48 | MMG | Left a message |
| 11/04/11 | 11.57.48 | MMG | Attempted Contact MODICA JEFF,Connected |
| 11/04/11 | 11.57.48 | MMG | To: 630632000,Origin Of Contact: Outbou |
| 11/04/11 | 11.57.48 | MMG | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/5/201 |
| 11/04/11 | 11.57.48 | MMG | 1 C # 2000 VM I.D. APP LMOR |
| 11/03/11 | 14.33.11 | MMG | Left a message |
| 11/03/11 | 14.33.11 | MMG | Attempted Contact MODICA JEFF,Connected |
| 11/03/11 | 14.33.11 | MMG | To: 630632000,Origin Of Contact: Outbou |
| 11/03/11 | 14.33.11 | MMG | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/4/201 |
| 11/03/11 | 14.33.11 | MMG | 1 C # 2000 VM I.D. APP LMOR |
| 11/03/11 | 13.41.11 | KEF | Left a message |
| 11/02/11 | 13.41.11 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/02/11 | 13.41.11 | KEF | To: 630632000,Origin Of Contact: Outbou |
| 11/02/11 | 13.41.11 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 11/3/201 |
| 11/02/11 | 13.41.11 | KEF | 1 C # 2000 LMOR |
| 11/02/11 | 8.18.32 | KEF | No Message left |
| 11/02/11 | 8.18.32 | KEF | Attempted Contact MODICA JEFF,Connected |

GT-MOD 000017

GREEN TREE SERVICING

PROGRAM - COM120

COLLECTION COMMENT LIST

REGION: 88

ACCOUNT NUMBER: 69858344 JEFF MODICA

| DATE | TIME | INITIALS | COMMENTS |
|------|------|----------|----------|
| 11/02/11 | 8.18.32 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 11/02/11 | 8.18.32 | KEF | ced.OUTCOME: NM, FOLLOW-UP DATE: 11/2/201 |
| 11/02/11 | 8.18.32 | KEF | 1 C # 2000 SOMEONE PICKED UP AND SOUNDED |
| 11/02/11 | 8.18.32 | KEF | LIKE THEY WERE WALKING, |
| 11/01/11 | 16.28.24 | KEF | Left a message |
| 11/01/11 | 16.28.24 | KEF | Attempted Contact MODICA JEFF,Connected |
| 11/01/11 | 16.28.24 | KEF | To: 6306252000,Origin of Contact: Outbou |
| 11/01/11 | 16.28.24 | KEF | nd,OUTCOME LM, FOLLOW-UP DATE: 11/7/201 |
| 11/01/11 | 16.28.24 | KEF | 1 C # 2000 LMOR |
| 10/31/11 | 10.46.39 | KEF | Left a message |
| 10/31/11 | 10.46.39 | KEF | Attempted Contact MODICA JEFF,Connected |
| 10/31/11 | 10.46.39 | KEF | To: Unavailable,Origin of Contact: Outbo |
| 10/31/11 | 10.46.39 | KEF | und,OUTCOME: LM, FOLLOW-UP DATE: 11/1/20 |
| 10/31/11 | 10.46.39 | KEF | 11 C # 630-625-2000 LMOR |
| 10/29/11 | 9.17.49 | KEF | Left a message |
| 10/29/11 | 9.17.49 | KEF | Attempted Contact MODICA JEFF,Connected |
| 10/29/11 | 9.17.49 | KEF | To: Unavailable,Origin of Contact: Outbo |
| 10/29/11 | 9.17.49 | KEF | und,OUTCOME: LM, FOLLOW-UP DATE: 10/30/2 |
| 10/29/11 | 9.17.49 | KEF | 011 C # 630-625-2000 LMOR |
| 10/28/11 | 19.44.43 | KEF | No Message Left |
| 10/28/11 | 19.44.43 | KEF | Attempted Contact MODICA JEFF,Connected |
| 10/28/11 | 19.44.43 | KEF | To: Unavailable,Origin of Contact: Outbo |
| 10/28/11 | 19.44.43 | KEF | und,OUTCOME: NM, FOLLOW-UP DATE: 10/28/2 |
| 10/28/11 | 13.46.43 | KEF | 011 C # 630-625-2000 NM |
| 10/28/11 | 15.43.30 | KEF | Left a message |
| 10/28/11 | 15.43.30 | KEF | Attempted Contact MODICA JEFF,Connected |
| 10/28/11 | 15.43.30 | KEF | To: Unavailable,Origin of Contact: Outbo |
| 10/28/11 | 15.43.30 | KEF | und,OUTCOME: LM, FOLLOW-UP DATE: 10/29/2 |
| 10/28/11 | 15.43.30 | KEF | 011 # 630-625-2000 LMOR |
| 10/26/11 | 16.58.45 | KEF | Left a message |
| 10/26/11 | 16.58.45 | KEF | Attempted Contact MODICA JEFF,Connected |
| 10/26/11 | 16.58.45 | KEF | To: Unavailable,Origin of Contact: Outbo |
| 10/26/11 | 16.58.45 | KEF | und,OUTCOME: LM, FOLLOW-UP DATE: 10/27/2 |
| 10/26/11 | 16.58.45 | KEF | 011 # 630 2000 LMOR |
| 10/24/11 | 18.53.35 | KEF | Left a message |
| 10/24/11 | 18.53.35 | KEF | Attempted Contact MODICA JEFF,Connected |
| 10/24/11 | 18.53.35 | KEF | To: Unavailable,Origin of Contact: Outbo |
| 10/24/11 | 18.53.35 | KEF | und,OUTCOME: LM, FOLLOW-UP DATE: 10/25/2 |
| 10/24/11 | 18.53.35 | KEF | 011 CALL # 630-625-2000 LMOR |
| 10/24/11 | 13.23.38 | KEF | Attempted Contact MODICA JEFF,Connected |
| 10/24/11 | 13.23.38 | KEF | To: 6306252000,Origin of Contact: Inbou |
| 10/24/11 | 13.23.38 | KEF | d,Reason to Initia Contact, OUTCOME |
| 10/24/11 | 13.23.38 | KEF | : CC, FOLLOW-UP DATE: 10/26/2011, MODCA |
| 10/24/11 | 13.23.38 | KEF | WAS OFF AND DIDN'T PICK UP HIS CHECK. SA |
| 10/24/11 | 13.23.38 | KEF | ID HIS WIFE SENT IN A RELEASE PMT. HE IS |
| 10/24/11 | 13.23.38 | KEF | GOING TO CHECK WITH HER AND CALL ME BAC |
| 10/24/11 | 13.23.37 | KEF | K THIS AFTERNOON. IF NOT I ADV WE COULD |
| 10/24/11 | 13.23.37 | KEF | SET UP CK BY PHONE. HE SAID OK. HE SAID |
| 10/24/11 | 13.23.37 | KEF | 5-2000 |
| 10/24/11 | 13.23.37 | KEF | Customer Contact |
| 10/24/11 | 13.23.37 | KEF | CAN CALL HIM BACK AT THIS NUMBER. 630-62 |
| 10/24/11 | 13.18.03 | 511 | ApBRF Attempted Contact MODICA JEFF,Conn |

GT-MOD 000018

GREEN TREE SERVICING

PROGRAM - CORR20

COLLECTION COMMENT LIST

ACCOUNT NUMBER: 99188344 JEFF MODICA                REGION: 98

| DATE | TIME | INITIALS | COMMENTS |
|---|---|---|---|
| 10/24/11 | 13.18.03 | 511 | scted To: 6316252000,Origin of Contact: |
| 10/24/11 | 13.18.03 | 511 | Outbound,Call Back Permission: Y,Intake |
| 10/24/11 | 13.18.03 | 511 | to Retain Collateral: Y, Verified:Mail A |
| 10/24/11 | 13.18.03 | 511 | ddress,Work Phone,Frgmncy Address: OFFC |
| 10/24/11 | 13.18.03 | 511 | OME, CC, FOLLOW-UP DATE: 10/27/2011, REFD |
| 10/24/11 | 13.18.03 | 511 | : Unemployment ADV 2000 IS CP, OK TO CLL |
| 10/24/11 | 13.18.03 | 511 | , EWND PMT AX PERP, ADDED TO RXTCF, NO A |
| 10/24/11 | 13.18.03 | 511 | LH #6. BD THNKS SFF MAILD DRL PKMT FO |
| 10/24/11 | 13.18.02 | 511 | Customer Contact |
| 10/24/11 | 13.18.02 | 511 | R 5735.30, MY SIDE ON SPECIFICS. ADV 6 |
| 10/24/11 | 13.18.02 | SYS | P/MC/MC1. TRNSFRRD TO BCK END. |
| 10/24/AA | 6.56.06 | SYS | Ans Mach - NO MSSG    630-625-2000 |
| 10/21/11 | 2.27.22 | SYS | Ans Mach - NO MSSG    630-625-2000 |
| 10/21/11 | 6.16.30 | SYS | Ans Mach - NO MSSG    630-625-2000 |
| 10/20/11 | 14.15.58 | KEF | Left a message |
| 10/20/11 | 14.15.58 | KEF | Attempted Contact MODICA JEFF,Connected |
| 10/20/11 | 14.15.58 | KEF | To: 6316252000,Origin of Contact: Outbou |
| 10/20/11 | 14.15.58 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 10/21/20 |
| 10/20/11 | 14.15.58 | KEF | 11 C @ 5735 NIS. C @ 2000 LNDX, REMOVED |
| 10/20/11 | 14.15.58 | KEF | # 630-563-9755 |
| 10/20/11 | 4.15.58 | KEF | No Ring Back |
| 10/19/11 | 17.55.11 | SYS | No Ring Back        630-563-9755 |
| 10/19/11 | 14.33.49 | SYS | No Ring Back        630-563-9755 |
| 10/19/11 | 6.30.00 | SYS | Ans Mach - NO MESG    630-563-9755 |
| 10/18/11 | 14.24.32 | SYS | No Ring Back        630-563-9755 |
| 10/18/11 | 5.36.24 | SYS | No King Answer      630-563-2030 |
| 10/18/11 | 5.00.43 | KEF | Sys Default: No Answer 630-625-2000 |
| 10/17/11 | 18.03.13 | KEF | Left a message |
| 10/17/11 | 18.03.13 | KEF | Attempted Contact MODICA JEFF,Connected |
| 10/17/11 | 18.03.13 | KEF | To: 6316252000,Origin of Contact: Outbou |
| 10/17/AA | 18.03.13 | KEF | nd,OUTCOME: LM, FOLLOW-UP DATE: 10/18/20 |
| 10/17/11 | 18.03.13 | KEF | 11 C @ 5735 NIS, C @ 2000 LNDX |
| 10/14/11 | 6.08.48 | KEF | No Ring Back        630-563-9755 |
| 10/14/11 | 21.22.43 | SYS | No Ring Back        630-563-9755 |
| 10/13/11 | 14.30.35 | SYS | No Ring Back        630-563-9755 |
| 10/13/11 | 14.30.35 | SYS | No Ring Back        630-563-9755 |
| 10/13/11 | 8.42.02 | SYS | Bad number          630-563-9755 |
| 10/12/AA | 7.38.44 | SYS | No Ring Back        630-563-9755 |
| 10/11/11 | 7.28.54 | SYS | No Ring Back        630-563-9755 |
| 10/11/11 | 12.27.51 | SYS | No Ring Back        630-563-9755 |
| 8/25/11 | 16.15.08 | SYS | No Ring Back        630-563-9755 |
| 5/24/11 | 16.23.22 | KEF | AVENEW Value Added per CES-549 |
| 4/16/11 | 14.24.48 | 9TA | pensation Contact |
| 4/16/11 | 11.24.48 | 9TA | SPOKE WITH MODICA JEFF, CONNECTED TO: 630 |
| 4/16/11 | 11.24.48 | 9TA | 5635735,ORIGIN OF CONTACT: PEN, VERIFIED |
| 4/16/11 | 11.24.48 | 9TA | (SSN?, OUTCOME: CC, FOLLOW-UP DATE: 3/27/ |
| 4/16/11 | 11.24.48 | 9TA | 2011, ORIGIN: PHH, RFC: DOCUMENTS INTWN |
| 4/16/11 | 11.24.48 | 9TA | TO REXP --ADV BRWR YOU MAY NEED TXT GIVE |
| 4/16/11 | 11.24.48 | 9TA | N EYE DUE FOR 2 PYMNTS --WLL INF TO RX SCF |
| 4/16/11 | 11.24.48 | 9TA | P --ADV SIEMNS PRINT 1 WEEK AFTR DUE DAT |

GREEN TREE SERVICING

PROGRAM - CDM120

COLLECTION COMMENT LIST

ACCOUNT NUMBER: 89858344 JEFF MODICA                    REGION: 88

| DATE | TIME | INITIALS | COMMENTS |
|---|---|---|---|
| 4/16/11 | 11.24.48 | 9TA | K |
| 4/01/11 | 17.29.48 | 9BU | Customer Contact |
| 4/01/11 | 17.29.48 | 9BU | SPOKE WITH MODICA JEFF, CONNECTED TO: 630 |
| 4/01/11 | 17.29.48 | 9BU | 5639755,ORIGIN OF CONTACT: PHN, VERIFIED |
| 4/01/11 | 17.29.48 | 9BU | (SSN) OUTCOME: CC, FOLLOW-UP DATE: 3/27/ |
| 4/01/11 | 17.29.48 | 9BU | 2011, ORIGIN: PHN, RFC: PAYMENT ARRANGEM |
| 4/01/11 | 17.29.48 | 9BU | 1ST LIEN W/BOA, ADV PMT DATE & AMT DUE |
| 3/23/11 | 16.35.54 | 9VS | AVMNTE value Provided by B of A 3/22/201 |
| 3/23/11 | 16.15.14 | 9VS | 1 Spreadsheet |
| 3/23/11 | 16.10.13 | 9VS | AVMNTE value Provided by B of A 3/22/201 |
| 3/23/11 | 16.10.13 | 9VS | 1 Spreadsheet |
| 3/21/11 | 17.24.19 | 9CB | PMT W2 SHORT BY $27.00 - OFFERED CBP/ SB |
| 3/21/11 | 17.01.09 | 9CB | T CP PMT ARRNG W/ EFT CKD - ADV2D NXT PM |
| 3/21/11 | 17.01.09 | 9CB | T DUE AND AMT |
| 3/21/11 | 17.01.08 | 9CB | A payment was promised |
| 3/21/11 | 17.01.08 | 9CB | SPOKE WITH MODICA JEFF,CONNECTED TO: 630 |
| 3/21/11 | 17.01.08 | 9CB | 5639755 ORIGIN OF CONTACT: PHN, VERIFIED |
| 3/21/11 | 17.01.08 | 9CB | (SSN,MAIL ADDRESS WORK PHONE,HOME PHONE, |
| 3/21/11 | 17.01.08 | 9CB | PROPERTY ADDRESS) OUTCOME: PP, FOLLOW-UP |
| 3/21/11 | 17.01.08 | 9CB | DATE: 3/27//2011, RFC: EXCESSIVE CHARGES |
| 3/21/11 | 17.01.08 | 9CB | ZONE, ORIGIN: PHN, RFC: PAYMENT ARRANGEM |
| 3/21/11 | 17.01.08 | 9CB | ENT DATE 3/, PROMISED IBM, CBP# : ADV FEE PM |
| 3/21/11 | 17.01.08 | 9CB | NT DATE 3/23,2011 FOR 3/26/2011 $27.00) |
| 3/21/11 | 17.01.08 | 9CB | CONFIRM#: 15213871 INT TO KP - ADVSD TKE |
| 3/21/11 | 16.53.47 | 9CB | Changed borrower current phone# to 63056 |
| 3/21/11 | 16.53.47 | 9CB | 39755 |
| 3/21/11 | 8.37.02 | 9TS | Aux Mach - NO MSSG          630-393-1701 |
| 3/19/11 | 14.55.02 | 9TS | System-detected 1-tone      630-359-3507 |
| 3/19/11 | 10.00.49 | 9TS | System-detected 1-tone      630-359-3507 |
| 3/19/11 | 8.10.19 | 9TS | System-detected 1-tone      630-359-3507 |
| 3/17/11 | 18.15.21 | 9TS | System-detected 1-tone      630-359-3507 |
| 3/17/11 | 11.12.53 | 9TS | System-detected 1-tone      630-359-3507 |
| 3/17/11 | 8.11.57 | 9TS | Aux Mach - NO MSSG          630-359-3507 |
| 3/16/11 | 17.25.39 | 9TS | System-detected 1-tone      630-393-1701 |
| 3/16/11 | 6.10.28 | 9TS | System-detected 1-tone      630-359-3507 |
| 3/16/11 | 6.07.13 | 9TS | Received discharge notification (Bankc) |
| 3/16/11 | 6.07.13 | 9TS | Received flagged BK 7 NOClification |
| 3/16/11 | 6.07.13 | ZZX | Sent to DAYBREAK |
| 3/16/11 | 6.07.13 | ZZX | RCVD CH 7 06//06/08 08-14633 JEFF, |
| 3/16/11 | 6.07.13 | ZZX | NORTHERN DISTRICT OF ILLINOIS |
| 3/16/11 | 6.07.13 | ZZX | IL-CHICAGO, |
| 3/10/11 | 6.07.13 | ZZX | 341 07/09/08, DSCH 09/27/08. |
| 3/10/11 | 6.07.13 | ZZX | ATTY GREGORY J MARTUCCI |
| 3/10/11 | 6.07.13 | ZZX | 205 E IRVING PARK RD |
| 3/10/11 | 6.07.13 | ZZX | ROSELLE, IL 601722004 |
| 3/10/11 | 6.07.13 | ZZX | 630 9913933 Source-banko Download |
| 3/10/11 | 6.07.08 | ZZX | ACQ FROM: BOA (INDS) 03/01/11 |
| 3/01/11 | 8.00.00 | CVT | The Servicer is (000062) EAC Home Loans |
| 3/01/11 | 8.00.00 | CVT | Servicing, LP, a subsidiary of Bank of A |
| 3/01/11 | 8.00.00 | CVT | merica, N.A. The following information h |
| 3/01/11 | 8.00.00 | CVT | as been changed on: March 1, 2011 Branch |
| 3/01/11 | 8.00.00 | CVT | Code (BRNRBN) :90011215 Business Source |

GT-MOD 000020

GREEN TREE SERVICING

PROGRAM - COR120                    COLLECTION COMMENT LIST

ACCOUNT NUMBER: 89858344 JEFF MODICA                    REGION: 88

| DATE | TIME | INITIALS | COMMENTS |
|------|------|----------|----------|
| 3/01/11 | 8.00.00 | CVT | (BUSPAB) 17925 Investor (INVREF) 179036 |
| 3/01/11 | 8.00.00 | CVT | 57 changed to : 7903500 ACQ SubServicer |
| 3/01/11 | 8.00.00 | CVT | Flag (ACQSUB) : |
| 2/26/11 | 8.00.00 | CVT | The Servicer is (000400) BAC Home Loans |
| 2/26/11 | 8.00.00 | CVT | Servicing, LP a subsidiary of Bank of A |
| 2/26/11 | 8.00.00 | CVT | merica, N.A. The following information h |
| 2/26/11 | 8.00.00 | CVT | as been changed our February 25, 2011 Ba |
| 2/26/11 | 8.00.00 | CVT | tch Code (BRNNNS) :0001225 Business Sou |
| 2/26/11 | 8.00.00 | CVT | rce (BUSPAB) 11725E Investor (INVREF) :3 |
| 2/26/11 | 8.00.00 | CVT | 79036 changed to : 7903057 ACQ SubServi |
| 2/26/11 | 8.00.00 | CVT | cer Flag (ACQSUB) : |
| 2/26/11 | 7.59.59 | CVT | Closed Code Changed from 1 to 6. |
| 2/07/11 | 16.06.04 | CVT | *** DO NOT COMMUNICATE DATE BELOW TO BOR |
| 2/07/11 | 16.06.04 | CVT | *** DO NOT COMMUNICATE DATE BELOW TO BOR |
| 2/07/11 | 16.06.04 | CVT | ROWER. PLEASE REFER TO THE ACCOUNT STA T |
| 2/07/11 | 16.06.04 | CVT | ROWER. PLEASE REFER TO THE ACCOUNT STA T |
| 2/07/11 | 16.06.04 | CVT | US SCREEN *** Good-bye Letter Ordered on |
| 2/07/11 | 16.06.04 | CVT | US SCREEN *** Good-bye Letter Ordered on |
| 2/07/11 | 16.06.04 | CVT | 2/7/2011 for: Jeff Modica Green Tree Se |
| 2/07/11 | 16.06.04 | CVT | rvicing LLC 345 St. Peter Street St. Pau |
| 2/07/11 | 16.06.04 | CVT | l, MN 55102 800-643-0202 Cutoff Date: Fe |
| 2/07/11 | 16.06.04 | CVT | l, MN 55102 800-643-0202 Cutoff Date: Fe |
| 2/07/11 | 16.06.04 | CVT | bruary 26, 2011 Transfer Date: March 01, |
| 2/07/11 | 16.06.04 | CVT | bruary 26, 2011 Transfer Date: March 01, |
| 2/07/11 | 16.06.04 | CVT | 2011 Effective Date of Transfer: March |
| 2/07/11 | 16.06.04 | CVT | 01, 2011 |
| 2/07/11 | 16.06.04 | CVT | 01, 2011 |
| 2/07/11 | 10.44.16 | CVT | *** DO NOT COMMUNICATE DATE BELOW TO BOR |
| 2/07/11 | 10.44.16 | CVT | *** DO NOT COMMUNICATE DATE BELOW TO BOR |
| 2/07/11 | 10.44.16 | CVT | ROWER. PLEASE REFER TO THE ACCOUNT STA T |
| 2/07/11 | 10.44.16 | CVT | ROWER. PLEASE REFER TO THE ACCOUNT STA T |
| 2/07/11 | 10.44.16 | CVT | US SCREEN *** Good-bye Letter Ordered on |
| 2/07/11 | 10.44.16 | CVT | US SCREEN *** Good-bye Letter Ordered on |
| 2/07/11 | 10.44.16 | CVT | 2/7/2011 for: Jeff Modica Green Tree Se |
| 2/07/11 | 10.44.16 | CVT | rvicing LLC 345 St. Peter Street St. Pau |
| 2/07/11 | 10.44.16 | CVT | l, MN 55102 800-643-0202 Cutoff Date: Fe |
| 2/07/11 | 10.44.16 | CVT | l, MN 55102 800-643-0202 Cutoff Date: Fe |
| 2/07/11 | 10.44.16 | CVT | bruary 26, 2011 Transfer Date: March 01, |
| 2/07/11 | 10.44.16 | CVT | bruary 26, 2011 Transfer Date: March 01, |
| 2/07/11 | 10.44.16 | CVT | 2011 Effective Date of Transfer: March |
| 2/07/11 | 10.44.16 | CVT | 01, 2011 |
| 2/07/11 | 10.44.16 | CVT | 01, 2011 |
| 6/17/09 | 9.00.00 | CVT | Transferred from (GS5002) 70CHARACTERFIEL |
| 6/17/09 | 9.00.00 | CVT | D7DCHARACTERFIELD70CHARACTERFIELDTCHA.R |
| 6/17/09 | 9.00.00 | CVT | ACTERFIELDTCHAR to (DB0460) 70CHARACTER |
| 6/17/09 | 8.00.00 | CVT | FIELD70CHARACTERFIELD70CHARACTERFIELD70C |

GREEN TREE SERVICING

PROGRAM - CCR120

COLLECTION COMMENT LIST

ACCOUNT NUMBER: 89858344 JEFF MODICA                 REGION: 88

| DATE | TIME | INITIALS | COMMENTS |
|------|------|----------|----------|
| 6/17/03 | 8.00.00 | CVT | RA RACHEL FIELD/VCHAR June 16, 2009 at 22 |
| 6/17/03 | 8.00.00 | CVT | .49.00 Branch Code (BRNCH) :0001025 New |
| 6/17/03 | 8.00.00 | CVT | Loans Source (NEWPXN) :17325 Investor (X |
| 6/17/03 | 8.00.00 | CVT | NVINV) :1000401 changed to , 3779301 ACQ |
| 6/17/03 | 8.00.00 | CVT | Subservicer Flag (ACQSUB) : |

GT-MOD 000022

# EXHIBIT E

*Robison vs. Green Tree*


*Roger Sparks*


*January 8, 2015*

COUNTY COURT REPORTERS, INC.
600 S. COUNTY FARM ROAD
SUITE 200
WHEATON, IL 60187
Phone: 630.653.1622
Fax: 630.653.4119
courtreporters@ccrreporters.com

## 1

```
 1         IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF ILLINOIS
 2                 EASTERN DIVISION

 3
   TOMMY ROBISON,                     )
 4                                    )
              Plaintiff;             )
 5                                    )
        vs.                          )  13 CV 06717
 6                                    )
   GREEN TREE SERVICING, LLC,        )
 7                                    )
              Defendant.             )
 8  - - - - - - - - - - - - - - -    )
   GINTS ARIS ETHAN BRENCIS and      )
 9  LARISA MARA BRENCIS,             )
10                                    )
              Plaintiffs;            )
11                                    )
        vs.                          )  14 CV 02079
12                                    )
   GREEN TREE SERVICING, LLC,        )
13                                    )
              Defendant.             )
14  - - - - - - - - - - - - - - -    )
   JEFFREY R. MODICA, KATARZYNA      )
15  A. MODICA a/k/a KATIE MODICA,    )
16                                    )
              Plaintiffs,            )
17                                    )
        vs.                          )  14 CV 03308
18                                    )
   GREEN TREE SERVICING, LLC, a      )
19  Delaware Corporation.            )
20
21          THE DISCOVERY DEPOSITION OF
                    ROGER SPARKS
22                January 8, 2015
               Ten o'clock A.M.
23          Called as a witness by the Plaintiffs
   herein, pursuant to the provisions of the Federal
24
```

## 2

```
 1  Rules of Civil Procedure pertaining to the taking of
 2  depositions for the purpose of discovery, before
 3  MARLANE K. MARSHALL, C.S.R., License #084-001134, a
 4  Notary Public qualified and commissioned for the
 5  State of Illinois, taken at Sulaiman Law Group, Ltd.,
 6  900 Jorie Boulevard, Suite 150, Oak Brook, Illinois.
 7
 8  PRESENT:
 9              SULAIMAN LAW GROUP, LTD., by
                MR. MOHAMMED O. BADWAN and
10              MR. PAUL BACH
                900 Jorie Boulevard
11              Suite 150
                Oak Brook, Illinois  60523,
12
                  appeared on behalf of the Plaintiff;
13
14              ADDUCCI, DORF, LEHNER, MITCHELL &
                BLANKENSHIP, P.C., by
15              MR. MARSHALL L. BLANKENSHIP
                150 North Michigan Avenue
16              Suite 2130
                Chicago, Illinois  60601,
17
                  appeared on behalf of the Defendant.
18
19
20
21
22
23
24
```

## 3

```
 1                    I N D E X
 2
 3  WITNESS:  ROGER SPARKS
 4                                        Page No.
 5    Examination By:  Mr. Badwan            5
 6
 7            E X H I B I T S
 8
                                          Page No.
 9  Group Exhibit A                          32
10  Exhibit B                                69
11  Exhibit C                                87
12  Exhibit D                               122
13  Exhibit E                               126
14  Exhibit F                               141
15  Exhibit G                               143
16  Exhibit H                               183
17  Exhibit I                               186
18  Exhibit J                               188
19  Exhibit K                               203
20
21
22      C E R T I F I E D   Q U E S T I O N S
22          Page No.      Line No.
23            11            2
24
```

## 4

```
 1              (Whereupon the witness was duly sworn
 2              by the Notary.)
 3         MR. BADWAN:  Today is January 8th, 2015.  This
 4    is the deposition of Roger Sparks pursuant to Rule
 5    30 of the Federal Rules of Civil Procedure and by
 6    agreement between the parties.  This deposition is
 7    taking place at 900 Jorie Boulevard, Suite 150, Oak
 8    Brook, Illinois at the offices of Sulaiman Law Group
 9    which is plaintiffs' counsel.
10         Counsel, for the record I want to confirm
11    that this is Green Tree's 30(b)(6) witness for three
12    separate cases, the first being Tommy Robison vs.
13    Green Tree Servicing, LLC, 13 CV 06717; Gints and
14    Larisa Brencis vs. Green Tree Servicing, 14 CV 02079;
15    and lastly Jeffrey and Katarzyna Modica vs. Green
16    Tree Servicing, LLC, 14 CV 03308.
17         MR. BLANKENSHIP:  Yes, Mr. Sparks is the
18    designated witness for each of the three 30(b)(6)
19    notices you served in those three cases.
20         MR. BADWAN:  Wonderful.
21
22
23
24
```

ROGER SPARKS,
a witness herein, called by the Plaintiffs herein, pursuant to the provisions of the Federal Rules of Civil Procedure pertaining hereto, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY: Mr. Badwan

Q Mr. Sparks, could you please spell your name for the record?
**A Last name?**
Q Yes, please.
**A S-p-a-r-k-s.**
Q Okay. Have you ever been deposed before?
**A No.**
Q All right. Feel free to take a break at any point if you need to use the washroom or you just need some time. Make sure that you don't answer a question until I fully ask -- answer the question until it's fully asked. The court reporter can only transcribe what one person is saying if we both talk at the same time. Make sure that all your responses are verbal. So you can't -- she can't transcribe any nonverbal responses like if you shake your head or nod your head. Do you understand?

**A (nodding)**
THE COURT REPORTER: Is that yes?
THE WITNESS: Yes.
BY MR. BADWAN:
Q All right. Mr. Sparks, how old are you?
**A Thirty-nine.**
Q All right. Do you take any medications for anything?
**A No.**
Q Okay. So you're not under the influence of anything that would prevent you from answering any questions truthfully today?
**A I am not.**
Q Okay. Where do you reside?
**A Phoenix, Arizona.**
Q Okay. And tell me about your educational background. What is the highest level of education you have had?
**A Some college.**
Q Some college. Okay. Are you married?
**A Yes.**
Q Okay. How long have you been married for?
**A I have been married for ten years.**
Q Ten years. Kids?

**A Yes.**
Q How many?
**A Two.**
Q Two. Okay. Have you ever been arrested?
**A No.**
Q Okay. So you have no felony convictions?
**A I do not.**
Q Good. Have you ever been sued?
**A Have I ever been sued?**
Q Uh-huh.
**A No.**
Q Have you ever sued anyone?
**A No, I don't believe I ever have.**
Q Have you ever filed for bankruptcy?
**A No, I have not.**
Q Have you ever had a debt collector call you?
**A Yes, I probably have had a debt collector call me.**
Q When was the most recent time if you can approximate?
**A I can't even venture to guess.**
Q Okay. Fair enough. Have you ever had to testify in court either as a party or as a witness -- a fact witness?

**A Yes, yes.**
Q Okay.
**A There was a -- Yeah, I have.**
Q Okay. And how long ago was that?
**A It was probably fifteen years ago.**
Q And what was the nature of the case?
**A I witnessed an altercation in traffic that resulted in a homicide.**
Q Okay. So it was a criminal case?
**A It was, yeah.**
Q Okay. Other than that time you testified in open court have you ever testified in open court in a separate matter?
**A I have not.**
Q Okay. How many times have you been designated as Green Tree's 30(b)(6) witness in the last five years?
**A I believe this would be the first time.**
Q First time. Okay. Do you know why you're here today, Mr. Sparks?
**A I am here because I was requested to show up by Mr. Blankenship and whoever makes these decisions at Green Tree.**
Q Okay. And when were you notified you were

9

```
 1   going to have to be here today?
 2       A   I am not certain.  Possibly sometime in
 3   November.  I made travel arrangements in December
 4   sometime.
 5       Q   Okay.  Did anyone at Green Tree talk to you
 6   about what this case -- what these cases are about?
 7       MR. BLANKENSHIP:  Let me just object.  To the
 8   extent it calls for you to reveal communications you
 9   have had with me or in-house counsel I object on the
10   grounds of attorney/client privilege.  So if you can
11   answer that without talking about communications with
12   attorneys you can answer it.  Otherwise I instruct
13   you not to answer.
14   BY MR. BADWAN:
15       Q   Okay.  Have you had a discussion --  I
16   don't care about the contents of the discussion, but
17   did you discuss the facts of these cases with anyone
18   at Green Tree other than opposing counsel -- in-house
19   counsel?  So did you talk to a supervisor?  Okay.
20   Let's backtrack.  Who told you you would have to be
21   here today other than Mr. Blankenship?  How did you
22   find out?  Take me through what happened.  Were you
23   at work one day and someone said Mr. Sparks, can you
24   please come into my office; we have got to speak to
```

10

```
 1   you?  What happened?
 2       A   No.  My position at Green Tree means that
 3   at some point during the fact-finding process of
 4   these I was contacted to provide information on the
 5   dialer history.
 6       Q   Okay.  I will ask in a different way.  Tell
 7   me how you found out that you were going to have to
 8   come here and be Green Tree's witness regarding
 9   systems.
10       MR. BLANKENSHIP:  And I will object to the
11   extent it calls for you to reveal attorney/client
12   privileged communication.
13   BY MR. BADWAN:
14       Q   How did you find out, not what was said to
15   you.
16       MR. BLANKENSHIP:  Well, your question implies
17   the nature -- the subject of the communication.
18       MR. BADWAN:  The objection is noted.
19       MR. BLANKENSHIP:  Well, don't answer the question.
20   Your question was proper before, tell me who you
21   talked to who was not an attorney.  That's okay.  But
22   to the extent you're asking for communications with
23   attorneys I am instructing him not to answer.
24
```

11

```
 1   BY MR. BADWAN:
 2       Q   Okay.  Who told you you would have to be
 3   here today?
 4       MR. BLANKENSHIP:  And if you can answer that
 5   without revealing a communication with an attorney
 6   answer it.  If you cannot, don't.
 7   BY MR. BADWAN:
 8       Q   I am not asking you what was said in that
 9   communication; I am asking you who.
10       MR. BLANKENSHIP:  No, you are saying who told
11   you to come.  That's the contents of the conversa-
12   tion, told you to come.
13       MR. BADWAN:  Are you instructing him not to
14   answer?
15       MR. BLANKENSHIP:  Yes, I am.
16       MR. BADWAN:  Who?
17       MR. BLANKENSHIP:  No, because you're asking --
18   The nature of your question has the contents of the
19   conversation in it.
20       MR. BADWAN:  Marshall, we didn't even get
21   started and you're already being like this.  Who told
22   him he had to be here today?  Are you instructing him
23   not to answer?
24       MR. BLANKENSHIP:  Yes.
```

12

```
 1       MR. BADWAN:  He's going to have to come back.
 2   It's a who, not a what.
 3       MR. BLANKENSHIP:  Your question had the contents
 4   in the question.
 5       MR. BADWAN:  Please certify the question.
 6       MR. BLANKENSHIP:  You don't have to do that in
 7   federal court or state court.  You haven't had to do
 8   that in thirty years.
 9   BY MR. BADWAN:
10       Q   So you are not going to answer who told you
11   you have to be here today?
12       A   No.
13       Q   Okay.  Outside of in-house counsel for Green
14   Tree did you talk to -- and Mr. Blankenship did you
15   talk to anyone about these cases?
16       A   No.
17       Q   You didn't talk to any supervisor or any
18   employee of Green Tree about these cases?
19       A   These cases --  Let me just say that during
20   the research of these cases that there may have --
21   there may be other employees that are required to
22   help gather data.
23       Q   Okay.  I don't know how to make this simpler.
24   Outside of the attorneys at Green Tree and
```

13

1   Mr. Blankenship that's sitting here before you, did
2   you talk to anybody else about the facts of these
3   cases?  How did you know you have to be here today?
4       MR. BLANKENSHIP:  He just answered your question.
5   He told you he might have talked to some other people
6   about these cases.
7       MR. BADWAN:  Who?  Who?  Tell me who.
8       MR. BLANKENSHIP:  If you remember.
9       MR. BADWAN:  We're going to be here for all
10  seven hours.
11      MR. BLANKENSHIP:  We might be.  Why don't you
12  get to something relevant.
13      MR. BADWAN:  Relevance in a deposition?  Come
14  on.
15  BY MR. BADWAN:
16      Q   Who did you talk to regarding these cases
17  outside of your attorneys?
18      MR. BLANKENSHIP:  If anyone.
19  BY MR. BADWAN:
20      Q   Yes, anybody.
21      **A   Here's how it works.  Mr. Blankenship and**
22  **possibly some other attorneys come to me --**
23      MR. BLANKENSHIP:  Don't talk about our communi-
24  cation.  All he wants to know is if you talked to

14

1   anyone else about this case other than attorneys.
2   It's a yes or no answer for starters.
3   BY MR. BADWAN:
4       Q   Other than attorneys.
5       MR. BLANKENSHIP:  Yes, other than attorneys.
6   BY MR. BADWAN:
7       Q   I am not asking you about Mr. Blankenship
8   or in-house counsel for Green Tree.  I am asking
9   anybody at Green Tree other than lawyers did you
10  discuss these cases with.
11      **A   There may be people who report to me who**
12  **assisted in gathering the facts for the case.**
13      Q   Okay.
14      **A   So yes.**
15      Q   You did.  Approximately how many people?
16      **A   Approximately one or two.**
17      Q   Okay.  And what was the contents of that
18  conversation?
19      **A   The contents of the conversation would be**
20  **find everything in the system related to this account.**
21      Q   And who did you report the findings to?
22      **A   Our in-house counsel.**
23      Q   Okay.  So there was nobody between you and
24  in-house counsel?

15

1       **A   No.**
2       Q   What's in-house counsel's name?
3       **A   On this particular --  On these particular**
4   **cases I am not certain.**
5       Q   So how many different times did you talk to
6   in-house counsel?
7       **A   I talk to them on a regular basis.**
8       Q   And you don't know the name?
9       **A   Well, there's several.  I am just saying**
10  **that --**
11      Q   Give me names.  Fine.
12      **A   Oh, there's --**
13      MR. BLANKENSHIP:  Well, you want the names of
14  all in-house counsel?
15      MR. BADWAN:  That he's spoken to.
16      MR. BLANKENSHIP:  About these cases?
17      MR. BADWAN:  About these cases.
18      MR. BLANKENSHIP:  He said he doesn't remember.
19      MR. BADWAN:  He said there were several.
20      MR. BLANKENSHIP:  He said there's several in-house
21  counsel he talks to on a regular basis.  He didn't
22  remember the name of who he talked to.
23  BY MR. BADWAN:
24      Q   Regarding these cases.

16

1       **A   I couldn't say with any certainty which**
2   **in-house counsel handled these particular cases.**
3       Q   Who did you talk to though?  I am not asking
4   you what you talked about.
5       MR. BLANKENSHIP:  He said he doesn't know.
6       MR. BADWAN:  He never said that.
7       MR. BLANKENSHIP:  He said he doesn't recall which
8   specific counsel.
9       MR. BADWAN:  I am here asking the questions.
10  Okay?  If you are going to object --  What's your
11  objection, Marshall?
12      MR. BLANKENSHIP:  You are not listening to his
13  answers.
14      MR. BADWAN:  What's your objection?
15      MR. BLANKENSHIP:  You are misstating his answers.
16      MR. BADWAN:  What is your objection?
17      MR. BLANKENSHIP:  You're repeating questions
18  he's answered.  Asked and answered is the objection.
19  BY MR. BADWAN:
20      Q   What is the name of the in-house counsel you
21  spoke to regarding these cases?
22      **A   I speak to in-house counsel about a number**
23  **of cases.  So I can't say with any certainty which**
24  **counsel I spoke to on these particular cases.**

County Court Reporters, Inc.
630.653.1622

17

1          MR. BLANKENSHIP:  He can't say.
2          THE WITNESS:  It could be any one.
3   BY MR. BADWAN:
4      Q   Okay.  How many different -- Approximately
5   how many different in-house counsel is there that you
6   regularly speak to about Green Tree cases which I am
7   sure there's a lot?
8      A   **There are several.**
9      Q   Approximately how many?  You have personal
10  knowledge.  Give me an estimate, something.
11     A   **An estimate would be five -- five to ten.**
12     Q   Five to ten.  And you don't remember any
13  of their names?
14         MR. BLANKENSHIP:  You didn't ask that question.
15  You asked about this case.  And he doesn't remember.
16         MR. BADWAN:  These cases.
17         MR. BLANKENSHIP:  And he said he doesn't recall
18  who he talked to about these cases.  I don't know how
19  he could be more plain.  He said that twice now.  He
20  said it twice.
21         MR. BADWAN:  He's going to have to come back.
22  BY MR. BADWAN:
23     Q   All right.  Did you review any documents
24  in preparation for today's deposition?

18

1      A   **Yes.**
2      Q   Okay.  And what were those documents?
3      A   **The interrogatories.**
4      Q   Okay.  Any other documents?
5      A   **No.**
6      Q   Okay.  And you're currently employed at
7   Green Tree.  Correct?
8      A   **Yeah.**
9      Q   What is your job title there?
10     A   **Systems manager.**
11     Q   Okay.  And how long have you been employed
12  as a systems manager at Green Tree?
13     A   **I have been a systems manager at Green Tree**
14  **a little over two years.**
15     Q   Okay.  And before that what did you do?
16  Were you at Green Tree in a different position?
17     A   **I was at Green Tree in a different position.**
18     Q   And what was your position there?
19     A   **My position was technical support**
20  **administrator.**
21     Q   How long were you -- So how long have you
22  been with Green Tree in total?
23     A   **I have been with them for approaching five**
24  **years.**

19

1      Q   So pretty much two positions?
2      A   **Yes.**
3      Q   Okay.  And what was the previous position?
4   I apologize.
5      A   **Technical support administrator.**
6      Q   All right.  Mr. Sparks, this got off to a
7   bad start.  We're just here to have a discussion to
8   find out some facts.  I am not here to trick you; I
9   am not here to do anything.  We're just trying to
10  figure out what happened, that's all.  So I didn't
11  like the way this started.  I just want you to know
12  answer the questions if you know the answer.  If you
13  don't just simply say I don't recall.  Okay?  But
14  you have got to remember you are under oath.
15         All right.  So you're a systems manager now,
16  correct, Mr. Sparks?
17     A   **Yes.**
18     Q   And so you started with Green Tree in 2011
19  approximately?  You said you have been there four
20  years.
21     A   **I started with them in 2010.**
22     Q   2010.  Okay.  And what were your job duties
23  as technical support administrator?
24     A   **I managed functions of the predictive dialer**

20

1   system.
2      Q   Okay.  Tell me what that consists of.
3      A   **It consists of starting and stopping call**
4   **lists, managing agents' IDs, reporting.**
5      Q   And we'll get back to predictive dialing
6   systems later.  Okay.  And how about as systems
7   manager what are your job duties?  You said you have
8   been doing it for two years now.  Correct?
9      A   **Yes, two years.**
10     Q   Okay.  And what do you do?  What does that
11  consist of?  What are your job duties?
12     A   **My job duties consist of primarily managing**
13  **technical support administrators who handle various**
14  **call center technologies.**
15     Q   Okay.  So what's your typical day routine
16  as far as do you deal with systems yourself?  Do you
17  set them up?  What do you do?  Give me a little more
18  details of what you do there as systems manager.
19     A   **Well, on any given day I could both have**
20  **hands-on interaction with the systems or I could be**
21  **working with my employees, coaching, issue resolutions.**
22  **Along those lines.**
23     Q   And who is your supervisor?
24     A   **My manager is Joel Hanks.**

21

```
 1        Q    Joel Hanks?
 2        A    Hanks, yeah.
 3        Q    H-a-n-k-s?
 4        A    Yes.
 5        Q    And how many subordinates do you have?  How
 6   many people do you manage?
 7        A    I have eight.
 8        Q    And you're located -- Your office, where
 9   is it at?  Which location are you based in?
10        A    I am based in Tempe, Arizona.
11        Q    And what is there in Tempe, Arizona for
12   Green Tree?  Do they have call centers there or what
13   is it?
14        A    Green Tree has a multitude of departments
15   that reside in Tempe.
16        Q    Is there a collections department there?
17        A    There is a collections department there.
18        Q    And do you work there?  Do you ever go
19   inside the collections department?
20        A    Yes.
21        Q    Okay.  How often?
22        A    They --  I walk past it several times a
23   day.
24        Q    Okay.  The systems that you manage, are
```

22

```
 1   they employed by the collections department?
 2        A    Yes.
 3        Q    Do they use them?
 4        A    Yes.
 5        Q    What do they use them for?
 6        A    Collections uses my systems, the system
 7   for live monitoring of agents and for predictive
 8   dialer operations.
 9        Q    Okay.  So Green Tree does use predictive
10   dialers generally.  And I will get more specific as
11   I go along.
12        MR. BLANKENSHIP:  Object to the term generally.
13   BY MR. BADWAN:
14        Q    Does Green Tree today use predictive dialing
15   systems to make calls in the collections department?
16        A    Yes.
17        Q    Okay.  And did Green Tree in 2010 when you
18   started use predictive dialing systems?
19        A    Yes.
20        Q    And what is a predictive dialing system?
21        A    I don't know if I can accurately define a
22   predictive dialing system.
23        Q    Just what your understanding of it is.  I
24   mean you have been there for four years working on
```

23

```
 1   them so I am sure you have some knowledge.  You got
 2   promoted.  You must know what they are and what they
 3   do, what they're able to do, what they can't do.
 4   Generally speaking in layman's terms if you had to
 5   explain this to your child what a predictive dialing
 6   system is, how would you do it?
 7        A    I would say a predictive dialing system is
 8   a combination of software and hardware which generates
 9   outbound dials in an effort to create contacts.
10        Q    Okay.  So it is a combination of hardware
11   and software?
12        A    Yes.
13        Q    Okay.  And how big is a predictive dialing
14   system?  Is it four feet high, five feet high, the
15   hardware part?
16        A    It would depend on the scope of the
17   installation the sizing.
18        Q    Okay.  Now, so they vary.
19        A    They vary, yes.
20        Q    Okay.  And does each call center have a
21   predictive dialing system to the best of your
22   knowledge?
23        A    At Green Tree?
24        Q    Yes.
```

24

```
 1        A    We have one predictive dialing system.
 2        Q    So one predictive -- For the whole nation?
 3        A    Yes.
 4        Q    Okay.  And where is that located, the
 5   hardware part?
 6        A    The hardware is primarily located in Tempe,
 7   Arizona.
 8        Q    Okay.
 9        A    But there's some hardware in St. Paul,
10   Minnesota.
11        Q    So there's two locations --
12        A    There are two locations.
13        Q    -- in which the actual physical hardware
14   is at?
15        A    Yes.
16        Q    And why do people use predictive dialing
17   systems as opposed to --  Why are they used?  Why
18   does Green Tree use predictive dialing systems?
19        A    I believe the industry uses predictive
20   dialing systems to gain efficiency.
21        Q    Okay.  Could you please elaborate on that?
22   How does it provide efficiency?
23        A    Well, it takes less time to dial a phone
24   number using a piece of software than it does to
```

25

```
1    punch buttons on a telephone.
2        Q   Okay.  Are all calls made by the collections
3    department made with the predictive dialing system?
4        A   No.
5        Q   Okay.  And why not?  You just told me
6    they're more efficient.  So why won't all calls be
7    made?
8        MR. BLANKENSHIP:  If you know.
9        THE WITNESS:  I can't --
10       MR. BADWAN:  This is the last time you get to
11   suggest answers.
12       THE WITNESS:  Really the answer to that is a
13   business decision.
14   BY MR. BADWAN:
15       Q   Who makes that business decision?
16       A   It depends on the shop really.  Some
17   collection shops they use predictive dialer systems
18   a hundred percent of the time.  This particular one
19   doesn't.
20       Q   What particular one are you talking about?
21       A   At Green Tree.
22       Q   Which call center does not?  You said --
23   Okay.  Let me rephrase.  Are all calls made by the
24   collections department in Tempe, do they all use
```

26

```
1    predictive dialing systems for each call?
2        A   No.
3        Q   Okay.  Now, you testified earlier that it's
4    more efficient to use a predictive dialing system.
5    Is that correct?
6        A   Yes.
7        Q   So if you know why isn't every call made
8    with a predictive dialing system because it's faster?
9    So who makes a decision --  Let me ask do you know
10   why some calls are made with a predictive dialing
11   system and some calls are not?
12       A   I do not.
13       Q   Okay.  Now, do you know who decides whether
14   a call is made with a predictive dialing system or
15   some other method?
16       A   I do not.
17       Q   To the best of your knowledge does every
18   call center have the ability to use a predictive
19   dialing system?
20       A   I am not sure that every call center.  I
21   can't speak for every call center at Green Tree.
22       Q   But you are the systems manager.
23       A   Yes.
24       Q   Okay.  Are you the nationwide systems
```

27

```
1    manager?
2        A   Yes, for my applications.
3        Q   Okay.  So you as the systems manager don't
4    know how the predictive dialing systems are used
5    generally throughout the whole call center in the
6    nation?  Are all call centers -- do they have -- can
7    they use the predictive dialing system?
8        A   All call centers that access -- that use
9    the Green Tree systems and have access to the front
10   end systems that allow them to log in to the predictive
11   dialing system would be able to use it.
12       Q   And all call centers have access to that.
13   Correct?
14       A   I can't say for sure.
15       Q   Do you communicate with the compliance
16   department at Green Tree?
17       A   Yes.
18       Q   How often?  I am speaking generally; I am
19   not asking about a specific date.
20       A   I would say we communicate on a regular
21   basis.  Weekly.
22       Q   Weekly.  Okay.  How about the legal
23   department?
24       A   I communicate with the legal department on
```

28

```
1    a regular basis.
2        Q   Weekly as well?
3        A   That's too specific.  It would depend on
4    how busy they are.
5        Q   Do they usually reach out to you or do you
6    usually reach out to them?
7        A   The legal department?
8        Q   Yeah.
9        A   They reach out to me.
10       Q   Okay.  How about the compliance department?
11       A   It's a two-way communication with compliance.
12       Q   Okay.  Are you salary based or are you hourly
13   based?
14       A   I am salary.
15       Q   Okay.  Do you have an incentive package?
16   Can you make bonuses?  Can you make extra money if
17   you do certain things?
18       A   My compensation does include an annual
19   bonus.
20       Q   Okay.  And what's that contingent upon?
21       A   I believe it's just performance based.
22       Q   Okay.  And how is your performance
23   evaluated?
24       A   It's subjective.
```

Pages 25 to 28

29

```
 1        Q    Okay.  Elaborate on that.  I mean I have
 2   worked for many corporations.  I know they tell you
 3   if you want to hit this bonus you have got to do this.
 4   What do you have to do to get this bonus?
 5        A    I don't have -- I would have to look at my
 6   last performance review to give you specifics.  But
 7   I don't have any targeted incentive goals.  It's all
 8   based on how well do I manage my people.
 9        Q    Okay.  Is your bonus contingent upon
10   performance by the collections department?
11        A    No.
12        Q    So it's completely independent?
13        A    Right.  Correct.
14        Q    Okay.  Your current position as systems
15   manager, were you trained by Green Tree for that
16   position?
17        A    Trained in what regard?
18        Q    Did you have to go through training before
19   you started?
20        A    For my position?
21        Q    Your current position as systems manager,
22   correct.
23        A    No.
24        Q    How about your position as technical support
```

30

```
 1   administrator?
 2        A    There's training -- on-the-job training
 3   for that position.
 4        Q    Okay.  Have you ever received training on
 5   something known as the TCPA which is the Telephone
 6   Consumer Protection Act?
 7        A    I have attended industry webinars,
 8   conferences on TCPA.
 9        Q    And what is your general understand-
10   ing of TCPA?
11        A    It's the Telephone Consumer Protection Act.
12        Q    Okay.  And well, you went to seminars.  So
13   if you were paying any attention you would know a
14   little more than that.
15        MR. BLANKENSHIP:  Object to the form of the
16   question if that's a question.  Is there a question?
17   BY MR. BADWAN:
18        Q    What is your understanding of the TCPA other
19   than the name of the law?  What does it prohibit?  Do
20   you know?
21        A    I would have to look at my notes.  That's
22   why -- I keep notes.  I don't have the TCPA memorized.
23        Q    Okay.  Generally do you know -- So your
24   only knowledge of it is just it's called the Telephone
```

31

```
 1   Consumer Protection Act.  You know nothing else about
 2   it, what it prohibits.  You don't recall?  Is that
 3   your testimony?
 4        A    Yes.  I would need to --
 5        Q    Okay.  So you're a nationwide systems
 6   manager.  Correct?
 7        A    Yes.
 8        Q    And you don't know what the TCPA prohibits.
 9   Is that correct?
10        A    I know where to get that answer for you if
11   I need it.
12        Q    Who would you go to?
13        A    I would go to my notes.
14        Q    Okay.  Would you go to the compliance
15   department?
16        A    If I needed to.
17        Q    Have you ever had to go to the compliance
18   department to tell you what the TCPA is?
19        A    I have talked to the compliance department
20   about many, many things over the years.
21        Q    Okay.  And does that include the TCPA?
22        A    Possibly.
23        Q    Okay.  Do you remember what they told you
24   it was?
```

32

```
 1        A    No.
 2        MR. BADWAN:  Okay.  Okay.  This will be Exhibit
 3   A.  Actually it's Group Exhibit A.
 4             (Whereupon, a document was marked as
 5             Group Exhibit A for identification.)
 6   BY MR. BADWAN:
 7        Q    Do you know what this document is,
 8   Mr. Sparks?
 9        A    This is a notice of deposition.
10        Q    Have you seen this document before?
11        A    I am not sure.
12        Q    Okay.  Take a look at all of them.  There's
13   four separate -- three separate ones, one for each
14   case.
15        A    All right.
16        Q    Okay?  And the notice of deposition, the
17   first one, could you please read the case caption?
18        A    Where is that?
19        Q    I'm sorry.  The case caption is going to
20   be who the plaintiff and who the defendant is.
21        MR. BLANKENSHIP:  And I would just note for the
22   record that the actual notices of deposition each had
23   an attachment to them that aren't included in
24   Exhibit 1.
```

33

1      MR. BADWAN:  Yes, for the record it had an
2  exhibit which was an activity log.
3      MR. BLANKENSHIP:  Collection comment list.
4      MR. BADWAN:  Right.
5      THE WITNESS:  So this would be Tommy Robison,
6  plaintiff vs. Green Tree Servicing, LLC, defendant.
7  BY MR. BADWAN:
8      Q   Could you read the case number in the top
9  right-hand corner?
10      **A   Civil Action 13 CV 06717.**
11      Q   Okay.  And if you look at the second page
12  these are the topics that we wanted to depose Green
13  Tree on.  Please go ahead and read those.
14      **A   Number one --**
15      Q   No, you can read them to yourself.
16      **A   Oh, okay.**
17      Q   I am going to ask you some questions about
18  them.
19      **A   All right.**
20      Q   Have you seen the second page ever?
21      **A   Possibly.**
22      Q   Okay.  Do you have personal knowledge of
23  the systems -- Do you have personal knowledge on
24  topic one of Green Tree systems?

34

1      **A   I do.**
2      Q   Okay.  Do you have personal knowledge of
3  the topic about the systems in topic number two?
4      **A   I do.**
5      Q   Do you have personal knowledge of the topic
6  in number three?
7      **A   I do.**
8      Q   Do you have personal knowledge about the
9  topic in number four?
10      **A   Yes.**
11      Q   How about number five?
12      **A   Yes.**
13      Q   Six?
14      **A   Yes.**
15      Q   Seven?
16      **A   Seven there's nothing that I have any**
17  **knowledge of.  We don't use any third party service**
18  **providers.**
19      Q   Okay.  Wonderful.  So you have personal
20  knowledge.  Okay.  Number eight?
21      **A   Yes.**
22      Q   Okay.  All right.  So it's your testimony
23  today that you have the ability to testify on all
24  these topics.  Correct?

35

1      **A   Correct.**
2      MR. BADWAN:  Okay.  Marshall, that's the only
3  way to do this.  We have to go through each one.
4      MR. BLANKENSHIP:  Whatever.  He's being
5  produced on these topics.  Ask your questions.
6  BY MR. BADWAN:
7      Q   Let's go to the third page of Group --
8  fourth page of Group Exhibit A.  Do you know what
9  this is?  Have you ever seen this document, that
10  page 4, 5 and 6?
11      **A   Is there a number on them?**
12      Q   I'm sorry, there's not.  So it's the
13  fourth page.  If you start from the first it's the
14  fourth page.
15      **A   This is a notice of deposition.**
16      Q   Could you read who the plaintiff is and
17  who the defendant is?
18      **A   Jeffrey R. Modica, Katarzyna A. Modica**
19  **a/k/a Katie Modica.**
20      Q   And the defendant?
21      **A   They're plaintiffs.  Green Tree Servicing,**
22  **LLC is defendant.**
23      Q   Could you please read the case number?
24      **A   14 CV 03308.**

36

1      Q   Okay.  And is this the first time you have
2  seen this document?
3      **A   Possibly.**
4      Q   Okay.  And just to let you know, this is
5  the notice of deposition that we sent to your counsel
6  and we asked that Green Tree produce somebody that
7  can testify as to the topics on the next page.  Could
8  you please go to the next page --
9      **A   Yes.**
10      Q   -- which would be page 5 of Group Exhibit A?
11      **A   Yes.**
12      Q   Okay.  And could you please go ahead and --
13  They're pretty similar to the first case.  Could you
14  please go ahead and read those quickly?  Take your
15  time, whatever you need.
16      MR. BLANKENSHIP:  They're identical except for
17  different phone numbers.  Why are we -- Whatever.
18      MR. BADWAN:  I have to lay a foundation.
19      THE WITNESS:  All right.
20      MR. BADWAN:  It's 30(b)(6).
21      MR. BLANKENSHIP:  Yes, but you have just gone
22  through the eight topics on the other page.
23      MR. BADWAN:  They're separate cases, Marshall.
24  It's three separate cases.  I want to lay the

37

1  foundation on each case.
2  BY MR. BADWAN:
3      Q   Did you get a chance to read those?
4      A   I did.
5      Q   And are you able -- Do you have personal
6  knowledge of all topics between one through eight?
7      A   I do.
8      Q   And you already testified about those
9  today.  Correct?
10     A   Yes.
11     Q   Okay.  All right.  Finally if you want to
12 go to page 7 of Group Exhibit A that's another notice
13 of deposition.  Have you ever seen this document?
14     A   Possibly.
15     Q   Okay.  And could you please read who the
16 plaintiffs are?
17     A   Gints Aris Ethan Brencis and Larisa Mara
18 Brencis.
19     Q   Can you tell me who the defendant is?
20     A   Green Tree Servicing, LLC.
21     Q   Could you please read the case number?
22     A   14 CV 02079.
23     Q   Okay.  And this is also a notice of
24 deposition sent to your attorney.  It requests that

38

1  Green Tree produce someone that can testify on the
2  topics on the next page which would be page 8 of Group
3  Exhibit A.  Take a look at one through eight and when
4  you are done let me know.
5      A   Okay.
6      Q   Do you have personal knowledge and are you
7  ready to testify as to topics one through eight?
8      A   Yes.
9      Q   Okay.  And now the Robison -- Tommy Robison
10 vs. Green Tree case, when were you notified about it?
11 How did you find out about it?
12     A   I probably found out about it whenever I
13 was contacted to pull records.
14     Q   Okay.  Is that the same for the Brencis
15 vs. Green Tree matter?
16     A   It would be the same for all three.
17     Q   Okay.  That's fine.
18     A   Whenever, yeah.
19     Q   All right.  The reason you're here today
20 is the plaintiffs in each case allege that Green
21 Tree violated the federal law called the Telephone
22 Consumer Protection Act.  Okay?  That's the TCPA.
23 What the TCPA generally prohibits at least for this
24 case -- it prohibits a lot of things -- but it

39

1  prohibits making a call using an auto dialing system
2  to a cellular phone without the express consent of
3  the person being called.  Okay?  Did you know that?
4      A   Yes.  Sounds right.
5      Q   That's your understanding of it now that I
6  have said it?  Did that refresh your memory a little
7  bit?
8      A   Yes, I believe that's part of the TCPA.
9      Q   Okay.  Now, the statute uses the words
10 automatic telephone dialing system.  From going
11 forward we are just going to say ATDS.  Is that okay
12 with you?
13     A   That's okay.
14     Q   Now, the statute also defines what an ATDS
15 is.  And the express language of the statute says
16 that it's equipment which has the capacity A, to
17 store or produce telephone numbers to be called using
18 a random or sequential number generator; and B, to
19 dial such numbers.  Okay?
20     A   Okay.
21     Q   Do you know what an automatic telephone
22 dialing system is?
23         MR. BLANKENSHIP:  Let me just object for the
24 record.  It calls for a legal conclusion if you are

40

1  using that as the term as defined in the statute.
2  BY MR. BADWAN:
3      Q   Okay.  Before today have you ever heard of
4  the term automatic telephone dialing system?
5      A   Yes, I have heard the term.
6      Q   Okay.  You mentioned earlier that Green
7  Tree uses predictive dialing systems.  Correct?
8      A   Correct.
9      Q   Do you know if that's an automatic telephone
10 dialing system?
11         MR. BLANKENSHIP:  Objection, calls for a legal
12 conclusion.  You can answer.  When I object you can
13 answer.  I am doing that for the record.
14         THE WITNESS:  I don't know if that meets per the
15 statute or whatever.
16 BY MR. BADWAN:
17     Q   Okay.
18     A   But a predictive dialing system definitely
19 probably meets some of those criteria.
20     Q   Okay.  Let's break it down.  Is a predictive
21 dialing system equipment -- an equipment would you
22 say?
23     A   Yes.
24     Q   Okay.  Can it store phone numbers?

41

1    A   No.
2    Q   Okay.  How can it call numbers that it
3  doesn't have -- doesn't store?  You said it can call
4  numbers.  Right?
5    A   Right.
6    Q   Okay.  So in order to call a number it needs
7  to be in the system.  Correct?
8    A   I can only speak for our predictive dialing
9  system.
10   Q   Sure, sure.  That's what I am asking you
11  about.
12   A   Okay.
13   MR. BLANKENSHIP:  What's the question?  I lost
14  the question.
15  BY MR. BADWAN:
16   Q   I'm sorry.  The question was --  The first
17  question was whether the automatic -- I mean the
18  predictive dialing system is equipment.  He said yes.
19  Then I asked him does it store numbers.
20   MR. BLANKENSHIP:  He said no.
21  BY MR. BADWAN:
22   Q   It's your testimony it doesn't store
23  numbers?
24   A   No.  Yes.  Stop.

42

1    Q   Sure, sure.  Take your time.
2    A   The question you asked is is it my testimony
3  that it doesn't store numbers, and my answer to that
4  is yes, that's my testimony.
5    Q   So the predictive dialing system, does it
6  store numbers -- phone numbers?
7    A   No.
8    Q   Okay.  Now, if it can't store numbers how
9  can it call numbers?
10   A   It's passed numbers in a file to call on a
11  daily basis.
12   Q   Could you repeat that answer?
13   A   The predictive dialing system is sent a file
14  which contains that day's numbers to be called.
15   Q   Okay.  And that file is contained within
16  the predictive dialing system.  Right?  So someone
17  can send a file to the predictive dialing system.
18  Correct?
19   A   Right.
20   Q   And then the predictive dialing system makes
21  those phone calls?
22   A   Right.
23   Q   Okay.  So how does it --  How can it not
24  store -- It can store files then.  Correct?

43

1    A   It can, yes.
2    Q   It can store files.  And those files have
3  phone numbers.
4    A   It stores --  Technically yes.
5    Q   Okay.  Okay.  And can it produce telephone
6  numbers in the files?
7    MR. BLANKENSHIP:  Object to the form of the
8  question.
9    THE WITNESS:  Can you rephrase it?
10  BY MR. BADWAN:
11   Q   You said that files are sent to the
12  predictive dialing system and then the predictive
13  dialing system then makes a call based on the numbers
14  in the file.  Correct?
15   A   Yes.
16   Q   Okay.  Now, can it randomly call the phone
17  numbers in the file or sequentially?  How does it
18  work?  So okay, a file is sent to the predictive
19  dialing system.  What happens next?
20   A   Then the predictive dialing system uses a
21  series of sequel-based filter criteria that takes
22  that file produced by the mainframe --
23   Q   What is the mainframe?  I mean remember I
24  am not an attorney and I need this information.  The

44

1  judge is not going to be an attorney, the jury is
2  not going to be an attorney.
3    MR. BLANKENSHIP:  I think you are an attorney
4  and I think the judge is an attorney.
5  BY MR. BADWAN:
6    Q   Did I say that?  I'm sorry.  I apologize.
7  I am not a technician like you are.  Thanks for
8  pointing that out.
9    MR. BLANKENSHIP:  I will use that as an admission
10  at trial.
11  BY MR. BADWAN:
12   Q   He is not certified.  You better not.  I
13  apologize.  I don't have a technical background.
14  Neither do most people involved in this case.  Okay?
15  So if you can dumb it down like you're talking to a
16  child.  So let's go back and I will ask more specific
17  questions.  That was my fault.  I let you go into it
18  specifically.
19       So you testified that a file goes into the
20  predictive dialing system.  Right?
21   A   Yes.
22   Q   And that file has phone numbers.
23   A   Yes.
24   Q   Okay.  Now, how does the predictive dialing

**45**

1  system know which numbers to call?
2      A    It's programmed by --
3      Q    Okay.  Who programs it?
4      A    Predictive dialer administrators.
5      Q    Okay.  And how is it usually programmed?
6  Are the numbers selected randomly from the file?
7      A    No.
8      Q    How are they selected?
9      A    They're selected in many, many different
10  ways.
11      Q    Okay.  Give me an example how one can be
12  selected.
13      A    An example would be you want specific
14  criteria to target a group of accounts or a population
15  based on any number of criteria.
16      Q    Okay.  Give me like an example of a criteria.
17      A    An example of a criteria would be days past
18  due.
19      Q    Okay.  So the predictive dialing system can
20  be used to only call numbers that are delinquent one
21  day.  So it can actually search for calls -- for
22  accounts that are past due.  That could be the
23  criteria.  Correct?
24      A    It could be that.

**46**

1      Q    That's just one of them.  There's many
2  others, but as you said that's one of them.  Correct?
3      A    Correct.
4      Q    So then it's able to search and only call
5  accounts that are past due?
6      A    It's able to, yes.
7      Q    Okay.  And once a phone call is made who
8  does the person being called talk to?  Tell me how
9  it works.  So if the predictive dialing system --
10  Okay.  So it has a record of let's call it 100 accounts
11  that are past due.  It starts with account one and
12  then goes -- If the person picks up, what happens
13  next?
14      A    That connection would be passed to an agent.
15      Q    Okay.  So the system can't talk to a
16  person -- to a borrower.  Correct?
17      A    Right, right.
18      Q    Okay.  How many phone calls can a predictive
19  dialing system call in a minute approximately?
20      A    I think that number varies greatly depending
21  on your installation.  I mean this stuff is sized to
22  meet the needs of the business.
23      Q    Okay.  Do you think you can make 100 calls
24  in a minute?

**47**

1      MR. BLANKENSHIP:  Are you talking about Green
2  Tree's or just in general?
3      MR. BADWAN:  No, Green Tree's.
4      MR. BLANKENSHIP:  I think that was the confusion.
5  BY MR. BADWAN:
6      Q    Green Tree's, the one you have been
7  working off of for four years.
8      A    Can the Green Tree system --
9      Q    The predictive dialing system, approximately
10  how many calls can it make in a minute?
11      A    It could make 100 calls in a minute, yes.
12      Q    Do you know what's the most it can make?
13      A    The most dials it can make per minute?
14      Q    Uh-huh.  Like, you know, when they advertise
15  these systems how do they sell people on it?  What
16  do they say its capabilities are?
17      A    The metric standard in the industry is
18  usually calls per second.
19      Q    Okay.  How many calls per second can Green
20  Tree's predictive dialing system call?
21      A    I would have to confirm with our vendor --
22      Q    Sure.
23      A    -- what this particular system was sized
24  for.

**48**

1      Q    Okay.  So you are not sure.
2      A    I am not certain, no.
3      Q    Okay.  Now, what's the name of the system --
4  the predictive dialing system that Green Tree uses?
5      A    Green Tree uses an Aspect Unified IP.
6      Q    Okay.  Is there a year?  Is it like 2010
7  Aspect?  How do those work?  I am not in the industry
8  so you have to educate me on this.
9      A    Our version is called Unified IP Version
10  6.6 Service Pack 2.
11      Q    Okay.  So all calls made by Green Tree
12  using the predictive dialing system is made with the
13  Aspect Unified IP Version 6.6.  Correct?
14      A    They are, yes.
15      Q    And I think your testimony was that the
16  hardware -- so the actual Aspect Unified IP is
17  physically -- there's one in Tempe and one in St. Paul,
18  Minnesota?
19      A    There is equipment in Tempe and in St. Paul.
20  Most of the equipment for the Aspect Unified IP system
21  exists in Tempe.
22      Q    Okay.  So most of it is in Tempe.
23      A    (nodding)
24      THE COURT REPORTER:  Is that yes?

49

1      THE WITNESS: Yes.
2  BY MR. BADWAN:
3      Q   Okay.  So is there any other predictive
4  dialing system used -- outside of the Aspect Unified
5  IP used by Green Tree?
6      **A   Not that I am aware of.**
7      Q   And do you know how long Green Tree has
8  been using the Aspect Unified IP Version 6.6 Service
9  Pack?
10     **A   I believe 6.6 Unified IP was installed in**
11  **2011.**
12     Q   Okay.  Do you know what Green Tree used
13  prior to that?
14     **A   Another Aspect dialer.**
15     Q   Okay.  So was it the same, just a different
16  version?  So was it an Aspect Unified IP maybe with
17  a different version?
18     **A   It was an Aspect something or another, their**
19  **previous dialer application.**
20     Q   Okay.
21     **A   I can get you an exact answer.**
22     Q   And I appreciate that.  Okay.  Now, do you
23  know how long they used that one for?
24     **A   I do not.**

50

1      Q   Okay.  Do you know when Green Tree started
2  using predictive dialing systems?
3      **A   I do not.  It was before my time of employ-**
4  **ment there.**
5  MR. BADWAN:  Off the record.
6      (Whereupon, discussion was held off
7      the record.)
8  MR. BADWAN:  Let's take a five-minute break.
9      (Following an interruption the
10     deposition was continued as follows:)
11 MR. BADWAN:  Back on the record.
12 BY MR. BADWAN:
13     Q   All right.  Mr. Sparks, where we left off
14 I want to refer you back to Exhibit A which is before
15 you.  I want you to go to page 5 of Exhibit -- Group
16 Exhibit A.
17     **A   Okay.**
18     Q   Now, previously I asked you to read all
19 those topics, and you read them and you said you are
20 able to testify as to all of them.  Now, number four
21 has a specific date about the systems used by Green
22 Tree to make telephone calls to the plaintiffs in
23 this case which are Jeffrey and Katarzyna Modica
24 between June 6th, 2008 until December 19th, 2014.

51

1  Correct?
2      **A   Yes.**
3      Q   And you said you have personal knowledge
4  of that.  Correct?
5      **A   Yes.**
6      Q   Now, and you didn't start with Green Tree
7  until 2010.  Correct?
8      **A   Yes.**
9      Q   So you weren't there in 2008, were you?
10     **A   No.**
11     Q   So how do you know what system was used in
12 2008?
13 MR. BLANKENSHIP:  Let me just object because
14 that kind of misstates what this topic is.  It's two
15 specific phone numbers and not all calls to the
16 plaintiffs.
17 MR. BADWAN:  Okay.  Those phone numbers.
18 MR. BLANKENSHIP:  And there weren't any calls to
19 those numbers before 2011.  But you can answer the
20 question.
21 MR. BADWAN:  What is that based on?  Look at
22 the call history.
23 MR. BLANKENSHIP:  Yes, look at the call history.
24 There aren't any to those numbers.

52

1  MR. BADWAN:  We'll get there.  We'll get there.
2  BY MR. BADWAN:
3      Q   So you weren't -- How could you have
4  personal knowledge of the predictive dialing system
5  used in 2008?
6      **A   To the best of my knowledge the predictive**
7  **dialing system used in 2008 is the same one that was**
8  **in use when I started in 2010.**
9      Q   But you can't testify that it actually was,
10 can you?
11     **A   That it was the same?**
12     Q   Yes.
13     **A   Because I was not employed there.**
14 MR. BADWAN:  Okay.  We have to keep this part
15 of the deposition open.
16 MR. BLANKENSHIP:  He doesn't have to have
17 personal knowledge.  He can be educated on this
18 issue.  That's his testimony.  That's Green Tree's
19 testimony.
20 MR. BADWAN:  We are going to have to keep this
21 deposition open between 2008 and 2010.  He does not
22 know.
23 MR. BLANKENSHIP:  He can look at records and
24 give Green Tree's testimony.  That's what a 30(b)(6)

53

```
1   is.  He can be educated on this topic.
2        MR. BADWAN:  He testified to the best of his
3   knowledge.  He didn't say unequivocally it was.
4        MR. BLANKENSHIP:  Ask your questions.  If you
5   have a problem after you ask all your questions we
6   can talk about it.
7        MR. BADWAN:  We can do it two ways.  We can
8   stipulate that it was an Aspect Unified IP version,
9   okay, or the alternative.
10       MR. BLANKENSHIP:  Ask him the question.  I think
11  you got an answer as to what was before the Aspect.
12  BY MR. BADWAN:
13       Q    Okay.  What was used -- what predictive
14  dialing system was used in 2008 by Green Tree?
15       A    Aspect Conversations 6.0.
16       Q    Okay.  When I asked you that about a half
17  hour ago you didn't know.  What happened between a
18  half hour ago and now?
19       A    When I answered a half hour ago I said I
20  knew it was an Aspect dialing system.  I called one
21  of my guys and had them check the version numbers.
22       Q    Okay.  So your testimony today is in 2008
23  what was it again?  What was the predictive dialing
24  system in 2008?
```

54

```
1        A    Aspect Conversations.
2        Q    Is there a version or it's just called
3   Aspect?
4        A    Oh, 6.0.
5        Q    6.0?
6        A    Yes.
7        Q    Okay.  And when did they start using the
8   Aspect Unified IP Version 6.6?
9        A    We upgraded Conversations to Unified IP
10  6.6 during 2011.
11       Q    Okay.  Now, is the Aspect Conversations OS
12  6.0 a predictive dialing system?
13       A    It is.
14       Q    It is.  Okay.  All right.  Who did you speak
15  to in the last 30 minutes that told you it was an
16  Aspect Conversations OS 6.0?
17       A    I spoke with one of my employees, Stephan
18  Schmidt.
19       Q    Stephan Schmidt.  Okay.  Do you know how
20  long Stephan Schmidt has been with Green Tree?
21       A    Roughly the same time period as me.
22       Q    So 2010, 2011?
23       A    2010.  He's worked there longer than I have.
24       Q    Okay.  And how would he know?  Do you know
```

55

```
1   how he would know if he wasn't there in 2008?
2        A    We have all the -- everything documented
3   on our systems at Green Tree.
4        Q    Okay.  Fair enough.  Okay.  We'll move on.
5   Now, the Aspect Unified IP -- the Aspect Unified IP
6   Version 6.6 and the Aspect Conversations OS 6.0, do
7   they need any software to be integrated into them for
8   them to operate?  So I guess my question is can the
9   hardware itself make calls without the integration of
10  any other software?
11       A    No, it's a combination software/hardware
12  package.
13       Q    Okay.  And what is the name of the software
14  used with the Aspect Unified IP Version 6.6 and the
15  Aspect Conversations 6.0?
16       A    That is the name of the software.
17       Q    What is the hardware called then?
18       A    There is no name for the hardware.  We
19  refer to them by that name.  And the hardware is what
20  it is; they're servers.  The software is --
21       Q    So if I was going to order an Aspect Unified
22  IP version what would it looks like?
23       A    You would --  What would it look like?
24       Q    Yeah, physically.
```

56

```
1        A    Physically?  It's like any kind of --  It
2   would look like a bunch of servers.
3        Q    Okay.
4        A    Have you ever seen a data center?  It's
5   racks of servers.
6        Q    And is that considered the --  Is an Aspect
7   Unified IP Version 6.6 and Aspect Conversations OS 6.0,
8   is that hardware or software?
9        A    We use the terms interchangeably.  The
10  software --  The name that you are quoting is a version
11  of the software.  That's where the 6.6 --
12       Q    Okay.  So it's -- Go on.
13       A    The software resides on hardware.  They're --
14  But From a technology standpoint it's one overall
15  system.
16       Q    Okay.  Now, if I want to put a list of
17  phone numbers -- a file into this predictive dialing
18  system used by Green Tree, how would I go about doing
19  it?
20       A    We at Green Tree place the file of phone
21  numbers via automated process through an FTP
22  directly to the dialer server.
23       Q    Okay.  So would I just be able to get on a
24  computer and send it to the predictive dialing system
```

57

1    by doing something with the computer?
2        A   No, not really.
3        Q   Okay.  Tell me how then.  Have you ever
4    done it?  Have you ever transferred a file from a
5    computer into the predictive dialing system?
6        A   I have for testing purposes transferred
7    files to and from the predictive dialing system.
8        Q   And how did you do it?
9        A   Through a program called PuTTY FTP using
10   Linux commands.
11       Q   Okay.  Now, is it a physical file like a
12   disk that you plug into or put into the predictive
13   dialing system?
14       A   No.
15       Q   No.  So it's a --  You just command a
16   computer to send it over to the predictive dialing
17   system?
18       A   Yes.
19       Q   Okay.  And how long does that usually take
20   you to do, to send a file into the predictive dialing
21   system so the predictive dialing system can make
22   outgoing calls based on those files?
23       A   It depends what you're asking, if it's a
24   test file that I am inserting for the purposes of

58

1    validating and testing the software and hardware or
2    if you are asking about a Green Tree production file.
3        Q   Well, have you ever done a production file?
4    Have you ever transferred a production file?
5        A   It's all automated.
6        Q   It's all automated.  Okay.  So it's not
7    like a physical file or a disk or a CD.
8        A   Nope.
9        Q   Okay.  Now, does the predictive dialing
10   system make outgoing calls to cellular phones?
11       A   Yes.
12       Q   Okay.  How about to land lines?
13       A   Yes.
14       Q   Okay.  Is there a way to modify the system
15   to only call one or the other?
16       A   Yes.
17       Q   There is.  And how would the predictive
18   dialing system know if it's a cellular phone or a
19   land line?
20       A   The phone numbers are placed in specific
21   fields which indicate what type of phone number they
22   are.
23       Q   Okay.  And why would you ever want to
24   distinguish between a cellular phone and a land line?

59

1        A   So that we can adhere to any calling
2    restrictions around cellular telephones versus land
3    lines.
4        Q   What are the calling restrictions of
5    cellular phones?
6        A   There are a lot.  And I couldn't -- I
7    don't think I could recall all of them off the top
8    of my head.
9        Q   Can you recall any of them?
10       A   The primary -- Yes, I can recall for
11   certain that we don't want to place any calls to
12   cellular phones that don't have consent to call.
13       Q   And how would you know if they have consent
14   or not?
15       A   It's checked via our system of record.
16       Q   Okay.  And so -- Okay.  Fair enough.  So
17   I believe you testified earlier that the collections
18   department uses the predictive dialing system.
19   Correct?
20       A   Yes.
21       Q   Okay.  Is there any other department in
22   Green Tree that uses the predictive dialing system?
23       A   I am aware of the ARM department.
24       Q   What's the ARM department?

60

1        A   I think it's asset recovery management.
2    So they're not part of collections.  And the loss
3    mitigation department uses the predictive dialing
4    system as well.
5        Q   Okay.  Do you know who makes the decision
6    whether to use a predictive dialing system to call
7    somebody or a different method?
8        A   I think it's been my experience that those
9    decisions are siloed to individual business units at
10   Green Tree.
11       Q   Have you ever made the decision whether to
12   call a cellular phone or -- whether to use a
13   predictive dialing system or some other different
14   method?
15       A   No.
16       Q   Okay.  What other methods are there to call
17   borrowers other than the predictive dialing system?
18       A   There's predictive dialing and there's manual
19   dialing.
20       Q   Okay.  So only two?
21       A   Two, right.
22       Q   Okay.  Tell me about manual.
23       A   Manual dialing is an agent reviewing the
24   account and deciding which number to call.

61

1    Q    Okay.  Now, how does -- how are the manual
2  calls made?
3    A    They can be made several ways.  They can
4  be made through this system of records, the front
5  end application which we call UCSe.
6    Q    What does that stand for?
7    A    I don't know what the acronym stands for.
8    Q    Is that software or hardware?
9    A    It's software.
10    Q    And that's used by the collections
11  department at Green Tree?
12    A    It is.
13    Q    And has it been used since 2010?
14    A    Yes.
15    Q    And previous to 2010 was it used?
16    A    Yes.
17    Q    In 2008 was it used?
18    A    Yes.
19    Q    2009 was it used?
20    A    Yes.
21    Q    And 2010?
22    A    Right.
23    Q    And is that the only software used by the
24  collections department to manually make calls?

62

1    A    They use a --  During which timeframe?
2    Q    How about let's start from when you were
3  there in 2010 to present.
4    A    What is the question again?  Sorry.
5    Q    Does the UCSe -- how is that used to
6  manually make calls?  Tell me what it is.  Tell me
7  what the UCSe is.  You said it was software.  Correct?
8    A    Yes.
9    Q    Is it a phone?  Can it make a call itself?
10    A    UCSe is a software that the agent would use
11  to access customer information, update accounts and
12  review any of the associated customer data.  Of course
13  part of that customer data would be their available
14  contact numbers.  If an agent would happen to be a
15  collections agent they could review those account
16  numbers -- phone numbers in the customer data and
17  decide to call those.
18        They could call those in our current
19  environment 2015 depending on the shop one of several
20  ways.  They could click on the phone number which
21  kicks a dial out through there via phone system.
22  They could punch the numbers into their desktop
23  phone if they happen to have a hard phone.
24    Q    And do --  Most currently is there a hard

63

1  phone on the -- on each agent's desk?
2    A    Currently we have hard phone and soft phone
3  installations around the company.  I am not certain
4  the ratio of which to which.
5    Q    Okay.  Okay.  So you have described let's
6  call it the click method.  So they can click on a
7  number and then the call is made.
8    A    Yeah.
9    Q    Is that call made using a predictive dialing
10  system, the click?
11    A    No.
12    Q    Okay.  Now, can you hook up the UCSe to the
13  predictive dialing system?
14    A    I can, yes.
15    Q    You can.  Okay.  Tell me more about that.
16  What would that do?  Why would you do that?  Give me
17  an instance why you would do that, what benefits,
18  disadvantages it would have.
19    A    By doing what?
20        MR. BLANKENSHIP:  Object to the form of the
21  question.
22  BY MR. BADWAN:
23    Q    Well, the UCSe is a software and you said
24  that you can merge -- you can have them -- they can

64

1  work together.  Correct?  They can be integrated to
2  work together?
3        MR. BLANKENSHIP:  Object to the form of the
4  question.
5  BY MR. BADWAN:
6    Q    The UCSe and the predictive dialing system.
7    A    I wouldn't --  I wouldn't say that's the
8  proper wording for it.
9    Q    Well, please educate me then.  How do
10  they --  Tell me how you would word it then.
11    A    I would say that once again the UCSe would
12  be the system of record, the front end system that the
13  agent uses.
14    Q    Sure.
15    A    Necessary to that process -- we're talking
16  in relation to the predictive dialer -- if that agent
17  wanted -- was taking part in a predictive dialer
18  campaign they would have to sign in to the predictive
19  dialer to initiate the process.  Now, necessary to
20  making this an efficient process the predictive
21  dialer would have to pass key information which it
22  does to UCSe so that the agent will get a screen pop
23  saying who it is they're talking to.
24    Q    Okay.  So they can work together.

65

1      A   They can exchange limited information, but
2  they're by no means integrated.  That's why that term
3  is what doesn't really apply.
4      Q   Okay.  But you said that a collection
5  agent can use the UCSe to send information to the
6  predictive dialer and vice versa.  Correct?
7      A   No.
8      Q   I think you said limited information.  You
9  said they can exchange limited information.
10     A   The agent is not a part of that process.
11     Q   But the UCSe and the predictive dialer are.
12     A   They exchange an account number, a phone
13  number so that the UCSe knows who it is that the
14  predictive dialer is trying to call.  Right?  So you
15  have an agent sitting at a desk logged in to UCSe,
16  logged into their telephone extension.  They log into
17  the dialer to take part in a predictive dialer
18  campaign.  The dialer cues off automated dials until
19  they achieve a contact.  They pass that to the avail-
20  able agent who is sitting at their desk logged into
21  these applications.  Right?  When it sends that audio
22  to the agent's extension it also sends an account
23  number via API to UCSe so it knows.  UCSe pings the
24  IBM I Series which we call GTA so it can pass a screen

66

1  pop.  So as soon as the customer says hello -- or they
2  already said hello, but the next instant they get a
3  screen pop with the name, account number, blah, blah,
4  blah, and then the agent can say hi, is this Joe.
5      Q   Okay.  That was a very good explanation.
6  Okay.  Now, if I am an agent I can sit there -- if I
7  am sick of making calls manually I can just let's put
8  it on the predictive dialing system and I will just
9  pick up if someone answers.
10     A   It doesn't really work that way because the
11  predictive dialing system campaigns are managed from
12  the ground up.  So an agent doesn't get to decide to
13  become part of a predictive dialing campaign --
14     Q   Okay.
15     A   -- at Green Tree.
16     Q   So they can't decide themselves.
17     A   They can't log in and be a part of it.  The
18  predictive dialer administrator would have to have a
19  preplanned campaign set up for that agent or that
20  group and all organized and coordinated to start at
21  the same time.
22     Q   Now, how many calls per second did you say
23  the predictive dialer system used by Green Tree could
24  call?

67

1      A   I would have to check with our vendor to
2  see what our particular system is sized for in the
3  calls-per-second category.  I don't know for certain.
4      Q   Okay.  Now, isn't it a lot easier and a lot
5  faster to use a predictive dialing system than manual
6  calls?
7      A   I don't know if it's easier.
8      Q   Can a human make a hundred calls per second?
9      A   No.
10     Q   Okay.  Can a predictive dialing system?
11     A   Probably, yes.
12     Q   Okay.  So at no times between 2008 to 2014
13  did Green Tree use a predictive dialing system other
14  than the Aspect Unified IP Version 6.6 and the Aspect
15  Conversations OS 6.0?
16     A   Correct.
17     Q   Now we are going to get to the specific
18  case.  This is Tommy Robison vs. Green Tree Servicing,
19  LLC, case number 13 CV 06717.  When did you first
20  learn about this lawsuit?
21     A   I don't have a date that I can say with
22  certainty.  Whenever I was contacted to research the
23  account history for this.
24     Q   Okay.  Was it within the last month?

68

1      A   I don't want to guess.
2      Q   Okay.  Was it a year ago?
3      A   I have no idea.
4      Q   Was it five years ago?
5      A   I don't think I worked here five years ago.
6      Q   Okay.  All right.  The relevant time period
7  that we're going to be speaking about in this case
8  is December 8th, 2011 to July 2nd, 2013.
9      A   Okay.
10     Q   Were you working at Green Tree during that
11  time period?
12     A   Yes.
13     Q   And what was your capacity at Green Tree
14  starting December 8th, 2011?
15     A   I was a predictive dialer administrator,
16  technical support analyst.
17     Q   Okay.
18     A   Technical support administrator.
19     Q   Same thing, predictive dialing administrator?
20     A   Yeah.
21     Q   And when did you get promoted to your current
22  position as systems manager?
23     A   November, 2012.
24     Q   Okay.  Do you know if Green Tree made any

69

1   phone calls to Mr. Robison between December 8th, 2011
2   to July 2nd, 2013?
3     **A   I can tell you if I have the -- if I can**
4   **look at the records I provided.**
5     Q   Okay. And we're going to get to that, but --
6   So without looking at the records you don't know if
7   they made a phone call to Mr. Robison?
8     **A   No. I don't remember, no.**
9     Q   Okay. Do you know which call center the
10   phone calls to Mr. Robison would have come from?
11     **A   No, I don't know that offhand.**
12     Q   Okay. If I give you the records of the
13   phone calls, Green Tree's records, would you be able
14   to tell me which call center it came from?
15     **A   Yes, probably.**
16       **(Whereupon, a document was marked as**
17       **Exhibit B for identification.)**
18   MR. BADWAN: Okay. All right. I am handing
19   Mr. Sparks Exhibit B which is the collection comment
20   list that was produced by Green Tree in Mr. Robison's
21   case.
22     (Following an interruption the
23     deposition was continued as follows:)
24   MR. BADWAN: Back on the record.

71

1     Q   And what do they reflect or portray?
2     **A   Account activity.**
3     Q   And this one's for Tommy Robison. Correct?
4     **A   It is.**
5     Q   Okay. Now, so if you look through it would
6   you be able to know if the phone calls were made to
7   Mr. Robison based on the collection comment list?
8     **A   Would I -- Can you ask that again? Sorry.**
9     Q   Previously I asked you whether Green Tree
10   had made any phone calls to Mr. Robison between 2008
11   and 2011. No, I'm sorry, I said the relevant time
12   period here for this case was -- I just want to make
13   sure we're on the same page -- December 8, 2011 to
14   July 2nd, 2013. And then you said you -- you testi-
15   fied you don't know; you would have to look at some
16   records.
17     **A   Okay.**
18     Q   Are these the records you were referring to?
19     **A   Yes.**
20     Q   Okay. So based on the documents I gave
21   you are you able to tell whether Mr. Robison was
22   called by Green Tree between December 8th, 2011 and
23   July 2nd, 2013?
24     **A   Yes.**

70

1   BY MR. BADWAN:
2     Q   Mr. Sparks, do you recognize the document
3   I just handed you?
4     **A   Yes.**
5     Q   What is it?
6     **A   It looks like a collection comment file.**
7     Q   And what is that?
8     **A   History of all activity in a particular**
9   **account.**
10     Q   Okay. And I want to direct you to the top
11   left-hand corner. It says account number. Could
12   you read what it says after that?
13     **A   68208962, I think.**
14     Q   Okay. Looks like a 99, but it's irrelevant.
15   Could you please read the name after that?
16     **A   Tom J. Robison.**
17     Q   Okay. And do you know if these records
18   are kept in the ordinary course of business at Green
19   Tree?
20     **A   What?**
21     Q   Are they kept in the ordinary course of
22   business? Are they kept every day? Are they
23   accurate?
24     **A   Yes.**

72

1     Q   And how do you know phone calls were made?
2   What are you looking at?
3     **A   The comments display that a phone number**
4   **was tried.**
5     Q   Okay. Now, do you know how the calls were
6   made? Were they using the predictive dialing system
7   for the phone calls or were they manually dialed?
8     **A   If they're produced by the predictive dialer**
9   **they will appear in this comment record one of two**
10   **ways.**
11     Q   Okay. And what are those ways?
12     **A   A system outcome will display the initials**
13   **SYS in this third column.**
14     Q   Okay. And what's the other way?
15     **A   The other way is a disposition that gets**
16   **passed to an agent --**
17     Q   And how would that -- Sorry.
18     **A   -- would display. As opposed to SYS in**
19   **that initials column it would display the agent's**
20   **initials. And then instead of attempted contact it**
21   **would say AppCP, APP home phone number, Co-App. It**
22   **would -- Essentially what it's telling you is which**
23   **phone field the predictive dialer attempted to call**
24   **or called.**

Pages 69 to 72

73

```
 1        Q   Okay.  That's confusing to me and here's
 2   why.  Now, if a predictive dialing system called you
 3   said it would be SYS.  Correct?  Now, the other way
 4   you are saying is it would bear the initials of the
 5   agent?
 6        A   On a contact.  Right?  So there's a
 7   distinction here.
 8        Q   Sure.  And please explain that to me because
 9   I need to be educated on this issue.
10        A   Well, okay.  The initials SYS, right, are
11   the predictive dialer made a call which didn't result
12   in any type of live person on the other end.
13        Q   Okay.
14        A   So it's documenting the collection comment
15   file with what was the result of that call.  Now, if
16   the predictive dialer detects what it thinks is a
17   real person on the other end of the line it is going
18   to pass that call to an agent in which case you would
19   have the agent's initials documented there as opposed
20   to SYS.
21        Q   Okay.  So just by looking at -- So it's
22   possible that if I see three initials of an agent
23   that that call was made using the predictive auto
24   dialer?
```

74

```
 1        A   No, you would have to look at the additional
 2   information in the comments column right next to the
 3   initials.
 4        Q   Okay.  And if it was a -- if it was the
 5   predictive dialing system that made the call and an
 6   agent picked up because there was a live person on
 7   the other end, what would it say after the initials?
 8        A   The first information in that comment would
 9   be the phone field the predictive dialer attempted.
10        Q   It would actually say that?
11        A   I could show you an example.
12        MR. BLANKENSHIP:  Not on this one though because
13   there aren't any.
14        THE WITNESS:  Not on this one.
15        MR. BLANKENSHIP:  He said -- Earlier just to
16   help you he said in his prior testimony it would say
17   APP, CoApp, etc.  There aren't any fields that actually
18   say that in this.  I am trying to help you here.  If
19   you want to show him a different one he could actually
20   give you an example.
21        MR. BADWAN:  Marshall, do you know what you just
22   said?  You just told him how to answer something.
23   You said there are none here.
24        MR. BLANKENSHIP:  Okay.  If you want to look for
```

75

```
 1   one go ahead.  I am trying to save us all some time.
 2        MR. BADWAN:  That's saving time or coaching a
 3   witness?
 4        MR. BLANKENSHIP:  No, because he told you what
 5   the field was.  Apparently you didn't understand it
 6   because part of his first answer was --
 7        MR. BADWAN:  You said there were none here.
 8        MR. BLANKENSHIP:  Part of his first answer was
 9   he said you would see initials followed by App,
10   Co-App, etc.
11        MR. BADWAN:  Is your name Roger Sparks?  Please
12   do not answer the questions as well.
13        MR. BLANKENSHIP:  I am trying to help you
14   because you are obviously not listening to the
15   witness.  But go ahead.
16   BY MR. BADWAN:
17        Q   Show me one.
18        MR. BLANKENSHIP:  Try to find one.  Okay.
19        THE WITNESS:  Okay.  So where we were at?
20   BY MR. BADWAN:
21        Q   I wanted to know if a predictive dialing
22   system makes a phone call and a live agent picks up,
23   how would you know that based on this collection
24   comment list?  And you said you will find me an
```

76

```
 1   example.  Find me an example.
 2        A   Yeah, and I can't.  I don't see any example.
 3        Q   I want you to go through every single page
 4   and I want to get this definitely on the record.
 5        A   All right.
 6        Q   Take your time.  We are in no hurry.  We
 7   have five more hours.  You only need to look at the
 8   relevant time period.  And the relevant time period
 9   is December 8th, 2011 to July 2nd, 2013.  I don't know
10   if you went past that, but that's the only time
11   that's at issue here.  And my question is according to
12   the collection comment list were any calls made using
13   a predictive dialing system.
14        A   I was only looking for calls that resulted
15   in contact.
16        Q   Okay.  Okay.  Could you please look and
17   see if any of the calls made between December 8th,
18   2011 and July 2nd, 2013 were made using a predictive
19   dialing system?
20        A   Yeah.
21        Q   Because you told me -- you testified earlier
22   that you are able to tell by looking at the collection
23   comment list.  Correct?
24        A   I can, yeah.
```

77

1      Q   This is very important to this case.  I
2  need to know if any of those calls were made using a
3  predictive dialing system.
4      A   It's much easier for me to search my dialer
5  databases from a computer though.  All that information
6  is in here as well.
7      Q   And is that search going to reveal the same
8  thing that's on this collection comment list?
9      A   It will.
10      Q   Do you want to make a phone call?
11      A   I believe I already have done it --
12      MR. BLANKENSHIP:  Yeah, it's in the interroga-
13  tories.
14      THE WITNESS:  -- and put it in the interroga-
15  tories.
16  BY MR. BADWAN:
17      Q   So is it your testimony -- What's your
18  answer to the question?  Were any of those calls
19  made using a predictive dialing system?
20      A   What did I put in the interrogatory for
21  Robison?
22      Q   We're going to get there.  To the best of
23  your knowledge were any of those calls based on the
24  collection comment list made using a predictive dialing

78

1  system?
2      A   I don't believe they were.
3      Q   Okay.  So every single phone call made there
4  was made how?
5      A   Manually.
6      Q   And when you say manually what do you mean?
7      A   Meaning not using a predictive dialing
8  system.
9      Q   Okay.  Was it -- So they were made using
10  the UCSe software?
11      A   UCSe, a physical hard phone.  One of those,
12  right.
13      Q   Okay.  So now the UCSe, do you have to dial
14  all ten numbers in order to make an outgoing call?
15  Does the agent have to sit there and just punch the
16  numbers in themselves?
17      A   They can.  It depends if -- Sometimes is
18  the answer.  There are -- If the existing phone
19  number on the account is within the eligible calling
20  field they can click on it to initiate the dialing
21  for them as well.
22      Q   Can the UCSe store phone numbers?
23      A   UCSe is only a graphic user interface for
24  the agent to -- The core application that all of the

79

1  storage of phone numbers and customer data is on is
2  the IBM I Series GTA.
3      Q   So can it store numbers?
4      A   UCSe no, no.  It's just an interface.
5      Q   It's an interface.  When you say interface
6  it's what pops up on the screen?
7      A   Right.
8      Q   So for an account would it have Tommy
9  Robison and his phone number show up?
10      A   It has all kinds of phone numbers.
11      Q   So it can store numbers?
12      MR. BLANKENSHIP:  Object to the form of the
13  question.
14  BY MR. BADWAN:
15      Q   So if the number had showed there the UCSe
16  interface shows a phone number.  Correct?
17      A   It will show you a phone number, correct.
18      Q   Okay.  Now, we didn't really talk about
19  your technical background.  Are you trained in
20  computer science?
21      A   How so?  In what fashion?
22      Q   Do you have any certifications?  Do you
23  have any certifications in it?  Degrees?  How did
24  you learn all this stuff?

80

1      A   Experience.
2      Q   Hand-on training?
3      A   Yes.
4      Q   Okay.  So you don't have any degrees or
5  certifications.
6      A   I don't have any degrees.  I don't know
7  what kind of certifications are even unavailable for
8  this.
9      Q   So hands-on training during work?
10      A   For the majority.  And from Aspect software.
11      Q   And before you started with Green Tree did
12  you have any -- what did you do previous to that?
13      A   I worked in various roles for another
14  financial company.
15      Q   What was the name of the company?
16      A   Wells Fargo Bank.
17      Q   Okay.  And what was your title there?
18      A   Various.
19      Q   What was your most -- the most recent one
20  at Wells Fargo?
21      A   I think I was a technical support analyst.
22      Q   And were you a predictive dialing systems
23  administrator there?
24      A   I was.

81

```
 1        Q   Okay.  So how long have you been working
 2   with predictive dialing systems?
 3        A   Nine years roughly.
 4        Q   Okay.  So you know them very well.
 5        A   I know Aspect predictive dialing systems
 6   fairly well.
 7        Q   And did Wells Fargo use Aspect as well?
 8        A   They did.
 9        Q   Okay.  All right.  So none of the calls
10   made by Green Tree to Mr. Robison between December 8,
11   2011 to July 2nd, 2013 were made with a predictive
12   dialing system.  Correct?
13        A   Correct.
14        Q   Is that your testimony?
15        A   Yes.
16        Q   They were all made manually in which you
17   said they either -- Is it a click?  One click and
18   it dials?  When you say manually how many different
19   manual methods are there to make an outgoing phone
20   call?
21        A   Currently?
22        Q   No, between two thousand --  Between
23   December 8th, 2011 to July 2nd, 2013.
24        A   They would be able --  The agent --
```

82

```
 1        Q   Yes?
 2        A   -- would be able to manually click on the
 3   number in the account record that they wished to dial,
 4   or they could pick up the physical phone and press
 5   the physical buttons to dial it or --
 6        Q   Okay.  Is there any way to --  Sorry.  Go
 7   on.
 8        A   Or they could type the phone number into a
 9   field on the soft phone and click dial as well.
10        Q   Now, you say soft phone.  What is a soft
11   phone?
12        A   It's exactly like a hard phone but there
13   is no physical component to it.  You have got --  A
14   soft phone is the general term meaning a virtual
15   telephone, I guess.
16        Q   Is it in the computer itself?
17        A   Yes.  But it still uses a physical phone
18   line usually.
19        Q   Okay.  So each computer has a soft phone
20   in it?
21        A   It could, yes.
22        Q   Okay.  So is there any way to know whether
23   the phone calls made to Mr. Robison during the
24   relevant time period were the click system -- remember
```

83

```
 1   we called it the click system where they click the
 2   number and it dials -- or whether it was manually
 3   punched in?
 4        A   No, because it uses the same phone line.
 5        Q   Okay.  Now, your testimony earlier was that
 6   Green Tree employs that predictive dialing system
 7   because it's more efficient, correct, to make phone
 8   calls?
 9        MR. BLANKENSHIP:  Asked and answered three times.
10   BY MR. BADWAN:
11        Q   Answer the question.
12        A   Yes, they employ a predictive dialing
13   system.
14        Q   Tell me why Green Tree did not use the
15   predictive dialing system for Mr. Robison's account.
16        MR. BLANKENSHIP:  Objection to the form of the
17   question.
18   BY MR. BADWAN:
19        Q   Answer the question.
20        A   I have -- I don't have the answer to that
21   question of why they would employ one method over the
22   other on any particular account.
23        Q   Okay.  Does it make sense to you?
24        MR. BLANKENSHIP:  Object to the form of the
```

84

```
 1   question.
 2        THE WITNESS:  Does it make sense to me?  I don't
 3   have enough information for it to make or not make
 4   any sense.
 5   BY MR. BADWAN:
 6        Q   Did you make any of these calls yourself?
 7        A   No.
 8        Q   Then how do you know the manner they were
 9   made?
10        A   I know that these calls were not made using
11   a predictive dialing system -- my predictive dialing
12   system.
13        Q   Because how?
14        A   Because the record indicates that.
15        Q   And when you say record are you talking
16   about Exhibit B?
17        A   Yes.
18        Q   Okay.  And the only other way to find out
19   is to do what?  You said earlier that you could do a
20   search?
21        A   I can look at the dialer call history, yeah.
22        Q   Okay.  Now, the soft phone, the click system,
23   does it have a feature that allows a call to be made
24   without any human intervention?
```

85

1    **A   No.**
2    Q   So it has to be prompted to make a call.  Is
3 that correct?
4    **A   Yes.**
5    Q   It can't generate numbers itself to call?
6    **A   No.**
7    Q   What evidence do you have or you could
8 point me to to show that none of those calls were
9 made using an auto dialing system or predictive
10 dialing system?
11       MR. BLANKENSHIP:  Let me just object to the
12 extent it calls for a legal conclusion.  But you
13 used the term automatic dialing system.  If you
14 limit it to the predictive dialing system that's
15 okay.
16 BY MR. BADWAN:
17    Q   Predictive dialing system.
18    **A   You asked me what evidence I have?**
19    Q   Or you could point me to.
20    **A   I think we discussed the system of record**
21 **as the best possible source of what happened.**
22    Q   Okay.  I just want to make sure that we're
23 a hundred percent clear.  If under initials it has
24 SYS that means an auto dialer -- a predictive dialing

86

1 system was used to make that phone call and no one
2 answered.  Correct?
3    **A   Wait.  There are other SYS-based comments.**
4 **Just because the initials say SYS doesn't mean that**
5 **it relates to a predictive dialer call.**
6    Q   Okay.
7    **A   I can -- Go ahead.**
8    Q   The floor is yours.  How do you know then
9 there was a call?  For SYS you said it could mean
10 different things.  How do you know it was a call?
11    **A   It has a comment next to it that tells you**
12 **it was a call.**
13    Q   It usually says call?  Attempted contact?
14 What does it say?  If there was a predictive dialer
15 used and it says SYS, what would it say in the comment?
16    **A   It would tell you the result of that call.**
17    Q   Okay.
18    **A   Answering machine detected, no message left**
19 **as an example.**
20    Q   Has Green Tree changed its method of calls
21 ever since 2011?
22    **A   By method what do you mean?**
23    Q   Okay.  So you have testified that they use
24 predictive dialing systems.  Correct?

87

1    **A   Yes.**
2    Q   And you also said they use the soft phone
3 click touching or click dialing.
4    **A   Manual efforts.**
5    Q   Manual efforts.
6    **A   Yes.**
7    Q   Outside of those two are there any other
8 ways to make phone calls?
9    **A   No.  It's a manual effort to reach contact**
10 **or you sign in and use the predictive dialer system.**
11       MR. BADWAN:  Okay.  All right.
12          (Whereupon, a document was marked as
13          Exhibit C for identification.)
14          (Whereupon, discussion was held off
15          the record.)
16 BY MR. BADWAN:
17    Q   I am handing Mr. Sparks Exhibit C.
18 Mr. Sparks, do you know what that document I just
19 handed you is?
20    **A   Yes.**
21    Q   And what is it?
22    **A   It's an answer of Green Tree Servicing to**
23 **plaintiff's second set of interrogatories.**
24    Q   Okay.  And how are you familiar with this

88

1 document?
2    **A   I answered some of these questions.**
3    Q   Not all of them?
4    **A   I contributed to the answer on potentially**
5 **some or all of these questions.**
6    Q   Okay.  Were all these questions presented
7 to you?
8    **A   I believe so.**
9    Q   Okay.  When did you first see this document?
10    **A   I don't know when timeframe-wise.**
11    Q   Okay.  Go ahead and read that, please.  Are
12 these your responses?  Go ahead and read it because
13 I want to make sure your responses are correct.  And
14 if you need to change them we can change them.
15    **A   All right.**
16    Q   So interrogatory 1 is the question, and
17 then where it says answer to interrogatory number 1
18 is what your attorney says is your answer.  Because
19 if you look at number 1 it says that you're the person
20 that responded to these interrogatories.  I just want
21 to make sure we're on the same page and what it says
22 on here is what your response is.
23    **A   Okay.**
24    Q   Okay.  So if you want a chance to review

89

1   them go ahead and do it because my next question is
2   are they accurate.  So I would suggest -- Well, your
3   attorney can recommend what you do, but your answer
4   has certain ramifications.  That's all.  So my question
5   is are these your answers.  And take your time.
6       A   All right.  I have read it.
7       Q   If you want to look at the last page of
8   Exhibit 3 --
9       A   Yes.
10      Q   -- there is a signature there.  I'm sorry.
11  I'm sorry.  Page 6.  Do you see that?
12      A   The verification?
13      Q   Yes, sir.
14      A   Yes.
15      Q   Is that your signature?
16      A   That's mine, yes.
17      Q   Okay.  Did you help your attorney prepare
18  these responses?
19      A   Yes.
20      Q   Okay.  Approximately when?
21      A   It says November 11th, 2014.
22      Q   Okay.  Let's start with your response to
23  interrogatory -- Are they accurate?
24      A   Yes.

90

1       Q   Do you want to change anything?
2       A   I do not, no.
3       Q   You do not.  Okay.  Are they all true
4   answers?
5       A   They are.
6       Q   Okay.  So let's look at interrogatory 2.
7   Could you please read what the interrogatory says and
8   your response?
9       A   Interrogatory 2:  "Identify the year, make
10  and model of the technology or systems employed by
11  Green Tree to store the phone numbers of persons
12  indebted to Green Tree for the purpose of collecting
13  on the indebtedness of calendar years 2011 through
14  2014."
15      Q   Okay.  And now would you please read the
16  response?
17      A   "Green Tree objects to this interrogatory
18  on the ground that the terms 'technology or system'
19  and 'purpose of collecting on the indebtedness' are
20  vague and ambiguous.  Green Tree additionally objects
21  to this interrogatory on the grounds that it is over-
22  broad, unduly burdensome and seeks information that
23  is not relevant to this dispute or likely to lead to
24  the discovery of admissible evidence in that it is

91

1   not limited in time and is not limited to the calls
2   at issue in this case.  Subject to and without waiving
3   these objections, Green Tree states that during the
4   time period at issue in this case it stored customer
5   information, including phone numbers when applicable,
6   on an IBM 9117 Model MMD server" -- in quotation
7   server -- "with an IBM System I platform and GTA and
8   GTFC4 systems."
9       Q   Okay.  What is an IBM 9117 MMD server with
10  IBM System I platform and GTA and GTFC4 systems?  In
11  layman's terms what is that?
12      A   Commonly referred to the I Series, IBM, in
13  layman's terms would be mainframe.
14      Q   So this is Microsoft involving Windows?
15      A   Yeah, it is not -- It is not Microsoft;
16  it is IBM, yeah.
17      Q   Okay.  So this is where the numbers are
18  stored just reading your answer --
19      A   Correct.
20      Q   -- beside the objection?  But I thought
21  the phone numbers come up on the UCSe.
22      A   They do.
23      Q   Okay.  So why isn't the UCSe in this
24  response?

92

1       A   UCSe is just an interface.
2       Q   But it has numbers.  You can look at numbers
3   in it.
4       A   It's getting them in here. (indicating)
5       Q   It's getting them from there?
6       A   Yes.
7       Q   So the UCSe is part of this technology,
8   the IBM 9117 Model MMD server with an IBM System 1
9   platform.
10      A   I wouldn't say it's part of it, no.  It's
11  separate technology.
12      Q   Okay.  But it's downloaded on it?
13      A   It's like a database call.  I mean you
14  always need a GUI, a graphical user interface, to
15  input your query.  Like they ask the database and
16  tells it what you need.  Right?  So UCSe is a
17  graphical user interface running on a Microsoft.NET
18  framework that is essentially pinging the I Series
19  GTA for customer information and presenting it in a
20  way that an agent can read it.  And then if an agent
21  needs to make updates to the customer record of
22  course that's going to be stored on the I Series as
23  well.  But UCSe stores nothing.  Once it moves to the
24  next account all that -- it's irrelevant.  It's just

93

1    an interface.
2        Q   Okay.  But the UCSe -- The UCSe -- If I
3    opened up an account in UCSe it would show me the
4    borrower's number.
5        A   If you opened --
6        Q   They work together then.  Is that what you
7    are trying to say?
8        A   You search an account, not open an account.
9    Open in my mind makes it seem like it's already there.
10   It is not.  You search an account number which goes
11   and retrieves this information from the I Series and
12   displays it for you on your desktop.
13       Q   Okay.  So let's call it the I Series.  Is
14   that okay?  If I call it the I Series you know what
15   I am referring to?
16       A   Yes.
17       Q   So the I Series and the UCSe work together
18   to retrieve a number.  You can run an inquiry on the
19   UCSe which then goes to the I Series, grabs a number
20   and brings it back.  Correct?  The I Series sends it
21   back?
22       A   Right.
23       Q   Okay.
24       A   The I Series is the storage, the central

94

1    platform for which all customer information is stored
2    and located.
3        Q   Okay.
4        A   That is it.
5        Q   Okay.  All right.  Okay.  So the UCSe
6    cannot retrieve a number without the I Series.
7        A   Right.
8        Q   Okay.  Can the UCSe make a phone call?
9        A   No.
10       Q   Okay.  So the I Series can store phone
11   numbers.  Correct?
12       A   Yes.
13       Q   Did it store Mr. Robison's number?
14       A   I'm sorry?  Excuse me?
15       Q   Did it store Mr. Robison's number?
16       A   Yes.
17       Q   Okay.  Can the I Series make phone calls?
18       A   No.
19       Q   If they work together do they have the
20   capacity or capability of making a phone call?
21           MR. BLANKENSHIP:  Object to the form of the
22   question.  They being what?
23   BY MR. BADWAN:
24       Q   UCSe and the I Series.

95

1        A   No, they still could not make a phone call.
2        Q   What's it going to take for a phone call to
3    be made with the I Series and the UCSe?
4        A   You would still need a telephone and an
5    agent.
6        Q   Okay.  Is the soft phone okay?
7        A   Yes.
8            MR. BADWAN:  Okay.
9            MR. BLANKENSHIP:  I guess I would ask time period
10   for that question.
11   BY MR. BADWAN:
12       Q   Soft phone between December 8th, 2011 and
13   July 2nd, 2013.
14       A   Soft phone implementation during this time
15   period 2011 to 2013 would be rare.  Hard phone was the
16   norm during that time period.
17       Q   Have you ever walked through the collection
18   center?
19       A   Yes.
20       Q   Okay.  The one in Tempe?
21       A   Yes.
22       Q   Approximately how many people are inside of
23   that call center?
24       A   Several hundred.

96

1        Q   Wow.  And do you see people with the phone
2    holding it to their ear?
3        A   Generally you will see -- Do I?  Yes, I
4    did.
5        Q   Is it common?
6        A   Maybe.
7        Q   What other -- How else would they be able
8    to talk if they don't have a physical phone in their
9    hand?
10       A   You will see a headset connected to the
11   phone so they don't have to pick up an actual receiver.
12       Q   So does every desk have a hard phone?
13       A   Yes, in Tempe.
14       Q   Okay.  And earlier you stated that based
15   on the collection comment list you might be able to
16   tell me where the phone calls -- what call center it
17   came from.  For Mr. Robison if you take a look at
18   Exhibit B can you tell me what call center it came
19   from?
20       A   Looking at the collection comment a manual
21   attempt would be made by an agent and it would have
22   their initials, agent initials.  So you would know
23   where that agent -- I would need to look to see
24   where that agent resides to know where the call

Pages 93 to 96

97

1    originated from.
2        Q   Is there a way to know whether all these
3    calls were made from the same call center?
4        A   I could tell you if I knew where the agents
5    were.
6        Q   Okay.  Now -- Okay.  So you would have to
7    do a secondary search.  You would have to first look
8    at the initials, find out who those initials are tied
9    to and then look for their address.  Correct?
10       A   Correct.  I would, yeah.
11       Q   Okay.  Now, if you look at some of those
12   initials it has a number as opposed to initials.  I'll
13   give you an example.  Look at page -- the Bates stamped
14   page 158 which is page 22 up here. (indicating)
15       A   Oh, I see.  Yep.
16       Q   If you look at the bottom it says 805.
17       A   I see it.
18       Q   What does that mean?
19       A   It would be an agent ID or an indication
20   of something.  I would have to do a search on 805
21   and see what it was.
22       Q   So you have no personal knowledge today?
23       A   I don't know what 805 is, no.
24       Q   Okay.  I know you are not a collection agent.

98

1    If you know the answer answer it.  If you don't say
2    you don't know.  But what happens -- You know what?
3    I will rephrase.  Strike that.
4            If an agent called somebody that didn't
5    want to be contacted any more, how do you take the
6    number out of the database?  How would you make sure
7    that number was never called by the predictive dialing
8    system?
9        A   How would I as a collection agent?
10       Q   How does it work?  I mean you said you have
11   been operating or working with predictive dialing
12   systems for almost nine years.  So if you want to
13   make sure a number never gets in that system how do
14   you do it?
15       A   You remove that phone number from the account
16   record is the most common method of eliminating phone
17   calls.
18       Q   Have you ever experienced a case in which a
19   number was supposed to be removed but the predictive
20   dialing system called it?
21       A   I am not aware of any, no.
22       Q   Can it happen?
23       A   Anything is possible.
24       Q   Could it have happened here?

99

1        MR. BLANKENSHIP:  Object to the form of the
2    question.
3    BY MR. BADWAN:
4        Q   Is it possible that any of these calls were
5    made with a predictive dialing system?
6        MR. BLANKENSHIP:  Object to the form of the
7    question.
8    BY MR. BADWAN:
9        Q   Please answer.
10       A   No, these calls were not made with the
11   predictive dialing system.
12       Q   So 0% chance any of these calls were made
13   with the predictive dialing system?
14       A   Correct.
15       Q   It's a factual impossibility?
16       A   Because the comment record would indicate
17   that the call was made by the predictive dialing
18   system.
19       Q   Okay.  Could you please read your response
20   to interrogatory 3?
21       A   "Green Tree --"
22       Q   I tell you what.  Read the interrogatory.
23   We'll make a record.
24       A   "Identify the year, make and model of the

100

1    technology or systems employed by Green Tree to assist
2    or enable Green Tree to make each phone call listed
3    on the attached Exhibit A to the plaintiffs to the
4    number (847) 553-5901 from December 8, 2011 until
5    October 10, 2014.  If there was more than one model
6    of the technology or system employed by Green Tree
7    during the aforementioned time period please state
8    the dates that Green Tree started using the said model
9    and ceased using such model."
10           And the answer to interrogatory number 3 is,
11   "Green Tree objects to this interrogatory on the
12   ground that the term 'technology or system' is vague
13   and ambiguous.  Subject to and without waiving these
14   objections Green Tree states that the calls reflected
15   on Exhibit A to the plaintiff in the number
16   (847) 553-5901 during the period of December 8, 2011
17   through October 10, 2014 were made by individuals
18   using a UCSe custom-built user interface running on
19   Microsoft.NET Framework 4.0."
20       Q   Would you change that response at all?  Is
21   it accurate?
22       A   I would not -- I would not change it, no.
23       Q   So it is accurate.
24       A   Sure.

Pages 97 to 100

101

1     Q   So based on the conversation today you
2  wouldn't change it.
3     **A   No.**
4     Q   Can the UCSe be modified to -- can it be
5  prompted to make a call?
6     **A   Can it be -- No, it can't be.**
7     Q   Does it have a feature in which it can make
8  a call?
9     **A   It does not have a -- No, it cannot -- it**
10  **can never make a call.  You will need an agent and a**
11  **phone in order to make a phone call.**
12     Q   Okay.  So you have the I Series that stores
13  the numbers.  Correct?
14     **A   Right.**
15     Q   Then you have the UCSe which is the inter-
16  face?
17     **A   Right.**
18     Q   Then you have a human being.  In order to
19  make a call you would have to click something on the
20  UCSe and then that is connected to a phone which makes
21  the call?
22     **A   Right.**
23     Q   So it's one big unit.  They work together.
24     **A   You need all the pieces in order to**

102

1  **accomplish the phone call.**
2     Q   Okay.  A computer.  Can you look at the
3  internet with the computer?
4     **A   Yes.**
5     Q   If you have a laptop can you search the
6  internet with it, a regular laptop?  Are you able to?
7     MR. BLANKENSHIP:  Object to the form of the
8  question.
9     THE WITNESS:  Sure.
10  BY MR. BADWAN:
11     Q   Are you able to use a computer only -- with
12  a screen only?  So if you -- Can a screen only --
13  Would a computer work with the screen only?
14     MR. BLANKENSHIP:  Object to the form of the
15  question.
16     MR. BADWAN:  He has a technology background.
17     MR. BLANKENSHIP:  I am objecting for the record
18  because it's a crazy question.
19     THE WITNESS:  No.
20  BY MR. BADWAN:
21     Q   Can a car work with just a steering wheel?
22     **A   No.**
23     Q   Okay.  But it would work with all the other
24  components of a car, right, like an engine and --

103

1  So they work together.  Correct?
2     **A   Right.**
3     Q   Is that kind of how it is here?
4     MR. BLANKENSHIP:  Object to the form of the
5  question.
6     THE WITNESS:  I would say no.
7  BY MR. BADWAN:
8     Q   Tell me why.
9     **A   Because in those examples you don't have a**
10  **useful component by itself; you need all the components**
11  **to make a working thing.  Each one of these components**
12  **that we're describing all serve a role by themselves.**
13  **A telephone is still a telephone, an I Series is still**
14  **a giant mainframe computer, a UCSe is still a GUI**
15  **that allows you to update customer information.  So**
16  **I would not relate that analogy at all.**
17     Q   Well, a steering wheel is a steering wheel;
18  an engine is an engine.  Correct?
19     MR. BLANKENSHIP:  Object to the form.
20  BY MR. BADWAN:
21     Q   I mean you are saying -- Okay.  So what we
22  have here is different technologies or things --
23  physical things that are working together to start
24  and complete a process when prompted.  Correct?

104

1     MR. BLANKENSHIP:  Object to the form of the
2  question.
3     THE WITNESS:  What process?
4  BY MR. BADWAN:
5     Q   Making a phone call.
6     **A   That's one of many processes that they can**
7  **be used in conjunction together to accomplish.**
8     Q   Okay.  Right.  But to make a phone call --
9  For something to make a phone call -- Green Tree to
10  make a phone call between December 8th, 2011 and
11  July 2nd, 2013 you would need an I Series.  Correct?
12     **A   Yes.**
13     Q   You would need a soft phone or hard phone.
14  Correct?
15     **A   Yes.**
16     Q   You would need UCSe.  Correct?
17     **A   Yes.**
18     Q   Is there anything else you would need?
19     **A   You would need an agent.**
20     Q   So four things working together could make
21  a phone call?
22     **A   They can.**
23     Q   If you took one of those out can you still
24  make a phone call?

105

```
 1        A   How abstract do you want to get?
 2        Q   If I took the I Series out would I be able
 3  to make a phone call?
 4        A   Would you be able to make a phone call to
 5  one of Tommy Robison's phone numbers?
 6        Q   Yes.
 7        A   I mean I think your question is so vague.
 8  If you had his phone number in a cell phone in your
 9  pocket you could make a phone call.
10        Q   No, no.  I am talking about a Green Tree
11  agent.  Because your testimony was that the I Series
12  stores the phone number.  So if we take the I Series
13  out there is no phone number to call.
14        A   The agent wouldn't know what the phone
15  number was, correct.
16        Q   So those are all required components.
17  Correct?
18        A   Right.
19        Q   Just to be sure again it's the I Series,
20  it is a soft phone or hard phone, it is the UCSe and
21  it is a human being.  Correct?  And if you took any
22  one of those four components out you would not be able
23  to call Tommy Robison.  Right?
24        A   Right.
```

106

```
 1        Q   Unless you had his number with you on your
 2  cell phone.
 3        A   Correct.
 4        Q   Okay.  Please read interrogatory number 4.
 5        A   "For the systems or technologies identified
 6  in interrogatories 2 and 3, please state whether the
 7  system or technology has the capacity to dial phone
 8  numbers stored in its system as to result in outgoing
 9  phone calls to a cellular phone."
10            Answer to interrogatory 4:  "Green Tree
11  objects to this interrogatory on the grounds that it
12  is vague and confusing inasmuch as the word 'capacity'
13  is a word in the Telephone Consumer Protection Act that
14  has been interpreted in different ways.  Subject to
15  and without waiving this objection, Green Tree states
16  that (1), the technology identified in response to
17  interrogatory number 2 is not capable of making phone
18  calls since it is a database stored on a server; and
19  (2), the technology identified in response to inter-
20  rogatory number 3 does not store telephone numbers
21  and, therefore, is not capable of 'dialing phone
22  numbers stored in its system.'  Answering further,
23  Green Tree states that only the UCSe custom-built user
24  interface referenced in response to interrogatory
```

107

```
 1  number 3 does not have the capability of dialing
 2  telephone numbers without human intervention and is
 3  used by individuals to access telephone numbers are
 4  stored on the server."
 5        Q   That was number 4.  Correct?
 6        A   That was number 4.
 7        Q   Okay.  Do you want to change your answer
 8  to -- I'm sorry.  Is this correct?
 9        A   Yes, that's correct.
10        Q   Okay.  Do you want to change it based on
11  what you told me today?
12        A   No, I don't.
13        Q   Okay.  Then why is the I Series not in the
14  response to interrogatory 4?  You just discussed you
15  need all the components.  Correct?
16        A   In here we're calling the I Series the
17  server.
18        Q   Right.  But -- Right.  But the interrogatory
19  was -- You identified the I Series in interrogatory
20  number 2 and you identified the UCSe in interrogatory
21  number 3.  Correct?
22        A   Right.
23        Q   Then -- Okay.  So you don't want to change
24  your answer.  You want to stick with this answer?
```

108

```
 1        A   Yes.
 2        Q   Okay.  Now, the response to interrogatory
 3  4 states that UCSe does not store phone numbers, but
 4  then it says that the UCSe accesses the numbers to
 5  call.  Which one is it?
 6        MR. BLANKENSHIP:  Object to the form of the
 7  question.
 8  BY MR. BADWAN:
 9        Q   Well, you are saying -- Your response is
10  that UCSe does not store numbers?
11        A   Right.
12        Q   But then it says in answering further Green
13  Tree states that only the UCSe custom-built user
14  interface referenced in interrogatory number 3 does
15  not have the capability of dialing telephone numbers
16  and is used by individuals to access telephone numbers
17  that are stored on the server.
18        A   Right.
19        Q   So the I Series stores the numbers then.
20  Is that what you mean?  The I Series stores the
21  numbers, UCSe communicates with the I Series, grabs
22  the numbers; then the I Series sends it the number
23  and the number pops up on the UCSe?
24        A   Correct.
```

Pages 105 to 108

109

1      Q   Okay. Makes sense. All right. Let's go
2  to interrogatory number 5.
3      **A   Interrogatory 5: "State whether Green Tree**
4  **has ever employed an ATDS to place phone calls to**
5  **persons indebted to Green Tree in any of it collections**
6  **departments or call centers for the calendar years 2011**
7  **through 2914."**
8          **Answer to interrogatory 5: "Green Tree**
9  **objects to this interrogatory on the grounds that it**
10 **is vague, overbroad, unduly burdensome and seeks**
11 **information that is not relevant to this dispute or**
12 **likely to lead to the discovery of admissible evidence**
13 **in that it is not limited in time, is not limited to**
14 **the calls at issue in this case, and is not limited to**
15 **the collection departments or call centers at issue**
16 **in this case. Green Tree further objects to this**
17 **interrogatory on the ground that the term 'ATDS' 'as**
18 **defined by 47 U.S.C. 227(a)(1)' (see definitions**
19 **contained in plaintiffs' interrogatories) has been**
20 **subject to different interpretations and it is not**
21 **clear what interpretation is intended by this inter-**
22 **rogatory. Subject to and without waiving these**
23 **objections, Green Tree states that it has at times**
24 **during the years 2011 to 2014 used a predictive dialing**

110

1  **system to place certain, but not all, phone calls to**
2  **persons indebted to Green Tree which calls were**
3  **connected to certain of its collection departments**
4  **or call centers."**
5      Q   Okay. So 2011 to 2014 Green Tree did use
6  predictive auto dialers. Correct?
7      MR. BLANKENSHIP: Well --
8  BY MR. BADWAN:
9      Q   Predictive dialing systems. I did not say
10 that on purpose. Predictive dialing systems. Correct?
11     **A   Yes, we used predictive dialing systems.**
12     Q   To the best of your knowledge do you know
13 if a predictive dialing system is an automatic
14 telephone dialing system?
15     MR. BLANKENSHIP: Object to the form of the
16 question. Calls for a legal conclusion.
17 BY MR. BADWAN:
18     Q   To the best of your knowledge.
19     **A   I am not a lawyer so I can't say whether**
20 **it meets the ATDS definition or not.**
21     Q   All right. The statute defines ATDS. Is
22 the Aspect Unified Version 6.6 an equipment?
23     MR. BLANKENSHIP: Didn't we do this two hours
24 ago?

111

1      MR. BADWAN: Yes. I want to be case specific.
2  It'll take two seconds.
3      THE WITNESS: It is a combination of hardware
4  and software.
5  BY MR. BADWAN:
6      Q   So it's technically -- Would you consider
7  it equipment?
8      **A   I would consider some of it equipment.**
9      Q   Okay. And it's able to store or produce
10 numbers?
11     MR. BLANKENSHIP: I just object to the form of
12 the question. It calls for a legal conclusion.
13     MR. BADWAN: No, it doesn't.
14     MR. BLANKENSHIP: You're quoting from the statute,
15 and that statute is subject to legal interpretation.
16 BY MR. BADWAN:
17     Q   Is it able to store numbers to the best of
18 your ability?
19     **A   No.**
20     MR. BLANKENSHIP: Same objection.
21 BY MR. BADWAN:
22     Q   It can't store numbers, but it can store
23 files I think is what your testimony was?
24     **A   That's what we were saying.**

112

1      Q   And the files have numbers in them?
2      **A   They do.**
3      Q   Okay. And based on that file the predictive
4  dialing system can then reach out and get those numbers
5  to call them. Correct?
6      MR. BLANKENSHIP: Object to the form of the
7  question.
8      THE WITNESS: The predictive dialing system, it
9  doesn't reach out and get the numbers. I don't know
10 what words we settled on were okay, but it gets a file
11 within -- It's built, the --
12     Q   Criteria.
13     **A   -- custom criteria by a predictive dialer**
14 **administrator into callable lists. That's how it**
15 **works.**
16     Q   In order for a predictive dialing system
17 specifically the Aspect Unified IP Version 6.6, does
18 it need a -- can it make a phone call without a human
19 prompting it to make a phone call?
20     **A   It still requires a human being to start a**
21 **calling campaign.**
22     Q   Okay. But it doesn't require a human to
23 actually dial or click dial?
24     **A   Correct.**

Pages 109 to 112

113

```
 1         Q   Will you please read interrogatory --
 2     MR. BLANKENSHIP:  You are up to 6.
 3     THE WITNESS:  We just did 5.
 4  BY MR. BADWAN:
 5         Q   We just did 5.  And between 2011 to 2014
 6  the only predictive dialing system was the Aspect
 7  Unified IP Version 6.6.  Correct?
 8         A   Correct.
 9         Q   Number 6.  Please read the interrogatory
10  and the response.
11         A   "State whether Green Tree has ever employed
12  an ATDS to place phone calls to persons indebted to
13  Green Tree in any of its premises, including but not
14  limited to call centers, located in St. Paul,
15  Minnesota."
16         Answer to interrogatory number 6:  "Green
17  Tree objects to this interrogatory on the grounds that
18  it is vague, overbroad, unduly burdensome and seeks
19  information that is not relevant to this dispute or
20  likely to lead to the discovery of admissible evidence
21  in that it is not limited in time, it is not limited
22  to the calls at issue in this case and is not limited
23  to the collection departments or call centers at issue
24  in this case.  Green Tree further objects to this
```

114

```
 1  interrogatory on the ground that the term 'ATDS' 'as
 2  defined by 47 U.S.C. 227(a)(1)' (see definitions
 3  contained in plaintiffs' interrogatories) has been
 4  subject to different interpretations and it is not
 5  clear what interpretation is intended by this
 6  interrogatory.  Subject to and without waiving these
 7  objections, Green Tree states that it has at times
 8  used a predictive dialing system to place certain,
 9  but not all, phone calls to persons indebted to Green
10  Tree which calls were connected to persons located
11  at Green Tree's premises in Nashville, Tennessee."
12         Q   Okay.  Thank you.  Okay.  Now, Green Tree
13  testified --  Another representative from Green Tree
14  testified at her deposition that the calls made to
15  Mr. Robison were made from St. Paul, Minnesota.  Can
16  you confirm that or do you have any knowledge as to
17  that?
18         A   No.
19         Q   Is it possible they could have been made
20  from St. Paul, Minnesota?
21         A   It is possible.
22         Q   And why is that?
23         A   Because Green Tree has offices in St. Paul,
24  Minnesota.
```

115

```
 1         Q   Okay.  And does the office in St. Paul,
 2  Minnesota have a predictive dialing system?
 3         A   There is one predictive dialing system at
 4  Green Tree.
 5         Q   I believe --  Okay.  Because does the
 6  St. Paul call center have access, can it use the
 7  predictive dialing system?
 8         A   Yes, St. Paul could have access to the
 9  predictive dialing system.
10     MR. BADWAN:  Okay.
11     MR. BLANKENSHIP:  Just for the record I just
12  noticed this myself.  Obviously I copied this from --
13     MR. BADWAN:  Yeah.
14     MR. BLANKENSHIP:  It was not my intention.
15     MR. BADWAN:  And I saw that.  That's why I am
16  just kind of hashing it out.
17     MR. BLANKENSHIP:  That's fair enough.
18  BY MR. BADWAN:
19         Q   So your response responded to Nashville,
20  Tennessee.  It should have been St. Paul because the
21  interrogatory was directed to St. Paul?
22         A   Yes.
23         Q   So same answer as to St. Paul, Minnesota?
24  That means --  So you are saying --  So the response
```

116

```
 1  is Green Tree at times has used a predictive dialing
 2  system to place calls to persons indebted to Green
 3  Tree from its premises in St. Paul, Minnesota?
 4         A   In St. Paul, Minnesota.
 5         Q   And that's correct?
 6         A   Correct.
 7     MR. BLANKENSHIP:  And it says to persons in
 8  St. Paul I think is what it actually says.
 9  BY MR. BADWAN:
10         Q   Connected to persons located at Green Tree's
11  premises --
12         A   In St. Paul, Minnesota.
13     MR. BLANKENSHIP:  The calling agents in St. Paul
14  would have been connected to a dialing campaign at
15  times.  That's the point there.  Sorry about that.
16     MR. BADWAN:  No, that's fine.
17  BY MR. BADWAN:
18         Q   Moving on.  Almost done.  Bear with me.
19  We have two more.  Number 7.  Would you please read
20  it?
21         A   "State whether Green Tree has ever employed
22  an ATDS to place phone calls to plaintiffs to the
23  numbers (847) 553-5901 from December 8, 2011 until
24  October 10, 2014.  If no, please state why the system
```

117

```
 1    employed to make the phone calls to plaintiffs is
 2    not an ATDS."
 3         "Green Tree objects to this interrogatory
 4    on the ground that the term 'ATDS' 'as defined by
 5    47 U.S.C. 227(a)(1)' (see definitions contained in
 6    plaintiffs' interrogatories) has been subject to
 7    different interpretations, and it is not clear what
 8    interpretation is intended by this interrogatory.
 9    Subject to and without waiving this objection, Green
10    Tree states that it has not employed a predictive
11    dialing system to place phone calls to number (847)
12    553-5901 during the period of December 8, 2011 to
13    October 10, 2014."
14         Q    Okay.  So the method that we talked -- Is
15    that accurate by the way?  I'm sorry.  I need to go
16    back.  Is your response accurate?
17         A    Yes.
18         Q    Do you want to change it for any reason?
19         A    No.
20         Q    All right.  So we talked about the four
21    components that are required to make a phone call,
22    the I Series, the soft phone or hard phone, the UCSe
23    and a human.  Correct?
24         A    Uh-huh.
```

118

```
 1         THE COURT REPORTER:  Is that yes?
 2         THE WITNESS:  Yes.  Sorry.
 3    BY MR. BADWAN:
 4         Q    As a whole -- They work as a whole, correct,
 5    meaning that all the elements are required in order
 6    to make a call?  Correct?
 7         A    In order to make a manual -- In order to
 8    make a manual attempted outbound contact call.  Right?
 9         Q    Okay.  All right.  Does Green Tree record
10    its calls?
11         A    Yes.
12         Q    When did it start doing that?
13         A    Green Tree has been recording telephone calls
14    for ten years roughly.
15         Q    Okay.  Do you know if any of these calls were
16    recorded to Mr. Robison?
17         A    I do not know if any of these calls were
18    recorded.
19         Q    Okay.  I want you to read interrogatory
20    number 8, please.
21         A    "State the date in which Green Tree's
22    collections department commenced the recording of
23    phone calls with persons indebted to Green Tree."
24         Q    Read your answer.
```

119

```
 1         A    "Green Tree periodically recorded certain,
 2    but not all, phone calls with persons indebted to
 3    Green Tree beginning on June 30, 2013 for quality
 4    assurance.  Green Tree began efforts to record all
 5    phone calls with persons indebted to Green Tree on
 6    January 2, 2014."
 7         Q    Do you see a problem from what you just
 8    told me and the response to your interrogatory, how
 9    it's conflicting?
10         A    I do.
11         Q    Okay.  Which one is right?  Which answer
12    is right?
13         A    They're both correct.  However --
14         Q    That's impossible.  Okay.  Tell me why.
15         A    Here's the deal.  Green Tree used a variant
16    Witness call recording system for nine years until
17    2013.  So the answer is we recorded but not retained
18    calls for over nine years or well over ten years.
19         Q    Okay.  But interrogatory 8 does not talk
20    about retained.  It says recording of phone calls.
21         A    Recorded a portion of phone calls for more
22    than ten years.
23         Q    Okay.  So do you want to change the response
24    to interrogatory number 8?  Because based on what you
```

120

```
 1    just told me it's false.
 2         A    "State the date in which Green Tree's
 3    collections department commenced the recording of
 4    phone calls with persons indebted to Green Tree."  I
 5    don't know the date.  Ten years ago --
 6         Q    Okay.
 7         A    -- when we commenced the partial recording of
 8    phone calls with the Witness system.
 9         Q    But here it says it started on June 20th,
10    2013, not ten years ago.  You want to correct that?
11    Less than three or four.  Right?
12         A    Right.
13         Q    So is it your testimony today that the
14    answer to interrogatory 8 is false?  Is it a
15    misrepresentation of the truth?
16         A    Yes.
17         Q    Okay.  And you signed your name certifying
18    that all the answers are true, correct, on page 6 of
19    Exhibit 3 or C?
20         A    I did.
21         Q    So why are you giving different responses
22    different times?
23         A    I may have misunderstood the question.
24         Q    Okay.  So if we were -- So you're under
```

121

1  oath today and you're certifying under oath that
2  Green Tree has recorded calls for ten years?
3  **A   Has recorded some collection calls for ten**
4  **years.**
5  Q   And what do they do with the recorded calls?
6  **A   Currently or ten years ago?**
7  Q   Between 2008 and 2013.
8  **A   They were only used by the quality manage-**
9  **ment group to evaluate agents.**
10 Q   Okay.  So how did they choose which calls
11 to record and which calls not to?
12 **A   It was random.**
13 Q   Now, do you know if any calls were recorded
14 that were placed to Mr. Robison?
15 **A   For which time period?**
16 Q   2008 to 2013.
17 **A   I do not know.  And -- No, I don't know.**
18 MR. BADWAN:  Okay.
19 MR. BLANKENSHIP:  I am serious.  There were no
20 recordings.
21 MR. BADWAN:  You have to either amend it or do
22 something.
23 MR. BLANKENSHIP:  We'll amend it.  But he also
24 already told you anything before June -- the new

122

1  system that was in place in 2013, those records have
2  long since -- I mean they don't exist.
3  BY MR. BADWAN:
4  Q   What happened to those records?
5  **A   That's true; they are not retained.**
6  Q   But we filed this case --
7  MR. BLANKENSHIP:  In 2014, '13.  Yeah.
8  THE WITNESS:  They weren't retained even when
9  it was a live application.  They were used to get a
10 sample of recorded calls for the purposes of quality
11 monitoring, not retained.
12 MR. BADWAN:  Okay.  Fair enough.  We'll move
13 on.  We're almost done.  Two very short exhibits.
14 Exhibit D.
15 (Whereupon, a document was marked as
16 Exhibit D for identification.)
17 BY MR. BADWAN:
18 Q   Mr. Sparks, have you ever seen this document
19 before?
20 **A   I don't believe so.**
21 Q   Okay.  Do you know what it is?
22 **A   I do not.**
23 Q   Well, Green Tree amended its answer to
24 Mr. Robison's complaint to say that -- to raise an

123

1  affirmative defense saying that they had consent to
2  call him.  Okay?  Can you call someone with the
3  predictive dialing system if you don't have their
4  consent?
5  MR. BLANKENSHIP:  Objection, calls for a legal
6  conclusion.
7  BY MR. BADWAN:
8  Q   You can answer the policy of Green Tree.
9  Are you allowed to call people --  Are you allowed to
10 put a number into the predictive dialing system that
11 the person does not want to be called?
12 **A   Like for what purpose and which phone**
13 **number?**
14 Q   Cell phone and for collections.
15 **A   So are you allowed to place a predictive**
16 **dial to a person's cell phone for the purposes of**
17 **collecting a debt?**
18 Q   Yes.
19 **A   No, we do not.**
20 Q   So Green Tree did not call any of its
21 borrowers on their cell phones using a predictive
22 dialing system?
23 **A   Without consent.**
24 Q   Okay.  How do you know if that number --

124

1  there's consent for this number but not this number?
2  **A   It's checked in the host system, consent**
3  **is.**
4  Q   How do you get consent?
5  **A   A verbal, written.  I don't know.  Either**
6  **or.**
7  Q   So you don't decide which number is consented
8  and which number is not.  Correct?
9  **A   It's passed to me from the host system,**
10 **the I Series.**
11 Q   Okay.  Now, does Green Tree use predictive
12 dialing systems to call people who are not borrowers?
13 So if it is not a customer and has no relationship
14 with Green Tree.
15 **A   No.**
16 Q   No?
17 **A   No.**
18 Q   So if I was a borrower with Green Tree and
19 I am delinquent and that's the criteria you put in a
20 predictive dialing system, will my wife ever get a
21 call?
22 **A   Is your wife on the loan?**
23 Q   No, sir.
24 **A   Then she would not get a call unless you**

Pages 121 to 124

125

1   placed her phone number as your phone number on your
2   loan.
3       Q   Okay.  Would it surprise you to tell you
4   that Mr. Robison's father-in-law was getting phone
5   calls from Green Tree and he was not on the loan?
6       A   Yes.
7       Q   Okay.  And would it surprise you to find
8   out that his girlfriend, Melissa Wexler, was receiving
9   phone calls from Green Tree and she wasn't on the
10  loan?
11      A   It would surprise me if they were being
12  made from a predictive dialer.
13      Q   Okay.  And why -- So do agents then call
14  people that are not on the loan?  Is that typical?
15      A   I can't speak for a collection policy.  I
16  don't know.
17      Q   Okay.  So you are telling me in your four
18  years' experience in Green Tree you have never seen
19  the predictive dialer call someone that's not a
20  borrower?
21      A   The predictive dialer only can call -- will
22  only call whatever phone number is on the account.
23      Q   Okay.  So whatever number it's fed.  The
24  file feeder.  The file has numbers.  Correct?

126

1       A   Okay.  Right, right, right.
2       Q   So whatever number is in the file it'll
3   call.
4       A   For the applicant home phone number, the
5   co-applicant home phone number.  Right, those.  Any
6   additional phone numbers that aren't part of those
7   primary fields it will not call.
8       Q   Okay.  Fair enough.  Your testimony is that
9   Mr. Robison's account -- Mr. Robison was never called
10  using a predictive dialing system, is that correct,
11  based on Exhibit B which was the collection list?
12      A   He was never called using the predictive
13  dialing system during the time period.
14      Q   Between two thousand -- December 8th, 2011
15  and July 2nd, 2013.  Correct?
16      A   Correct.
17      MR. BADWAN:  All right.  Now, I want to show you
18  an exhibit -- a document that Green Tree produced in
19  discovery.  Okay?  This will be marked as Exhibit E.
20          (Whereupon, a document was marked as
21          Exhibit E for identification.)
22      MR. BADWAN:  Let's take a break for a minute to
23  make a copy.
24          (Following an interruption the

127

1           deposition was continued as follows:)
2   BY MR. BADWAN:
3       Q   So do you know what this document is,
4   Mr. Sparks?  Have you ever seen it?
5       A   This is an account history for Latitude.
6       Q   What is Latitude?
7       A   Latitude is -- Latitude is the system that
8   is just like UCSe because we have talked about that
9   a lot already, right --
10      Q   Uh-huh.
11      A   -- but for the ARM group.
12      Q   And ARM is asset recovery?
13      A   Asset recovery management, yeah.
14      Q   Okay.  How do you know that that's what this
15  document is?
16      A   How do I know?
17      Q   Yes.
18      A   I guess because of just the way it looks.
19      Q   Okay.  So you have seen a document that
20  looks similar to this.  You know what it is.  You're
21  able to identify it.  Right?
22      A   Yeah.  Well, I have seen Latitude notes.
23      Q   All right.  Now, the collection comment
24  list, you looked at it and you told me that none of

128

1   those calls were made using the predictive dialing
2   system.  Correct?
3       A   Right.
4       Q   Now, according to this document which is
5   Green Tree's own document -- this is where we got
6   this document -- I want to direct your attention to
7   the date of February 11th, 2012.  You see that where
8   it says date and time in the left column?
9       A   Yes.
10      Q   At 9:31 a.m. it says user.  And what does
11  it say there in that column?
12      A   Dialer.
13      Q   What does that mean?
14      A   I would imagine it means that a call was
15  placed using the automated or the predictive dialer.
16      Q   Okay.  So a call was made using the Aspect
17  Unified IP Version 6.6.  Correct?
18      A   Right.
19      Q   Now, why does this call not show up on here
20  -- on Exhibit B, the collection comment list?
21      A   Because that collection comment list is
22  UCSe history and this is Latitude ARM.
23      Q   So this is not a complete list of all the
24  phone calls then?  (indicating)

129

```
 1        A   It's a complete list of all the collections
 2    phone calls.
 3        Q   Okay.  But you told me if an auto dialer
 4    calls this account it's going to show up as SYS if no
 5    one picks up; and if they do pick up it's going to say
 6    the initials followed by AppCP.  Correct?
 7        A   Right.
 8        Q   But if I go to February 11th on this list
 9    or February -- yeah, February 11th, 2012 there is
10    neither of them.  But here you just testified that
11    a dialer most likely called on that date.
12        A   Correct.
13        Q   But why isn't it on here? (indicating)
14        A   Because it's a different system.
15        Q   So this is not a complete list of the calls.
16    (indicating)
17        A   It is a complete list --
18        Q   Is this a complete -- Is Exhibit B a
19    complete list of all calls made to Green Tree -- made
20    to Mr. Robison by Green Tree between December 8th, 2011
21    and July 2nd, 2013?
22        A   You would need the Latitude history too.
23        MR. BADWAN:  Okay.
24        MR. BLANKENSHIP:  That's why we produced both.
```

130

```
 1    BY MR. BADWAN:
 2        Q   Okay.  But doesn't that conflict with your
 3    answer?  You were asked whether Green Tree ever
 4    called Mr. Robison using --  Your answer says that
 5    you never called Mr. Robison using a predictive dialing
 6    system between 2008 and 2013.
 7        MR. BLANKENSHIP:  Objection.  The interrogatory
 8    was specific to a phone number and that's not the
 9    phone number that appears on Exhibit E.  You asked
10    for his cell phone number.  This is his home phone
11    number.
12        MR. BADWAN:  Looks like Miss Colm has a nice
13    claim here.
14    BY MR. BADWAN:
15        Q   Okay.  Do you know what Mr. Robison's phone
16    number is, Mr. Sparks?
17        A   No, I don't.
18        Q   Okay.  Whose phone number is there then?
19        A   Where?
20        MR. BLANKENSHIP:  Where?
21    BY MR. BADWAN:
22        Q   On Exhibit E on February 11th, 2012.
23        A   February 11th, 2012 the number dialed shows
24    (630) 299-0199.
```

131

```
 1        Q   Okay.  Now, is that Mr. Robison's number?
 2        A   I don't know.
 3        Q   Then how were you able to answer interroga-
 4    tory number --  If you don't know if that's his number
 5    and Green Tree's own records show you used an auto
 6    dialer to call a number on that account, how do you
 7    know it was not Mr. Robison's number?
 8        MR. BLANKENSHIP:  Object to the form of the
 9    question.  You started talking about interrogatories
10    that were keyed to specific numbers.  What are you
11    asking?  You seem to be trying to impeach an interroga-
12    tory answer with a different -- by mischaracterizing
13    the interrogatory.
14        MR. BADWAN:  Okay.  You know, strike that.
15    BY MR. BADWAN:
16        Q   You testified that Green Tree does not call
17    non-borrowers using a predictive dialing system.
18    Correct?  Correct?
19        A   Correct.
20        Q   Is the number listed on February 11th, 2012
21    on Exhibit E a borrower?
22        A   What I would need to know is what phone
23    field the 299-0199 phone number resided in on
24    February 11th, 2012.
```

132

```
 1        Q   What do you mean?  Why does it matter where
 2    it resided?  You said it would never call a person
 3    that was not a borrower.  Why does residence have
 4    anything to do with this?
 5        A   Well, the dialer only knows which phone
 6    field that number is assigned to, a borrower's home
 7    phone number, a borrower's cell phone number, a
 8    co-borrower's home phone number.  Those are the only
 9    numbers the predictive dialer ever sees.  So to answer
10    this question I would need to know where this phone
11    number was on this day because it's possible they
12    moved them around.  They can be deleted or moved or
13    added.
14        Q   All right.  This is not Mr. Robison's phone
15    number.  Okay?  And your testimony was that if it
16    says dialer that means that a predictive dialing
17    system called it.  Correct?
18        MR. BLANKENSHIP:  I object to the form of the
19    question.  It lacks foundation.  We don't know whose
20    number that is.
21    BY MR. BADWAN:
22        Q   So a predictive dialing system was used to
23    call on February 11th, 2012 the phone number (630)
24    299-0199.  Is that correct?
```

133

1    **A   Yes.**
2    Q   And how many phone calls?  Is it one on that
3    day?
4    **A   February 11th, 2012, yes.**
5    Q   Okay.  And I will make this nice and short
6    and simple.  On Exhibit E anywhere you see user and
7    it says dialer, does that mean that the predictive
8    dialing system made the phone call?
9    **A   Yes.**
10   Q   Yes?
11   **A   Yes.**
12   Q   Okay.  Does the fact that an auto dialer
13   was used -- I'm sorry -- a predictive dialing system
14   was used to call a number on the Robison account,
15   does that surprise you?
16   **A   Am I surprised we used a predictive dialer**
17   **to call --**
18   Q   A number that is not Mr. Robison's.
19   MR. BLANKENSHIP:  Object to the form of the
20   question.
21   MR. BADWAN:  I am telling you.
22   MR. BLANKENSHIP:  You can tell me, but that
23   doesn't make it true.
24

134

1    BY MR. BADWAN:
2    Q   Okay.  Would it shock you --  And if you
3    want to object, that's fine.  Answer the question.
4    Would it shock you to know that a predictive dialing
5    system was employed here to call the number (630)
6    299-0199 which was not Mr. Robison's number?  I am
7    telling you right now.  Would it shock you?
8    MR. BLANKENSHIP:  Object to the form of the
9    question.
10   BY MR. BADWAN:
11   Q   Please answer.
12   **A   I don't know if I would be shocked.  It**
13   **doesn't shock me we used the predictive dialer to**
14   **call a phone number that was on the account for**
15   **Mr. Robison.**
16   Q   It doesn't shock you to know that it --
17   So a predictive dialing system was --  It does not
18   shock you to know that the predictive dialing system
19   was used to call a number on that account.
20   **A   No.**
21   MR. BADWAN:  Is that what you said?  Okay.
22   Sorry.  Repeat your statement.  What was his answer?
23   Let's do that.  What was my question and what was
24   his answer?

135

1    (Whereupon, the following was read:)
2    "Q   Okay.  Would it shock
3    you --  And if you want to object,
4    that's fine.  Answer the question.
5    Would it shock you to know that a
6    predictive dialing system was
7    employed here to call the number
8    (630) 299-0199 which was not
9    Mr. Robison's number?  I am
10   telling you right now.  Would it
11   shock you?
12   **A   I don't know if I would**
13   **be shocked.  It doesn't shock me**
14   **we used the predictive dialer to**
15   **call a phone number that was on**
16   **the account for Mr. Robison."**
17   BY MR. BADWAN:
18   Q   You're so sure that a predictive dialing
19   system was not used to call Mr. Robison is what you
20   said.  Correct?  You said no predictive dialing calls
21   were made to Mr. Robison.  Correct, Mr. Sparks?
22   **A   Yes.**
23   Q   Okay.  But then you testified right now that
24   it doesn't shock you that a predictive dialing system

136

1    was used to call a number on that account.  Correct?
2    **A   Correct.**
3    Q   Do you see a problem there?
4    **A   No.**
5    Q   So how can you be so certain of your answer
6    about never calling Mr. Robison's account using a
7    predictive dialing system?
8    **A   Calling his account or calling Mr. Robison?**
9    Q   Mr. Robison.
10   **A   Resulting in a contact.  Because -- I can**
11   **be certain of my answer because when I look up the**
12   **answers for the interrogatory I don't look in here**
13   **(indicating); I look on the dialer servers.**
14   Q   So we have established that Exhibit B,
15   which is the collection comment list, is not actually
16   a full list of that account.  Correct?
17   **A   For this particular account, which happened**
18   **to go to ARM for servicing at the some point, then**
19   **you would need the record from Latitude as well.  On**
20   **the majority of accounts that never result in activity**
21   **from ARM UCSe is the primary servicing application.**
22   Q   So there could be other calls that are not
23   on here -- on Exhibit B.
24   **A   Yeah.  They're on Exhibit E.**

Pages 133 to 136

137

1    Q   Okay.  So it's not a complete history is
2  the answer.  It is not a complete history of the
3  account history between Mr. Robison and Green Tree.
4    **A   What's not?**
5    Q   Because if it was the collection -- the
6  collection comment list -- There could have been
7  calls made to Mr. Robison on the Robison account
8  that are not reflected in Exhibit B.  Correct?
9    **A   Correct.**
10   Q   Okay.  And so hypothetically there could
11 have been made some -- the predictive dialing system
12 could have been employed to call Mr. Robison; it
13 just wasn't on Exhibit B.
14   **A   It would be on B -- A predictive dialing**
15 **system call would either end up on Exhibit B or**
16 **Exhibit E.**
17   Q   Is there anything else that I need to know
18 about that that might reflect the calls?
19   **A   Nothing that I have ever been aware of.**
20 **UCSe, Latitude interfaces to the same spot, the I**
21 **Series.  That is still your system of record.**
22   Q   Okay.  Do you remember when I asked you
23 will the predictive dialing system ever call someone
24 that's a non-borrower and you said no?  Do you recall

138

1  that?
2    MR. BLANKENSHIP:  Object to the form of that
3  question.  I think it misstates his testimony.
4  BY MR. BADWAN:
5    Q   I asked you -- I asked you would it shock
6  you to know that Mr. Robison's father-in-law was
7  receiving calls from Green Tree, and I forgot how
8  you responded.  So the predictive dialing system can
9  call people not on the account.  Correct?  It's
10 possible?
11   **A   It can call a phone number to somebody who**
12 **is on the account.**
13   Q   Okay.  But it can also call someone that
14 is not a borrower.
15   **A   If the borrower put that other person's**
16 **phone number on the account.**
17   Q   Does Green Tree use skip tracing?
18   **A   They do.**
19   Q   What's skip tracing?
20   **A   Skip tracing is an effort to find an**
21 **alternative way to contact a customer.**
22   Q   Okay.  And does Green Tree -- did it use
23 skip tracing in 2011 and 2013?
24   **A   I believe they have -- Green Tree has had**

139

1  **skip tracing options in place always.**
2    Q   Okay.  Now, does Green Tree call numbers
3  it finds as a result of skip tracing?
4    **A   Yes.**
5    Q   Does it make those phone calls using a
6  predictive dialing system?
7    **A   It can.**
8    Q   It can?
9    **A   It can, yeah.**
10   Q   Okay.  All right.  So we know based on
11 Exhibit E that on the Robison account -- a predictive
12 dialing system was used on the Robison account on at
13 least twenty calls.
14   **A   Okay.**
15   Q   Will you please count those?  Is that
16 correct?
17   **A   Yeah, that's correct.  I see them here.**
18   Q   Okay.
19   **A   Which doesn't change my answer to the**
20 **interrogatory because when I searched for the call**
21 **record I searched by phone number, not by account.**
22   Q   Sure.  That makes sense.  But the Robison
23 account in general -- A predictive dialing system
24 was employed to make phone calls relating to this

140

1  account, the Robison account.  Correct?
2    **A   Correct.**
3    MR. BADWAN:  Paul, do you have anything else on
4  Robison?
5    MR. BACH:  No.
6    MR. BADWAN:  Lunch?
7        (Following an lunch recess the
8        deposition was continued as follows:)
9  BY MR. BADWAN:
10   Q   Let's start with Brencis now.  Mr. Sparks,
11 we finished up the Robison case before we broke for
12 lunch.  Now we're going to talk about Gints Aris
13 Ethan Brencis and Larisa Mara Brencis vs. Green Tree
14 Servicing, LLC, case number 14 CV 02079.  Do you
15 recall when you learned about this lawsuit?
16   **A   I do not.**
17   Q   Okay.  But you know there is a lawsuit
18 pending.  Correct?
19   **A   Yes.**
20   Q   Okay.  The relevant time period for this
21 case is going to be April 30th, 2012 until June 20th,
22 2013.  So any time I talk about something it's going
23 to be that time period.
24   **A   Okay.**

## 141

1  Q  Okay?  And if you forget at any point just
2  ask me to clarify.  I forget all the time too with all
3  these cases.  Okay.  Now, starting April 30th of 2012
4  were you employed by Green Tree?
5  A  Yes.
6  Q  All right.  And were you the systems manager
7  at that point or no?
8  A  2012?  I was a systems manager in November,
9  2012.
10  Q  Okay.  So you were still the predictive
11  dialing system administrator.  Correct?
12  A  Yes.
13  Q  And do you know if Green Tree made any
14  outgoing calls to Mr. and Mrs. Brencis between April
15  30th, 2012 and June 20th, 2013?
16  A  If I can look at the record I can tell you.
17  Q  Okay.  And I will give you the record in one
18  second.  Do you know which call center those phone
19  calls would have been made from if there are any?
20  A  Oh, no, I do not.
21  Q  Okay.  Would it help you if I gave you the
22  call records that Green Tree produced to us?
23  A  It probably would, yes.
24  (Whereupon, a document was marked as

## 142

1  Exhibit F for identification.)
2  BY MR. BADWAN:
3  Q  Okay.  I am handing Mr. Sparks Exhibit F which is
4  the collection comment list produced by Green Tree
5  in the Brencis matter.  Mr. Sparks, have you ever seen
6  this document before?
7  A  Yes, I have.
8  Q  When did you see this document?
9  A  I reviewed this document with counsel.
10  Q  Okay.  And when was that?  Was that numerous
11  times?  Was it one time?
12  A  It was yesterday.
13  Q  Okay.  And what information on -- What
14  information does that document contain?
15  A  This document contains the collection comment
16  record for UCSe.
17  Q  Okay.  And do you recognize this as a Green
18  Tree document?
19  A  Yes.
20  Q  Okay.  And is this document kept in the
21  ordinary course of business?
22  A  It is.
23  Q  Okay.  All right.  Now, between April 30th
24  of 2012 to June 20th, 2013 did Green Tree use a

## 143

1  predictive dialing system between those time periods?
2  A  They did.
3  Q  Okay.  And do you know if any of the calls
4  made to Mr. or Mrs. Brencis according to the collection
5  comment list were made using a predictive dialing
6  system?
7  A  I believe they were.
8  Q  Okay.  Could you tell me which calls?  Give
9  me the dates.
10  A  The dates -- It would be much easier if
11  you would reference the dates I provided in the
12  interrogatories for Brencis.
13  MR. BADWAN:  Let me introduce Exhibit G.
14  (Whereupon, a document was marked as
15  Exhibit G for identification.)
16  BY MR. BADWAN:
17  Q  Exhibit G that I am handing to Mr. Sparks
18  is Green Tree's responses to plaintiffs' interroga-
19  tories.  This is the second set of interrogatories
20  to be specific.  Mr. Sparks, have you seen this
21  document before?
22  A  I have.
23  Q  And what is it?
24  A  It's the answer of Green Tree Servicing to

## 144

1  the second set of interrogatories for Brencis vs.
2  Green Tree Servicing.
3  Q  Okay.  And I want to refer you to page 7 --
4  looks like page 8 of Exhibit G.  Are you there?
5  A  Yeah.
6  Q  Do you see a signature there?
7  A  Yes.
8  Q  Is that your signature?
9  A  It is.
10  Q  Did you provide the answers to your
11  attorney for him to prepare this document?
12  A  I did.
13  Q  Okay.  How long ago was that approximately?
14  A  I am not sure.
15  Q  Within the last two months?
16  A  Within the past few months, yes.
17  Q  Okay.
18  A  It is dated October 9th, October 9th, 2014.
19  Q  Does that seem accurate?
20  A  Yes.
21  Q  Okay.  And at the time you provided these
22  responses it was in your capacity as systems manager?
23  A  It was.
24  Q  Okay.  Now, before introducing Exhibit G

145

1    my question was which calls made to Mr. or Mrs. Brencis
2    between April 30th, 2012 and June 20th, 2013 were made
3    using a predictive dialing system.
4        **A   Okay.  And did you want to start with the**
5    **oldest call first or the newest?**
6        Q   Let's start with the oldest and you can go
7    to the newest.
8        **A   All right.  The oldest call is on 9/8/2011.**
9        MR. BADWAN:  Okay.  That would fall outside of
10   the relevant time period.  So I want to know only
11   about the calls between April 30th, 2012 to June
12   20th, 2013.  Will you stipulate there were some calls
13   made prior to the relevant dates with the predictive
14   dialing system?
15       MR. BLANKENSHIP:  Yes, I think this list is
16   accurate.
17       THE WITNESS:  Oh, okay.  So we want to start --
18   April 30th, 2012 would put us with the earliest call
19   as 8/7/2012.
20   BY MR. BADWAN:
21       Q   8/7/2012.  Let me find that one.
22       **A   8/7/2012.  It's on page 27 of Exhibit --**
23   **I don't know.  Whatever the exhibit number is.**
24       Q   And what was the time?

146

1        **A   13:28:19 is the time.**
2        Q   Okay.  Now, you indicated in your previous
3    testimony here today that you would be able to identify
4    a predictive dialing system call by the initials SYS.
5    Correct?
6        **A   I can identify a predictive dialer system**
7    **call that doesn't result in a contact by the initials**
8    **SYS.**
9        Q   Okay.  Thanks for the clarification.  Okay.
10   So this -- So the phone call made on 8/7/12 at
11   13:28:19 is using -- a predictive dialing system was
12   used.  Correct?
13       **A   That's correct, as identified by the phone**
14   **field at the start of the collection comment list.**
15   **You will see in this particular case it starts with**
16   **AppCP.**
17       Q   Uh-huh.
18       **A   That's a system phone field.  Applicant's**
19   **cell phone is what it stands for.  That comment is**
20   **placed there as a result of a predictive dialer call.**
21       Q   Is that internal code so only someone at
22   Green Tree would know what that means?
23       **A   Yes.**
24       Q   What does that stand for?

147

1        **A   Applicant's cell phone.**
2        Q   So that call would have resulted by the
3    predictive dialing system making a call, and then
4    once Mr. or Mrs. Brencis -- a human picks up then it
5    would transfer it to a live agent at Green Tree?
6        **A   Yes.  And the live agent would be agent 516**
7    **probably.**
8        Q   Now, I notice on these collection comment
9    lists some initials are numbers and some initials are
10   letters.  Can you tell me the difference or why that
11   is if you know?
12       **A   I do not know why there is a difference in**
13   **naming convention.**
14       Q   That's fair.  All right.  Do you know if
15   this call was made after or before Mr. or Mrs.
16   Brencis filed bankruptcy?
17       **A   I do not.**
18       Q   Okay.  The general system at Green Tree,
19   if someone files a bankruptcy is the predictive
20   dialing system supposed to call them?
21       **A   The predictive dialing system will call**
22   **what are known as blue BKs.**
23       Q   Do you know what blue BKs are?  I actually
24   know this.

148

1        **A   I am not the most qualified to answer on**
2    **the difference between a red and blue BK.  What I**
3    **can say is that this is all tracked systematically**
4    **in the whole system and passed to the predictive dialer**
5    **via codes, fields which would reference whether to**
6    **call or not call.**
7        Q   So you could put a criteria into the
8    predictive dialing systems that says blue BKs with
9    an amount of delinquency, like over two days.
10   Because remember now you testified earlier that
11   you --
12       **A   Right.**
13       Q   -- you could put a criteria so that way
14   you could target the audience or the calls who
15   they're made to.  Is that one of them?  You could
16   get blue BKs as one criteria?
17       **A   I could identify blue BKs and segregate**
18   **them if I want to.**
19       Q   At that point you would put them in a file
20   and shoot them over to the predictive dialing system.
21   Right?
22       **A   I could, yes.**
23       Q   Now, if someone had filed bankruptcy and
24   received a discharge would they be a blue BK?

149

```
 1        A   I don't know.
 2        Q   Fair enough.  Okay.  What's the next call
 3   that was made with the predictive dialing system?
 4        A   We have four calls made on 11/12/2012
 5   starting at 9:38:45.  11/12/2012.
 6        Q   11/12/2012?
 7        A   Yeah.  It's page 24.  Starting at 9:38 these
 8   four calls are all in a row in the collection comment,
 9   9:38, 12:42, 14:14 and 16:14.  These are all predictive
10   dialer calls which did not result in a contact.
11        Q   Okay.  And how do you know that?
12        A   The initials on these say SYS.  And in the
13   collection -- in the comment column you will see the
14   number that was attempted and then the result of that
15   attempt which in all four of these cases was an
16   answering machine was detected and no message was
17   left.
18        Q   Okay.  Now, do you know why sometimes the
19   Brencis account and phone numbers were put into the
20   predictive dialing system and sometimes they weren't?
21   Because if you look at the day after it appears that
22   the collection call list says that a call was made
23   but that has the initial of DAR.  Now, what does that
24   mean to you?
```

150

```
 1        A   The very next call after those calls, this
 2   call you're referencing 11/13/2012?
 3        Q   Yes.
 4        A   So what this shows me is that we attempted
 5   again the next morning the same phone number we
 6   attempted the day before as our first attempt for that
 7   day.  And this is the applicant's cell phone.  It's
 8   a dialer call.
 9        Q   It is a dialer call.  Okay.
10        A   Referenced by that AppCP at the start of
11   the collection comment which was then passed to the
12   agent DAR.
13        Q   Okay.  I guess I did a poor job of asking
14   the question the proper way.  What dictates whether
15   a call is going to be made using a predictive dialing
16   system or whether it's going to be manually dialed?
17   When I say manually dialed I mean using the click
18   system.
19        A   There's no universal rule for that that
20   answers that question.  The answer is there's a
21   hundred answers to that question really.
22        Q   Okay.  Was it you who decided for this
23   account on that day?
24        A   No.
```

151

```
 1        Q   Do you ever decide what gets put into the
 2   predictive dialing system?
 3        A   Put into the predictive dialing system?
 4        Q   Yes, the criteria.  Who chooses the criteria?
 5        A   The criteria for determining what is called
 6   on a predictive dialer is the result of a strategy,
 7   what we call a strategy or where -- It's a multitude
 8   of factors.  It's based on delinquency, strategy
 9   where accounts are scored and weighted to determine
10   their likelihood to pay or not, the quality of their
11   creditworthiness.  You know, all the usual type of
12   risk analysis that you do when you are offering a
13   loan to somebody, we're doing the same types of
14   weights in servicing these loans for people.
15        Q   Okay.  So the higher someone's credit score
16   the more likely they are to pay in your opinion?
17        A   We don't use a credit score.
18        Q   What do you use?
19        A   Everything is custom-built analysis.
20        Q   So it's internal Green Tree-specific
21   analysis?
22        A   Scoring model, yes.
23        Q   Scoring model.  Do you know what the scoring
24   model takes into consideration?
```

152

```
 1        A   I do not.
 2        Q   You do not.  Okay.  And was that call made
 3   to a cell phone, that 11/13/12 call?
 4        A   Yes.
 5        Q   And how do you know it was a cell phone?
 6        A   It says applicant's cell phone is the
 7   number attempted.  That's the first five characters
 8   in the comment field.
 9        Q   Oh, I see.  Shorthand.
10        A   Yes, shorthand.
11        Q   Let's look at the November 12, 2012 calls
12   where the system -- the predictive dialing system
13   made the attempts to call Mr. or Mrs. Brencis but
14   there is no -- it didn't connect with a live human.
15        A   Right.
16        Q   How do you know if that's a cell phone or
17   a land line?
18        A   I would need to look these up.
19        Q   Okay.  Let's go to the next call.
20        A   1/16/2013.
21        Q   Okay.  Page 18 at 18:40:56.  What was the
22   date?  I'm sorry.
23        A   1/16/2013.  The time is 18:40.
24        Q   Okay.  And was that a call made using a
```

153

1  predictive dialing system?
2      A  Yes.
3      Q  And it was to Mr. or Mrs. Brencis?
4      A  It was to 743-3837.
5      Q  Now, is it possible for the collection
6  comment list to reflect an outgoing call made to a
7  party that's not a borrower?  And the reason I ask
8  that is because if you recall the Robison case some
9  of the calls made to the non-borrower did not reflect
10  -- did not show up on the collection comment list.
11  So is the collection comment list going to have all
12  phone calls made on that account?
13      MR. BLANKENSHIP:  I just object to the preface
14  of that question because I don't know that those are
15  facts that you stated about a call to a non-borrower
16  not appearing.  But the rest of your question is
17  fair.  Does the comment list reflect calls to a
18  non-borrower?  Is that your question?
19  BY MR. BADWAN:
20      Q  Yes, right.  Is it going to reflect calls
21  to every single call made on that account, every single
22  outgoing and incoming call?
23      A  Yes.  The reference to the Robison case
24  was it took a combination of the collection comment

154

1  list and the Latitude comment list to show a complete
2  picture of that.  As long as this account never
3  resulted in any asset recovery activity, which it
4  didn't, then yes, it would reflect every call made
5  on the account.
6      Q  Okay.  So the only -- If I wanted a complete
7  history of calls made on a certain account there are
8  only two places I can look, and it's the collection
9  comment list and there is the -- What's it called?
10      A  The Latitude.
11      Q  -- the Latitude list.  Is that correct?
12      A  Right.
13      Q  There is no other document that would
14  reflect calls?
15      A  Those are the official records of activity.
16      Q  Okay.  Now, if you wanted to figure out --
17  Well, in preparing -- in helping your attorney prepare
18  your answers to the interrogatories did you rely on
19  this collection comment list and the Latitude list?
20      A  No.
21      Q  Okay.  What did you rely on?
22      A  My databases for dialer activity.
23      Q  And did your database for dialer activity
24  reflect what's on the collection comment list?

155

1      A  They do.
2      Q  They do.
3      A  Yes.
4      Q  Do you recall an incident where you were
5  asked to look up a certain dialer history and it did
6  not reflect what was shown on that account's collection
7  comment list?
8      A  I do not.
9      Q  All right.  Back to the January 16th, 2013
10  call.  So that was made with a predictive dialing
11  system.  Correct, sir?
12      A  January 16th, yes.
13      Q  Okay.  And you know that because it says
14  SYS?
15      A  SYS.
16      Q  And that means that no one picked up.
17  Correct?
18      A  Right.
19      Q  Okay.  Now, do you know -- If you look at
20  the amount of calls do you know why Green Tree was
21  calling so many times to reach Mr. or Mrs. Brencis?
22      A  How many calls?
23      Q  Well, as you can see, for example, on
24  January 16th they called them four times in one day.

156

1      A  Right.
2      MR. BLANKENSHIP:  January 16th?
3      MR. BADWAN:  Yes, 2013.
4      THE WITNESS:  Are we talking about January 16th?
5      MR. BADWAN:  Yes, sir.
6      MR. BLANKENSHIP:  I object.  I think that
7  misstates the document.
8      MR. BADWAN:  Is it three?
9      MR. BLANKENSHIP:  I think it's three, one
10  system call and then two by Victor Valle or one by
11  Victor Valle.
12      THE WITNESS:  I only count two calls.
13  BY MR. BADWAN:
14      Q  There's three, guys.  Oh, no, you're right,
15  there's two.  Okay.  So they called twice on January
16  16th according to this collection comment list.
17      A  Right.
18      Q  And on January 17th they called twice as
19  well.  Just by looking at this do you know why they
20  were calling?
21      A  Why they were trying to contact Mr. Brencis?
22      Q  Yes.
23      A  By glancing at it, no.  But I am sure if I
24  read everything I would --

Pages 153 to 156

157

1    Q   Okay.
2    A   If I read the whole account history I could
3  give you an answer.
4    Q   I want your opinion on this.  Why do you
5  think they were calling?
6    MR. BLANKENSHIP:  Then I guess I will object.
7  It's beyond the scope of the 30(b)(6) notice.  He
8  just said he'd have to read this whole thing and
9  then he'd still be speculating since he said he
10 wasn't involved in the calls.
11   MR. BADWAN:  Fair enough.
12 BY MR. BADWAN:
13   Q   All right.  Let's go to the next call.
14   A   Okay.  The very next day.
15   Q   Right.  So January 18th.
16   A   17th.
17   MR. BLANKENSHIP:  January 17th.
18   THE WITNESS:  At 19:38.  Another system answering
19 machine detected to 3837 just like the call on the
20 16th.
21 BY MR. BADWAN:
22   Q   Okay.  Was that using the predictive dialing
23 system?
24   A   It was.

158

1    Q   And you know that because the initials are
2  SYS?
3    A   Yes.
4    Q   And that's indicative it was the predictive
5  dialing system?
6    A   SYS in addition to the number.
7    Q   Right.
8    A   Yeah.
9    Q   But this call you know it because of SYS?
10   A   Yes.
11   Q   Along with the answering machine and no
12 message?
13   A   And the disposition and number dialed, yes.
14   Q   Okay.  Next call, please?
15   A   That's the 21st, 1/21/2013.  There are
16 three, three calls on this day, 12:17, 17:21 and
17 20:13.  12:17 system detection -- system-detected
18 3-tone as the disposition at the 3837 phone number.
19   Q   What date are you on, sir?
20   A   1/21 at 12:17.
21   Q   Okay.  And was that call made using a
22 predictive dialing system?
23   A   It was.
24   Q   Okay.  And you know that because of SYS?

159

1    A   Yes.
2    Q   Along with the system-detected 3-tone?
3    A   And the number attempted.
4    Q   Okay.  I want to direct your attention to
5  1/21 at 20:13:24.  Was that call made using a
6  predictive dialing system?
7    A   Yes.
8    Q   How do you know that?
9    A   At the beginning of the collection comment
10 it lists as CoCP which I would read as a co-applicant
11 cell phone attempt by the predictive dialer.
12   Q   Okay.  And it's just based on the coding.
13 Correct?  CoCP?
14   A   CoCP.
15   Q   That indicates a predictive dialing system
16 made a phone call and Mr. or Mrs. Brencis or another
17 human picked up and it was sent to a live agent?
18   A   Correct.  It detected a human voice and
19 then passed it to a person.
20   MR. BLANKENSHIP:  You have got it now.
21   MR. BADWAN:  Is Green Tree hiring?  Because I
22 think I have got it down.  I am moving on.
23 BY MR. BADWAN:
24   Q   Next phone call, please.

160

1    A   That puts us -- Oh, wait.  That's all the
2  calls on the 21st.  And on the 22nd the first call
3  is at 11:39:52 the next day.  11:39:52.
4    Q   Okay.  And was that call made with a
5  predictive dialing system?
6    A   It was.
7    Q   Okay.  And you know that because it says
8  SYS?
9    A   SYS.
10   Q   Okay.  And based on this disposition the
11 call says hung up?
12   A   Disposition is hung up.
13   Q   I am curious.  How does the system know if
14 someone hangs up?
15   A   There's a very technical answer to this.
16   Q   I am just curious.
17   A   Based on the detection types and what is
18 heard at the time.
19   Q   This is a very advanced system.
20   A   It is.  And it's using telephony rules that
21 are in place worldwide.  I mean you dial a phone
22 number it's supposed to ring.  When there is an error
23 on the telephony side you're supposed to get a
24 certain type of tone.  We mentioned a 3-tone.  You

161

1 have heard this tone a million times in your life.
2 It's universal worldwide. It's the standard tone
3 for that number is no longer in service.
4    Q   Oh, I see.
5    A   You have heard it. Same thing with this.
6 A hang-up -- It's listening for clicks and pauses,
7 and it's all programmed to determine what exactly is
8 happening on the far end. It tries to listen whether
9 it's -- If it picks up -- Because it's sending a
10 signal, a digital signal now, but it knows when that
11 signal stops and when something is listening for it.
12 And it tries to listen if that was a click and somebody
13 is picking up a phone or hitting a button, if there is
14 any noise, static, background noise, human voices
15 talking, music. And it knows when you hang up when
16 the line is dead. That could be the result of a
17 person picking up and hanging up right away. It could
18 be the result of the call failing anywhere along the
19 path of the thousand of PBXs or exchanges. So it gets
20 a hung up when it's ringing, it stops ringing, but
21 then the call terminates and it is not sure why.
22 You don't hear a hello then a click.
23    Q   So it can detect -- it's set to detect
24 certain things.

162

1    A   A lot of things. It must have 60 system
2 dispositions to indicate different types of termina-
3 tions so we kind of can gauge what's happening on
4 phone numbers that aren't resulting in anything.
5 Because if it's a bad phone number it doesn't make
6 sense to continue to dial it.
7    Q   Right. It is not effective.
8    A   Right.
9    Q   Now, let me ask you this. So they hung up
10 on the first call on January 22nd, 2013 at 11:39.
11 Now, if there is no contact made how does the system
12 know to call again the same day and who decides the
13 frequency? So that is a compound question. Let me
14 just start with how does it know to call again?
15    A   It's programmed.
16    Q   To do what?
17    A   Based on the disposition, the outcome it's
18 programmed by both timing whether to try the number
19 again or not, how soon to try it again, whether to
20 switch to a different number on the account and try
21 that instead and in any particular order.
22    Q   Okay. So in this case there was -- the
23 system detected the recipient of the call hung up
24 and it called approximately 31 minutes later. Is

163

1 that normal?
2    A   At the time I would guess it was normal for
3 this particular disposition.
4    Q   Okay. So someone hangs up; call again.
5    MR. BLANKENSHIP: Well, call again like it was
6 instantaneous?
7 BY MR. BADWAN:
8    Q   Well, it goes back into the system to be
9 called again.
10   MR. BLANKENSHIP: Fair enough.
11 BY MR. BADWAN:
12   Q   Correct?
13   A   Right.
14   Q   So the system was set at this certain time
15 on 11/22/2013 that if someone was to hang up it would
16 call again?
17   A   Yes. I can deduce that on this particular
18 day on a hang-up call result it was programmed to
19 try that same number again greater than 30 minutes
20 in the future.
21   Q   Okay. But if someone hangs up isn't that
22 a sign they don't want to talk to somebody?
23   A   I don't know. It could be a sign of many
24 things.

164

1    Q   Okay. Well, typically if someone hangs up
2 the phone -- I am not asking your professional
3 opinion; I am asking you as your everyday common
4 sense. Usually if someone hangs up what's that an
5 indication of?
6    MR. BLANKENSHIP: In that case I am going to
7 object to the form of your question as beyond the
8 scope of the 30(b)(6).
9 BY MR. BADWAN:
10   Q   Please answer the question. What's that
11 an indication of?
12   MR. BLANKENSHIP: Same objection.
13 BY MR. BADWAN:
14   Q   If you call somebody and they hang up on
15 you, what does that mean to you?
16   MR. BLANKENSHIP: Objection, calls for
17 speculation.
18 BY MR. BADWAN:
19   Q   Please answer the question.
20   A   I would speculate --
21   MR. BLANKENSHIP: Don't speculate.
22 BY MR. BADWAN:
23   Q   Well, you have to answer the question.
24   A   I have got to answer the question?

Pages 161 to 164

165

1      MR. BLANKENSHIP: If you can. You don't have
2  to speculate though to answer it.
3  BY MR. BADWAN:
4      Q  Has someone ever hung up on you, Mr. Sparks?
5      **A  Yeah.  Usually I give them the benefit of**
6  **the doubt and think that there's probably a phone**
7  **problem and it was purely accidental.**
8      Q  What if it happens again within the hour?
9      MR. BLANKENSHIP: Objection, speculation.
10     THE WITNESS: I don't know unless they -- It's
11 never happened again to me so I don't know.
12 BY MR. BADWAN:
13     Q  Okay. Well, based on the facts of this or
14 the facts of the collection comment list what it
15 portrays is that on January 22nd, 2013 Green Tree
16 called Mr. or Mrs. Brencis on five separate times.
17 I'm sorry, more.
18     MR. BLANKENSHIP: What day?
19 BY MR. BADWAN:
20     Q  January 22nd, 2013. Let me count. One
21 second. Okay. So on January 22nd, 2013 the collection
22 comment list based on the criteria you gave me called
23 -- the predictive dialing system called Mr. or Mrs.
24 Brencis six times. Is that correct?

166

1      **A  That's correct.**
2      Q  And Mr. or Mrs. Brencis hung up four of the
3  six times?
4      **A  Possibly.  Just because it says hung up**
5  **doesn't mean that they hung up.**
6      Q  But the collection comment list does say
7  hung up. Correct?
8      **A  That's the disposition, yes.**
9      Q  Okay. Okay. Let's go to January 23rd. How
10 many calls were made to Mr. or Mrs. Brencis by Green
11 Tree using a predictive dialing system?
12     **A  Six starting at 9:16:23.**
13     Q  And you know they were made with the
14 predictive dialing system by the initials SYS --
15     **A  Yes.**
16     Q  -- for January 23rd?
17     **A  January 23rd is SYS.  Again there are three**
18 **calls that are disposition with hung up 3837.  At**
19 **9:16, 9:47 and 10:19, yes, those are predictive**
20 **dialing system.**
21     Q  This is limited to the calls of January
22 23rd, 2013 made by a predictive dialing system. How
23 many times does the collection comment list indicate
24 that Mr. or Mrs. Brencis hung up?

167

1      **A  Six.  Wait.  Let me check the next page.**
2  **Six.**
3      Q  Okay. So Green Tree was probably giving
4  Mr. or Mrs. Brencis the benefit of the doubt here,
5  huh?
6      MR. BLANKENSHIP: Object to the form of the
7  question.
8      MR. BADWAN: I will move on.
9  BY MR. BADWAN:
10     Q  January 24th, 2013. Could you tell me how
11 many calls were made to Mr. or Mrs. Brencis using a
12 predictive dialing system?
13     **A  Seven.**
14     Q  We're on January 24th, right, sir?
15     **A  Yes.**
16     Q  The 24th.
17     **A  The 24th starting at 9:35:36.**
18     Q  So they called Mr. or Mrs. Brencis using a
19 predictive dialing system on seven separate times on
20 January 24th?
21     **A  They did.**
22     Q  Okay. Do you know why? Just based looking
23 at the collection comment list can you deduce why
24 they were calling them so many times?

168

1      **A  Because they didn't answer the phone.**
2      Q  Okay. Then how many times did the collection
3  comment list indicate that Mr. or Mrs. Brencis hung
4  up on January 24th, 2013?
5      **A  I have looks like five hung up dispositions**
6  **on January 24th.**
7      Q  Okay. Now, I don't know what your attorney
8  told you and I am not asking what he told you. But
9  Mr. and Mrs. Brencis filed for bankruptcy back in
10 June of 2012 and there was even a discharge. Do you
11 know what a discharge is?
12     **A  Possibly.**
13     Q  What do you think it is?
14     **A  I think it's a legal term indicating their**
15 **debt is discharged.**
16     Q  Forgiven?
17     **A  Forgiven, yeah.**
18     Q  Also our office sent Mr. -- sorry -- Green
19 Tree a letter saying to cease call contact with
20 Mr. and Mrs. Brencis. That was back on January 5th
21 of 2013. Based on the collection comment list Green
22 Tree continued to call. Correct?
23     MR. BLANKENSHIP: Objection. That mischaracter-
24 izes the letter for one thing.

Pages 165 to 168

169

```
 1    BY MR. BADWAN:
 2        Q   Well, we sent a letter, okay, on January
 3    5th.  So does the collection comment list reflect
 4    that Green Tree called Mr. or Mrs. Brencis after
 5    January 5th?
 6        A   Yes, the collection comment list indicates
 7    calls were placed after January 5th.
 8        Q   Was it more than ten calls?
 9        A   It is more than ten calls.
10        Q   More than twenty?
11        A   I don't know.  I didn't count.
12        Q   All right.  We'll go back to the list.  All
13    right.  So we talked about January 24th.  Your
14    testimony was there were seven calls made on January
15    24th.  Correct?
16        A   Correct.
17        Q   All right.  And they were all made using a
18    predictive dialing system?
19        A   Yes.  Correct.
20        Q   Okay.  What is the next date that Green
21    Tree called Mr. or Mrs. Brencis using a predictive
22    dialing system?
23        A   On January 26th --
24        Q   Okay.
```

170

```
 1        A   -- at 11:06.
 2        Q   And how many times did they call them on
 3    January 26th using a predictive dialing system?
 4        A   They called them twice.
 5        Q   And could you please tell me what the
 6    disposition according to the collection comment list
 7    was?
 8        A   Hung up.
 9        Q   Okay.  And you know those were predictive
10    dial system calls because of SYS?
11        A   Correct.
12        Q   Okay.  And then what is the next date that
13    the predictive dialing system was used to call
14    Mr. and Mrs. Brencis?
15        A   On January 28th.
16        Q   And how many times did that predictive
17    dialing system call Mr. and Mrs. Brencis on January
18    28th, 2013?
19        A   Twice.
20        Q   And what were the times of those calls?
21        A   10:30 and 16:54.
22        Q   What was the second one?  I'm sorry.
23        A   16:54:19.
24        Q   Okay.  And how do you know the first call
```

171

```
 1    on January 28th was made using the predictive dialing
 2    system?
 3        A   It's coded by the SYS initials for a
 4    system-detected 3-tone disposition.
 5        Q   What disposition?  That was the disposition.
 6    How did that phone call end when it says system-
 7    detected 3-tone?
 8        A   When the predictive dialing system detects
 9    a 3-tone, when it hears that -- pick-up and hears
10    the 3-tone sound, the tri-tone, it disconnects the
11    call.
12        Q   What does that usually mean?
13        A   A bad number, disconnected phone line.
14        Q   How do you know which number was called?
15        A   3837.  The number is also next to the
16    disposition in the comments.
17        Q   Okay.  But it's clearly not of that number
18    because why would it show that it was a detected
19    3-tone but then the very next -- a day later it'll
20    say hung up or something?
21        A   It depends on what specific -- what it
22    heard at that time.
23        Q   So -- Okay.
24        A   Especially if we're talking cell phones
```

172

```
 1    where people have ring-back tones.  They have stuff
 2    that instead of ringing like a traditional sound of
 3    a telephone ringing it plays music when you are
 4    waiting for them to answer.  A lot of that stuff
 5    will confuse the detection mechanism on the dialer a
 6    little bit.
 7        Q   So if the debt collector is calling you
 8    put on a music ring tone; that will confuse your
 9    system?
10        A   You will get a lot more of these dispositions
11    that are hang-up depending, 3-tone and -- Like I said,
12    I've probably got 60 system dispositions for all this
13    stuff.  The end result is we try to determine why
14    nobody answered the phone.  We're certain that nobody
15    answered the phone.
16        Q   Okay.  All right.  So two calls on January
17    28th were made using a predictive dialing system.
18    Correct?
19        A   On January 28th?  Yes, two calls.
20        Q   Okay.  And how about January 29th?
21        A   On January 29th the predictive dialer system
22    made five phone calls starting at 11:43.
23        Q   And were all those calls made using the
24    predictive dialing system?
```

173

1      A   All five, yes.  11:43, 12:14, 12:45, 16:24
2  which was passed to an agent, and then the last one
3  at 19:47 which was another system detection.
4      Q   Okay.  And how many of those calls resulted
5  in a disposition of hang-up or hung up?
6      A   Three.
7      Q   Is nine calls -- How many total calls were
8  made by Green Tree to Mr. Brencis on that day?
9      A   On that day?
10     Q   Yes, total.  That includes predictive dialing
11 system calls and click calls.
12     MR. BLANKENSHIP:  The 29th?
13     MR. BADWAN:  Yes.
14     THE WITNESS:  Yes.  Five predictive dialing system
15 plus one from VRV which was six plus one from TJO which
16 is seven plus another from TJO it looks like which is
17 eight, and VRV -- is that a different day -- 11/29 VRV
18 which is nine.
19 BY MR. BADWAN:
20     Q   Okay.
21     A   So looks like five predictive dialer, four
22 manual.
23     Q   Do you personally think it's reasonable to
24 call someone nine times a day?

174

1      MR. BLANKENSHIP:  Object to the form of the
2  question.  Beyond the scope of the 30(b)(6).
3  BY MR. BADWAN:
4      Q   Please answer the question.
5      A   I do not.
6      Q   You don't think it's reasonable.  Right?
7      A   If they don't answer the phone it sounds
8  reasonable.
9      Q   Would you be mad if someone called you nine
10 times a day?
11     MR. BLANKENSHIP:  Object to the form of the
12 question.
13 BY MR. BADWAN:
14     Q   Answer the question.
15     A   I guess it depends on the purpose.
16     Q   Okay.  If you personally hang up on someone
17 what would that mean to you?
18     MR. BLANKENSHIP:  Object to the form of the
19 question.
20 BY MR. BADWAN:
21     Q   You're under oath.  And I understand --
22     MR. BLANKENSHIP:  He knows he's under oath.  You
23 don't have to keep reminding him of that.
24     MR. BADWAN:  Well, he's been evasive.

175

1      MR. BLANKENSHIP:  You are asking him personal
2  questions that have nothing to do with a 30(b)(6)
3  deposition.
4      MR. BADWAN:  That's a relevance objection.  It's
5  noted.
6      MR. BLANKENSHIP:  It's beyond the scope of the
7  notice and calling for speculation.
8  BY MR. BADWAN:
9      Q   When you hang up on people what does that
10 mean?
11     A   I don't hang up on people.
12     Q   You've never hung up on anybody?
13     A   Not that I recall.  I am a very nice guy.
14     Q   January 30th.  Did Green Tree make any calls
15 to Mr. and Mrs. Brencis using the predictive dialing
16 system?
17     A   On January 30th there were two calls placed
18 by the predictive dialing system.
19     Q   Okay.  And how do you know they were calls
20 using the predictive dialing system?
21     A   At 11:46 there's a call that was placed by
22 the predictive dialing system and passed to agent 256
23 indicated by the app cell phone in the collection
24 comment.

176

1      Q   Okay.  So how many calls were made to
2  Mr. and Mrs. Brencis using the predictive dialing
3  system between the relevant time period of April 30th,
4  2012 to June 20th, 2013?
5      A   Forty-one.
6      Q   And all the other calls between April 30th
7  of 2012 and June 20th 2013, how were they made?
8      A   All the other calls other than the ones we
9  just went over that are predictive dialer calls would
10 have been made manually.
11     Q   All right.  Now, when you said manually is
12 it the same thing as Robison?  It's the integration
13 between -- What was it?  What did we call it?  The
14 I --  We had a shorthand for it.  Do you recall,
15 Mr. Sparks?  It's the IBM but we had a --
16     A   Oh, I Series.
17     Q   Yeah, so the I Series.  Was that the
18 platform they called it?
19     A   Yes.
20     MR. BLANKENSHIP:  Server.
21     THE WITNESS:  The server, yeah.
22 BY MR. BADWAN:
23     Q   Okay.  So all the other calls in the
24 relevant time period were made using the integration

1 between the I Series server, the hard or soft phone,
2 the human and there was one more thing, the UCSe.
3 Correct?
4     A   Correct.
5     Q   Okay.  Did you make any of the calls yourself
6 in the relevant time period?
7     A   No.
8     Q   So how do you know that's the manner they
9 were made?
10     A   I know that's the manner they were made
11 because there is no other manner that they can be made
12 and result in a collection comment file.
13     Q   Is it your testimony today that you're
14 able to deduce how a call is made by looking at the
15 collection comment file.  Correct?
16     A   Well, I can tell you everything that is a
17 predictive dialer call.
18     Q   How do you know no other calls were made
19 in the method you just described?  So you're able to
20 testify -- you could definitely identify how a
21 predictive dialing system call was made --
22     A   Right.
23     Q   -- based on either the SYS or an abbreviation
24 we discussed earlier.  How do you know how all the

1 other calls were made?
2     A   They were made -- They were made any other
3 way that's not through the predictive dialer.
4     Q   Okay.
5     A   That's the deduction.
6     Q   Okay.  So you're just deducing.  So the
7 only other way they could have been made is through
8 the integration of the I Series with the UCSe, the
9 human and the hard and soft phone?
10     A   Well, not necessarily.
11     Q   Okay.
12     A   The calls could have been made on their
13 grandmother's cell phone.  I mean the manner in which
14 they made the phone calls would still be a manual
15 attempt.
16     Q   No, you are not answering my question.
17     MR. BLANKENSHIP:  Yes, he is.
18 BY MR. BADWAN:
19     Q   The topic was the manner in which the calls
20 were made.  He's saying I don't know.
21     MR. BLANKENSHIP:  That wasn't your question and
22 that wasn't his answer.  Why don't you ask the
23 question.
24

1 BY MR. BADWAN:
2     Q   I will repeat the question.  How were the
3 calls that were not predictive dialing system calls
4 made between June of 2012 to April of 2013?
5     A   The calls that were not predictive dialing
6 system calls would have been made manually either
7 through the agent's desk phone --
8     Q   Which uses the UCSe interface which gets
9 the number from the I Series server?
10     A   Right.
11     Q   Which then the call is made either using
12 the soft or hard phone.  Correct?
13     A   Soft phone or hard phone.  But the point I
14 was trying to make is they were a manual attempt.
15 That's why I keep using that word.  Because whether
16 they punched the digits on their physical phone to
17 achieve the phone call they documented the result of
18 that attempt in the collection comment file.
19     Q   Okay.  So in your professional opinion in
20 your capacity as systems manager your testimony today
21 is if it was not a predictive dialing system call
22 based on the criteria you have already testified to
23 they were made manually using the resources available
24 to a Green Tree collection representative.  Correct?

1     A   Correct.
2     Q   And those resources are the UCSe, the soft
3 and hard phone, the I Series server and the hardware
4 and software.  Correct?
5     A   Correct.
6     Q   So it's an integration of those things that
7 would enable the call?
8     A   It's the integration of those things that
9 would enable the -- that would enable the environment
10 for the call to take place.
11     Q   Okay.  Great.  And you need all four of
12 those elements to place those calls?
13     A   The server has the information you would
14 need.
15     Q   The number.
16     A   The phone number.
17     Q   Okay.  The UCSe has what?
18     A   Would be the place you document the results
19 of that phone call.
20     Q   Okay.  And --
21     A   The agent needs a phone to place the actual
22 dialer.
23     Q   Okay.  Very well.  At all times relevant
24 to this case all the predictive dialing system

1  calls, were they made using the Aspect Unified IP
2  6.6 Service Pack?
3    **A  That's correct.**
4    Q  And this is a predictive dialing system.
5  Correct?
6    **A  It is.**
7    MR. BADWAN:  Can we take a break?
8        (Following an interruption the
9        deposition was continued as follows:)
10    MR. BADWAN:  Back on the record.
11  BY MR. BADWAN:
12    Q  Now, Mr. Sparks I want you to take a look
13  at Exhibit G. I believe that was the interroga-
14  tories -- Green Tree's answers to interrogatories.
15    **A  Okay.**
16    Q  Those were your answers.  Correct?
17    **A  Yes.**
18    Q  And do you want to change anything?
19    **A  I do not.**
20    Q  You do not?  Okay.  Let's take a look at
21  them.
22    **A  Oh, I do.  We do need to update interrogatory**
23  **8 --**
24    Q  Okay.  And that one asks --

1    **A  -- for all three.**
2    Q  Okay.  And that's regarding when Green Tree
3  started recording phone calls.  Correct?
4    **A  Correct.**
5    Q  And your deposition testimony, I believe,
6  was nine or ten years ago was the answer?
7    **A  Yes.  We had another call recording system**
8  **we used.**
9    Q  Okay.  And do you know if Green Tree's in
10  possession of any recordings that relate to the
11  Brencis account?
12    **A  I want to say no, we don't have any phone**
13  **recordings.**
14    Q  Okay.  And were you able to tell which call
15  center those predictive dialing systems were made from
16  based on the collection comment list for Brencis?
17    **A  The call center?  The predictive calls?**
18    Q  Well, do you know where the outgoing calls
19  were made from?
20    **A  The predictive calls will be made from --**
21    Q  Either Tempe or based on your previous --
22    MR. BLANKENSHIP:  Or St. Paul.
23    THE WITNESS:  Tempe or St. Paul.
24

1  BY MR. BADWAN:
2    Q  Okay.
3    **A  Okay.  I can't tell you from the collection**
4  **comment list with --**
5    MR. BADWAN:  Okay.  We have gotten that answer
6  through other Green Tree representatives so we can
7  move on.  Exhibit H.
8        (Whereupon, a document was marked as
9        Exhibit H for identification.)
10  BY MR. BADWAN:
11    Q  One last document for Brencis.  I am handing
12  Mr. Sparks what we'll label as H -- Exhibit H for
13  purposes of this deposition.  Have you ever seen this
14  document before?
15    **A  No, I haven't.**
16    Q  Okay.  Do you know what it is just based on
17  what you see in front of you?
18    **A  Yeah, because we discussed a similar document**
19  **on the other cases.**
20    Q  And what does it purport to be?
21    **A  An amended answer -- How did you say it**
22  **before?**
23    Q  Amended answer.
24    **A  Amended answer to the complaint, yeah.**

1    Q  Okay.  And do you know if this was prepared
2  by attorneys?
3    **A  I don't know.**
4    Q  Okay.  So what happened here was Green Tree
5  decided to amend their answer because they initially
6  denied placing calls to Mr. and Mrs. Brencis using a
7  predictive dialing system.  So they amended their
8  answer to say that some calls were made using a
9  predictive dialing system.  Do you have any knowledge
10  why they initially denied using a predictive dialing
11  system?
12    **A  No.**
13    Q  No.  Okay.  And based on the collection
14  comment list for Brencis are you able to tell if
15  there was consent given to Green Tree to call them
16  using the predictive dialing system?
17    **A  I didn't review it for consent.**
18    Q  Okay.  How would you be able to identify
19  consent based on the collection comment list?
20    **A  I would -- I am not an expert in that**
21  **area.  There is a consent flag in the UCS that --**
22    Q  You mean UCSe?
23    **A  UCSe, yeah.**
24    Q  UCSe.  Okay.  And so just by looking at

185

1    the collection comment list you wouldn't be able to
2    identify consent there.  Correct?
3    **A   No.**
4    Q   Okay.  All right.  Let's move on to the last
5    case for the day, Jeffrey and Katarzyna Modica vs.
6    Green Tree Servicing, LLC, 14 CV 03308.  How did you
7    find out about this lawsuit against Green Tree?
8    **A   I was requested to search the dialer history**
9    **for attempts.**
10    Q   Okay.  And who requested that you search?
11    **A   Somebody from our legal department.**
12    Q   Okay.  Do you recall when that was
13    approximately?
14    **A   No.**
15    Q   Okay.  All right.  So the relevant time
16    period for this case is June 6th, 2008 to July 2nd,
17    2013.  Were you employed at Green Tree on June 6th,
18    2008?
19    **A   No.**
20    Q   Okay.  Do you remember your start date at
21    Green Tree?
22    **A   April something, 2010.**
23    Q   Okay.  And during the relevant time period
24    here you had two different positions at Green Tree,

186

1    I believe.
2    **A   Yes.**
3    Q   And that would be predictive dialing system
4    administrator until about 2012 and then you became
5    systems manager?
6    **A   Yes.**
7    Q   Okay.  And that's the position you currently
8    hold.  Correct?
9    **A   Correct.**
10    Q   All right.  Do you know if Green Tree placed
11    any outgoing phone calls to Mr. or Mrs. Modica regard-
12    ing the loan?
13    **A   I don't remember without the record.**
14    Q   Okay.  So you don't have personal knowledge
15    without referring to the record.  Correct?
16    **A   Yeah.  I am always going to have to look**
17    **at the record.**
18    Q   Did you make any calls to Mr. or Mrs. Modica
19    from 2008 to 2013?
20    **A   Did I personally?**
21    Q   Yes.
22    **A   No.**
23    MR. BADWAN:  Okay.  All right.
24    (Whereupon, a document was marked as

187

1    Exhibit I for identification.)
2    BY MR. BADWAN:
3    Q   Handing Mr. Sparks Exhibit I, okay, do you
4    recognize the document I handed you, Mr. Sparks?
5    **A   I do.**
6    Q   And what is it?
7    **A   This is a collection comment list.**
8    Q   Okay.  And do you know who this is for?
9    **A   For Jeff Modica at account number 9344 looks**
10    **like or 8344.  Yep.**
11    Q   Okay.  And so it is for Jeff Modica?
12    **A   Yes.**
13    Q   Okay.  Now, I did forget to ask you regard-
14    ing the collection comments for Brencis.  If you
15    want to refer back to Exhibit F it's the collection
16    comment list for Brencis.  Now, does that document --
17    is that the collection comments for Gints Aris and
18    Larisa Brencis?
19    **A   It is.**
20    Q   Okay.
21    **A   For account number 7282.**
22    Q   Okay.  So back to Modica, how many phone
23    calls were made between June 6th, 2008 to July 2nd,
24    2013 using the predictive dialing system?

188

1    **A   I can tell you if you show me the answer I**
2    **gave for the interrogatory.**
3    MR. BADWAN:  Sure.  So this is going to be
4    Exhibit J.
5    (Whereupon, a document was marked as
6    Exhibit J for identification.)
7    BY MR. BADWAN:
8    Q   This is Green Tree's responses to plaintiffs'
9    second set of interrogatories.
10    **A   Yes.  All right.  So to answer your previous**
11    **question I am looking at the answer to interrogatory**
12    **number 3 which shows six phone calls were made by the**
13    **predictive dialer to the phone numbers listed in**
14    **interrogatory 3.**
15    Q   Okay.  And I know you're basing your
16    response to my question based on your responses to
17    that interrogatory.  Now, the answers in the response
18    to interrogatories, are they reflected on the
19    collection comment list?
20    **A   Yes.**
21    Q   Okay.  Let's go with the first one.  So
22    your testimony today is Green Tree used a predictive
23    dialing system to call Mr. and Mrs. Modica on six
24    different occasions between June 6th, 2008 and July

189

1  2nd, 2013?
2      A   Correct, to the phone numbers 625-2000 or
3  625-2342.
4      MR. BLANKENSHIP:  I just wanted it clarified
5  because there are other predictive dialer calls to
6  other numbers, not to theirs.
7      MR. BADWAN:  Okay.
8      MR. BLANKENSHIP:  What you want to do with that
9  is up to you.
10 BY MR. BADWAN:
11     Q   Sure.  So to the numbers listed in the
12 interrogatories which are (630) 625-2000 and (630)
13 625-2342 there were six calls using -- that Green
14 Tree employed a predictive dialing system to make
15 outgoing calls?
16     A   That's correct.
17     Q   Okay.  Let's start with the oldest one.
18 When would that have been?
19     A   10/24/2011.
20     Q   Before we proceed there could you please
21 tell me whether -- The predictive dialing system,
22 is it the Aspect Unified IP Version 6.6?
23     A   Yes.  The Aspect Unified IP Version 6.6
24 Service Pack 2 was freshly installed in October of

190

1  2011.
2      Q   Okay.  So any calls made prior to October,
3  2011 would have been made using which predictive
4  dialing system?
5      A   There are going to be some grey area there.
6  I would have to answer to specific calls because
7  during these types of installs you usually come up
8  on both systems simultaneously for a while.
9      Q   Okay.  This is actually a very important
10 question for the nature of this case.  Now, if a
11 phone call would have been made with a predictive
12 dialing system previous to 2011 would it have used
13 the Aspect Conversations OS 6.00?  Because I believe
14 your prior testimony was in 2008 they used the Aspect
15 Conversations OS 6.0.
16     A   Yes.
17     Q   Is that correct?  Do you recall what I am
18 talking about?  I don't want to put words in your
19 mouth.
20     A   See if this answers your question.  The
21 Aspect Conversations 6.0 dialer was upgraded in 2011
22 to Aspect's Unified IP 6.6 dialer.
23     Q   Okay.  So the calls that you provide in
24 your responses that were made with these predictive

191

1  dialing systems were a combination of Aspect Unified
2  IP and the Aspect Conversations OS?
3      A   No.  These are already -- The oldest date
4  here, 10/18, represents a call that was placed on the
5  new software.
6      Q   So all those calls reflected in your
7  responses -- and we will go through them one by one
8  -- were made using which predictive dialing system?
9      A   I believe they were made using Aspect's
10 Unified IP, the newer software.
11     Q   The newer software.  Okay.  All right.  And
12 you testified that you started working at Green Tree
13 in, was it, April, 2010?
14     A   Correct, April, 2010.
15     Q   Okay.  And based on the collection comment
16 list that you have in front of you were there any
17 calls -- outgoing calls made by Green Tree using a
18 predictive dialing system?
19     MR. BLANKENSHIP:  To any number or to these
20 numbers or what?
21 BY MR. BADWAN:
22     Q   To the cell phone numbers that we talked
23 about which are --
24     MR. BLANKENSHIP:  In the interrogatories?

192

1  BY MR. BADWAN:
2      Q   Yes.  -- (630) 625-2000 and (630) 652-2342.
3  And look at -- Your answer obviously is worth some-
4  thing here.  So if you just want to say you're
5  sticking to your interrogatory responses or you can
6  go ahead and take a look at it.  It's up to you.  You
7  can speak to your counsel what you want to do here.
8  Does he want to stipulate?
9      MR. BLANKENSHIP:  We'll stipulate these were the
10 six calls made with the predictive dialing system to
11 these numbers, yes.
12 BY MR. BADWAN:
13     Q   Do you want to change the answers to your
14 interrogatory responses?
15     A   Were there any calls to -- Am I missing
16 something here?  It seems that these six calls that
17 I listed here are the only six calls made by the
18 predictive dialing system to either 625-2000 or
19 625-2342.  Right?
20     MR. BLANKENSHIP:  Yes.
21     THE WITNESS:  So on 10/18 I've got one call to
22 2000, on 10/19 I've got one call to 2000, on 10/21 I
23 have three calls -- wait -- no, two calls to 2000, and
24 on 10/24 I have two calls to 2000.

193

```
1    BY MR. BADWAN:
2      Q   Okay.  And let's start with the 10/18/11
3    call which is going to be on page -- Oh, okay.
4    They're on page 172.  I am using the numbers on the
5    top right-hand corner.
6      A   Yes, yes.
7      Q   Okay.  And on 10/18/2011 did Green Tree
8    make an outgoing call to the number (630) 625-2000
9    using a predictive dialing system?
10     A   Yes.
11     Q   Okay.  And how do you know that?
12     A   This phone call at 9:36 says SYS, system,
13   and a disposition of system detected no answer.
14     Q   Okay.  How do you know if it's a cell phone
15   or not?
16     A   I would need to look.  Based on the infor-
17   mation I am looking at right now I would need to look
18   up in the system of record to find out which phone
19   field it's listed under at this time.
20     Q   Okay.  And then the other phone call made
21   on October 18th -- because it looks like there was
22   two -- that was another call using a system.  You
23   just don't know whose number that is?  Because the
24   interrogatory is specific as to two numbers.  So is
```

194

```
1    it your -- Does the collection comment list reflect
2    that another call was made on October 18th, 2011 using
3    a predictive dialing system?
4      A   Yes, to a number not listed in interrogatory
5    3.
6      Q   Okay.  And how many calls were made on
7    October 19th, 2011 to one of the numbers listed in
8    interrogatory number 3?
9      A   One.
10     Q   Okay.  And does that mean the predictive
11   dialing system was used to call Mr. or Mrs. Modica?
12     A   It was.
13     Q   Okay.  How about -- Okay.  How about on --
14   When is the next time a predictive dialing system
15   was used to call Mr. and Mrs. Modica?
16     A   On 10/21.
17     Q   And how do you know those are -- How many
18   calls?
19     A   There are two calls.
20     Q   Okay.  And how do you know a predictive
21   dialing system was the manner these calls were made?
22     A   I know because I looked it up in the
23   database of the predictive dialer.
24     MR. BADWAN:  Is there a reason we don't have
```

195

```
1    that?
2      MR. BLANKENSHIP:  Well, it's on line and he
3    looked it up, but this is the written manifestation.
4      THE WITNESS:  Yeah.  You could know based on --
5      MR. BADWAN:  Well, I am concerned that now
6    there's two different --  Off the record, please.
7        (Whereupon, discussion was held off
8        the record.)
9      MR. BADWAN:  Please go back on the record.
10   BY MR. BADWAN:
11     Q   October 21st, 2011 it appears based on your
12   interrogatory responses that two phone calls were made
13   using a predictive dialing system to Mr. and Mrs.
14   Modica.  Correct?
15     A   Correct.
16     Q   Okay.  And you know that because of the
17   symbol SYS?
18     A   Yes.
19     Q   Okay.  Are there -- Then there's two calls
20   also on October 24th, 2011 in which Green Tree used
21   the predictive dialing system to contact Mr. or Mrs.
22   Modica?
23     A   Yes.
24     Q   Okay.  And you know the October 24th calls
```

196

```
1    were predictive dial calls why?
2      MR. BLANKENSHIP:  What are we looking at?
3      MR. BADWAN:  October 24th.
4      THE WITNESS:  October 24th.
5      MR. BLANKENSHIP:  13:18?
6      THE WITNESS:  Yes.  You have one phone call that
7    as I mentioned in a previous phone call has system,
8    SYS, initials followed by the outcome and the phone
9    number tried by the predictive dialer.  And then the
10   next one was a contact passed to agent 511 with the
11   AppBP.
12   BY MR. BADWAN:
13     Q   What does that stand for?
14     A   Applicant business phone, work phone.
15     Q   But that wasn't -- Okay.  I see.  So BP
16   is -- Because you initially said the way you can
17   identify a call made by a predictive dialing system
18   is it says ApCP.
19     MR. BLANKENSHIP:  No, he said App followed by
20   something.
21   BY MR. BADWAN:
22     Q   App followed by something.  If it says App
23   then you have got a predictive dialing system call.
24   Correct?
```

197

```
 1        A   Or Co for a co-applicant.
 2        Q   Okay.  So AppCo or App --
 3        MR. BLANKENSHIP:  App or Co-App.
 4   BY MR. BADWAN:
 5        Q   Okay.  App or CoApp.
 6        A   The dialer only will call six possible
 7   phone fields on any given account.
 8        Q   Sure.  And what are those?
 9        A   Applicant home phone, applicant business
10   phone, applicant cell phone, co-applicant home
11   phone, co-applicant business home and co-applicant
12   cell phone.  That's six.  That's all your six possible
13   codes that you will see at the beginning of your
14   collection comment list.
15        Q   Which would indicate what?
16        A   The field that the dialer attempted to call.
17        Q   Okay.  Fair enough.  All right.  So I want
18   to go --  If you give me a minute just to go through
19   the rest of the calls to see if there is anything
20   under that category after October 24th, 2011.  Did
21   you find something, Mr. Sparks, that wasn't listed
22   in your response?
23        A   No.
24        Q   Okay.  So you don't want to change your
```

198

```
 1   response?
 2        A   I do not.
 3        Q   Okay.  Now, it appears from the collection
 4   comment list that other phone calls were made to
 5   Mr. and Mrs. Modica regarding their account.  How do
 6   you know how those calls were made, in what manner?
 7        A   I can deduce that any call that wasn't made
 8   on the predictive dialing system was made as a manual
 9   attempt by an agent.
10        Q   Okay.  And when you say manual attempt
11   we're going to go back to your previous testimony
12   that involves an agent, the I Series server which
13   stores phone numbers, the UCSe platform -- interface,
14   sorry -- you called it an interface -- along with
15   either a soft or hard phone.  Correct?
16        A   Correct.
17        Q   And it's an integration of all those that
18   makes the call possible.  Correct?
19        A   It makes the call possible, correct.
20        Q   Okay.  Now, is a predictive dialing system
21   an auto dial system or no?
22        A   I don't know.
23        MR. BLANKENSHIP:  Object to the form of the
24   question.
```

199

```
 1   BY MR. BADWAN:
 2        Q   All right.  So it's your testimony today
 3   that all the other calls listed on this collection
 4   comment list that do not have an indication for
 5   predictive dialing system were made manually through
 6   the process I just discussed with you regarding the
 7   integration of the four systems or the four elements
 8   that you need, a human/agent, the I Series server
 9   which stores numbers, the UCSe which displays the
10   number to the agent and also a hard or soft phone.
11   Correct?
12        A   I believe that's correct.
13        Q   Okay.  And the way manually the calls are
14   made -- there's really two ways.  You said you can
15   either punch them in yourself using the hard phone,
16   you can punch them in to -- and then the soft phone
17   will call or you can do the one click dial system.
18   And is there any way to know which one of those
19   different methods was used to make a certain call?
20        A   Regarding the manual attempt how the phone
21   digits are entered into the phone system, I am not
22   aware of any way to tell if they were pushed on a
23   physical telephone or entered on a soft phone or
24   clicked in a box in UCSe.  The ultimate result is
```

200

```
 1   still that sequence of digits is passed to the
 2   telephone system to dial.
 3        Q   Okay.  Have you ever discussed with your
 4   compliance department -- do they ever discuss with
 5   you if Green Tree's been sued for a TCPA violation?
 6        A   No, no.
 7        Q   Are you aware of any lawsuits outside of
 8   these three lawsuits that allege that Green Tree
 9   violated the TCPA?
10        A   I typically get asked to provide the data
11   I control which is predictive dialer accounts, call
12   recordings, details.  Details of the case aren't
13   discussed with me.
14        Q   Okay.
15        A   The allegations are not discussed with me.
16        Q   Okay.  Were the allegations discussed with
17   you here in these three cases?
18        A   Since we started doing this deposition, yes.
19        Q   And this is the first time you were deposed
20   regarding a Green Tree matter?
21        A   Correct.
22        Q   How many system managers are there for Green
23   Tree that you are aware of?
24        A   I am aware of two.
```

201

1     Q   Two. Nationwide?

2     **A   Yes.**

3     Q   Do you know if other people have been

4   deposed?

5     **A   I do not.**

6     MR. BLANKENSHIP: I'm sorry, were there two

7   others in addition to you?

8     THE WITNESS: No, one other guy.

9   BY MR. BADWAN:

10    Q   Oh, two total.

11    **A   That I am aware of.**

12    Q   You guys both work out of Tempe?

13    **A   No, this other guy is in Rapid City, South**

14   **Dakota.**

15    Q   Have you ever met him?

16    **A   Yes.**

17    Q   Do you know if he's been deposed?

18    **A   I do not.**

19    Q   So you have no idea if Green Tree gets sued

20   over the TCPA?

21    **A   No.**

22    Q   There is no way for you to know?

23    **A   No.**

24    Q   Okay. If an account is flagged for being

202

1   in litigation are you made aware of that so that way

2   you make sure it gets out of the predictive dial

3   system?

4    **A   They rely -- I rely on a series of flags.**

5    Q   Sure.

6    **A   That would be like do not call. Right?**

7   **So if a system like in your specific example is flagged**

8   **with being in litigation, they would flip an indicator**

9   **in the whole system that would pass as an exempt yes**

10  **on the account to me. So if that account ever made**

11  **its way into the dialer file the dialer would look**

12  **at that field and see a Y in exempt yes and it would**

13  **not dial it.**

14    Q   Okay. Outside of interrogatory 8 would

15  you change any answers to your responses -- Green

16  Tree's responses to the Modica interrogatories?

17    **A   I would not.**

18    Q   Are you aware of any recorded phone calls

19  regarding this matter?

20    **A   I am not.**

21    MR. BADWAN: Okay. I need a break.

22      (Following an interruption the

23      deposition was continued as follows:)

24    MR. BADWAN: The last exhibit for Modica,

203

1   Exhibit K.

2      (Whereupon, a document was marked as

3      Exhibit K for identification.)

4   BY MR. BADWAN:

5    Q   Mr. Sparks, do you recognize this document?

6    **A   Yes, I recognize this document.**

7    Q   And what is it?

8    **A   This is an amended answer to -- by Green**

9   **Tree.**

10    Q   So you recognize it. Where did you see

11  this before?

12    **A   For the other two cases.**

13    Q   So it's similar but a different caption?

14    **A   Correct.**

15    Q   Okay. Did you help prepare this?

16    **A   No.**

17    Q   Okay. What this is is an amended answer

18  by Green Tree in which they initially denied using

19  the predictive dialing system for Mr. or Mrs. Modica

20  and their amended answer later stated some calls were

21  made. Do you have any knowledge as to why they would

22  have denied it initially?

23    **A   I do not.**

24    Q   Okay. All right. Mr. Sparks, have you

204

1   ever been disciplined by Green Tree?

2    **A   No.**

3    Q   Does Green Tree use LiveVox?

4    **A   LiveVox? I am familiar with the name, but**

5   **I don't know why. I don't think we use it.**

6    Q   Okay.

7    **A   But I do know the name.**

8    Q   Okay. Can you tell me why you think you --

9  What do you think it is?

10    **A   I can't remember. You know, I am going to**

11  **guess that they have probably tried to sell me some-**

12  **thing in the past.**

13    MR. BADWAN: Okay. Fair enough. All right. I

14  am done.

15    MR. BLANKENSHIP: No questions. We'll reserve.

16   * * * AND FURTHER DEPONENT SAITH NOT. * * *

17

18

19

20

21

22

23

24

205

1    STATE OF ILLINOIS )
               ) SS.
2    COUNTY OF C O O K )

3

4      I, MARLANE K. MARSHALL, C.S.R., a Notary Public
5    in and for the County of Cook, State of Illinois do
6    hereby certify that ROGER SPARKS was first duly sworn
7    by me to testify the truth; that the above deposition
8    was recorded stenographically and reduced to type-
9    writing by me; that the deposition is a true, correct
10   and complete transcript of the entire testimony given
11   by the said witness at the time and place hereinabove
12   set forth, and that signature is hereby reserved by
13   said witness.
14      I further certify that I am not counsel for nor
15   in any way related to any of the parties to this
16   suit, nor am I in any way interested in the outcome
17   thereof.
18      In witness hereof, I have hereunto set my hand
19   and affixed my Notarial Seal this 14th day of
20   January, A.D., 2015.

21

22

             MARLANE K. MARSHALL
23          CSR License #084-001134

24

206

1      SIGNATURE PAGE/ERRATA SHEET
2      I, ROGER SPARKS have read the foregoing
   transcript of my deposition taken on January 8, 2015,
   and except for any corrections noted below, it is a
3   true and correct transcript of my deposition
4   given on the date aforesaid.

5

6      CORRECTIONS BASED ON ERRORS IN
       REPORTING OR TRANSCRIPTION
   PAGE  LINE
7

8   ___  ___  _____

9   ___  ___  _____

10  ___  ___  _____

11  ___  ___  _____

12  ___  ___  _____

13  ___  ___  _____

14  ___  ___  _____

15  ___  ___  _____

16  ___  ___  _____

17  ___  ___  _____
18

      _____
19          ROGER SPARKS
20

STATE OF ILLINOIS )
21  COUNTY OF _____ )
22  SUBSCRIBED AND SWORN TO
   before me this ____ day
23             Notary Public
   of _____A.D., 2015.
24

Pages 205 to 206

Roger Sparks
January 8, 2015

207

**A**

**A.D** 205:20
206:23
**a.m** 1:22
128:10
**a/k/a** 1:15
35:19
**abbrevia...**
177:23
**ability**
26:18
34:23
111:18
**able** 23:3
27:11
37:5 46:4
46:6
50:20
56:23
65:20
69:13
71:6,21
76:22
81:24
82:2 96:7
96:15
102:6,11
105:2,4
105:22
111:9,17
127:21
131:3
146:3
177:14,19
182:14
184:14,18
185:1
**abstract**
105:1
**access** 27:8
27:9,12
62:11
107:3
108:16
115:6,8
**accesses**

108:4
**accidental**
165:7
**accomplish**
102:1
104:7
**account**
14:20
46:11
60:24
62:15
65:12,22
66:3
67:23
70:9,11
71:2
78:19
79:8 82:3
83:15,22
92:24
93:3,8,8
93:10
98:15
125:22
126:9
127:5
129:4
131:6
133:14
134:14,19
135:16
136:1,6,8
136:16,17
137:3,7
138:9,12
138:16
139:11,12
139:21,23
140:1,1
149:19
150:23
153:12,21
154:2,5,7
157:2
162:20
182:11

187:9,21
197:7
198:5
201:24
202:10,10
**account's**
155:6
**accounts**
45:14,22
46:5,10
62:11
136:20
151:9
200:11
**accurate**
70:23
89:2,23
100:21,23
117:15,16
144:19
145:16
**accurately**
22:21
**achieve**
65:19
179:17
**acronym**
61:7
**Act** 30:6,11
31:1
38:22
106:13
**Action**
33:10
**activity**
33:2 70:8
71:2
136:20
154:3,15
154:22,23
**actual**
24:13
32:22
48:16
96:11
180:21

**added**
132:13
**addition**
158:6
201:7
**additional**
74:1
126:6
**addition...**
90:20
**address**
97:9
**ADDUCCI**
2:14
**adhere** 59:1
**administ...**
18:20
19:5,23
30:1
66:18
68:15,18
68:19
80:23
112:14
141:11
186:4
**administ...**
20:13
45:4
**admissible**
90:24
109:12
113:20
**admission**
44:9
**advanced**
160:19
**advertise**
47:14
**affirmative**
123:1
**affixed**
205:19
**aforemen...**
100:7
**aforesaid**

206:4
**agent** 46:14
60:23
62:10,14
62:15
64:13,16
64:22
65:5,10
65:15,20
66:4,6,12
66:19
72:16
73:5,18
73:22
74:6
75:22
78:15,24
81:24
92:20,20
95:5
96:21,22
96:23,24
97:19,24
98:4,9
101:10
104:19
105:11,14
147:5,6,6
150:12
159:17
173:2
175:22
180:21
196:10
198:9,12
199:10
**agent's**
63:1
65:22
72:19
73:19
179:7
**agents** 22:7
97:4
116:13
121:9

125:13
**agents'**
20:4
**ago** 8:4,5
53:17,18
53:19
68:2,4,5
110:24
120:5,10
121:6
144:13
182:6
**agreement**
4:6
**ahead** 33:13
36:12,14
75:1,15
86:7
88:11,12
89:1
192:6
**allegations**
200:15,16
**allege**
38:20
200:8
**allow** 27:10
**allowed**
123:9,9
123:15
**allows**
84:23
103:15
**altercation**
8:7
**alternative**
53:9
138:21
**ambiguous**
90:20
100:13
**amend**
121:21,23
184:5
**amended**
122:23

County Court Reporters, Inc.
630.653.1622

| | | | | | |
|---|---|---|---|---|---|
| 183:21,23 | 99:9 | **answered** | 197:2,3,5 | **approximate** | 41:19 |
| 183:24 | 100:10 | 13:4 | **Apparently** | 7:20 | 42:2 |
| 184:7 | 106:10 | 16:18,18 | 75:5 | **approxim...** | 50:18 |
| 203:8,17 | 107:7,24 | 53:19 | **AppBP** | 14:15,16 | 53:16 |
| 203:20 | 107:24 | 83:9 86:2 | 196:11 | 17:4,9 | 71:9 83:9 |
| **amount** | 109:8 | 88:2 | **AppCo** 197:2 | 19:19 | 85:18 |
| 148:9 | 113:16 | 172:14,15 | **AppCP** 72:21 | 46:19 | 130:3,9 |
| 155:20 | 115:23 | **answering** | 129:6 | 47:9 | 137:22 |
| **analogy** | 118:24 | 6:11 | 146:16 | 89:20 | 138:5,5 |
| 103:16 | 119:11,17 | 86:18 | 150:10 | 95:22 | 155:5 |
| **analysis** | 120:14 | 106:22 | **appear** 72:9 | 144:13 | 200:10 |
| 151:12,19 | 122:23 | 108:12 | **appeared** | 162:24 | **asking** |
| 151:21 | 123:8 | 149:16 | 2:12,17 | 185:13 | 10:22 |
| **analyst** | 130:3,4 | 157:18 | **appearing** | **April** | 11:8,9,17 |
| 68:16 | 131:3,12 | 158:11 | 153:16 | 140:21 | 14:7,8 |
| 80:21 | 132:9 | 178:16 | **appears** | 141:3,14 | 16:3,9 |
| **annual** | 134:3,11 | **answers** | 130:9 | 142:23 | 27:19 |
| 28:18 | 134:22,24 | 16:13,15 | 149:21 | 145:2,11 | 41:10 |
| **answer** 5:17 | 135:4 | 25:11 | 195:11 | 145:18 | 57:23 |
| 5:18 9:11 | 136:5,11 | 66:9 89:5 | 198:3 | 176:3,6 | 58:2 |
| 9:12,13 | 137:2 | 90:4 | **applicable** | 179:4 | 131:11 |
| 10:19,23 | 139:19 | 120:18 | 91:5 | 185:22 | 150:13 |
| 11:4,6,14 | 143:24 | 136:12 | **applicant** | 191:13,14 | 164:2,3 |
| 11:23 | 148:1 | 144:10 | 126:4 | **area** 184:21 | 168:8 |
| 12:10 | 150:20 | 150:20,21 | 196:14 | 190:5 | 175:1 |
| 14:2 | 157:3 | 154:18 | 197:9,9 | **Aris** 1:9 | **asks** 181:24 |
| 19:12,12 | 160:15 | 181:14,16 | 197:10 | 37:17 | **Aspect** 48:5 |
| 25:12 | 164:10,19 | 188:17 | **applicant's** | 140:12 | 48:7,13 |
| 31:10 | 164:23,24 | 190:20 | 146:18 | 187:17 | 48:16,20 |
| 40:12,13 | 165:2 | 192:13 | 147:1 | **Arizona** | 49:4,8,14 |
| 42:3,12 | 168:1 | 202:15 | 150:7 | 6:15 | 49:16,18 |
| 49:21 | 172:4 | **anybody** | 152:6 | 21:10,11 | 53:8,11 |
| 51:19 | 174:4,7 | 13:2,20 | **application** | 24:7 | 53:15,20 |
| 53:11 | 174:14 | 14:9 | 49:19 | **ARM** 59:23 | 54:1,3,8 |
| 74:22 | 178:22 | 175:12 | 61:5 | 59:24 | 54:11,16 |
| 75:6,8,12 | 182:6 | **ApCP** 196:18 | 78:24 | 127:11,12 | 55:5,5,6 |
| 77:18 | 183:5,21 | **API** 65:23 | 122:9 | 128:22 | 55:14,15 |
| 78:18 | 183:23,24 | **apologize** | 136:21 | 136:18,21 | 55:21 |
| 83:11,19 | 184:5,8 | 19:4 44:6 | **applicat...** | **arrangem...** | 56:6,7 |
| 83:20 | 188:1,10 | 44:13 | 27:2 | 9:3 | 67:14,14 |
| 87:22 | 188:11 | **app** 72:21 | 65:21 | **arrested** | 80:10 |
| 88:4,17 | 190:6 | 74:17 | **apply** 65:3 | 7:4 | 81:5,7 |
| 88:18 | 192:3 | 75:9 | **appreciate** | **asked** 5:19 | 110:22 |
| 89:3 | 193:13 | 175:23 | 49:22 | 16:18 | 112:17 |
| 91:18 | 203:8,17 | 196:19,22 | **approaching** | 17:15 | 113:6 |
| 98:1,1 | 203:20 | 196:22 | 18:23 | 36:6 | 128:16 |

181:1
189:22,23
190:13,14
190:21
191:1,2
**Aspect's**
190:22
191:9
**asset** 60:1
127:12,13
154:3
**assigned**
132:6
**assist**
100:1
**assisted**
14:12
**associated**
62:12
**assurance**
119:4
**ATDS** 39:11
39:14
109:4
110:20,21
113:12
116:22
117:2
**ATDS'**
109:17
114:1
117:4
**attached**
100:3
**attachment**
32:23
**attempt**
96:21
149:15
150:6
159:11
178:15
179:14,18
198:9,10
199:20
**attempted**

72:20,23
74:9
86:13
118:8
149:14
150:4,6
152:7
159:3
197:16
**attempts**
152:13
185:9
**attended**
30:7
**attention**
30:13
128:6
159:4
**attorney**
10:21
11:5
37:24
43:24
44:1,2,3
44:4
88:18
89:3,17
144:11
154:17
168:7
**attorney...**
9:10
10:11
**attorneys**
9:12
10:23
12:24
13:17,22
14:1,4,5
184:2
**audience**
148:14
**audio** 65:21
73:23
85:9,24

110:6
129:3
131:5
133:12
198:21
**automated**
56:21
58:5,6
65:18
128:15
**automatic**
39:10,21
40:4,9
41:17
85:13
110:13
**avail-**
65:19
**available**
62:13
179:23
**Avenue** 2:15
59:23
98:21
137:19
199:22
200:7,23
200:24
201:11
202:1,18
_____
**B**
**B** 3:7,10
39:18
69:17,19
84:16
96:18
126:11
128:20
129:18
136:14,23
137:8,13
137:14,15
**BACH** 2:10
140:5

**back** 12:1
17:21
20:5
44:16
50:11,14
69:24
93:20,21
117:16
155:9
163:8
168:9,20
169:12
181:10
187:15,22
195:9
198:11
**background**
6:17
44:13
79:19
102:16
161:14
**backtrack**
9:20
**bad** 19:7
162:5
171:13
**Badwan** 2:9
3:5 4:3
4:20 5:7
6:4 9:14
10:13,18
11:1,7,13
11:16,20
12:1,5,9
13:7,9,13
13:15,19
14:3,6
15:15,17
15:19,23
16:6,9,14
16:16,19
17:3,16
17:21,22
22:13
25:10,14

30:17
32:2,6
33:1,4,7
35:2,6
36:18,20
36:23
37:2 40:2
40:16
41:15,21
43:10
44:5,11
47:3,5
49:2 50:5
50:8,11
50:12
51:17,21
52:1,2,14
52:20
53:2,7,12
63:22
64:5
69:18,24
70:1
74:21
75:2,7,11
75:16,20
77:16
79:14
83:10,18
84:5
85:16
87:11,16
94:23
95:8,11
99:3,8
102:10,16
102:20
103:7,20
104:4
108:8
110:8,17
111:1,5
111:13,16
111:21
113:4
115:10,13

115:15,18
116:9,16
116:17
118:3
121:18,21
122:3,12
122:17
123:7
126:17,22
127:2
129:23
130:1,12
130:14,21
131:14,15
132:21
133:21
134:1,10
134:21
135:17
138:4
140:3,6,9
142:2
143:13,16
145:9,20
153:19
156:3,5,8
156:13
157:11,12
157:21
159:21,23
163:7,11
164:9,13
164:18,22
165:3,12
165:19
167:8,9
169:1
173:13,19
174:3,13
174:20,24
175:4,8
176:22
178:18
179:1
181:7,10
181:11

183:1,5
183:10
186:23
187:2
188:3,7
189:7,10
191:21
192:1,12
193:1
194:24
195:5,9
195:10
196:3,12
196:21
197:4
199:1
201:9
202:21,24
203:4
204:13
**Bank** 80:16
**bankruptcy**
7:14
147:16,19
148:23
168:9
**based** 21:9
21:10
28:12,13
28:21
29:8
43:13
45:15
51:21
57:22
71:7,20
75:23
77:23
96:14
101:1
107:10
112:3
119:24
126:11
139:10
151:8

159:12
160:10,17
162:17
165:13,22
167:22
168:21
177:23
179:22
182:16,21
183:16
184:13,19
188:16
191:15
193:16
195:4,11
206:5
**basing**
188:15
**basis** 15:7
15:21
27:21
28:1
42:11
**Bates** 97:13
**bear** 73:4
116:18
**began** 119:4
**beginning**
119:3
159:9
197:13
**behalf** 2:12
2:17
**believe**
7:13  8:18
24:19
28:21
39:8
49:10
59:17
77:11
78:2 88:8
115:5
122:20
138:24
143:7

181:13
182:5
186:1
190:13
191:9
199:12
**benefit**
165:5
167:4
**benefits**
63:17
**best** 23:21
26:17
52:6  53:2
77:22
85:21
110:12,18
111:17
**better**
44:12
**beyond**
157:7
164:7
174:2
175:6
**big** 23:13
101:23
**bit** 39:7
172:6
**BK** 148:2,24
**BKs** 147:22
147:23
148:8,16
148:17
**blah** 66:3,3
66:4
**Blankenship**
2:14,15
4:17  8:22
9:7,21
10:10,16
10:19
11:4,10
11:15,17
11:24
12:3,6,14

13:1,4,8
13:11,18
13:21,23
14:5,7
15:13,16
15:18,20
16:5,7,12
16:15,17
17:1,14
17:17
22:12
25:8
30:15
32:21
33:3  35:4
36:16,21
39:23
40:11
41:13,20
43:7  44:3
44:9  47:1
47:4
51:13,18
51:23
52:16,23
53:4,10
63:20
64:3
74:12,15
74:24
75:4,8,13
75:18
77:12
79:12
83:9,16
83:24
85:11
94:21
95:9  99:1
99:6
102:7,14
102:17
103:4,19
104:1
108:6
110:7,15

110:23
111:11,14
111:20
112:6
113:2
115:11,14
115:17
116:7,13
121:19,23
122:7
123:5
129:24
130:7,20
131:8
132:18
133:19,22
134:8
138:2
145:15
153:13
156:2,6,9
157:6,17
159:20
163:5,10
164:6,12
164:16,21
165:1,9
165:18
167:6
168:23
173:12
174:1,11
174:18,22
175:1,6
176:20
178:17,21
182:22
189:4,8
191:19,24
192:9,20
195:2
196:2,5
196:19
197:3
198:23
201:6

204:15
**blue** 147:22
147:23
148:2,8
148:16,17
148:24
**bonus** 28:19
29:3,4,9
**bonuses**
28:16
**borrower**
46:16
124:18
125:20
131:21
132:3
138:14,15
153:7
**borrower's**
93:4
132:6,7
**borrowers**
60:17
123:21
124:12
**bottom**
97:16
**Boulevard**
2:6,10
4:7
**box** 199:24
**BP** 196:15
**break** 5:15
40:20
50:8
126:22
181:7
202:21
**Brencis** 1:9
1:9  4:14
37:17,18
38:14
140:10,13
140:13
141:14
142:5

143:4,12
144:1
145:1
147:4,16
149:19
152:13
153:3
155:21
156:21
159:16
165:16,24
166:2,10
166:24
167:4,11
167:18
168:3,9
168:20
169:4,21
170:14,17
173:8
175:15
176:2
182:11,16
183:11
184:6,14
187:14,16
187:18
**brings**
93:20
**broad** 90:22
**broke**
140:11
**Brook** 2:6
2:11 4:8
**built**
112:11
**bunch** 56:2
**burdensome**
90:22
109:10
113:18
**business**
25:13,15
46:22
60:9
70:18,22

142:21
196:14
197:9,11
**busy** 28:4
**button**
161:13
**buttons**
25:1 82:5

――――― **C** ―――――

**C** 3:11,21
87:13,17
120:19
205:2
**C.S.R** 2:3
205:4
**calendar**
90:13
109:6
**call** 7:16
7:18 20:3
20:14
21:12
23:20
25:22
26:1,7,14
26:18,20
26:21
27:5,6,8
27:12
39:1 41:2
41:3,6
42:9,10
43:13,16
45:1,20
46:4,7,10
46:19
47:20
51:22,23
58:15
59:12
60:6,12
60:16,24
61:5 62:9
62:17,18
63:6,7,9

65:14,24
66:24
69:7,9,14
72:23
73:11,15
73:18,23
74:5
75:22
77:10
78:3,14
81:20
84:21,23
85:2,5
86:1,5,9
86:10,12
86:13,16
92:13
93:13,14
94:8,20
95:1,2,23
96:16,18
96:24
97:3
99:17
100:2
101:5,8
101:10,11
101:19,21
102:1
104:5,8,9
104:10,21
104:24
105:3,4,9
105:13,23
108:5
109:6,15
110:4
112:5,18
112:19
113:14,23
115:6
117:21
118:6,8
119:16
123:2,2,9
123:20

124:12,21
124:24
125:13,19
125:21,22
126:3,7
128:14,16
128:19
131:6,16
132:2,23
133:8,14
133:17
134:5,14
134:19
135:7,15
135:19
136:1
137:12,15
137:23
138:9,11
138:13
139:2,20
141:18,22
145:5,8
145:18
146:4,7
146:10,20
147:2,3
147:15,20
147:21
148:6,6
149:2,22
149:22
150:1,2,8
150:9,15
151:7
152:2,3
152:13,19
152:24
153:6,15
153:21,22
154:4
155:10
156:10
157:13,19
158:9,14
158:21

159:5,16
159:24
160:2,4
160:11
161:18,21
162:10,12
162:14,23
163:4,5
163:16,18
164:14
168:19,22
170:2,13
170:17,24
171:6,11
173:24
175:21
176:13
177:14,17
177:21
179:11,17
179:21
180:7,10
180:19
182:7,14
182:17
184:15
188:23
190:11
191:4
192:21,22
193:3,8
193:12,20
193:22
194:2,11
194:15
196:6,7
196:17,23
197:6,16
198:7,18
198:19
199:17,19
200:11
202:6
**callable**
112:14
**called** 1:23

5:2 30:24
38:21
39:3,17
42:14
46:8 48:9
53:20
54:2
55:17
57:9
71:22
72:24
73:2 83:1
98:4,7,20
123:11
126:9,12
129:11
130:4,5
132:17
151:5
154:9
155:24
156:15,18
162:24
163:9
165:16,22
165:23
167:18
169:4,21
170:4
171:14
174:9
176:18
198:14
**calling**
59:1,4
78:19
107:16
112:21
116:13
136:6,8,8
155:21
156:20
157:5
167:24
172:7
175:7

**calls** 9:8
10:11
22:15
25:2,6,23
26:10,11
39:24
40:11
42:21
45:21
46:18,23
47:10,11
47:18,19
48:11
50:22
51:15,18
55:9
57:22
58:10
59:11
61:2,24
62:6 66:7
66:22
67:6,8
69:1,10
69:13
71:6,10
72:1,5,7
76:12,14
76:17
77:2,18
77:23
81:9
82:23
83:8 84:6
84:10
85:8,12
86:20
87:8 91:1
94:17
96:16
97:3
98:17
99:4,10
99:12
100:14
106:9,18

109:4,14
110:1,2
110:16
111:12
113:12,22
114:9,10
114:14
116:2,22
117:1,11
118:10,13
118:15,17
118:23
119:2,5
119:18,20
119:21
120:4,8
121:2,3,5
121:10,11
121:13
122:10
123:5
125:5,9
128:1,24
129:2,4
129:15,19
133:2
135:20
136:22
137:7,18
138:7
139:5,13
139:24
141:14,19
143:3,8
145:1,11
145:12
148:14
149:4,8
149:10
150:1
152:11
153:9,12
153:17,20
154:7,14
155:20,22
156:12

157:10
158:16
160:2
164:16
166:10,18
166:21
167:11
169:7,8,9
169:14
170:10,20
172:16,19
172:22,23
173:4,7,7
173:11,11
175:14,17
175:19
176:1,6,8
176:9,23
177:5,18
178:1,12
178:14,19
179:3,3,5
179:6
180:12
181:1
182:3,17
182:18,20
184:6,8
186:11,18
187:23
188:12
189:5,13
189:15
190:2,6
190:23
191:6,17
191:17
192:10,15
192:16,17
192:23,23
192:24
194:6,18
194:19,21
195:12,19
195:24
196:1

197:19
198:4,6
199:3,13
202:18
203:20
**calls-pe...**
67:3
**campaign**
64:18
65:18
66:13,19
112:21
116:14
**campaigns**
66:11
**capabili...**
47:16
**capability**
94:20
107:1
108:15
**capable**
106:17,21
**capacity**
39:16
68:13
94:20
106:7
144:22
179:20
**capacity'**
106:12
**caption**
32:17,19
203:13
**car** 102:21
102:24
**care** 9:16
**case** 8:6,9
9:6 14:1
14:12
17:15
32:14,17
32:19
33:8
35:23

36:13
37:1,21
38:10,20
38:24
44:14
50:23
67:18,19
68:7
69:21
71:12
73:18
77:1 91:2
91:4
98:18
109:14,16
111:1
113:22,24
122:6
140:11,14
140:21
146:15
153:8,23
162:22
164:6
180:24
185:5,16
190:10
200:12
**cases** 4:12
4:19 9:6
9:17
12:15,18
12:19,20
13:3,6,16
14:10
15:4,16
15:17,24
16:2,21
16:23,24
17:6,16
17:18
36:23,24
141:3
149:15
183:19
200:17

203:12
**category**
67:3
197:20
**cation**
13:24
**CD** 58:7
**cease**
168:19
**ceased**
100:9
**cell** 105:8
106:2
123:14,16
123:21
130:10
132:7
146:19
147:1
150:7
152:3,5,6
152:16
159:11
171:24
175:23
178:13
191:22
193:14
197:10,12
**cellular**
39:2
58:10,18
58:24
59:2,5,12
60:12
106:9
**center**
20:14
23:20
25:22
26:18,20
26:21
27:5 56:4
69:9,14
95:18,23
96:16,18

97:3
115:6
141:18
182:15,17
centers
21:12
27:6,8,12
109:6,15
110:4
113:14,23
central
93:24
certain 9:2
15:4
28:17
48:2
59:11
63:3 67:3
89:4
110:1,3
114:8
119:1
136:5,11
154:7
155:5
160:24
161:24
163:14
172:14
199:19
certainty
16:1,23
67:22
certific...
79:22,23
80:5,7
certified
44:12
certify
12:5
205:6,14
certifying
120:17
121:1
chance 37:3
88:24

99:12
change
88:14,14
90:1
100:20,22
101:2
107:7,10
107:23
117:18
119:23
139:19
181:18
192:13
197:24
202:15
changed
86:20
characters
152:7
check 53:21
67:1
167:1
checked
59:15
124:2
Chicago
2:16
child 23:5
44:16
choose
121:10
chooses
151:4
City 201:13
Civil 2:1
4:5 5:4
33:10
claim
130:13
clarific...
146:9
clarified
189:4
clarify
141:2
clear 85:23

109:21
114:5
117:7
clearly
171:17
click 62:20
63:6,6,10
78:20
81:17,17
82:2,9,24
83:1,1
84:22
87:3,3
101:19
112:23
150:17
161:12,22
173:11
199:17
clicked
199:24
clicks
161:6
Co-App
72:21
75:10
197:3
co-appli...
126:5
159:10
197:1,10
197:11,11
co-borro...
132:8
coaching
20:21
75:2
CoApp 74:17
197:5
CoCP 159:10
159:13,14
code 146:21
coded 171:3
codes 148:5
197:13
coding

159:12
collecting
90:12,19
123:17
collection
25:17
33:3 65:4
69:19
70:6 71:7
73:14
75:23
76:12,22
77:8,24
95:17
96:15,20
97:24
98:9
109:15
110:3
113:23
121:3
125:15
126:11
127:23
128:20,21
136:15
137:5,6
142:4,15
143:4
146:14
147:8
149:8,13
149:22
150:11
153:5,10
153:11,24
154:8,19
154:24
155:6
156:16
159:9
165:14,21
166:6,23
167:23
168:2,21
169:3,6

170:6
175:23
177:12,15
179:18,24
182:16
183:3
184:13,19
185:1
187:7,14
187:15,17
188:19
191:15
194:1
197:14
198:3
199:3
collections
21:16,17
21:19
22:1,6,15
25:2,24
29:10
59:17
60:2
61:10,24
62:15
109:5
118:22
120:3
123:14
129:1
collector
7:16,17
172:7
college
6:19,20
Colm 130:12
column
72:13,19
74:2
128:8,11
149:13
combination
23:8,10
55:11
111:3

153:24
191:1
come 9:24
10:8
11:11,12
12:1
13:13,22
17:21
69:10
91:21
190:7
command
57:15
commands
57:10
commenced
118:22
120:3,7
comment
33:3
69:19
70:6 71:7
72:9
73:14
74:8
75:24
76:12,23
77:8,24
86:11,15
96:15,20
99:16
127:23
128:20,21
136:15
137:6
142:4,15
143:5
146:14,19
147:8
149:8,13
150:11
152:8
153:6,10
153:11,17
153:24
154:1,9

154:19,24
155:7
156:16
159:9
165:14,22
166:6,23
167:23
168:3,21
169:3,6
170:6
175:24
177:12,15
179:18
182:16
183:4
184:14,19
185:1
187:7,16
188:19
191:15
194:1
197:14
198:4
199:4
**comments**
72:3 74:2
86:3
171:16
187:14,17
**commissi...**
2:4
**common** 96:5
98:16
164:3
**Commonly**
91:12
**communi-**
13:23
**communicate**
27:15,20
27:24
**communic...**
108:21
**communic...**
10:12,17
11:5,9

28:11
**communic...**
9:8,11
10:22
**company**
63:3
80:14,15
**compensa...**
28:18
**complaint**
122:24
183:24
**complete**
103:24
128:23
129:1,15
129:17,18
129:19
137:1,2
154:1,6
205:10
**completely**
29:12
**compliance**
27:15
28:10,11
31:14,17
31:19
200:4
**component**
82:13
103:10
**components**
102:24
103:10,11
105:16,22
107:15
117:21
**compound**
162:13
**computer**
56:24
57:1,5,16
77:5
79:20
82:16,19

102:2,3
102:11,13
103:14
**concerned**
195:5
**conclusion**
39:24
40:12
85:12
110:16
111:12
123:6
**conferences**
30:8
**confirm**
4:10
47:21
114:16
**conflict**
130:2
**conflicting**
119:9
**confuse**
172:5,8
**confusing**
73:1
106:12
**confusion**
47:4
**conjunction**
104:7
**connect**
152:14
**connected**
96:10
101:20
110:3
114:10
116:10,14
**connection**
46:14
**consent**
39:2
59:12,13
123:1,4
123:23

124:1,2,4
184:15,17
184:19,21
185:2
**consented**
124:7
**consider**
111:6,8
**consider...**
151:24
**considered**
56:6
**consist**
20:11,12
**consists**
20:2,3
**Consumer**
30:6,11
31:1
38:22
106:13
**contact**
62:14
65:19
72:20
73:6
76:15
86:13
87:9
118:8
136:10
138:21
146:7
149:10
156:21
162:11
168:19
195:21
196:10
**contacted**
10:4
38:13
67:22
98:5
**contacts**
23:9

**contain**
142:14
**contained**
42:15
109:19
114:3
117:5
**contains**
42:14
142:15
**contents**
9:16
11:11,18
12:3
14:17,19
**contingent**
28:20
29:9
**continue**
162:6
**continued**
50:10
69:23
127:1
140:8
168:22
181:9
202:23
**contributed**
88:4
**control**
200:11
**convention**
147:13
**conversa-**
11:11
**conversa...**
11:19
14:18,19
101:1
**Conversa...**
53:15
54:1,9,11
54:16
55:6,15
56:7

67:15
190:13,15
190:21
191:2
**convictions**
7:6
**Cook** 205:5
**coordinated**
66:20
**copied**
115:12
**copy** 126:23
**core** 78:24
**corner** 33:9
70:11
193:5
**Corporation**
1:19
**corporat...**
29:2
**correct**
18:7
19:16
20:8 26:5
27:13
29:13,22
31:6,9
34:24
35:1 37:9
40:7,8
41:7
42:18,24
43:14
45:23
46:2,3,16
48:13
51:1,4,7
59:19
62:7 64:1
65:6
67:16
71:3 73:3
76:23
79:16,17
81:12,13
83:7 85:3

86:2,24
88:13
91:19
93:20
94:11
97:9,10
99:14
101:13
103:1,18
103:24
104:11,14
104:16
105:15,17
105:21
106:3
107:5,8,9
107:15,21
108:24
110:6,10
112:5,24
113:7,8
116:5,6
117:23
118:4,6
119:13
120:10,18
124:8
125:24
126:10,15
126:16
128:2,17
129:6,12
131:18,18
131:19
132:17,24
135:20,21
136:1,2
136:16
137:8,9
138:9
139:16,17
140:1,2
140:18
141:11
146:5,12
146:13

154:11
155:11,17
159:13,18
163:12
165:24
166:1,7
168:22
169:15,16
169:19
170:11
172:18
177:3,4
177:15
179:12,24
180:1,4,5
181:3,5
181:16
182:3,4
185:2
186:8,9
186:15
189:2,16
190:17
191:14
195:14,15
196:24
198:15,16
198:18,19
199:11,12
200:21
203:14
205:9
206:3
**corrections**
206:3,5
**counsel** 4:9
4:10 9:9
9:18,19
12:13
14:8,22
14:24
15:6,14
15:21
16:2,8,20
16:22,24
17:5 36:5

142:9
192:7
205:14
**counsel's**
15:2
**count**
139:15
156:12
165:20
169:11
**County**
205:2,5
206:21
**course**
62:12
70:18,21
92:22
142:21
**court** 1:1
5:19 6:2
7:23 8:12
8:12 12:7
12:7
48:24
118:1
**crazy**
102:18
**create** 23:9
**credit**
151:15,17
**creditwo...**
151:11
**criminal**
8:9
**criteria**
40:19
43:21
45:14,15
45:16,17
45:23
112:12,13
124:19
148:7,13
148:16
151:4,4,5
165:22

179:22
**CSR** 205:23
**cues** 65:18
**curious**
160:13,16
**current**
29:14,21
62:18
68:21
**currently**
18:6
62:24
63:2
81:21
121:6
186:7
**custom**
112:13
**custom-b...**
100:18
106:23
108:13
151:19
**customer**
62:11,12
62:13,16
66:1 79:1
91:4
92:19,21
94:1
103:15
124:13
138:21
**CV** 1:5,11
1:17 4:13
4:14,16
33:10
35:24
37:22
67:19
140:14
185:6

---
**D**
---
**D** 3:1,12,21
122:14,16

**daily** 42:11
**Dakota**
201:14
**DAR** 149:23
150:12
**data** 12:22
56:4
62:12,13
62:16
79:1
200:10
**database**
92:13,15
98:6
106:18
154:23
194:23
**databases**
77:5
154:22
**date** 27:19
50:21
67:21
118:21
120:2,5
128:7,8
129:11
152:22
158:19
169:20
170:12
185:20
191:3
206:4
**dated**
144:18
**dates** 100:8
143:9,10
143:11
145:13
**day** 9:23
20:15,19
21:23
45:21
70:22
132:11

133:3
149:21
150:6,7
150:23
155:24
157:14
158:16
160:3
162:12
163:18
165:18
171:19
173:8,9
173:17,24
174:10
185:5
205:19
206:22
**day's** 42:14
**days** 45:17
148:9
**dead** 161:16
**deal** 20:16
119:15
**debt** 7:16
7:17
123:17
168:15
172:7
**December**
9:3 50:24
68:8,14
69:1
71:13,22
76:9,17
81:10,23
95:12
100:4,16
104:10
116:23
117:12
126:14
129:20
**decide**
62:17
66:12,16

124:7
151:1
**decided**
150:22
184:5
**decides**
26:13
162:12
**deciding**
60:24
**decision**
25:13,15
26:9 60:5
60:11
**decisions**
8:22 60:9
**deduce**
163:17
167:23
177:14
198:7
**deducing**
178:6
**deduction**
178:5
**defendant**
1:7,13
2:17
32:20
33:6
35:17,20
35:22
37:19
**defense**
123:1
**define**
22:21
**defined**
40:1
109:18
114:2
117:4
**defines**
39:14
110:21
**definitely**

40:18
76:4
177:20
**definition**
110:20
**definitions**
109:18
114:2
117:5
**degrees**
79:23
80:4,6
**Delaware**
1:19
**deleted**
132:12
**delinquency**
148:9
151:8
**delinquent**
45:20
124:19
**denied**
184:6,10
203:18,22
**department**
21:16,17
21:19
22:1,15
25:3,24
27:16,23
27:24
28:7,10
29:10
31:15,18
31:19
59:18,21
59:23,24
60:3
61:11,24
118:22
120:3
185:11
200:4
**departments**
21:14

109:6,15
110:3
113:23
**depend**
23:16
28:3
**depending**
46:20
62:19
172:11
**depends**
25:16
57:23
78:17
171:21
174:15
**DEPONENT**
204:16
**depose**
33:12
**deposed**
5:13
200:19
201:4,17
**deposition**
1:20 4:4
4:6 13:13
17:24
32:9,16
32:22
35:15
36:5
37:13,24
50:10
52:15,21
69:23
114:14
127:1
140:8
175:3
181:9
182:5
183:13
200:18
202:23
205:7,9

206:2,3
**depositions**
2:2
**described**
63:5
177:19
**describing**
103:12
**designated**
4:18 8:16
**desk** 63:1
65:15,20
96:12
179:7
**desktop**
62:22
93:12
**details**
20:18
200:12,12
**detect**
161:23,23
25:17
45:4
49:14,19
56:22
64:16,17
64:19,21
65:6,11
65:14,17
65:17,18
66:18,23
68:15
72:8,23
73:11,16
73:24
74:9 77:4
84:21
85:24
86:5,14
87:10
112:13
125:12,19
125:21
128:12,15
129:3,11
131:6

62:21
78:13
82:3,5,9
106:7
112:23,23
123:16
160:21
162:6
170:10
196:1
198:21
199:17
200:2
202:2,13
**dialed** 72:7
130:23
150:16,17
158:13
**dialer** 10:5
19:24
22:8
25:17
45:4
49:14,19
56:22
64:16,17
64:19,21
65:6,11
65:14,17
65:17,18
66:18,23
68:15
72:8,23
73:11,16
73:24
74:9 77:4
84:21
85:24
86:5,14
87:10
112:13
125:12,19
125:21
128:12,15
129:3,11
131:6

132:5,9
132:16
133:7,12
133:16
134:13
135:14
136:13
146:6,20
148:4
149:10
150:8,9
151:6
154:22,23
155:5
159:11
172:5,21
173:21
176:9
177:17
178:3
180:22
185:8
188:13
189:5
190:21,22
194:23
196:9
197:6,16
200:11
202:11,11
**dialers**
22:10
110:6
**dialing**
20:5
22:14,18
22:20,22
23:5,7,13
23:21
24:1,16
24:18,20
25:3 26:1
26:4,8,10
26:14,19
27:4,7,11
39:1,10

Note: The middle columns also contain:
**described** 63:5, 177:19; **describing** 103:12; **designated** 4:18 8:16; **detect** 161:23,23; **detected** 86:18, 149:16, 157:19, 159:18, 162:23, 171:7,18, 193:13; **detection** 158:17, 160:17, 172:5, 173:3; **detects** 73:16, 171:8; **determine** 151:9, 161:7, 172:13; **determining** 151:5; **dial** 24:23, 39:19

39:22
40:4,7,10
40:18,21
41:8,18
42:5,13
42:16,17
42:20
43:12,13
43:19,20
44:20,24
45:19
46:9,19
47:9,20
48:4,12
49:4 50:2
52:4,7
53:14,20
53:23
54:12
56:17,24
57:5,7,13
57:16,20
57:21
58:9,18
59:18,22
60:3,6,13
60:17,18
60:19,23
63:9,13
64:6 66:8
66:11,13
67:5,10
67:13
68:19
72:6 73:2
74:5
75:21
76:13,19
77:3,19
77:24
78:7,20
80:22
81:2,5,12
83:6,12
83:15
84:11,11

85:9,10
85:13,14
85:17,24
86:24
87:3 98:7
98:11,20
99:5,11
99:13,17
106:21
107:1
108:15
109:24
110:9,10
110:11,13
110:14
112:4,8
112:16
113:6
114:8
115:2,3,7
115:9
116:1,14
117:11
123:3,10
123:22
124:12,20
126:10,13
128:1
130:5
131:17
132:16,22
133:8,13
134:4,17
134:18
135:6,18
135:20,24
136:7
137:11,14
137:23
138:8
139:6,12
139:23
141:11
143:1,5
145:3,14
146:4,11

147:3,20
147:21
148:8,20
149:3,20
150:15
151:2,3
152:12
153:1
155:10
157:22
158:5,22
159:6,15
160:5
165:23
166:11,14
166:20,22
167:12,19
169:18,22
170:3,13
170:17
171:1,8
172:17,24
173:10,14
175:15,18
175:20,22
176:2
177:21
179:3,5
179:21
180:24
181:4
182:15
184:7,9
184:10,16
186:3
187:24
188:23
189:14,21
190:4,12
191:1,8
191:18
192:10,18
193:9
194:3,11
194:14,21
195:13,21

196:17,23
198:8,20
199:5
203:19
**dials** 23:9
  47:13
  65:18
  81:18
  83:2
**dictates**
  150:14
**difference**
  147:10,12
  148:2
**different**
  10:6 15:5
  17:4,5
  18:16,17
  36:17
  45:9
  49:15,17
  60:7,13
  74:19
  81:18
  86:10
  103:22
  106:14
  109:20
  114:4
  117:7
  120:21,22
  129:14
  131:12
  162:2,20
  173:17
  185:24
  188:24
  195:6
  199:19
  203:13
**digital**
  161:10
**digits**
  179:16
  199:21
  200:1

**direct**
  70:10
  128:6
  159:4
**directed**
  115:21
**directly**
  56:22
**disadvan...**
  63:18
**discharge**
  148:24
  168:10,11
**discharged**
  168:15
**disciplined**
  204:1
**disconne...**
  171:13
**disconnects**
  171:10
**discovery**
  1:20 2:2
  90:24
  109:12
  113:20
  126:19
**discuss**
  9:17
  14:10
  200:4
**discussed**
  85:20
  107:14
  177:24
  183:18
  199:6
  200:3,13
  200:15,16
**discussion**
  9:15,16
  19:7 50:6
  87:14
  195:7
**disk** 57:12
  58:7

**display**
  72:3,12
  72:18,19
**displays**
  93:12
  199:9
**disposition**
  72:15
  158:13,18
  160:10,12
  162:17
  163:3
  166:8,18
  170:6
  171:4,5,5
  171:16
  173:5
  193:13
**disposit...**
  162:2
  168:5
  172:10,12
**dispute**
  90:23
  109:11
  113:19
**distinction**
  73:7
**distinguish**
  58:24
**DISTRICT**
  1:1,1
**DIVISION**
  1:2
**document**
  32:4,7,10
  35:9 36:2
  37:13
  69:16
  70:2
  87:12,18
  88:1,9
  122:15,18
  126:18,20
  127:3,15
  127:19

128:4,5,6
141:24
142:6,8,9
142:14,15
142:18,20
143:14,21
144:11
154:13
156:7
180:18
183:8,11
183:14,18
186:24
187:4,16
188:5
203:2,5,6
**documented**
55:2
73:19
179:17
**documenting**
73:14
**documents**
17:23
18:2,4
71:20
**doing** 20:8
40:13
56:18
57:1
63:19
118:12
151:13
200:18
**DORF** 2:14
**doubt** 165:6
167:4
**downloaded**
92:12
**due** 45:18
45:22
46:5,11
**duly** 4:1
5:5 205:6
**dumb** 44:15
**duties**

19:22
20:7,11
20:12

——— **E** ———
**E** 3:1,7,13
3:21,21
3:21 5:1
5:6
126:19,21
130:9,22
131:21
133:6
136:24
137:16
139:11
**ear** 96:2
**earlier**
26:3 40:6
59:17
74:15
76:21
83:5
84:19
96:14
148:10
177:24
**earliest**
145:18
**easier** 67:4
67:7 77:4
143:10
**EASTERN** 1:2
**educate**
48:8 64:9
**educated**
52:17
53:1 73:9
**education**
6:17
**educational**
6:16
**effective**
162:7
**efficiency**
24:20,22

**efficient**
25:6 26:4
64:20
83:7
**effort** 23:9
87:9
138:20
**efforts**
87:4,5
119:4
**eight** 21:7
34:20
36:22
37:6 38:3
38:7
173:17
**either** 7:23
81:17
121:21
124:5
137:15
177:23
179:6,11
182:21
192:18
198:15
199:15
**elaborate**
24:21
29:1
**elements**
118:5
180:12
199:7
**eligible**
78:19
**eliminating**
98:16
**employ**
83:12,21
**employ-**
50:3
**employed**
18:6,11
22:1
52:13

90:10
100:1,6
109:4
113:11
116:21
117:1,10
134:5
135:7
137:12
139:24
141:4
185:17
189:14
**employee**
12:18
**employees**
12:21
20:21
54:17
**employs**
83:6
**enable**
100:2
180:7,9,9
**engine**
102:24
103:18,18
**entered**
199:21,23
**entire**
205:10
**environment**
62:19
180:9
**equipment**
39:16
40:21,21
41:18
48:19,20
110:22
111:7,8
**error**
160:22
**ERRORS**
206:5
**Especially**

171:24
**essentially**
72:22
92:18
**established**
136:14
**estimate**
17:10,11
**Ethan** 1:9
37:17
140:13
**evaluate**
121:9
**evaluated**
28:23
**evasive**
174:24
**everyday**
164:3
**evidence**
85:7,18
90:24
109:12
113:20
**exact** 49:21
**exactly**
82:12
161:7
**Examination**
3:5
**examined**
5:5
**example**
45:11,13
45:16,17
74:11,20
76:1,1,2
86:19
97:13
155:23
202:7
**examples**
103:9
**exchange**
65:1,9,12
**exchanges**

161:19
**Excuse**
94:14
**exempt**
202:9,12
**exhibit** 3:9
3:10,11
3:12,13
3:14,15
3:16,17
3:18,19
32:2,3,5
32:24
33:2 35:8
36:10
37:12
38:3
50:14,15
50:16
69:17,19
84:16
87:13,17
89:8
96:18
100:3,15
120:19
122:14,16
126:11,18
126:19,21
128:20
129:18
130:9,22
131:21
133:6
136:14,23
136:24
137:8,13
137:15,16
139:11
142:1,3
143:13,15
143:17
144:4,24
145:22,23
181:13
183:7,9

183:12
187:1,3
187:15
188:4,6
202:24
203:1,3
**exhibits**
122:13
**exist** 122:2
**existing**
78:18
**exists**
48:21
**experience**
60:8 80:1
125:18
**experienced**
98:18
**expert**
184:20
**explain**
23:5 73:8
**explanation**
66:5
**express**
39:2,15
**extension**
65:16,22
**extent** 9:8
10:11,22
85:12
**extra** 28:16

**F**

**F** 3:14,21
142:1,3
187:15
**face** 101:16
**fact** 7:24
133:12
**fact-fin...**
10:3
**factors**
151:8
**facts** 9:17
13:2

14:12
19:8
153:15
165:13,14
**factual**
99:15
**failing**
161:18
**fair** 7:22
55:4
59:16
115:17
122:12
126:8
147:14
149:2
153:17
157:11
163:10
197:17
204:13
**fairly** 81:6
**fall** 145:9
**false** 120:1
120:14
**familiar**
87:24
204:4
**far** 20:16
161:8
**Fargo** 80:16
80:20
81:7
**fashion**
79:21
**faster** 26:8
67:5
**father-i...**
125:4
138:6
**fault** 44:17
**feature**
84:23
101:7
**February**
128:7

129:8,9,9
130:22,23
131:20,24
132:23
133:4
**fed** 125:23
**federal**
1:24 4:5
5:3 12:7
38:21
**feeder**
125:24
**Feel** 5:15
**feet** 23:14
23:14
**felony** 7:6
**fied** 71:15
**field** 72:23
74:9 75:5
78:20
82:9
131:23
132:6
146:14,18
152:8
193:19
197:16
202:12
**fields**
58:21
74:17
126:7
148:5
197:7
**fifteen** 8:5
**figure**
19:10
154:16
**file** 42:10
42:13,15
42:17
43:14,17
43:18,22
44:19,22
45:6
56:17,20

57:4,11
57:20,24
58:2,3,4
58:7 70:6
73:15
112:3,10
125:24,24
126:2
148:19
177:12,15
179:18
202:11
**filed** 7:14
122:6
147:16
148:23
168:9
**files** 42:24
43:2,2,6
43:11
57:7,22
111:23
112:1
147:19
**filter**
43:21
**Finally**
37:11
**financial**
80:14
**find** 9:22
10:14
14:20
19:8
38:11
75:18,24
76:1
84:18
97:8
125:7
138:20
145:21
185:7
193:18
197:21
**findings**

14:21
**finds** 139:3
**fine** 15:11
38:17
116:16
134:3
135:4
**finished**
140:11
**first** 4:12
5:4 8:18
8:19
32:17
35:13
36:1,13
41:16
67:19
74:8 75:6
75:8 88:9
97:7
145:5
150:6
152:7
160:2
162:10
170:24
188:21
200:19
205:6
**five** 8:17
17:11,11
17:12
18:23
23:14
34:11
68:4,5
76:7
152:7
165:16
168:5
172:22
173:1,14
173:21
**five-minute**
50:8
**flag** 184:21

**flagged**
201:24
202:7
**flags** 202:4
**flip** 202:8
**floor** 86:8
**followed**
75:9
129:6
196:8,19
196:22
**following**
50:9
69:22
126:24
135:1
140:7
181:8
202:22
**follows** 5:5
50:10
69:23
127:1
140:8
181:9
202:23
**foregoing**
206:2
**forget**
141:1,2
187:13
**Forgiven**
168:16,17
**forgot**
138:7
**form** 30:15
43:7
63:20
64:3
79:12
83:16,24
94:21
99:1,6
102:7,14
103:4,19
104:1

108:6
110:15
111:11
112:6
131:8
132:18
133:19
134:8
138:2
164:7
167:6
174:1,11
174:18
198:23
**forth**
205:12
**Forty-one**
176:5
**forward**
39:11
**found** 10:7
38:12
**foundation**
36:18
37:1
132:19
**four** 19:19
22:24
23:14
32:13
34:9 47:7
50:20
104:20
105:22
117:20
120:11
125:17
149:4,8
149:15
155:24
166:2
173:21
180:11
199:7,7
**fourth** 35:8
35:13,14

**framework**
92:18
100:19
**free** 5:15
**frequency**
162:13
**freshly**
189:24
**front** 27:9
61:4
64:12
183:17
191:16
**FTP** 56:21
57:9
**full** 136:16
**fully** 5:18
5:19
**functions**
19:24
**further**
106:22
108:12
109:16
113:24
204:16
205:14
**future**
163:20

———— G ————
**G** 3:15 5:1
143:13,15
143:17
144:4,24
181:13
**gain** 24:20
**gather**
12:22
**gathering**
14:12
**gauge** 162:3
**general**
30:9 47:2
82:14
139:23

147:18
**generally**
22:10,12
23:4 27:5
27:18
30:23
38:23
96:3
**generate**
85:5
**generates**
23:8
**generator**
39:18
**getting**
92:4,5
125:4
**giant**
103:14
**Gints** 1:9
4:13
37:17
140:12
187:17
**girlfriend**
125:8
**give** 15:11
17:10
20:17
29:6
45:11,16
52:24
63:16
69:12
74:20
97:13
141:17
143:8
157:3
165:5
197:18
**given** 20:19
184:15
197:7
205:10
206:4

**giving**
120:21
167:3
**glancing**
156:23
33:17
**go** 21:18
22:11
29:18
31:12,13
31:14,17
33:13
35:3,7
36:8,12
36:14
37:12
44:16,17
50:15
56:12,18
75:1,15
76:3 82:6
86:7
88:11,12
89:1
109:1
117:15
129:8
136:18
145:6
152:19
157:13
166:9
169:12
188:21
191:7
192:6
195:9
197:18,18
198:11
**goals** 29:7
**goes** 44:19
46:12
93:10,19
163:8
**going** 9:1
10:7 12:1
12:10

13:9
16:10
17:21
32:19
33:17
39:10,11
44:1,2
52:20
55:21
67:17
68:7 69:5
73:17
77:7,22
92:22
95:2
129:4,5
140:12,21
140:22
150:15,16
153:11,20
164:6
186:16
188:3
190:5
193:3
198:11
204:10
**good** 7:8
66:5
**gotten**
183:5
**grabs** 93:19
108:21
**grandmot...**
178:13
**graphic**
78:23
**graphical**
92:14,17
**Great**
180:11
**greater**
163:19
**greatly**
46:20
**Green** 1:6

1:12,18
4:11,13
4:14,15
8:16,23
9:5,18
10:2,8
12:13,18
12:24
14:8,9
17:6 18:7
18:12,13
18:16,17
18:22
19:18
21:12,14
22:9,14
22:17
23:23
24:18
25:21
26:21
27:9,16
29:15
33:6,12
33:24
35:21
36:6
37:20
38:1,10
38:15,20
40:6 47:1
47:3,6,8
47:19
48:4,5,11
49:5,7,12
50:1,21
51:6
52:18,24
53:14
54:20
55:3
56:18,20
58:2
59:22
60:10
61:11

66:15,23
67:13,18
68:10,13
68:24
69:13,20
70:18
71:9,22
80:11
81:10
83:6,14
86:20
87:22
90:11,12
90:17,20
91:3
99:21
100:1,2,6
100:8,11
100:14
104:9
105:10
106:10,15
106:23
108:12
109:3,5,8
109:16,23
110:2,5
113:11,13
113:16,24
114:7,9
114:11,12
114:13,23
115:4
116:1,2
116:10,21
117:3,9
118:9,13
118:21,23
119:1,3,4
119:5,15
120:2,4
121:2
122:23
123:8,20
124:11,14
124:18

125:5,9
125:18
126:18
128:5
129:19,20
130:3
131:5,16
137:3
138:7,17
138:22,24
139:2
140:13
141:4,13
141:22
142:4,17
142:24
143:18,24
144:2
146:22
147:5,18
151:20
155:20
159:21
165:15
166:10
167:3
168:18,21
169:4,20
173:8
175:14
179:24
181:14
182:2,9
183:6
184:4,15
185:6,7
185:17,21
185:24
186:10
188:8,22
189:13
191:12,17
193:7
195:20
200:5,8
200:20,22

201:19
202:15
203:8,18
204:1,3
grey 190:5
ground
66:12
90:18
100:12
109:17
114:1
117:4
grounds
9:10
90:21
106:11
109:9
113:17
group 2:5,9
3:9 4:8
32:3,5
35:7,8
36:10
37:12
38:2
45:14
50:15
66:20
121:9
127:11
GTA 65:24
79:2 91:7
91:10
92:19
GTFC4 91:8
91:10
guess 7:21
55:8 68:1
82:15
95:9
127:18
150:13
157:6
163:2
174:15
204:11

GUI 92:14
103:14
guy 175:13
201:8,13
guys 53:14
156:14
201:12

_____
**H**
**H** 3:7,16
183:7,9
183:12,12
**H-a-n-k-s**
21:3
**half** 53:16
53:18,19
**hand** 96:9
205:18
**Hand-on**
80:2
**handed** 70:3
87:19
187:4
**handing**
69:18
87:17
142:3
143:17
183:11
187:3
**handle**
20:13
**handled**
16:2
**hands-on**
20:20
80:9
**hang** 161:15
163:15
164:14
174:16
175:9,11
**hang-up**
161:6
163:18
172:11

173:5
**hanging**
161:17
**hangs**
160:14
163:4,21
164:1,4
**Hanks** 20:24
21:1,2
**happen**
62:14,23
98:22
**happened**
9:22 10:1
19:10
53:17
85:21
98:24
122:4
136:17
165:11
184:4
**happening**
161:8
162:3
**happens**
43:19
46:12
98:2
165:8
**hard** 62:23
62:24
63:2
78:11
82:12
95:15
96:12
104:13
105:20
117:22
177:1
178:9
179:12,13
180:3
198:15
199:10,15

**hardware**
23:8,10
23:15
24:5,6,9
24:13
48:16
55:9,17
55:18,19
56:8,13
58:1 61:8
111:3
180:3
**hashing**
115:16
**head** 5:23
5:24 59:8
**headset**
96:10
**hear** 161:22
**heard** 40:3
40:5
160:18
161:1,5
171:22
**hears** 171:9
171:9
**held** 50:6
87:14
195:7
**hello** 66:1
66:2
161:22
**help** 12:22
74:16,18
75:13
89:17
141:21
203:15
**helping**
154:17
**hereinabove**
205:11
**hereof**
205:18
**hereto** 5:4
**hereunto**

| | | | | | |
|---|---|---|---|---|---|
| 205:18 | hours 13:10 | 91:7,9,10 | 131:11 | 114:9 | industry |
| hi 66:4 | 76:7 | 91:12,16 | implemen... | 116:2 | 24:19 |
| high 23:14 | 110:23 | 92:8,8 | 95:14 | 118:23 | 30:7 |
| 23:14 | huh 167:5 | 176:15 | implies | 119:2,5 | 47:17 |
| higher | human 67:8 | ID 97:19 | 10:16 | 120:4 | 48:7 |
| 151:15 | 84:24 | idea 68:3 | important | indebted... | influence |
| highest | 101:18 | 201:19 | 77:1 | 90:13 | 6:10 |
| 6:17 | 105:21 | identical | 190:9 | indebted... | infor- |
| hiring | 107:2 | 36:16 | impossib... | 90:19 | 193:16 |
| 159:21 | 112:18,20 | identifi... | 99:15 | independent | information |
| history | 112:22 | 32:5 | impossible | 29:12 | 10:4 |
| 10:5 | 117:23 | 69:17 | 119:14 | indicate | 43:24 |
| 51:22,23 | 147:4 | 87:13 | in-house | 58:21 | 62:11 |
| 67:23 | 152:14 | 122:16 | 9:9,18 | 99:16 | 64:21 |
| 70:8 | 159:17,18 | 126:21 | 12:13 | 162:2 | 65:1,5,8 |
| 84:21 | 161:14 | 142:1 | 14:8,22 | 166:23 | 65:9 74:2 |
| 127:5 | 177:2 | 143:15 | 14:24 | 168:3 | 74:8 77:5 |
| 128:22 | 178:9 | 183:9 | 15:2,6,14 | 197:15 | 84:3 |
| 129:22 | human/agent | 187:1 | 15:20 | indicated | 90:22 |
| 137:1,2,3 | 199:8 | 188:6 | 16:2,20 | 146:2 | 91:5 |
| 154:7 | hundred | 203:3 | 16:22 | 175:23 | 92:19 |
| 155:5 | 25:18 | identified | 17:5 | indicates | 93:11 |
| 157:2 | 67:8 | 106:5,16 | inasmuch | 84:14 | 94:1 |
| 185:8 | 85:23 | 106:19 | 106:12 | 159:15 | 103:15 |
| hit 29:3 | 95:24 | 107:19,20 | incentive | 169:6 | 109:11 |
| hitting | 150:21 | 146:13 | 28:15 | indicating | 113:19 |
| 161:13 | hung 160:11 | identify | 29:7 | 92:4 | 142:13,14 |
| hold 186:8 | 160:12 | 90:9 | incident | 97:14 | 180:13 |
| holding | 161:20 | 99:24 | 155:4 | 128:24 | ing 30:10 |
| 96:2 | 162:9,23 | 127:21 | include | 129:13,16 | 186:12 |
| home 72:21 | 165:4 | 146:3,6 | 28:18 | 136:13 | 187:14 |
| 126:4,5 | 166:2,4,5 | 148:17 | 31:21 | 168:14 | initial |
| 130:10 | 166:7,18 | 177:20 | included | indication | 149:23 |
| 132:6,8 | 166:24 | 184:18 | 32:23 | 97:19 | initially |
| 197:9,10 | 168:3,5 | 185:2 | includes | 164:5,11 | 184:5,10 |
| 197:11 | 170:8 | 196:17 | 173:10 | 199:4 | 196:16 |
| homicide | 171:20 | IDs 20:4 | including | indicative | 203:18,22 |
| 8:8 | 173:5 | Illinois | 91:5 | 158:4 | initials |
| hook 63:12 | 175:12 | 1:1 2:5,6 | 113:13 | indicator | 72:12,19 |
| host 124:2 | hurry 76:6 | 2:11,16 | incoming | 202:8 | 72:20 |
| 124:9 | hypothet... | 4:8 205:1 | 153:22 | individual | 73:4,10 |
| hour 53:17 | 137:10 | 205:5 | indebted | 60:9 | 73:19,22 |
| 53:18,19 | | 206:20 | 90:12 | individuals | 74:3,7 |
| 165:8 | ____I____ | imagine | 109:5 | 100:17 | 75:9 |
| hourly | IBM 65:24 | 128:14 | 110:2 | 107:3 | 85:23 |
| 28:12 | 79:2 91:6 | impeach | 113:12 | 108:16 | 86:4 |

96:22,22
97:8,8,12
97:12
129:6
146:4,7
147:9,9
149:12
158:1
166:14
171:3
196:8
initiate
64:19
78:20
input 92:15
inquiry
93:18
inserting
57:24
inside
21:19
95:22
installa...
23:17
46:21
installa...
63:3
installed
49:10
189:24
installs
190:7
instance
63:17
instant
66:2
instanta...
163:6
instruct
9:12
instructing
10:23
11:13,22
integrated
55:7 64:1
65:2

integration
55:9
176:12,24
178:8
180:6,8
198:17
199:7
intended
109:21
114:5
117:8
intention
115:14
inter-
101:15
106:19
109:21
interaction
20:20
intercha...
56:9
interested
205:16
interface
78:23
79:4,5,5
79:16
92:1,14
92:17
93:1
100:18
106:24
108:14
179:8
198:13,14
interfaces
137:20
internal
146:21
151:20
internet
102:3,6
interpre...
109:21
111:15
114:5

117:8
interpre...
109:20
114:4
117:7
interpreted
106:14
interroga-
77:12,14
131:3,11
143:18
181:13
interrog...
18:3
87:23
88:20
106:6
109:19
114:3
117:6
131:9
143:12,19
144:1
154:18
181:14
188:9,18
189:12
191:24
202:16
interrog...
77:20
88:16,17
89:23
90:6,7,9
90:17,21
99:20,22
100:10,11
106:4,10
106:11,17
106:24
107:14,18
107:19,20
108:2,14
109:2,3,8
109:9,17
113:1,9

113:16,17
114:1,6
115:21
117:3,8
118:19
119:8,19
119:24
120:14
130:7
131:13
136:12
139:20
181:22
188:2,11
188:14,17
192:5,14
193:24
194:4,8
195:12
202:14
interrup...
50:9
69:22
126:24
181:8
202:22
interven...
84:24
107:2
introduce
143:13
introducing
144:24
involved
44:14
157:10
involves
198:12
involving
91:14
IP 48:5,9
48:13,16
48:20
49:5,8,10
49:16
53:8 54:8

54:9 55:5
55:5,14
55:22
56:7
67:14
112:17
113:7
128:17
181:1
189:22,23
190:22
191:2,10
irrelevant
70:14
92:24
issue 20:21
52:18
73:9
76:11
91:2,4
109:14,15
113:22,23
it'll 111:2
126:2
171:19
izes 168:24
_____
          J
J 3:18
70:16
188:4,6
January
1:21 4:3
119:6
155:9,12
155:24
156:2,4
156:15,18
157:15,17
162:10
165:15,20
165:21
166:9,16
166:17,21
167:10,14
167:20

168:4,6
168:20
169:2,5,7
169:13,14
169:23
170:3,15
170:17
171:1
172:16,19
172:20,21
175:14,17
205:20
206:2
Jeff 187:9
187:11
Jeffrey
1:15 4:15
35:18
50:23
185:5
job 18:9
19:22
20:7,11
20:12
150:13
Joe 66:4
Joel 20:24
21:1
Jorie 2:6
2:10 4:7
judge 44:1
44:4
July 68:8
69:2
71:14,23
76:9,18
81:11,23
95:13
104:11
126:15
129:21
185:16
187:23
188:24
June 50:24
119:3

| | | | | | |
|---|---|---|---|---|---|
| 120:9 | 97:4 | 87:18 | 158:1,9 | 53:3 | 4:8 30:19 |
| 121:24 | **know** 8:19 | 88:10 | 158:24 | 77:23 | 38:21 |
| 140:21 | 12:23 | 93:14 | 159:8 | 97:22 | **lawsuit** |
| 141:15 | 13:3,24 | 96:22,24 | 160:7,13 | 110:12,18 | 67:20 |
| 142:24 | 15:8 16:5 | 97:2,23 | 162:12,14 | 114:16 | 140:15,17 |
| 145:2,11 | 17:18 | 97:24 | 163:23 | 184:9 | 185:7 |
| 168:10 | 19:11,12 | 98:1,2,2 | 165:10,11 | 186:14 | **lawsuits** |
| 176:4,7 | 22:21 | 105:14 | 166:13 | 203:21 | 200:7,8 |
| 179:4 | 23:2 25:8 | 110:12 | 167:22 | **known** 30:5 | **lawyer** |
| 185:16,17 | 26:7,9,13 | 112:9 | 168:7,11 | 147:22 | 110:19 |
| 187:23 | 27:4 29:2 | 118:15,17 | 169:11 | **knows** 65:13 | **lawyers** |
| 188:24 | 30:13,20 | 120:5 | 170:9,24 | 65:23 | 14:9 |
| **jury** 44:1 | 30:23 | 121:13,17 | 171:14 | 132:5 | **lay** 36:18 |
| | 31:1,8,10 | 121:17 | 175:19 | 161:10,15 | 36:24 |
| **K** | 32:7 35:8 | 122:21 | 177:8,10 | 174:22 | **layman's** |
| **K** 2:3 3:19 | 36:4 38:4 | 123:24 | 177:18,24 | | 23:4 |
| 5:1 203:1 | 39:3,21 | 124:5 | 178:20 | **L** | 91:11,13 |
| 203:3 | 40:9,14 | 125:16 | 182:9,18 | **L** 2:15 | **lead** 90:23 |
| 205:2,4 | 45:1 | 127:3,14 | 183:16 | **label** | 109:12 |
| 205:22 | 47:12,14 | 127:16,20 | 184:1,3 | 183:12 | 113:20 |
| **Katarzyna** | 49:7,12 | 130:15 | 186:10 | **lacks** | **learn** 67:20 |
| 1:15 4:15 | 49:23 | 131:2,4,7 | 187:8 | 132:19 | 79:24 |
| 35:18 | 50:1 | 131:14,22 | 188:15 | **land** 58:12 | **learned** |
| 50:23 | 51:11 | 132:10,19 | 193:11,14 | 58:19,24 | 140:15 |
| 185:5 | 52:22 | 134:4,12 | 193:23 | 59:2 | **left** 50:13 |
| **Katie** 1:15 | 53:17 | 134:16,18 | 194:17,20 | 152:17 | 86:18 |
| 35:19 | 54:19,24 | 135:5,12 | 194:22 | **language** | 128:8 |
| **keep** 30:22 | 54:24 | 137:17 | 195:4,16 | 39:15 | 149:17 |
| 52:14,20 | 55:1 | 138:6 | 195:24 | **laptop** | **left-hand** |
| 174:23 | 58:18 | 139:10 | 198:6,22 | 102:5,6 | 70:11 |
| 179:15 | 59:13 | 140:17 | 199:18 | **Larisa** 1:9 | **legal** 27:22 |
| **kept** 70:18 | 60:5 61:7 | 141:13,18 | 201:3,17 | 4:14 | 27:24 |
| 70:21,22 | 67:3,7 | 143:3 | 201:22 | 37:17 | 28:7 |
| 142:20 | 68:24 | 145:10,23 | 204:5,7 | 140:13 | 39:24 |
| **key** 64:21 | 69:6,9,11 | 146:22 | 204:10 | 187:18 | 40:11 |
| **keyed** | 70:17 | 147:11,12 | **knowledge** | **lastly** 4:15 | 85:12 |
| 131:10 | 71:6,15 | 147:14,23 | 17:10 | **Latitude** | 110:16 |
| **kicks** 62:21 | 72:1,5 | 147:24 | 23:1,22 | 127:5,6,7 | 111:12,15 |
| **Kids** 6:24 | 74:21 | 149:1,11 | 26:17 | 127:7,22 | 123:5 |
| **kind** 51:14 | 75:21,23 | 149:18 | 30:24 | 128:22 | 168:14 |
| 56:1 80:7 | 76:9 77:2 | 151:11,23 | 33:22,23 | 129:22 | 185:11 |
| 103:3 | 80:6 81:4 | 152:5,16 | 34:2,5,8 | 136:19 | **LEHNER** 2:14 |
| 115:16 | 81:5 | 153:14 | 34:17,20 | 137:20 | **let's** 9:20 |
| 162:3 | 82:22 | 155:13,19 | 37:6 38:6 | 154:1,10 | 35:7 |
| **kinds** 79:10 | 84:8,10 | 155:20 | 51:3 52:4 | 154:11,19 | 40:20 |
| **knew** 53:20 | 86:8,10 | 156:19 | 52:6,17 | **law** 2:5,9 | 44:16 |

46:10
50:8 62:2
63:5 66:7
89:22
90:6
93:13
109:1
126:22
134:23
140:10
145:6
152:11,19
157:13
166:9
181:20
185:4
188:21
189:17
193:2
**letter**
168:19,24
169:2
**letters**
147:10
**level** 6:17
**License** 2:3
205:23
**life** 161:1
**likelihood**
151:10
**limit** 85:14
**limited**
65:1,8,9
91:1,1
109:13,13
109:14
113:14,21
113:21,22
166:21
**line** 3:22
58:19,24
73:17
82:18
83:4
152:17
161:16

171:13
195:2
206:6
**lines** 20:22
58:12
59:3
**Linux** 57:10
**list** 33:3
56:16
69:20
71:7
75:24
76:12,23
77:8,24
96:15
126:11
127:24
128:20,21
128:23
129:1,8
129:15,17
129:19
136:15,16
137:6
142:4
143:5
145:15
146:14
149:22
153:6,10
153:11,17
154:1,1,9
154:11,19
154:19,24
155:7
156:16
165:14,22
166:6,23
167:23
168:3,21
169:3,6
169:12
170:6
182:16
183:4
184:14,19

185:1
187:7,16
188:19
191:16
194:1
197:14
198:4
199:4
**listed**
100:2
131:20
188:13
189:11
192:17
193:19
194:4,7
197:21
199:3
**listen**
161:8,12
**listening**
16:12
75:14
161:6,11
**lists** 20:4
112:14
147:9
159:10
**litigation**
202:1,8
**little**
18:14
20:17
30:14
39:6
172:6
**live** 22:7
73:12
74:6
75:22
122:9
147:5,6
152:14
159:17
**LiveVox**
204:3,4

**LLC** 1:6,12
1:18 4:13
4:16 33:6
35:22
37:20
67:19
140:14
185:6
**loan** 124:22
125:2,5
125:10,14
151:13
186:12
**loans**
151:14
**located**
21:8 24:4
24:6 94:2
113:14
114:10
116:10
**location**
21:9
**locations**
24:11,12
**log** 27:10
33:2
65:16
66:17
**logged**
65:15,16
65:20
**long** 6:22
8:4 18:11
18:21,21
49:7,23
54:20
57:19
81:1
122:2
144:13
154:2
**longer**
54:23
161:3
**look** 29:5

30:21
32:12
33:11
38:3
51:21,23
52:23
55:23
56:2 69:4
71:5,15
74:1,24
76:7,16
84:21
88:19
89:7 90:6
92:2
96:17,23
97:7,9,11
97:13,16
102:2
136:11,12
136:13
141:16
149:21
152:11,18
154:8
155:5,19
181:12,20
186:16
192:3,6
193:16,17
202:11
**looked**
127:24
194:22
195:3
**looking**
69:6 72:2
73:21
76:14,22
96:20
156:19
167:22
177:14
184:24
188:11
193:17

196:2
**looks** 55:22
70:6,14
127:18,20
130:12
144:4
168:5
173:16,21
187:9
193:21
**loss** 60:2
**lost** 41:13
**lot** 17:7
38:24
59:6 67:4
67:4
127:9
162:1
172:4,10
**lunch** 140:6
140:7,12

_____
**M**
**M** 5:6
**machine**
86:18
149:16
157:19
158:11
**mad** 174:9
**mainframe**
43:22,23
91:13
103:14
**majority**
80:10
136:20
**making** 39:1
64:20
66:7
94:20
104:5
106:17
147:3
**manage** 21:6
21:24

29:8
manage-
    121:8
managed
    19:24
    66:11
management
    60:1
    127:13
manager
    18:10,12
    18:13
    19:15
    20:7,18
    20:24
    26:22
    27:1,3
    29:15,21
    31:6
    68:22
    141:6,8
    144:22
    179:20
    186:5
managers
    200:22
managing
    20:4,12
manifest...
    195:3
manner 84:8
    177:8,10
    177:11
    178:13,19
    194:21
    198:6
manual
    60:18,22
    60:23
    61:1 67:5
    81:19
    87:4,5,9
    96:20
    118:7,8
    173:22
    178:14

179:14
198:8,10
199:20
manually
    61:24
    62:6 66:7
    72:7 78:5
    78:6
    81:16,18
    82:2 83:2
    150:16,17
    176:10,11
    179:6,23
    199:5,13
Mara 1:9
    37:17
    140:13
marked 32:4
    69:16
    87:12
    122:15
    126:19,20
    141:24
    143:14
    183:8
    186:24
    188:5
    203:2
MARLANE 2:3
    205:4,22
married
    6:20,22
    6:23
Marshall
    2:3,15
    11:20
    16:11
    35:2
    36:23
    74:21
    205:4,22
mation
    193:17
matter 8:13
    38:15
    132:1

142:5
200:20
202:19
mean 22:24
    29:1
    41:17
    43:23
    46:21
    78:6 86:4
    86:9,22
    92:13
    97:18
    98:10
    103:21
    105:7
    108:20
    122:2
    128:13
    132:1
    133:7
    149:24
    150:17
    160:21
    164:15
    166:5
    171:12
    174:17
    175:10
    178:13
    184:22
    194:10
meaning
    78:7
    82:14
    118:5
means 10:2
    65:2
    85:24
    115:24
    128:14
    132:16
    146:22
    155:16
mechanism
    172:5
medications

6:7
meet 46:22
meets 40:14
    40:19
    110:20
Melissa
    125:8
memorized
    30:22
memory 39:6
ment 50:4
    121:9
mentioned
    40:6
    160:24
    196:7
merge 63:24
message
    86:18
    149:16
    158:12
met 201:15
method
    26:15
    60:7,14
    63:6
    83:21
    86:20,22
    98:16
    117:14
    177:19
methods
    60:16
    81:19
    199:19
metric
    47:17
Michigan
    2:15
Microsoft
    91:14,15
Microsof...
    92:17
    100:19
million
    161:1

mind 93:9
mine 89:16
Minnesota
    24:10
    48:18
    113:15
    114:15,20
    114:24
    115:2,23
    116:3,4
    116:12
minute
    46:19,24
    47:10,11
    47:13
    126:22
    197:18
minutes
    54:15
    162:24
    163:19
mischara...
    168:23
mischara...
    131:12
misrepre...
    120:15
missing
    192:15
misstates
    51:14
    138:3
    156:7
misstating
    16:15
misunder...
    120:23
MITCHELL
    2:14
mitigation
    60:3
MMD 91:6,9
    92:8
model 90:10
    91:6 92:8
    99:24

100:5,8,9
151:22,23
151:24
Modica 1:15
    1:15,15
    4:15
    35:18,18
    35:19
    50:23
    185:5
    186:11,18
    187:9,11
    187:22
    188:23
    194:11,15
    195:14,22
    198:5
    202:16,24
    203:19
modified
    101:4
modify
    58:14
MOHAMMED
    2:9
money 28:16
monitoring
    22:7
    122:11
month 67:24
months
    144:15,16
morning
    150:5
mouth
    190:19
move 55:4
    122:12
    167:8
    183:7
    185:4
moved
    132:12,12
moves 92:23
moving
    116:18

159:22
multitude
 21:14
 151:7
music
 161:15
 172:3,8

**N**

N 3:1,21
 5:6,6
name 5:9,10
 15:2,8,22
 16:20
 30:19
 48:3
 55:13,16
 55:18,19
 56:10
 66:3
 70:15
 75:11
 80:15
 120:17
 204:4,7
names 15:11
 15:13
 17:13
naming
 147:13
Nashville
 114:11
 115:19
nation 24:2
 27:6
nationwide
 26:24
 31:5
 201:1
nature 8:6
 10:17
 11:18
 190:10
necessarily
 178:10
necessary

64:15,19
need 5:16
 5:17 31:4
 31:11
 36:15
 43:24
 55:7 73:9
 76:7 77:2
 88:14
 92:14,16
 95:4
 96:23
 101:10,24
 103:10
 104:11,13
 104:16,18
 104:19
 107:15
 112:18
 117:15
 129:22
 131:22
 132:10
 136:19
 137:17
 152:18
 180:11,14
 181:22
 193:16,17
 199:8
 202:21
needed
 31:16
needs 41:6
 46:22
 92:21
 180:21
neither
 44:14
 129:10
never 16:6
 98:7,13
 101:10
 125:10
 126:9,12
 130:5

132:2
136:6,20
154:2
165:11
175:12
new 121:24
 191:5
newer
 191:10,11
newest
 145:5,7
nice 130:12
 133:5
 175:13
nine 81:3
 98:12
 119:16,18
 173:7,18
 173:24
 174:9
 182:6
nod 5:24
nodding 6:1
 48:23
noise
 161:14,14
non-borr...
 137:24
 153:9,15
 153:18
non-borr...
 131:17
nonverbal
 5:23
Nope 58:8
norm 95:16
normal
 163:1,2
North 2:15
NORTHERN
 1:1
Notarial
 205:19
Notary 2:4
 4:2 205:4
 206:23

note 32:21
noted 10:18
 175:5
 206:3
notes 30:21
 30:22
 31:13
 127:22
notice 32:9
 32:16
 35:15
 36:5
 37:12,23
 147:8
 157:7
 175:7
noticed
 115:12
notices
 4:19
 32:22
notified
 8:24
 38:10
November
 9:3 68:23
 89:21
 141:8
 152:11
number
 16:22
 24:24
 33:8,14
 34:3,6,9
 34:11,20
 35:11,23
 37:21
 39:18
 41:6
 45:15
 46:20
 50:20
 58:21
 60:24
 62:20
 63:7

65:12,13
65:23
66:3
67:19
70:11
72:3,21
78:19
79:9,15
79:16,17
82:3,8
83:2
88:17,19
93:4,10
93:18,19
94:6,13
94:15
97:12
98:6,7,13
98:15,19
100:4,10
100:15
105:8,12
105:13,15
106:1,4
106:17,20
107:1,5,6
107:20,21
108:14,22
108:23
109:2
113:9,16
116:19
117:11
118:20
119:24
123:10,13
123:24
124:1,1,7
124:8
125:1,1
125:22,23
126:2,4,5
130:8,9
130:10,11
130:16,18
130:23

131:1,4,4
131:6,7
131:20,23
132:6,7,7
132:8,11
132:15,20
132:23
133:14,18
134:5,6
134:14,19
135:7,9
135:15
136:1
138:11,16
139:21
140:14
145:23
149:14
150:5
152:7
158:6,13
158:18
159:3
160:22
161:3
162:5,18
162:20
163:19
171:13,14
171:15,17
179:9
180:15,16
187:9,21
188:12
191:19
193:8,23
194:4,8
196:9
199:10
numbers
36:17
39:17,19
40:24
41:2,4,19
41:23
42:3,6,6

| | | | | | |
|---|---|---|---|---|---|
| 42:8,9,10 | 189:11 | 133:19 | **occasions** | 8:2,4,9 | 39:3,9,11 |
| 42:14 | 191:20,22 | 134:3,8 | 188:24 | 8:11,15 | 39:13,19 |
| 43:3,6,13 | 192:11 | 135:3 | **October** | 8:19,24 | 39:20 |
| 43:17 | 193:4,24 | 138:2 | 100:5,17 | 9:5,15,19 | 40:3,6,17 |
| 44:22 | 194:7 | 153:13 | 116:24 | 10:6,21 | 40:20,24 |
| 45:1,6,20 | 198:13 | 156:6 | 117:13 | 11:2 | 41:2,6,12 |
| 51:15,17 | 199:9 | 157:6 | 144:18,18 | 12:13,23 | 42:8,15 |
| 51:19,24 | **numerous** | 164:7 | 189:24 | 13:13,17 | 42:23 |
| 53:21 | 142:10 | 167:6 | 190:2 | 14:23 | 43:5,5,16 |
| 56:17,21 | | 174:1,11 | 193:21 | 16:10 | 43:18 |
| 58:20 | ____O____ | 174:18 | 194:2,7 | 17:4 18:2 | 44:14,24 |
| 62:14,16 | **O** 2:9 3:21 | 198:23 | 195:11,20 | 18:4,6,11 | 45:3,5,11 |
| 62:16,22 | 5:1,6 | **objecting** | 195:24 | 18:15 | 45:16,19 |
| 78:14,16 | 205:2,2 | 102:17 | 196:3,4 | 19:3,13 | 46:7,10 |
| 78:22 | **o'clock** | **objection** | 197:20 | 19:22 | 46:15,18 |
| 79:1,3,10 | 1:22 | 10:18 | **offering** | 20:2,6,10 | 46:23 |
| 79:11 | **Oak** 2:6,11 | 16:11,14 | 151:12 | 20:15 | 47:19 |
| 85:5 | 4:7 | 16:16,18 | **offhand** | 21:21,24 | 48:1,3,6 |
| 90:11 | **oath** 19:14 | 40:11 | 69:11 | 22:9,17 | 48:11,22 |
| 91:5,17 | 121:1,1 | 83:16 | **office** 9:24 | 23:10,13 | 49:3,12 |
| 91:21 | 174:21,22 | 91:20 | 21:8 | 23:18,20 | 49:15,20 |
| 92:2,2 | **object** 9:7 | 106:15 | 115:1 | 24:4,8,21 | 49:22 |
| 94:11 | 9:9 10:10 | 111:20 | 168:18 | 25:2,5,23 | 50:1,17 |
| 101:13 | 16:10 | 117:9 | **offices** 4:8 | 26:3,13 | 51:17 |
| 105:5 | 22:12 | 123:5 | 114:23 | 26:24 | 52:14 |
| 106:8,20 | 30:15 | 130:7 | **official** | 27:3,22 | 53:9,13 |
| 106:22 | 39:23 | 164:12,16 | 154:15 | 28:10,12 | 53:16,22 |
| 107:2,3 | 40:12 | 165:9 | **Oh** 15:12 | 28:15,20 | 54:7,11 |
| 108:3,4 | 43:7 | 168:23 | 33:16 | 28:22 | 54:14,19 |
| 108:10,15 | 51:13 | 175:4 | 54:4 | 29:1,9,14 | 54:24 |
| 108:16,19 | 63:20 | **objections** | 97:15 | 30:4,9,12 | 55:4,4,13 |
| 108:21,22 | 64:3 | 91:3 | 141:20 | 30:23 | 56:3,12 |
| 111:10,17 | 79:12 | 100:14 | 145:17 | 31:5,14 | 56:16,23 |
| 111:22 | 83:24 | 109:23 | 152:9 | 31:21,23 | 57:3,11 |
| 112:1,4,9 | 85:11 | 114:7 | 156:14 | 32:2,2,12 | 57:19 |
| 116:23 | 94:21 | **objects** | 160:1 | 32:16 | 58:6,9,12 |
| 125:24 | 99:1,6 | 90:17,20 | 161:4 | 33:11,16 | 58:14,23 |
| 126:6 | 102:7,14 | 100:11 | 176:16 | 33:22 | 59:16,16 |
| 131:10 | 103:4,19 | 106:11 | 181:22 | 34:2,19 | 59:21 |
| 132:9 | 104:1 | 109:9,16 | 193:3 | 34:20,22 | 60:5,16 |
| 139:2 | 108:6 | 113:17,24 | 201:10 | 35:2 36:1 | 60:20,22 |
| 147:9 | 110:15 | 117:3 | **okay** 5:13 | 36:4,12 | 61:1 63:5 |
| 149:19 | 111:11 | **obviously** | 6:10,14 | 37:11,15 | 63:5,12 |
| 162:4 | 112:6 | 75:14 | 6:16,20 | 37:23 | 63:15 |
| 188:13 | 131:8 | 115:12 | 6:22 7:4 | 38:5,9,14 | 64:24 |
| 189:2,6 | 132:18 | 192:3 | 7:6,22 | 38:17,22 | 65:4 66:5 |

| | | | | | |
|---|---|---|---|---|---|
| 66:6,14 | 97:6,6,11 | 137:22 | 169:24 | 197:2,5 | 72:18 |
| 67:4,10 | 97:24 | 138:13,22 | 170:9,12 | 197:17,24 | 73:19 |
| 67:12,24 | 99:19 | 139:2,10 | 170:24 | 198:3,10 | 97:12 |
| 68:2,6,9 | 101:12 | 139:14,18 | 171:17,23 | 198:20 | opposing |
| 68:17,24 | 102:2,23 | 140:17,20 | 172:16,20 | 199:13 | 9:18 |
| 69:5,9,12 | 103:21 | 140:24 | 173:4,20 | 200:3,14 | options |
| 69:18 | 104:8 | 141:1,3 | 174:16 | 200:16 | 139:1 |
| 70:10,14 | 106:4 | 141:10,17 | 175:19 | 201:24 | order 41:6 |
| 70:17 | 107:7,10 | 141:21 | 176:1,23 | 202:14,21 | 55:21 |
| 71:5,17 | 107:13,23 | 142:10,13 | 177:5 | 203:15,17 | 78:14 |
| 71:20 | 108:2 | 142:17,20 | 178:4,6 | 203:24 | 101:11,18 |
| 72:5,11 | 109:1 | 142:23 | 178:11 | 204:6,8 | 101:24 |
| 72:14 | 110:5 | 143:3,8 | 179:19 | 204:13 | 112:16 |
| 73:1,10 | 111:9 | 144:3,13 | 180:11,17 | old 6:5 | 118:5,7,7 |
| 73:13,21 | 112:3,10 | 144:17,21 | 180:20,23 | oldest | 162:21 |
| 74:4,24 | 112:22 | 144:24 | 181:15,20 | 145:5,6,8 | ordinary |
| 75:18,19 | 114:12,12 | 145:4,9 | 181:24 | 189:17 | 70:18,21 |
| 76:16,16 | 115:1,5 | 145:17 | 182:2,9 | 191:3 | 142:21 |
| 78:3,9,13 | 115:10 | 146:2,9,9 | 182:14 | on-the-job | organized |
| 79:18 | 117:14 | 147:18 | 183:2,3,5 | 30:2 | 66:20 |
| 80:4,17 | 118:9,15 | 149:2,11 | 183:16 | once 46:7 | originated |
| 81:1,4,9 | 118:19 | 149:18 | 184:1,4 | 64:11 | 97:1 |
| 82:6,19 | 119:11,14 | 150:9,13 | 184:13,18 | 92:23 | OS 54:11,16 |
| 82:22 | 119:19,23 | 150:22 | 184:24 | 147:4 | 55:6 56:7 |
| 83:5,23 | 120:6,17 | 151:15 | 185:4,10 | one's 71:3 | 67:15 |
| 84:18,22 | 120:24 | 152:2,19 | 185:12,15 | ones 32:13 | 190:13,15 |
| 85:15,22 | 121:10,18 | 152:21,24 | 185:20,23 | 176:8 | 191:2 |
| 86:6,17 | 122:12,21 | 154:6,16 | 186:7,14 | open 8:12 | outbound |
| 86:23 | 123:2,24 | 154:21 | 186:23 | 8:12 | 23:9 |
| 87:11,24 | 124:11 | 155:13,19 | 187:3,8 | 52:15,21 | 118:8 |
| 88:6,9,11 | 125:3,7 | 156:15 | 187:11,13 | 93:8,9 | outcome |
| 88:23,24 | 125:13,17 | 157:1,14 | 187:20,22 | opened 93:3 | 72:12 |
| 89:17,20 | 125:23 | 157:22 | 188:15,21 | 93:5 | 162:17 |
| 89:22 | 126:1,8 | 158:14,21 | 189:7,17 | operate | 196:8 |
| 90:3,6,15 | 126:19 | 158:24 | 190:2,9 | 55:8 | 205:16 |
| 91:9,17 | 127:14,19 | 159:4,12 | 190:23 | operating | outgoing |
| 91:23 | 128:16 | 160:4,7 | 191:11,15 | 98:11 | 57:22 |
| 92:12 | 129:3,23 | 160:10 | 193:2,3,7 | operations | 58:10 |
| 93:2,13 | 130:2,15 | 162:22 | 193:11,14 | 22:8 | 78:14 |
| 93:14,23 | 130:18 | 163:4,21 | 193:20 | opinion | 81:19 |
| 94:3,5,5 | 131:1,14 | 164:1 | 194:6,10 | 151:16 | 106:8 |
| 94:8,10 | 132:15 | 165:13,21 | 194:13,13 | 157:4 | 141:14 |
| 94:17 | 133:5,12 | 166:9,9 | 194:20 | 164:3 | 153:6,22 |
| 95:6,6,8 | 134:2,21 | 167:3,22 | 195:16,19 | 179:19 | 182:18 |
| 95:20 | 135:2,23 | 168:2,7 | 195:24 | opposed | 186:11 |
| 96:14 | 137:1,10 | 169:2,20 | 196:15 | 24:17 | 189:15 |

191:17
193:8
**outside**
12:13,24
13:17
49:4 87:7
145:9
200:7
202:14
**over-** 90:21
**overall**
56:14
**overbroad**
109:10
113:18

**P**

**P** 5:1
**P.C** 2:14
**Pack** 48:10
49:9
181:2
189:24
**package**
28:15
55:12
**page** 3:4,8
3:22
33:11,20
35:7,8,10
35:13,14
36:7,8,10
36:22
37:12
38:2,2
50:15
71:13
76:3
88:21
89:7,11
97:13,14
97:14
120:18
144:3,4
145:22
149:7

152:21
167:1
193:3,4
206:6
**PAGE/ERRATA**
206:1
**part** 23:15
24:5 39:8
52:14
60:2
62:13
64:17
65:10,17
66:13,17
75:6,8
92:7,10
126:6
**partial**
120:7
**particular**
15:3,3
16:2,24
25:18,20
47:23
67:2 70:8
83:22
136:17
146:15
162:21
163:3,17
**parties** 4:6
205:15
**party** 7:23
34:17
153:7
**pass** 64:21
65:19,24
73:18
202:9
**passed**
42:10
46:14
72:16
124:9
148:4
150:11

159:19
173:2
175:22
196:10
200:1
**path** 161:19
**Paul** 2:10
24:9
48:17,19
113:14
114:15,20
114:23
115:1,6,8
115:20,21
115:23
116:3,4,8
116:12,13
140:3
182:22,23
**pauses**
161:6
**pay** 151:10
151:16
**paying**
30:13
**PBXs** 161:19
**pending**
140:18
**people** 13:5
14:11,15
21:6
24:16
29:8
44:14
47:15
95:22
96:1
123:9
124:12
125:14
138:9
151:14
172:1
175:9,11
201:3
**percent**

25:18
85:23
**performance**
28:21,22
29:6,10
**period**
54:21
68:6,11
71:12
76:8,8,10
82:24
91:4 95:9
95:15,16
100:7,16
117:12
121:15
126:13
140:20,23
145:10
176:3,24
177:6
185:16,23
**periodic...**
119:1
**periods**
143:1
**person** 5:20
39:3 46:8
46:12,16
73:12,17
74:6
88:19
123:11
132:2
159:19
161:17
**person's**
123:16
138:15
**personal**
17:9
33:22,23
34:2,5,8
34:19
37:5 38:6
51:3 52:4

52:17
97:22
175:1
186:14
**personally**
173:23
174:16
186:20
**persons**
90:11
109:5
110:2
113:12
114:9,10
116:2,7
116:10
118:23
119:2,5
120:4
**pertaining**
2:1 5:4
**Phoenix**
6:15
**phone** 24:23
36:17
39:2
40:24
42:6,21
43:3,16
44:22
46:7,18
51:15,17
56:17,20
58:18,20
58:21,24
60:12
62:9,16
62:20,21
62:23,23
63:1,2,2
65:12
69:1,7,10
69:13
71:6,10
72:1,3,7
72:21,23

74:9
75:22
77:10
78:3,11
78:18,22
79:1,9,10
79:16,17
81:19
82:4,8,9
82:10,11
82:12,14
82:17,19
82:23
83:4,7
84:22
86:1 87:2
87:8
90:11
91:5,21
94:8,10
94:17,20
95:1,2,6
95:12,14
95:15
96:1,8,11
96:12,16
98:15,16
100:2
101:11,11
101:20
102:1
104:5,8,9
104:10,13
104:13,21
104:24
105:3,4,5
105:8,8,9
105:12,13
105:14,20
105:20
106:2,7,9
106:9,17
106:21
108:3
109:4
110:1

112:18,19
113:12
114:9
116:22
117:1,11
117:21,22
117:22
118:23
119:2,5
119:20,21
120:4,8
123:12,14
123:16
125:1,1,4
125:9,22
126:4,5,6
128:24
129:2
130:8,9
130:10,10
130:15,18
131:22,23
132:5,7,7
132:8,10
132:14,23
133:2,8
134:14
135:15
138:11,16
139:5,21
139:24
141:18
146:10,13
146:18,19
147:1
149:19
150:5,7
152:3,5,6
152:16
153:12
158:18
159:11,16
159:24
160:21
161:13
162:4,5

164:2
165:6
168:1
171:6,13
172:14,15
172:22
174:7
175:23
177:1
178:9,13
178:14
179:7,12
179:13,13
179:16,17
180:3,16
180:19,21
182:3,12
186:11
187:22
188:12,13
189:2
190:11
191:22
193:12,14
193:18,20
195:12
196:6,7,8
196:14,14
197:7,9
197:10,10
197:11,12
198:4,13
198:15
199:10,15
199:16,20
199:21,23
202:18
phones
58:10
59:5,12
123:21
171:24
physical
24:13
57:11
58:7

78:11
82:4,5,13
82:17
96:8
103:23
179:16
199:23
physically
48:17
55:24
56:1
pick 66:9
82:4
96:11
129:5
pick-up
171:9
picked 74:6
155:16
159:17
picking
161:13,17
picks 46:12
75:22
129:5
147:4
161:9
picture
154:2
piece 24:24
pieces
101:24
pinging
92:18
pings 65:23
place 4:7
56:20
59:11
109:4
110:1
113:12
114:8
116:2,22
117:11
122:1
123:15

139:1
160:21
180:10,12
180:18,21
205:11
placed
58:20
121:14
125:1
128:15
146:20
169:7
175:17,21
186:10
191:4
places
154:8
placing
184:6
plain 17:19
plaintiff
1:4 2:12
32:20
33:6
35:16
100:15
plaintiff's
87:23
plaintiffs
1:10,16
1:23 5:2
35:21
37:16
38:20
50:22
51:16
100:3
116:22
117:1
plaintiffs'
4:9
109:19
114:3
117:6
143:18
188:8

platform
91:7,10
92:9 94:1
176:18
198:13
plays 172:3
please 5:8
5:11 9:24
12:5
24:21
32:17
33:13
35:23
36:8,12
36:14
37:15,21
64:9
70:15
73:8
75:11
76:16
88:11
90:7,15
99:9,19
100:7
106:4,6
113:1,9
116:19,24
118:20
134:11
139:15
158:14
159:24
164:10,19
170:5
174:4
189:20
195:6,9
plug 57:12
plus 173:15
173:15,16
pocket
105:9
point 5:16
10:3 85:8
85:19

116:15
136:18
141:1,7
148:19
179:13
pointing
44:8
policy
123:8
125:15
poor 150:13
pop 64:22
66:1,3
pops 79:6
108:23
population
45:14
portion
119:21
portray
71:1
portrays
165:15
position
10:2
18:16,17
18:18,19
19:3
29:14,16
29:20,21
29:24
30:3
68:22
186:7
positions
19:1
185:24
possession
182:10
possible
73:22
85:21
98:23
99:4
114:19,21
132:11

| | | | | | |
|---|---|---|---|---|---|
| 138:10 | 56:17,24 | 110:13 | 152:12 | 195:13,21 | 190:12 |
| 153:5 | 57:5,7,12 | 112:3,8 | 153:1 | 196:1,9 | 196:7 |
| 197:6,12 | 57:16,20 | 112:13,16 | 155:10 | 196:17,23 | 198:11 |
| 198:18,19 | 57:21 | 113:6 | 157:22 | 198:8,20 | **previously** |
| **possibly** | 58:9,17 | 114:8 | 158:4,22 | 199:5 | 50:18 |
| 9:2 13:22 | 59:18,22 | 115:2,3,7 | 159:6,11 | 200:11 | 71:9 |
| 31:22 | 60:3,6,13 | 115:9 | 159:15 | 202:2 | **primarily** |
| 33:21 | 60:17,18 | 116:1 | 160:5 | 203:19 | 20:12 |
| 36:3 | 63:9,13 | 117:10 | 165:23 | **preface** | 24:6 |
| 37:14 | 64:6,16 | 123:3,10 | 166:11,14 | 153:13 | **primary** |
| 166:4 | 64:17,18 | 123:15,21 | 166:19,22 | **premises** | 59:10 |
| 168:12 | 64:20 | 124:11,20 | 167:12,19 | 113:13 | 126:7 |
| **potentially** | 65:6,11 | 125:12,19 | 169:18,21 | 114:11 | 136:21 |
| 88:4 | 65:14,17 | 125:21 | 170:3,9 | 116:3,11 | **prior** 49:13 |
| **predictive** | 66:8,11 | 126:10,12 | 170:13,16 | **preparation** | 74:16 |
| 19:24 | 66:13,18 | 128:1,15 | 171:1,8 | 17:24 | 145:13 |
| 20:5 22:7 | 66:23 | 130:5 | 172:17,21 | **prepare** | 190:2,14 |
| 22:9,14 | 67:5,10 | 131:17 | 172:24 | 89:17 | **privilege** |
| 22:18,20 | 67:13 | 132:9,16 | 173:10,14 | 144:11 | 9:10 |
| 22:22 | 68:15,19 | 132:22 | 173:21 | 154:17 | **privileged** |
| 23:5,7,13 | 72:6,8,23 | 133:7,13 | 175:15,18 | 203:15 | 10:12 |
| 23:21 | 73:2,11 | 133:16 | 175:20,22 | **prepared** | **probably** |
| 24:1,2,16 | 73:16,23 | 134:4,13 | 176:2,9 | 184:1 | 7:17 8:5 |
| 24:18,19 | 74:5,9 | 134:17,18 | 177:17,21 | **preparing** | 38:12 |
| 25:3,17 | 75:21 | 135:6,14 | 178:3 | 154:17 | 40:19 |
| 26:1,4,8 | 76:13,18 | 135:18,20 | 179:3,5 | **preplanned** | 67:11 |
| 26:10,14 | 77:3,19 | 135:24 | 179:21 | 66:19 | 69:15 |
| 26:18 | 77:24 | 136:7 | 180:24 | **present** 2:8 | 141:23 |
| 27:4,7,10 | 78:7 | 137:11,14 | 181:4 | 62:3 | 147:7 |
| 40:7,18 | 80:22 | 137:23 | 182:15,17 | **presented** | 165:6 |
| 40:20 | 81:2,5,11 | 138:8 | 182:20 | 88:6 | 167:3 |
| 41:8,18 | 83:6,12 | 139:6,11 | 184:7,9 | **presenting** | 172:12 |
| 42:5,13 | 83:15 | 139:23 | 184:10,16 | 92:19 | 204:11 |
| 42:16,17 | 84:11,11 | 141:10 | 186:3 | **press** 82:4 | **problem** |
| 42:20 | 85:9,14 | 143:1,5 | 187:24 | **pretty** 19:1 | 53:5 |
| 43:12,12 | 85:17,24 | 145:3,13 | 188:13,22 | 36:13 | 119:7 |
| 43:18,20 | 86:5,14 | 146:4,6 | 189:5,14 | **prevent** | 136:3 |
| 44:20,24 | 86:24 | 146:11,20 | 189:21 | 6:11 | 165:7 |
| 45:4,19 | 87:10 | 147:3,19 | 190:3,11 | **previous** | **Procedure** |
| 46:9,18 | 98:7,11 | 147:21 | 190:24 | 19:3 | 2:1 4:5 |
| 47:9,20 | 98:19 | 148:4,8 | 191:8,18 | 49:19 | 5:4 |
| 48:4,12 | 99:5,11 | 148:20 | 192:10,18 | 61:15 | **proceed** |
| 49:3 50:2 | 99:13,17 | 149:3,9 | 193:9 | 80:12 | 189:20 |
| 52:4,6 | 109:24 | 149:20 | 194:3,10 | 146:2 | **process** |
| 53:13,23 | 110:6,9 | 150:15 | 194:14,20 | 182:21 | 10:3 |
| 54:12 | 110:10,11 | 151:2,3,6 | 194:23 | 188:10 | 56:21 |

64:15,19
64:20
65:10
103:24
104:3
199:6
processes
104:6
produce
36:6 38:1
39:17
43:5
111:9
produced
35:5
43:22
69:20
72:8
126:18
129:24
141:22
142:4
production
58:2,3,4
professi...
164:2
179:19
program
57:9
programmed
45:2,5
161:7
162:15,18
163:18
programs
45:3
prohibit
30:19
prohibits
31:2,8
38:23,24
39:1
promoted
23:2
68:21
prompted

85:2
101:5
103:24
prompting
112:19
proper
10:20
64:8
150:14
Protection
30:6,11
31:1
38:22
106:13
provide
10:4
24:22
144:10
190:23
200:10
provided
69:4
143:11
144:21
providers
34:18
provisions
1:24 5:3
Public 2:4
205:4
206:23
pull 38:13
punch 25:1
62:22
78:15
199:15,16
punched
83:3
179:16
purely
165:7
purport
183:20
purpose 2:2
90:12,19
110:10

123:12
174:15
purposes
57:6,24
122:10
123:16
183:13
pursuant
1:24 4:4
5:3
pushed
199:22
put 56:16
57:12
66:7
77:14,20
123:10
124:19
138:15
145:18
148:7,13
148:19
149:19
151:1,3
172:8
190:18
puts 160:1
PuTTY 57:9
_____
Q
qualified
2:4 148:1
quality
119:3
121:8
122:10
151:10
query 92:15
question
5:18,18
10:16,19
10:20
11:18
12:3,4,5
13:4
17:14

30:16,16
30:16
41:13,14
41:16,17
42:2 43:8
51:20
53:10
55:8 62:4
63:21
64:4
76:11
77:18
79:13
83:11,17
83:19,21
84:1
88:16
89:1,4
94:22
95:10
99:2,7
102:8,15
102:18
103:5
104:2
105:7
108:7
110:16
111:12
112:7
120:23
131:9
132:10,19
133:20
134:3,9
134:23
135:4
138:3
145:1
150:14,20
150:21
153:14,16
153:18
162:13
164:7,10
164:19,23

164:24
167:7
174:2,4
174:12,14
174:19
178:16,21
178:23
179:2
188:11,16
190:10,20
198:24
questions
6:12 16:9
16:17
19:12
33:17
35:5
44:17
53:4,5
75:12
88:2,5,6
175:2
204:15
quickly
36:14
quotation
91:6
quoting
56:10
111:14
_____
R
R 1:15 3:21
5:1,1,1
35:18
racks 56:5
raise
122:24
ramifica...
89:4
random
39:18
121:12
randomly
43:16
45:6

Rapid
201:13
rare 95:15
ratio 63:4
reach 28:5
28:6,9
87:9
112:4,9
155:21
read 32:17
33:8,13
33:15
35:16,23
36:14
37:3,15
37:21
50:18,19
70:12,15
88:11,12
89:6 90:7
90:15
92:20
99:19,22
106:4
113:1,9
116:19
118:19,24
135:1
156:24
157:2,8
159:10
206:2
reading
91:18
ready 38:7
real 73:17
really
25:12,16
57:2 65:3
66:10
79:18
150:21
199:14
reason
38:19
117:18

153:7
194:24
**reasonable**
173:23
174:6,8
**recall** 16:7
17:17
19:13
31:2 59:7
59:9,10
137:24
140:15
153:8
155:4
175:13
176:14
185:12
190:17
**received**
30:4
148:24
**receiver**
96:11
**receiving**
125:8
138:7
**recess**
140:7
**recipient**
162:23
**recognize**
70:2
142:17
187:4
203:5,6
203:10
**recommend**
89:3
**record** 4:10
5:9 32:22
33:1
39:24
40:13
46:10
50:5,7,11
59:15

64:12
69:24
72:9 76:4
82:3
84:14,15
85:20
87:15
92:21
98:16
99:16,23
102:17
115:11
118:9
119:4
121:11
136:19
137:21
139:21
141:16,17
142:16
181:10
186:13,15
186:17
193:18
195:6,8,9
**recorded**
118:16,18
119:1,17
119:21
121:2,3,5
121:13
122:10
202:18
205:8
**recording**
118:13,22
119:16,20
120:3,7
182:3,7
**recordings**
121:20
182:10,13
200:12
**records**
38:13
52:23

61:4 69:4
69:6,12
69:13
70:17
71:16,18
122:1,4
131:5
141:22
154:15
**recovery**
60:1
127:12,13
154:3
**red** 148:2
**reduced**
205:8
**refer** 50:14
55:19
144:3
187:15
**reference**
143:11
148:5
153:23
**referenced**
106:24
108:14
150:10
**referencing**
150:2
**referred**
91:12
**referring**
71:18
93:15
186:15
**reflect**
71:1
137:18
153:6,9
153:17,20
154:4,14
154:24
155:6
169:3
194:1

**reflected**
100:14
137:8
188:18
191:6
**refresh**
39:6
**regard**
29:17
**regard-**
186:11
187:13
**regarding**
10:8
13:16
15:24
16:21
182:2
198:5
199:6,20
200:20
202:19
**regular**
15:7,21
27:20
28:1
102:6
**regularly**
17:6
**relate**
103:16
182:10
**related**
14:20
205:15
**relates**
86:5
**relating**
139:24
**relation**
64:16
134:22
179:2
**relation...**
124:13
**relevance**
13:13
175:4

**relevant**
13:12
68:6
71:11
76:8,8
82:24
90:23
109:11
113:19
140:20
145:10,13
176:3,24
177:6
180:23
185:15,23
**rely** 154:18
154:21
202:4,4
**remember**
13:8
15:18,22
17:12,15
19:14
31:23
43:23
69:8
82:24
137:22
148:10
185:20
186:13
204:10
**reminding**
174:23
**remove**
98:15
**removed**
98:19
**repeat**
42:12
134:22
179:2
**repeating**
16:17
**rephrase**
25:23

43:9 98:3
**report**
14:11,21
**reporter**
5:19 6:2
48:24
118:1
**reporting**
20:4
206:6
**represen...**
114:13
179:24
**represen...**
183:6
**represents**
191:4
**requested**
8:21
185:8,10
**requests**
37:24
**require**
112:22
**required**
12:21
105:16
117:21
118:5
**requires**
112:20
**research**
12:20
67:22
**reserve**
204:15
**reserved**
205:12
**reside** 6:14
21:15
**resided**
131:23
132:2
**residence**
132:3
**resides**

56:13
96:24
**resolutions**
20:21
**resources**
179:23
180:2
**responded**
88:20
115:19
138:8
**response**
88:22
89:22
90:8,16
91:24
99:19
100:20
106:16,19
106:24
107:14
108:2,9
113:10
115:19,24
117:16
119:8,23
188:16,17
197:22
198:1
**responses**
5:21,23
88:12,13
89:18
120:21
143:18
144:22
188:8,16
190:24
191:7
192:5,14
195:12
202:15,16
**rest** 153:16
197:19
**restrict...**
59:2,4

**result**
73:11,15
86:16
106:8
136:20
139:3
146:7,20
149:10,14
151:6
161:16,18
163:18
172:13
177:12
179:17
199:24
**resulted**
8:8 76:14
147:2
154:3
173:4
**resulting**
136:10
162:4
**results**
180:18
**retained**
119:17,20
122:5,8
122:11
**retrieve**
93:18
94:6
**retrieves**
93:11
**reveal** 9:8
10:11
77:7
**revealing**
11:5
**review**
17:23
29:6
62:12,15
88:24
184:17
**reviewed**

142:9
**reviewing**
60:23
**right** 5:15
6:5,7
17:23
19:6,15
29:13
32:15
33:4,19
34:22
36:19
37:11
38:19
39:4 41:4
41:5
42:16,19
42:22
44:20
46:17,17
50:13
54:14
60:21
61:22
65:14,21
68:6
69:18
73:6,10
74:2 76:5
78:12
79:7 81:9
87:11
88:15
89:6
92:16
93:22
94:5,7
101:14,17
101:22
102:24
103:2
104:8
105:18,23
105:24
107:18,18
107:22

108:11,18
109:1
110:21
117:20
118:8,9
119:11,12
120:11,12
126:1,1,1
126:5,17
127:9,21
127:23
128:3,18
129:7
132:14
134:7
135:10,23
139:10
141:6
142:23
145:8
147:14
148:12,21
152:15
153:20
154:12
155:9,18
156:1,14
156:17
157:13,15
158:7
161:17
162:7,8
163:13
167:14
169:12,13
169:17
172:16
174:6
176:11
177:22
179:10
185:4,15
186:10,23
188:10
191:11
192:19

193:17
197:17
199:2
202:6
203:24
204:13
**right-hand**
33:9
193:5
**ring** 160:22
172:8
**ring-back**
172:1
**ringing**
161:20,20
172:2,3
**risk** 151:12
**Robison** 1:3
4:12 33:5
38:9,9
67:18
69:1,7,10
70:16
71:3,7,10
71:21
77:21
79:9
81:10
82:23
96:17
105:23
114:15
118:16
121:14
126:9
129:20
130:4,5
133:14
134:15
135:16,19
135:21
136:8,9
137:3,7,7
137:12
139:11,12
139:22

140:1,4
140:11
153:8,23
176:12
**Robison's**
69:20
83:15
94:13,15
105:5
122:24
125:4
126:9
130:15
131:1,7
132:14
133:18
134:6
135:9
136:6
138:6
**rogatory**
106:20
109:22
**Roger** 1:21
3:3 4:4
75:11
205:6
206:2,19
**role** 103:12
**roles** 80:13
**roughly**
54:21
81:3
118:14
**routine**
20:15
**row** 149:8
**rule** 4:4
150:19
**rules** 2:1
4:5 5:3
160:20
**run** 93:18
**running**
92:17
100:18

| S | | | | | |
|---|---|---|---|---|---|
| **s** 3:7,21,21 | 155:13 | 87:23 | 33:20 | 32:13,13 | **serious** |
| 5:1,1 | 160:7,11 | 141:18 | 35:9 36:2 | 36:23,24 | 121:19 |
| **S-p-a-r-k-s** | 166:4 | 143:19 | 37:13 | 92:11 | **serve** |
| 5:12 | 171:6 | 144:1 | 56:4 | 165:16 | 103:12 |
| **SAITH** | 193:12 | 165:21 | 122:18 | 167:19 | **served** 4:19 |
| 204:16 | 196:18,22 | 170:22 | 125:18 | **sequel-b...** | **server** |
| **salary** | **Schmidt** | 188:9 | 127:4,19 | 43:21 | 56:22 |
| 28:12,14 | 54:18,19 | **secondary** | 127:22 | **sequence** | 91:6,7,9 |
| **sample** | 54:20 | 97:7 | 142:5 | 200:1 | 92:8 |
| 122:10 | **science** | **seconds** | 143:20 | **sequential** | 106:18 |
| **save** 75:1 | 79:20 | 111:2 | 183:13 | 39:18 | 107:4,17 |
| **saving** 75:2 | **scope** 23:16 | **see** 67:2 | **sees** 132:9 | **sequenti...** | 108:17 |
| **saw** 115:15 | 157:7 | 73:22 | **segregate** | 43:17 | 176:20,21 |
| **saying** 5:20 | 164:8 | 75:9 76:2 | 148:17 | **series** | 177:1 |
| 11:10 | 174:2 | 76:17 | **selected** | 43:21 | 179:9 |
| 15:9 | 175:6 | 88:9 | 45:6,8,9 | 65:24 | 180:3,13 |
| 64:23 | **score** | 89:11 | 45:12 | 79:2 | 198:12 |
| 73:4 | 151:15,17 | 96:1,3,10 | **sell** 47:15 | 91:12 | 199:8 |
| 103:21 | **scored** | 96:23 | 204:11 | 92:18,22 | **servers** |
| 108:9 | 151:9 | 97:15,17 | **seminars** | 93:11,13 | 55:20 |
| 111:24 | **scoring** | 97:21 | 30:12 | 93:14,17 | 56:2,5 |
| 115:24 | 151:22,23 | 109:18 | **send** 42:17 | 93:19,20 | 136:13 |
| 123:1 | 151:23 | 114:2 | 56:24 | 93:24 | **service** |
| 168:19 | **screen** | 117:5 | 57:16,20 | 94:6,10 | 34:17 |
| 178:20 | 64:22 | 119:7 | 65:5 | 94:17,24 | 48:10 |
| **says** 39:15 | 65:24 | 128:7 | **sending** | 95:3 | 49:8 |
| 66:1 | 66:3 79:6 | 133:6 | 161:9 | 101:12 | 161:3 |
| 70:11,12 | 102:12,12 | 136:3 | **sends** 65:21 | 103:13 | 181:2 |
| 86:13,15 | 102:13 | 139:17 | 65:22 | 104:11 | 189:24 |
| 88:17,18 | **Seal** 205:19 | 142:8 | 93:20 | 105:2,11 | **servicing** |
| 88:19,21 | **search** | 144:6 | 108:22 | 105:12,19 | 1:6,12,18 |
| 89:21 | 45:21 | 146:15 | **sense** 83:23 | 107:13,16 | 4:13,14 |
| 90:7 | 46:4 77:4 | 149:13 | 84:2,4 | 107:19 | 4:16 33:6 |
| 97:16 | 77:7 | 152:9 | 109:1 | 108:19,20 | 35:21 |
| 108:4,12 | 84:20 | 155:23 | 139:22 | 108:21,22 | 37:20 |
| 116:7,8 | 93:8,10 | 161:4 | 162:6 | 117:22 | 67:18 |
| 119:20 | 97:7,20 | 183:17 | 164:4 | 124:10 | 87:22 |
| 120:9 | 102:5 | 190:20 | **sent** 36:5 | 137:21 | 136:18,21 |
| 128:8,10 | 185:8,10 | 196:15 | 37:24 | 176:16,17 | 140:14 |
| 130:4 | **searched** | 197:13,19 | 42:13 | 177:1 | 143:24 |
| 132:16 | 139:20,21 | 202:12 | 43:11,18 | 178:8 | 144:2 |
| 133:7 | **second** | 203:10 | 159:17 | 179:9 | 151:14 |
| 148:8 | 33:11,20 | **seeks** 90:22 | 168:18 | 180:3 | 185:6 |
| 149:22 | 47:18,19 | 109:10 | 169:2 | 198:12 | **set** 20:17 |
| 152:6 | 66:22 | 113:18 | **separate** | 199:8 | 66:19 |
| | 67:8 | **seen** 32:10 | 4:12 8:13 | 202:4 | 87:23 |

143:19
144:1
161:23
163:14
188:9
205:12,18
**settled**
112:10
**seven** 13:10
34:15,16
167:13,19
169:14
173:16
**shake** 5:23
**SHEET** 206:1
**shock** 134:2
134:4,7
134:13,16
134:18
135:2,5
135:11,13
135:24
138:5
**shocked**
134:12
135:13
**shoot**
148:20
**shop** 25:16
62:19
**shops** 25:17
**short**
122:13
133:5
**shorthand**
152:9,15
176:14
**show** 8:21
74:11,19
75:17
79:9,17
85:8 93:3
126:17
128:19
129:4
131:5

153:10
154:1
171:18
188:1
**showed**
79:15
**shown** 155:6
**shows** 79:16
130:23
150:4
188:12
**sick** 66:7
**side** 160:23
**sign** 64:18
87:10
163:22,23
**signal**
161:10,10
161:11
**signature**
89:10,15
144:6,8
205:12
206:1
**signed**
120:17
**siloed** 60:9
**similar**
36:13
127:20
183:18
203:13
**simple**
133:6
**simpler**
12:23
**simply**
19:13
**simultan...**
190:8
**single** 76:3
78:3
153:21,21
**sir** 89:13
124:23
155:11

156:5
158:19
167:14
**sit** 66:6
78:15
**sitting**
13:1
65:15,20
**six** 34:13
165:24
166:3,12
167:1,2
173:15
188:12,23
189:13
192:10,16
192:17
197:6,12
197:12
**sized** 46:21
47:23
67:2
**sizing**
23:17
**skip** 138:17
138:19,20
138:23
139:1,3
**soft** 63:2
82:9,10
82:10,14
82:19
84:22
87:2 95:6
95:12,14
104:13
105:20
117:22
177:1
178:9
179:12,13
180:2
198:15
199:10,16
199:23
**software**

23:8,11
24:24
55:7,10
55:13,16
55:20
56:8,10
56:11,13
58:1 61:8
61:9,23
62:7,10
63:23
78:10
80:10
111:4
180:4
191:5,10
191:11
**software...**
55:11
**some-** 192:3
204:11
**somebody**
36:6 60:7
98:4
138:11
151:13
161:12
163:22
164:14
185:11
**someone's**
151:15
**soon** 66:1
162:19
**sorry** 32:19
35:12
41:16
44:6 62:4
71:8,11
72:17
82:6
89:10,11
94:14
107:8
116:15
117:15

118:2
133:13
134:22
152:22
165:17
168:18
170:22
198:14
201:6
**sound**
171:10
172:2
**sounds** 39:4
174:7
**source**
85:21
**South**
201:13
**Sparks** 1:21
3:3 4:4
4:17 5:8
6:5 8:20
9:23 19:6
19:16
32:8
50:13
69:19
70:2
75:11
87:17,18
122:18
127:4
130:16
135:21
140:10
142:3,5
143:17,20
165:4
176:15
181:12
183:12
187:3,4
197:21
203:5,24
205:6
206:2,19

**speak** 9:24
16:22
17:6
26:21
41:8
54:14
125:15
192:7
**speaking**
23:4
27:18
68:7
**specific**
16:8
22:10
27:19
28:3
44:16
45:13
50:21
51:15
58:20
67:17
111:1
130:8
131:10
143:10
171:21
190:6
193:24
202:7
**specific...**
44:18
112:17
**specifics**
29:6
**speculate**
164:20,21
165:2
**speculating**
157:9
**speculation**
164:17
165:9
175:7
**spell** 5:8

spoke 16:21
  16:24
  54:17
spoken
  15:15
spot 137:20
SS 205:1
St 24:9
  48:17,19
  113:14
  114:15,20
  114:23
  115:1,6,8
  115:20,21
  115:23
  116:3,4,8
  116:12,13
  182:22,23
stamped
  97:13
stand 61:6
  146:24
  196:13
standard
  47:17
  161:2
standpoint
  56:14
stands 61:7
  146:19
start 19:7
  35:13
  51:6 54:7
  62:2
  66:20
  89:22
  103:23
  112:20
  118:12
  140:10
  145:4,6
  145:17
  146:14
  150:10
  162:14
  185:20

189:17
193:2
started
  11:21
  19:11,18
  19:21
  22:18
  29:19
  50:1 52:8
  80:11
  100:8
  120:9
  131:9
  182:3
  191:12
  200:18
starters
  14:2
starting
  20:3
  68:14
  141:3
  149:5,7
  166:12
  167:17
  172:22
starts
  46:11
  146:15
state 2:5
  12:7
  100:7
  106:6
  109:3
  113:11
  116:21,24
  118:21
  120:2
  205:1,5
  206:20
stated
  96:14
  153:15
  203:20
statement
  134:22

states 1:1
  91:3
  100:14
  106:15,23
  108:3,13
  109:23
  114:7
  117:10
static
  161:14
statute
  39:9,14
  39:15
  40:1,15
  110:21
  111:14,15
steering
  102:21
  103:17,17
stenogra...
  205:8
Stephan
  54:17,19
  54:20
stick
  107:24
sticking
  192:5
stipulate
  53:8
  145:12
  192:8,9
Stop 41:24
stopping
  20:3
stops
  161:11,20
storage
  79:1
  93:24
store 39:17
  40:24
  41:3,19
  41:22
  42:3,6,8
  42:24,24

43:2
78:22
79:3,11
90:11
94:10,13
94:15
106:20
108:3,10
111:9,17
111:22,22
stored 91:4
  91:18
  92:22
  94:1
  106:8,18
  106:22
  107:4
  108:17
stores 43:4
  92:23
  101:12
  105:12
  108:19,20
  198:13
  199:9
strategy
  151:6,7,8
strike 98:3
  131:14
stuff 46:21
  79:24
  172:1,4
  172:13
subject
  10:17
  91:2
  100:13
  106:14
  109:20,22
  111:15
  114:4,6
  117:6,9
subjective
  28:24
subordin...
  21:5

SUBSCRIBED
  206:22
sued 7:8,9
  7:12
  200:5
  201:19
suggest
  25:11
  89:2
suit 205:16
Suite 2:6
  2:11,16
  4:7
Sulaiman
  2:5,9 4:8
supervisor
  9:19
  12:17
  20:23
support
  18:19
  19:5,23
  20:13
  29:24
  68:16,18
  80:21
supposed
  98:19
  147:20
  160:22,23
sure 5:17
  5:21 17:7
  23:1
  26:20
  27:14
  32:11
  41:10,10
  42:1,1
  47:22
  48:1
  64:14
  71:13
  73:8
  85:22
  88:13,21
  98:6,13

100:24
102:9
105:19
135:18
139:22
144:14
156:23
161:21
188:3
189:11
197:8
202:2,5
surprise
  125:3,7
  125:11
  133:15
surprised
  133:16
switch
  162:20
sworn 4:1
  5:5 205:6
  206:22
symbol
  195:17
SYS 72:13
  72:18
  73:3,10
  73:20
  85:24
  86:4,9,15
  129:4
  146:4,8
  149:12
  155:14,15
  158:2,6,9
  158:24
  160:8,9
  166:14,17
  170:10
  171:3
  177:23
  193:12
  195:17
  196:8
SYS-based

| | | | | | |
|---|---|---|---|---|---|
| 86:3 | 61:4 | 123:3,10 | 165:23 | **system'** | 110:9,10 |
| **system** | 62:21 | 123:22 | 166:11,14 | 90:18 | 110:11 |
| 14:20 | 63:10,13 | 124:2,9 | 166:20,22 | 100:12 | 124:12 |
| 20:1 22:6 | 64:6,12 | 124:20 | 167:12,19 | **system-** | 141:6,8 |
| 22:20,22 | 64:12 | 126:10,13 | 169:18,22 | 171:6 | 144:22 |
| 23:6,7,14 | 66:8,11 | 127:7 | 170:3,10 | **system-d...** | 148:8 |
| 23:21 | 66:23 | 128:2 | 170:13,17 | 158:17 | 179:20 |
| 24:1 25:3 | 67:2,5,10 | 129:14 | 171:2,8 | 159:2 | 182:15 |
| 26:4,8,11 | 67:13 | 130:6 | 172:9,12 | 171:4 | 186:5 |
| 26:14,19 | 72:6,12 | 131:17 | 172:17,21 | **system.'** | 190:8 |
| 27:7,11 | 73:2 74:5 | 132:17,22 | 172:24 | 106:22 | 191:1 |
| 39:1,10 | 75:22 | 133:8,13 | 173:3,11 | **systemat...** | 199:7 |
| 39:22 | 76:13,19 | 134:5,17 | 173:14 | 148:3 | |
| 40:4,10 | 77:3,19 | 134:18 | 175:16,18 | **systems** | |
| 40:18,21 | 78:1,8 | 135:6,19 | 175:20,22 | 10:9 | **T** |
| 41:7,9,18 | 81:12 | 135:24 | 176:3 | 18:10,12 | **T** 3:7,21,21 |
| 42:5,13 | 82:24 | 136:7 | 177:21 | 18:13 | 5:6 |
| 42:16,17 | 83:1,6,13 | 137:11,15 | 179:3,6 | 19:15 | **take** 5:15 |
| 42:20 | 83:15 | 137:21,23 | 179:21 | 20:6,6,16 | 6:7 9:22 |
| 43:12,13 | 84:11,12 | 138:8 | 180:24 | 20:18,20 | 32:12 |
| 43:19,20 | 84:22 | 139:6,12 | 181:4 | 21:24 | 36:14 |
| 44:20 | 85:9,10 | 139:23 | 182:7 | 22:6,15 | 38:3 42:1 |
| 45:1,19 | 85:13,14 | 141:11 | 184:7,9 | 22:18 | 50:8 |
| 46:9,15 | 85:17,20 | 143:1,6 | 184:11,16 | 24:17,18 | 57:19 |
| 46:19 | 86:1 | 145:3,14 | 186:3 | 24:20 | 65:17 |
| 47:8,9,20 | 87:10 | 146:4,6 | 187:24 | 25:17 | 76:6 89:5 |
| 47:23 | 91:7,10 | 146:11,18 | 188:23 | 26:1,22 | 95:2 |
| 48:3,4,12 | 92:8 98:8 | 147:3,18 | 189:14,21 | 26:24 | 96:17 |
| 48:20 | 98:13,20 | 147:20,21 | 190:4,12 | 27:3,4,9 | 98:5 |
| 49:4 | 99:5,11 | 148:4,20 | 191:8,18 | 27:10 | 105:12 |
| 51:11 | 99:13,18 | 149:3,20 | 192:10,18 | 29:14,21 | 111:2 |
| 52:4,7 | 100:6 | 150:16,18 | 193:9,12 | 31:5 | 126:22 |
| 53:14,20 | 106:7,8 | 151:2,3 | 193:13,18 | 33:23,24 | 180:10 |
| 53:24 | 110:1,13 | 152:12,12 | 193:22 | 34:3 40:7 | 181:7,12 |
| 54:12 | 110:14 | 153:1 | 194:3,11 | 47:15 | 181:20 |
| 56:15,18 | 112:4,8 | 155:11 | 194:14,21 | 50:2,21 | 192:6 |
| 56:24 | 112:16 | 156:10 | 195:13,21 | 55:3 | **taken** 2:5 |
| 57:5,7,13 | 113:6 | 157:18,23 | 196:7,17 | 68:22 | 206:2 |
| 57:17,21 | 114:8 | 158:5,17 | 196:23 | 80:22 | **takes** 24:23 |
| 57:21 | 115:2,3,7 | 158:22 | 198:8,20 | 81:2,5 | 43:21 |
| 58:10,14 | 115:9 | 159:6,15 | 198:21 | 86:24 | 151:24 |
| 58:18 | 116:2,24 | 160:5,13 | 199:5,17 | 90:10 | **talk** 5:20 |
| 59:15,18 | 117:11 | 160:19 | 199:21 | 91:8,10 | 9:5,19 |
| 59:22 | 119:16 | 162:1,11 | 200:2,22 | 98:12 | 12:14,15 |
| 60:4,6,13 | 120:8 | 162:23 | 202:3,7,9 | 100:1 | 12:17 |
| 60:17 | 122:1 | 163:8,14 | 203:19 | 106:5 | 13:2,16 |
| | | | | | 13:23 |

16:3 46:8
46:15
53:6
79:18
96:8
119:19
140:12,22
163:22
**talked**
10:21
13:5,24
15:22
16:4
17:18
31:19
117:14,20
127:8
169:13
191:22
**talking**
9:11
25:20
44:15
47:1
64:15,23
84:15
105:10
131:9
156:4
161:15
171:24
190:18
**talks** 15:21
**target**
45:14
148:14
**targeted**
29:7
**TCPA** 30:5,8
30:10,18
30:22
31:8,18
31:21
38:22,23
39:8
200:5,9

201:20
**technical**
18:19
19:5,23
20:13
29:24
44:13
68:16,18
79:19
80:21
160:15
**technically**
43:4
111:6
**technician**
44:7
**technolo...**
20:14
103:22
106:5
**technology**
56:14
90:10,18
92:7,11
100:1,6
100:12
102:16
106:7,16
106:19
**telephone**
25:1 30:5
30:11,24
38:21
39:10,17
39:21
40:4,9
43:5
50:22
65:16
82:15
95:4
103:13,13
106:13,20
107:2,3
108:15,16
110:14

118:13
172:3
199:23
200:2
**telephones**
59:2
**telephony**
160:20,23
**tell** 6:16
10:6,20
13:7 20:2
29:2
31:18
37:19
46:8 57:3
60:22
62:6,6
63:15
64:10
69:3,14
71:21
76:22
83:14
86:16
96:16,18
97:4
99:22
103:8
119:14
125:3
133:22
141:16
143:8
147:10
167:10
170:5
177:16
182:14
183:3
184:14
188:1
189:21
199:22
204:8
**telling**
72:22

125:17
133:21
134:7
135:10
**tells** 86:11
92:16
**Tempe** 21:10
21:11,15
24:6
25:24
48:17,19
48:21,22
95:20
96:13
182:21,23
201:12
**ten** 1:22
6:23,24
17:11,12
78:14
118:14
119:18,22
120:5,10
121:2,3,6
169:8,9
182:6
**Tennessee**
114:11
115:20
**term** 22:12
40:1,4,5
65:2
82:14
85:13
100:12
109:17
114:1
117:4
168:14
**termina-**
162:2
**terminates**
161:21
**terms** 23:4
56:9
90:18

91:11,13
**test** 57:24
**testi-**
71:14
**testified**
5:5 8:11
8:12 26:3
37:8
44:19
53:2
59:17
76:21
86:23
114:13,14
129:10
131:16
135:23
148:10
179:22
191:12
**testify**
7:23
34:23
36:7 38:1
38:7
50:20
52:9
177:20
205:7
**testimony**
31:3
34:22
41:22
42:2,4
48:15
52:18,19
52:24
53:22
74:16
77:17
81:14
83:5
105:11
111:23
120:13
126:8

132:15
138:3
146:3
169:14
177:13
179:20
182:5
188:22
190:14
198:11
199:2
205:10
**testing**
57:6 58:1
**Thank**
114:12
**Thanks** 44:7
146:9
**theirs**
189:6
**thereof**
205:17
**thing** 68:19
77:8
103:11
157:8
161:5
168:24
176:12
177:2
192:4
204:12
**things**
28:17
31:20
38:24
86:10
103:22,23
104:20
161:24
162:1
163:24
180:6,8
**think** 44:3
44:4
46:20,23

47:4
48:15
53:10
59:7 60:1
60:8 65:8
68:5
70:13
80:21
85:20
105:7
111:23
116:8
138:3
145:15
156:6,9
157:5
159:22
165:6
168:13,14
173:23
174:6
204:5,8,9
**thinks**
73:16
**third** 34:17
35:7
72:13
**thirty** 12:8
**Thirty-nine**
6:6
**thought**
91:20
**thousand**
81:22
126:14
161:19
**three** 4:11
4:18,19
32:13
34:6
36:24
38:16
73:22
83:9
120:11
156:8,9

156:14
158:16,16
166:17
173:6
182:1
192:23
200:8,17
**tied** 97:8
**time** 5:17
5:21 7:19
8:11,18
8:19
24:23
25:10,18
36:1,15
42:1 50:3
54:21
66:21
68:6,11
71:11
75:1,2
76:6,8,8
76:10
82:24
89:5 91:1
91:4 95:9
95:14,16
100:7
109:13
113:21
121:15
126:13
128:8
140:20,22
140:23
141:2
142:11
143:1
144:21
145:10,24
146:1
152:23
160:18
163:2,14
171:22
176:3,24

177:6
185:15,23
193:19
194:14
200:19
205:11
**timeframe**
62:1
**timefram...**
88:10
**times** 8:15
15:5
21:22
67:12
83:9
109:23
114:7
116:1,15
120:22
142:11
155:21,24
161:1
165:16,24
166:3,23
167:19,24
168:2
170:2,16
170:20
173:24
174:10
180:23
**timing**
162:18
**tion** 11:12
**tions** 162:3
**title** 18:9
80:17
**TJO** 173:15
173:16
**today** 4:3
6:12 8:20
9:1,21
11:3,22
12:11
13:3
22:14

34:23
37:9
38:19
40:3
53:22
97:22
101:1
107:11
120:13
121:1
146:3
177:13
179:20
188:22
199:2
**today's**
17:24
**told** 9:20
11:2,10
11:12,21
12:10
13:5 25:5
31:23
54:15
74:22
75:4
76:21
107:11
119:8
120:1
121:24
127:24
129:3
168:8,8
**Tom** 70:16
**Tommy** 1:3
4:12 33:5
38:9
67:18
71:3 79:8
105:5,23
**tone** 160:24
161:1,2
172:8
**tones** 172:1
**top** 33:8

59:7
70:10
193:5
**topic** 33:24
34:3,3,5
34:9
51:14
53:1
178:19
**topics**
33:12
34:24
35:5 36:7
36:22
37:6 38:2
38:7
50:19
**tories**
77:13,15
143:19
181:14
**tory** 131:4
131:12
**total** 18:22
173:7,10
201:10
**touching**
87:3
**tracing**
138:17,19
138:20,23
139:1,3
**tracked**
148:3
**traditional**
172:2
**traffic** 8:7
**trained**
29:15,17
79:19
**training**
29:18
30:2,2,4
80:2,9
**transcribe**
5:20,22

**transcript**
205:10
206:2,3
**TRANSCRI...**
206:6
**transfer**
147:5
**transferred**
57:4,6
58:4
**travel** 9:3
**Tree** 1:6,12
1:18 4:13
4:14,16
8:23 9:5
9:18 10:2
12:14,18
12:24
14:8,9
17:6 18:7
18:12,13
18:16,17
18:22
19:18
21:12,14
22:9,14
22:17
23:23
24:18
25:21
26:21
27:9,16
29:15
33:6,13
33:24
35:21
36:6
37:20
38:1,10
38:15,21
40:7 47:8
48:4,5,11
49:5,7,12
50:1,22
51:6
53:14

| | | | | | |
|---|---|---|---|---|---|
| 54:20 | 119:5,15 | 193:7 | 6:12 | 185:24 | 78:10,11 |
| 55:3 | 120:4 | 195:20 | **try** 75:18 | 192:23,24 | 78:13,22 |
| 56:18,20 | 121:2 | 200:8,20 | 162:18,19 | 193:22,24 | 78:23 |
| 58:2 | 122:23 | 200:23 | 162:20 | 194:19 | 79:4,15 |
| 59:22 | 123:8,20 | 201:19 | 163:19 | 195:6,12 | 91:21,23 |
| 60:10 | 124:11,14 | 203:9,18 | 172:13 | 195:19 | 92:1,7,16 |
| 61:11 | 124:18 | 204:1,3 | **trying** 19:9 | 199:14 | 92:23 |
| 66:15,23 | 125:5,9 | **Tree's** 4:11 | 65:14 | 200:24 | 93:2,2,3 |
| 67:13,18 | 125:18 | 8:16 10:8 | 74:18 | 201:1,6 | 93:17,19 |
| 68:10,13 | 126:18 | 47:2,3,6 | 75:1,13 | 201:10 | 94:5,8,24 |
| 68:24 | 129:19,20 | 47:20 | 93:7 | 203:12 | 95:3 |
| 69:20 | 130:3 | 52:18,24 | 131:11 | **two-way** | 100:18 |
| 70:19 | 131:16 | 69:13 | 156:21 | 28:11 | 101:4,15 |
| 71:9,22 | 137:3 | 114:11 | 179:14 | **type** 58:21 | 101:20 |
| 80:11 | 138:7,17 | 116:10 | **twenty** | 73:12 | 103:14 |
| 81:10 | 138:22,24 | 118:21 | 139:13 | 82:8 | 104:16 |
| 83:6,14 | 139:2 | 120:2 | 169:10 | 151:11 | 105:20 |
| 86:20 | 140:13 | 128:5 | **twice** 17:19 | 160:24 | 106:23 |
| 87:22 | 141:4,13 | 131:5 | 17:20 | **type-** 205:8 | 107:20 |
| 90:11,12 | 141:22 | 143:18 | 156:15,18 | **types** | 108:3,4 |
| 90:17,20 | 142:4,18 | 181:14 | 170:4,19 | 151:13 | 108:10,13 |
| 91:3 | 142:24 | 182:9 | **two** 7:3,4 | 160:17 | 108:21,23 |
| 99:21 | 143:24 | 188:8 | 14:16 | 162:2 | 117:22 |
| 100:1,2,6 | 144:2 | 200:5 | 18:14 | 190:7 | 127:8 |
| 100:8,11 | 146:22 | 202:16 | 19:1 20:8 | **typical** | 128:22 |
| 100:14 | 147:5,18 | **Tree-spe...** | 20:9 | 20:15 | 136:21 |
| 104:9 | 155:20 | 151:20 | 24:11,12 | 125:14 | 137:20 |
| 105:10 | 159:21 | **tri-tone** | 34:3 | **typically** | 142:16 |
| 106:10,15 | 165:15 | 171:10 | 51:14 | 164:1 | 177:2 |
| 106:23 | 166:11 | **trial** 44:10 | 53:7 | 200:10 | 178:8 |
| 108:13 | 167:3 | **trick** 19:8 | 60:20,21 | | 179:8 |
| 109:3,5,8 | 168:19,22 | **tried** 72:4 | 72:9 | **U** | 180:2,17 |
| 109:16,23 | 169:4,21 | 196:9 | 81:22 | **U** 3:21 | 184:22,23 |
| 110:2,5 | 173:8 | 204:11 | 87:7 | **U.S.C** | 184:24 |
| 113:11,13 | 175:14 | **tries** 161:8 | 110:23 | 109:18 | 198:13 |
| 113:17,24 | 179:24 | 161:12 | 111:2 | 114:2 | 199:9,24 |
| 114:7,10 | 182:2 | **true** 90:3 | 116:19 | 117:5 | **Uh-huh** 7:10 |
| 114:12,13 | 183:6 | 120:18 | 122:13 | **UCS** 184:21 | 47:14 |
| 114:23 | 184:4,15 | 122:5 | 126:14 | **UCSe** 61:5 | 117:24 |
| 115:4 | 185:6,7 | 133:23 | 144:15 | 62:5,7,10 | 127:10 |
| 116:1,3 | 185:17,21 | 205:9 | 148:9 | 63:12,23 | 146:17 |
| 116:21 | 185:24 | 206:3 | 154:8 | 64:6,11 | **ultimate** |
| 117:3,10 | 186:10 | **truth** | 156:10,12 | 64:22 | 199:24 |
| 118:9,13 | 188:22 | 120:15 | 156:15 | 65:5,11 | **unavailable** |
| 118:23 | 189:14 | 205:7 | 172:16,19 | 65:13,15 | 80:7 |
| 119:1,3,4 | 191:12,17 | **truthfully** | 175:17 | 65:23,23 | **understand** |

5:24 75:5
174:21
understand-
30:9
understa...
22:23
30:18
39:5
unduly
90:22
109:10
113:18
unequivo...
53:3
Unified
48:5,9,13
48:16,20
49:4,8,10
49:16
53:8 54:8
54:9 55:5
55:5,14
55:21
56:7
67:14
110:22
112:17
113:7
128:17
181:1
189:22,23
190:22
191:1,10
unit 101:23
UNITED 1:1
units 60:9
universal
150:19
161:2
update
62:11
103:15
181:22
updates
92:21
upgraded

54:9
190:21
use 5:16
22:3,5,9
22:14,18
24:16,18
25:17,24
26:4,18
27:7,8,11
34:17
44:9 52:8
56:9 60:6
60:12
62:1,10
65:5 67:5
67:13
81:7
83:14
86:23
87:2,10
102:11
110:5
115:6
124:11
138:17,22
142:24
151:17,18
204:3,5
useful
103:10
user 78:23
92:14,17
100:18
106:23
108:13
128:10
133:6
uses 22:6
24:19
39:9 40:7
43:20
48:4,5
59:18,22
60:3
64:13
82:17

83:4
179:8
usual
151:11
usually
28:5,6
45:5
47:18
57:19
82:18
86:13
164:4
165:5
171:12
190:7

                    V
vague 90:20
100:12
105:7
106:12
109:10
113:18
validating
58:1
Valle
156:10,11
variant
119:15
varies
46:20
various
20:13
80:13,18
vary 23:18
23:19
vendor
47:21
67:1
venture
7:21
verbal 5:22
124:5
verifica...
89:12
versa 65:6

version
48:9,9,13
49:8,16
49:17
53:8,21
54:2,8
55:6,14
55:22
56:7,10
67:14
110:22
112:17
113:7
128:17
189:22,23
versus 59:2
vice 65:6
Victor
156:10,11
violated
38:21
200:9
violation
200:5
virtual
82:14
voice
159:18
voices
161:14
VRV 173:15
173:17,17
vs 1:5,11
1:17 4:12
4:14,15
33:6
38:10,15
67:18
140:13
144:1
185:5

                    W
wait 86:3
160:1
167:1

192:23
waiting
172:4
waiving
91:2
100:13
106:15
109:22
114:6
117:9
walk 21:22
walked
95:17
want 4:10
15:13
19:11
29:3
36:24
37:11
45:13
50:14,15
56:16
58:23
59:11
68:1
70:10
71:12
74:19,24
76:3,4
77:10
85:22
88:13,20
88:24
89:7 90:1
98:5,12
105:1
107:7,10
107:23,24
111:1
117:18
118:19
119:23
120:10
123:11
126:17
128:6

134:3
135:3
144:3
145:4,10
145:17
148:18
157:4
159:4
163:22
181:12,18
182:12
187:15
189:8
190:18
192:4,7,8
192:13
197:17,24
wanted
33:12
64:17
75:21
154:6,16
189:4
wants 13:24
washroom
5:16
wasn't 55:1
125:9
137:13
157:10
178:21,22
196:15
197:21
198:7
way 10:6
19:11
35:3
58:14
66:10
72:14,15
73:3 82:6
82:22
84:18
92:20
97:2
117:15

138:21
148:13
150:14
178:3,7
196:16
199:13,18
199:22
201:22
202:1,11
205:15,16
**ways** 45:10
53:7 61:3
62:20
72:10,11
87:8
106:14
199:14
**we'll** 20:5
52:1,1
55:4
99:23
121:23
122:12
169:12
183:12
192:9
204:15
**we're** 13:9
19:7,9
64:15
68:7 69:5
71:13
77:22
85:22
88:21
103:12
107:16
122:13
140:12
151:13
167:14
171:24
172:14
198:11
**webinars**
30:7

**Weekly**
27:21,22
28:2
**weighted**
151:9
**weights**
151:14
**Wells** 80:16
80:20
81:7
**went** 30:12
76:10
176:9
**weren't**
51:9,18
52:3
122:8
149:20
**Wexler**
125:8
**wheel**
102:21
103:17,17
**wife** 124:20
124:22
**Windows**
91:14
**wished** 82:3
**witness**
1:23 3:3
4:1,11,18
5:2 6:3
7:23,24
8:16 10:8
17:2 25:9
25:12
33:5
36:19
40:14
43:9 49:1
74:14
75:3,15
75:19
77:14
84:2
102:9,19

103:6
104:3
111:3
112:8
113:3
118:2
119:16
120:8
122:8
145:17
156:4,12
157:18
165:10
173:14
176:21
182:23
192:21
195:4
196:4,6
201:8
205:11,13
205:18
**witnessed**
8:7
**Wonderful**
4:20
34:19
**word** 64:10
106:12,13
179:15
**wording**
64:8
**words** 39:9
112:10
190:18
**work** 9:23
21:18
43:18
48:7 64:1
64:2,24
66:10
80:9 93:6
93:17
94:19
98:10
101:23

102:13,21
102:23
103:1
118:4
196:14
201:12
**worked** 29:2
54:23
68:5
80:13
**working**
20:21
22:24
47:7
68:10
81:1
98:11
103:11,23
104:20
191:12
**works** 13:21
46:9
112:15
**worldwide**
160:21
161:2
**worth** 192:3
**wouldn't**
64:7,7
92:10
101:2
105:14
185:1
**Wow** 96:1
**writing**
205:9
**written**
124:5
195:3

X
**X** 3:1,7 5:6

Y
**Y** 202:12
**yeah** 8:3,10

18:8 21:2
28:8
38:18
55:24
63:8
68:20
76:2,20
76:24
77:12
84:21
91:15,16
97:10
115:13
122:7
127:13,22
129:9
136:24
139:9,17
144:5
149:7
158:8
165:5
168:17
176:17,21
183:18,24
184:23
186:16
195:4
**year** 48:6
68:2 90:9
99:24
**years** 6:23
6:24 8:5
8:17 12:8
18:14,24
19:20
20:8,9
22:24
31:20
47:7 68:4
68:5 81:3
90:13
98:12
109:6,24
118:14
119:16,18

119:18,22
120:5,10
121:2,4,6
182:6
**years'**
125:18
**Yep** 97:15
187:10
**yesterday**
142:12

Z

0
**0%** 99:12
**02079** 1:11
4:14
37:22
140:14
**03308** 1:17
4:16
35:24
185:6
**06717** 1:5
4:13
33:10
67:19
**084-001134**
2:3
205:23

1
**1** 32:24
88:16,17
88:19
92:8
106:16
**1/16/2013**
152:20,23
**1/21** 158:20
159:5
**1/21/2013**
158:15
**10** 100:5,17
116:24
117:13

10/18 191:4
192:21
10/18/11
193:2
10/18/2011
193:7
10/19
192:22
10/21
192:22
194:16
10/24
192:24
10/24/2011
189:19
10:19
166:19
10:30
170:21
100 46:10
46:23
47:11
11 3:23
11/12/2012
149:4,5,6
11/13/12
152:3
11/13/2012
150:2
11/22/2013
163:15
11/29
173:17
11:06 170:1
11:39
162:10
11:39:52
160:3,3
11:43
172:22
173:1
11:46
175:21
11th 89:21
128:7
129:8,9

130:22,23
131:20,24
132:23
133:4
12 152:11
12:14 173:1
12:17
158:16,17
158:20
12:42 149:9
12:45 173:1
122 3:12
126 3:13
13 1:5 4:13
33:10
67:19
122:7
13:18 196:5
13:28:19
146:1,11
14 1:11,17
4:14,16
35:24
37:22
140:14
185:6
14:14 149:9
141 3:14
143 3:15
14th 205:19
150 2:6,11
2:15 4:7
158 97:14
16:14 149:9
16:24 173:1
16:54
170:21
16:54:19
170:23
16th 155:9
155:12,24
156:2,4
156:16
157:20
17:21
158:16

172 193:4
17th 156:18
157:16,17
18 152:21
18:40
152:23
18:40:56
152:21
183 3:16
186 3:17
188 3:18
18th 157:15
193:21
194:2
19:38
157:18
19:47 173:3
19th 50:24
194:7
_____
2
_____
2 3:23
48:10
90:6,9
106:6,17
106:19
107:20
119:6
189:24
20:13
158:17
20:13:24
159:5
2000 192:22
192:22,23
192:24
2008 50:24
51:9,12
52:5,7,21
53:14,22
53:24
55:1
61:17
67:12
71:10
121:7,16

130:6
185:16,18
186:19
187:23
188:24
190:14
2009 61:19
2010 19:21
19:22
22:17
48:6 51:7
52:8,21
54:22,23
61:13,15
61:21
62:3
185:22
191:13,14
2011 19:18
49:11
51:19
54:10,22
68:8,14
69:1
71:11,13
71:22
76:9,18
81:11,23
86:21
90:13
95:12,15
100:4,16
104:10
109:6,24
110:5
113:5
116:23
117:12
126:14
129:20
138:23
190:1,3
190:12,21
194:2,7
195:11,20
197:20

2012 68:23
128:7
129:9
130:22,23
131:20,24
132:23
133:4
140:21
141:3,8,9
141:15
142:24
145:2,11
145:18
152:11
168:10
176:4,7
179:4
186:4
2013 68:8
69:2
71:14,23
76:9,18
81:11,23
95:13,15
104:11
119:3,17
120:10
121:7,16
122:1
126:15
129:21
130:6
138:23
140:22
141:15
142:24
145:2,12
155:9
156:3
162:10
165:15,20
165:21
166:22
167:10
168:4,21
170:18

176:4,7
179:4
185:17
186:19
187:24
189:1
2014 50:24
67:12
89:21
90:14
100:5,17
109:24
110:5
113:5
116:24
117:13
119:6
122:7
144:18
2015 1:21
4:3 62:19
205:20
206:2,23
203 3:19
20th 120:9
140:21
141:24
142:24
145:2,12
176:4,7
2130 2:16
21st 158:15
160:2
195:11
22 97:14
227(a)(1)'
109:18
114:2
117:5
22nd 160:2
162:10
165:15,20
165:21
23rd 166:9
166:16,17
166:22

**24** 149:7
**24th** 167:10
167:14,16
167:17,20
168:4,6
169:13,15
195:20,24
196:3,4
197:20
**256** 175:22
**26th** 169:23
170:3
**27** 145:22
**28th** 170:15
170:18
171:1
172:17,19
**2914** 109:7
**299-0199**
130:24
131:23
132:24
134:6
135:8
**29th** 172:20
172:21
173:12
**2nd** 68:8
69:2
71:14,23
76:9,18
81:11,23
95:13
104:11
126:15
129:21
185:16
187:23
189:1

——————
**3**
**3** 89:8
99:20
100:10
106:6,20
107:1,21

108:14
120:19
188:12,14
194:5,8
**3-tone**
158:18
159:2
160:24
171:4,7,9
171:10,19
172:11
**30** 4:5
54:15
119:3
163:19
**30(b)(6)**
4:11,18
8:16
36:20
52:24
157:7
164:8
174:2
175:2
**30th** 140:21
141:3,15
142:23
145:2,11
145:18
175:14,17
176:3,6
**31** 162:24
**32** 3:9
**3837** 157:19
158:18
166:18
171:15

——————
**4**
**4** 35:10
106:4,10
107:5,6
107:14
108:3
**4.0** 100:19
**47** 109:18

114:2
117:5

——————
**5**
**5** 3:5  35:10
36:10
50:15
109:2,3,8
113:3,5
**511** 196:10
**516** 147:6
**553-5901**
100:4,16
116:23
117:12
**5th** 168:20
169:3,5,7

——————
**6**
**6** 35:10
89:11
113:2,9
113:16
120:18
**6.0** 53:15
54:4,5,12
54:16
55:6,15
56:7
67:15
190:15,21
**6.00** 190:13
**6.6** 48:10
48:13
49:8,10
54:8,10
55:6,14
56:7,11
67:14
110:22
112:17
113:7
128:17
181:2
189:22,23
190:22

**60** 162:1
172:12
**60523** 2:11
**60601** 2:16
**625-2000**
189:2,12
192:2,18
193:8
**625-2342**
189:3,13
192:19
**630** 130:24
132:23
134:5
135:8
189:12,12
192:2,2
**652-2342**
192:2
**68208962**
70:13
**69** 3:10
**6th** 50:24
185:16,17
187:23
188:24

——————
**7**
**7** 37:12
116:19
144:3
**7282** 187:21
**743-3837**
153:4

——————
**8**
**8** 1:21  38:2
71:13
81:10
100:4,16
116:23
117:12
118:20
119:19,24
120:14

144:4
181:23
202:14
206:2
**8/7/12**
146:10
**8/7/2012**
145:19,21
145:22
**805** 97:16
97:20,23
**8344** 187:10
**847** 100:4
100:16
116:23
117:11
**87** 3:11
**8th** 4:3
68:8,14
69:1
71:22
76:9,17
81:23
95:12
104:10
126:14
129:20

——————
**9**
**9/8/2011**
145:8
**9:16** 166:19
**9:16:23**
166:12
**9:31** 128:10
**9:35:36**
167:17
**9:36** 193:12
**9:38** 149:7
149:9
**9:38:45**
149:5
**9:47** 166:19
**900** 2:6,10
4:7
**9117** 91:6,9

92:8
**9344** 187:9
**99** 70:14
**9th** 144:18
144:18