UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Jeffrey Modica, et al.
                    Plaintiff,

v.                                              Case No.: 1:14–cv–03308
                                                Honorable Sharon Johnson Coleman

Green Tree Servicing LLC
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 26, 2018:

    MINUTE entry before the Honorable Sharon Johnson Coleman: The Court having denied Plaintiffs' motion to vacate memorandum opinion and order [75], judgment is entered in favor of defendant and against plaintiff per the Memorandum Opinion and Order [51] filed on the case docket on 4/29/2018. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.